# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| Henry G. Van Meter, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Calpac, et al.,<br><br>Defendants. | Case No. 1:05-cv-00037<br><br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Scheduling Notice filed February 2, 2006, on the dates indicated below:

Lujan, Aguigui and Perez
February 2, 2006

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Scheduling Notice filed February 2, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 2, 2006                                 /s/ Renee M. Martinez
                                                                          Deputy Clerk