```
 1  LUJAN AGUIGUI & PEREZ LLP
    Attorneys at Law
 2  Pacific News Building, Suite 300
    238 Archbishop Flores Street
 3  Hagåtña, Guam 96910
    Telephone (671) 477-8064/5
 4  Facsimile (671) 477-5297
```



FILED
DISTRICT COURT OF GUAM
FEB 2 4 2006 ⁿᵖ
MARY L.M. MORAN
CLERK OF COURT

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br>-vs-<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>**STATUS REPORT PURSUANT TO LOCAL RULE 16.2(e)** |

Plaintiffs Henry G. Van Meter, Jerry T. Apodaca, Jr., Joseph J. Hernandez, Joseph T. Mendiola, Larry L. Charfauros, Anthony C. Arriola, Robert B. Cruz, Roland F. Mendiola, James S. Yee, Teddy B. Cruz, Jesse B. Cruz, John L.G. Nauta, and John P. Babauta (collectively "Plaintiffs") hereby submit their independent status report pursuant to District Court of Guam Local Rule 16.1(e)[1].

---

[1] Local Rule 16(e) provides as follows:

(Footnote continues on following page.)

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
First Amended Complaint

Case 1:05-cv-00037   Document 5   Filed 02/24/2006   Page 1 of 5

1

## (PROPOSED) SCHEDULING ORDER

1. Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure and the Local Rule 16.1 for the District Court of Guam, Plaintiffs hereby submit the following Scheduling Order:

2. The nature of the case is as follows: Plaintiffs filed suit against their former employer, Calpac, Dynamic Technical Services, MCI, John Healy, Dennis Clark, William Ward, Jai James, and Does 1 through 10, under Title VII of the Civil Rights Act, alleging that they were discriminated against in their terms and conditions of employment.

3. There are no motions pending or filed in this matter. Discovery has not been initiated by any party at this time.

4. All motions to add parties and claims shall be filed on or before **August 18, 2006**, and heard on **September 22, 2006, at 10:00 a.m.**

5. All motions to amend pleadings shall be filed on or before **August 18, 2006**, and heard on **September 22, 2006, at 10:00 a.m.**

6. The Scheduling Conference is currently set for **March 10, 2006**, at **9:30 a.m.**

---

(Footnote continued from previous page)

**(e) Non-Appearance of Defendants – Status Report.** If on the due date of the Scheduling Order and Discovery Plan, the defendant(s) or respondent(s) have been served and no answer or appearance has been filed, or if service on the defendants has not been effected, counsel for the plaintiff or the pro se plaintiff shall file an independent status report setting forth the above information required in subsections A through L to the extent possible. The report shall also include the current status of the non-appearing parties.

(Footnote continues on following page.)

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
First Amended Complaint

2

Case 1:05-cv-00037   Document 5   Filed 02/24/2006   Page 2 of 5

7. Status of Discovery:

    a. The times for disclosures under Rule 26(a) and 26(e) of the Federal Rules of Civil Procedure are modified as follows:

        i. The "initial disclosures" described in subsections (A), (B), (C), and (D) of Federal Rule of Civil Procedure 26(a)(1) shall be exchanged by **July 21, 2006**. [Pursuant to local rules, these are not to be filed.]

        ii. The disclosure of expert testimony by plaintiffs' experts shall be made not later than **September 22, 2006**. The disclosure of expert testimony by defendants' experts shall be made by **September 29, 2006**.

        iii. The "pretrial disclosures" described in Federal Rule of Civil Procedure 26(a)(3)(A), (B), and (C) shall be made at least thirty (30) days before the trial date or by **January 19, 2007**.

    b. The following is a description and schedule of all pretrial discovery each party intends to initiate prior to the close of discovery:

**Plaintiffs:** Interrogatories, Requests to Produce, Admissions, and depositions;

**Defendants:** Unknown.

---

(Footnote continued from previous page)

In addition, if service has not been effected, plaintiff's counsel or the pro se plaintiff must set forth the reasons why service has not been effected and what attempts at service have been made.

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
First Amended Complaint

Case 1:05-cv-00037   Document 5   Filed 02/24/2006   Page 3 of 5

3

8. The discovery cutoff date (defined as the last day to file responses to discovery) is **December 22, 2006**.

9. The anticipated discovery motions are Motions to Compel or Motions for Protective Orders. All discovery motions shall be filed on or before **January 12, 2007**, and heard on or about **February 5, 2007**, at **10:00 a.m.**

10. The anticipated dispositive motions are Motions for Summary Judgment. All dispositive motions shall be filed on or before **February 16, 2007**, and heard on or about **March 12, 2007**, at **10:00 a.m.**.

11. The prospects for settlement are unknown at this time.

12. The Preliminary Pretrial Conference shall be held on **March 26, 2007**, at **10:00 a.m.** (no later than twenty-one (21) days prior to trial).

13. The parties' pretrial materials, discovery materials, final witness lists, designations, and final exhibit lists shall be filed on or before **April 2, 2007**.

14. The proposed Pretrial Order shall be filed on or before **April 2, 2007** (no later than fourteen (14) days prior to trial).

15. The Final Pretrial Conference shall be held on **April 9, 2007**, at **3:00 p.m.** (no later than seven (7) days prior to trial).

16. The trial shall be held on **April 16, 2007**, at **9:00 a.m.**

17. The trial is a jury trial.

18. It is anticipated that the trial will take 3-4 weeks to try.

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
First Amended Complaint

Case 1:05-cv-00037   Document 5   Filed 02/24/2006   Page 4 of 5

4

19. The names of counsel are as follows:

    For Plaintiffs:    David J. Lujan
                                 Attorneys at Law
                                 Pacific News Building, Suite 300
                                 238 Archbishop Flores Street
                                 Hagåtña, Guam 96910
                                 Telephone (671) 477-8064/5
                                 Facsimile (671) 477-5297

    For Defendants:   Unknown.

20. Plaintiffs wish to submit this case to a settlement judge.

21. The following issues will affect the status or management of the case:

    a. At least one of the defendants is an entity incorporated off-island;

    b. Some of the witnesses may be off-island residents.

22. Upon information and belief, the current status of the non-appearing parties remains unchanged from the status stated in Plaintiffs' complaint.

23. Service has not been effected on any of the defendants since Plaintiffs are still gathering their addresses for service.

**RESPECTFULLY SUBMITTED** this 24th day of February, 2006, in Hagåtña, Guam.

LUJAN AGUIGUI & PEREZ LLP

By: _____
**DELIA LUJAN**
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
First Amended Complaint

5