AO 440 (Rev. 8/01) Summons in a Civil Action



FILED
DISTRICT COURT OF GUAM
MAR -7 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

HENRY G. VAN METER, JERRY APODACA, JR.,
JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA,
LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA,
ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S.
YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA,
AND JOHN P. BABAUTA,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-00037

V.

CALPAC DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY,
DENNIS CLARK, WILLIAM WARD, JAI JAMES, AND DOES 1
THROUGH 10,

TO: (Name and address of Defendant)

JOHN HEALY

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DELIA S. LUJAN, ESQ.
LUJAN AGUIGUI & PEREZ LLP
STE. 300, PACIFIC NEWS BUILDING
238 ARCHBISHOP FLORES STREET
HAGATNA, GUAM 96910

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran

DEC 1 2 2005

CLERK                                          DATE

(By) DEPUTY CLERK

**ORIGINAL**

◆AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE March 7, 2006 |
| NAME OF SERVER (PRINT) Wendy James | TITLE Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    March 7, 2006           _____
                    Date                Signature of Server

c/o Lujan Aguigui Perez LLP, Pacific News Building, Suite 300
238 Archbishop Flores Street, Hagåtña, Guam 96910
                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.