FILED
DISTRICT COURT OF GUAM
MAR -8 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, et al., | Civil Case No. 05-00037 |
| Plaintiffs, | |
| vs. | |
| CALPAC, et al., | ORDER |
| Defendants. | |

This case is scheduled to come before the Court on March 10, 2006, for a Scheduling Conference. Pursuant to Local Rule 16.1(e), the Plaintiffs submitted a Status Report (see Docket No. 5) informing the Court that service has not been effected on any of the Defendants.

The Court finds that it would not be productive to hold the Scheduling Conference until the Defendants have been given an opportunity to answer the complaint. Accordingly, the Court hereby moves the Scheduling Conference to Tuesday, May 2, 2006, at 10:00 a.m. Counsel are expected to meet and confer to discuss the contents and preparation of the proposed Scheduling Order and Discovery Plan, which shall be submitted no later than April 20, 2006.

SO ORDERED this 8th day of March 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL