# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Henry G. Van Meter, et al., | Case No. 1:05-cv-00037 |
| Plaintiffs, | |
| vs. | |
| Calpac, et al., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

The following office(s)/individual(s) acknowledged receipt of the Order filed March 8, 2006, on the dates indicated below:

Lujan, Aguigui and Perez
March 9, 2006

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order filed March 8, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 9, 2006           /s/ Renee M. Martinez
                              Deputy Clerk