LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*



FILED
DISTRICT COURT OF GUAM
APR 10 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT OF GUAM
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br>-vs-<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>**MOTION FOR ORDER EXTENDING TIME TO EFFECT SERVICE ON DEFENDANTS** |

Before this Honorable Court come Plaintiffs Henry G. Van Meter, Jerry Apodaca, Jr., Joseph J. Hernandez, Joseph T. Mendiola, Larry L. Charfauros, Anthony C. Arriola, Robert B. Cruz, Roland F. Mendiola, James S. Yee, Teddy B. Cruz, Jesse B. Cruz, John L.G. Nauta, and John P. Babauta, respectfully requesting an extension of the time for Plaintiffs to effect service upon Defendants.

Federal Rule of Civil Procedure 4(m) provides that if a plaintiff shows good cause for the failure to serve the summons and complaint upon a defendant within 120 days after the filing of the complaint, "the court shall extend the time for service for an appropriate period." Federal


Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Motion for Order Extending Time to Effect Service on Defendants

Case 1:05-cv-00037   Document 15   Filed 04/10/2006   Page 1 of 2

1

Rule of Civil Procedure 6(b) further provides that "the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period [for an act to be done] enlarged if request therefor is made before the expiration of the period originally prescribed …."

Here, this motion is made before the expiration of the 120 days for serving the summons and First Amended Complaint, as the original complaint was filed herein December 12, 2005. Good cause for extending the time for service of process exists in that Plaintiffs have attempted to serve Defendants Jai James and Dennis Clark and have been unsuccessful due to such Defendants not being at their last known locations. Plaintiffs continue to determine their whereabouts and residential addresses for service and have engaged a reputable process server to continue to attempt to effect service on such Defendants. Plaintiffs desire additional time to continue their efforts to effect service.

Therefore, Plaintiffs request an order extending the time for effecting service upon Defendants for an additional 120 days from this date in which to effect service of process upon Defendants.

**RESPECTFULLY SUBMITTED** this 10th day of April, 2006.

**LUJAN AGUIGUI & PEREZ LLP**

By: _____
**DELIA LUJAN**
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Motion for Order Extending Time to Effect Service on Defendants

2

Case 1:05-cv-00037   Document 15   Filed 04/10/2006   Page 2 of 2