ORIGINAL

| | |
|---|---|
| 1 | **LUJAN AGUIGUI & PEREZ** LLP |
| | Attorneys at Law |
| 2 | Pacific News Building, Suite 300 |
| | 238 Archbishop Flores Street |
| 3 | Hagåtña, Guam 96910 |
| | Telephone (671) 477-8064/5 |
| 4 | Facsimile (671) 477-5297 |



**FILED**

DISTRICT COURT OF GUAM

APR 1 0 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

5  *Attorneys for Plaintiffs*

6  **IN THE UNITED STATES DISTRICT COURT OF GUAM**

7  **FOR THE TERRITORY OF GUAM**

8

| | | |
|---|---|---|
| 9 | HENRY G. VAN METER, JERRY | CIVIL CASE NO. 05-00037 |
| | APODACA, JR., JOSEPH J. | |
| 10 | HERNANDEZ, JOSEPH T. MENDIOLA, | |
| | LARRY L. CHARFAUROS, ANTHONY | |
| 11 | C. ARRIOLA, ROBERT B. CRUZ, | |
| | ROLAND F. MENDIOLA, JAMES S. | **DECLARATION OF DELIA LUJAN IN** |
| 12 | YEE, TEDDY B. CRUZ, JESSE B. CRUZ, | **SUPPORT OF MOTION FOR ORDER** |
| | JOHN L.G. NAUTA, and JOHN P. | **EXTENDING TIME TO EFFECT SERVICE** |
| 13 | BABAUTA, | **ON DEFENDANTS** |
| 14 | Plaintiffs, | |
| | -vs- | |
| 15 | | |
| | CALPAC, DYNAMIC TECHNICAL | |
| 16 | SERVICES, MCI, JOHN HEALY, | |
| | DENNIS CLARK, WILLIAM WARD, JAI | |
| 17 | JAMES, and DOES 1 through 10, | |
| 18 | Defendants. | |

19

20  I, DELIA LUJAN, hereby declare and state as follows:

21  1. I am an attorney representing all the plaintiffs in this matter.

22  2. I am familiar with the service of process and attempted service of process of the

23  defendants.

24  3. My law office has hired a reputable process server to effect service upon Defendants

25  Jai James and Dennis Clark. However, said defendants were not at their last known

26

27  locations and therefore personal service on them could not be accomplished.

28

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Declaration of Delia Lujan

1

4. Upon information and belief, Defendants Jai James and Dennis Clark may no longer be physically present in Guam.

5. My office is currently searching for the whereabouts and addresses of Defendants Jai James and Dennis Clark in order to effect service on them, either through personal delivery or, with this Honorable Court's approval, through publication and mailing.

6. If the time for serving the defendants is extended, my office will continue to attempt service upon Defendants Jai James and Dennis Clark.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 10th day of April, 2006, in Hagåtña, Guam.

**LUJAN AGUIGUI & PEREZ** LLP

By: _____
**DELIA LUJAN**
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Declaration of Delia Lujan

2

Case 1:05-cv-00037    Document 16    Filed 04/10/2006    Page 2 of 2