# UNITED STATES DISTRICT COURT

District of GUAM

HENRY VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,

Plaintiffs,
V.

CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 THROUGH 10,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-00037

**FILED**
DISTRICT COURT OF GUAM
APR 10 2006
MARY L.M. MORAN
CLERK OF COURT

TO: (Name and address of Defendant)

CALPAC
P.O. Box 8950
Tamuning, GU 96931

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFFS' ATTORNEY (name and address)

LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

an answer to the first amended complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK

(By) DEPUTY CLERK

DATE  MAR - 7 2006

**ORIGINAL**

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | March 9, 2006 at 4:35 p.m. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Claire Clark Blas | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Cal Pac office, Harmon, Guam, received by In Hui Yu-Healy.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $35.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 13, 2006        _____
              Date                  Signature of Server

283 Wusstig Pl. Dededo, Gu. 96729
Address of Server

ORIGINAL

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.