# UNITED STATES DISTRICT COURT

District of   GUAM

HENRY VAN METER, JERRY APODACA, JR., JOSEPH
J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L.
CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B.
CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY
B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and
JOHN P. BABAUTA,

**SUMMONS IN A CIVIL CASE**

Plaintiffs,

**V.**

CALPAC, DYNAMIC TECHNICAL SERVICES, MCI,
JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI
JAMES, and DOES 1 THROUGH 10,

CASE NUMBER: 05-00037

Defendants.

TO: (Name and address of Defendant)

MCI
2400 Glenville Dr.
Richardson, TX 75082

**FILED**

DISTRICT COURT OF GUAM

APR 10 2006

**MARY L.M. MORAN
CLERK OF COURT**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

an answer to the first amended complaint which is served on you with this summons, within ___ twenty (20) ___
days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**MARY L. M. MORAN
Clerk Of Court**

| CLERK | DATE   MAR - 7 2006 |
|-------|---------------------|
| (By) DEPUTY CLERK | |

# ORIGINAL

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE March 24, 2006 at 11:02 a.m. |
| NAME OF SERVER *(PRINT)* Claire Clark Blas | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): Artemio Ilagan, Director of the Department of Revenue & Taxation, at his office in Tiyan, Guam

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $35.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-24-06
_____
Date

*(signature)*
_____
Signature of Server

283 Wusstig Rd., Dededo, Guam 96929
_____
Address of Server

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ORIGINAL