**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs Henry Van Meter et al.*

FILED
DISTRICT COURT OF GUAM
APR 10 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| HENRY VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br>Plaintiffs, <br><br>-vs- <br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br>Defendants. | CIVIL CASE NUMBER 05-00037 <br><br><br> **DECLARATION OF MAILING** |

I, **CARLYN A. TORRES**, do hereby declare:

1. I am over the age of eighteen (18) years old and an employee of LUJAN AGUIGUI & PEREZ LLP;

2. I am not a party to the action nor interested in the above case.

Page 1 of 2
Henry Van Meter et al. v. Calpac et al.
Civil Case No. CIV05-00037
Declaration of Mailing (Calpac)

ORIGINAL

Case 1:05-cv-00037   Document 22   Filed 04/10/2006   Page 1 of 2

3. On April 5, 2006, I mailed via certified mail, return receipt request (Tracking No. 7002 1000 0004 9181 1141) the following documents to Defendant **CALPAC** at Post Office Box 8950, Tamuning, Guam 96931:

(1) Summons in a Civil Case;

(2) First Amended Complaint Under 42 U.S.C. §2000E, et seq. [Title VII of Civil Rights Act of 1964, as amended] and Demand for Jury Trial;

(3) Scheduling Order;

(4) Status Report Pursuant to Local Rule 16.2(e);

(5) Notice of Right to Consent to Disposition of a Civil Case by a United States Magistrate Judge;

(6) Notice, Consent, and Order of Reference Exercise of Jurisdiction by a United States Magistrate Judge; and

(7) Complaint Under 42 U.S.C. §2000E, et seq. [Title VII of Civil Rights Act of 1964, as amended] and Demand for Jury Trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained herein is true and correct.

Executed this 10th day of April, 2006.

By: _____
CARLYN A. TORRES

Page 2 of 2

Henry Van Meter et al. v. Calpac et al.
Civil Case No. CIV05-00037
Declaration of Mailing (Calpac)

Case 1:05-cv-00037   Document 22   Filed 04/10/2006   Page 2 of 2