LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs Henry Van Meter et al.*

**FILED**
DISTRICT COURT OF GUAM
APR 10 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| HENRY VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> -vs- <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NUMBER 05-00037 <br><br><br> **DECLARATION OF MAILING** |

I, **EMMAJEAN OGO LAMB**, do hereby declare:

1. I am over the age of eighteen (18) years old and an employee of LUJAN AGUIGUI & PEREZ LLP;

2. I am not a party to the action nor interested in the above case.

---

Page 1 of 2

Henry Van Meter et al. v. Calpac et al.
Civil Case No. CIV05-00037
Declaration of Mailing (Dynamic Technical Services)

**ORIGINAL**

Case 1:05-cv-00037   Document 23   Filed 04/10/2006   Page 1 of 2

3. On April 5, 2006, I mailed via FedEX Express Mail (Tracking No. 8553 5308 1162) the following documents to Defendant **DYNAMIC TECHNICAL SERVICES** at 1125 East Hwy. 121, Lewisville, Texas 75057:

(1) Summons in a Civil Case;

(2) First Amended Complaint Under 42 U.S.C. §2000E, et seq. [Title VII of Civil Rights Act of 1964, as amended] and Demand for Jury Trial;

(3) Scheduling Order;

(4) Status Report Pursuant to Local Rule 16.2(e);

(5) Notice of Right to Consent to Disposition of a Civil Case by a United States Magistrate Judge;

(6) Notice, Consent, and Order of Reference Exercise of Jurisdiction by a United States Magistrate Judge; and

(7) Complaint Under 42 U.S.C. §2000E, et seq. [Title VII of Civil Rights Act of 1964, as amended] and Demand for Jury Trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained herein is true and correct.

Executed this 10th day of April, 2006.

By: _____
**EMMAJEAN OGO LAMB**

Page 2 of 2

Henry Van Meter et al. v. Calpac et al.
Civil Case No. CIV05-00037
Declaration of Mailing (Dynamic Technical Services)

Case 1:05-cv-00037 Document 23 Filed 04/10/2006 Page 2 of 2