**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs Henry Van Meter et al.*

FILED
DISTRICT COURT OF GUAM
APR 10 2006
MARY L.M. MORAN
CLERK OF COURT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF GUAM**

HENRY VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,

Plaintiffs,

-vs-

CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,

Defendants.

CIVIL CASE NUMBER 05-00037

**DECLARATION OF SERVICE**

I, **CLAIRE CLARK BLAS**, do hereby declare:

1. I am a Process Server;

2. I am not a party to the action nor interested in the above case.

3. On April 4, 2006 at 1:00 p.m., I personally served the following documents on Defendant **CALPAC** through its President, John Healy, at the Calpac office in Harmon, Guam:

(1) Summons in a Civil Case;

ORIGINAL

(2) First Amended Complaint Under 42 U.S.C. §2000E, et seq. [Title VII of Civil Rights Act of 1964, as amended] and Demand for Jury Trial;

(3) Scheduling Order;

(4) Status Report Pursuant to Local Rule 16.2(e);

(5) Notice of Right to Consent to Disposition of a Civil Case by a United States Magistrate Judge;

(6) Notice, Consent, and Order of Reference Exercise of Jurisdiction by a United States Magistrate Judge; and

(7) Complaint Under 42 U.S.C. §2000E, et seq. [Title VII of Civil Rights Act of 1964, as amended] and Demand for Jury Trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained herein is true and correct.

Executed this 5th day of April, 2006.

By: [signature]
**Claire Clark Blas, Process Server**

283 Wusstig Road, Dededo, Guam 96929
**Address of Server**

Case 1:05-cv-00037 Document 25 Filed 04/10/2006 Page 2 of 2