FILED
DISTRICT COURT OF GUAM
APR 13 2006
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

HENRY G. VAN METER, *et al.*,

Plaintiffs,

vs.

CALPAC, *et al.*,

Defendants.

Civil Case No. 05-00037

ORDER

On April 10, 2005, the Plaintiffs filed a Motion for Order Extending Time to Effect Service on Defendants (the "Motion"). (Docket No. 15.) The following day, the Plaintiffs filed an Amended Motion for Order Extending Time to Effect Service on Defendants (the "Amended Motion").[1] (Docket No. 26.) The Amended Motion sought a 12-day extension to serve defendants MCI, Dennis Clark, and Jai James. The Amended Motion and supporting declaration state that the Plaintiffs have attempted to serve said defendants but have been unsuccessful. The moving papers, however, fail to provide the Court with sufficient information to determine whether good cause exists to grant the relief requested. For instance, the Plaintiffs contend that a "reputable process server" was hired to effect service, yet there is no information whether said process server was hired last week or back in February shortly after the Amended Complaint was filed. Furthermore, there is no information as to what specific attempts were made to locate said

[1] The Court hereby finds that the Motion is moot by the filing of the Amended Motion.

defendants. Accordingly, the Plaintiffs shall file a supplemental declaration which provides specific details as the Plaintiffs attempts to effect service. Said supplemental declaration shall be filed no later than April 21, 2006. A ruling on the Amended Motion will be issued after the supplemental declaration is filed and reviewed by the Court.

SO ORDERED this 13th day of April 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge