| | |
|---|---|
| 1 | **LUJAN AGUIGUI & PEREZ LLP** |
| | Attorneys at Law |
| 2 | Pacific News Building, Suite 300 |
| | 238 Archbishop Flores Street |
| 3 | Hagåtña, Guam 96910 |
| | Telephone (671) 477-8064/5 |
| 4 | Facsimile (671) 477-5297 |

LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

FILED
DISTRICT COURT OF GUAM
APR 20 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,

    Plaintiffs,

-vs-

CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,

    Defendants.

CIVIL CASE NO. 05-00037

**STATUS REPORT PURSUANT TO LOCAL RULE 16.1(e)**

    Plaintiffs Henry G. Van Meter, Jerry T. Apodaca, Jr., Joseph J. Hernandez, Joseph T. Mendiola, Larry L. Charfauros, Anthony C. Arriola, Robert B. Cruz, Roland F. Mendiola, James S. Yee, Teddy B. Cruz, Jesse B. Cruz, John L.G. Nauta, and John P. Babauta (collectively "Plaintiffs") hereby submit their independent status report pursuant to District Court of Guam Local Rule 16.1(e)[1].

---

[1] Local Rule 16.1(e) provides as follows:

(Footnote continues on following page.)

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Status Report Pursuant to Local Rule 16.1(e)

1

Case 1:05-cv-00037　　Document 30　　Filed 04/20/2006　　Page 1 of 6

# (PROPOSED) SCHEDULING ORDER

1. Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure and the Local Rule 16.1 for the District Court of Guam, Plaintiffs hereby submit the following Scheduling Order:

2. The nature of the case is as follows: Plaintiffs filed suit against their former employer, Calpac, Dynamic Technical Services, MCI, John Healy, Dennis Clark, William Ward, Jai James, and Does 1 through 10, under Title VII of the Civil Rights Act, alleging that they were discriminated against in their terms and conditions of employment.

3. There are no motions pending or filed in this matter. Discovery has not been initiated by any party at this time.

4. All motions to add parties and claims shall be filed on or before **October 20, 2006**, and heard on **November 28, 2006, at 10:00 a.m.**

5. All motions to amend pleadings shall be filed on or before **October 20, 2006**, and heard on **November 28, 2006, at 10:00 a.m.**

6. The Scheduling Conference is currently set for **May 2, 2006, at 10:00 a.m.**

---

(Footnote continued from previous page)

**(e) Non-Appearance of Defendants – Status Report.** If on the due date of the Scheduling Order and Discovery Plan, the defendant(s) or respondent(s) have been served and no answer or appearance has been filed, or if service on the defendants has not been effected, counsel for the plaintiff or the pro se plaintiff shall file an independent status report setting forth the above information required in subsections A through L to the extent possible. The report shall also include the current status of the non-appearing parties.

(Footnote continues on following page.)

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Status Report Pursuant to Local Rule 16.1(e)

2

Case 1:05-cv-00037   Document 30   Filed 04/20/2006   Page 2 of 6

7. Status of Discovery:

   a. The times for disclosures under Rule 26(a) and 26(e) of the Federal Rules of Civil Procedure are modified as follows:

      i. The "initial disclosures" described in subsections (A), (B), (C), and (D) of Federal Rule of Civil Procedure 26(a)(1) shall be exchanged by **September 22, 2006**. [Pursuant to local rules, these are not to be filed.]

      ii. The disclosure of expert testimony by plaintiffs' experts shall be made not later than **November 28, 2006**. The disclosure of expert testimony by defendants' experts shall be made by **December 5, 2006**.

      iii. The "pretrial disclosures" described in Federal Rule of Civil Procedure 26(a)(3)(A), (B), and (C) shall be made at least thirty (30) days before the trial date or by **March 19, 2007**.

   b. The following is a description and schedule of all pretrial discovery each party intends to initiate prior to the close of discovery:

   **Plaintiffs:** Interrogatories, Requests to Produce, Admissions, and depositions;

   **Defendants:** Unknown.

---

(Footnote continued from previous page)

In addition, if service has not been effected, plaintiff's counsel or the pro se plaintiff must set forth the reasons why service has not been effected and what attempts at service have been made.

