1    Elyze J. McDonald, Guam Bar No. 01-004
     CARLSMITH BALL LLP
2    Bank of Hawaii Building
     134 W. Soledad Avenue, Suite 401
3    P.O. Box BF
     Hagåtña, Guam 96910
4    Telephone (671) 472-6813
     Facsimile (671) 477-4375

**FILED**

DISTRICT COURT OF GUAM

APR 20 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

5

6    HAROLD D. JONES, Texas Bar No. 10894020
     (Seeking admission *Pro Hac Vice*)
7    ANDERSON & JONES, PLLC
     13355 Noel Road, Suite 1645
8    Dallas, Texas 75240
     Telephone (972) 789-1160
9    Facsimile (972) 789-1606

10    Attorneys for Defendant
     DYNAMIC TECHNICAL SERVICES

11

12          **IN THE UNITED STATES DISTRICT COURT OF GUAM**

13               **FOR THE TERRITORY OF GUAM**

14    HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA,     Civil Case No. 05-00037

15    LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ,

16    ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ,     **APPLICATION FOR ADMISSION *PRO HAC VICE* OF HAROLD D. JONES**

17    JOHN L.G. NAUTA, and JOHN P. BABAUTA,

18

19            Plaintiffs,

20        v.

21    CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY,

22    DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,

23            Defendants.

24

25    ***TO THE HONORABLE JUDGE OF SAID COURT:***

26

27

28

CARLSMITH BALL LLP
BANK OF HAWAII BUILDING
4 W. SOLEDAD AVENUE, SUITE 40
P.O. BOX BF
HAGÅTÑA, GUAM 96910
Telephone (671) 472-6813
Facsimile (671) 477-4375

4817-3192-8576.1.000EJM-00001

APPLICATION FOR ADMISSION *PRO HAC VICE* OF HAROLD D. JONES

1108.02AWAR

ORIGINAL


NOW COMES Harold D. Jones of the Dallas, Texas firm Anderson & Jones, PLLC and makes application under GR 17.1(d) for admission *pro hac vice*, having been retained by Defendant Dynamic Technical Services ("Dynamic"), a Texas entity to defend its interests in the above-captioned litigation, and would respectfully show unto the Court as follows:

## I.

Harold D. Jones is not a resident of Guam.

## II.

Harold D. Jones is not regularly employed in Guam.

## III.

Harold D. Jones is not regularly engaged in business or other activities in Guam.

## IV.

Harold D. Jones resides at 11904 Jamestown Road, Dallas, Texas 75230 and practices as a principal attorney with Anderson Jones, PLLC, at One Galleria Tower, 13355 Noel Road, Suite 1645, Dallas, Texas 75240. His office telephone numbers are (972) 789-1161 and (972) 789-1606 facsimile.

## V.

Harold D. Jones was admitted to practice in all courts in Texas on November 1, 1991. He is a member in good standing of the Northern, Western, Southern, and Eastern Districts for the U.S. District Court for Texas, having been admitted in 1992. He is admitted to practice in the U.S. Supreme Court (June 1996). He is admitted to practice in the 5th Circuit Court of Appeals (1993).

## VI.

Mr. Jones is not currently suspended or disbarred in any court, nor has he ever been.

## VII.

Mr. Jones has been retained by Dynamic to represent Dynamic herein.

CARLSMITH BALL LLP
BANK OF HAWAII BUILDING
4 W. SOLEDAD AVENUE. SUITE 40
P.O. BOX BF
HAGÅTÑA. GUAM 96910
Telephone (671) 472 6813
Facsimile (671) 477-4375

4817-3192-8576.1.000EJM-00001

2.

APPLICATION FOR ADMISSION *PRO HAC VICE* OF HAROLD D. JONES

## VIII.

On November 4, 2005, Mr. Jones sought and was granted admission *pro hac vice* in a case filed in the Superior Court of the State of California, County of Los Angeles, Central District, entitled *Nachum v. First Legal Support Services, Inc., et al* (No. BC-340969). Mr. Jones was admitted *pro hac vice* on December 5, 2005.

## IX.

Mr. Jones has never sought *pro hac vice* admission to this District.

## X.

Mr. Jones has designated Elyze J. McDonald, of Carlsmith Ball LLP, as local counsel, under GR 17.1(d)(2)(E) and (e). Ms. McDonald is an active member in good standing of the bar of this Court. Ms. McDonald has consented to this designation *infra*.

## XI.

No waiver of any jurisdictional or venue challenge that may be made by Dynamic is intended by this application.

## XII.

All facts asserted herein are attested to by Mr. Jones, in the accompanying Declaration.

CARLSMITH BALL LLP
BANK OF HAWAII BUILDING
4 W. SOLEDAD AVENUE, SUITE 401
P.O. BOX BF
HAGÅTÑA GUAM 96910
Telephone (671) 472-6813
Facsimile (671) 477-4375

4817-3192-8576.1.000EJM-00001                    3.

1108.02/WAB

APPLICATION FOR ADMISSION *PRO HAC VICE* OF HAROLD D. JONES

WHEREFORE, PREMISES CONSIDERED, Harold D. Jones, of Anderson & Jones, PLLC, applies for admission *pro hac vice*, to serve as lead counsel for Dynamic, through and including trial and/or judgment herein.

Dated: April __20__, 2006

_Elyze McDonald_
Elyze J. McDonald, Guam Bar No. 01-004
CARLSMITH BALL LLP
Bank of Hawaii Building
134 W. Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96910
Telephone (671) 472-6813
Facsimile (671) 477-4375

and

HAROLD D. JONES,
Texas Bar No. 10894020
(Seeking admission *Pro Hac Vice*)
ANDERSON & JONES, PLLC
13355 Noel Road, Suite 1645
Dallas, Texas 75240
Telephone (972) 789-1160
Facsimile (972) 789-1606

Attorneys for Defendant
DYNAMIC TECHNICAL SERVICES

CARLSMITH BALL LLP
Bank of Hawaii Building
134 W. Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96910
Telephone (671) 472-6813
Facsimile (671) 477-4375

4817-3192-8576.1.000EJM-00001                4.
1108.02/WAB
APPLICATION FOR ADMISSION *PRO HAC VICE* OF HAROLD D. JONES

Case 1:05-cv-00037    Document 31    Filed 04/20/2006    Page 4 of 4