Elyze J. McDonald, Guam Bar No. 01-004
CARLSMITH BALL LLP
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375

HAROLD D. JONES, Texas Bar No. 10894020
(Seeking admission *Pro Hac Vice*)
ANDERSON & JONES, PLLC
13355 Noel Road, Suite 1645
Dallas, Texas 75240
Telephone (972) 789-1160
Facsimile (972) 789-1606

Attorneys for Defendant
DYNAMIC TECHNICAL SERVICES

**FILED**
DISTRICT COURT OF GUAM
APR 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>v.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 Through 10,<br><br>Defendants. | CIVIL CASE NO. CV05-00037<br><br>**REQUEST TO FILE FACSIMILE FILING; DECLARATION OF SERVICE** |

4842-8199-9872.1.000EJM-00001

ORIGINAL

Request to File Facsimile Filing; Declaration of Service
Henry G. Van Meter, et al. vs. CALPA, et al.
District Court of Guam Civil Case No. CV05-00037

In accordance with General Rule 5.1(a), Defendant Dynamic Technical Services hereby request that the Court grant permission for Defendant Dynamic Technical Services to submit the attached facsimile filing, Declaration of Harold D. Jones in Support of Application for Admission Pro Hac Vice of Harold D. Jones. The Declaration is in support of Defendant Dynamic Technical Services' Application for Admission Pro Hac Vice of Harold D. Jones. Mr. Jones signed the Declaration, however, because he currently resides in Texas, his signature on the Declaration is a facsimile. Mr. Jones has sent to the Guam office of Carlsmith Ball LLP an original copy of the Declaration via courier. Upon receipt of the original signature, undersigned counsel will immediately file it with the Court.

DATED: Hagåtña, Guam, April 20, 2006.

CARLSMITH BALL LLP

*[signature]*
ELYZE McDONALD
Attorneys for Defendant
Dynamic Technical Services

Request to File Facsimile Filing; Declaration of Service
Henry G. Van Meter, et al. vs. CALPA, et al.
District Court of Guam Civil Case No. CV05-00037

## DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on April 19, 2006, I will cause to be served, via hand delivery, a true and correct copy of the REQUEST TO FILE FACSIMILE FILING; DECLARATION OF SERVICE upon Plaintiffs Counsel of record as follows:

>Delia Sablan Lujan
>**LUJAN, AGUIGUI & PEREZ, LLP**
>Suite 300, Pacific News Building
>238 Archbishop F.C. Flores Street
>Hagåtña, Guam USA 96910
>Attorneys for Plaintiffs Henry G. Van Meter, et al.

Executed this 20th day of April 2006 at Hagåtña, Guam.

_____
ELYZE J. McDONALD

Elyze J. McDonald, Guam Bar No. 01-004
CARLSMITH BALL LLP
Bank of Hawaii Building
134 W. Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96910
Telephone (671) 472-6813
Facsimile (671) 477-4375


HAROLD D. JONES, Texas Bar No. 10894020
(Seeking admission *Pro Hac Vice*)
ANDERSON & JONES, PLLC
13355 Noel Road, Suite 1645
Dallas, Texas 75240
Telephone (972) 789-1160
Facsimile (972) 789-1606

Attorneys for Defendant
DYNAMIC TECHNICAL SERVICES

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPTH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br>Plaintiffs, <br><br>v. <br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br>Defendants. | Civil Case No. 05-00037 <br><br>**DECLARATION OF HAROLD D. JONES IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE OF HAROLD D. JONES** |

*TO THE HONORABLE JUDGE OF SAID COURT:*

# DECLARATION OF HAROLD D. JONES

I, Harold D. Jones, declare:

1. I have personal knowledge of the following and if called on to testify thereto under oath, I could and would do so truthfully.

2. Defendant Dynamic Technical Services has expressly asked that I appear as Counsel *Pro Hac Vice* in this action and participate in the action on its behalf due to my experience and specialized knowledge of this Defendant's organization and practices in Guam.

3. Due to my familiarity with the business, practices and policies of the Defendant, my client believes it is both cost and time effective that I defend this matter on its behalf.

4. I reside at 11904 Jamestown Road, Dallas, Texas 75230.

5. I have never been a resident of Guam. I am not regularly employed in Guam, nor am I *engaged* in substantial business, professional or other activities in Guam.

6. I am a Shareholder of Anderson & Jones at its office located at 13355 Noel Road, Suite 1645, Dallas, Texas 75240; telephone number (972) 789-1160; fax number (972) 789-1606.

7. I was admitted to practice law in the State of Texas on November 1, 1991. I am Board Certified in Labor and Employment Law by the Texas Board of Legal Specialization (1996). I am admitted to all courts in Texas, including the Supreme Court of Texas, all Courts of Appeals, all four districts (Northern, Southern, Western and Eastern) of the U.S. District Court, the Fifth Circuit Court of Appeals, and the U.S. Supreme Court. I am also currently admitted for one year *pro hac vice* in all state courts of Oklahoma. I am a member in good standing in these courts, and am not currently suspended or disbarred in any court.

8. In the preceding two years, I have not petitioned the Court to appear in Guam as counsel *pro hac vice* in the following cases.

9. I hereby designate the following member of the Bar of this Court as local counsel, under GR 17.1(d)(2)(E) and (e).: Elyze J. McDonald, of Carlsmith Ball LLP, Bank of Hawaii Building, 134 W. Soledad Avenue, Suite 401, P.O. Box BF, Hagåtña, Guam 96910, Telephone (671) 472-6813, Facsimile (671) 477-4375. Ms. McDonald is an active member in good standing of the

2.

bar of this Court. Ms. McDonald has consented to this designation *infra*.

I declare under penalty of perjury under the laws of Guam that the foregoing is true and correct.

Executed on April 18th, 2006, at Dallas, Texas.

*/s/ Harold D. Jones*
HAROLD D. JONES
(Seeking admission *Pro Hac Vice*)
ANDERSON & JONES, PLLC
13355 Noel Road, Suite 1645
Dallas, Texas 75240
Telephone (972) 789-1160
Facsimile (972) 789-1606

Attorneys for Defendant
DYNAMIC TECHNICAL SERVICES

3.

DECLARATION OF HAROLD D. JONES IN SUPPORT OF APPLICATION FOR ADMISSION
*PRO HAC VICE* OF HAROLD D. JONES