Elyze J. McDonald, Guam Bar No. 01-004
CARLSMITH BALL LLP
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375

HAROLD D. JONES, Texas Bar No. 10894020
(Seeking admission *Pro Hac Vice*)
ANDERSON & JONES, PLLC
13355 Noel Road, Suite 1645
Dallas, Texas 75240
Telephone (972) 789-1160
Facsimile (972) 789-1606

Attorneys for Defendant
DYNAMIC TECHNICAL SERVICES

**FILED**
DISTRICT COURT OF GUAM
APR 21 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, *et al.*, <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br> **ORDER** <br> **Granting Application for *Pro Hac Vice* Admission of Harold D. Jones** |

The Application for Admission *Pro Hac Vice* of Harold D. Jones is hereby **GRANTED** based on the Court finding that such appearance is proper and appropriate in this circumstance.

**SO ORDERED** this 21st day of April 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**