

**LUJAN AGUIGUI & PEREZ** LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

**FILED**
DISTRICT COURT OF GUAM
APR 21 2006 nb
**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>          Plaintiffs,<br><br>     -vs-<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>          Defendants. | CIVIL CASE NO. 05-00037<br><br><br>**SUPPLEMENTAL DECLARATION OF DELIA LUJAN IN SUPPORT OF AMENDED MOTION FOR ORDER EXTENDING TIME TO EFFECT SERVICE ON DEFENDANTS** |

I, DELIA LUJAN, hereby declare and state as follows:

1. I am an attorney representing all the plaintiffs in this matter.

2. I am familiar with the service of process and attempted service of process of the defendants.

3. In February 2006, I tried, with no success, to locate Defendants MCI, Jai James, and Dennis Clark in the Guam telephone directory.

ORIGINAL

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Supplemental Declaration of Delia Lujan

1

Case 1:05-cv-00037   Document 36   Filed 04/21/2006   Page 1 of 4

4.  Not finding MCI in the telephone directory, I telephoned the Guam Department of Revenue and Taxation in early March 2006, and inquired whether MCI was licensed to do business here in Guam and whether it had a certificate of registration filed with the Department. I was informed by the Department of Revenue and Taxation that MCI was not licensed to do business in Guam and that it did not have a Certificate of Registration filed in Guam.

5.  Therefore, on or about March 23, 2006, my law office hired local process server Claire Blas to effect service of process upon MCI through the Director of the Department of Revenue and Taxation, who is conclusively presumed to be MCI's designated agent for service of process pursuant to 18 G.C.A. § 7103. MCI was served through the Director of the Department of Revenue and Taxation on March 24, 2006.

6.  On April 5, 2006, my law office also mailed a copy of the summons and First Amended Complaint, along with other documents, to MCI at its last known address.

7.  In addition to serving MCI through the Director of the Department of Revenue and Taxation and mailing, in late March or early April 2006, my law office hired a process server in Texas, Kino Ayoubi of Civil Process Technologies, to personally serve MCI at its last known address. When service of process upon MCI was attempted on April 7, 2006, at least one employee at the office informed the process server that MCI had merged with another company and it could not be served at the Texas office, but only at its office in Washington, D.C.

8.  On or about March 8, 2006, my law office hired local process server Claire Blas to effect service of process upon Defendants Jai James and Dennis Clark. However, Ms. Blas could not locate either Mr. James or Mr. Clark at where was, upon information and belief, their last known location on Guam, i.e., the Calpac office. My law office

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Supplemental Declaration of Delia Lujan

2

Case 1:05-cv-00037   Document 36   Filed 04/21/2006   Page 2 of 4

instructed Ms. Blas to investigate the whereabouts and last known addresses of Messrs. James and Clark, but Ms. Blas could not find this information.

9. In addition to Ms. Blas' attempts to locate Messrs. Clark and James, the investigator at my law office, Edward Chaco, attempted to locate Messrs. James and Clark by checking with the Guam Police Department. The records available to the Guam Police Department yielded no contact information for Mr. Clark. However, the records did provide a possible address for Mr. James. My law office then provided this information to Ms. Blas so that she could personally serve Mr. James at this possible location, but she was unsuccessful at locating Mr. James or anyone else who knew Mr. James at this location.

10. My law office also attempted to effect personal service upon Defendant Dennis Clark through Texas process server Kino Ayoubi or his employees or affiliates, as Mr. Clark, upon information and belief, was an employee of Defendant Dynamic Technical Services, which has its office in Texas. However, on April 7, 2006, when the Texas process server attempted to effect service upon Mr. Clark at Dynamic Technical Services, Dynamic Technical Services informed the process server that Mr. Clark was no longer employed by the company and the company did not have a forwarding address for Mr. Clark. My law office then instructed Mr. Ayoubi to investigate Mr. Clark's whereabouts and last known address, but thus far there has been no success in locating Mr. Clark.

/       /       /

/       /       /

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Supplemental Declaration of Delia Lujan

3

Case 1:05-cv-00037   Document 36   Filed 04/21/2006   Page 3 of 4

1    11. If the time for serving the defendants is extended, Plaintiffs will continue in its efforts

2    to effect service of process upon Defendants James, Clark, and MCI or its successor.

3    I declare under penalty of perjury under the laws of the United States that the foregoing is

4    true and correct to the best of my knowledge and belief.

5    Executed this 21st day of April, 2006, in Hagåtña, Guam.

6                                    **LUJAN AGUIGUI & PEREZ** LLP

7

8

9                        By: _____

10                            **DELIA LUJAN**
                             *Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Supplemental Declaration of Delia Lujan

4

Case 1:05-cv-00037    Document 36    Filed 04/21/2006    Page 4 of 4