Elyze J. McDonald, Guam Bar No. 01-004
CARLSMITH BALL LLP
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375

HAROLD D. JONES, Texas Bar No. 10894020
(Seeking admission *Pro Hac Vice*)
ANDERSON & JONES, PLLC
13355 Noel Road, Suite 1645
Dallas, Texas 75240
Telephone (972) 789-1160
Facsimile (972) 789-1606

Attorneys for Defendant
DYNAMIC TECHNICAL SERVICES



**FILED**
DISTRICT COURT OF GUAM
APR 27 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

### FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>**NOTICE OF FILING ORIGINAL SIGNATURE TO REPLACE FACSIMILE SIGNATURE; DECLARATION OF SERVICE** |

Attached is the original signature page of the Declaration of Harold D. Jones in Support of Application for Admission Pro Hac Vice of Harold D. Jones. The facsimile copy is attached to the Request to File Facsimile Filing filed on April 20, 2006 in the above-captioned case.

DATED: Hagåtña, Guam, April 27, 2006.

*[signature]*

ELYZE J. MCDONALD
Attorneys for Defendant
DYNAMIC TECHNICAL SERVICES

## DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on April 27, 2006, I will cause to be served, via hand delivery, a true and correct copy of the NOTICE OF FILING ORIGINAL SIGNATURE TO REPLACE FACSIMILE SIGNATURE; DECLARATION OF SERVICE upon Plaintiffs Counsel of record as follows:

> Delia Sablan Lujan
> **LUJAN, AGUIGUI & PEREZ, LLP**
> Suite 300, Pacific News Building
> 238 Archbishop F.C. Flores Street
> Hagåtña, Guam USA 96910
> Attorneys for Plaintiffs Henry G. Van Meter, et al.

Executed this 27th day of April 2006 at Hagåtña, Guam.

_____
ELYZE J. McDONALD

Meredith M. Sayre
CARLSMITH BALL LLP
Bank of Hawaii Building
134 W. Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96910
Telephone (671) 472-6813
Facsimile (671) 477-4375


HAROLD D. JONES, Texas Bar No. 10894020
(Seeking admission *Pro Hac Vice*)
ANDERSON & JONES, PLLC
13355 Noel Road, Suite 1645
Dallas, Texas 75240
Telephone (972) 789-1160
Facsimile (972) 789-1606

Attorneys for Defendant
DYNAMIC TECHNICAL SERVICES

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPTH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>v.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | Civil Case No. 05-00037<br><br>**DECLARATION OF HAROLD D. JONES IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE OF HAROLD D. JONES** |

***TO THE HONORABLE JUDGE OF SAID COURT:***

CARLSMITH BALL LLP
BANK OF HAWAII BUILDING
14 W. SOLEDAD AVENUE, SUITE 401
P.O. BOX BF
HAGÅTÑA, GUAM 96910
Telephone (671) 472-6813
Facsimile (671) 477-4375

DECLARATION OF HAROLD D. JONES IN SUPPORT OF APPLICATION FOR ADMISSION
*PRO HAC VICE* OF HAROLD D. JONES

1108.02/MAS

Case 1:05-cv-00037   Document 41   Filed 04/27/2006   Page 4 of 6

## DECLARATION OF HAROLD D. JONES

I, Harold D. Jones, declare:

1. I have personal knowledge of the following and if called on to testify thereto under oath, I could and would do so truthfully.

2. Defendant Dynamic Technical Services has expressly asked that I appear as Counsel *Pro Hac Vice* in this action and participate in the action on its behalf due to my experience and specialized knowledge of this Defendant's organization and practices in Guam.

3. Due to my familiarity with the business, practices and policies of the Defendant, my client believes it is both cost and time effective that I defend this matter on its behalf.

4. I reside at 11904 Jamestown Road, Dallas, Texas 75230.

5. I have never been a resident of Guam. I am not regularly employed in Guam, nor am I *engaged* in substantial business, professional or other activities in Guam.

6. I am a Shareholder of Anderson & Jones at its office located at 13355 Noel Road, Suite 1645, Dallas, Texas 75240; telephone number (972) 789-1160; fax number (972) 789-1606.

7. I was admitted to practice law in the State of Texas on November 1, 1991. I am Board Certified in Labor and Employment Law by the Texas Board of Legal Specialization (1996). I am admitted to all courts in Texas, including the Supreme Court of Texas, all Courts of Appeals, all four districts (Northern, Southern, Western and Eastern) of the U.S. District Court, the Fifth Circuit Court of Appeals, and the U.S. Supreme Court. I am also currently admitted for one year *pro hac vice* in all state courts of Oklahoma. I am a member in good standing in these courts, and am not currently suspended or disbarred in any court.

8. In the preceding two years, I have not petitioned the Court to appear in Guam as counsel *pro hac vice* in the following cases.

9. I hereby designate the following member of the Bar of this Court as local counsel, under GR 17.1(d)(2)(E) and (e).: Meredith M. Sayre, of Carlsmith Ball LLP, Bank of Hawaii Building, 134 W. Soledad Avenue, Suite 401, P.O. Box BF, Hagåtña, Guam 96910, Telephone (671) 472-6813, Facsimile (671) 477-4375. Ms. Sayre is an active member in good standing of the bar of

2.

this Court. Ms. Sayre has consented to this designation *infra*.

I declare under penalty of perjury under the laws of Guam that the foregoing is true and correct.

Executed on April 13th, 2006, at Dallas, Texas.

*[signature]*

HAROLD D. JONES
(Seeking admission *Pro Hac Vice*)
ANDERSON & JONES, PLLC
13355 Noel Road, Suite 1645
Dallas, Texas 75240
Telephone (972) 789-1160
Facsimile (972) 789-1606

Attorneys for Defendant
DYNAMIC TECHNICAL SERVICES

3.

CARLSMITH BALL LLP
BANK OF HAWAII BUILDING
14 W. SOLEDAD AVENUE, SUITE 401
P.O. BOX BF
HAGÅTÑA, GUAM 96910
Telephone (671) 472-6813
Facsimile (671) 477-4375