LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs Henry Van Meter et al.*

**FILED**
DISTRICT COURT OF GUAM
APR 28 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| HENRY VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>-vs-<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NUMBER 05-00037<br><br>STIPULATION FOR CONTINUANCE |

The parties in the above-entitled matter, the Plaintiffs by their counsel, Delia S. Lujan, Defendant Dynamic Technical Services through their counsel, Elyze McDonald and Defendants CalPac, John Healy and William Ward, through their counsel William Blair hereby stipulate to continue the Scheduling Conference currently set for May 2, 2006 to a date no earlier than May 25, 2006. This continuance is requested by the parties since the appearances were made by the

---

Page 1 of 2

Henry Van Meter et al. v. Calpac et al.
Civil Case No. CIV05-00037
Stipulation for Continuance

Case 1:05-cv-00037    Document 42    Filed 04/28/2006    Page 1 of 2

Defendants on or after the deadline for submitting a proposed Scheduling Order and Discovery Plan.

IT IS SO STIPULATED this 28th day of April, 2006.

| LUJAN AGUIGUI & PEREZ LLP | CARLSMITH BALL LLP |
|---|---|
| *signature* | *signature* |
| **DELIA S. LUJAN, ESQ.** | **ELYZE McDONALD, ESQ.** |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |
| *Henry G. Van Meter et al.* | *Dynamic Technical Services* |

**BLAIR STERLING JOHNSON MOODY MARTINEZ AND LEON GUERRERO P.C.**

*signature*

**WILLIAM BLAIR, ESQ.**
*Attorney for Defendants*
*Calpac, John Healy and William Ward*

Page 2 of 2

Henry Van Meter et al. v. Calpac et al.
Civil Case No. CIV05-00037
Stipulation for Continuance

Case 1:05-cv-00037   Document 42   Filed 04/28/2006   Page 2 of 2