WILLIAM J. BLAIR
BLAIR STERLING JOHNSON
MOODY MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendants California Pacific Technical Services LLC, John Healy and William Ward*

FILED
DISTRICT COURT OF GUAM
MAY -1 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV05-00037<br><br><br><br><br><br><br><br><br><br>**ANSWER OF DEFENDANTS CALPAC, JOHN HEALY and WILLIAM WARD** |

COMES NOW Defendants **CALIFORNIA PACIFIC TECHNICAL SERVICES LLC** ("CalPac"), **JOHN HEALY** and **WILLIAM WARD** (collectively, "Defendants") and in answer to the First Amended Complaint filed herein admit, deny and allege as follows:

1. Defendants admit the allegations contained in paragraphs 1, 2, 4, 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 17, 25, 26, 36, 48, 78, 96, 120, 126, 132, 152 and 193.

2. Defendants deny the allegations contained in paragraphs 12, 22, 23, 27, 28, 29, 30, 31, 32, 33, 34, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 72, 73, 74, 75, 76, 77, 79, 80, 81, 82, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 121, 122, 123, 124, 125, 127, 128, 129, 130, 133, 134, 136, 137, 138, 139, 140, 141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 153, 154, 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 170, 172, 173, 174, 176, 178, 179, 180, 181, 182, 183, 184, 185, 186, 187, 188, 189, 190, 191, 194, 195, 196, 197, 198, 199, 200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 213, 214, 215, 216, 217, 219, 221, 222, 223, 224, 225, 226, 227, 228, 229 and 230.

3. Defendants lack sufficient information and belief to formulate a response to paragraphs 3, 5, 18, 19, 21, 24, 177, 218 and 220 and, basing its denial thereon, denies generally and specifically each and every allegation contained therein.

4. With respect to the allegations contained in paragraph 20, Defendants admit only that Defendant John Healy is one of the owner-members of CalPac. The other owner-member is In Hui Yu-Healy.

//

//

//

5. With respect to the allegations contained in paragraph 135, Defendants admit only that Plaintiff Yee filed a charge of discriminatory actions with the EEOC. Defendants deny that any discriminatory actions were taken against Plaintiff Yee.

6. With respect to the allegations contained in paragraph 175, Defendants admit only that Plaintiff J. Cruz filed a charge of discriminatory actions with the EEOC. Defendants deny that any discriminatory actions were taken against Plaintiff J. Cruz.

**AFFIRMATIVE DEFENSES**

1. The First Amended Complaint fails to state a cause of action upon which relief may be granted.

2. Defendants John Healy and William Ward are not proper parties to this action, neither having been named as a respondent in the charges filed with the Equal Employment Opportunity Commission.

3. As employees of Defendant CalPac, Defendants John Healy and William Ward are not proper parties to this action in their individual capacities.

**WHEREFORE**, Defendants **CALIFORNIA PACIFIC TECHNICAL SERVICES LLC, JOHN HEALY** and **WILLIAM WARD** pray for judgment as follows:

1. That Plaintiffs take nothing by their Complaint;

2. For cost of suit incurred herein; and

//

//

//

3. For such other and further relief as the Court may deem just and proper.

DATED this 1st day of May, 2006.

BLAIR STERLING JOHNSON
MOODY MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

BY: *William J. Blair*
WILLIAM J. BLAIR
*Attorneys for Defendants California Pacific Technical Services LLC, John Healy and William Ward*

```
G49\08130-03\
G:\WORD97\OFFICE\WORDDOC\PLD\WJB\136-ANSWER RE VAN METER V
CALPAC CIV05-037.DOC
```