WILLIAM J. BLAIR
BLAIR STERLING JOHNSON
MOODY MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

Attorneys for Defendants California Pacific Technical Services LLC, John Healy and William Ward

**FILED**
DISTRICT COURT OF GUAM
MAY -1 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV05-00037<br><br>**CERTIFICATE OF SERVICE** |

I, **WILLIAM J. BLAIR**, hereby certify that on May 1, 2006, a true and correct copy of the **ANSWER OF DEFENDANTS CALPAC, JOHN HEALY and WILLIAM WARD** filed herein on May 1, 2006, will be served via hand delivery upon the following:

LUJAN AGUIGUI & PEREZ, LLP
SUITE 300 PACIFIC NEWS BUILDING
238 ARCHBISHOP FLORES STREET
HAGÅTÑA, GUAM 96910

CARLSMITH BALL
BANK OF HAWAII BUILDING, SUITE 401
134 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

DATED: MAY 1, 2006

_____
WILLIAM J. BLAIR

G49\08130-03\
G:\WORD97\OFFICE\WORDDOC\PLD\WJB\136-COS-ANSWER RE VAN METER
V CALPAC CIV05-037.DOC