LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs Henry Van Meter et al.*

FILED
DISTRICT COURT OF GUAM
MAY -1 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| HENRY VAN METER, *et al.*,<br><br>Plaintiffs,<br><br>-vs-<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NUMBER 05-00037<br><br>**ORDER**<br>**Granting Stipulation for Continuance of Scheduling Conference** |

Whereas, a Stipulation for Continuance of the May 2nd Scheduling Conference was filed on April 28, 2006.

Whereas, the Court having reviewed the record of the proceedings and papers filed herein, and being fully apprised in the premises, NOW THEREFORE,

**IT IS HEREBY ORDERED** that the Stipulation for Continuance is hereby granted. The Scheduling Conference previously set for May 2, 2006, shall be continued until May 30, 2006 at 9:30 a.m. The parties shall submit the proposed Scheduling Order and Discovery Plan no later than May 23, 2006.

Dated: May 1, 2006

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge