LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br>-vs-<br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>ORDER<br>Extending Time to Effect Service on Defendants Clark, James and MCI |

WHEREAS Plaintiffs have attempted to serve Defendants Jai James and Dennis Clark and have been unsuccessful since said Defendants were not at their last known addresses and Plaintiffs have not yet discovered the Defendants' current addresses; and Plaintiffs have engaged a process server to continue to attempt to effect service on such Defendants; and Plaintiffs have attempted to serve Defendant MCI through a process server at its last known address and MCI

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Order Extending Time to Effect Service on Defendants

1

Case 1:05-cv-00037   Document 46   Filed 05/03/2006   Page 1 of 2

would not accept service; and Plaintiffs desire additional time to continue their efforts to effect service,

**IT IS HEREBY ORDERED** that Plaintiffs shall have an additional 120 days pursuant to Federal Rules of Civil Procedure 4(m) and 6(b) from this date in which to effect service of process upon said Defendants.

Dated this 3rd day of May 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Order Extending Time to Effect Service on Defendants

2

Case 1:05-cv-00037   Document 46   Filed 05/03/2006   Page 2 of 2