
FILED
DISTRICT COURT OF GUAM
MAY 18 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

HENRY G. VAN METER, et al.,

Plaintiff,

vs.

CALPAC, et al.,

Defendant.

Civil Case No. 05-00037

ORDER

This case is before the Court on Defendant, Dynamic Technical Services' Motion to Dismiss. The motion was filed on April 21, 2006. Pursuant to Local Rule 7.1(d)(2), the plaintiffs had fourteen days from the filing date of the motion to file an opposition. To date, no opposition has been filed. Accordingly, the motion shall be granted absent a filing by the Plaintiffs explaining their dilatory behavior and opposing the motion. The Plaintiffs shall have until May 26, 2006 to file their documents. If the Plaintiffs take no action concerning the motion by close of business May 26, 2006 the motion shall be granted without order of the Court. In the event such an opposition is filed, the Defendant shall have until June 9, 2006 to file a reply.

IT IS SO ORDERED, this 18 day of May, 2006.

JOHN C. COUGHENOUR*
District Court of Guam

---

*The Honorable John C. Coughenour, United States District Judge for the Western District of Washington, by designation.