# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

Henry G. Van Meter, et al.,

        Plaintiffs,

      vs.

Calpac, et al.,

        Defendants.

Case No. 1:05-cv-00037

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the Order re Motion to Dismiss filed May 18, 2006, on the dates indicated below:

| Lujan, Aguigui and Perez | Blair Sterling Johnson Moody Martinez and Leon Guerrero, P.C. | Carlsmith Ball LLP |
|---|---|---|
| May 19, 2006 | May 19, 2006 | May 19, 2006 |

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order re Motion to Dismiss filed May 18, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: May 19, 2006

         /s/ Renee M. Martinez
           Deputy Clerk