| | |
|---|---|
| LUJAN AGUIGUI & PEREZ LLP<br>Attorneys at Law<br>Pacific News Building, Suite 300<br>238 Archbishop Flores Street<br>Hagåtña, Guam 96910<br>Telephone (671) 477-8064/5<br>Facsimile (671) 477-5297<br><br>*Attorneys for Plaintiffs* | **FILED**<br>DISTRICT COURT OF GUAM<br>MAY 26 2006<br>MARY L.M. MORAN<br>CLERK OF COURT |

## IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br>-vs-<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br><br>**DECLARATION OF DELIA LUJAN** |

I, DELIA LUJAN, hereby declare and state as follows:

1. I am an attorney representing all the plaintiffs in this matter.

2. On or about April 21, 2006, my law office received Defendant Dynamic Technical Services' Rule 12(b)(6) Motion to Dismiss With Supporting Brief.

3. Since no oral argument was scheduled on DTS' 12(b)(6) motion, Local Rule 7.1(d)(2)(A) requires that an opposition to the motion be filed and served within fourteen days of the filing of the motion.

4. However, no opposition to DTS' motion was filed herein until May 26, 2006.

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Declaration of Delia Lujan

1

Case 1:05-cv-00037   Document 50   Filed 05/26/2006   Page 1 of 2

5. Plaintiffs failed to file an opposition to DTS' motion due to an error in calendaring the due date for the opposition.

6. On or about May 18, 2006, this Honorable Court graciously permitted Plaintiffs to file an opposition to DTS' motion by May 26, 2006.

7. As an attorney for Plaintiffs, I respectfully request that this Honorable Court accept for consideration Plaintiffs' opposition to DTS' Rule 12(b)(6) motion to dismiss.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 26th day of May, 2006, in Hagåtña, Guam.

**LUJAN AGUIGUI & PEREZ LLP**

By: _____
**DELIA LUJAN**
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Declaration of Delia Lujan

Case 1:05-cv-00037   Document 50   Filed 05/26/2006   Page 2 of 2

2