

**FILED**
DISTRICT COURT OF GUAM
MAY 30 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

HENRY G. VAN METER, *et al.*,

Plaintiffs,

vs.

CALPAC, *et al.*,

Defendants.

Civil Case No. 05-00037

MINUTES

(√) SCHEDULING CONFERENCE   ( ) PRELIMINARY PRETRIAL CONFERENCE
(May 30, 2006, at 9:43 a.m.)

( ) FINAL PRETRIAL CONFERENCE   ( ) STATUS CONFERENCE

**Notes**: Appearing on behalf of the Plaintiffs was Delia Lujan, Esq. Appearing for Defendant Dynamic Technical Services was Elyze McDonald, Esq., and Defendants California Pacific Technical Services LLC, John Healy and William Ward were represented by Vincent Leon Guerrero, Esq.

Judge Manibusan inquired into the status of service upon the remaining defendants. Ms. Lujan stated that she hoped to have service effected by the end of June 2006.

Judge Manibusan and counsel went over changes to the proposed scheduling order and discovery plan submitted by the parties. Judge Manibusan made the appropriate pen and ink changes to the parties' submission.

The Court reminded counsel that when they are ready, the parties may request that a

Henry G. Van Meter, *et al.*, v. CALPAC, *et al.*, Civil Case No. 05-00037
Scheduling Conference Minutes

1. settlement conference be scheduled before the Court at a later date.
2. The conference concluded at 10:05 a.m.
3. Dated: May 30, 2006.

*Judith P. Hattori*
JUDITH P. HATTORI
Law Clerk

- 2 -