| | |
|---|---|
| 1 | **LUJAN AGUIGUI & PEREZ LLP** |
| | Attorneys at Law |
| 2 | Pacific News Building, Suite 300 |
| | 238 Archbishop Flores Street |
| 3 | Hagåtña, Guam 96910 |
| | Telephone (671) 477-8064/5 |
| 4 | Facsimile (671) 477-5297 |

*Attorneys for Plaintiffs*

**FILED**
DISTRICT COURT OF GUAM
MAY 30 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT OF GUAM
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br>-vs-<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>**SCHEDULING ORDER AND DISCOVERY PLAN** |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure and Local Rule16.1 for the District Court of Guam, the parties hereby submit the following proposed Scheduling Order and Discovery Plan:

1. **Nature of the Case:** Plaintiffs filed suit against Calpac, Dynamic Technical Services, MCI, John Healy, Dennis Clark, William Ward, Jai James, and Does 1 through 10, under Title VII of the Civil Rights Act, alleging that they were discriminated against in their terms and

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Scheduling Order and Discovery Plan

1

Case 1:05-cv-00037   Document 53   Filed 05/30/2006   Page 1 of 7

conditions of employment. Plaintiffs also seek punitive damages. Defendants deny Plaintiffs' allegations.

2. **The posture of the case is as follows:**

    (a) **The following motions are on file:** Plaintiffs filed a Motion for Order Extending Time to Effect Service on Defendants and Amended Motion for Order Extending Time to Effect Service on Defendants. Defendant Dynamic Technical Services has filed a 12(b)(6) Motion to Dismiss.

    (b) **The following motions have been resolved:** Plaintiffs' Motion for Order Extending Time to Effect Service on Defendants and Amended Motion for Order Extending Time to Effect Service on Defendants have been resolved. There has been no date and time set for hearing Defendant Dynamic Technical Services' 12(b)(6) Motion to Dismiss.

    (c) **The following discovery has been initiated:** No party has initiated discovery at this time.

3. **Motions to Add Parties or Claims:** All motions to add parties and claims shall be filed on or before **October 20, 2006**, ~~and heard on November 28, 2006, at 10:00 a.m.~~ only

4. **Motions to Amend Pleadings:** All motions to amend pleadings shall be filed on or before **October 20, 2006**, ~~and heard on November 28, 2006, at 10:00 a.m.~~ only

5. **Status of Discovery:**

    (a) The times for disclosures under Rule 26(a) and 26(e) of the Federal Rules of Civil Procedure are modified as follows:

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Scheduling Order and Discovery Plan

2

Case 1:05-cv-00037    Document 53    Filed 05/30/2006    Page 2 of 7

(1) The parties disagree on the date for exchanging the "initial disclosures" described in subsections (A), (B), (C), and (D) of Federal Rule of Civil Procedure 26(a)(1). Plaintiffs would like such disclosures to be exchanged by **September 22, 2006**, while Defendants Dynamic Technical Services, California Pacific Technical Services LLC, John Healy, and William Ward would like the exchange to be made **June 30, 2006**. [Pursuant to local rules, these are not to be filed.]

*Initial Disclosures shall be made August 1, 2006.*

(2) The parties disagree on the date for disclosing expert testimony. Plaintiffs would like the disclosure of plaintiffs' experts to be made no later than **November 28, 2006**, and the disclosure of expert testimony by defendants' experts to be made by **December 5, 2006**. Defendants Dynamic Technical Services, California Pacific Technical Services LLC, John Healy, and William Ward would like the disclosure of plaintiffs' experts to be made no later than **September 22, 2006**, and the disclosure of expert testimony by defendants' experts to be made by September 29, 2006. *Plaintiffs shall disclose their experts no later than October 3, 2006 with Defendants' experts to be disclosed no later than October 10, 2006.*

(3) The "pretrial disclosures" described in Federal Rule of Civil Procedure 26(a)(3)(A), (B), and (C) shall be made at least thirty (30) days before the trial date or by ~~March~~ *May 18*, 2007.

(b) The following is a description and schedule of all pretrial discovery each party intends to initiate prior to the close of discovery:

Plaintiffs:    Interrogatories, Requests to Produce, Admissions, and Depositions;

Defendants:    Interrogatories, Requests to Produce, Admissions, and Depositions.

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Scheduling Order and Discovery Plan

3

Case 1:05-cv-00037    Document 53    Filed 05/30/2006    Page 3 of 7

6. The Scheduling Conference is set for May 30, 2006.

7. **Discovery Cut-Off Date:** The discovery cut-off date (defined as the last day to file responses to discovery) is **February 23, 2007**.

8. **Discovery Motions Cut-Off Date:** All discovery motions shall be filed on or before **March 12, 2007**. ~~and be heard on or about April 6, 2007, at 10:00 a.m.~~

9. **Dispositive Motions:** All dispositive motions shall be filed on or before **April 23, 2007**, ~~and heard on or about May 14, 2007, at 10:00 a.m.~~

10. **Settlement Prospects:** The prospects for settlement are unknown at this time.

