ELYZE J. MCDONALD, Guam Bar No. 01-004
CARLSMITH BALL LLP
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375

HAROLD D. JONES, Texas Bar No. 10894020
Pro Hac Vice
ANDERSON & JONES, PLLC
13355 Noel Road, Suite 1645
Dallas, Texas 75240
Telephone (972) 789-1160
Facsimile (972) 789-1606

Attorneys for Defendant
Dynamic Technical Services



FILED
DISTRICT COURT OF GUAM
JUN 15 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>           Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>           Defendants. | CIVIL CASE NO. CV05-00037<br><br>**OFF-ISLAND NOTICE;**<br>**CERTIFICATE OF SERVICE** |

ORIGINAL

Please be advised that attorney Harold D. Jones will be on vacation from **June 12 through June 16, 2006**, and on a pre-arranged vacation to Ireland from **August 18 through August 25, 2006**. Counsel for Defendant Dynamic Technical Services asks that the Court not schedule any hearings during this time.

DATED: Hagåtña, Guam, June 14, 2006.

*(signature)*
ELYZE J. MCDONALD
Guam Bar No. 01-004
CARLSMITH BALL LLP
Bank of Hawaii Building
134 W. Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-6813
Facsimile : (671) 477-4375

HAROLD D. JONES
Texas Bar No. 10894020
ANDERSON & JONES, PLLC
13355 Noel Road, Suite 1645
Dallas, Texas 75240
Telephone: (972) 789-1160
Facsimile : (972) 789-1606

ATTORNEYS FOR DEFENDANT
DYNAMIC TECHNICAL SERVICES

## CERTIFICATE OF SERVICE

I, Elyze J. McDonald, hereby certify that on June 15, 2006, I will cause to be served, via hand delivery, a true and correct copy of the Off-Island Notice; Certificate of Service upon the following:

    Delia Sablan Lujan, Esq.
    **LUJAN, AGUIGUI & PEREZ, LLP**
    Suite 300, Pacific News Building
    238 Archbishop F.C. Flores Street
    Hagåtña, Guam USA 96910
    Telephone: (671) 477-8064
    Facsimile: (671) 477-5297
    Attorneys for Plaintiffs Henry G. Van Meter, et al.

    William J. Blair, Esq.
    **BLAIR, STERLING, JOHNSON, MOODY,**
    **MARTINEZ & LEON GUERRERO, P.C.**
    Suite 1008, Pacific News Building
    238 Archbishop F.C. Flores Street
    Hagåtña, Guam USA 96910
    Telephone: (671) 477-7857
    Facsimile: (671) 472-4290
    Attorneys for Defendant California Pacific Technical Services, LLC
    John Healy, and William Ward

Executed this 14th day of June 2006 at Hagåtña, Guam.

                                      */s/ Elyze McDonald*
                                    ELYZE J. McDONALD