# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Henry G. Van Meter, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Calpac, et al., <br><br> Defendants. | Case No. 1:05-cv-00037 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Order re Motion to Dismiss and Notice of Entry, filed June 16, 2006, on the dates indicated below:

| Lujan, Aguigui and Perez | Blair Sterling Johnson Moody Martinez and Leon Guerrero, P.C. | Carlsmith Ball LLP |
|---|---|---|
| June 19, 2006 | June 19, 2006 | June 19, 2006 |

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order re Motion to Dismiss and Notice of Entry, filed June 16, 2006

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: June 19, 2006                    /s/ Renee M. Martinez
                                              Deputy Clerk