LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiff Henry Van Meter et al.*

**FILED**
DISTRICT COURT OF GUAM
SEP - 5 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| HENRY VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> -vs- <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NUMBER 05-00037 <br><br><br> **DECLARATION OF SERVICE** |

I, __Melissa Torres__, do hereby declare:

1. I am a Process Server;

2. I am not a party to the action nor interested in the above case.

3. On August __18__, 2006 at __1:18__ a.m./p.m., I personally served the following documents on Defendant **MCI (now Verizon Communications Inc.)** through __Sally Weaver__, __Legal Assistant - Designated Agent__ at Office E1-2-605,
   [NAME]                        [TITLE]

Page 1 of 2

Henry Van Meter et al. v. Calpac et al.
Civil Case No. CIV05-00037

22001 Loudoun County Parkway, Ashburn, VA 20147;

 (1) Summons in a Civil Case;

 (2) First Amended Complaint Under 42 U.S.C. §2000E, et seq. [Title VII of Civil Rights Act of 1964, as amended] and Demand for Jury Trial;

 (3) Scheduling Order and Discovery Plan;

 (4) Notice of Right to Consent to Disposition of a Civil Case by a United States Magistrate Judge;

 (5) Notice, Consent, and Order of Reference Exercise of Jurisdiction by a United States Magistrate Judge; and

 (6) Complaint Under 42 U.S.C. §2000E, et seq. [Title VII of Civil Rights Act of 1964, as amended] and Demand for Jury Trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained herein is true and correct.

Executed this __18th__ day of August, 2006.

By: _Melissa Torres_
   **Server**

_7665 Helmsdale Place, Manassas, VA 20109_
**Address of Server**

Page 2 of 2

Henry Van Meter et al. v. Calpac et al.
Civil Case No. CIV05-00037

Case 1:05-cv-00037 Document 60 Filed 09/05/2006 Page 2 of 2