EEOC Form 161-B (3/98)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| | |
|---|---|
| Robert B. Cruz<br>P.O. Box 26327<br>Barrigada, GU 96921 | From: Honolulu Local Office<br>300 Ala Moana Blvd<br>Room 7-127<br>Honolulu, HI 96850 |

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 378-2005-00275 | James S. Yao, Investigator | (808) 541-3120 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA): This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_Timothy A. Riera_ 9/8/05
Timothy A. Riera, Director  (Date Mailed)

Enclosure(s)

cc: Carlos Morales
President
DYNAMIC TECHNICAL SERVICE
1125 Hwy 121
Lewisville, TX 75057

EXHIBIT L

Defendant DTS 00092

EEOC Form 161-B (3/98)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Anthony Arriola
F-171a Aasta Drive
Dededo, GU 96929

From: Honolulu Local Office
300 Ala Moana Blvd
Room 7-127
Honolulu, HI 96850

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 378-2005-00276 | James S. Yao, Investigator | (808) 541-3120 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA): This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_Timothy A. Riera_ 9/6/05
Timothy A. Riera, Director  (Date Mailed)

Enclosure(s)

cc: Carlos Morales
President
DYNAMIC TECHNICAL SERVICE
1125 East Hwy 121
Lewisville, TX 75057

EXHIBIT M

Defendant DTS 00094

EEOC Form 161-B (3/98)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| | |
|---|---|
| John P. Babauta<br>124 San Antonio Street<br>Santa Rita, GU 96915 | From: Honolulu Local Office<br>300 Ala Moana Blvd<br>Room 7-127<br>Honolulu, HI 96850 |

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 378-2005-00277 | James S. Yao, Investigator | (808) 541-3120 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA): This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Timothy A. Riera, Director

9/8/05 (Date Mailed)

Enclosure(s)

cc: Carlos Morales
President
DYNAMIC TECHNICAL SERVICE
1125 East Hwy 121
Lewisville, TX 75057

EXHIBIT N

Defendant DTS
00096

EEOC Form 151-B (3/98)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: John P. Babauta
P.O. Box 8393
Agat, GU 96928

From: Honolulu Local Office
300 Ala Moana Blvd
Room 7-127
Honolulu, HI 96850

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 378-2006-00038 | Emily Mauga, Administrative Clerk | (808) 541-3120 |

(See also the additional information enclosed with this form.)

NOTICE TO THE PERSON AGGRIEVED:

Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA): This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Timothy A. Riera, Director

11/1/05 (Date Mailed)

Enclosure(s)

cc: Carlos Morales
President
DYNAMIC TECHNICAL SERVICE
1125 East Hwy 121
Lewisville, TX 75057

EXHIBIT

Defendant DTS 00111

EEOC Form 161-B (3/98)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

Roland F. Mendiola
154 Anonas Street
Toto, GU 96921

From: Honolulu Local Office
300 Ala Moana Blvd.
Room 7-127
Honolulu, HI 96850

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 378-2005-00279 | James S. Yao, Investigator | (808) 541-3120 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA): This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_Timothy A. Riera_ 9/6/05
Timothy A. Riera, Director (Date Mailed)

Enclosure(s)

cc: Carlos Morales
President
DYNAMIC TECHNICAL SERVICE
1125 East Hwy 121
Lewisville, TX 75057

EXHIBIT

Defendant DTS
00098

EEOC Form 161-B (3/98)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| Teddy B. Cruz<br>304 Kamute Loop<br>Astumbo Gdn<br>Dededo, GU 96912 | From: Honolulu Local Office<br>300 Ala Moana Blvd<br>Room 7-127<br>Honolulu, HI 96850 |

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL *(29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 378-2005-00794 | James S. Yao, Investigator | (808) 541-3120 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

*Timothy A. Riera*     9/15/05

Timothy A. Riera,
Director     (Date Mailed)

Enclosure(s)

cc: Carlos Morales
President
DYNAMIC TECHICAL SERV.
1125 East Hwy 121
Lewisville, TX 75057

EXHIBIT Q

Defendant DTS 00104

## LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Pacific News Building
Suite 300
238 Archbishop Flores Street
Hagåtña, GU 96910
Tel: (671) 477-8064/5
Fax: (671) 477-5297

July 20, 2005

<u>VIA FACSIMILE AND AIRMAIL</u>
(808) 541-3390

RECEIVED
JUL 19 2005
EEOC HLO

ATTN:  James Yao
EEOC
300 Ala Moana Blvd, Room 7-127
Honolulu, HI 96850-0051

Re: Teddy Cruz, et al., v. CALPAC, et al.; EEOC Charge Nos.: 378-2005-00190, et al.

