**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT OF GUAM
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br>-vs-<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>**MOTION TO ENLARGE TIME AND CONTINUE DATES IN SCHEDULING ORDER AND DISCOVERY PLAN** |

Before this Honorable Court come Plaintiffs Henry G. Van Meter, Jerry Apodaca, Jr., Joseph J. Hernandez, Joseph T. Mendiola, Larry L. Charfauros, Anthony C. Arriola, Robert B. Cruz, Roland F. Mendiola, James S. Yee, Teddy B. Cruz, Jesse B. Cruz, John L.G. Nauta, and John P. Babauta, respectfully requesting an enlargement of time for Plaintiffs to add parties and claims and amend the pleadings, and a continuance of the dates in the Scheduling Order and Discovery Plan.

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Motion to Enlarge Time and Continue Dates in Scheduling Order and Discovery Plan

1

Case 1:05-cv-00037  Document 62  Filed 10/20/2006  Page 1 of 3

Federal Rule of Civil Procedure 6(b) further provides that "the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period [for an act to be done] enlarged if request therefor is made before the expiration of the period originally prescribed …."

Here, this motion is timely made as to the request for enlargement of time to add parties and claims and amend the pleadings. Under the current Scheduling Order and Discovery Plan, the deadline for moving to add parties and claims and amend the pleadings is today. Good cause for an enlargement of time exists in that Plaintiffs are presently in discussions with counsel for Defendant MCI and two other entities, Verizon Business Purchasing, LLC, and Verizon Business Network Services, LLC, who anticipate their inclusion as defendants in this matter and possible substitution for MCI. The two Verizon entities' attorney is also counsel for MCI. Plaintiffs and MCI intend to file shortly a joint motion seeking, among other things, to include these entities as defendants and Plaintiffs intend to thereafter move to amend the First Amended Complaint. Furthermore, Plaintiffs timely served Defendant MCI and Defendant MCI has not yet answered the First Amended Complaint, due to the ongoing discussions between Plaintiffs and MCI regarding the addition and possible substitution of the two entities as parties to this matter. Therefore, an enlargement of time for Plaintiffs to add parties and claims and amend the pleadings is warranted on the grounds that MCI has not yet responded to the First Amended Complaint, and Plaintiffs and MCI intend to file shortly hereafter a joint motion to add or substitute two new entities as defendants in this matter.

Plaintiffs also request that the dates in the Scheduling Order and Discovery Plan be continued at least ninety (90) days in light of the fact that MCI has not yet answered the First Amended Complaint and two new entities are expected to be included in this matter as defendants.

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Motion to Enlarge Time and Continue Dates in Scheduling Order and Discovery Plan

2

Case 1:05-cv-00037  Document 62  Filed 10/20/2006  Page 2 of 3

Therefore, Plaintiffs request an order enlarging the time for Plaintiffs to move to add parties and claims and amend the pleadings by at least ninety (90) days. Plaintiffs also pray that the Court continue all other dates in the Scheduling Order and Discovery Plan by at least ninety (90) days.

**RESPECTFULLY SUBMITTED** this 20th day of October, 2006.

**LUJAN AGUIGUI & PEREZ LLP**

By: _____
**DELIA LUJAN**
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Motion to Enlarge Time and Continue Dates in Scheduling Order and Discovery Plan
3
Case 1:05-cv-00037 Document 52 Filed 10/20/2006 Page 3 of 3