CARLSMITH BALL LLP

ELYZE J. MCDONALD, Guam Bar No. 01-004
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375

HAROLD D. JONES, Texas Bar No. 10894020
(Seeking admission *Pro Hac Vice*)
ANDERSON & JONES, PLLC
13355 Noel Road, Suite 1645
Dallas, Texas 75240
Telephone (972) 789-1160
Facsimile (972) 789-1606

Attorneys for Defendant
DYNAMIC TECHNICAL SERVICES

FILED
DISTRICT COURT OF GUAM
OCT 23 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 Through 10,<br><br>Defendants. | CIVIL CASE NO. CV05-00037<br><br>DEFENDANT DYNAMIC TECHNICAL SERVICES' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS MOTION TO ENLARGE TIME AND CONTINUE DATES IN SCHEDULING ORDER AND DISCOVERY PLAN; CERTIFICATE OF SERVICE |

DEFENDANT DYNAMIC TECHNICAL SERVICES' STATEMENT OF
NON-OPPOSITION TO PLAINTIFFS MOTION TO ENLARGE TIME
AND CONTINUE DATES IN SCHEDULING ORDER AND DISCOVERY
PLAN; CERTIFICATE OF SERVICE
Henry G. Van Meter, et al. vs. CALPAC, et al.
District Court of Guam Civil Case No. CV05-00037

COMES NOW, Defendant Dynamic Technical Services and states that it does not oppose Plaintiffs Motion to Enlarge Time and Continue Dates in Scheduling Order and Discovery Plan (Filed 10/20/2006).

DATED: Hagåtña, Guam, October 23, 2006.

CARLSMITH BALL LLP

_____
ELYZE J. MCDONALD
Attorneys for Defendant
DYNAMIC TECHNICAL SERVICES

DEFENDANT DYNAMIC TECHNICAL SERVICES' STATEMENT OF
NON-OPPOSITION TO PLAINTIFFS MOTION TO ENLARGE TIME
AND CONTINUE DATES IN SCHEDULING ORDER AND DISCOVERY
PLAN; CERTIFICATE OF SERVICE
Henry G. Van Meter, et al. vs. CALPAC, et al.
District Court of Guam Civil Case No. CV05-00037

## CERTIFICATE OF SERVICE

I, Elyze J. McDonald, hereby certify under penalty of perjury of the laws of the United States, that on October 23, 2006, I will cause to be served, via hand delivery, a true and correct copy of DEFENDANT DYNAMIC TECHNICAL SERVICES' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS MOTION TO ENLARGE TIME AND CONTINUE DATES IN SCHEDULING ORDER AND DISCOVERY PLAN; CERTIFICATE OF SERVICE upon the following:

>Delia Sablan Lujan, Esq.
>**LUJAN, AGUIGUI & PEREZ, LLP**
>Suite 300, Pacific News Building
>238 Archbishop F.C. Flores Street
>Hagåtña, Guam USA 96910
>Telephone: (671) 477-8064
>Facsimile: (671) 477-5297
>Attorneys for Plaintiffs Henry G. Van Meter, et al.
>
>William J. Blair, Esq.
>**BLAIR, STERLING, JOHNSON, MOODY,**
>**MARTINEZ & LEON GUERRERO, P.C.**
>Suite 1008, Pacific News Building
>238 Archbishop F.C. Flores Street
>Hagåtña, Guam USA 96910
>Telephone: (671) 477-7857
>Facsimile: (671) 472-4290
>Attorneys for Defendant California Pacific Technical Services, LLC
>John Healy, and William Ward

Executed this 23rd day of October 2006 at Hagåtña, Guam.

_____
ELYZE J. McDONALD