
FILED
DISTRICT COURT OF GUAM
OCT 25 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

HENRY G. VAN METER, *et al.*,

    Plaintiffs,

vs.

CALPAC, *et al.*,

    Defendants.

Civil Case No. 05-00037

ORDER

On October 20, 2006, the Plaintiffs filed a Motion to Enlarge Time and Continue Dates in Scheduling Order and Discovery Plan (the "Motion"). Therein, the Plaintiffs requested that the October 20, 2006, deadline to add parties and claims and to amend the pleadings, as set forth in ¶¶3 & 4 of the Scheduling Order and Discovery Plan (Docket No. 53), be extended by at least 90 days. The Plaintiffs asserted that they were presently in discussions with defendant MCI and two other entities whom they anticipated would be substituted as defendants in this action. Based on the ongoing discussions between the Plaintiffs and MCI regarding the addition and possible substitution of the two entities as parties hereto, the Plaintiffs believed an enlargement of time to add parties and claims and amend the pleadings was warranted. For good cause shown, the Court hereby grants the Plaintiffs' request and extends the deadline to add parties and claims and to amend the pleadings to January 22, 2007.

In addition to the above request, the Plaintiffs moved to continue all other dates and deadlines in the Scheduling Order and Discovery Plan for an additional 90 days. Based on the

facts and argument set forth in the Motion, the Court finds that the Plaintiffs have not established good cause for extending all other dates and deadlines previously established in the Scheduling Order. Accordingly, the Court denies said request at this time. Accordingly, all other dates and deadlines established in the Scheduling Order and Discovery Plan shall remain in full force and effect.

SO ORDERED this 25th day of October 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge