CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGATNA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*

LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs Henry Van Meter et al.*

FILED
DISTRICT COURT OF GUAM
NOV 13 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY VAN METER, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NUMBER 05-00037 <br><br> **ORDER** <br> Granting Joint Motion to Substitute Parties |

Having read and considered the Joint Motion to Substitute Verizon Business Network Services, Inc. and Verizon Business Purchasing, LLC for MCI, the same is granted. IT IS HEREBY ORDERED THAT MCI is dismissed, and Verizon Business Network Services, Inc. and Verizon Business Purchasing, LLC are substituted in its place, as defendants in this case. Henceforth, the caption of this case shall reflect the substitution of parties, naming Verizon Business Network Services. Inc. and Verizon Business Purchasing, LLC as defendants, and all previously filed pleadings stand amended by this Order.

**ORIGINAL**

It is further ordered that the potential defense which Verizon Business Network Services, Inc. and Verizon Business Purchasing, LLC may have raised that they and their predecessors were not named as respondents in Plaintiffs' EEOC Charges referenced in Plaintiffs' First Amended Complaint ("FAC") is deemed waived.

Verizon Business Network Services, Inc. and Verizon Business Purchasing, LLC shall be deemed to stand in the shoes of their predecessors in interest, MCI WorldCom Network Services, Inc. and WorldCom Purchasing, L.L.C. for purposes of this lawsuit, and the substitution of Verizon Business Network Services, Inc. and Verizon Business Purchasing, LLC as parties in this lawsuit shall be deemed to relate back to the filing of the original complaint.

Verizon Business Network Services, Inc. and Verizon Business Purchasing, LLC expressly preserve and retain and do **not** waive any claim, objection or other defense either entity may have in this matter. Plaintiffs expressly preserve and retain and do not waive any claim, objection, or defense they may have in this matter.

The substitution dismissing MCI as a defendant is without prejudice. In the event that further discovery establishes that MCI was in fact correctly named as a defendant, plaintiffs shall be permitted to bring MCI back into the lawsuit, and such re-inclusion of MCI as a defendant shall relate back to the commencement of this matter. In such event, nothing herein shall be deemed a waiver by MCI of any claim, objection or defense it may have in this matter.

Nothing in the parties' stipulated motion shall be deemed a limitation on the parties' ability to seek leave to amend the pleadings.

Verizon Business Network Services, Inc. and Verizon Business Purchasing, LLC shall have ten (10) days from the date this Order is entered to answer or otherwise respond to the First Amended Complaint.

SO ORDERED, this 13th day of November 2006.

/s/ Frances M. Tydingco-Gatewood
FRANCES M. TYDINGCO-GATEWOOD
Chief District Judge