CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*



FILED
DISTRICT COURT OF GUAM
NOV 16 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br>**APPLICATION FOR ADMISSION**<br>***PRO HAC VICE*** |

Defendants Verizon Business Purchasing LLC and Verizon Business Network Services, Inc. ("Verizon") hereby apply to the Court for Attorneys Katie J. Colopy and Michelle A. Morgan to be admitted *pro hac vice* to practice before this Court in the above-captioned matter.

**ORIGINAL**

This Application is made pursuant to GR 17.1(d) and (e) of the Local Rules of the District Court of Guam, the Declarations of Katie J. Colopy and Michelle A. Morgan filed herewith, and the Consent of Local Counsel, G. Patrick Civille of the law firm of Civille & Tang, PLLC, filed herewith.

Pursuant to 17.1(d)(3) of the Local Rules, this Application is accompanied by payment of $200.00 payable to the District Court of Guam.

Respectfully submitted this 15th day of November, 2006.

**CIVILLE & TANG, PLLC**

By: _____
**G. PATRICK CIVILLE**
*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*