**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*



FILED
DISTRICT COURT OF GUAM
NOV 16 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br><br> **CONSENT TO DESIGNATION OF LOCAL COUNSEL** |

I, G. PATRICK CIVILLE, an active member in good standing of the Bar of this Court and a resident of Guam, hereby consent to act as local counsel for Defendants Verizon Business Purchasing LLC and Verizon Business Network Services, Inc. ("Verizon") in the



ORIGINAL

above-captioned action, along with Katie J. Colopy and Michelle A. Morgan of the firm of Jones Day.

The Court and opposing counsel may readily communicate with me and may serve papers at the following address:

>    Civille & Tang, PLLC
>    Suite 200, 330 Hernan Cortez Avenue
>    Hagåtña, Guam 96910
>    Telephone: (671) 472-8868/69
>    Facsimile: (671) 477-2511

Respectfully submitted this 15th day of November, 2006.

**CIVILLE & TANG, PLLC**

By: _____
G. PATRICK CIVILLE
*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*