CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*



FILED
DISTRICT COURT OF GUAM
NOV 20 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>**CERTIFICATE OF SERVICE** |

I, G. PATRICK CIVILLE, hereby certify that on November 20, 2006, I caused a copy of the following documents filed on November 16, 2006:

1. Application for Admission *Pro Hac Vice*;
2. Consent to Designation of Local Counsel;
3. Motion for Leave to File Facsimile Declarations of Katie J. Colopy and Michelle A. Morgan in Support of Application for Admission *Pro Hac Vice*;

and a copy of the following documents filed on November 17, 2006:

    4.    Declaration of Katie J. Colopy in Support of Application for Admission *Pro Hac Vice;* and

    5.    Declaration of Michelle A. Morgan in Support of Application for Admission *Pro Hac Vice.*

to be served by hand delivery to:

Lujan Aguigui & Perez LLP
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

Blair, Sterling, Johnson, Moody, Martinez & Leon Guerrero
Pacific News Building, Suite 1008
238 Archbishop Flores Street
Hagåtña, Guam 96910

Carlsmith Ball LLP
Bank of Hawaii Building, Suite 401
134 W. Soledad Avenue
Hagåtña, Guam 96910

DATED at Hagåtña, Guam, this 20th day of November, 2006.

**CIVILLE & TANG, PLLC**

By: _____
**G. PATRICK CIVILLE**
*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*