**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| HENRY G. VAN METER, et al. | ) | CIVIL CASE NO. 05-00037 |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CALPAC, et al., | ) | **Granting Motion for Leave to File** |
| | ) | **Facsimile Declarations in Support of** |
| Defendants. | ) | **Pro Hac Vice Admission Applications** |

UPON GOOD CAUSE SHOWN, and after review of the Motion for Leave to File Facsimile Declarations and related pleadings,

IT IS HEREBY ORDERED that Defendants Verizon Business Purchasing LLC and Verizon Business Network Services, Inc. may file facsimile copies of the declarations of Katie J. Colopy and Michelle A. Morgan in support of the Applications for Admission Pro Hac Vice, provided that the signed originals be filed with the Court immediately upon receipt by local counsel.

SO ORDERED this 20th day of November 2006.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**