**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*

### IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br>**ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*** |

UPON GOOD CAUSE SHOWN, and after review of the Application for Admission *Pro Hac Vice,* the Declarations of Katie J. Colopy and Michelle A. Morgan in Support of the Application, the Consent of G. Patrick Civille to Designation of Local Counsel,

IT IS HEREBY ORDERED that Katie J. Colopy and Michelle A. Morgan are admitted *pro hac vice* on behalf of Defendants Verizon Business Purchasing LLC and Verizon Business Network Services, Inc. for the pendency of the above-captioned action. G. Patrick Civille, of Civille & Tang, PLLC, is designated as local counsel for the lawyers admitted pursuant to this Order.

SO ORDERED this 20th day of November 2006.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**