**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*



FILED
DISTRICT COURT OF GUAM
NOV 21 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>**AGREEMENT FOR HEARING DATE ON VERIZON DEFENDANTS' MOTION TO DISMISS** |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, G. Patrick Civille, am the attorney for Defendants Verizon Business Purchasing LLC and Verizon Business Network Services, Inc. (collectively "Verizon") in the above-captioned matter.

2. On November 20, 2006 I spoke by telephone with Delia Lujan, counsel for plaintiffs, Elyze McDonald, counsel for DTS, and Vincent Leon Guerrero, counsel for CalPac, John Healy and William Ward. The purpose of my call was to request an agreement on a hearing date on Verizon's motion to dismiss.

3. I have also contacted the Deputy Clerk of Court to ascertain a date which would be available on the Court's calendar. I was advised that the Court would probably not be available before end of the year, and that I should submit an agreement on hearing date with the date of the hearing left blank.

4. All counsel stated that they wanted to attend oral argument and all agreed that the hearing be on _____, at _____as may be designated by the Court.

DATED this 21st day of November, 2006.

**CIVILLE & TANG, PLLC**

**JONES DAY**

By_____
G. PATRICK CIVILLE

*Attorneys for Defendants Verizon Business Purchasing LLC and Verizon Business Network Services, Inc.*