CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*



FILED
DISTRICT COURT OF GUAM
NOV 21 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br> **CERTIFICATE OF SERVICE** |

I, G. PATRICK CIVILLE, hereby certify that on November 21, 2006, I caused copies of the following documents:

1. Defendant Verizon's 12(b)(6) Motion to Dismiss and Memorandum of Points and Authorities;
2. Agreement for Hearing Date;
3. Notice of Hearing on Verizon Defendants' Motion to Dismiss;

which were filed on November 21, 2006 to be served by hand delivery on:

Delia S. Lujan, Esq.
Lujan Aguigui & Perez LLP
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

Vincent Leon Guerrero, Esq.
Blair, Sterling, Johnson, Moody, Martinez & Leon Guerrero
Pacific News Building, Suite 1008
238 Archbishop Flores Street
Hagåtña, Guam 96910

Elyze J.T. McDonald, Esq.
Carlsmith Ball LLP
Bank of Hawaii Building, Suite 401
134 W. Soledad Avenue
Hagåtña, Guam 96910

DATED at Hagåtña, Guam, this 21st day of November, 2006.

**CIVILLE & TANG, PLLC**

By: _____
G. PATRICK CIVILLE
*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*