**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*



**FILED**
DISTRICT COURT OF GUAM

NOV 22 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br><br><br><br><br><br><br><br><br>**NOTICE OF HEARING ON VERISON DEFENDANTS' MOTION TO DISMISS** |

**ORIGINAL**

PLEASE TAKE NOTICE that on  January 18, 2007 , at the hour of  10:00  a.m., or as soon thereafter as counsel may be heard, Defendants Verizon Business Purchasing LLC and Verizon Business Network Services, Inc. ("Verizon"), through undersigned counsel, will appear before the Court for a hearing on their Motion to Dismiss.

DATED this 21st day of November, 2006.

        **CIVILLE & TANG, PLLC**

        **JONES DAY**

        By: *[signature]*
           **G. PATRICK CIVILLE**

        *Attorneys for Defendants Verizon Business*
        *Purchasing LLC and Verizon Business*
        *Network Services, Inc.*


RECEIVED
NOV 21 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM