**FILED**
DISTRICT COURT OF GUAM
DEC -5 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, *et al.*, <br><br> Defendant. | Civil Case No. 05-00037 <br><br> **ORDER RE: HEARING** |

This matter comes before the court on the Defendant, Dynamic Technical Services' Motion for Summary Judgment. The court hereby set this motion for hearing on Monday, December 18, 2006, at 9:30 a.m.

**SO ORDERED** this 5th day of December, 2006.

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam

**ORIGINAL**