ORIGINAL

HAROLD D. JONES, Texas Bar No. 10894020
(Admitted *Pro Hac Vice*)
ANDERSON & JONES, PLLC
13355 Noel Road, Suite 1645
Dallas, Texas 75240
Telephone: 972.789.1160
Fax No.: 972.789.1606

ELYZE J. MCDONALD, Guam Bar No. 01-004
CARLSMITH BALL LLP
Bank of Hawaii Building
134 W. Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96910
Telephone (671) 472-6813
Facsimile (671) 477-4375

Attorneys for Defendant
DYNAMIC TECHNICAL SERVICES



FILED
DISTRICT COURT OF GUAM

DEC - 8 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>v.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | Civil Case No. 1:05-cv-00037<br><br><br><br>**DEFENDANT DYNAMIC TECHNICAL SERVICES' REQUEST FOR TELEPHONIC APPEARANCE FOR HAROLD JONES FOR MOTION FOR SUMMARY JUDGMENT HEARING; DECLARATION OF SERVICE** |

Defendant Dynamic Technical Services ("DTS") hereby requests an Order allowing counsel Harold D. Jones to appear telephonically at the hearing set on December 18, 2006, on DTS' Motion for Summary Judgment. Mr. Jones is admitted pro hac vice and resides in Texas.

Although DTS has local counsel available to argue in person, Mr. Jones authored DTS' Motion and Reply and is lead counsel for DTS in this case. Mr. Jones will call into Court at the time of the hearing and will adhere to any further instructions set by the Court with respect to his telephonic appearance.

DATED: December 8, 2006.

CARLSMITH BALL LLP

_/s/ Elyze McDonald_

HAROLD D. JONES
Texas Bar No. 10894020
ANDERSON & JONES, PLLC
(Admitted *Pro Hac Vice*)

And

ELYZE J. MCDONALD
Guam Bar No. 01-004
CARLSMITH BALL LLP
Bank of Hawaii Building
134 W. Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96910
Telephone (671) 472-6813
Facsimile (671) 477-4375

Attorneys for Defendant DYNAMIC TECHNICAL SERVICES

## CERTIFICATE OF SERVICE

I, Elyze J. McDonald, hereby certify under penalty of perjury of the laws of the United States, that on December 8, 2006, I will cause to be served, via hand delivery, a true and correct copy of DEFENDANT DYNAMIC TECHNICAL SERVICES' REQUEST FOR TELEPHONIC APPEARANCE FOR HAROLD JONES FOR MOTION FOR SUMMARY JUDGMENT HEARING; DECLARATION OF SERVICE upon the following:

> Delia Sablan Lujan, Esq.
> **LUJAN, AGUIGUI & PEREZ, LLP**
> Suite 300, Pacific News Building
> 238 Archbishop F.C. Flores Street
> Hagåtña, Guam USA 96910
> Telephone: (671) 477-8064
> Facsimile: (671) 477-5297
> Attorneys for Plaintiffs Henry G. Van Meter, et al.
>
> William J. Blair, Esq.
> **BLAIR, STERLING, JOHNSON, MOODY,**
> **MARTINEZ & LEON GUERRERO, P.C.**
> Suite 1008, Pacific News Building
> 238 Archbishop F.C. Flores Street
> Hagåtña, Guam USA 96910
> Telephone: (671) 477-7857
> Facsimile: (671) 472-4290
> Attorneys for Defendant California Pacific Technical Services, LLC, John Healy, and William Ward
>
> G. Patrick Civille, Esq.
> **CIVILLE & TANG, PLLC**
> Suite 200, 330 Hernan Cortez Avenue
> Hagatna, Guam 96910
> Attorneys for Defendants Verizon Business Purchasing LLC and Verizon Business Network Services, Inc.

Executed this 8th day of December 2006 at Hagåtña, Guam.

*[signature]*
ELYZE J. McDONALD