| | |
|---|---|
| **LUJAN AGUIGUI & PEREZ LLP**<br>Attorneys at Law<br>Pacific News Building, Suite 300<br>238 Archbishop Flores Street<br>Hagåtña, Guam 96910<br>Telephone (671) 477-8064/5<br>Facsimile (671) 477-5297<br><br>*Attorneys for Plaintiffs* | **FILED**<br>DISTRICT COURT OF GUAM<br>DEC 1 4 2006 nbo<br>MARY L.M. MORAN<br>CLERK OF COURT |

## IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br>-vs-<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>**DECLARATION OF JESSE B. CRUZ IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT DYNAMIC TECHNICAL SERVICES' MOTION FOR SUMMARY JUDGMENT** |

I, JESSE B. CRUZ, hereby declare and state as follows:

1. I am a plaintiff in this matter.

2. I am represented by the law firm of Lujan Aguigui & Perez LLP ("LAP").

3. I have never received through the mail a Notice of Right to Sue letter from the U.S. Equal Employment Opportunity Commission, Honolulu Local Office, advising me that I have the right to bring a lawsuit on my EEOC claims.

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Declaration of Jesse B. Cruz

1

4. I first received a copy of the Notice of Right to Sue letters from my attorney, Delia Lujan, sometime after her office received the letters, as the letters were mailed to my attorney's law firm.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this __11__ day of December, 2006, in Hagåtña, Guam.



JESSE B. CRUZ

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Declaration of Jesse B. Cruz

Case 1:05-cv-00037   Document 95   Filed 12/14/2006   Page 2 of 2

2