LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

FILED
DISTRICT COURT OF GUAM
DEC 14 2006 nba
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br>-vs-<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>**DECLARATION OF JOSEPH J. HERNANDEZ IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT DYNAMIC TECHNICAL SERVICES' MOTION FOR SUMMARY JUDGMENT** |

I, JOSEPH J. HERNANDEZ, hereby declare and state as follows:

1. I am a plaintiff in this matter.

2. I am represented by the law firm of Lujan Aguigui & Perez LLP ("LAP").

3. I have never received through the mail a Notice of Right to Sue letter from the U.S. Equal Employment Opportunity Commission, Honolulu Local Office, advising me that I have the right to bring a lawsuit on my EEOC claims.

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Declaration of Joseph J. Hernandez

1

4. I first received a copy of the Notice of Right to Sue letters from my attorney, Delia Lujan, sometime after her office received the letters, as the letters were mailed to my attorney's law firm.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this \_\_11\_\_ day of December, 2006, in Hagåtña, Guam.

*/s/ Hernandez J.*
JOSEPH J. HERNANDEZ

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Declaration of Joseph J. Hernandez

Case 1:05-cv-00037    Document 97    Filed 12/14/2006    Page 2 of 2

2