DISTRICT COURT OF GUAM
TERRITORY OF GUAM

CIVIL MINUTES - GENERAL


FILED
DISTRICT COURT OF GUAM

DEC 18 2006

MARY L.M. MORAN
CLERK OF COURT

CASE NO. CV-05-00037          DATE: 12/18/2006

CAPTION:   VAN METER, et al.   -vs-   CALPAC

*****************************************************************************

HON. FRANCES TYDINGCO-GATEWOOD, Chief Judge, Presiding     Law Clerk: Kim Walmsley
Court Reporter: Wanda Miles                                Courtroom Deputy: Virginia T. Kilgore
**Electronically Recorded: 9:35:41 - 10:07:08**            CSO: B. Pereda / J. Lizama

*********************************** APPEARANCES ***********************************

COUNSEL FOR PLAINTIFF(s):                    COUNSEL FOR DEFENDANT(s):

Delia Lujan - plaintiffs                     Elyze McDonald - Dynamic Technical Services

                                             Harold Jones - Dynamic Technical Services (telephonic)


*****************************************************************************

**PROCEEDINGS:    MOTION FOR SUMMARY JUDGMENT**

( X ) MOTIONS ARGUED BY    ( X ) PLAINTIFF    ( X ) DEFENDANT

( X ) MOTIONS ____Granted  _X_ Denied ____Settled ____Withdrawn ___ Under Advisement

(   ) ORDER SUBMITTED ____Approved ___Disapproved

( X ) ORDER to be Prepared By: _Court_

(   ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES: