HAROLD D. JONES, Texas Bar No. 10894020
(Admitted *Pro Hac Vice*)
ANDERSON & JONES, PLLC
13355 Noel Road, Suite 1645
Dallas, Texas 75240
Telephone: 972.789.1160
Fax No.: 972.789.1606

ELYZE J. MCDONALD, Guam Bar No. 01-004
CARLSMITH BALL LLP
Bank of Hawaii Building
134 W. Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96910
Telephone (671) 472-6813
Facsimile (671) 477-4375

Attorneys for Defendant
DYNAMIC TECHNICAL SERVICES

**FILED**
DISTRICT COURT OF GUAM
DEC 18 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>v.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | Civil Case No. 1:05-cv-00037<br><br><br><br>**DEFENDANT DYNAMIC TECHNICAL SERVICES' JOINDER IN VERIZON'S MOTION TO DISMISS; DECLARATION OF SERVICE** |

Defendant Dynamic Technical Services hereby joins in Verizon Defendants' Motion to

**ORIGINAL**

Dismiss, filed on November 21, 2006.

DATED: Hagåtña, Guam, December 18, 2006.

CARLSMITH BALL LLP

*[signature: Elyze McDonald]*
_____
HAROLD D. JONES
Texas Bar No. 10894020
ANDERSON & JONES, PLLC
(Admitted *Pro Hac Vice*)

And

ELYZE J. MCDONALD
Guam Bar No. 01-004
CARLSMITH BALL LLP
Bank of Hawaii Building
134 W. Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96910
Telephone (671) 472-6813
Facsimile (671) 477-4375

Attorneys for Defendant DYNAMIC
TECHNICAL SERVICES

## CERTIFICATE OF SERVICE

I, Elyze J. McDonald, hereby certify under penalty of perjury of the laws of the United States, that on December 18, 2006, I will cause to be served, via hand delivery, a true and correct copy of DEFENDANT DYNAMIC TECHNICAL SERVICES' JOINDER IN VERIZON'S MOTION TO DISMISS; DECLARATION OF SERVICE upon the following:

Delia Sablan Lujan, Esq.
**LUJAN, AGUIGUI & PEREZ, LLP**
Suite 300, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam USA 96910
Telephone: (671) 477-8064
Facsimile: (671) 477-5297
Attorneys for Plaintiffs Henry G. Van Meter, et al.

William J. Blair, Esq.
**BLAIR, STERLING, JOHNSON, MOODY, MARTINEZ & LEON GUERRERO, P.C.**
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam USA 96910
Telephone: (671) 477-7857
Facsimile: (671) 472-4290
Attorneys for Defendant California Pacific Technical Services, LLC
John Healy, and William Ward

G.Patrick Civille, Esq.
**CIVILLE & TANG, PLLC**
Suite 200, 330 Hernan Cortez Avenue
Hagåtña, Guam 96910
Attorneys for Defendants Verizon Business Purchasing LLC and
Verizon Business Network Services, Inc.

Executed this 18th day of December 2006 at Hagåtña, Guam.

_____
ELYZE J. McDONALD