**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*



**FILED**
DISTRICT COURT OF GUAM

JAN 11 2007

**MARY L.M. MORAN**
**CLERK OF COURT**

# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>**DEFENDANTS VERIZON BUSINESS PURCHASING LLC AND VERIZON BUSINESS NETWORK SERVICES, INC.'S REQUEST FOR LEAD COUNSEL TO APPEAR BY VIDEO TELECONFERENCE** |

Defendants Verizon Business Purchasing LLC and Verizon Business Network Sevices, Inc. ("Verizon") hereby request an order allowing their counsel, Michelle A. Morgan, to appear by video teleconference, and to be linked electronically to counsel table, at the hearing on Verizon's Motion to Dismiss on January 18, 2007 at 10:00 a.m. Ms. Morgan, who resides in Texas and has been admitted *pro hac vice,* serves as lead counsel for Verizon. Oral argument will be handled by local counsel, but Verizon would like to have Ms. Morgan available by video in the event the Court has any questions for her, and online so that she can confer via computer with local counsel during the hearing.

Verizon has spoken to the Court's technology officer and is in the process of making the necessary arrangements for the requested connections. Verizon will pay all costs associated with the video conference and online connection.

Counsel for Verizon has spoken to counsel for the other parties and none have any objection to this request, nor do any other parties have off island counsel who wish to participate by video or online connection.

Respectfully submitted this 11th day of January, 2007.

**CIVILLE & TANG, PLLC**

**JONES DAY**

By: _____
G. PATRICK CIVILLE

*Attorneys for Defendants Verizon Business Purchasing LLC and Verizon Business Network Services, Inc.*

# CERTIFICATE OF SERVICE

I, G. PATRICK CIVILLE, hereby certify that on January 11, 2007, I caused a copy of the foregoing document to be served by hand delivery on:

> Delia S. Lujan, Esq.
> Lujan Aguigui & Perez LLP
> Pacific News Building, Suite 300
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910
>
> Vincent Leon Guerrero, Esq.
> Blair, Sterling, Johnson, Moody, Martinez & Leon Guerrero
> Pacific News Building, Suite 1008
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910
>
> Elyze J.T. McDonald, Esq.
> Carlsmith Ball LLP
> Bank of Hawaii Building, Suite 401
> 134 W. Soledad Avenue
> Hagåtña, Guam 96910

DATED at Hagåtña, Guam, this 11th day of January, 2007.

> **CIVILLE & TANG, PLLC**
>
> By: /s/ G. Patrick Civille
> **G. PATRICK CIVILLE**
> *Attorneys for Defendants*
> *Verizon Business Purchasing LLC and*
> *Verizon Business Network Services, Inc.*