CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*



FILED
DISTRICT COURT OF GUAM
JAN 16 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br><br><br> **ORDER RE: VERIZON'S REQUEST FOR LEAD COUNSEL TO APPEAR BY VIDEO TELECONFERENCE** |

**ORIGINAL**

IT IS HEREBY ORDERED that the request of Defendants Verizon Business Purchasing LLC and Verizon Business Network Sevices, Inc.'s ("Verizon") for counsel, Michelle A. Morgan, to appear by video teleconference, and to be linked electronically to counsel table, at the hearing on Verizon's Motion to Dismiss on January 18, 2007 at 10:00 a.m. is GRANTED.

Verizon's counsel shall make the necessary arrangements with the Court's staff to arrange the video and online connection. Verizon shall be responsible for and shall pay any costs associated with the teleconference and online connection.

SO ORDERED this __16th__ day of January, 2007.

_____
FRANCES TYDINGCO-GATEWOOD
CHIEF JUDGE