**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CIVIL MINUTES**
**GENERAL**

CASE NO.: CV-05-00037  DATE: January 18, 2007
CAPTION: Van Meter v. Calpac

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley          Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore    Electronically Recorded: 10:52:17 - 11:59:28
CSO: J. Lizama / F. Tenorio

---

**APPEARANCES:**

COUNSEL FOR PLAINTIFF(S)   COUNSEL FOR DEFENDANT(S)
Delia Lujan                G. Patrick Civille - Verizon
                           Michelle A. Morgan - Verizon (video conference)
                           Elyze McDonald - Dynamic Technical Services
                           Nicolas Toft - Calpac, John Healy and William Ward

---

**PROCEEDINGS: Motion to Dismiss**
- Motion argued by Plaintiff and Defendant.
- Motion under advisement.

NOTES: