**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br>-vs-<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>**MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT** |

Before this Honorable Court come Plaintiffs Henry G. Van Meter, Jerry Apodaca, Jr., Joseph J. Hernandez, Joseph T. Mendiola, Larry L. Charfauros, Anthony C. Arriola, Robert B. Cruz, Roland F. Mendiola, James S. Yee, Teddy B. Cruz, Jesse B. Cruz, John L.G. Nauta, and John P. Babauta, respectfully moving for leave to amend the First Amended Complaint.

Federal Rule of Civil Procedure 15(a) provides in relevant part that "a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires." Rule 15's policy of favoring amendments to pleadings, including complaints, should be applied with "extreme liberality." DCD Programs,

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Motion for Leave to Amend First Amended Complaint

1

Case 1:05-cv-00037    Document 113    Filed 01/22/2007    Page 1 of 3

Ltd. v. Leighton, 833 F. 2d 183, 186 (9th Cir. 1987). The liberality of granting leave to amend is subject to the qualification that amendment of the complaint does not cause the opposing party undue prejudice, is not sought in bad faith, and does not constitute an exercise in futility. Id.

Federal Rule of Civil Procedure 6(b) further provides that "the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period [for an act to be done] enlarged if request therefor is made before the expiration of the period originally prescribed …."

Here, this motion is timely made, as the deadline for filing motions to amend the complaint is today, January 22, 2007. Good cause for amending the complaint exists in that, for example, a new claim has arisen against a defendant based on facts which occurred subsequent to the filing of the First Amended Complaint. Plaintiff Larry Charfauros will bring a tortious claim in addition to the Title VII claims against Defendant John Healy based on an incident related to the instant lawsuit which occurred on or about October 2006. Furthermore, Plaintiffs seek to provide greater clarification regarding the role of Verizon defendants and their Title VII employment connection to Plaintiffs. This clarification will not prejudice the defendants, especially since Verizon and DTS defendants believe that the current complaint is deficient in providing notice of the alleged unlawful acts they committed and have even moved to dismiss the current complaint on that basis. Plaintiffs also seek to modify and correct certain factual allegations, as seen in the proposed Second Amended Complaint.

/   /   /

/   /   /

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Motion for Leave to Amend First Amended Complaint

2

Case 1:05-cv-00037   Document 113   Filed 01/22/2007   Page 2 of 3

Based on the foregoing, Plaintiffs request leave of Court to amend the First Amended Complaint in the form of the proposed Second Amended Complaint.

**RESPECTFULLY SUBMITTED** this 22nd day of January, 2007.

**LUJAN AGUIGUI & PEREZ LLP**

By: _____
**DELIA LUJAN**
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Motion for Leave to Amend First Amended Complaint

3

Case 1:05-cv-00037   Document 113   Filed 01/22/2007   Page 3 of 3