LUJAN AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone    (671) 477-8064
Facsimile    (671) 477-5297

*Attorneys for Plaintiffs*

FILED
DISTRICT COURT OF GUAM
JAN 22 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, JAMES S. YEE, TEDDY C. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>v.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, DELIA S. LUJAN, certify that I caused copies of the **MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT** to be served on the following individuals or entities on January 22, 2007, via hand delivery at the following addresses:

**Blair Sterling Johnson Moody Martinez & Leon Guerrero, P.C.**
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

**Carlsmith Ball LLP**
Bank of Hawaii Building, Suite 401
134 West Soledad Avenue
Hagåtña, Guam 96910

and

**Civille & Tang, PLLC**
Suite 200, 330 Hernan Cortez Avenue
Hagåtña, Guam 96910

Dated this 22nd of January, 2007.

                                                      **LUJAN AGUIGUI & PEREZ** LLP

By: _____
        **DELIA S. LUJAN, ESQ.**
        *Attorneys for Plaintiffs*

---

Henry G. Van Meter, et al., vs. CALPAC, et al.
District Court Civil Case No. 05-00037

Certificate of Service