VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

Attorneys for Defendant California Pacific Technical Services LLC



FILED
DISTRICT COURT OF GUAM
JAN 29 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,

Plaintiffs,

vs.

CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES and DOES 1 through 10,

Defendants.

CIVIL CASE NO. CIV05-00037

**AMENDED NOTICE OF DEPOSITION**

TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Defendant **CALIFORNIA PACIFIC TECHNICAL SERVICES LLC.** will take the deposition upon oral examination of **ANTHONY C. ARRIOLA** pursuant to Rule 30 of the Federal Rules of Civil Procedure, on February 13, 2007, at the hour of 10:00 a.m, at the offices of Blair Sterling Johnson Martinez & Leon Guerrero P.C., 238 Archbishop F. C. Flores Street, Suite 1008, Hagåtña, Guam 96910.

ORIGINAL

1  Said deposition will take place before a notary public or
2  other officer authorized to administer oaths and will continue
3  from day to day, Sundays and holidays excluded, until completed.

BLAIR STERLING JOHNSON
 MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

DATED: JANUARY 29, 2007    BY: /s/ Vincent Leon Guerrero
**VINCENT LEON GUERRERO**
*Attorneys for Defendant California Pacific Technical Services LLC.*

```
V63\08130-01
G:\WORDDOC\PLD\VLG\158J-NTC OF DEPO OF ANTHONY C.
ARRIOLA RE VAN METER V CALPAC.DOC
```

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857