

1
VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
2   MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
3   SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857
4

*Attorneys for Defendants California Pacific Technical*
5  *Services LLC*

FILED
DISTRICT COURT OF GUAM
JAN 3 1 2007
MARY L.M. MORAN
CLERK OF COURT

6

7                    **IN THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| 8  HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, 9  JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. 10  ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY 11  B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, 12  Plaintiffs, vs. CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES and DOES 1 through 10, Defendants. | CIVIL CASE NO. CIV05-00037 **SECOND AMENDED NOTICE OF DEPOSITION** |

19  **TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

20      **PLEASE TAKE NOTICE** that Defendant **CALIFORNIA PACIFIC TECHNICAL**

21  **SERVICES LLC.** will take the deposition upon oral examination of

22  **JOSEPH J. HERNANDEZ** pursuant to Rule 30 of the Federal Rules of Civil

23  Procedure, on February 8, 2007, at the hour of 10:00 a.m, at the

25  offices of Blair Sterling Johnson Martinez & Leon Guerrero P.C.,

26  238 Archbishop F. C. Flores Street, Suite 1008, Hagåtña, Guam

27  96910.

28
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

ORIGINAL

Case 1:05-cv-00037     Document 166     Filed 01/31/2007     Page 1 of 2

Said deposition will take place before a notary public or other officer authorized to administer oaths and will continue from day to day, Sundays and holidays excluded, until completed.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

DATED: JANUARY 30, 2007        BY: _Vincent Leon Guerrero_ (signature)
**VINCENT LEON GUERRERO**
*Attorneys for Defendant California Pacific Technical Services LLC.*

V63\08130-01
G:\WORDDOC\PLD\VLG\158B-2ND AMENDED NTC OF DEPO OF
JOSEPH J. HERNANDEZ RE VAN METER V CALPAC.DOC

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857