CARLSMITH BALL LLP

ELYZE J. MCDONALD, Guam Bar No. 01-004
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375

Attorneys for Defendant
DYNAMIC TECHNICAL SERVICES

FILED
DISTRICT COURT OF GUAM
FEB -2 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 Through 10,<br><br>Defendants. | CIVIL CASE NO. CV05-00037<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT; DECLARATION OF SERVICE** |

Defendant Dynamic Technical Services ("DTS") hereby responds to Plaintiffs Henry G. Van Meter, *et al.*'s Motion for Leave to Amend their First Amended Complaint. Plaintiffs' Motion fails to comply with the District Court of Guam Local Rules because it does not attach a copy of the proposed First Amended Complaint. Thus, a decision on the Motion should be

deferred until Plaintiffs are in compliance.

Local Rule 15.1 states that "[a]ny party filing or moving to file an amended pleading shall reproduce the entire pleading as amended and may not incorporate any part of a prior pleading by reference except with leave of court." Plaintiffs have not complied with Local Rule 15.1, in that they have failed to reproduce their proposed First Amended Complaint. Without having seen the exact nature of the amendments to be made, DTS cannot adequately respond to whether or not the amended complaint, which seeks to "modify and correct certain factual allegations," prejudices DTS at this late stage of the litigation.

Therefore, DTS asks that the Court defer its decision on the Motion until the parties have had the opportunity to examine the proposed First Amended Complaint in its entirety.

DATED: February 2, 2007

CARLSMITH BALL LLP

*[signature]*
ELYZE J. MCDONALD
Attorneys for Defendant
DYNAMIC TECHNICAL SERVICES

## DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on February 2, 2007, I will cause to be served, via hand delivery, a true and correct copy of the Defendant Dynamic Technical Services' Defendant's Response to Plaintiffs Motion for Leave to Amend First Amended Complaint; Declaration of Service upon the following:

> Delia Sablan Lujan, Esq.
> **LUJAN, AGUIGUI & PEREZ, LLP**
> Suite 300, Pacific News Building
> 238 Archbishop F.C. Flores Street
> Hagåtña, Guam USA 96910
> Telephone: (671) 477-8064
> Facsimile: (671) 477-5297
> Attorneys for Plaintiffs Henry G. Van Meter, et al.
>
> William J. Blair, Esq.
> **BLAIR, STERLING, JOHNSON, MOODY,**
> **MARTINEZ & LEON GUERRERO, P.C.**
> Suite 1008, Pacific News Building
> 238 Archbishop F.C. Flores Street
> Hagåtña, Guam USA 96910
> Telephone: (671) 477-7857
> Facsimile: (671) 472-4290
> Attorneys for Defendant California Pacific Technical Services, LLC
> John Healy, and William Ward

Executed this 2d day of February 2007 at Hagåtña, Guam.

*/s/ Elyze J. McDonald*
ELYZE J. McDONALD