CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*

FILED
DISTRICT COURT OF GUAM
FEB - 2 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>**DECLARATION OF G. PATRICK CIVILLE IN SUPPORT OF VERIZON'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT** |

I, G. Patrick Civille, hereby declare as follows:

1. I am a member of the bar of Guam and of the law firm of Civille & Tang, PLLC, local counsel for Verizon Business Purchasing LLC and Verizon Business Network

Services, Inc. (collectively "Verizon"). I submit this Declaration in support of Verizon's Opposition to Plaintiffs' Motion for Leave to Amend First Amended Complaint.

2. In December 2006 and early January 2007, before Verizon's motion to dismiss was granted, I contacted counsel for the other parties to above action and suggested that the dates in the Scheduling Order were not tenable, and proposed that the Scheduling Order be amended to provide additional time to complete the tasks in the Scheduling Order.

3. On December 26, 2006 I circulated by email a proposed First Amended Scheduling Order and First Amended Discovery Plan to counsel for the other parties, including plaintiffs' counsel.

4. On January 8, 2007, in response to comments from the other defendants on my first drafts, I circulated by email a revised proposed First Amended Scheduling Order and First Amended Discovery Plan to counsel for the other parties, including Plaintiffs' counsel.

5. The other Defendants subsequently advised me that the proposed amendments were acceptable. Plaintiffs' counsel indicated that she was reviewing the documents and would provide a response at a later date. I did not receive a further response from Plaintiffs' counsel and on January 22, 2007 Verizon's motion to dismiss was granted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 2, 2007, in Hagåtña, Guam.

_____
G. PATRICK CIVILLE