# Issued by the
# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, AND JOHN P. BABAUTA,

**SUBPOENA IN A CIVIL CASE**

Plaintiffs,

V.

CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES and DOES 1 through 10,

Defendants.

Case Number:[1] CIV05-00037

FILED
DISTRICT COURT OF GUAM
FEB -5 2007
MARY L.M. MORAN
CLERK OF COURT

TO: Norman Santos

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Blair Sterling Johnson Martinez & Leon Guerrero, 1008 PNB, 238 Archbishop F. C. Flores Street, Hagåtña, Guam 96910 | February 8, 2007 at 3:00 p.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF | DATE |
|---|---|
| *Vincent Leon Guerrero* Attorneys for Defendant California Pacific Technical Services LLC | 2/2/07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
VINCENT LEON GUERRERO, BLAIR STERLING JOHNSON MARTINEZ & LEON GUERRERO, P.C. 1008 PNB, 238 ARCHBISHOP F.C. FLORES STREET, HAGÅTNA, GUAM 96910, (671) 477-7857

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

ORIGINAL

| PROOF OF SERVICE | | |
|---|---|---|
| SERVED | DATE 2/2/07 | PLACE SUITE 1008 PACIFIC NEWS BLDG 238 ARCHBISHOP F.C. FLORES ST. HAGATNA, GUAM 96910-5205 |
| SERVED ON (PRINT NAME) NORMAN SANTOS | | MANNER OF SERVICE PERSONAL HAND DELIVERY |
| SERVED BY (PRINT NAME) JOHN MANIBUSAN | | TITLE PROCESS SERVER |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  2/5/07
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER
SUITE 1008 PACIFIC NEWS BLDG #238
ARCHBISHOP F.C. FLORES ST. HAGATNA GU 96910-5205

V63\08130-01
G:\WORDDOC\PLD\VLG\159 DISTRICT COURT SUBPOENA (NORMAN SANTOS) RE VAN METER V CALPAC.DOC