VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendants California Pacific Technical Services LLC, John Healy and William Ward*

**FILED**
DISTRICT COURT OF GUAM
FEB -6 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO.05-00037<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, **JOHN L. MANIBUSAN**, hereby certify that a true and correct copy of **DEFENDANTS CALPAC, JOHN HEALY and WILLIAM WARD'S OPPOSSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT**, which was filed herein on February 5, 2007, was served via hand delivery on February 5, 2007, upon the following:

**ELYZE J.T. MCDONALD, ESQ.**
**CARLSMITH BALL**
**BANK OF HAWAII BUILDING**
**SUITE 401**
**134 WEST SOLEDAD AVENUE**
**HAGÅTÑA, GUAM 96910**

ORIGINAL

G. PATRICK CIVILLE, ESQ.
CIVILLE & TANG, PLLC
SUITE 200, 330 HERNAN CORTES AVENUE
HAGÅTÑA, GUAM 96910

DELIA LUJAN, ESQ.
LUJAN AGUIGUI & PEREZ, LLP
SUITE 300 PACIFIC NEWS BUILDING
238 ARCHBISHOP FLORES STREET
HAGÅTÑA, GUAM 96910

DATED this 5th day of February, 2007.

_____
JOHN L. MANIBUSAN

```
V63\08130-03
G:\WORDDOC\PLD\JGM\181E-CERTIFICATE OF SERVICE (IN REM) RE
GUAM INDUSTRIAL SVCS V TRANSATLANTIC LINES.DOC
```

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857