VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendants California Pacific Technical Services LLC, John Healy and William Ward*



FILED
DISTRICT COURT OF GUAM
FEB -6 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO.05-00037<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, **ARIES J. MENDIOLA**, hereby certify that a true and correct copy of the **SECOND AMENDED NOTICE OF DEPOSITION** which was filed herein on January 31, 2007, was served via hand delivery on January 31, 2007, upon the following:

ELYZE J.T. MCDONALD, ESQ.
CARLSMITH BALL
BANK OF HAWAII BUILDING
SUITE 401
134 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

ORIGINAL

G. PATRICK CIVILLE, ESQ.
CIVILLE & TANG, PLLC
SUITE 200, 330 HERNAN CORTES AVENUE
HAGÅTÑA, GUAM 96910

DELIA LUJAN, ESQ.
LUJAN AGUIGUI & PEREZ, LLP
SUITE 300 PACIFIC NEWS BUILDING
238 ARCHBISHOP FLORES STREET
HAGÅTÑA, GUAM 96910

**DATED** this 6TH day of February, 2007.

_____
ARIES J. MENDIOLA

```
V63\08130-03
G:\WORDDOC\PLD\VLG\162 DECLARATION OF SERVICE (2ND NTC OF
DEPO)RE VAN METER V CALPAC.DOC
```

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
38 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857