| | |
|---|---|
| 1 | **LUJAN AGUIGUI & PEREZ LLP** |
| | Attorneys at Law |
| 2 | Pacific News Building, Suite 300 |
| | 238 Archbishop Flores Street |
| 3 | Hagåtña, Guam 96910 |
| | Telephone (671) 477-8064/5 |
| 4 | Facsimile (671) 477-5297 |
| 5 | *Attorneys for Plaintiffs* |

FILED
DISTRICT COURT OF GUAM
FEB -7 2007
MARY L.M. MORAN
CLERK OF COURT

### IN THE UNITED STATES DISTRICT COURT OF GUAM
### FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br>-vs-<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>**STIPULATION TO AMEND SCHEDULING ORDER AND DISCOVERY PLAN** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the current dates in the May 30, 2006, Scheduling Order and Discovery Plan should be AMENDED and EXTENDED for at least sixty (60) days. The parties stipulate and request the extensions since Plaintiffs have currently pending before the Court a Motion for Leave to Amend First Amended Complaint, which, if granted, may bring back to this case as defendants Verizon Business Purchasing, LLC, and Verizon Business Network Services, Inc. The parties agree that it would be more time-efficient and less costly to conduct depositions with all parties present. Therefore, the parties would like to postpone the taking of depositions until after this Court's resolution of Plaintiffs' motion for leave to amend the complaint and, thus, an amendment to and

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Stipulation to Amend

Case 1:05-cv-00037   Document 177   Filed 02/07/2007   Page 1 of 3

1

extension of dates in the Scheduling Order and Discovery Plan is stipulated and requested. The stipulated amended scheduling order and discovery plan is as follows:

1. The "pretrial disclosures" described in Federal Rule of Civil Procedure 26(a)(3)(A), (B), and (C) shall be made at least thirty (30) days before the trial date or by September 28, 2007.

2. Discovery Cut-Off Date: The discovery cut-off date (defined as the last day to file responses to discovery) is May 24, 2007.

3. Discovery Motions Cut-Off Date: All discovery motions shall be filed on or before June 14, 2007.

4. Dispositive Motions: All dispositive motions shall be filed on or before July 23, 2007.

5. Preliminary Pretrial Conference: The Preliminary Pretrial Conference shall be held on October 8, 2007, at 10:00 a.m. (no later than twenty-one (21) days prior to trial).

6. Filing of Trial Documents: The parties' pretrial materials, discovery materials, final witness lists, designations, and final exhibit lists shall be filed on or before October 12, 2007.

7. Pretrial Order: The proposed Pretrial Order shall be filed on or before October 12, 2007 (no later than fourteen (14) days prior to trial).

8. Final Pretrial Conference: The Final Pretrial Conference shall be held on October 22, 2007, at 10:00 a.m. (no later than seven (7) days prior to trial).

9. Trial Date: The trial shall be held on October 29, 2007, at 9:00 a.m.

IT IS SO STIPULATED this 6th day of February, 2007.

**LUJAN AGUIGUI & PEREZ LLP**

By: _____
DELIA S. LUJAN, ESQ.
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Stipulation to Amend

Case 1:05-cv-00037   Document 177   Filed 02/07/2007   Page 2 of 3

2

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO

By: /s/ Vincent Leon Guerrero
VINCENT LEON GUERRERO, ESQ.
*Attorneys for Defendants California Pacific Technical Services LLC, John Healy, and William Ward*

CARLSMITH BALL LLP

By: /s/ Elyze McDonald
ELYZE J.T. MCDONALD, ESQ.
*Attorneys for Defendant Dynamic Technical Services*

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Stipulation to Amend

Case 1:05-cv-00037   Document 177   Filed 02/07/2007   Page 3 of 3

3