**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br>-vs-<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br>**ORDER**<br>**Granting Stipulation to Amend**<br>**Scheduling Order and Discovery Plan** |

After reviewing the parties' Stipulation to Amend Scheduling Order and Discovery Plan and finding good cause for such amendment, the Court grants the parties' stipulation. The following dates and deadlines previously established in the Scheduling Order and Discovery Plan (Docket No. 53) are amended as follows:

1. The "pretrial disclosures" described in Federal Rule of Civil Procedure 26(a)(3)(A), (B), and (C) shall be made at least thirty (30) days before the trial date or by September 28, 2007.

2. Discovery Cut-Off Date: The discovery cut-off date (defined as the last day to file responses to discovery) is May 24, 2007.

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Order Granting Stipulation to Amend Scheduling Order and Discovery Plan
Case 1:05-cv-00037    Document 180    Filed 02/08/2007    Page 1 of 2

1

1     3.     Discovery Motions Cut-Off Date: All discovery motions shall be filed on or before June 14, 2007.

    4.     Dispositive Motions: All dispositive motions shall be filed on or before July 23, 2007.

    5.     Preliminary Pretrial Conference: The Preliminary Pretrial Conference shall be held on October 5, 2007, at 10:00 a.m. (no later than twenty-one (21) days prior to trial).

    6.     Filing of Trial Documents: The parties' pretrial materials, discovery materials, final witness lists, designations, and final exhibit lists shall be filed on or before October 12, 2007.

    7.     Pretrial Order: The proposed Pretrial Order shall be filed on or before October 12, 2007 (no later than fourteen (14) days prior to trial).

    8.     Final Pretrial Conference: The Final Pretrial Conference shall be held on October 22, 2007, at 10:00 a.m. (no later than seven (7) days prior to trial).

    9.     Trial Date: The trial shall be held on October 29, 2007, at 9:00 a.m.

SO ORDERED this 8th day of February 2007.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

Henry G. Van Meter, et al., v. CAL PAC, et al.      2
Civil Case No. 05-00037
Order Granting Stipulation to Amend Scheduling Order and Discovery Plan
Case 1:05-cv-00037    Document 180    Filed 02/08/2007    Page 2 of 2