VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

Attorneys for Defendants California Pacific Technical Services LLC, John Healy and William Ward

**FILED**
DISTRICT COURT OF GUAM
FEB -9 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO.05-00037<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, **JOHN L. MANIBUSAN**, hereby certify that a true and correct copy of the **NOTICE OF CANCELLATION OF DEPOSITION** of Henry Quintanilla, which was filed herein on February 8, 2007, was served via hand delivery on February 8, 2007, upon the following:

**ELYZE J.T. MCDONALD, ESQ.**
**CARLSMITH BALL**
**BANK OF HAWAII BUILDING**
**SUITE 401**
**134 WEST SOLEDAD AVENUE**
**HAGÅTÑA, GUAM 96910**

//
//
//

DELIA LUJAN, ESQ.
LUJAN AGUIGUI & PEREZ LLP
SUITE 300 PACIFIC NEWS BUILDING
238 ARCHBISHOP F C FLORES ST
HAGÅTÑA, GUAM 96910

DATED: FEBRUARY 9, 2007

JOHN L. MANIBUSAN

```
V63\08130-03
G:\WORDDOC\PLD\VLG\165 DECLARATION OF SERVICE (NTC OF CANCEL
DEPO H QUINTANILLA)RE VAN METER V CALPAC.DOC
```

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
38 ARCHBISHOP F C FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

- 2 -