VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857



FILED
DISTRICT COURT OF GUAM
FEB 12 2007
MARY L.M. MORAN
CLERK OF COURT

*Attorneys for Defendant California Pacific Technical Services LLC*

# IN THE DISTRICT COURT OF GUAM

HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,

Plaintiffs,

vs.

CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES and DOES 1 through 10,

Defendants.

CIVIL CASE NO. CIV05-00037

**NOTICE OF CANCELLATION OF DEPOSITION**

TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that the deposition upon oral examination of **HENRY VAN METER,** scheduled for February 13, 2007, at the hour of 10:00 a.m., pursuant to Rule 30 of the Federal Rules of Civil Procedure, as Noticed by that Second Amended Notice of Deposition filed herein on January 31, 2007, is hereby cancelled.

//
//

ORIGINAL

Defendant California Pacific Technical Services, LLC reserve their right to reschedule said deposition.

BLAIR STERLING JOHNSON
  MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

DATED: FEBRUARY 12, 2007    BY: _____
**VINCENT LEON GUERRERO**
*Attorneys for Defendant California Pacific Technical Services LLC.*

```
V63\08130-003
G:\WORDDOC\PLD\VLG\163C-CANCELLATION NTC OF DEPO OF
HENRY VAN METER RE VAN METER V CALPAC.DOC
```