| | |
|---|---|
| 1 | VINCENT LEON GUERRERO |
| 2 | BLAIR STERLING JOHNSON<br>MARTINEZ & LEON GUERRERO<br>A PROFESSIONAL CORPORATION |
| 3 | SUITE 1008 PACIFIC NEWS BUILDING<br>238 ARCHBISHOP F.C. FLORES STREET<br>HAGÅTÑA, GUAM 96910-5205 |
| 4 | TELEPHONE: (671) 477-7857 |



FILED
DISTRICT COURT OF GUAM

FEB 12 2007

MARY L.M. MORAN
CLERK OF COURT

*Attorneys for Defendant California Pacific Technical Services LLC*

# IN THE DISTRICT COURT OF GUAM

HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,

Plaintiffs,

vs.

CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES and DOES 1 through 10,

Defendants.

CIVIL CASE NO. CIV05-00037

**NOTICE OF CANCELLATION OF DEPOSITION**

**TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the deposition upon oral examination of **JESSE B. CRUZ**, scheduled for February 15, 2007, at the hour of 3:00 p.m., pursuant to Rule 30 of the Federal Rules of Civil Procedure, as Noticed by that Second Amended Notice of Deposition filed herein on January 31, 2007, is hereby cancelled.

//
//



ORIGINAL

1  Defendant California Pacific Technical Services, LLC reserve their
2  right to reschedule said deposition.
3                                    **BLAIR STERLING JOHNSON**
                                        **MARTINEZ & LEON GUERRERO**
4                                    A PROFESSIONAL CORPORATION
5
6  DATED: FEBRUARY 12, 2007         BY: _____
7                                       **VINCENT LEON GUERRERO**
                                        *Attorneys for Defendant California Pacific Technical Services
                                        LLC.*
8
9
10 V63\08130-003
   G:\WORDDOC\PLD\VLG\163H-CANCELLATION NTC OF DEPO OF
11 JESSE B. CRUZ RE VAN METER V CALPAC.DOC