VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendants California Pacific Technical
Services LLC, John Healy and William Ward*

**FILED**
DISTRICT COURT OF GUAM

FEB 12 2007 

**MARY L.M. MORAN
CLERK OF COURT**

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO.05-00037 <br><br><br><br> **CERTIFICATE OF SERVICE** |

I, **ARIES J. MENDIOLA**, hereby certify that a true and correct copy of the **NOTICE OF CANCELLATION OF DEPOSITION** of Roland F. Mendiola, Joseph T. Mendiola, Henry Van Meter, Jerry Apodaca, Jr., Anthony C. Arriola, Teddy B. Cruz, John L. G. Nauta, Jesse B. Cruz, John P. Babauta, filed herein on February 12, 2007, will be served via hand on February 12, 2007, or soon thereafter, upon the following:

**DELIA LUJAN, ESQ.**
**LUJAN AGUIGUI & PEREZ LLP**
**SUITE 300 PACIFIC NEWS BUILDING**
**238 ARCHBISHOP F C FLORES ST**
**HAGÅTÑA, GUAM 96910**

//

//

**ORIGINAL**

ELYZE J.T. MCDONALD, ESQ.
CARLSMITH BALL
BANK OF HAWAII BUILDING
SUITE 401
134 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM  96910


G. PATRICK CIVILLE, ESQ.
CIVILLE & TANG, PLLC
SUITE 200, 330 HERNAN CORTES AVENUE
HAGÅTÑA, GUAM  96910

DATED: FEBRUARY _12th_, 2007     _____
                                  ARIES J. MENDIOLA

V63\08130-03
G:\WORDDOC\PLD\VLG\166 DECLARATION OF SERVICE (NTC OF CANCEL
DEPO 4 ALL DEPOS)RE VAN METER V CALPAC.DOC

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 Pacific News Building
38 Archbishop F.C. Flores Street
HAGÅTÑA, GUAM  96910-5205
TELEPHONE: (671) 477-7857