Elyze J. McDonald, Guam Bar No. 01-004
CARLSMITH BALL LLP
Bank of Hawaii Building
134 W. Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96910
Telephone (671) 472-6813
Facsimile (671) 477-4375

Attorneys for Defendant
DYNAMIC TECHNICAL SERVICES



FILED
DISTRICT COURT OF GUAM
MAR -5 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

### FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>v.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | Civil Case No. 05-00037<br><br>**APPLICATION FOR ADMISSION *PRO HAC VICE* OF ARTHUR K. SMITH** |

*TO THE HONORABLE JUDGE OF SAID COURT:*

NOW COMES Arthur K. Smith of the Allen, Texas firm Law Offices of Arthur K. Smith and makes application under GR 17.1(d) for admission *pro hac vice*, having been retained by Defendant Dynamic Technical Services ("DTS"), a Texas entity to defend its interests in the above-captioned litigation, and would respectfully show unto the Court as follows:

### I.

Arthur K. Smith is not a resident of Guam.

## II.

Arthur K. Smith is not regularly employed in Guam.

## III.

Arthur K. Smith is not regularly engaged in business or other activities in Guam.

## IV.

Arthur K. Smith resides at 1226 Monica Drive, Allen, Texas 75013 and practices as a principal attorney with the Law Offices of Arthur K. Smith, at 507 Prestige Circle, Allen, Texas 75002-3438. His office telephone numbers are (469) 519-2500 and (469) 519-2555 facsimile.

## V.

Arthur K. Smith was admitted to practice to the State Bar of Texas in 1984. He is a member in good standing of the Northern District for the U.S. District Court for Texas, having been admitted in 1984, and the Eastern and Southern Districts for the U.S. District Court for Texas, having been admitted in 1985.

## VI.

Mr. Smith is not currently suspended or disbarred in any court, nor has he ever been.

## VII.

Mr. Smith has been retained by DTS to represent DTS herein.

## VIII.

In 2006, Mr. Smith sought and was granted admission *pro hac vice* in a case filed in the Southern District of Florida, entitled *Oken v. Monsanto*, Case No. 01-7360-CIV.

## IX.

Mr. Smith has never sought *pro hac vice* admission to this District.

## X.

Mr. Smith has designated Elyze J. McDonald, of Carlsmith Ball LLP, as local counsel, under GR 17.1(d)(2)(E) and (e). Ms. McDonald is an active member in good standing of the bar of this Court. Ms. McDonald has consented to this designation *infra*.

## XI.

No waiver of any jurisdictional or venue challenge that may be made by Dynamic is intended by this application.

## XII.

All facts asserted herein are attested to by Mr. Smith, in the accompanying Declaration.

WHEREFORE, PREMISES CONSIDERED, Arthur K. Smith, of the Law Offices of Arthur K. Smith, applies for admission *pro hac vice*, to serve as lead counsel for DTS, through and including trial and/or judgment herein.

Dated: March _5_, 2007.

*/s/ Elyze McDonald*
Elyze J. McDonald, Guam Bar No. 01-004
CARLSMITH BALL LLP
Bank of Hawaii Building
134 W. Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96910
Telephone (671) 472-6813
Facsimile (671) 477-4375

Law Offices of Arthur K. Smith
507 Prestige Circle
Allen, Texas 7500-3438
Telephone (469) 519-2500
Facsimile (469) 519-2555

Attorneys for Defendant
DYNAMIC TECHNICAL SERVICES