CARLSMITH BALL LLP

ELYZE J. MCDONALD, Guam Bar No. 01-004
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375

Attorneys for Defendant
DYNAMIC TECHNICAL SERVICES

FILED
DISTRICT COURT OF GUAM
MAR - 5 2007 mba
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>v.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 Through 10,<br><br>Defendants. | CIVIL CASE NO. CV05-00037<br><br>**REQUEST TO FILE FACSIMILE FILING; EXHIBITS A & B; DECLARATION OF SERVICE** |

In accordance with General Rule 5.1(a), Defendant Dynamic Technical Services hereby requests that the Court grant permission for Defendant Dynamic Technical Services to submit the attached facsimile filing, Declaration of Arthur K. Smith in Support of Application for Admission Pro Hac Vice of Arthur K. Smith ("Exhibit A"), and Withdrawal and Substitution of

ORIGINAL

4842-4572-5953.1.059759-00001

Request to File Facsimile Filing; Declaration of Service
Henry G. Van Meter, et al. vs. CALPAC, et al.
District Court of Guam Civil Case No. CV05-00037

Counsel (Exhibit "B"). The Declaration is in support of Defendant Dynamic Technical Services' Application for Admission Pro Hac Vice of Arthur K. Smith. Mr. Smith signed the Declaration and the Withdrawal, however, because he currently resides in Texas, his signature on the Declaration is a facsimile. Also, the Withdrawal and Substitution are signed by Harold Jones and Linda Hayes, both of whom also reside in Texas. The purpose of all documents is to transfer representation of this matter from Harold Jones, *pro hac vice*, to Arthur K. Smith, seeking admission *pro hac vice*.

Mr. Smith has sent to the Guam office of Carlsmith Ball LLP an original copy of the Declaration and the Withdrawal and Substitution via courier. Upon receipt of the original signatures, undersigned counsel will immediately file it with the Court.

DATED: Hagåtña, Guam, March 5, 2007.

CARLSMITH BALL LLP

_____
ELYZE McDONALD
Attorneys for Defendant
Dynamic Technical Services

CARLSMITH BALL LLP

ELYZE J. MCDONALD, Guam Bar No. 01-004
Bank of Hawaii Building
134 W. Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96910
Telephone (671) 472-6813
Facsimile (671) 477-4375

Attorneys for Defendant
DYNAMIC TECHNICAL SERVICES

## IN THE UNITED STATES DISTRICT COURT OF GUAM

### FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>v.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>DECLARATION OF ART SMITH IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* |

*TO THE HONORABLE JUDGE OF SAID COURT:*

I, Arthur K. Smith declare:

1. I have personal knowledge of the following and if called on to testify thereto under oath, I could and would do so truthfully.

2. Defendant Dynamic Technical Services has expressly asked that I appear as Counsel *Pro Hac Vice* in this action and participate in the action on its behalf due to my experience and knowledge of this Defendant's organization and practices in Guam.

4841-1144-1665.1.059759-00001                    1                                   **EXHIBIT A**

Case 1:05-cv-00037    Document 197    Filed 03/05/2007    Page 3 of 7

3. Due to my familiarity with the business, practices and policies of the Defendant, my client believes it is both cost and time effective that I defend this matter on its behalf.

3. I reside at 1226 Monica Drive, Allen, Texas 75013.

4. I have never been a resident of Guam. I am not regularly employed in Guam, nor am I engaged in substantial business, professional or other activities in Guam.

5. I am a Principal of the Law Offices of Arthur K. Smith, 507 Prestige Circle, Allen, Texas 75002-3438. My office telephone numbers are (469) 519-2500 and (469) 519-2555 facsimile.

6. I was admitted to practice law in the State of Texas in 1984. I am a member in good standing of the Northern District for the U.S. District Court for Texas, having been admitted in 1984, and the Eastern and Southern Districts for the U.S. District Court for Texas, having been admitted in 1985.

7. I am not currently suspended or disbarred in any court, nor have I ever been.

8. In 2006, I sought and was granted admission *pro hac vice* in a case filed in the Southern District of Florida, entitled *Oken v. Monsanto*, Case No. 01-7360-CIV.

9. In the preceding two years, I have not petitioned the Court to appear in Guam as counsel *pro hac vice*.

10. I hereby designate the following member of the Bar of this Court as local counsel, under GR 17.1(d)(2)(E) and (e).: Elyze J. McDonald, of Carlsmith Ball LLP, Bank of Hawaii Building, 134 W. Soledad Avenue, Suite 401, P.O. Box BF, Hagåtña, Guam 96910, Telephone (671) 472-6813, Facsimile (671) 477-4375.

I declare under penalty of perjury under the laws of Guam that the foregoing is true and correct.
Executed on February 5, 2007, at Allen, Texas.

*[signature]*

ARTHUR K. SMITH
(Seeking admission *Pro Hac Vice*)
LAW OFFICES OF ARTHUR K. SMITH
507 Prestige Circle
Allen, Texas 75002-3438
Telephone (469) 519-2500
Facsimile (469) 519-2555

Attorneys for Defendant
DYNAMIC TECHNICAL SERVICES

CARLSMITH BALL LLP

ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
DYNAMIC TECHNICAL SERVICES

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APOCADA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br>Plaintiff, <br><br>vs. <br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1-10, <br><br>Defendants. | CIVIL CASE NO. CIV 05-00037 <br><br><br>WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

Harold Jones and the Attorneys of the law firm of Anderson & Jones, PLLC, hereby withdraw as counsel of record, *pro hac vice*, from representing the above named Defendant in this matter and agree to substitute representation as indicated below.

DATED: February 5, 2007.

ANDERSON & JONES, PLLC

_____
HAROLD JONES

Arthur K. Smith and the law firm of the Law Offices of Arthur K. Smith, P.C., hereby enter their appearance and seek admission *pro hac vice* on behalf of Defendant Dynamic Technical Services.

DATED: February __, 2007.

ARTHUR K. SMITH, P.C.

_____
ARTHUR K. SMITH
Attorneys for Defendant
Dynamic Technical Services

SO AGREED TO: February 5, 2007.

DYNAMIC TECHNICAL SERVICES

BY: LINDA G. HAYES
ITS: PRESIDENT