CARLSMITH BALL LLP

ELYZE J. MCDONALD, Guam Bar No. 01-004
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375

Attorneys for Defendant
DYNAMIC TECHNICAL SERVICES

FILED
DISTRICT COURT OF GUAM
MAR -5 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>v.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 Through 10,<br><br>Defendants. | CIVIL CASE NO. CV05-00037<br><br>DECLARATION OF SERVICE |

## DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on March 5, 2007, I will cause to be served, via hand delivery, a true and correct copy of the APPLICATION FOR ADMISSION *PRO HAC VICE* OF ARTHUR K. SMITH;

REQUEST TO FILE FACSIMILE FILING; EXHIBITS A & B; DECLARATION OF SERVICE upon Plaintiffs Counsel of record as follows:

>Vincent Leon Guerrero
>**BLAIR STERLING JOHNSON**
>**MARTINEZ & LEON GUERRERO, P.C.**
>Suite 1008 Pacific News Building
>238 Archbishop F.C. Flores Street
>Hagatna, Guam USA 96910-5205
>Attorneys for Defendant

>Delia Sablan Lujan
>**LUJAN, AGUIGUI & PEREZ, LLP**
>Suite 300, Pacific News Building
>238 Archbishop F.C. Flores Street
>Hagåtña, Guam USA 96910
>Attorneys for Plaintiffs Henry G. Van Meter, et al.

Executed this 5th day of March 2007, at Hagåtña, Guam.

_____
ELYZE J. McDONALD