CARLSMITH BALL LLP

ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
DYNAMIC TECHNICAL SERVICES

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APOCADA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1-10,<br><br>　　　　　　　　Defendants. | CIVIL CASE NO. CIV 05-00037<br><br><br>**ORDER**<br><br>**Granting Smith Application for Admission *Pro Hac Vice* and Granting Withdrawal and Substitution of Counsel** |

After reviewing the Application for Admission *Pro Hac Vice* of Arthur K. Smith, the Withdrawal of Harold Jones and the Substitution of Arthur K. Smith,

IT IS ORDERED that Harold Jones, admitted *pro hac vice*, and the attorneys of the law firm of Anderson & Jones, PLLC, are hereby DISMISSED from representing Defendant

Dynamic Technical Services in the above entitled action.

IT IS FURTHER ORDERED that the Application for Admission *Pro Hac Vice* of Arthur K. Smith of the Law Offices of Arthur K. Smith is GRANTED. Arthur K. Smith is substituted as counsel *pro hac vice* for Dynamic Technical Services.

DATED: March 6, 2007.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**