Elyze J. McDonald, Guam Bar No. 01-004
CARLSMITH BALL LLP
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375

Arthur K. Smith, Texas Bar No. 18534100
(Seeking admission *Pro Hac Vice*)
LAW OFFICES OF ARTHUR K. SMITH
507 Prestige Circle
Allen, Texas 75002-3438
Telephone (469) 519-2500
Facsimile (469) 519-2555

Attorneys for Defendant
DYNAMIC TECHNICAL SERVICES

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>v.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 Through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br>**ORDER**<br>**Granting Request for Facsimile Filing** |

The Court hereby **GRANTS** Defendant Dynamic Technical Services' request to file facsimile copies of the Declaration of Arthur K. Smith in Support of Application for Admission Pro Hac Vice and the Withdrawal and Substitution of Counsel.

**SO ORDERED** this 6th day of March 2007.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

4810-6083-9936.1.000EJM-00001

2.