JEHAN'AD G. MARTINEZ
VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendants California Pacific Technical Services LLC, John Healy and William Ward*

**FILED**
DISTRICT COURT OF GUAM
MAR -8 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV05-00037<br><br>**DEFENDANTS JOHN HEALY AND WILLIAM WARD'S MOTION FOR SUMMARY JUDGMENT** |

**COME NOW** Defendants **JOHN HEALY** and **WILLIAM WARD** and herein respectfully move the Court for summary judgment dismissing them from this action on the grounds that there are no genuine issues as to any material fact and they are entitled to judgment as a matter of law. This Motion is brought pursuant to FED R.CIV.P. Rule 56 and is based upon the Complaint previously filed herein,

the contemporaneously filed Affidavit of John Healy in Support of Motion for Summary Judgment, and the contemporaneously filed Memorandum of Points and Authorities in Support of Motion for Summary Judgment.

**RESPECTFULLY SUBMITTED** this 8th day of March, 2007.

**BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO**
A PROFESSIONAL CORPORATION

BY: _____
**JEHAN'AD G. MARTINEZ**
*Attorneys for Defendants California Pacific Technical Services LLC, John Healy and William Ward*

A62\08130-03
G:\WORDDOC\PLD\JGM\189-MTN 4 SJ RE
VAN METER V CALPAC CIV05-037.DOC