JEHAN'AD G. MARTINEZ
VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendants California Pacific Technical Services LLC, John Healy and William Ward*

FILED
DISTRICT COURT OF GUAM
MAR -8 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV05-00037<br><br><br>**AFFIDAVIT OF JOHN HEALY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

**GUAM, USA** )
) ss
**CITY OF HAGÅTÑA** )

I, **JOHN HEALY**, being first duly sworn, do hereby declare and state as follows:

1. I am a U.S. citizen and resident of Guam. I make this declaration in support of the motion for summary judgment filed on behalf of myself and my co-defendant William Ward.

2. I have personal knowledge of the facts set forth herein.

3. I am one of the member-owners of California Pacific Technical Services LLC, a Guam limited liability company ("CalPac").

4. CalPac is a member-managed limited liability company. I have been the managing member of CalPac since June 2003, when I replaced Mr. Roger Fallihee.

5. Although I was the managing member, I was not fully involved in the day-to-day management of CalPac prior to October, 2004. I did not join CalPac as a full time employee until October 11, 2004.

6. In February 2004, CalPac entered into a contract with WorldCom Purchasing LLC for the construction and installation of outside plant facilities in Guam.

7. Prior to August 15, 2004, the general manager of CalPac was Tim Camacho. Mr. Camacho resigned from CalPac effective August 15, 2004. He was replaced as general manager by William Ward. Mr. Ward joined CalPac on August 23, 2004. He left CalPac on December 9, 2005.

8. My title at CalPac is V.P. Engineering & Sales.

9. As general manager of CalPac, Mr. Ward was responsible for overall supervision of the company's operations. He was a managerial employee.

10. As V.P. Engineering & Sales of CalPac, my primary responsibilities were engineering and sales. I was (and remain) a managerial employee.

11. As managerial employees of CalPac, Mr. Ward and I had supervisory authority over the plaintiffs.

Further, affiant sayeth naught.

DATED: MARCH 2, 2007  _____
JOHN HEALY

**SUBSCRIBED AND SWORN** to before me this 2nd day of March, 2007, by **JOHN HEALY**.

_____
(official signature and seal of notary)

JENNIFER D. S. MENDIOLA
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: Apr. 13, 2009
1008 Pacific News Building, 238 Archbishop
F.C. Flores St., Hagatna, Guam 96910

A62\08130-03
G:\WORDDOC\PLD\JGM\189-AFF OF J HEALY IN SUPP OF
MTN 4 SJ RE VAN METER V CALPAC CIV05-037.DOC

- 3 -