JEHAN'AD G. MARTINEZ
VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendants California Pacific Technical Services LLC, John Healy and William Ward*

FILED
DISTRICT COURT OF GUAM
MAR - 8 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>**CERTIFICATE OF SERVICE** |

I, **JEHAN'AD G. MARTINEZ,** hereby certify that a true and correct copy of the **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS JOHN HEALY AND WILLIAM WARD'S MOTION FOR SUMMARY JUDGMENT; DEFENDANTS JOHN HEALY AND WILLIAM WARD'S MOTION FOR SUMMARY JUDGMENT; AFFIDAVIT OF JOHN HEALY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;** and **CERTIFICATE OF SERVICE,** filed herein on March 8, 2007, will be served via hand on March 8, 2007, or soon thereafter, upon the following:

**DELIA LUJAN, ESQ.**
**LUJAN AGUIGUI & PEREZ LLP**
**SUITE 300 PACIFIC NEWS BUILDING**
**238 ARCHBISHOP F C FLORES ST**
**HAGÅTÑA, GUAM 96910**

| | |
|---|---|
| 1 | |
| 2 | ELYZE J.T. MCDONALD, ESQ. |
| | CARLSMITH BALL |
| 3 | BANK OF HAWAII BUILDING |
| | SUITE 401 |
| 4 | 134 WEST SOLEDAD AVENUE |
| | HAGÅTÑA, GUAM 96910 |

ELYZE J.T. MCDONALD, ESQ.
CARLSMITH BALL
BANK OF HAWAII BUILDING
SUITE 401
134 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

G. PATRICK CIVILLE, ESQ.
CIVILLE & TANG, PLLC
SUITE 200, 330 HERNAN CORTES AVENUE
HAGÅTÑA, GUAM 96910

DATED: MARCH 8, 2007

_____
JEHAN'AD G. MARTINEZ

A62\08130-03
G:\WORDDOC\PLD\JGM\189-CERT OF SVC RE VAN METER V CALPAC.DOC

- 2 -