CARLSMITH BALL LLP

ELYZE J. MCDONALD, Guam Bar No. 01-004
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375

Attorneys for Defendant
DYNAMIC TECHNICAL SERVICES

**FILED**
DISTRICT COURT OF GUAM

MAR - 8 2007

**MARY L.M. MORAN
CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> v. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 Through 10, <br><br> Defendants. | CIVIL CASE NO. CV05-00037 <br><br><br> **AMENDED DECLARATION OF SERVICE** |

## AMENDED DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United

States, that on March 8, 2007, I caused to be served, via hand delivery, a true and correct copy of

the APPLICATION FOR ADMISSION *PRO HAC VICE* OF ARTHUR K. SMITH; REQUEST

**ORIGINAL**

TO FILE FACSIMILE FILING; EXHIBITS A & B, filed on March 5, 2007 and this

AMENDED DECLARATION OF SERVICE upon Plaintiffs Counsel of record as follows:

Vincent Leon Guerrero
**BLAIR STERLING JOHNSON**
**MARTINEZ & LEON GUERRERO, P.C.**
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagatna, Guam USA 96910-5205
Attorneys for Defendant

Delia Sablan Lujan
**LUJAN, AGUIGUI & PEREZ, LLP**
Suite 300, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam USA 96910
Attorneys for Plaintiffs Henry G. Van Meter, et al.

Executed this 8th day of March 2007, at Hagåtña, Guam.

_____
ELYZE J. McDONALD