LUJAN AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone  (671) 477-8064
Facsimile  (671) 477-5297

*Attorneys for Plaintiffs*

FILED
DISTRICT COURT OF GUAM
MAR 22 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, JAMES S. YEE, TEDDY C. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>v.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>**CERTIFICATE OF SERVICE** |

I, DELIA S. LUJAN, hereby certify under penalty of perjury of the laws of the United States that, on March 22, 2007, I caused to be served, via hand delivery, a true and correct copy of the **PLAINTIFFS' OPPOSITION TO DEFENDANTS JOHN HEALY AND WILLIAM WARD'S MOTION FOR SUMMARY JUDGMENT** upon the following:

Blair Sterling Johnson Martinez & Leon Guerrero, P.C.
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

| | |
|---|---|
| 1 | **Carlsmith Ball LLP** |
| 2 | Bank of Hawaii Building, Suite 401 |
|   | 134 West Soledad Avenue |
| 3 | Hagåtña, Guam 96910 |
| 4 | Dated this 22nd day of March, 2007. |

Dated this 22nd day of March, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
**DELIA LUJAN**
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., vs. CALPAC, et al.
District Court Civil Case No. 05-00037