DISTRICT COURT OF GUAM

TERRITORY OF GUAM

HENRY G. VAN METER, *et al.*,

    Plaintiffs,

    vs.

CALPAC, *et al.*,

    Defendant.

Civil Case No. 05-00037

**ORDER RE: HEARING**

This matter comes before the court on the Defendants', John Healy and William Ward, Motion for Summary Judgment. The court hereby set this motion for hearing on Tuesday, April 10, 2007, at 9:30 a.m.

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Mar 26, 2007**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Van Meter, *et al.* v. Calpac, *et al.*, Civil Case No. 05-00037
*Order re: Defendant's Motion for Summary Judgment*