JEHAN'AD G. MARTINEZ
VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendants California Pacific Technical Services LLC, John Healy and William Ward*

FILED
DISTRICT COURT OF GUAM
MAR 29 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV05-00037<br><br>**CERTIFICATE OF SERVICE** |

I, **VINCENT LEON GUERRERO**, hereby certify under penalty of perjury of the laws of the United States that, on March 29, 2007, I caused to be served, via hand delivery, a true and correct copy of the **DEFENDANTS' JOHN HEALY AND WILLIAM WARD'S REPLY TO OPPOSITION FOR SUMMARY JUDGMENT** upon the following:

ORIGINAL

Delia Lujan, Esq.
LUJAN AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam

Elyze McDonald, Esq.
CARLSMITHHBALL
Bank of Hawaii Building
Suite 401
134 West Soledad Avenue
Hagåtña, Guam 96910

**RESPECTFULLY SUBMITTED** this 29th day of March, 2007.

                **BLAIR STERLING JOHNSON
                MARTINEZ & LEON GUERRERO**
                A PROFESSIONAL CORPORATION

BY: _/s/ Vincent Leon Guerrero_____
     **VINCENT LEON GUERRERO**
     *Attorneys for Defendants California Pacific Technical Services LLC, John Healy and William Ward*

```
V63\08130-03
G:\WORDDOC\PLD\VLG\170-CERT OF SERV REPLY TO OPP FOR SUM JUDG
RE VAN METER V CALPAC.DOC
```