# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

HENRY G. VAN METER, *et al.*,

    Plaintiffs,

    vs.

CALPAC, *et al.*,

    Defendant.

Civil Case No. 05-00037

**ORDER RE: PLAINTIFF'S MOTION TO AMEND FIRST AMENDED COMPLAINT**

This matter comes before the court regarding plaintiffs' Motion to Amend its First Amended Complaint. All Defendant's have filed objections based on plaintiffs' failure to attach the proposed Second Amended complaint ("SAC") to its motion.[1] However, because the oppositions were filed prior to the plaintiffs' filing of the proposed SAC, the defendants were deprived of an opportunity to respond to it. Accordingly, the defendants shall have until April 13, 2007 to file any supplemental opposition to the proposed SAC. If an opposition is received, plaintiffs shall have until April 20, 2007 to file a reply. If the court finds that a hearing is necessary on plaintiffs' motion, then one shall be set at a later date.

**SO ORDERED** this 30th day of March, 2007.

                                                **/s/ Joaquin V.E. Manibusan, Jr.**
                                                   **U.S. Magistrate Judge**

---

[1] The proposed SAC was filed on February 5, 2007, two weeks after the motion was filed and after all objections to the motion were filed.