VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendants California Pacific Technical*
*Services LLC, John Healy and William Ward*

**FILED**

DISTRICT COURT OF GUAM

MAR 30 2007

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, ) ) ) ) ) ) ) ) ) ) ) | CIVIL CASE NO. CIV05-00037 |
| Plaintiffs, ) ) ) | |
| vs. ) ) | **NOTICE OF DEPOSITION** |
| CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES and DOES 1 through 10, ) ) ) ) ) ) | |
| Defendants. ) | |

**TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that Defendant **CALIFORNIA PACIFIC TECHNICAL**

**SERVICES LLC** will take the deposition upon oral examination of

**TEDDY B. CRUZ** pursuant to Rule 30 of the Federal Rules of Civil

Procedure, on April 16, 2007, at the hour of 9:00 a.m., at the

offices of Blair Sterling Johnson Martinez & Leon Guerrero P.C.,

238 Archbishop F. C. Flores Street, Suite 1008, Hagåtña, Guam

96910.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

ORIGINAL

1   Said deposition will take place before a notary public or

2   other officer authorized to administer oaths and will continue

3   from day to day, Sundays and holidays excluded, until completed.

4                                          **BLAIR STERLING JOHNSON**
                                            **MARTINEZ & LEON GUERRERO**
5                                          A PROFESSIONAL CORPORATION

6

7   DATED: MARCH _30_, 2007          BY: _____

8                                          **VINCENT LEON GUERRERO**
                                            *Attorneys for Defendant California Pacific Technical Services*
9                                          *LLC.*

10  V63\08130-01
    G:\WORDDOC\PLD\VLG\171D-NTC OF DEPO OF TEDDY CRUZ
11  RE VAN METER V CALPAC.DOC

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857