# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-05-00037  DATE: April 10, 2007
CAPTION: Van Meter -vs- Calpac

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 9:44:41 - 10:05:21
CSO: B. Pereda

**APPEARANCES:**

Counsel for Plaintiff(s)  Counsel for Defendant(s)
Delia Lujan  Jehan'ad Martinez

**PROCEEDINGS: Motion for Summary Judgment**
- Motion argued by Plaintiff and Defendant.
- Motion under advisement.

NOTES: