1  VINCENT LEON GUERRERO
2  BLAIR STERLING JOHNSON
   MARTINEZ & LEON GUERRERO
   A PROFESSIONAL CORPORATION
3  SUITE 1008 PACIFIC NEWS BUILDING
   238 ARCHBISHOP F.C. FLORES STREET
   HAGÅTÑA, GUAM 96910-5205
4  TELEPHONE: (671) 477-7857

*Attorneys for Defendant California Pacific Technical Services LLC*



# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV05-00037<br><br>**AMENDED NOTICE OF DEPOSITION** |

TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Defendant **CALIFORNIA PACIFIC TECHNICAL SERVICES LLC** will take the deposition upon oral examination of **HENRY QUINTANILLA** pursuant to Rule 30 of the Federal Rules of Civil Procedure, on April 18, 2007, at the hour of 2:00 p.m., at the offices of Blair Sterling Johnson Martinez & Leon Guerrero P.C., 238 Archbishop F. C. Flores Street, Suite 1008, Hagåtña, Guam 96910.

Said deposition will take place before a notary public or other officer authorized to administer oaths and will continue from day to day, Sundays and holidays excluded, until completed.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

DATED: APRIL 12, 2007       BY: /s/ Vincent Leon Guerrero
                            **VINCENT LEON GUERRERO**
                            *Attorneys for Defendant California Pacific Technical Services LLC.*

```
V63\08130-01
G:\WORDDOC\PLD\VLG\174C-AMEND NTC OF DEPO OF HENRY
QUINTANILLA RE VAN METER V CALPAC.DOC
```