# EXHIBIT A

VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendants California Pacific Technical
Services LLC, John Healy and William Ward*

# FILED
## DISTRICT COURT OF GUAM

### MAR 3 0 2007

## MARY L.M. MORAN
## CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, ) ) ) ) ) ) ) ) ) ) | CIVIL CASE NO. CIV05-00037 |
| Plaintiffs, ) ) | |
| vs. ) ) ) | |
| CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES and DOES 1 through 10, ) ) ) ) ) | NOTICE OF DEPOSITION |
| Defendants. ) | |

**TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that Defendant **CALIFORNIA PACIFIC TECHNICAL**

**SERVICES LLC** will take the deposition upon oral examination of

**NORMAN SANTOS** pursuant to Rule 30 of the Federal Rules of Civil

Procedure, on April 11, 2007, at the hour of 9:00 a.m., at the

offices of Blair Sterling Johnson Martinez & Leon Guerrero P.C.,

238 Archbishop F. C. Flores Street, Suite 1008, Hagåtña, Guam

96910.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

# ORIGINAL

1    Said deposition will take place before a notary public or

2  other officer authorized to administer oaths and will continue

3  from day to day, Sundays and holidays excluded, until completed.

4                                      **BLAIR STERLING JOHNSON**
                                       **MARTINEZ & LEON GUERRERO**
5                                      A PROFESSIONAL CORPORATION

6

7  DATED: MARCH $\frac{30}{}$, 2007        BY: _____

8                                          **VINCENT LEON GUERRERO**
                                           *Attorneys for Defendant California Pacific Technical Services*
9                                          *LLC.*

10  V63\08130-01
    G:\WORDDOC\PLD\VLG\171-NTC OF DEPO OF NORMAN SANTOS
11  RE VAN METER V CALPAC.DOC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

- 2 -

1

VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
2  MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
3  SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857
4
*Attorneys for Defendants California Pacific Technical*
5  *Services LLC, John Healy and William Ward*

**FILED**
DISTRICT COURT OF GUAM

MAR 30 2007

**MARY L.M. MORAN
CLERK OF COURT**

6

7                    **IN THE DISTRICT COURT OF GUAM**

8  HENRY  G.  VAN  METER,  JERRY      )        CIVIL CASE NO. CIV05-00037
APODACA, JR., JOSEPH J. HERNANDEZ,  )
9  JOSEPH  T.  MENDIOLA,  LARRY  L.   )
CHARFAUROS,     ANTHONY     C.      )
10  ARRIOLA, ROBERT B. CRUZ, ROLAND   )
F. MENDIOLA, JAMES S. YEE, TEDDY    )
11  B. CRUZ, JESSE B. CRUZ, JOHN L.G. )
NAUTA, and JOHN P. BABAUTA,         )        **NOTICE OF DEPOSITION**
12                                    )
                                     )
13                Plaintiffs,         )
                                     )
14          vs.                       )
                                     )
15  CALPAC,   DYNAMIC   TECHNICAL     )
SERVICES, MCI, JOHN HEALY, DENNIS   )
16  CLARK, WILLIAM WARD, JAI JAMES    )
and DOES 1 through 10,              )
17                                    )
                Defendants.          )
18

19  **TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

20       **PLEASE  TAKE  NOTICE**  that  Defendant  **CALIFORNIA  PACIFIC  TECHNICAL**

21  **SERVICES LLC**  will  take  the  deposition  upon  oral  examination  of

22  **HENRY VAN METER** pursuant  to  Rule  30  of  the  Federal  Rules  of  Civil

23  Procedure,  on  April  11,  2007,  at  the  hour  of  2:00  p.m.,  at  the

24  offices  of  Blair  Sterling  Johnson  Martinez  &  Leon  Guerrero  P.C.,

25  238  Archbishop  F.  C.  Flores  Street,  Suite  1008,  Hagåtña,  Guam

26  96910.

27

28

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

ORIGINAL

1      Said deposition will take place before a notary public or

2  other officer authorized to administer oaths and will continue

3  from day to day, Sundays and holidays excluded, until completed.

