VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendants California Pacific Technical Services LLC*

FILED
DISTRICT COURT OF GUAM
APR 27 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV05-00037<br><br><br><br>**NOTICE OF DEPOSITION** |

**TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant **CALIFORNIA PACIFIC SERVICES LLC** will take the deposition upon oral examination of **ANTHONY C. ARRIOLA** pursuant to Rule 30 of the Federal Rules of Civil Procedure, on May 9, 2007, at the hour of 9:00 a.m., at the offices of Blair Sterling Johnson Martinez & Leon Guerrero P.C., 238 Archbishop F. C. Flores Street, Suite 1008, Hagåtña, Guam 96910.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

Case 1:05-cv-00037   Document 237   Filed 04/27/2007   Page 1 of 2

ORIGINAL

Said deposition will take place before a notary public or other officer authorized to administer oaths and will continue from day to day, Sundays and holidays excluded, until completed.

BLAIR STERLING JOHNSON
 MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

DATED: APRIL 26, 2007          BY: /s/ Vincent Leon Guerrero
                                    **VINCENT LEON GUERRERO**
                                    *Attorneys for Defendant California Pacific Technical Services LLC.*

```
V63\08130-03
G:\WORDDOC\PLD\VLG\177B-AMENDE NTC OF DEPO OF
ANTHONY ARRIOLA RE VAN METER V CALPAC.DOC
```

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 Pacific News Building
238 Archbishop F.C. Flores Street
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857