VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant California*
*Pacific Technical Services LLC*

FILED
DISTRICT COURT OF GUAM
APR 27 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV05-00037<br><br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, **VINCENT LEON GUERRERO,** hereby certify that, on April 27, 2007, a true and correct copy of **NOTICE OF DEPOSITIONS OF LARRY L. CHARFAUROS, JOSEPH T. MENDIOLA, AND ANTHONY C. ARRIOLA** filed herein on April 27, 2007, was or will be served upon the following:

//

ORIGINAL

1    DELIA LUJAN, ESQ.
     LUJAN AGUIGUI & PEREZ LLP
2    300 PACIFIC NEWS BUILDING
     238 ARCHBISHOP FLORES STREET
3    HAGÅTÑA, GUAM 96910

4    ELYZE MCDONALD, ESQ.
     CARLSMITH BALL
5    BANK OF HAWAII BUILDING
     SUITE 401
6    134 WEST SOLEDAD AVENUE
     HAGÅTÑA, GUAM 96910

7

8

9  DATE: APRIL 27, 2007                    _____
                                            VINCENT LEON GUERRERO
10

11  V63\08130-03
    G:\WORDDOC\PLD\VLG\177C-COS RE VAN METER V CALPAC CIV05-037.DOC