LUJAN AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone   (671) 477-8064
Facsimile   (671) 477-5297

*Attorneys for Plaintiffs*



FILED
DISTRICT COURT OF GUAM
APR 27 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, JAMES S. YEE, TEDDY C. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> v. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO.CIV05-00037 <br><br><br> **AMENDED NOTICE OF DEPOSITION** |

**TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff JAMES YEE will take the deposition upon oral examination of **WILLIAM WARD** pursuant to Rule 30 of the Federal Rules of Civil Procedure, on **May 11, 2007, at the hour of 9:00 a.m.**, at the offices of **LUJAN AGUIGUI & PEREZ** LLP, 238 Archbishop F.C. Flores Street, Suite 300, Hagåtña, Guam 96910.

1  Said deposition will take place before a notary public or other officer authorized to
2  administer oaths and will continue from day to day, Sundays and holidays excluded, until
3  completed.

Dated this 27th day of April, 2007.

**LUJAN AGUIGUI & PEREZ** LLP

By: _____
**DELIA S. LUJAN, ESQ.**
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., vs. CALPAC, et al.
District Court Civil Case No. 05-00037

2