LUJAN AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

FILED
DISTRICT COURT OF GUAM
APR 27 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, JAMES S. YEE, TEDDY C. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br>Plaintiffs, <br><br>v. <br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br>Defendants. | CIVIL CASE NO. 05-00037 <br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, DELIA S. LUJAN, certify that I caused copies of the **AMENDED NOTICE OF DEPOSITION (William Ward)** to be served on the following individuals or entities on April 27, 2007, via hand delivery at the following addresses:

**Blair Sterling Johnson Moody Martinez & Leon Guerrero, P.C.**
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

Carlsmith Ball LLP
Bank of Hawaii Building, Suite 401
134 West Soledad Avenue
Hagåtña, Guam 96910

Dated this 27th day of April, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
DELIA S. LUJAN, ESQ.
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., vs. CALPAC, et al.
District Court Civil Case No. 05-00037

Certificate of Service