~~Issued by the~~

# UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, AND JOHN P. BABAUTA,

**SUBPOENA IN A CIVIL CASE**

Plaintiffs,

V.

CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES and DOES 1 through 10,

Defendants.

Case Number:[1] CIV05-00037

**FILED**
DISTRICT COURT OF GUAM
MAY -9 2007
MARY L.M. MORAN
CLERK OF COURT

TO: Debra B. Cruz
304 Kamute Loop
Astumbo Dededo, Gu 96929

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Blair Sterling Johnson Martinez & Leon Guerrero, 1008 PNB, 238 Archbishop F. C. Flores Street, Hagåtña, Guam 96910 | May 17, 2007 at 9:00 p.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF | DATE |
|---|---|
| *[signature]* Attorneys for Defendant California Pacific Technical Services LLC | 5/8/07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
VINCENT LEON GUERRERO, BLAIR STERLING JOHNSON MARTINEZ & LEON GUERRERO, P.C. 1008 PNB, 238 ARCHBISHOP F.C. FLORES STREET, HAGÅTNA, GUAM 96910, (671) 477-7857

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

ORIGINAL

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | 5/8/2007 | Astumbo, Dededo |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Debra B. Cruz | Served Personally |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Aries J. Mendiola | Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   5/8/2007
                 DATE

SIGNATURE OF SERVER

1008 Pacific News Bldg.
238 Archbishop F.C. Flores Street, Hagatna, Guam
ADDRESS OF SERVER

V63\08130-01
G:\WORDDOC\PLD\VLG\178 DISTRICT COURT SUBPOENA (DEBRA B. CRUZ) RE VAN METER V CALPAC.DOC