| | |
|---|---|
| VINCENT LEON GUERRERO<br>BLAIR STERLING JOHNSON<br>MARTINEZ & LEON GUERRERO<br>A PROFESSIONAL CORPORATION<br>SUITE 1008 PACIFIC NEWS BUILDING<br>238 ARCHBISHOP F.C. FLORES STREET<br>HAGÅTÑA, GUAM 96910-5205<br>TELEPHONE: (671) 477-7857<br><br>*Attorneys for Defendant California*<br>*Pacific Technical Services LLC* | **FILED**<br>DISTRICT COURT OF GUAM<br>MAY -9 2007<br>MARY L.M. MORAN<br>CLERK OF COURT |

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>    Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL CASE NO. CIV05-00037<br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, **VINCENT LEON GUERRERO,** hereby certify that, on May 9, 2007, a true and correct copy of **NOTICE OF DEPOSITION OF LARRY CHARFAUROS** filed herein on May 9, 2007, was or will be served upon the following:

//
//

ORIGINAL

DELIA LUJAN, ESQ.
LUJAN AGUIGUI & PEREZ LLP
300 PACIFIC NEWS BUILDING
238 ARCHBISHOP FLORES STREET
HAGÅTÑA, GUAM 96910

ELYZE MCDONALD, ESQ.
CARLSMITH BALL
BANK OF HAWAII BUILDING
SUITE 401
134 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

DATE: MAY 9, 2007

_____
VINCENT LEON GUERRERO

```
V63\08130-03
G:\WORDDOC\PLD\VLG\179A-COS (L. CHARFAUROS)RE VAN METER V
CALPAC CIV05-037.DOC
```