VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant California*
*Pacific Technical Services LLC*

**FILED**
DISTRICT COURT OF GUAM
MAY 11 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV05-00037<br><br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, **VINCENT LEON GUERRERO,** hereby certify that, on May 11, 2007, a true and correct copy of **NOTICE OF DEPOSITION OF ROLAND F. MENDIOLA** filed herein on May 11, 2007, was or will be served upon the following:

//
//

ORIGINAL

| | |
|---|---|
| 1 | DELIA LUJAN, ESQ. |
| 2 | LUJAN AGUIGUI & PEREZ LLP |
|   | 300 PACIFIC NEWS BUILDING |
|   | 238 ARCHBISHOP FLORES STREET |
| 3 | HAGÅTÑA, GUAM 96910 |
| 4 | |
|   | ELYZE MCDONALD, ESQ. |
| 5 | CARLSMITH BALL |
|   | BANK OF HAWAII BUILDING |
|   | SUITE 401 |
| 6 | 134 WEST SOLEDAD AVENUE |
|   | HAGÅTÑA, GUAM 96910 |

DATE: MAY 10, 2007

_____
VINCENT LEON GUERRERO

```
V63\08130-03
G:\WORDDOC\PLD\VLG\180A-COS (R.F. MENDIOLA)RE VAN METER V
CALPAC CIV05-037.DOC
```