VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant California Pacific Technical Services LLC,*

**FILED**
DISTRICT COURT OF GUAM

MAY 11 2007

MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, ) ) ) ) ) ) ) ) ) ) | CIVIL CASE NO. CIV05-00037 |

Plaintiffs,

vs.

CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES and DOES 1 through 10,

Defendants.

**NOTICE OF DEPOSITION**

**TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that Defendant **CALIFORNIA PACIFIC TECHNICAL SERVICES LLC** will take the deposition upon oral examination of **TIMOTHY A. CAMACHO** pursuant to Rule 30 of the Federal Rules of Civil Procedure, on May 22, 2007, at the hour of 9:00 a.m., at the offices of Blair Sterling Johnson Martinez & Leon Guerrero P.C., 238 Archbishop F. C. Flores Street, Suite 1008, Hagåtña, Guam 96910.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

ORIGINAL

Case 1:05-cv-00037    Document 254    Filed 05/11/2007    Page 1 of 2

1  Said deposition will take place before a notary public or

2  other officer authorized to administer oaths and will continue

3  from day to day, Sundays and holidays excluded, until completed.

4  **BLAIR STERLING JOHNSON**
   **MARTINEZ & LEON GUERRERO**
5  A PROFESSIONAL CORPORATION

6

7  DATED: MAY___11___, 2007      BY:

8  *for*  **VINCENT LEON GUERRERO**
   *Attorneys for Defendant California Pacific Technical Services*
9  *LLC.*

10 V63\08130-01
   G:\WORDDOC\PLD\VLG\181-NTC OF DEPO OF T CAMACHO RE
11 VAN METER V CALPAC.DOC

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857