BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant California Pacific Technical Services LLC*

**FILED**
DISTRICT COURT OF GUAM
MAY 11 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV05-00037<br><br><br><br>**CERTIFICATE OF SERVICE** |

I, **JEHAN'AD G. MARTINEZ,** hereby certify that, on May 11, 2007, a true and correct copy of **NOTICE OF DEPOSITIONS OF TIMOTHY A. CAMACHO** and **BRUCE WILLIAMS** filed herein on May 11, 2007, was or will be served upon the following:

//
//

ORIGINAL

Case 1:05-cv-00037    Document 255    Filed 05/11/2007    Page 1 of 2

DELIA LUJAN, ESQ.
LUJAN AGUIGUI & PEREZ LLP
300 PACIFIC NEWS BUILDING
238 ARCHBISHOP FLORES STREET
HAGÅTÑA, GUAM 96910

ELYZE MCDONALD, ESQ.
CARLSMITH BALL
BANK OF HAWAII BUILDING
SUITE 401
134 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

DATE: MAY 11, 2007



JEHAN'AD G. MARTINEZ

```
V63\08130-03
G:\WORDDOC\PLD\VLG\183-COS (T. CAMACHO B. WILLIAMS )RE VAN
METER V CALPAC CIV05-037.DOC
```