VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant California Pacific Technical Services LLC*

FILED
DISTRICT COURT OF GUAM
MAY 15 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV05-00037<br><br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, **VINCENT LEON GUERRERO,** hereby certify that, on May 15, 2007, a true and correct copy of **NOTICE OF CANCELLATION OF DEPOSITION OF BRUCE WILLIAMS** filed herein on May 15, 2007, will be served upon the following:

//
//

ORIGINAL

```
                    DELIA LUJAN, ESQ.
                    LUJAN AGUIGUI & PEREZ LLP
                    300 PACIFIC NEWS BUILDING
                    238 ARCHBISHOP FLORES STREET
                    HAGÅTÑA, GUAM 96910


                    ELYZE MCDONALD, ESQ.
                    CARLSMITH BALL
                    BANK OF HAWAII BUILDING
                    SUITE 401
                    134 WEST SOLEDAD AVENUE
                    HAGÅTÑA, GUAM 96910
```

DATE: MAY 14, 2007

_____
VINCENT LEON GUERRERO

V63\08130-03
G:\WORDDOC\PLD\VLG\182C-COS CANCEL OF DEPO OF B WILLIAMS RE
VAN METER V CALPAC CIV05-037.DOC