**LUJAN AGUIGUI & PEREZ** LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs Henry Van Meter et al.*

FILED
DISTRICT COURT OF GUAM
MAY 16 2007
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| HENRY VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>-vs-<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NUMBER 05-00037<br><br>NOTICE OF DEPOSITION |

TO: VINCENT LEON GUERRERO, ESQ.
BLAIR STERLING JOHNSON MARTINEZ & LEON GUERRERO
*Attorneys for Defendant California Pacific Technical Services LLC,
John Healy and William Ward*

ELYZE McDONALD, ESQ.
CARLSMITH BALL LLP
*Attorneys for Defendant Dynamic Technical Services*

---

Page 1 of 2

*Henry Van Meter et al. v. Calpac et al.*
Civil Case No. CIV05-00037
Notice of Deposition (John Cruikshank)

ORIGINAL

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, the Plaintiffs will take the deposition of **JOHN CRUIKSHANK** upon oral examination on **Monday, May 21, 2007** commencing at **2:00 p.m.**, and continuing from day to day until completed. The deposition shall be taken under oath before an officer authorized to administer oaths and shall be recorded by stenographic means at the offices of **LUJAN AGUIGUI & PEREZ LLP**, at Suite 300, Pacific News Building, 238 Archbishop Flores Street, Hagåtña, Guam. The transcript of the deposition shall be used for all purposes permitted under the Federal Rules of Civil Procedure, the Rules of Evidence and the laws of Guam.

Dated this 15th day of May, 2007.

**LUJAN AGUIGUI & PEREZ LLP**

By: _____
**DELIA S. LUJAN, ESQ.**
*Attorneys for Plaintiffs Henry G. Van Meter et al.*

C-0053/446-00/DSL:eol