LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs Henry Van Meter et al.*

FILED
DISTRICT COURT OF GUAM
MAY 17 2007
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| HENRY VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>-vs-<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NUMBER 05-00037<br><br><br><br>**CERTIFICATE OF SERVICE** |

I, **DELIA S. LUJAN, ESQ.**, do hereby declare under penalty of perjury that on the 17th day of May, 2007, I caused a copy of the Amended Notice of Deposition to be served via hand delivery on the following:

Vincent Leon Guerrero, Esq.
BLAIR STERLING JOHNSON MARTINEZ & LEON GUERRERO
Suite 1008, Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910

---

Page 1 of 2

*Henry Van Meter et al. v. Calpac et al.*
Civil Case No. CIV05-00037

and

Elyze McDonald, Esq.
CARLSMITH BALL LLP
Suite 401, Bank of Hawaii Building
134 Soledad Avenue, Hagåtña, Guam 96910

Dated this 17th day of May, 2007.

**LUJAN AGUIGUI & PEREZ LLP**

By: _____
**DELIA S. LUJAN, ESQ.**
*Attorneys for Plaintiffs Henry G. Van Meter et al.*

C-0053/446-00/DSL:eol

Page 2 of 2

*Henry Van Meter et al. v. Calpac et al.*
Civil Case No. CIV05-00037