

ALISHA L. MOLYNEUX
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant California Pacific Technical Services LLC*

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>       Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>       Defendants. | CIVIL CASE NO. CIV05-00037<br><br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ORDER TO COMPEL DEPOSITION** |

**ISLAND OF GUAM** )
             ) ss:
**CITY OF HAGÅTÑA** )

I, **ALISHA L. MOLYNEUX**, being first duly sworn, depose and state as follows:

1.   I am an associate attorney with the law firm of Blair Sterling Johnson Martinez & Leon Guerrero, P.C.

2.    I prepared the Motion for Order to Compel Deposition of Larry L. Charfauros and the attached Memorandum of Points and Authorities in Support of the Motion for Order.

3.    I prepared the Motion based on reading the pleadings filed in the case file.

4.    Attached to this Affidavit as Exhibits A, B, and C are the three notices of Depositions filed in this case.

5.    Also attached as Exhibit D is the Invoice and Affidavit of Cecilia F. Flores of Flores Court Reporting.

I have personal knowledge of all matters set forth in this affidavit and if called to testify as to said matters I could and would competently do so.

Further, affiant sayeth naught.

_Alisha Molyneux_
**ALISHA L. MOLYNEUX**

**SUBSCRIBED AND SWORN** to before me this _16th_ day of May, 2007, by **ALISHA L. MOLYNEUX**.

_Jennifer D S Mendiola_
_(official signature and seal of notary)_
**JENNIFER D. S. MENDIOLA**
**NOTARY PUBLIC**
In and for Guam, U.S.A.
My Commission Expires: Apr. 13, 2009
1006 Pacific News Building, 238 Archbishop
F.C. Flores St., Hagatna, Guam 96910

068\08130-03
G:\WORDDOC\PLD\ALM\004-AFFIDAVIT OF ALM RE MTN TO COMPEL
DEPOSITION OF L CHARFAROU RE VAN METER V CALPAC CIVC5-
037.DOC

- 2 -

1  VINCENT LEON GUERRERO
   BLAIR STERLING JOHNSON
2  MARTINEZ & LEON GUERRERO
   A PROFESSIONAL CORPORATION
3  SUITE 1008 PACIFIC NEWS BUILDING
   238 ARCHBISHOP F.C. FLORES STREET
   HAGÅTÑA, GUAM 96910-5205
   TELEPHONE: (671) 477-7857
4
   Attorneys for Defendant California Pacific Technical
5  Services LLC



FILED
DISTRICT COURT OF GUAM

JAN 31 2007

MARY L.M. MORAN
CLERK OF COURT

6

7  ## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| 8  HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, | CIVIL CASE NO. CIV05-00037 |

CIVIL CASE NO. CIV05-00037

**SECOND AMENDED NOTICE OF DEPOSITION**

Plaintiffs,

vs.

*Gillian aom*

CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES and DOES 1 through 10,

Defendants.

19  TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

20  PLEASE TAKE NOTICE that Defendant **CALIFORNIA PACIFIC TECHNICAL**

21  **SERVICES LLC.** will take the deposition upon oral examination of

22  **LARRY L. CHAUFAUROS** pursuant to Rule 30 of the Federal Rules of Civil

23  Procedure, on February 9, 2007, at the hour of 3:00 p.m, at the

24  offices of Blair Sterling Johnson Martinez & Leon Guerrero P.C.,

25

26  238 Archbishop F. C. Flores Street, Suite 1008, Hagåtña, Guam

27  96910.

28

# EXHIBIT "A"

AIR STERLING JOHNSON
RTINEZ & LEON GUERRERO
. PROFESSIONAL CORPORATION
ITE 1008 PACIFIC NEWS BUILDING
8 ARCHBISHOP F.C. FLORES STREET
GÅTÑA, GUAM 96910-5205
ELEPHONE (671) 477-7857

1    Said deposition will take place before a notary public or

2  other officer authorized to administer oaths and will continue

3  from day to day, Sundays and holidays excluded, until completed.

                                    **BLAIR STERLING JOHNSON**
                                    **MARTINEZ & LEON GUERRERO**
                                    A PROFESSIONAL CORPORATION

7
   DATED: JANUARY _30_, 2007        BY: _____
8                                       **VINCENT LEON GUERRERO**
9                                       *Attorneys for Defendant California Pacific Technical Services*
                                        *LLC.*

11
   V63\08130-01
   G:\WORDDOC\PLD\VLG\158E-2ND AMENDED NTC OF DEPO OF
12 LARRY CHAUFAUROS RE VAN METER V CALPAC.DOC

VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendants California Pacific Technical
Services LLC*

F I L E D

DISTRICT COURT OF GUAM

APR 27 2007

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. CIV05-00037 <br><br><br><br> **NOTICE OF DEPOSITION** |

TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant CALIFORNIA PACIFIC TECHNICAL SERVICES LLC will take the deposition upon oral examination of LARRY L. CHARFAUROS pursuant to Rule 30 of the Federal Rules of Civil Procedure, on May 7, 2007, at the hour of 9:00 a.m., at the offices of Blair Sterling Johnson Martinez & Leon Guerrero P.C., 238 Archbishop F. C. Flores Street, Suite 1008, Hagåtña, Guam 96910.

# EXHIBIT "B"

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE (671) 477-7857

Said deposition will take place before a notary public or other officer authorized to administer oaths and will continue from day to day, Sundays and holidays excluded, until completed.

