ELYZE J. MCDONALD, Guam Bar No. 01-004
CARLSMITH BALL, LLP
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375

Arthur K. Smith, Texas Bar No. 18534100
LAW OFFICES OF ARTHUR K. SMITH
507 Prestige Circle
Allen, Texas 75002
Telephone: (469) 519-2500
Facsimile: (469) 519-2555
*Attorneys for Defendant Dynamic Technical Services, Inc.*



FILED
DISTRICT COURT OF GUAM
MAY 18 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br>**DEFENDANT DYNAMIC TECHNICAL SERVICES' JOINDER IN DEFENDANT CALIFORNIA PACIFIC TECHNICAL SERVICES MOTION TO COMPEL PLAINTIFF LARRY L. CHARFAUROS** |

***ORIGINAL***

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Defendant DYNAMIC TECHNICAL SERVICES, INC. ("DTS"), pursuant to Federal Rule of Civil Procedure 37(d), files this Motion to Compel Plaintiff Larry L. Charfauros, joining in Defendant California Pacific Technical Services, LLC ("Calpac") Motion to Compel.

Defendant Calpac filed its Motion to Compel with the Court on May 17, 2007 requesting the Court issue an Order (1) compelling Plaintiff Larry L. Charfauros to appear at this deposition upon oral examination under Rule 30; and (2) establishing further sanctions in the event that Larry L. Charfauros fails to comply with this Order. DTS hereby joins in Calpac's Motion to Compel and adopts and incorporates by reference Calpac's Motion to Compel and Supporting Affidavit into this Motion.

Mr. Charfauros is a plaintiff in this case and the defendants are entitled to depose him during discovery in this case. DTS cannot properly defend itself unless it is able to take the depositions of all of the Plaintiffs. Calpac has properly noticed the deposition of Larry F. Charfauros on three separate occasions. Mr. Charfauros has failed to attend any of the noticed depositions. Counsel for MR. Charfauros did not object, nor did it file a motion for protective order. Counsel for DTS has attended all three of the noticed depositions and was prepared to depose the plaintiff on each occasion. Mr. Charfauros should be ordered to attend his deposition. If Mr. Charfauros fails to attend his deposition, for the fourth time, he should be sanctioned with dismissal of his claim against all defendants in accordance with Ninth Circuit case law. *See Lew v. Kona Hosp.*, 754 F.2d 1420 (9th Cir. 1985).

WHEREFORE, PREMISES CONSIDERED, Defendant DTS respectfully asks this Court to order: (1) Plaintiff Charfauros to attend a court-ordered deposition; and (2) if Plaintiff

Charfauros fails to attend the court ordered deposition, DTS asks that the Court sanction Charfauros by dismissing his claim in its entirety against DTS.

DATED this 18th day of May, 2007.

*for* /s/ Carey M. Austin
ELYZE J. MCDONALD, Guam Bar No. 01-004
CARLSMITH BALL, LLP
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375

and

Arthur K. Smith, Texas Bar No. 18534100
LAW OFFICES OF ARTHUR K. SMITH
507 Prestige Circle
Allen, Texas 75002
Telephone: (469) 519-2500
Facsimile: (469) 519-2555

*Attorneys for Defendant Dynamic Technical Service, Inc.*

363.07024/Motion to Compel