VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

Attorneys for Defendant California Pacific Technical Services LLC

FILED
DISTRICT COURT OF GUAM

MAY 23 2007

MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV05-00037<br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, **VINCENT LEON GUERRERO**, hereby certify that, on May 23, 2007, a true and correct copy of **NOTICE OF DEPOSITION OF LARRY CHARFAUROS** filed herein on May 23, 2007, will be served upon the following:

DELIA LUJAN, ESQ.
LUJAN AGUIGUI & PEREZ LLP
300 PACIFIC NEWS BUILDING
238 ARCHBISHOP FLORES STREET
HAGÅTÑA, GUAM 96910

//
//
//

ORIGINAL

ELYZE MCDONALD, ESQ.
CARLSMITH BALL
BANK OF HAWAII BUILDING
SUITE 401
134 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

DATE: MAY 22, 2007

_____
**VINCENT LEON GUERRERO**

```
V63\08130-03
G:\WORDDOC\PLD\VLG\184A-COS (L. CHARFAUROS)RE VAN METER V
CALPAC CIV05-037.DOC
```