Vincent Leon Guerrero
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant California Pacific Technical Services LLC*



**FILED**
DISTRICT COURT OF GUAM
MAY 23 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV05-00037<br><br>**SUPPLEMENTAL RESPONSE OF DEFENDANT CALIFORNIA PACIFIC TECHNICAL SERVICES LLC TO PLAINTIFF ROLAND F. MENDIOLA'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** |

TO: PLAINTIFF ROLAND F. MENDIOLA AND TO HIS ATTORNEYS OF RECORD

COMES NOW Defendant **CALIFORNIA PACIFIC TECHNICAL SERVICES LLC** and in answer to the Plaintiff Roland Mendiola's First Request for Production of Documents submits it supplemental response as follows:

//
//
//

Exhibit A - Application for Employment, dated 1/24/06.

**DATED** this 23rd day of May, 2007.

      **BLAIR STERLING JOHNSON**
      **MARTINEZ & LEON GUERRERO**
      A PROFESSIONAL CORPORATION

BY: *(signature)*
    **VINCENT LEON GUERRERO**
    *Attorneys for Defendant California Pacific Technical Services LLC*

```
V49\08130-03
G:\WORDDOC\PLD\VLG\185-SUPPL RESP OF CALPAC TO R MENDIOLA POD
RE VAN METER V CALPAC.DOC
```

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

- 2 -

Case 1:05-cv-00037   Document 271   Filed 05/23/2007   Page 2 of 5

# EXHIBIT A

*No Driver's Lic — working on it.*

# APPLICATION FOR EMPLOYMENT
(PRE-EMPLOYMENT QUESTIONNAIRE) (AN EQUAL OPPORTUNITY EMPLOYER)

## PERSONAL INFORMATION

DATE: 1-24-06

NAME: MENDIOLA (LAST) ROLAND (FIRST) F (MIDDLE)

SOCIAL SECURITY NUMBER: 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

PRESENT ADDRESS: 154 Anongs St (STREET), Toto (CITY), Guam (STATE), 96913 (ZIP)

PERMANENT ADDRESS: Same As Above

PHONE NO.: 477-4529

ARE YOU 18 YEARS OR OLDER? Yes ☒ No ☐

ARE YOU PREVENTED FROM LAWFULLY BECOMING EMPLOYED IN THIS COUNTRY BECAUSE OF VISA OR IMMIGRATION STATUS? Yes ☐ No ☒

## EMPLOYMENT DESIRED

POSITION: OPEN

DATE YOU CAN START: A.S.A.P

SALARY DESIRED: OPEN

ARE YOU EMPLOYED NOW? NO

IF SO MAY WE INQUIRE OF YOUR PRESENT EMPLOYER? YES

EVER APPLIED TO THIS COMPANY BEFORE? YES   WHERE?   WHEN?

REFERRED BY: AD

| EDUCATION | NAME AND LOCATION OF SCHOOL | *NO OF YEARS ATTENDED | *DID YOU GRADUATE? | SUBJECTS STUDIED |
|---|---|---|---|---|
| GRAMMAR SCHOOL | J.Q. SAN MIGUEL | | Yes | ACADEMIC |
| HIGH SCHOOL | G.W. / FLORIDA | | Yes | " " |
| COLLEGE | | | | |
| TRADE, BUSINESS OR CORRESPONDENCE SCHOOL | | | | |

## GENERAL
SUBJECTS OF SPECIAL STUDY OR RESEARCH WORK

SPECIAL SKILLS: Operate forklift

ACTIVITIES: (CIVIC, ATHLETIC, ETC.)
EXCLUDE ORGANIZATIONS, THE NAME OF WHICH INDICATES THE RACE, CREED, SEX, AGE, MARITAL STATUS, COLOR OR NATION OF ORIGIN OF ITS MEMBERS.

U.S. MILITARY OR NAVAL SERVICE    RANK    PRESENT MEMBERSHIP IN NATIONAL GUARD OR RESERVES

*This form has been revised to comply with the provisions of the Americans with Disabilities Act and the final regulations and interpretive guidance promulgated by the EEOC on July 26, 1991.

TOPS FORM 3285 (92-8)    (CONTINUED ON OTHER SIDE)    MADE IN U.S.A.

