ELYZE J. MCDONALD, Guam Bar No. 01-004
CARLSMITH BALL LLP
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375

Arthur K. Smith, Texas Bar No. 18534100
LAW OFFICES OF ARTHUR K. SMITH
*Admitted pro hac vice*
507 Prestige Circle
Allen, Texas 75002
Telephone: (469) 519-2500
Facsimile: (469) 519-2555
*Attorneys for Defendant Dynamic Technical Services, Inc.*

FILED
DISTRICT COURT OF GUAM
MAY 24 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br>DEFENDANT DYNAMIC TECHNICAL SERVICES, INC.'S MOTION TO STRIKE CALPAC'S NOTICE OF INTENT TO TAKE THE ORAL DEPOSITION OF LARRY CHARFAUROS; EXHIBIT "A"; DECLARATION OF SERVICE |

Defendant DTS' Motion to Strike Notice of Intent to Take
Deposition of Larry Charfauros
4827-7675-0849.1.059759-00001

Page 1 of 4

ORIGINAL

Case 1:05-cv-00037   Document 272   Filed 05/24/2007   Page 1 of 8

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Defendant DYNAMIC TECHNICAL SERVICES, INC. ("DTS"), files this Motion to Strike Defendant California Pacific Technical Services, LLC's ("Calpac") Notice of Intent to take the Oral Deposition of Plaintiff Larry L. Charfauros.

Calpac has properly noticed the deposition of Larry F. Charfauros on three separate occasions. Mr. Charfauros has failed to attend any of the noticed depositions. Counsel for Mr. Charfauros did not object, nor did she file a motion for protective order. Counsel for DTS has attended all three of the noticed depositions and was prepared to depose the Plaintiff on each occasion.

On Tuesday, May 22, 2007, counsel for Calpac informed counsel for all parties by email that he would be noticing the deposition of Mr. Charfauros for May 24, 2007, at 9:00 a.m. *See email string between counsels of record, attached as Exhibit "A."* Counsel for DTS informed counsel for all parties that DTS objected to the date of Mr. Charfauros' deposition because both Arthur K. Smith and Elyze McDonald, counsel for DTS, are unavailable. *Id.* Counsel for DTS informed that it was unreasonable to provide a mere two days notice as well as noticing the deposition without attempting to agree on a mutually convenient date beforehand. *Id.* Counsel for DTS further stated that he would work with the parties to select a mutually agreeable date to take Mr. Charfauros' deposition. *Id.*

Due to Mr. Charfauros' failure to show up for his three prior noticed depositions, counsel for Calpac was forced to notice Mr. Charfauros' deposition for May 24, 2007, because this is the last day to complete discovery. However, it is not equitable to allow a Plaintiff to fail to show up for his three prior noticed depositions, force DTS to incur costs associated with attending each

noticed deposition, and then insist that Plaintiff's deposition take place on two days notice on a date inconvenient for counsel for DTS.

Therefore, DTS requests that Calpac's Notice of Intent to Take the Oral Deposition of Larry L. Charfauros be stricken. DTS further requests that the Court either extend the discovery period in order for Mr. Charfauros to be deposed, or allow Mr. Charfauros to be deposed outside of the discovery period.

WHEREFORE, PREMISES CONSIDERED, Defendant DTS respectfully asks this Court to: (1) Strike Calpac's Notice of Intent to Take the Oral Deposition of Larry L. Charfauros; and (2) Issue an Order extending the discovery period in order for the parties to depose Larry L. Charfauros, or issue an Order permitting the parties to depose Larry L. Charfauros at a time beyond the discovery deadline.

DATED this 24th day of May, 2007.

_____
ELYZE J. MCDONALD, Guam Bar No. 01-004
CARLSMITH BALL LLP
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375

*Attorneys for Defendant Dynamic Technical Service, Inc.*

# EXHIBIT "A"

**Art Smith**

**From:** Art Smith [asmith@aksmithlaw.com]
**Sent:** Wednesday, May 23, 2007 8:50 AM
**To:** 'Barbara M. Cruz'
**Subject:** RE: Deposition of Larry Charfauros

We will file the appropriate motion for sanctions. It hardly seems equitable to allow a witness not to show for a deposition three times, to force DTS to incur costs associated with being there each time and waiting for the witness each time, and then to insist on making DTS go forward with the deposition on one day's notice, on a date and time on which it cannot be available.

If Cal Pac wants to go forward with the deposition, in lieu of pressing its motion, then it should put the burden on the Plaintiff to file a brief motion, acknowledging that Plaintiff did not show for his deposition and asking the court to allow the deposition to go forward after the deadline by agreement of all parties.

That seems to be the fair solution—not to penalize DTS for the failures of the Plaintiff.

