ELYZE J. MCDONALD, Guam Bar No. 01-004
CARLSMITH BALL LLP
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375

Arthur K. Smith, Texas Bar No. 18534100
LAW OFFICES OF ARTHUR K. SMITH
507 Prestige Circle
Allen, Texas 75002
Telephone: (469) 519-2500
Facsimile: (469) 519-2555
*Attorneys for Defendant Dynamic Technical Services, Inc.*

FILED
DISTRICT COURT OF GUAM
MAY 24 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br>DEFENDANT DYNAMIC TECHNICAL SERVICES, INC.'S MOTION FOR SANCTIONS AGAINST COUNSEL FOR CALPAC; EXHIBIT "A"; DECLARATION OF SERVICE |

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Defendant DYNAMIC TECHNICAL SERVICES, INC. ("DTS"), files this Motion for Sanctions against Counsel for Calpac in support thereof would respectfully show unto the Court as follows:

This motion concerns the deposition of Plaintiff Larry F. Charfauros. Defendant Calpac has properly noticed the deposition of Plaintiff Larry F. Charfauros on three separate occasions. Mr. Charfauros has failed to attend any of the noticed depositions. Counsel for Mr. Charfauros did not object, nor did she file a motion for protective order. Counsel for DTS has attended all three of the noticed depositions and was prepared to depose the Plaintiff on each occasion. After the third non-appearance by Mr. Charfauros, Calpac filed a motion to compel and motion for sanctions. DTS filed a similar motion joining Calpac's motion.

After being served with the motions to compel and motions for sanctions, plaintiffs' counsel informed counsel for Calpac that it would produce Mr. Charfauros a forth time for deposition on May 24, 2007, the discovery deadline in this case. Counsel for DTS was not a party to any communications between counsel for Calpac and Plaintiffs regarding a date for a forth attempt to depose Plaintiff. Counsel for Calpac then sent out an email informing counsel that it would be noticing the deposition of Mr. Charfauros for May 24, 2007, at 9:00 a.m., providing less than two days notice. *See Exhibit "A."* Counsel for DTS timely responded to all counsel stating that they were not available on the proposed date and that the notice was not reasonable. Both Elyze McDonald and Arthur Smith, counsel for DTS had previous commitments prior to receiving the notice of deposition. Counsel for Calpac refused to withdraw the notice of deposition, despite knowledge that counsel for DTS was not available for

Defendant DTS' Motion for Sanctions  Page 2 of 6
4812-3324-6977.1.059759-00001
Case 1:05-cv-00037    Document 273    Filed 05/24/2007    Page 2 of 10

the noticed deposition time.[1] The complete string of communications between counsels of record regarding the forth deposition of Mr. Carfauros is attached as exhibit "A."

Larry Charfauros has failed to attend three depositions, forcing DTS to incur costs associated with attending the deposition each time and waiting for the witness each time. Counsel for plaintiffs and Calpac now insist on going forward with a deposition on one day's notice and on a date and time when all counsel of record for DTS cannot be available, because the discovery period is about to end. Mr. Charfauros had three prior opportunities to attend his deposition within the discovery period. If Calpac was concerned about securing the testimony of Mr. Charfauros, it could have set it motion to compel for hearing. Counsel for DTS even agreed to work with the other parties to select a different date for the deposition. It is not equitable for Calpac to notice the deposition of a party to the suit who has failed to appear at three prior depositions at a time counsel for DTS was not available to attend the deposition.

Furthermore, LR 30.1 of the Local Rules of Practice for the District Court of Guam states:

> **(b) Depositions: Attorneys' Duty as to Time & Location**. Attorneys will make every reasonable effort to stipulate to the exact times and places for the commencement and resumption of all depositions.

The first email from counsel for Calpac in the Exhibit "A" states "Our office will notice the deposition of Larry Charfauros on May 24, 2007. Should you have any questions or concerns please address them to Mr. Leon Guerrero." This email is in clear violation of LR 30.1(b) as it demonstrates that counsel for Calpac has made no effort whatsoever to stipulate with other attorneys, namely counsel for DTS, the time and place of the deposition of Mr. Charfauros. The email states when the deposition will be noticed without ever conferring with counsel for DTS.

