ALISHA L. MOLYNEUX
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant California Pacific Technical Services LLC*



FILED
DISTRICT COURT OF GUAM
MAY 30 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV05-00037<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL DEPOSITION OF LARRY L. CHARFAUROS** |

**COMES NOW** Defendant **CALIFORNIA PACIFIC TECHNICAL SERVICES LLC**, and hereby withdraws its Motion to Compel Deposition of Plaintiff Larry L. Charfauros, filed herein on May 17, 2007.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

DATED: MAY 30, 2007        BY: /s/ Alisha Molyneux
                              ALISHA L. MOLYNEUX
                              *Attorneys for Defendant California Pacific Technical Services LLC*

V63\08130-03
G:\WORDDOC\PLD\VLG\186A-NTC OF WDRAWAL OF MTN TO COMPEL RE
VAN METER V CALPAC CIV05-037.DOC

ORIGINAL