ALISHA L. MOLYNEUX
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant California Pacific Technical Services LLC*

FILED
DISTRICT COURT OF GUAM
MAY 30 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV05-00037<br><br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, **ALISHA L. MOLYNEUX,** hereby certify that, on May 30, 2007, a true and correct copy of **NOTICE OF WITHDRAWAL OF MOTION TO COMPEL DEPOSITION OF LARRY L. CHARFAUROS** filed herein on May 30, 2007, was or will be served upon the following:

DELIA LUJAN, ESQ.
LUJAN AGUIGUI & PEREZ LLP
300 PACIFIC NEWS BUILDING
238 ARCHBISHOP FLORES STREET
HAGÅTÑA, GUAM 96910

ORIGINAL

| | |
|---|---|
| 1 | |
| 2 | ELYZE MCDONALD, ESQ.<br>CARLSMITH BALL<br>BANK OF HAWAII BUILDING<br>SUITE 401<br>134 WEST SOLEDAD AVENUE<br>HAGÅTÑA, GUAM 96910 |

DATE: MAY 30, 2007

_____/s/ Alisha Molyneux_____
**ALISHA L. MOLYNEUX**

```
V63\08130-03
G:\WORDDOC\PLD\VLG\186-COS NTC OF WDRAWAL OF MTNRE VAN METER
V CALPAC CIV05-037.DOC
```