ALISHA L. MOLYNEUX
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant California Pacific Technical Services LLC*

FILED
DISTRICT COURT OF GUAM
MAY 31 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,

Plaintiffs,

vs.

CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,

Defendants.

CIVIL CASE NO. CIV05-00037

**CERTIFICATE OF SERVICE**

I, **ALISHA L. MOLYNEUX,** hereby certify that on May 30, 2007, a true and correct copy of the (1) **MOTION TO COMPEL DEPOSITION OF PLAINTIFF LARRY L. CHARFAUROS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO COMPEL** and (2) **AFFIDAVIT IN SUPPORT OF MOTION FOR ORDER TO COMPEL DEPOSITION** filed herein on May 17, 2007, were served on May 17, 2007 upon the following:

ORIGINAL

| | |
|---|---|
| 1 | DELIA LUJAN, ESQ. |
| 2 | LUJAN AGUIGUI & PEREZ LLP |
|   | 300 PACIFIC NEWS BUILDING |
|   | 238 ARCHBISHOP FLORES STREET |
| 3 | HAGÅTÑA, GUAM 96910 |

ELYZE MCDONALD, ESQ.
CARLSMITH BALL
BANK OF HAWAII BUILDING
SUITE 401
134 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

DATE: MAY 31, 2007

_____
ALISHA L. MOLYNEUX

Q68\08130-03
G:\WORDDOC\PLD\ALM\006-COS MOTION TO COMPEL DEPOSITION RE
VAN METER V CALPAC CIV05-037.DOC

- 2 -