VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant California Pacific Technical Services LLC*

FILED
DISTRICT COURT OF GUAM
JUN -7 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV05-00037<br><br>DECLARATION OF VINCENT LEON GUERRERO IN SUPPORT OF MOTION FOR SANCTIONS AND MOTION TO STRIKE |

I, **VINCENT LEON GUERRERO**, under penalty of perjury, do hereby declare and state as follows:

1. I am a principal in the law firm of Blair Sterling Johnson Martinez & Leon Guerrero, P.C., counsel of record to defendant California Pacific Technical Services LLC.

2. Attached hereto as Exhibit "A" is a copy of an e-mail message from Delia S. Lujan to Vincent Leon Guerrero and Arthur K. Smith, dated May 22, 2007.

ORIGINAL

3. Attached hereto as Exhibit "B" is a copy of an e-mail message from my office to Delia S. Lujan, Elyze J. McDonald and Arthur K. Smith, dated May 22, 2007 and an e-mail message from Arthur Smith to my office, Delia S. Lujan and Elyze J. McDonald, dated May 22, 2007.

4. Attached hereto as Exhibit "C" is a copy of an e-mail message from Delia Lujan to Vincent Leon Guerrero, Art Smith, Barbara Cruz, and Elyze McDonald, dated May 23, 2007 and a copy of my e-mail message to Delia Lujan, Art Smith and Elyze McDonald, dated May 23, 2007.

5. Attached hereto as Exhibit "D" is a copy of an e-mail message from Vincent Leon Guerrero to Elyze McDonald, Delia Lujan and Art Smith, dated February 7, 2007.

6. Attached hereto as Exhibit "E" is a copy of an e-mail message Vincent Leon Guerrero to Elyze McDonald, Delia Lujan, dated April 23, 2007.

7. Attached hereto as Exhibit "F" is a copy of an e-mail chain from Art Smith to Delia Lujan, Vincent Leon Guerrero and Robert Ewart, dated June 2, 2007 and e-mail from Delia Lujan to Art Smith, Elyze McDonald, and Vincent Leon Guerrero.

8. Attached hereto as Exhibit "G" is an e-mail message from Elyze McDonald to Vincent Leon Guerrero, Delia Lujan, dated June 6, 2007, and my response dated June 7, 2007.

//
//

I declare under penalty of perjury and the laws of the United States and of the territory of Guam that the foregoing statements are true and correct.

DATED: JUNE 7, 2007

*(signature)*
VINCENT LEON GUERRERO

V63\-08130-03
G:\WORDDOC\PLD\VLG\188-DECLARATION OF VLG RE CALPAC.DOC

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

- 3 -

Case 1:05-cv-00037   Document 278   Filed 06/07/2007   Page 3 of 11

### Barbara M. Cruz

**From:** Vincent E. Leon Guerrero [vlg@kbsjlaw.com]
**Sent:** Tuesday, May 22, 2007 2:50 PM
**To:** Barbara M Cruz
**Subject:** FW: Larry Charfauros

Please check the availability of reporters

BLAIR STERLING JOHNSON
 MARTINEZ & LEON GUERRERO
A Professional Corporation
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagatna, Guam 96910-5205
Telephone: (671) 477-7857
Facsimile: (671) 472-4290
Mobile: (671) 687-5947
E-mail: vlg@kbsjlaw.com

Confidentiality Notice: The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please notify us immediately at vlg@kbsjlaw.com or by telephone at (671) 477-7857 and destroy all copies of the message.

---

**From:** Delia S. Lujan [mailto:dslujan@lujanaguiguiperez.com]
**Sent:** Tuesday, May 22, 2007 2:30 PM
**To:** 'Vincent Leon Guerrero'; 'Arthur K. Smith'; emmajean@lujanaguiguiperez.com
**Subject:** Larry Charfauros

Vince,

Mr. Charfauros is available for deposition the morning of Thursday, May 24, at 8:30 or 9 a.m. Please let me know if one will go forward.

Thanks.

Delia Lujan

# EXHIBIT "A"

## Barbara M. Cruz

**From:** Art Smith [asmith@aksmithlaw.com]
**Sent:** Tuesday, May 22, 2007 11:20 PM
**To:** 'Barbara M. Cruz'; 'Delia S. Lujan'; 'Elyze J. McDonald'
**Cc:** 'Vincent E. Leon Guerrero'
**Subject:** RE: Deposition of Larry Charfauros

This will not work for DTS. Noticing the deposition without our consent, and on two days notice is per se unreasonable, especially after we have been present for all three of Mr Charfauros prior no shows. Please select a different date and time that will work for all parties. We will work with you.

