VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant California Pacific Technical Services LLC*



FILED
DISTRICT COURT OF GUAM
JUN -8 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,

Plaintiffs,

vs.

CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,

Defendants.

CIVIL CASE NO. CIV05-00037

**CERTIFICATE OF SERVICE**

I, **VINCENT LEON GUERRERO**, hereby certify that a true and correct copy of **DEFENDANT CALPAC'S OPPOSITION TO MOTION FOR SANCTIONS AND MOTION TO STRIKE;** and **DECLARATION OF VINCENT LEON GUERRERO IN SUPPORT OF MOTION FOR SANCTIONS AND MOTION TO STRIKE**, filed herein on June 7, 2007, was served via hand delivery on June 7, 2007, upon the following:

DELIA LUJAN, ESQ.
LUJAN AGUIGUI & PEREZ LLP
300 PACIFIC NEWS BUILDING
238 ARCHBISHOP FLORES STREET
HAGÅTÑA, GUAM 96910

ORIGINAL

ELYZE MCDONALD, ESQ.
CARLSMITH BALL
BANK OF HAWAII BUILDING
SUITE 401
134 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

DATE: JUNE 8, 2007

_____
VINCENT LEON GUERRERO

```
V63\08130-03
G:\WORDDOC\PLD\VLG\189-COS DECLARATION & OPPO TO MTN RE VAN
METER V CALPAC CIV05-037.DOC
```