CARLSMITH BALL LLP

ELYZE J. MCDONALD, Guam Bar No. 01-004
Bank of Hawaii Building
134 W. Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96910
Telephone (671) 472-6813
Facsimile (671) 477-4375

Attorneys for Defendant
Dynamic Technical Services



FILED
DISTRICT COURT OF GUAM
JUN 12 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> v. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br><br><br> **NON-AGREEMENT OF HEARING DATE; REQUEST FOR HEARING DATE; DECLARATION OF SERVICE** |

I, Elyze J. McDonald, under penalty of perjury, declare as follows:

1.     I am licensed to practice law in the Territory of Guam and am admitted to practice

in this Court. I am a Senior Associate with the law firm of Carlsmith Ball LLP, attorneys of

record for Defendant Dynamic Technical Services (DTS).

2.     I contacted Plaintiff's Attorney and Calpac's Attorney to obtain an agreed hearing

date for oral argument on Defendant DTS' (1) Motion to Compel Deposition of Larry F.


ORIGINAL

Charfauros (2) Motion to Strike Calpac's Notice of Intent to Take the Oral Deposition of Larry Charfauros and (3) Motion for Sanctions Against Counsel for Calpac. I requested a date of either June 28 or 29, 2007 for the hearing.

    3.      Plaintiff's Attorney stated that she is available on the afternoon of June 28, and is available on June 29, 2007.

    4.      Counsel for Defendant Calpac stated that he did not agree to a hearing date because a LR 37.1 meeting was not requested.

    5.      In the circumstances, pursuant to L.R. 7.1(e)(2), DTS asks that the Court determine the hearing date. DTS seeks the earliest possible hearing date convenient to the Court.

    6.      All the statements of fact set forth in this Declaration are true and correct to the best of my knowledge.

Executed on the 12th day of June 2007 at Hagåtña, Guam.

CARLSMITH BALL LLP

_____
ELYZE J. McDONALD
Attorneys for Defendant
Dynamic Technical Services

# DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on June 12, 2007, I will cause to be served, via hand delivery, a true and correct copy of the NON-AGREEMENT OF HEARING DATE; REQUEST FOR HEARING DATE; DECLARATION OF SERVICE upon the following:

> Delia Sablan Lujan, Esq.
> **LUJAN, AGUIGUI & PEREZ, LLP**
> Suite 300, Pacific News Building
> 238 Archbishop F.C. Flores Street
> Hagåtña, Guam USA 96910
> Telephone: (671) 477-8064
> Facsimile: (671) 477-5297
> Attorneys for Plaintiffs Henry G. Van Meter, et al.
>
> Vincent Leon Guerrero, Esq.
> **BLAIR, STERLING, JOHNSON,**
> **MARTINEZ & LEON GUERRERO, P.C.**
> Suite 1008, Pacific News Building
> 238 Archbishop F.C. Flores Street
> Hagåtña, Guam USA 96910
> Telephone: (671) 477-7857
> Facsimile: (671) 472-4290
> Attorneys for Defendant California Pacific Technical Services, LLC
> John Healy, and William Ward

DATED: Hagåtña, Guam, June 12, 2007

_____
ELYZE J. McDONALD