```
 1  LUJAN AGUIGUI & PEREZ LLP
    Attorneys at Law
 2  Pacific News Building, Suite 300
    238 Archbishop Flores Street
 3  Hagåtña, Guam 96910
    Telephone (671) 477-8064/5
 4  Facsimile (671) 477-5297
```

FILED
DISTRICT COURT OF GUAM
JUL 02 2007
MARY L.M. MORAN
CLERK OF COURT

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br>-vs-<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>**NON-AGREEMENT OF HEARING DATE; REQUEST FOR HEARING DATE; DECLARATION OF SERVICE** |

I, Delia Lujan, under penalty of perjury, declare as follows:

1. I am an attorney representing all the plaintiffs in this matter. I contacted the attorneys for the opposing parties in this action, to agree upon a date for oral argument of Defendant Dynamic Technical Services' Motion for Summary Judgment.

2. The attorneys for the opposing parties are: Elyze McDonald and Arthur Smith for Defendant Dynamic Technical Services and Vincent Leon Guerrero for Defendant Calpac.

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037

Case 1:05-cv-00037    Document 283    Filed 07/02/2007    Page 1 of 3

1

3. Attorney Leon Guerrero and I agreed upon the following dates: **September 26, 27, or 28, 2007**, at **9:30 a.m.**

4. I called the Deputy Clerk of Court to ensure that the Court is available on the above dates and times.

5. Attorneys for Dynamic Technical Services have not yet responded. Once a response is received, I will further supplement this Request. If such a supplement is not made by July 3, 2007, to indicate an Agreement of Hearing Date, I respectfully request that the Court set a hearing on one of the dates set forth in paragraph 3 above and cleared with the Deputy Clerk of Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 2nd day of July, 2007.

**LUJAN AGUIGUI & PEREZ LLP**

By: _____
**DELIA LUJAN**
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037

Case 1:05-cv-00037   Document 283   Filed 07/02/2007   Page 2 of 3

2

| | |
|---|---|
| 1 | **DECLARATION OF SERVICE** |

I, Delia Lujan, hereby declare under penalty of perjury of the laws of the United States, that on July 2, 2007, I will cause to be served, via hand delivery, a true and correct copy of the Non-Agreement of Hearing Date; Request for Hearing Date, Declaration of Service upon the following:

**VINCENT LEON GUERRERO, ESQ.**
**BLAIR STERLING JOHNSON**
**MOODY MARTINEZ & LEON GUERRERO, P.C.**
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910-5205
Telephone (671) 477-7857
Facsimile (671) 472-4290
Attorneys for Defendant California Pacific Technical Services LLC,

**ELYZE J. MCDONALD, ESQ.**
**CARLSMITH BALL, LLP**
401 Bank of Hawaii Building
134 West Soledad Avenue
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375
Attorneys for Defendant Dynamic Technical Services

Dated this 2nd day of July, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
**DELIA LUJAN**
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al. v. CAL PAC, et al.
Civil Case No. 05-00037
Case 1:05-cv-00037  Document 283  Filed 07/02/2007  Page 3 of 3

3