
ORIGINAL

ELYZE J. MCDONALD, Guam Bar No. 01-004
CARLSMITH BALL LLP
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375

ARTHUR K. SMITH, Texas Bar No. 18534100
(Admitted *Pro Hac Vice*)
LAW OFFICES OF ARTHUR K. SMITH
507 Prestige Circle
Allen, Texas 75002
Telephone (469) 519-2500
Facsimile (469) 519-2555

Attorneys for Defendant
DYNAMIC TECHNICAL SERVICES

**FILED**
DISTRICT COURT OF GUAM
JUL 03 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 Through 10,<br><br>Defendants. | CIVIL CASE NO. CV05-00037<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I, Elyze J. McDonald, hereby certify under penalty of perjury of the laws of the United States, that on July 3, 2007, I will cause to be served, via hand delivery, a true and correct copy of **Defendant Dynamic Technical Services' Response to Plaintiffs' Request for Hearing Date on Defendant Dynamic Technical Services Motion for Summary Judgment** upon the following:

>Delia Sablan Lujan, Esq.
>**LUJAN, AGUIGUI & PEREZ, LLP**
>Suite 300, Pacific News Building
>238 Archbishop F.C. Flores Street
>Hagåtña, Guam USA 96910
>Telephone: (671) 477-8064
>Facsimile: (671) 477-5297
>Attorneys for Plaintiffs Henry G. Van Meter, et al.

>Vincent L. Guerrero, Esq.
>**BLAIR, STERLING, JOHNSON, MOODY,**
>**MARTINEZ & LEON GUERRERO, P.C.**
>Suite 1008, Pacific News Building
>238 Archbishop F.C. Flores Street
>Hagåtña, Guam USA 96910
>Telephone: (671) 477-7857
>Facsimile: (671) 472-4290
>Attorneys for Defendant California Pacific Technical Services, LLC
>John Healy, and William Ward

Executed this 3rd day of July, 2007 at Hagåtña, Guam.

*/s/ Elyze J. McDonald*
ELYZE J. McDONALD