DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>CALPAC, *et al.*,<br><br>    Defendant. | Civil Case No. 05-00037<br><br>**ORDER RE: PLAINTIFFS' REQUEST FOR HEARING DATE ON DEFENDANT DYNAMIC TECHNICAL SERVICES MOTION FOR SUMMARY JUDGMENT** |

This matter comes before the court on the Plaintiffs' request for a hearing date on Defendant, Dynamic Technical Services Motion for Summary Judgment, which was filed on June 18, 2007. Because oral argument was not requested, no hearing date was given, and the opposition was due fourteen (14) days after the filing of the motion, on July 2, 2007. *See* Local Rule 7.1(d)(2)(A). However, instead of filing an opposition on July 2, 2007, the Plaintiffs filed the present request to set this motion for a hearing. Presumably, the Plaintiffs were hoping to delay the due date of their opposition by filing their request. Pursuant to Local Rule 7.1(d)(1)(A), if a motion is set for hearing, the opposition is due fourteen (14) days preceding the hearing date. The Plaintiffs should not circumvent the local rules in this manner. Accordingly, the Plaintiffs shall get an abbreviated briefing schedule and shall file their opposition by noon, July 13, 2007 and the Reply shall be due on July 20, 2007 at noon. The hearing on the motion shall be on August 16, 2007 at 9:30 a.m.

**SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Jul 06, 2007**