| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | **LUJAN AGUIGUI & PEREZ LLP**<br>Attorneys at Law<br>Pacific News Building, Suite 300<br>238 Archbishop Flores Street<br>Hagåtña, Guam 96910<br>Telephone (671) 477-8064/5<br>Facsimile (671) 477-5297<br><br>*Attorneys for Plaintiffs* |



FILED
DISTRICT COURT OF GUAM
JUL 09 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br>-vs-<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>**DECLARATION OF DELIA LUJAN IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANT DYNAMIC TECHNICAL SERVICES' RESPONSE TO PLAINTIFFS' REQUEST FOR HEARING DATE ON DEFENDANT DYNAMIC TECHNICAL SERVICES' MOTION FOR SUMMARY JUDGMENT** |

I, DELIA LUJAN, hereby declare and state as follows:

1. I am an attorney representing all the plaintiffs in this matter.

2. On July 2, 2007, I informed an attorney for Defendant Dynamic Technical Services ("DTS"), Elyze McDonald ("Ms. McDonald"), that Plaintiffs would be filing a Request for Hearing Date on DTS' summary judgment motion.

3. After checking the availability of the Court, I proposed to Ms. McDonald dates and times for the hearing on DTS' summary judgment motion and asked if DTS would agree to any of these dates and times.

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Declaration of Delia Lujan

Case 1:05-cv-00037   Document 288   Filed 07/09/2007   Page 1 of 3

1

4. Ms. McDonald informed me that she herself would not be available on the proposed dates, but that her off-island co-counsel, Arthur Smith might be available.

5. Ms. McDonald further stated that she would consult with off-island co-counsel and inform me by the following day, July 3, 2007, whether the proposed dates were agreeable.

6. DTS' counsel at no time on July 2, 2007, informed me or Plaintiffs that DTS would oppose Plaintiffs' Request for Hearing. Instead, Plaintiffs were led to believe that they would be told the following day what dates would be agreeable for a hearing.

7. On July 3, 2007, DTS, instead of informing Plaintiffs whether it would be available on the proposed hearing dates, filed a response in opposition to Plaintiffs' Request for Hearing Date on DTS' summary judgment motion.

8. On June 29, 2007, DTS' counsel, Ms. McDonald, telephoned me and informed me that DTS would be filing a number of summary judgment motions very soon.

9. Ms. McDonald asked me whether Plaintiffs would agree to certain dates for the hearing on DTS' impending summary judgment motions.

10. After being told the proposed dates, I stated to Ms. McDonald that the dates were acceptable.

11. On July 2, 2007, Ms. McDonald again stated to me that DTS would be filing summary judgment motions against Plaintiffs. Ms. McDonald and I engaged in further discussion regarding the hearing dates on these upcoming motions, along with DTS' current motion for summary judgment.

/ / /

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Declaration of Delia Lujan

2

| | |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the United States that the foregoing is |
| 2 | true and correct. |
| 3 | Executed this 9th day of July, 2007, in Hagåtña, Guam. |

_____
**DELIA LUJAN**

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Declaration of Delia Lujan

Case 1:05-cv-00037   Document 288   Filed 07/09/2007   Page 3 of 3

3