**LUJAN AGUIGUI & PEREZ LLP**
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

FILED
DISTRICT COURT OF GUAM
JUL 09 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, JAMES S. YEE, TEDDY C. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>v.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br>**CERTIFICATE OF SERVICE** |

I, DELIA S. LUJAN, hereby certify under penalty of perjury of the laws of the United States that, on July 9, 2007, I will cause to be served, via hand delivery, a true and correct copy of (1) **PLAINTIFFS' REPLY TO DEFENDANT DYNAMIC TECHNICAL SERVICES' RESPONSE TO PLAINTIFFS' REQUEST FOR HEARING DATE ON DEFENDANT DYNAMIC TECHNICAL SERVICES' MOTION FOR SUMMARY JUDGMENT** and (2) **DECLARATION OF DELIA LUJAN IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANT DYNAMIC TECHNICAL SERVICES' RESPONSE TO PLAINTIFFS'**

**REQUEST FOR HEARINGT DATE ON DEFENDANT DYNAMIC TECHNICAL SERVICES' MOTION FOR SUMMARY JUDGMENT** upon the following:

**Blair Sterling Johnson Martinez & Leon Guerrero, P.C.**
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Counsel for Defendant Calpac

**Carlsmith Ball LLP**
Bank of Hawaii Building, Suite 401
134 West Soledad Avenue
Hagåtña, Guam 96910
Counsel for Defendant Dynamic Technical Services

Dated this 9th day of July, 2007.

**LUJAN AGUIGUI & PEREZ LLP**

By: _____
**DELIA LUJAN**
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., vs. CALPAC, et al.
District Court Civil Case No. 05-00037