ELYZE J. MCDONALD
CARLSMITH BALL LLP
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

ARTHUR K. SMITH, Texas Bar No. 18534100
LAW OFFICES OF ARTHUR K. SMITH
(Admitted *Pro Hac Vice*)
507 Prestige Circle
Allen, Texas 75002
Telephone: (469) 519-2500
Facsimile: (469) 519-2555

Attorneys for Defendant
Dynamic Technical Services, Inc.



FILED
DISTRICT COURT OF GUAM
JUL 17 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10. <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br><br> **AGREEMENT OF HEARING DATE; DECLARATION OF SERVICE** |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Elyze J. McDonald, am the attorney for Defendant Dynamic Technical Services, Inc. in this matter. I have contacted counsel for all parties to agree upon a date for oral

argument.

2.  All parties have agreed to be available for a hearing during the week of August 20, 2007, and ask that a hearing be set during that week, or at the convenience of the Court, on the following motions:

   a.  Defendant Dynamic Technical Services, Inc.'s Motion for Summary Judgment Against Plaintiff Jerry Apodaca, Jr.;

   b.  Defendant Dynamic Technical Services, Inc.'s Motion for Summary Judgment Against Plaintiff John P. Babauta;

   c.  Defendant Dynamic Technical Services, Inc.'s Motion for Summary Judgment Against Plaintiff Robert B. Cruz;

   d.  Defendant Dynamic Technical Services, Inc.'s Motion for Summary Judgment Against Plaintiff Joseph J. Hernandez;

   e.  Defendant Dynamic Technical Services, Inc.'s Motion for Summary Judgment Against Plaintiff Joseph T. Mendiola;

   f.  Defendant Dynamic Technical Services, Inc.'s Motion for Summary Judgment Against Plaintiff Roland F. Mendiola;

   g.  Defendant Dynamic Technical Services, Inc.'s Motion for Summary Judgment Against Plaintiff Henry G. Van Meter; and

   h.  Defendant Dynamic Technical Services, Inc.'s Motion for Summary Judgment Against Plaintiff James S. Yee.

DATED: Hagåtña, Guam, 17th day of July, 2007.

CARLSMITH BALL LLP

_____
ELYZE J. MCDONALD
Attorneys for Defendant
Dynamic Technical Services, Inc.

## DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on the 17th day of July 2007, I will cause to be served, via hand delivery, a true and correct copy of AGREEMENT OF HEARING DATE; DECLARATION OF SERVICE upon the following counsels of record:

>Delia Sablan Lujan, Esq.
>LUJAN, AGUIGUI & PEREZ, LLP
>Suite 300, Pacific News Building
>238 Archbishop F.C. Flores Street
>Hagåtña, Guam USA 96910
>Telephone: (671) 477-8064
>Facsimile: (671) 477-5297

>Attorneys for Plaintiffs Henry G. Van Meter, et al.

and

>William J. Blair, Esq.
>**BLAIR, STERLING, JOHNSON, MOODY,**
>**MARTINEZ & LEON GUERRERO, P.C.**
>Suite 1008, Pacific News Building
>238 Archbishop F.C. Flores Street
>Hagåtña, Guam USA 96910
>Telephone: (671) 477-7857
>Facsimile: (671) 472-4290

>Attorneys for Defendant California Pacific Technical Services, LLC
>John Healy, and William Ward

Executed this 17th day of July 2007 at Hagåtña, Guam.

_____
ELYZE J. McDONALD