ELYZE J. MCDONALD, Guam Bar No. 01-004
CARLSMITH BALL LLP
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375

ARTHUR K. SMITH, Texas Bar No. 18534100
LAW OFFICES OF ARTHUR K. SMITH
(Admitted *Pro Hac Vice*)
507 Prestige Circle
Allen, Texas 75002
Telephone (469) 519-2500
Facsimile (469) 519-2555

Attorneys for Defendant
Dynamic Technical Services, Inc.

FILED
DISTRICT COURT OF GUAM
JUL 19 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 Through 10, <br><br> Defendants. | CIVIL CASE NO. CV05-00037 <br><br><br><br><br> **DECLARATION OF SERVICE** |

## DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on July 19, 2007, I will cause to be served, via hand delivery, a true and correct copy of AFFIDAVIT OF DENNIS P. CLARK AND AFFIDAVIT OF LINDA G. HAYES upon the following Counsels of record:

>   Delia Sablan Lujan, Esq.
>   **LUJAN, AGUIGUI & PEREZ, LLP**
>   Suite 300, Pacific News Building
>   238 Archbishop F.C. Flores Street
>   Hagåtña, Guam USA 96910
>   Telephone: (671) 477-8064
>   Facsimile: (671) 477-5297
>   Attorneys for Plaintiffs Henry G. Van Meter, et al.

and

>   Vincent Leon Guerrero, Esq.
>   **BLAIR, STERLING, JOHNSON, MOODY,**
>   **MARTINEZ & LEON GUERRERO, P.C.**
>   Suite 1008, Pacific News Building
>   238 Archbishop F.C. Flores Street
>   Hagåtña, Guam USA 96910
>   Telephone: (671) 477-7857
>   Facsimile: (671) 472-4290
>   Attorneys for Defendant California Pacific Technical Services, LLC
>   John Healy, and William Ward

Executed this 19th day of July 2007 at Hagåtña, Guam.

*[signature]*
ELYZE J. McDONALD