ELYZE J. MCDONALD, Guam Bar No. 01-004
CARLSMITH BALL LLP
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375

ARTHUR K. SMITH, Texas Bar No. 18534100
LAW OFFICES OF ARTHUR K. SMITH
(Admitted *Pro Hac Vice*)
507 Prestige Circle
Allen, Texas 75002
Telephone (469) 519-2500
Facsimile (469) 519-2555

Attorneys for Defendant
Dynamic Technical Services, Inc.



FILED
DISTRICT COURT OF GUAM
JUL 19 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 Through 10,<br><br>Defendants. | CIVIL CASE NO. CV05-00037<br><br><br><br>DECLARATION OF ELYZE J. MCDONALD IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST JOHN P. BABAUTA; DECLARATION OF SERVICE |

Page 1 of 4

ORIGINAL

I, Elyze J. McDonald, declare under penalty of perjury that the following statements are true and correct:

1. I have personal knowledge of the facts stated in this declaration except as otherwise indicated.

2. I would testify competently as to these facts if called upon by the Court.

3. I am an attorney authorized to practice law in the territory of Guam and presently employed with the law firm of Carlsmith Ball LLP, attorneys for Defendant Dynamic Technical Services, Inc. in the above-captioned action.

4. This declaration is submitted in support of Defendant Dynamic Technical Services, Inc.'s Motion for Summary Judgment Against John P. Babauta, filed on July 17, 2007.

5. Defendant Dynamic Technical Services, Inc. is a necessary and proper party Defendant in this action.

6. Attached to Defendant Dynamic Technical Services, Inc.'s Motion for Summary Judgment Against John P. Babauta as Exhibit "A" is a true and correct copy of the pertinent pages of the deposition testimony of John P. Babauta.

7. Attached to Defendant Dynamic Technical Services, Inc.'s Motion for Summary Judgment Against John P. Babauta as Exhibit "B" is a true and correct copy of the pertinent pages of the deposition testimony of John T. Healy.

8. Attached to Defendant Dynamic Technical Services, Inc.'s Motion for Summary Judgment Against John P. Babauta as Exhibit "C" is a true and correct copy of the Affidavit of Dennis P. Clark the original of which is filed concurrently herewith.

9. Attached to Defendant Dynamic Technical Services, Inc.'s Motion for Summary Judgment Against John P. Babauta as Exhibit "D" is a true and correct copy of the Affidavit of Linda G. Hayes the original of which is filed concurrently herewith.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate to the best of my knowledge.

DATED: this 19th day of July 2007 at Hagåtña, Guam.

CARLSMITH BALL LLP

*Elyze McDonald*
ELYZE J. MCDONALD

Attorneys for Defendant
Dynamic Technical Services, Inc.

## DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on July 19, 2007, I will cause to be served, via hand delivery, a true and correct copy of DECLARATION OF ELYZE J. MCDONALD IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST JOHN P. BABAUTA; DECLARATION OF SERVICE upon the following Counsels of record:

> Delia Sablan Lujan, Esq.
> **LUJAN, AGUIGUI & PEREZ, LLP**
> Suite 300, Pacific News Building
> 238 Archbishop F.C. Flores Street
> Hagåtña, Guam USA 96910
> Telephone: (671) 477-8064
> Facsimile: (671) 477-5297
> Attorneys for Plaintiffs Henry G. Van Meter, et al.

and

> Vincent Leon Guerrero, Esq.
> **BLAIR, STERLING, JOHNSON, MOODY, MARTINEZ & LEON GUERRERO, P.C.**
> Suite 1008, Pacific News Building
> 238 Archbishop F.C. Flores Street
> Hagåtña, Guam USA 96910
> Telephone: (671) 477-7857
> Facsimile: (671) 472-4290
> Attorneys for Defendant California Pacific Technical Services, LLC John Healy, and William Ward

Executed this 19th day of July 2007 at Hagåtña, Guam.

*Elyze McDonald*
ELYZE J. McDONALD