ELYZE J. MCDONALD, Guam Bar No. 01-004
CARLSMITH BALL LLP
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375

Arthur K. Smith, Texas Bar No. 18534100
LAW OFFICES OF ARTHUR K. SMITH
(Admitted *Pro Hac Vice*)
507 Prestige Circle
Allen, Texas 75002
Telephone: (469) 519-2500
Facsimile: (469) 519-2555
*Attorneys for Defendant Dynamic Technical Services*



**FILED**
DISTRICT COURT OF GUAM
JUL 23 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br><br><br> DEFENDANT DYNAMIC TECHNICAL SERVICES' MOTION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS; DECLARATION OF SERVICE |

**ORIGINAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW Defendant DYNAMIC TECHNICAL SERVICES ("DTS") and files this its Motion to Extend Pretrial Deadlines and states as follows:

1. This case involves Title VII claims for hostile work environment filed by thirteen plaintiffs against DTS and CalPac. On February 8, 2007, this Court entered an Order Granting Stipulation to Amend Scheduling Order and Discovery Plan. In the Order, the Court ordered that all discovery be completed by May 24, 2007 and all dispositive motions be filed on or before July 23, 2007.

2. The depositions of twelve of the Plaintiffs were taken by May 24, 2007. Prior to May 22, 2007, the deposition of Plaintiff Larry L. Charfauros was properly noticed on three separate occasions. No objections were filed to any of the three notices and counsel for DTS appeared at all three depositions. Plaintiff Charfauros failed to attend any of the three depositions. On Tuesday, May 22, 2007, counsel for Calpac informed counsel for all parties by email that he would be noticing the deposition of Mr. Charfauros for May 24, 2007. Counsel for DTS immediately informed counsel for Calpac that neither Arthur Smith, nor Elyze McDonald was available for the noticed time of the deposition. The other parties proceeded with the deposition, despite DTS' unavailability to attend. DTS immediately filed a Motion to Strike the Deposition of Larry L. Charfauros.[1] The Court has not entered an order on this motion.

3. Despite that fact that the depositions of the other twelve Plaintiffs were taken by DTS and Calpac prior to May 24, 2007, DTS has not received a copy of the transcripts for Plaintiffs Anthony C. Arriola, John L.G. Nauta, Jesse B. Cruz, and Teddy B. Cruz to date. The

---

[1] DTS has also filed a Motion to Compel the Deposition of Larry Charfauros and a Motion for Sanctions regarding the deposition of Larry Charfauros.

DTS' Motion to Extend Deadline to File Dispositive Motions  Page 2 of 5
4827-3514-5473.1.059759-00001
Case 1:05-cv-00037   Document 311   Filed 07/23/2007   Page 2 of 5

testimony of the Plaintiffs is necessary to prepare motions for summary judgment against these individual Plaintiffs.

4. DTS filed its Motion for Summary Judgment as against All Plaintiffs pursuant to Federal Rule of Civil Procedure 56(c) on the basis that there is no evidence that DTS qualifies as an "employer" as that term is defined under Title VII on or about June 18, 2007.[2]

5. On July 17, 2007, DTS filed eight separate motions for summary judgment against Plaintiffs Henry Van Meter, Jerry Apodaca, Joseph Hernandez, Joseph Mendiola, Robert Cruz, Roland Mendiola, James Yee, and John Babauta. The summary judgments are based upon three issues: (1) DTS is not an employer of the plaintiffs as that term is defined by Title VII and is not subject to liability under Title VII; (2) the plaintiffs were not subject to a hostile work environment based upon the uncontroverted evidence; and (3) DTS cannot be liable because it did not have any knowledge of any alleged discrimination.[3] DTS motions for summary judgment against the individual plaintiffs rely upon portions of the sworn testimony of the plaintiffs as evidence in support of the motions.

6. Since DTS has not received a copy of the transcripts of Plaintiffs Anthony C. Arriola, John L.G. Nauta, Jesse B. Cruz, and Teddy B. Cruz and has not had the opportunity to depose Plaintiff Larry Charfauros, DTS respectfully requests this court to extend the pretrial deadline to file dispositive motions as to these five Plaintiffs. DTS requests an extension until such time as it has received the deposition transcripts for the four remaining Plaintiffs and the Court has ruled on DTS' Motions with regard to the deposition of Larry L. Charfauros.

---

[2] By Order dated July 6, 2007, the Court ordered the Plaintiffs' to file their opposition to DTS' Motion for Summary Judgment by July 13, 2007. The Plaintiffs did not file any opposition to DTS' Motion. DTS filed its Reply Memorandum on July 19, 2007 and hearing on the Motion is currently set for August 16, 2007. DTS maintains that no hearing is necessary since the Plaintiffs did not file any opposition and, therefore, did not produce any evidence creating a fact issue regarding whether DTS has the requisite number of employees to be subject to liability under Title VII.

[3] DTS' Motion for Summary Judgment against Joseph Hernandez is based upon issues one and three only.

7. This requested extension will not prejudice any party in this case nor cause any unnecessary delay. DTS does not request a continuance in the trial date in this motion.

8. Counsel for DTS has contacted all other counsel of record in this case. Counsel for Calpac does not join this Motion. Counsel for Plaintiffs do not oppose this Motion.

WHEREFORE, PREMISES CONSIDERED, Defendant DTS respectfully requests this court to enter an Order granting this Motion and extending the pretrial deadline to file dispositive motions for Plaintiffs Anthony C. Arriola, John L.G. Nauta, Jesse B. Cruz, Teddy B. Cruz, and Larry Charfauros.

DATED this 23rd day of July, 2007.

*/s/ Elyze McDonald/*
ELYZE J. MCDONALD, Guam Bar No. 01-004
CARLSMITH BALL LLP
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375

DTS' Motion to Extend Deadline to File Dispositive Motions　　　　Page 4 of 5
4827-3514-5473.1.059759-00001
Case 1:05-cv-00037　　Document 311　　Filed 07/23/2007　　Page 4 of 5

## DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on July 23, 2007, I will cause to be served, via hand delivery, a true and correct copy of DEFENDANT DYNAMIC TECHNICAL SERVICES' MOTION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS; DECLARATION OF SERVICE upon the following Counsels of record:

> Delia Sablan Lujan, Esq.
> **LUJAN, AGUIGUI & PEREZ, LLP**
> Suite 300, Pacific News Building
> 238 Archbishop F.C. Flores Street
> Hagåtña, Guam USA 96910
> Telephone: (671) 477-8064
> Facsimile: (671) 477-5297
>
> Attorneys for Plaintiffs Henry G. Van Meter, et al.

and

> Vincent Leon Guerrero, Esq.
> **BLAIR, STERLING, JOHNSON, MOODY, MARTINEZ & LEON GUERRERO, P.C.**
> Suite 1008, Pacific News Building
> 238 Archbishop F.C. Flores Street
> Hagåtña, Guam USA 96910
> Telephone: (671) 477-7857
> Facsimile: (671) 472-4290
>
> Attorneys for Defendant California Pacific Technical Services, LLC John Healy, and William Ward

Executed this 23rd day of July 2007 at Hagåtña, Guam.

*/s/ Elyze McDonald*
ELYZE J. McDONALD