VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant California Pacific Technical Services LLC*

# IN THE DISTRICT COURT OF GUAM

| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, | CIVIL CASE NO. CIV05-00037 |
|---|---|
| Plaintiffs, | **DECLARATION OF BARBARA MARIE CRUZ IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE TEDDY B. CRUZ** |
| vs. | |
| CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES and DOES 1 through 10, | |
| Defendants. | |

I, **BARBARA MARIE CRUZ**, under penalty of perjury, do hereby declare and state as follows:

1. I am employed by the law firm of Blair Sterling Johnson Martinez & Leon Guerrero, P.C. and Secretary to Vincent Leon Guerrero.

2. This declaration is submitted in support of Defendant **CALIFORNIA TECHNICAL SERVICES, LLC**'s Motion for Summary Judgment re Teddy B. Cruz filed contemporaneously herewith (the "Motion").

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

ORIGINAL

3.    Attached to the Motion are true and correct copies of the cover page, pages 18, 23, 28, 54, the Notary Public's Certificate and the Reporter's Certificate of the deposition transcript of Teddy B. Cruz taken on April 16, 2007.

4.    Attached to the Motion are true and correct copies of the cover page, pages 70, 75 – 76 and the Notary Public's Certificate of the deposition transcript of Russell A. Hatfield taken on February 19, 2007.

5.    Attached to the Motion are true and correct copies of the cover page, pages 11, 15, 22, 23, 25, 96 and the Reporter's Certificate of the deposition transcript of Donald J. Harper taken on February 16, 2007 and February 20, 2007.

6.    Attached to the Motion are true and correct copies of the cover page, pages 12, 27, 33, the Reporter's Certificate and the Notary Public's Certificate of the deposition transcript of Norman S. Santos taken on April 13, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing are true and correct.

DATED:  JULY 23, 2007

BARBARA M. CRUZ

49\08130-03
G:\WORDDOC\PLD\VLG\202C-DECL OF BMC RE MTN SUMM JUDGMENT RE T
CRUZ RE VAN METER V CALPAC.DOC

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F C FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857