VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE (671) 477-7857

*Attorneys for Defendant California Pacific Technical Services LLC*

FILED
DISTRICT COURT OF GUAM
JUL 23 2007 nba
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV05-00037<br><br><br><br><br><br>**MOTION FOR SUMMARY JUDGMENT RE LARRY L. CHARFAUROS** |

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, CALIFORNIA TECHNICAL SERVICES, LLC (hereinafter "CalPac"), Defendant in the above entitled and numbered action and, pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, files this Motion for Summary Judgment as to all claims asserted by Plaintiff Larry L. Charfauros (hereinafter referred to as "Plaintiff"). This motion is made upon the supporting Memorandum of Points and Authorities served and filed

//

herewith, the files and records in this action and any evidence which may be presented at the hearing on this matter.

**WHEREFORE, PREMISE CONSIDERED**, CalPac respectfully requests this Court enter an order dismissing all of Plaintiff's claims against CalPac and for such other relief to which CalPac is justly entitled.

**RESPECTFULLY SUBMITTED** this 23rd day of July, 2007.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

BY: _____
VINCENT LEON GUERRERO
*Attorneys for Defendant California Pacific Technical Services LLC*

V49\08130-03
G:\WORDDOC\PLD\VLG\208A-MTN SUMM JUDGMENT RE L CHARFAUROS RE VAN METER V CALPAC.DOC