VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant California Pacific Technical Services LLC*

FILED
DISTRICT COURT OF GUAM
JUL 24 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV05-00037<br><br>**CERTIFICATE OF SERVICE** |

I, **ARIES J. MENDIOLA**, hereby certify that true and correct copies of the following documents:

1. MOTION FOR SUMMARY JUDGMENT RE HENRY G. VAN METER;
2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE HENRY G. VAN METER;
3. DECLARATION OF BARBARA MARIE CRUZ IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE HENRY G. VAN METER;
4. MOTION FOR SUMMARY JUDGMENT RE JERRY APODACA, JR.;
5. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE JERRY APODACA, JR.;
6. DECLARATION OF BARBARA MARIE CRUZ IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE JERRY APODACA, JR.;
7. MOTION FOR SUMMARY JUDGMENT RE JOSEPH J. HERNANDEZ;

ORIGINAL

8. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE JOSEPH J. HERNANDEZ;

9. DECLARATION OF BARBARA MARIE CRUZ IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE JOSEPH J. HERNANDEZ;

10. MOTION FOR SUMMARY JUDGMENT RE JOSEPH T. MENDIOLA;

11. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE JOSEPH T. MENDIOLA;

12. DECLARATION OF BARBARA MARIE CRUZ IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE JOSEPH T. MENDIOLA;

13. MOTION FOR SUMMARY JUDGMENT RE LARRY L. CHARFAUROS;

14. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE LARRY L. CHARFAUROS;

15. DECLARATION OF BARBARA MARIE CRUZ IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE LARRY L. CHARFAUROS;

16. MOTION FOR SUMMARY JUDGMENT RE ANTHONY C. ARRIOLA;

17. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE ANTHONY C. ARRIOLA;

18. DECLARATION OF BARBARA MARIE CRUZ IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE ANTHONY C. ARRIOLA;

19. MOTION FOR SUMMARY JUDGMENT RE ROBERT B. CRUZ;

20. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE ROBERT B. CRUZ;

21. DECLARATION OF BARBARA MARIE CRUZ IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE ROBERT B. CRUZ;

22. MOTION FOR SUMMARY JUDGMENT RE ROLAND F. MENDIOLA;

23. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE ROLAND F. MENDIOLA;

24. DECLARATION OF BARBARA MARIE CRUZ IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE ROLAND F. MENDIOLA;

25. MOTION FOR SUMMARY JUDGMENT RE JAMES S. YEE;

26. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE JAMES S. YEE;

27. DECLARATION OF BARBARA MARIE CRUZ IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE JAMES S. YEE;

28. MOTION FOR SUMMARY JUDGMENT RE TEDDY B. CRUZ;

29. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE TEDDY B. CRUZ;

30. DECLARATION OF BARBARA MARIE CRUZ IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE TEDDY B. CRUZ;

31. MOTION FOR SUMMARY JUDGMENT RE JESSE B. CRUZ;

32. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE JESSE B. CRUZ;

33. DECLARATION OF BARBARA MARIE CRUZ IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE JESSE B. CRUZ;

34. MOTION FOR SUMMARY JUDGMENT RE JOHN L.G. NAUTA;

35. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE JOHN L.G. NAUTA;

36. DECLARATION OF BARBARA MARIE CRUZ IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE JOHN L.G. NAUTA;

37. MOTION FOR SUMMARY JUDGMENT RE JOSEPH P. BABAUTA;

1. 38. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE JOSEPH P. BABAUTA; AND
2. 39. DECLARATION OF BARBARA MARIE CRUZ IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE JOSEPH P. BABAUTA.
3. 40. DECLARATION OF JOHN T. HEALY IN SUPPORT OF EACH OF CALPAC'S MOTIONS FOR SUMMARY JUDGMENT.

filed herein on July 23, 2007, was served upon the following on July 23, 2007:

> DELIA LUJAN, ESQ.
> LUJAN AGUIGUI & PEREZ LLP
> 300 PACIFIC NEWS BUILDING
> 238 ARCHBISHOP FLORES STREET
> HAGÅTÑA, GUAM 96910

and upon the following on July 24, 2007:

> ELYZE MCDONALD, ESQ.
> CARLSMITH BALL
> BANK OF HAWAII BUILDING
> SUITE 401
> 134 WEST SOLEDAD AVENUE
> HAGÅTÑA, GUAM 96910

DATE: JULY 24, 2007

_____
ARIES J. MENDIOLA

```
V63\08130-03
G:\WORDDOC\PLD\VLG\197D-COS MTN, MEMO & DECL SUMM JUDGMENT
RE VAN METER V CALPAC CIV05-037.DOC
```