LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT OF GUAM
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br>-vs-<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>**MOTION FOR ENLARGEMENT OF TIME; DECLARATION OF SERVICE** |

Before this Honorable Court come Plaintiffs Henry G. Van Meter, Jerry Apodaca, Jr., Joseph J. Hernandez, Joseph T. Mendiola, Larry L. Charfauros, Anthony C. Arriola, Robert B. Cruz, Roland F. Mendiola, James S. Yee, Teddy B. Cruz, Jesse B. Cruz, John L.G. Nauta, and John P. Babauta, respectfully requesting an enlargement of time for Plaintiffs to file oppositions and supporting declarations or affidavits to Defendant Calpac's summary judgment motions which were filed herein July 23, 2007.

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Motion for Enlargement of Time

Case 1:05-cv-00037  Document 355  Filed 07/31/2007  Page 1 of 4

1

Federal Rule of Civil Procedure 6(b) provides that "the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period [for an act to be done] enlarged if request therefor is made before the expiration of the period originally prescribed ...."

Here, this motion is timely made as Plaintiffs' oppositions to Calpac's summary judgment motions are not yet due, as the summary judgment motions were filed on July 23, 2007. Good cause for an enlargement of time exists in that the discovery produced in this matter is voluminous and Plaintiffs' counsel requires more time to go through the documents and prepare supporting declarations or affidavits or other appropriate documents. This case involves 13 plaintiffs and 13 Calpac's summary judgment motions seek judgment against each of the plaintiffs who have varied circumstances. To oppose Calpac's motions requires Plaintiffs' counsel to review thousands of pages of discovery produced by the defendants in this matter, as well as thousands of pages of transcripts of depositions of each of the 13 Plaintiffs, as well as numerous other witnesses, such as Dennis Clark, Don Harper, Russell Hatfield, William Ward, John Healy, John Cruikshank, and Norman Santos. (See Lujan Decl. ¶¶ 2-24.) Enlargement of time is also requested for the further reason that not all deposition transcripts have been completed and, in fact, one was received by Plaintiffs' counsel as late as one day prior to the filing of this motion. (See id. ¶¶ 23-24.)

Enlargement of the time to file oppositions would not prejudice Calpac or any other party to this matter, especially as there is still pending Plaintiffs' motion to amend the First Amended Complaint.

Therefore, Plaintiffs request an order enlarging the time for Plaintiffs to file oppositions to Calpac's summary judgment motions, as well as declarations or affidavits and other appropriate documents in support of the oppositions, for at least two (2) additional weeks.

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Motion for Enlargement of Time

2

Case 1:05-cv-00037    Document 355    Filed 07/31/2007    Page 2 of 4

1 | **RESPECTFULLY SUBMITTED** this 31st day of July, 2007.

2 |                               **LUJAN AGUIGUI & PEREZ LLP**

By: _____
**DELIA LUJAN**
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Motion for Enlargement of Time

Case 1:05-cv-00037  Document 355  Filed 07/31/2007  Page 3 of 4

3

# DECLARATION OF SERVICE

I, Delia Lujan, hereby declare under penalty of perjury of the laws of the United States, that on July 31, 2007, I will cause to be served, via hand delivery, a true and correct copy of the Motion for Enlargement of Time and Declaration of Delia Lujan in Support of Motion for Enlargement of Time upon the following:

**VINCENT LEON GUERRERO, ESQ.**
**BLAIR STERLING JOHNSON**
**MOODY MARTINEZ & LEON GUERRERO, P.C.**
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910-5205
Telephone (671) 477-7857
Facsimile (671) 472-4290
Attorneys for Defendant California Pacific Technical Services LLC,

**ELYZE J. MCDONALD, ESQ.**
**CARLSMITH BALL, LLP**
401 Bank of Hawaii Building
134 West Soledad Avenue
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375
Attorneys for Defendant Dynamic Technical Services

Dated this 31st day of July, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
**DELIA LUJAN**
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Motion for Enlargement of Time

Case 1:05-cv-00037   Document 355   Filed 07/31/2007   Page 4 of 4

4