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Status Report Pursuant to Local Rule 16.1(e)

3

Case 1:05-cv-00037    Document 30    Filed 04/20/2006    Page 3 of 6

8. The discovery cutoff date (defined as the last day to file responses to discovery) is **February 23, 2007**.

9. The anticipated discovery motions are Motions to Compel or Motions for Protective Orders. All discovery motions shall be filed on or before **March 12, 2007**, and heard on or about **April 6, 2007**, at **10:00 a.m.**

10. The anticipated dispositive motions are Motions for Summary Judgment. All dispositive motions shall be filed on or before **April 23, 2007**, and heard on or about **May 14, 2007**, at **10:00 a.m.**.

11. The prospects for settlement are unknown at this time.

12. The Preliminary Pretrial Conference shall be held on **May 28, 2007**, at **10:00 a.m.** (no later than twenty-one (21) days prior to trial).

13. The parties' pretrial materials, discovery materials, final witness lists, designations, and final exhibit lists shall be filed on or before **June 4, 2007**.

14. The proposed Pretrial Order shall be filed on or before **June 4, 2007** (no later than fourteen (14) days prior to trial).

15. The Final Pretrial Conference shall be held on **June 11, 2007**, at **3:00 p.m.** (no later than seven (7) days prior to trial).

16. The trial shall be held on **June 18, 2007**, at **9:00 a.m.**

17. The trial is a jury trial.

18. It is anticipated that the trial will take 3-4 weeks to try.

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Status Report Pursuant to Local Rule 16.1(e)

4

Case 1:05-cv-00037    Document 30    Filed 04/20/2006    Page 4 of 6

19. The names of counsel are as follows:

   a. For Plaintiffs: David J. Lujan, Lujan Aguigui & Perez LLP, Pacific News Building, Suite 300, 238 Archbishop Flores Street, Hagåtña, Guam 96910, Telephone (671) 477-8064/5, Facsimile (671) 477-5297.

   b. For Defendant Dynamic Technical Service: Elyze J. McDonald, Carlsmith Ball LLP, Bank of Hawaii Bldg., 134 West Soledad Avenue, Suite 401, P.O. Box BF, Hagåtña, Guam 96932-5027, Telephone (671) 472-6813, Facsimile (671) 477-4375.

   c. Unknown for Defendants Calpac, John Healy, William Ward, MCI, Dennis Clark, and Jai James.

20. Plaintiffs wish to submit this case to a settlement judge.

21. The following issues will affect the status or management of the case:

   a. At least one of the defendants is an entity incorporated off-island;

   b. Some of the witnesses may be off-island residents.

22. Upon information and belief, the current status of some of the non-appearing parties, specifically Defendants Calpac, John Healy, William Ward, and Dynamic Technical Service, remains unchanged from the status stated in Plaintiffs' First Amended Complaint. However, upon information and belief, Defendant MCI, upon information and belief, may have become a new entity as a result of a merger. Also, upon information and belief, Defendants Dennis Clark and Jai James are no longer in Guam.

23. Service has been effected on Defendants Calpac, John Healy, and William Ward. At the request of attorneys purportedly representing Calpac, John Healy, and William

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Status Report Pursuant to Local Rule 16.1(e)

5

Case 1:05-cv-00037   Document 30   Filed 04/20/2006   Page 5 of 6

Ward, an extension was given to respond to the First Amended Complaint by April 30, 2006. Thus, Defendants Calpac, John Healy, and William Ward have not answered the complaint nor made any filings with the Court. At this time, Plaintiffs do not know the identity of the attorney who ultimately will represent Calpac, John Healy, and William Ward.

24. Service has been effected on Defendant Dynamic Technical Service, who were first served through the Director of the Guam Department of Revenue and Taxation around March 21, 2006. Plaintiffs were not aware of the identity of counsel for Dynamic Technical Services until today, April 20, 2006, when counsel made its first filing with the Court.

25. MCI, an off-island defendant, has not made any appearance in this matter, although it was served through the Director of the Guam Department of Revenue and Taxation around March 21, 2006.

26. Service has not been effected on Defendants Jai James and Dennis Clark since Plaintiffs are still searching for their addresses for service, as they were not at their last known locations. There is currently pending a motion for enlargement of time to serve Messrs. James and Clark.

**RESPECTFULLY SUBMITTED** this 20th day of April, 2006, in Hagåtña, Guam.

LUJAN AGUIGUI & PEREZ LLP

By: _____
**DELIA LUJAN**
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Status Report Pursuant to Local Rule 16.1(e)

6

Case 1:05-cv-00037   Document 30   Filed 04/20/2006   Page 6 of 6