11. **Preliminary Pretrial Conference:** The Preliminary Pretrial Conference shall be held on May ~~28~~ 29th, 2007, at **10:00 a.m.** (no later than twenty-one (21) days prior to trial).

12  **Filing of Trial Documents:** The parties' pretrial materials, discovery materials, final witness lists, designations, and final exhibit lists shall be filed on or before **June 4, 2007**.

13. **Pretrial Order:** The proposed Pretrial Order shall be filed on or before **June 4, 2007** (no later than fourteen (14) days prior to trial).

14. **Final Pretrial Conference:** The Final Pretrial Conference shall be held on **June 11, 2007**, at ~~2:00 p.m.~~ 10:00 A.M. (no later than seven (7) days prior to trial).

15. **Trial Date:** The trial shall be held on **June 18, 2007**, at **9:00 a.m.**

16. **Jury:** Plaintiffs have demanded trial by jury.

17. **Length of Trial:** It is presently anticipated that the trial will take 3-4 weeks.

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Scheduling Order and Discovery Plan

4

Case 1:05-cv-00037   Document 53   Filed 05/30/2006   Page 4 of 7

18. The names of counsel are as follows:

    For Plaintiffs:    **DAVID J. LUJAN, ESQ.**
                            **DELIA S. LUJAN, ESQ.**
                            **LUJAN AGUIGUI & PEREZ** LLP
                            300 Pacific News Building
                            238 Archbishop Flores Street
                            Hagåtña, Guam 96910
                            Telephone (671) 477-8064/5
                            Facsimile (671) 477-5297

    For Defendants:    **WILLIAM J. BLAIR, ESQ.**
                            **BLAIR STERLING JOHNSON**
                            **MOODY MARTINEZ & LEON GUERRERO**
                            Suite 1008 Pacific News Building
                            238 Archbishop F.C. Flores Street
                            Hagåtña, Guam 96910-5205
                            Telephone (671) 477-7857
                            Facsimile (671) 472-4290
                            Attorneys for California Pacific Technical Services LLC,
                            John Healy, and William Ward

                            **ELYZE J. MCDONALD, ESQ.**
                            **CARLSMITH BALL, LLP**
                            401 Bank of Hawaii Building
                            134 West Soledad Avenue
                            P.O. Box BF
                            Hagåtña, Guam 96932-5027
                            Telephone (671) 472-6813
                            Facsimile (671) 477-4375
                            Attorneys for Dynamic Technical Services

                            **HAROLD D. JONES, ESQ.**
                            **ANDERSON & JONES, PLLC**
                            13355 Noel Road, Suite 1645
                            Dallas, Texas 75240
                            Telephone (972) 789-1160
                            Facsimile (972) 789-1606
                            Attorneys for Dynamic Technical Services

                            Unknown for Defendants MCI, Dennis Clark, and Jai James

19. The parties wish to submit this case to a settlement conference.

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Scheduling Order and Discovery Plan

20. The parties present the following suggestions for shortening trial: The parties may present written or videotaped depositions of witnesses in lieu of live testimony, subject to the applicable rules of civil procedure and further Court orders.

21. The following issues will affect the status or management of the case:

    (a) At least one of the defendants is not a resident of Guam. Depositions of such defendants will likely occur in the U.S. mainland.

    (b) At least one of the defendants is an entity incorporated off-island and having its principal place of business in the U.S. mainland. Depositions of such defendants' representatives will likely occur in the U.S. mainland.

    (c) At least one of the parties has off-island counsel, which will result in some delay in arranging schedules for discovery, depositions, and presentation of evidence and witnesses at trial.

    (d) Not all of the defendants named in Plaintiffs' First Amended Complaint have been served. If there are additional defendants who have not yet appeared in the action, this may delay the action by the filing of pre-answer motions.

    (e) Some of the witnesses may be off-island residents.

Date: May 30, 2006

HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge, District of Guam

RECEIVED
MAY 23 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Scheduling Order and Discovery Plan

6

Case 1:05-cv-00037 Document 53 Filed 05/30/2006 Page 6 of 7

Approved as to form and content:

BLAIR STERLING JOHNSON
MOODY MARTINEZ & LEON GUERRERO

By: /s/ William J. Blair          5-23-06
WILLIAM J. BLAIR, ESQ.              Date
*Attorneys for Defendants California Pacific Technical Services LLC, John Healy, and William Ward*


CARLSMITH BALL LLP

By: /s/ Pat Mason (for)           5-23-06
ELYZE MCDONALD, ESQ.                Date
*Attorneys for Defendant Dynamic Technical Services*


LUJAN AGUIGUI & PEREZ LLP

By: /s/ Delia S. Lujan             5/23/06
DELIA S. LUJAN, ESQ.                Date
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Scheduling Order and Discovery Plan

7

Case 1:05-cv-00037   Document 53   Filed 05/30/2006   Page 7 of 7