Dear Mr. Yao:

The following individuals request their Right to Sue letters allowing them to pursue this matter in court against CALPAC, Dynamic Technical Services, and MCI:

1. Teddy B. Cruz;
2. Henry Van Meter;
3. Joe Mendiola;
4. Jesse B. Cruz;
5. John Babauta; and
6. John Nauta.

Should you have any questions or comments, please do not hesitate to contact me. Thank you for your diligence and prompt attention.

Very truly yours,

Delia Lujan


EXHIBIT B

*Writer's direct email: dslujan@lujanaguiguiperez.com*

Defendant DTS
00315

July 24, 2005

**VIA FACSIMILE AND AIRMAIL**
(808) 541-3390

ATTN:  James Yao
EEOC
300 Ala Moana Blvd, Room 7-127
Honolulu, HI 96850-0051

RECEIVED
JUL 2 4 2005
EEOC HLO

Re:  Teddy Cruz, et al., v. CALPAC, et al.; EEOC Charge Nos.: 378-2005-00190, et al.

Dear Mr. Yao:

Mr. Jerry Apodaca requests his Right to Sue letter allowing him to pursue this matter in court against CALPAC, Dynamic Technical Services, and MCI.

Should you have any questions or comments, please do not hesitate to contact me. Thank you for your diligence and prompt attention.

Very truly yours,

Delia Lujan

Writer's direct email: dslujan@lujanaguiguiperez.com

EXHIBIT 9

Defendant DTS
00370

## LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Pacific News Building
Suite 300
238 Archbishop Flores Street
Hagåtña, GU 96910
Tel: (671) 477-8064/5
Fax: (671) 477-5297

July 24, 2005

**VIA FACSIMILE AND AIRMAIL**
(808) 541-3390

ATTN:   James Yao
        EEOC
        300 Ala Moana Blvd, Room 7-127
        Honolulu, HI 96850-0051

RECEIVED
JUL 2 4 2005
EEOC HLO

Re: Teddy Cruz, et al., v. CALPAC, et al.; EEOC Charge Nos.: 378-2005-00190, et al.

Dear Mr. Yao:

The following individuals request their Right to Sue letters allowing them to pursue this matter in court against CALPAC, Dynamic Technical Services, and MCI:

1. Joseph Hernandez and
2. Anthony C. Arriola.

The other individuals in this matter who have not requested their Right to Sue letters have not yet authorized me to seek such letters on their behalf for the reason that, either, I am having trouble reaching them or they are still considering what action, if any, should be taken.

Should you have any questions or comments, please do not hesitate to contact me. Thank you for your diligence and prompt attention.

Very truly yours,

Delia Lujan

EXHIBIT 1

Writer's direct email: dslujan@lujanaguiguiperez.com

Defendant DTS
00283

## LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Pacific News Building
Suite 300
238 Archbishop Flores Street
Hagåtña, GU 96910
Tel: (671) 477-8064/5
Fax: (671) 477-5297

July 29, 2005

RECEIVED
JUL 29 2005
EEOC HLO

**VIA FACSIMILE**
(808) 541-3390

ATTN: James Yao
EEOC
300 Ala Moana Blvd, Room 7-127
Honolulu, HI 96850-0051

Re: Teddy Cruz, et al., v. CALPAC, et al.; EEOC Charge Nos.: 378-2005-00190, et al.

Dear Mr. Yao:

Robert Cruz, Larry Charfauros, and Roland Mendiola request their Right to Sue letters allowing them to pursue this matter in court against CALPAC, Dynamic Technical Services, and MCI. As for James Yee, I am still trying to contact him. I believe he will also request a Right to Sue letter, but I would like to confirm this with him before requesting such.