4                                     **BLAIR STERLING JOHNSON**

                                 **MARTINEZ & LEON GUERRERO**

5                                  A PROFESSIONAL CORPORATION

6

7  DATED: MARCH **30**, 2007           BY: _Vincent Guston_

8                                    **VINCENT LEON GUERRERO**

                                  *Attorneys for Defendant California Pacific Technical Services*

9                                    *LLC.*

10 V63\08130-01

   G:\WORDDOC\PLD\VLG\171A-NTC OF DEPO OF HENRY VAN

11 METER RE VAN METER V CALPAC.DOC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

                                 - 2 -

VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendants California Pacific Technical
Services LLC, John Healy and William Ward*

**FILED**
DISTRICT COURT OF GUAM

MAR 30 2007

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. CIV05-00037 <br><br><br><br><br> **NOTICE OF DEPOSITION** |

**TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant **CALIFORNIA PACIFIC TECHNICAL SERVICES LLC** will take the deposition upon oral examination of **JERRY APODACA, JR.** pursuant to Rule 30 of the Federal Rules of Civil Procedure, on April 12, 2007, at the hour of 2:00 p.m., at the offices of Blair Sterling Johnson Martinez & Leon Guerrero P.C., 238 Archbishop F. C. Flores Street, Suite 1008, Hagåtña, Guam 96910.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

# ORIGINAL

1    Said deposition will take place before a notary public or

2   other officer authorized to administer oaths and will continue

3   from day to day, Sundays and holidays excluded, until completed.

4                                   **BLAIR STERLING JOHNSON**
                                     **MARTINEZ & LEON GUERRERO**
5                                    A PROFESSIONAL CORPORATION

6

7   DATED: MARCH _30_, 2007          BY: _____
8                                        **VINCENT LEON GUERRERO**
                                         *Attorneys for Defendant California Pacific Technical Services*
9                                        *LLC.*

10

    V63\08130-01
    G:\WORDDOC\PLD\VLG\171B-NTC OF DEPO OF JERRY
11  APODACA RE VAN METER V CALPAC.DOC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE (671) 477-7857

- 2 -

1  VINCENT LEON GUERRERO
2  BLAIR STERLING JOHNSON
   MARTINEZ & LEON GUERRERO
   A PROFESSIONAL CORPORATION
3  SUITE 1008 PACIFIC NEWS BUILDING
   238 ARCHBISHOP F.C. FLORES STREET
   HAGÅTÑA, GUAM 96910-5205
   TELEPHONE: (671) 477-7857
4
   *Attorneys for Defendants California Pacific Technical*
5  *Services LLC, John Healy and William Ward*

6

**FILED**
DISTRICT COURT OF GUAM
MAR 30 2007
MARY L.M. MORAN
CLERK OF COURT

7                    **IN THE DISTRICT COURT OF GUAM**

8  HENRY  G.  VAN  METER,  JERRY          )        CIVIL CASE NO. CIV05-00037
   APODACA, JR., JOSEPH J. HERNANDEZ,     )
9  JOSEPH  T.  MENDIOLA,  LARRY  L.       )
   CHARFAUROS,       ANTHONY       C.     )
10 ARRIOLA, ROBERT B. CRUZ, ROLAND        )
   F. MENDIOLA, JAMES S. YEE, TEDDY       )
11 B. CRUZ, JESSE B. CRUZ, JOHN L.G.      )
   NAUTA, and JOHN P. BABAUTA,            )        **NOTICE OF DEPOSITION**
12                                        )
                  Plaintiffs,             )
13                                        )
                                          )
14         vs.                            )
                                          )
15 CALPAC,    DYNAMIC    TECHNICAL        )
   SERVICES, MCI, JOHN HEALY, DENNIS      )
16 CLARK, WILLIAM WARD, JAI JAMES         )
   and DOES 1 through 10,                 )
17                                        )
                  Defendants.             )
18

19 **TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

20     **PLEASE TAKE NOTICE** that Defendant **CALIFORNIA PACIFIC TECHNICAL**

21 **SERVICES LLC.** will take the deposition upon oral examination of

22 **ANTHONY C. ARRIOLA** pursuant to Rule 30 of the Federal Rules of Civil

23 Procedure, on April 13, 2007, at the hour of 9:00 a.m., at the

24 offices of Blair Sterling Johnson Martinez & Leon Guerrero P.C.,

25 238 Archbishop F. C. Flores Street, Suite 1008, Hagåtña, Guam

26 96910.