**BLAIR STERLING JOHNSON**
**MARTINEZ & LEON GUERRERO**
A PROFESSIONAL CORPORATION

DATED: APRIL _____, 2007

BY: _____
**VINCENT LEON GUERRERO**
*Attorneys for Defendant California Pacific Technical Services LLC.*

V63\08130-03
G:\WORDDOC\PLD\VLG\177-NTC OF DEPO OF LARRY
CHARFAUROS RE VAN METER V CALPAC.DOC

AIR STERLING JOHNSON
RTINEZ & LEON GUERRERO
PROFESSIONAL CORPORATION
ITE 1008 PACIFIC NEWS BUILDING
3 ARCHBISHOP F.C. FLORES STREET
GATÑA. GUAM 969 10-5205
LEPHONE (671) 477-7857

VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendants California Pacific Technical
Services LLC*

**FILED**

DISTRICT COURT OF GUAM

MAY - 9 2007

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. CIV05-00037 <br><br><br><br><br> **NOTICE OF DEPOSITION** |

**TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant **CALIFORNIA PACIFIC TECHNICAL SERVICES LLC** will take the deposition upon oral examination of **LARRY L. CHARFAUROS** pursuant to Rule 30 of the Federal Rules of Civil Procedure, on May 14, 2007, at the hour of 9:00 a.m., at the offices of Blair Sterling Johnson Martinez & Leon Guerrero P.C., 238 Archbishop F. C. Flores Street, Suite 1008, Hagåtña, Guam 96910.

# EXHIBIT "C"

AIR STERLING JOHNSON
RTINEZ & LEON GUERRERO
PROFESSIONAL CORPORATION
ITE 1008 PACIFIC NEWS BUILDING
1 ARCHBISHOP F. C. FLORES STREET
GÅTÑA, GUAM 96910-5205
LEPHONE: (671) 477-7857

Said deposition will take place before a notary public or other officer authorized to administer oaths and will continue from day to day, Sundays and holidays excluded, until completed.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

DATED: MAY ___ 6 ___ , 2007

BY: _____
VINCENT LEON GUERRERO
*Attorneys for Defendant California Pacific Technical Services LLC.*

V63\08130-03
G:\WORDDOC\PLD\VLG\179-NTC OF DEPO OF LARRY
CHARFAUROS RE VAN METER V CALPAC.DOC

AIR STERLING JOHNSON
RTINEZ & LEON GUERRERO
PROFESSIONAL CORPORATION
ITE 1008 PACIFIC NEWS BUILDING
3 ARCHBISHOP F.C. FLORES STREET
GATNA, GUAM 96910-5205
LEPHONE (671) 477-7857

Cecilia F. Flores
Freelance Stenotype Reporter
225 Puti Tai Nobio Street
Barrigada Heights, Guam 96913
Tel: (671) 632-0727
Fax: 671-632-5353


To:         Delia Lujan, Esq.

Fax:        477-5297

From:       Cecilia F. Flores

Fax:        632-5353

Subject:    Invoice and Affidavit in re: deposition
            of Larry Charfauros

Date:       May 15, 2007


Attached are the following:

   1)  Cancellation fee invoice on the deposition of
Larry Charfauros which was scheduled yesterday, May 14,
2007.

   2)  Affidavit of Non-appearance.

Cecilia Flores

Copy to: Vince Leon Guerrero, Esq.

Total Pages: 4


# EXHIBIT "D"

# AFFIDAVIT OF SPECIAL DEPUTY CLERK

## IN RE NONAPPEARANCE OF

## WITNESS

Hagatna, Guam:  ss.

   I, the undersigned, Cecilia F. Flores, a Special Deputy Clerk in and for the Superior Court of Guam, do hereby certify:

   That pursuant to the Notice of Deposition, I appeared at the law offices of Blair Sterling Johnson Martinez & Leon Guerrero,  Suite 1008, PNB Building, 238 Archbishop Flores Street, Hagatna, Guam, at 9:00 a.m. on Monday, May 14, 2007, to report the deposition of Larry Charfauros, at which time and place there also appeared Delia Lujan, counsel for the Plaintiffs; Vince Leon Guerrero, counsel for Defendant CalPac; and Robert A. Ewert, counsel for Dynamic Technical Services, attended telephonically.

   That at said time and place there was no appearance made by the witness, **Larry Charfauros.**

   I certify that Vince Leon Guerrero stated for the record, as follows:

   "For the record, this was supposed to be the deposition of Larry Charfauros in Van Meter, et al., vs. Calpac, et al., District Court Case No. 05-00037.  This, I

1  believe, is the third time that we have noticed the
2  deposition of Mr. Charfauros and for various reasons he was
3  unable to attend, and he's unable to attend today.
4          Present is Delia Lujan, counsel for Mr.
5  Charfauros; on the phone is a representative from Mr.
6  Smith's office; and Vince Leon Guerrero on behalf of Calpac.
7          I guess one of the reasons I wanted to put this on
8  the record is because in the event we are past the discovery
9  cut off date and we need to take Mr. Charfauros' deposition
10 and he's still in the case, we should be able to be afforded
11 an opportunity to take Mr. Charfauros' deposition."
12         If anybody else wants to say anything on the
13 record, please do so.
14         MS. LUJAN: "I'd just like to apologize again for
15 this deposition not going forward. And I will try my
16 hardest to ensure that all parties have their opportunity to
17 depose Mr. Charfauros; and that's about it. And we will be
18 responsible for the court reporter's fees."
19         MR. LEON GUERRERO: "We are off the record now."
20         I hereby certify that my per diem for this
21 appearance is One Hundred Twenty-five ($125.00) Dollars.
22         Witness my hand and seal of Court this 15th day of
23 May, 2007.
24
25         _____
           Cecilia F. Flores