**FORMER EMPLOYERS** (LIST BELOW LAST THREE EMPLOYERS, STARTING WITH LAST ONE FIRST).

| DATE MONTH AND YEAR | NAME AND ADDRESS OF EMPLOYER | SALARY | POSITION | REASON FOR LEAVING |
|---|---|---|---|---|
| FROM April 2004 TO Dec 2004 | Cal Pac | $9.00 | Laborer | Laid off |
| FROM TO 6 months 2003 | Telecom Inc (in the states) | $7.00 | Telemarketing | Relocated |
| FROM TO | | | | |
| FROM TO | | | | |

WHICH OF THESE JOBS DID YOU LIKE BEST?

WHAT DID YOU LIKE MOST ABOUT THIS JOB?

**REFERENCES:** GIVE THE NAMES OF THREE PERSONS NOT RELATED TO YOU, WHOM YOU HAVE KNOWN AT LEAST ONE YEAR.

| | NAME | ADDRESS | BUSINESS | YEARS ACQUAINTED |
|---|---|---|---|---|
| 1 | Deena Guerrero | Dededo | Royal Travel | 3 |
| 2 | John Guerrero | Toto | P.O.E. | 2 |
| 3 | Rafael Pinaula | Agat | Navy Exchange | 2 |

THE FOLLOWING STATEMENT APPLIES IN: MARYLAND & MASSACHUSETTS. (Fill in name of state)
IT IS UNLAWFUL IN THE STATE OF _____ TO REQUIRE OR ADMINISTER A LIE DETECTOR TEST AS A CONDITION OF EMPLOYMENT OR CONTINUED EMPLOYMENT. AN EMPLOYER WHO VIOLATES THIS LAW SHALL BE SUBJECT TO CRIMINAL PENALTIES AND CIVIL LIABILITY.

Signature of Applicant

IN CASE OF EMERGENCY NOTIFY: Christine G. Nenefok / wife / 154 Ananas St Toto / 477-4529
NAME / RELATIONSHIP  ADDRESS  PHONE NO.

"I CERTIFY THAT ALL THE INFORMATION SUBMITTED BY ME ON THIS APPLICATION IS TRUE AND COMPLETE, AND I UNDERSTAND THAT IF ANY FALSE INFORMATION, OMISSIONS, OR MISREPRESENTATIONS ARE DISCOVERED, MY APPLICATION MAY BE REJECTED AND, IF I AM EMPLOYED, MY EMPLOYMENT MAY BE TERMINATED AT ANY TIME.
IN CONSIDERATION OF MY EMPLOYMENT, I AGREE TO CONFORM TO THE COMPANY'S RULES AND REGULATIONS, AND I AGREE THAT MY EMPLOYMENT AND COMPENSATION CAN BE TERMINATED, WITH OR WITHOUT CAUSE, AND WITH OR WITHOUT NOTICE, AT ANY TIME, AT EITHER MY OR THE COMPANY'S OPTION. I ALSO UNDERSTAND AND AGREE THAT THE TERMS AND CONDITIONS OF MY EMPLOYMENT MAY BE CHANGED, WITH OR WITHOUT CAUSE, AND WITH OR WITHOUT NOTICE, AT ANY TIME BY THE COMPANY. I UNDERSTAND THAT NO COMPANY REPRESENTATIVE, OTHER THAN IT'S PRESIDENT, AND THEN ONLY WHEN IN WRITING AND SIGNED BY THE PRESIDENT, HAS ANY AUTHORITY TO ENTER INTO ANY AGREEMENT FOR EMPLOYMENT FOR ANY SPECIFIC PERIOD OF TIME, OR TO MAKE ANY AGREEMENT CONTRARY TO THE FOREGOING."

DATE 1/24/06  SIGNATURE

**DO NOT WRITE BELOW THIS LINE**

INTERVIEWED BY _____  DATE _____

REMARKS: _____

NEATNESS _____  ABILITY _____

HIRED: ☐ Yes ☐ No  POSITION _____  DEPT. _____

SALARY/WAGE _____  DATE REPORTING TO WORK _____

APPROVED: 1. _____  2. _____  3. _____
EMPLOYMENT MANAGER  DEPT. HEAD  GENERAL MANAGER

This form has been designed to strictly comply with State and Federal fair employment practice laws prohibiting employment discrimination. This Application for Employment Form is sold for general use throughout the United States. TOPS assumes no responsibility for the inclusion in said form of any questions which, when asked by the Employer of the Job Applicant, may violate State and/or Federal Law.