Art

*Arthur K. Smith*
*Law Offices of Arthur K. Smith*
*507 Prestige Circle*
*Allen, Texas 75002-3438*

*Telephone: (469) 519-2500*
*Fax: (469) 519-2555*

-----Original Message-----
**From:** Barbara M. Cruz [mailto:bmcruz@kbsjlaw.com]
**Sent:** Wednesday, May 23, 2007 12:00 AM
**To:** 'Art Smith'; 'Delia S. Lujan'; 'Elyze J. McDonald'
**Cc:** 'Vincent E. Leon Guerrero'
**Subject:** RE: Deposition of Larry Charfauros

I apologize for the late notice, however the date proposed by Mr. Charfauros is the day of the deadline to complete discovery. Absent a judge's approval, any stipulation is not effective. See GR 3.1.

I will proceed as currently noticed. The objections are noted.

Regards
Vincent Leon Guerrero


BLAIR STERLING JOHNSON
 MARTINEZ & LEON GUERRERO

A Professional Corporation
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910-5205

Telephone: (671) 477-7857
Facsimile: (671) 472-4290
E-mail: bmcruz@kbsjlaw.com

5/23/2007

Confidentiality Notice: The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please notify us immediately at bmcruz@kbsjlaw.com or by telephone at (671) 477-7857 and destroy all copies of the message.

**From:** Art Smith [mailto:asmith@aksmithlaw.com]
**Sent:** Tuesday, May 22, 2007 11:20 PM
**To:** 'Barbara M. Cruz'; 'Delia S. Lujan'; 'Elyze J. McDonald'
**Cc:** 'Vincent E. Leon Guerrero'
**Subject:** RE: Deposition of Larry Charfauros

This will not work for DTS. Noticing the deposition without our consent, and on two days notice is per se unreasonable, especially after we have been present for all three of Mr Charfauros prior no shows. Please select a different date and time that will work for all parties. We will work with you.

Art

*Arthur K. Smith*
*Law Offices of Arthur K. Smith*
*507 Prestige Circle*
*Allen, Texas 75002-3438*

*Telephone: (469) 519-2500*
*Fax: (469) 519-2555*

-----Original Message-----
**From:** Barbara M. Cruz [mailto:bmcruz@kbsjlaw.com]
**Sent:** Tuesday, May 22, 2007 12:51 AM
**To:** Delia S. Lujan; Elyze J. McDonald; Arthur K. Smith
**Cc:** 'Vincent E. Leon Guerrero'
**Subject:** Deposition of Larry Charfauros

Our office will notice the deposition of Larry Charfauros on May 24, 2007, at 9:00 a.m. Should you have any questions or concerns please address them to Mr. Leon Guerrero.

Regards,
Barbara M. Cruz,
Secretary to Mr. Leon Guerrero


BLAIR STERLING JOHNSON
 MARTINEZ & LEON GUERRERO

A Professional Corporation
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910-5205

Telephone: (671) 477-7857
Facsimile: (671) 472-4290
E-mail: bmcruz@kbsjlaw.com


Confidentiality Notice: The information contained in this transmission may contain privileged and

confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please notify us immediately at bmcruz@kbsjlaw.com or by telephone at (671) 477-7857 and destroy all copies of the message.

5/23/2007

# DECLARATION OF SERVICE

I, Steven Carrara, hereby declare under penalty of perjury of the laws of the United States, that on May 24, 2007, I will cause to be served, via hand delivery, a true and correct copy of DEFENDANT DYNAMIC TECHNICAL SERVICES, INC.'S MOTION TO STRIKE CALPAC'S NOTICE OF INTENT TO TAKE THE ORAL DEPOSITION OF LARRY CHARFAUROS; EXHIBIT "A"; DECLARATION OF SERVICE upon the following:

>Delia Sablan Lujan, Esq.
>**LUJAN, AGUIGUI & PEREZ, LLP**
>Suite 300, Pacific News Building
>238 Archbishop F.C. Flores Street
>Hagåtña, Guam USA 96910
>Telephone: (671) 477-8064
>Facsimile: (671) 477-5297
>Attorneys for Plaintiffs Henry G. Van Meter, et al.
>
>William J. Blair, Esq.
>**BLAIR, STERLING, JOHNSON,**
>**MARTINEZ & LEON GUERRERO, P.C.**
>Suite 1008, Pacific News Building
>238 Archbishop F.C. Flores Street
>Hagåtña, Guam USA 96910
>Telephone: (671) 477-7857
>Facsimile: (671) 472-4290
>Attorneys for Defendant California Pacific Technical Services, LLC
>John Healy, and William Ward

Executed this 24th day of May 2007 at Hagåtña, Guam.

_____
STEVEN CARRARA

Defendant DTS' Motion to Strike Notice of Intent to Take    Page 4 of 4
Deposition of Larry Charfauros
4827-7675-0849.1.059759-00001

Case 1:05-cv-00037    Document 272    Filed 05/24/2007    Page 8 of 8