---

[1] Defendant DTS has concurrently filed with this a Motion to Strike Notice of Intent to Take Deposition of Larry Charfauros.

After being promptly informed that counsel for DTS was not available for the deposition, Counsel for Calpac responded and agreed that the notice was not reasonable, but that he would still proceed with the deposition. Exhibit "A" clearly shows a complete disregard for LR 30.1(b) by counsel for Calpac.

As a result of counsel for Calpac's violation of LR 30.1(b) and inequitable actions in noticing the deposition of Mr. Charfauros despite the unavailability of Arthur Smith and Elyze McDonald, DTS has been forced to incur attorneys' fees for the preparation of this motion and the Motion to Strike Notice of Intent to Take the Oral Deposition of Larry Charfauros. DTS requests this Court award the following sanctions:

1) Attorneys' fees for the preparation of the Motion to Strike Notice of Intent to Take the Oral Deposition of Larry Charfauros and Motion for Sanctions Against Counsel for Calpac;

2) Striking the deposition notice of Larry Charfauros;

3) Striking the deposition of Larry Charfauros if counsel for Calpac proceeds with the deposition on May 24, 2007; and

4) Ordering counsel for Calpac to pay for any subsequent deposition of Larry Charfauros in the event the Court orders the deposition after the completion of the discovery period or DTS is required to seek the deposition of Larry Charfauros due to Calpac's refusal to withdraw the deposition notice.

WHEREFORE, PREMISES CONSIDERED, Defendant DTS respectfully asks this Court to grant its Motion for Sanctions against Counsel for Calpac in its entirety and for any and all relief to which DTS may be entitled.

///

///

///

///

---
Defendant DTS' Motion for Sanctions  Page 4 of 6
4812-3324-6977.1.059759-00001
Case 1:05-cv-00037   Document 273   Filed 05/24/2007   Page 4 of 10

DATED this 24th day of May, 2007.

*[signature]*

ELYZE J. MCDONALD, Guam Bar No. 01-004
CARLSMITH BALL LLP
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375

*Attorneys for Defendant Dynamic Technical Service, Inc.*

Defendant DTS' Motion for Sanctions						Page 5 of 6
4812-3324-6977.1.059759-00001
Case 1:05-cv-00037   Document 273   Filed 05/24/2007   Page 5 of 10

# EXHIBIT "A"

## Art Smith

**From:** Art Smith [asmith@aksmithlaw.com]
**Sent:** Wednesday, May 23, 2007 8:50 AM
**To:** 'Barbara M. Cruz'
**Subject:** RE: Deposition of Larry Charfauros

We will file the appropriate motion for sanctions. It hardly seems equitable to allow a witness not to show for a deposition three times, to force DTS to incur costs associated with being there each time and waiting for the witness each time, and then to insist on making DTS go forward with the deposition on one day's notice, on a date and time on which it cannot be available.

If Cal Pac wants to go forward with the deposition, in lieu of pressing its motion, then it should put the burden on the Plaintiff to file a brief motion, acknowledging that Plaintiff did not show for his deposition and asking the court to allow the deposition to go forward after the deadline by agreement of all parties.

That seems to be the fair solution—not to penalize DTS for the failures of the Plaintiff.

Art

*Arthur K. Smith*
*Law Offices of Arthur K. Smith*
*507 Prestige Circle*
*Allen, Texas 75002-3438*

Telephone: (469) 519-2500
Fax: (469) 519-2555

-----Original Message-----
**From:** Barbara M. Cruz [mailto:bmcruz@kbsjlaw.com]
**Sent:** Wednesday, May 23, 2007 12:00 AM
**To:** 'Art Smith'; 'Delia S. Lujan'; 'Elyze J. McDonald'
**Cc:** 'Vincent E. Leon Guerrero'
**Subject:** RE: Deposition of Larry Charfauros

I apologize for the late notice, however the date proposed by Mr. Charfauros is the day of the deadline to complete discovery. Absent a judge's approval, any stipulation is not effective. See GR 3.1.