Art

*Arthur K. Smith*
*Law Offices of Arthur K. Smith*
*507 Prestige Circle*
*Allen, Texas 75002-3438*

*Telephone: (469) 519-2500*
*Fax: (469) 519-2555*

-----Original Message-----
**From:** Barbara M. Cruz [mailto:bmcruz@kbsjlaw.com]
**Sent:** Tuesday, May 22, 2007 12:51 AM
**To:** Delia S. Lujan; Elyze J. McDonald; Arthur K. Smith
**Cc:** 'Vincent E. Leon Guerrero'
**Subject:** Deposition of Larry Charfauros

Our office will notice the deposition of Larry Charfauros on May 24, 2007, at 9:00 a.m. Should you have any questions or concerns please address them to Mr. Leon Guerrero.

Regards,
Barbara M. Cruz,
Secretary to Mr. Leon Guerrero


BLAIR STERLING JOHNSON
   MARTINEZ & LEON GUERRERO

A Professional Corporation
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910-5205

Telephone: (671) 477-7857
Facsimile: (671) 472-4290
E-mail: bmcruz@kbsjlaw.com


Confidentiality Notice: The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please notify us immediately at bmcruz@kbsjlaw.com or by telephone at (671) 477-7857 and destroy all copies of the message.

# EXHIBIT "B"

**Barbara M. Cruz**

| | |
|---|---|
| From: | Vincent E. Leon Guerrero [vlg@kbsjlaw.com] |
| Sent: | Wednesday, May 23, 2007 3:06 PM |
| To: | dslujan@lujanaguiguiperez.com; 'Art Smith'; 'Barbara M. Cruz'; 'Elyze J. McDonald' |
| Subject: | RE: Deposition of Larry Charfauros |

I apologize for the short notice, but the date currently set is the date of the discovery cut-off. Absent a court order allowing the extension, the "stipulation" is not effective. See GR 3.1. I will proceed to conduct the deposition at the date currently set.

BLAIR STERLING JOHNSON
 MARTINEZ & LEON GUERRERO
A Professional Corporation
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagatna, Guam 96910-5205
Telephone: (671) 477-7857
Facsimile: (671) 472-4290
Mobile: (671) 687-5947
E-mail: vlg@kbsjlaw.com

Confidentiality Notice: The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please notify us immediately at vlg@kbsjlaw.com or by telephone at (671) 477-7857 and destroy all copies of the message.

---

From: Delia S. Lujan [mailto:dslujan@lujanaguiguiperez.com]
Sent: Wednesday, May 23, 2007 9:59 AM
To: 'Art Smith'; 'Barbara M. Cruz'; 'Elyze J. McDonald'
Cc: 'Vincent E. Leon Guerrero'
Subject: RE: Deposition of Larry Charfauros

As I stated on the record at the previous scheduled deposition, I will work to ensure that Calpac and DTS have an opportunity to depose Mr. Charfauros. We are willing to work with DTS and Calpac at reaching a reasonable deposition date agreeable to all parties, even if that means a date slightly past the discovery cutoff. However, I must state that I have no objection to Mr. Charfauros' deposition proceeding on May 24.

DTS, please let me know what dates you propose to notice the deposition of Mr. Charfauros.

Delia Lujan

---

From: Art Smith [mailto:asmith@aksmithlaw.com]
Sent: Tuesday, May 22, 2007 11:20 PM
To: 'Barbara M. Cruz'; 'Delia S. Lujan'; 'Elyze J. McDonald'
Cc: 'Vincent E. Leon Guerrero'
Subject: RE: Deposition of Larry Charfauros

This will not work for DTS. Noticing the deposition without our consent, and on two days notice is per se unreasonable, especially after we have been present for all three of Mr Charfauros prior no shows. Please select a different date and time that will work for all parties. We will work with you.