Also, Norman Santos requests that all charges brought by him against CALPAC, Dynamic Technical Services, and MCI be immediately dropped without a finding.

Should you have any questions or comments, please do not hesitate to contact me. Thank you for your diligence and prompt attention.

Very truly yours,

Delia Lujan



*Writer's direct email: dslujan@lujanaguiguiperez.com*

Defendant DTS
00310

## LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Pacific News Building
Suite 300
238 Archbishop Flores Street
Hagåtña, GU 96910
Tel: (671) 477-8064/5
Fax: (671) 477-5297

August 3, 2005

**RECEIVED AUG 0 2 2005 EEOC HLO**

<u>VIA FACSIMILE</u>
(808) 541-3390

ATTN: James Yao
EEOC
300 Ala Moana Blvd, Room 7-127
Honolulu, HI 96850-0051

Re: Teddy Cruz, et al., v. CALPAC, et al.; EEOC Charge Nos.: 378-2005-00190, et al.

Dear Mr. Yao:

Mr. James Yee requests his Right to Sue letter allowing him to pursue this matter in court against CALPAC, Dynamic Technical Services, and MCI.

Should you have any questions or comments, please do not hesitate to contact me. Thank you for your diligence and prompt attention.

Very truly yours,

Delia Lujan



Writer's direct email: dslujan@lujanaguiguiperez.com

Defendant DTS
00308

EEOC Form 161-B (3/98)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Teddy B. Cruz
304 Kamute Loop
Astumbo Gdn
Dededo, GU 96912

From: Honolulu Local Office
300 Ala Moana Blvd
Room 7-127
Honolulu, HI 96850

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 378-2005-00265 | James S. Yao, Investigator | (808) 541-3120 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA): This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

Timothy A. Riera,
Director

9/6/05
(Date Mailed)

cc: Carlos Morales
President
DYNAMIC TECHNICAL SERVICE
1125 East Hwy 121
Lewisville, TX 75057

Exhibit W

Defendant DTS
00306

ELYZE J. MCDONALD, Guam Bar No. 01-004
CARLSMITH BALL LLP
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375

HAROLD D. JONES, Texas Bar No. 10894020
(Seeking admission *Pro Hac Vice*)
ANDERSON & JONES, PLLC
13355 Noel Road, Suite 1645
Dallas, Texas 75240
Telephone (972) 789-1160
Facsimile (972) 789-1606

Attorneys for Defendant
DYNAMIC TECHNICAL SERVICES

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 Through 10, <br><br> Defendants. | CIVIL CASE NO. CV05-00037 <br><br> **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I, Elyze J. McDonald, hereby certify under penalty of perjury of the laws of the United States, that on October 16, 2006, I will cause to be served, via hand delivery, a true and correct copy of **Defendant Dynamic Technical Services' Motion for Summary Judgment; Memorandum in Support of Motion; Declaration of Harold D. Jones; Exhibits A-W; Certificate of Service** upon the following:

> Delia Sablan Lujan, Esq.
> **LUJAN, AGUIGUI & PEREZ, LLP**
> Suite 300, Pacific News Building
> 238 Archbishop F.C. Flores Street
> Hagåtña, Guam USA 96910
> Telephone: (671) 477-8064
> Facsimile: (671) 477-5297
> Attorneys for Plaintiffs Henry G. Van Meter, et al.
>
> William J. Blair, Esq.
> **BLAIR, STERLING, JOHNSON, MOODY,**
> **MARTINEZ & LEON GUERRERO, P.C.**
> Suite 1008, Pacific News Building
> 238 Archbishop F.C. Flores Street
> Hagåtña, Guam USA 96910
> Telephone: (671) 477-7857
> Facsimile: (671) 472-4290
> Attorneys for Defendant California Pacific Technical Services, LLC
> John Healy, and William Ward

Executed this 16th day of October 2006 at Hagåtña, Guam.

*/s/ Elyze McDonald*
ELYZE J. McDONALD