27

28

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE (671) 477-7857

ORIGINAL

1        Said deposition will take place before a notary public or

2    other officer authorized to administer oaths and will continue

3    from day to day, Sundays and holidays excluded, until completed.

4                                        **BLAIR STERLING JOHNSON**

5                                        **MARTINEZ & LEON GUERRERO**
                                    A PROFESSIONAL CORPORATION

6

7    DATED: MARCH **30**, 2007               BY: *Vincent Leon Guerrero*

8                                      **VINCENT LEON GUERRERO**
                                  *Attorneys for Defendant California Pacific Technical Services*

9                                      *LLC.*

10   VE3\08130-01
    G:\WORDDOC\PLD\VLG\171C-NTC OF DEPO OF ANTHONY

11   ARRIOLA RE VAN METER V CALPAC.DOC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

- 2 -

VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendants California Pacific Technical
Services LLC, John Healy and William Ward*

**FILED**

DISTRICT COURT OF GUAM

MAR 30 2007 ✗

MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, ) ) ) ) ) ) ) ) ) ) | CIVIL CASE NO. CIV05-00037 |
| Plaintiffs, ) ) | |
| vs. ) ) | **NOTICE OF DEPOSITION** |
| CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES and DOES 1 through 10, ) ) ) ) ) | |
| Defendants. ) ) | |

**TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant **CALIFORNIA PACIFIC TECHNICAL SERVICES LLC** will take the deposition upon oral examination of **TEDDY B. CRUZ** pursuant to Rule 30 of the Federal Rules of Civil Procedure, on April 16, 2007, at the hour of 9:00 a.m., at the offices of Blair Sterling Johnson Martinez & Leon Guerrero P.C., 238 Archbishop F. C. Flores Street, Suite 1008, Hagåtña, Guam 96910.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

ORIGINAL

1   Said deposition will take place before a notary public or

2   other officer authorized to administer oaths and will continue

3   from day to day, Sundays and holidays excluded, until completed.

4                           BLAIR STERLING JOHNSON
                            MARTINEZ & LEON GUERRERO
5                           A PROFESSIONAL CORPORATION

6

7   DATED: MARCH $30$, 2007          BY: _____

8                                       VINCENT LEON GUERRERO
                                        *Attorneys for Defendant California Pacific Technical Services*
9                                       *LLC.*

10  V63\08130-01
    G:\WORDDOC\PLD\VLG\171D-NTC OF DEPO OF TEDDY CRUZ
11  RE VAN METER V CALPAC.DOC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-8205
TELEPHONE: (671) 477-7857

- 2 -

VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendants California Pacific Technical*
*Services LLC, John Healy and William Ward*

**FILED**
DISTRICT COURT OF GUAM

MAR 30 2007

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, ) ) ) ) ) ) ) ) ) | CIVIL CASE NO. CIV05-00037 |
| Plaintiffs, ) ) ) | |
| vs. ) ) ) | **NOTICE OF DEPOSITION** |
| CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES and DOES 1 through 10, ) ) ) ) ) ) | |
| Defendants. ) ) | |

**TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant **CALIFORNIA PACIFIC TECHNICAL SERVICES LLC.** will take the deposition upon oral examination of **JOHN L.G. NAUTA** pursuant to Rule 30 of the Federal Rules of Civil Procedure, on April 16, 2007, at the hour of 2:00 p.m., at the offices of Blair Sterling Johnson Martinez & Leon Guerrero P.C., 238 Archbishop F. C. Flores Street, Suite 1008, Hagåtña, Guam 96910.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

ORIGINAL

1   Said deposition will take place before a notary public or

2   other officer authorized to administer oaths and will continue

3   from day to day, Sundays and holidays excluded, until completed.