I will proceed as currently noticed. The objections are noted.

Regards
Vincent Leon Guerrero


BLAIR STERLING JOHNSON
 MARTINEZ & LEON GUERRERO

A Professional Corporation
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910-5205

Telephone: (671) 477-7857
Facsimile: (671) 472-4290
E-mail: bmcruz@kbsjlaw.com


5/23/2007

Confidentiality Notice: The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please notify us immediately at bmcruz@kbsjlaw.com or by telephone at (671) 477-7857 and destroy all copies of the message.

**From:** Art Smith [mailto:asmith@aksmithlaw.com]
**Sent:** Tuesday, May 22, 2007 11:20 PM
**To:** 'Barbara M. Cruz'; 'Delia S. Lujan'; 'Elyze J. McDonald'
**Cc:** 'Vincent E. Leon Guerrero'
**Subject:** RE: Deposition of Larry Charfauros

This will not work for DTS. Noticing the deposition without our consent, and on two days notice is per se unreasonable, especially after we have been present for all three of Mr Charfauros prior no shows. Please select a different date and time that will work for all parties. We will work with you.

Art

*Arthur K. Smith*
*Law Offices of Arthur K. Smith*
*507 Prestige Circle*
*Allen, Texas 75002-3438*

*Telephone: (469) 519-2500*
*Fax: (469) 519-2555*

-----Original Message-----
**From:** Barbara M. Cruz [mailto:bmcruz@kbsjlaw.com]
**Sent:** Tuesday, May 22, 2007 12:51 AM
**To:** Delia S. Lujan; Elyze J. McDonald; Arthur K. Smith
**Cc:** 'Vincent E. Leon Guerrero'
**Subject:** Deposition of Larry Charfauros

Our office will notice the deposition of Larry Charfauros on May 24, 2007, at 9:00 a.m. Should you have any questions or concerns please address them to Mr. Leon Guerrero.

Regards,
Barbara M. Cruz,
Secretary to Mr. Leon Guerrero


BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO

A Professional Corporation
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910-5205

Telephone: (671) 477-7857
Facsimile: (671) 472-4290
E-mail: bmcruz@kbsjlaw.com


Confidentiality Notice: The information contained in this transmission may contain privileged and

5/23/2007

confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please notify us immediately at bmcruz@kbsjlaw.com or by telephone at (671) 477-7857 and destroy all copies of the message.

5/23/2007

## DECLARATION OF SERVICE

I, Steven Carrara, hereby declare under penalty of perjury of the laws of the United States, that on May 24, 2007, I will cause to be served, via hand delivery, a true and correct copy of DEFENDANT DYNAMIC TECHNICAL SERVICES, INC.'S MOTION FOR SANCTIONS AGAINST COUNSEL FOR CALPAC; EXHIBIT "A"; DECLARATION OF SERVICE upon the following:

> Delia Sablan Lujan, Esq.
> **LUJAN, AGUIGUI & PEREZ, LLP**
> Suite 300, Pacific News Building
> 238 Archbishop F.C. Flores Street
> Hagåtña, Guam USA 96910
> Telephone: (671) 477-8064
> Facsimile: (671) 477-5297
> Attorneys for Plaintiffs Henry G. Van Meter, et al.

> William J. Blair, Esq.
> **BLAIR, STERLING, JOHNSON,**
> **MARTINEZ & LEON GUERRERO, P.C.**
> Suite 1008, Pacific News Building
> 238 Archbishop F.C. Flores Street
> Hagåtña, Guam USA 96910
> Telephone: (671) 477-7857
> Facsimile: (671) 472-4290
> Attorneys for Defendant California Pacific Technical Services, LLC
> John Healy, and William Ward

Executed this 24th day of May 2007 at Hagåtña, Guam.

_____
STEVEN CARRARA