Art

# EXHIBIT "C"

**Barbara M. Cruz**

**From:** Vincent E. Leon Guerrero [vlg@kbsjlaw.com]
**Sent:** Wednesday, February 07, 2007 8:12 AM
**To:** bmcruz@kbsjlaw.com
**Subject:** FW: Proposed Scheduling Order

Print for file

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A Professional Corporation
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagatna, Guam 96910-5205
Telephone: (671) 477-7857
Facsimile: (671) 472-4290
Mobile: (671) 687-5947
E-mail: vlg@kbsjlaw.com

Confidentiality Notice: The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please notify us immediately at vlg@kbsjlaw.com or by telephone at (671) 477-7857 and destroy all copies of the message.

---

**From:** Vincent E. Leon Guerrero [mailto:vlg@kbsjlaw.com]
**Sent:** Wednesday, February 07, 2007 8:11 AM
**To:** 'Elyze J. McDonald'; 'dslujan@lujanaguiguiperez.com'
**Cc:** 'Art Smith'
**Subject:** RE: Proposed Scheduling Order

Just to be clear, I will agree to the cancellation of depositions once we receive an order from the court which addresses our concerns (e.g. discovery and dates). Also the cancellation must be done within a reasonable time so as to not incur costs associated with the cancellation of the deposition. Flores Reporting requires at least 24 hours notice. As such, the depositions currently scheduled (for tomorrow (02/08/07) and others) will proceed as noticed.

I apologize for our stance, but as I indicated earlier, I do not want to be placed in a position where the court will not agreed to proposed stipulation. Until a court order is made showing that it will agree to our stipulation, our office will proceed according to the current scheduling order.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A Professional Corporation
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagatna, Guam 96910-5205
Telephone: (671) 477-7857
Facsimile: (671) 472-4290
Mobile: (671) 687-5947
E-mail: vlg@kbsjlaw.com

Confidentiality Notice: The information contained in this transmission may contain privileged and confidential

**EXHIBIT "D"**

## Vincent E. Leon Guerrero

**From:** Vincent E. Leon Guerrero [vlg@kbsjlaw.com]
**Sent:** Monday, April 23, 2007 12:00 PM
**To:** 'Elyze J. McDonald'; 'dslujan@lujanaguiguiperez.com'
**Cc:** 'johnh@calpac.biz'; tcmoody2000@yahoo.com
**Subject:** RE: Van Meter v. Calpac

I am not sure when my appointment will be done.

Just a reminder, our current scheduling order has discovery cut-off on May 24. Depositions of all the remaining plaintiffs will have to be done next month.

Tom Moody will be taking Mr. Mendiola's deposition in Texas soon.

If either of you anticipate taking the deposition of DTS or Dennis Clark, I request that the depositions be done around the same time as Mr. Mendiola's deposition.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A Professional Corporation
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagatna, Guam 96910-5205
Telephone: (671) 477-7857
Facsimile: (671) 472-4290
Mobile: (671) 687-5947
E-mail: vlg@kbsjlaw.com

Confidentiality Notice: The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please notify us immediately at vlg@kbsjlaw.com or by telephone at (671) 477-7857 and destroy all copies of the message.

---

**From:** Elyze J. McDonald [mailto:emcdonald@carlsmith.com]
**Sent:** Monday, April 23, 2007 9:08 AM
**To:** vlg@kbsjlaw.com; dslujan@lujanaguiguiperez.com
**Cc:** johnh@calpac.biz
**Subject:** RE: Van Meter v. Calpac

I have a hearing at 2pm, so if it's possible, it might be best to start before lunch if you'll be back from your appointment in time.
Elyze

---

**From:** Vincent E. Leon Guerrero [mailto:vlg@kbsjlaw.com]
**Sent:** Monday, April 23, 2007 8:50 AM
**To:** dslujan@lujanaguiguiperez.com
**Cc:** Elyze J. McDonald; johnh@calpac.biz
**Subject:** RE: Van Meter v. Calpac

On april 27, I have a dental appointment in the morning. The afternoon would be fine with me (subject to availability of Mr. Ward)

# EXHIBIT "E"

6/7/2007    Case 1:05-cv-00037    Document 278    Filed 06/07/2007    Page 8 of 11

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A Professional Corporation
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagatna, Guam 96910-5205
Telephone: (671) 477-7857
Facsimile: (671) 472-4290
Mobile: (671) 687-5947
E-mail: vlg@kbsjlaw.com

Confidentiality Notice: The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please notify us immediately at vlg@kbsjlaw.com or by telephone at (671) 477-7857 and destroy all copies of the message.