4                                    BLAIR STERLING JOHNSON
                                     MARTINEZ & LEON GUERRERO
5                                    A PROFESSIONAL CORPORATION

6

7   DATED: MARCH _30_, 2007          BY: _Vincent Leon Guerrero_____
8                                        **VINCENT LEON GUERRERO**
                                         *Attorneys for Defendant California Pacific Technical Services*
9                                        *LLC.*

10  V63\08135-C1
    G:\WORDDOC\PLD\VLG\171E-NTC OF DEPO OF JOHN L. G.
11  NAUTA RE VAN METER V CALFAC.DOC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE (671) 477-7857

- 2 -

| | |
|---|---|
| 1 | |
| 2 | VINCENT LEON GUERRERO |
| 3 | BLAIR STERLING JOHNSON |

VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendants California Pacific Technical*
*Services LLC, John Healy and William Ward*

**FILED**

DISTRICT COURT OF GUAM

MAR 30 2007

MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES and DOES I through 10, <br><br> Defendants. | CIVIL CASE NO. CIV05-00037 <br><br><br><br><br> **NOTICE OF DEPOSITION** |

**TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant **CALIFORNIA PACIFIC TECHNICAL SERVICES LLC.** will take the deposition upon oral examination of **JESSE B. CRUZ** pursuant to Rule 30 of the Federal Rules of Civil Procedure, on April 17, 2007, at the hour of 9:00 a.m., at the offices of Blair Sterling Johnson Martinez & Leon Guerrero P.C., 238 Archbishop F. C. Flores Street, Suite 1008, Hagåtña, Guam 96910.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE (671) 477-7857

ORIGINAL

- 1 -

1      Said deposition will take place before a notary public or

2  other officer authorized to administer oaths and will continue

3  from day to day, Sundays and holidays excluded, until completed.

4                                **BLAIR STERLING JOHNSON**

5                                 **MARTINEZ & LEON GUERRERO**

6                             A PROFESSIONAL CORPORATION

7  DATED: MARCH 30 , 2007            BY: _____

8                            **VINCENT LEON GUERRERO**

9                            *Attorneys for Defendant California Pacific Technical Services LLC.*

10

11  V63\08130-01
   G:\WORDDOC\PLD\VLG\171F-NTC OF DEPO OF JESSE B.
   CRUZ RE VAN METER V CALPAC.DOC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÁTÑA, GUAM 96910-5205
TELEPHONE (671) 477-7857

                                         - 2 -

1
2  VINCENT LEON GUERRERO
   BLAIR STERLING JOHNSON
3  MARTINEZ & LEON GUERRERO
   A PROFESSIONAL CORPORATION
   SUITE 1008 PACIFIC NEWS BUILDING
   238 ARCHBISHOP F.C. FLORES STREET
4  HAGÅTÑA, GUAM 96910-5205
   TELEPHONE: (671) 477-7857
   *Attorneys for Defendants California Pacific Technical*
5  *Services LLC, John Healy and William Ward*
6

**FILED**

DISTRICT COURT OF GUAM

MAR 30 2007 ✛

**MARY L.M. MORAN
CLERK OF COURT**

7
8          **IN THE DISTRICT COURT OF GUAM**

9   HENRY   G.   VAN   METER,   JERRY   )          CIVIL CASE NO. CIV05-00037
    APODACA, JR., JOSEPH J. HERNANDEZ,  )
10  JOSEPH  T.  MENDIOLA,  LARRY  L.    )
    CHARFAUROS,    ANTHONY    C.        )
11  ARRIOLA, ROBERT B. CRUZ, ROLAND     )
    F. MENDIOLA, JAMES S. YEE, TEDDY    )
12  B. CRUZ, JESSE B. CRUZ, JOHN L.G.   )
    NAUTA, and JOHN P. BABAUTA,         )          **NOTICE OF DEPOSITION**
13                                      )
                                        )
14              Plaintiffs,             )
                                        )
15          vs.                         )
                                        )
16  CALPAC,   DYNAMIC   TECHNICAL       )
    SERVICES, MCI, JOHN HEALY, DENNIS   )
17  CLARK, WILLIAM WARD, JAI JAMES      )
    and DOES 1 through 10,              )
18                                      ) .
                Defendants.             )
19

20  **TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

21        **PLEASE  TAKE  NOTICE**  that  Defendant  **CALIFORNIA  PACIFIC  TECHNICAL**

22  **SERVICES  LLC**  will  take  the  deposition  upon  oral  examination  of

23  **JOHN P. BABAUTA**  pursuant  to  Rule  30  of  the  Federal  Rules  of  Civil

24  Procedure,  on  April  17,  2007,  at  the  hour  of  2:00  p.m.,  at  the

25  offices  of  Blair  Sterling  Johnson  Martinez  &  Leon  Guerrero  P.C.,

26  238  Archbishop  F.  C.  Flores  Street,  Suite  1008,  Hagåtña,  Guam

27
28  96910.