---

**From:** Delia S. Lujan [mailto:dslujan@lujanaguiguiperez.com]
**Sent:** Friday, April 20, 2007 5:31 PM
**To:** vlg@kbsjlaw.com
**Cc:** 'Elyze J. McDonald'
**Subject:** Van Meter v. Calpac

Vince,

Elyze requested that the May 2 deposition be cleared, due to her off-island trip. To accommodate this request, I am proposing that Mr. Healy's deposition be moved from May 2 to April 30, taking Mr. Ward's time slot. As for Mr. Ward, we can try to move his deposition to Friday, April 27, in the morning around 9 or 10 a.m. I will need to get confirmation from the court reporter. Would this change in the deposition times/dates be acceptable to you?

Also, regarding Roland Mendiola, I will need to get back to you on his whereabouts. I hope to have the information by Monday.

Thanks and have a good weekend.

Delia

# EXHIBIT "E"

## Vincent E. Leon Guerrero

**From:** Art Smith [asmith@aksmithlaw.com]
**Sent:** Saturday, June 02, 2007 6:24 AM
**To:** dslujan@lujanaguiguiperez.com
**Cc:** 'Vincent E. Leon Guerrero'; 'Robert Ewert'
**Subject:** RE: deposition of Larry Charfauros

Delia,

I am not aware of an e-mail in which you advised that you would re-present Mr. Charfauros after the deposition proceeded over our objection. Can you please re-send?

Also, please confirm that if you present him again, that plaintiffs and Cal Pac consider that to be a continuation of the deposition, rather than a new deposition. Finally, if that can be confirmed, then please let me know of several dates on which you, the witness and Cal Pac's attorney are available.

Art

*Arthur K. Smith*
*Law Offices of Arthur K. Smith*
*507 Prestige Circle*
*Allen, Texas 75002-3438*

*Telephone: (469) 519-2500*
*Fax: (469) 519-2555*

-----Original Message-----
From: Delia S. Lujan [mailto:dslujan@lujanaguiguiperez.com]
Sent: Friday, June 01, 2007 1:11 AM
To: 'Art Smith'; 'Elyze J. McDonald'; 'Vincent E. Leon Guerrero'
Subject: deposition of Larry Charfauros

Art,

As I've stated before, we're willing to make Mr. Charfauros available to you for deposition. In my last email on the subject, I asked that you provide me with the date you propose to notice his deposition. Please let me know what date you're looking at.

Sincerely,
Delia Lujan

# EXHIBIT "F"

## Vincent E. Leon Guerrero

**From:** Vincent E. Leon Guerrero [vlg@kbsjlaw.com]
**Sent:** Thursday, June 07, 2007 11:34 AM
**To:** 'Elyze J. McDonald'; 'dslujan@lujanaguiguiperez.com'
**Subject:** RE: Hearing Date on Dynamic's Motions

Elyze;

DTS' outstanding motions are based on the perceived belief the rules were not followed. We note, however, that LR 7.1(b) states "the moving party must present the motion, which if oral argument is requested will contain a date on which the motion will be heard." The request for a hearing date should have been requested prior to the filing of the motion. You were also suppose to request a meeting pursuant to Rule 37.1. If DTS is suggesting that sanctions should be given for not following the rules why would this not be sanctionable. Which rules should be followed?

BLAIR STERLING JOHNSON
 MARTINEZ & LEON GUERRERO
A Professional Corporation
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagatna, Guam 96910-5205
Telephone: (671) 477-7857
Facsimile: (671) 472-4290
Mobile: (671) 687-5947
E-mail: vlg@kbsjlaw.com

Confidentiality Notice: The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please notify us immediately at vlg@kbsjlaw.com or by telephone at (671) 477-7857 and destroy all copies of the message.

---

**From:** Elyze J. McDonald [mailto:emcdonald@carlsmith.com]
**Sent:** Wednesday, June 06, 2007 3:12 PM
**To:** vlg@kbsjlaw.com; dslujan@lujanaguiguiperez.com
**Subject:** Hearing Date on Dynamic's Motions

Delia and Vince:

I understand you are both off-island or unavailable today. I'd like to arrange a hearing date on Dynamic's outstanding motions. I propose June 28 or June 29. Please let me know if you are available on either day.

Thanks,
Elyze

# EXHIBIT "G"