                                        **ORIGINAL**

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

                    - 1 -

1     Said deposition will take place before a notary public or

2 other officer authorized to administer oaths and will continue

3 from day to day, Sundays and holidays excluded, until completed.

4                                          **BLAIR STERLING JOHNSON**
                                           **MARTINEZ & LEON GUERRERO**
5                                          A PROFESSIONAL CORPORATION

6

7
      DATED: MARCH 30 , 2007
8                                          BY: _Vincent Johnson_
                                           **VINCENT LEON GUERRERO**
9                                          *Attorneys for Defendant California Pacific Technical Services*
                                           *LLC.*
10
      V63\08130-01
      G:\WORDDOC\PLD\VLG\171G-NTC OF DEPO OF JOHN B.
11    BABAUTA RE VAN METER V CALPAC.DOC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

- 2 -

Case 1:05-cv-00037    Document 232-2    Filed 04/13/2007    Page 17 of 25

<table>
<tr><td>1</td><td></td></tr>
</table>

VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant California Pacific Technical
Services LLC*

FILED
DISTRICT COURT OF GUAM
MAR 30 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. CIV05-00037 <br><br><br><br> **NOTICE OF DEPOSITION** |

TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Defendant **CALIFORNIA PACIFIC TECHNICAL SERVICES LLC** will take the deposition upon oral examination of **HENRY QUINTANILLA** pursuant to Rule 30 of the Federal Rules of Civil Procedure, on April 18, 2007, at the hour of 9:00 a.m., at the offices of Blair Sterling Johnson Martinez & Leon Guerrero P.C., 238 Archbishop F. C. Flores Street, Suite 1008, Hagåtña, Guam 96910.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

ORIGINAL

1    Said deposition will take place before a notary public or

2  other officer authorized to administer oaths and will continue

3  from day to day, Sundays and holidays excluded, until completed.

4                                    BLAIR STERLING JOHNSON
                                       MARTINEZ & LEON GUERRERO
5                                    A PROFESSIONAL CORPORATION

6

7  DATED: MARCH __*30*__, 2007        BY: _____

8                                        **VINCENT LEON GUERRERO**
                                         *Attorneys for Defendant California Pacific Technical Services*
9                                        *LLC.*

10  V63\08130-01
    G:\WORDDOC\PLD\VLG\171H-NTC OF DEPO OF HENRY
11  QUINTANILLA RE VAN METER V CALPAC.DOC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

- 2 -

# EXHIBIT B

1    **LUJAN AGUIGUI & PEREZ LLP**
      300 Pacific News Building
2    238 Archbishop Flores Street
      Hagåtña, Guam 96910
3    Telephone    (671) 477-8064
      Facsimile    (671) 477-5297
4
      *Attorneys for Plaintiffs*
5

# FILED
DISTRICT COURT OF GUAM

APR 10 2007 ~~

MARY L.M. MORAN
CLERK OF COURT

6

## IN THE UNITED STATES DISTRICT COURT OF GUAM
7
### TERRITORY OF GUAM
8

9

10   HENRY G. VAN METER, JERRY          CIVIL CASE NO.CIV05-00037
      APODACA, JR., JOSEPH J.
11   HERNANDEZ, JOSEPH T. MENDIOLA,
      LARRY L. CHARFAUROS, ANTHONY
12   C. ARRIOLA, JAMES S. YEE, TEDDY C.
      CRUZ, JESSE B. CRUZ, JOHN L.G.
13   NAUTA, and JOHN P. BABAUTA,

14               Plaintiffs,                   **NOTICE OF DEPOSITION**

15               v.

16   CALPAC, DYNAMIC TECHNICAL
      SERVICES, MCI, JOHN HEALY,
17   DENNIS CLARK, WILLIAM WARD, JAI
      JAMES, and DOES 1 through 10,
18
                 Defendants.
19

20   **TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

21          **PLEASE TAKE NOTICE** that Plaintiff JAMES YEE will take the deposition upon oral

22   examination of **WILLIAM WARD** pursuant to Rule 30 of the Federal Rules of Civil Procedure,

23
24   on **April 30, 2007, at the hour of 10:00 a.m.**, at the offices of **LUJAN AGUIGUI & PEREZ**

25   LLP, 238 Archbishop F.C. Flores Street, Suite 300, Hagåtña, Guam 96910.

26

27

28

ORIGINAL

1       Said deposition will take place before a notary public or other officer authorized to

2  administer oaths and will continue from day to day, Sundays and holidays excluded, until

3  completed.

4       Dated this 10th day of April, 2007.

5                            **LUJAN AGUIGUI & PEREZ** LLP

6

7

8                 By:                            
                                **DELIA S. LUJAN, ESQ.**

9                                    *Attorneys for Plaintiffs*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Henry G. Van Meter, et al., vs. CALPAC, et al.
    District Court Civil Case No. 05-00037

                         2

**Notice of Deposition (William Ward)**

1

**LUJAN AGUIGUI & PEREZ LLP**
300 Pacific News Building

2   238 Archbishop Flores Street
Hagåtña, Guam 96910

3   Telephone     (671) 477-8064
Facsimile     (671) 477-5297

4

*Attorneys for Plaintiffs*

5

6

7                    **IN THE UNITED STATES DISTRICT COURT OF GUAM**

8                              **TERRITORY OF GUAM**

9

10   HENRY G. VAN METER, JERRY           CIVIL CASE NO.CIV05-00037
     APODACA, JR., JOSEPH J.
11   HERNANDEZ, JOSEPH T. MENDIOLA,
     LARRY L. CHARFAUROS, ANTHONY
12   C. ARRIOLA, JAMES S. YEE, TEDDY C.
     CRUZ, JESSE B. CRUZ, JOHN L.G.
13   NAUTA, and JOHN P. BABAUTA,

14              Plaintiffs,                **NOTICE OF DEPOSITION**

15          v.

16   CALPAC, DYNAMIC TECHNICAL
     SERVICES, MCI, JOHN HEALY,
17   DENNIS CLARK, WILLIAM WARD, JAI
     JAMES, and DOES 1 through 10,
18
                Defendants.
19

20   **TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

21          **PLEASE TAKE NOTICE** that Plaintiff JAMES YEE will take the deposition upon oral

22   examination of **JOHN HEALY** pursuant to Rule 30 of the Federal Rules of Civil Procedure, on

23

24   **May 2, 2007, at the hour of 9:00 a.m.,** at the offices of **LUJAN AGUIGUI & PEREZ LLP**, 238

25   Archbishop F.C. Flores Street, Suite 300, Hagåtña, Guam 96910.

26

27

28

ORIGINAL

1    Said deposition will take place before a notary public or other officer authorized to

2    administer oaths and will continue from day to day, Sundays and holidays excluded, until

3    completed.

4    Dated this 10th day of April, 2007.

5

6                                LUJAN AGUIGUI & PEREZ LLP

7

8                    By:    _____
                            DELIA S. LUJAN, ESQ.
9                            *Attorneys for Plaintiffs*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    Henry G. Van Meter, et al., vs. CALPAC, et al.
      District Court Civil Case No. 05-00037

                                        2

**Notice of Deposition (John Healy)**

# CERTIFICATE OF SERVICE

I, G. Patrick Civille, hereby certify that on April 13, 2007, copies of *Verizon's*

*Supplemental Opposition to Plaintiffs' Motion for Leave to Amend First Amended Complaint*

will be served by hand-delivery on the following:

>Delia S. Lujan, Esq.
>Lujan Aguigui & Perez LLP
>300 Pacific News Building, Suite 300
>238 Archbishop Flores Street
>Hagåtña, Guam 96910
>
>Elyze J.T. McDonald, Esq.
>Carlsmith Ball LLP
>Bank of Hawaii Building
>134 W. Soledad Avenue, Suite 401
>P.O. Box BF
>Hagåtña, Guam 96910
>
>Vincent Leon Guerrero, Esq.
>Blair Sterling Johnson Moody
> Martinez & Leon Guerrero
>Suite 1008 Pacific News Building
>238 Archbishop F.C. Flores Street
>Hagåtña, Guam 96910-5205

DATED at Hagåtña, Guam, this 13th day of April, 2007.

_____
G. PATRICK CIVILLE