LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br>-vs-<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>**DECLARATION OF DELIA LUJAN IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME** |

I, DELIA LUJAN, hereby declare and state as follows:

1. I am an attorney representing all the plaintiffs in this matter.

2. In this case, discovery was conducted among each of the 13 Plaintiffs and Defendants Calpac and Dynamic Technical Services ("DTS").

3. Responses to Plaintiffs' interrogatories were received from Defendants Calpac and DTS.

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Declaration of Delia Lujan

1

4. Responses to Plaintiffs' requests for production of documents were received from Defendants Calpac and DTS, who collectively produced over 1000 pages of documents.

5. The deposition of Plaintiff Anthony C. Arriola was taken and the transcript of said deposition contains 69 pages and three exhibits.

6. The deposition of Plaintiff Jesse B. Cruz was taken and the transcript of said deposition contains 120 pages and two exhibits.

7. The deposition of Plaintiff John L.G. Nauta was taken and the transcript of said deposition contains 140 pages and three exhibits.

8. The deposition of Plaintiff Roland F. Mendiola was taken and the transcript of said deposition contains 78 pages.

9. The deposition of Plaintiff Henry G. Van Meter was taken and the transcript of said deposition contains 97 pages.

10. The deposition of Plaintiff James S. Yee was taken and the transcript of said deposition contains 111 pages and nine exhibits.

11. The deposition of Plaintiff Robert B. Cruz was taken and the transcript of said deposition contains 46 pages and one exhibit.

12. The deposition of Plaintiff Jerry Apodaca, Jr., was taken and the transcript of said deposition contains 94 pages and four exhibits.

13. The deposition of Plaintiff Joseph T. Mendiola was taken and the transcript of said deposition contains 113 pages and three exhibits.

14. The deposition of Plaintiff Teddy B. Cruz was taken and the transcript of said deposition contains 112 pages and two exhibits.

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Declaration of Delia Lujan

2

Case 1:05-cv-00037   Document 356   Filed 07/31/2007   Page 2 of 4

15. The deposition of Plaintiff Larry L. Charfauros was taken and the transcript of said deposition contains 114 pages and seven exhibits.

16. The deposition of Plaintiff John P. Babauta was taken and the transcript of said deposition contains 94 pages and three exhibits.

17. The deposition of John Healy was taken and the transcript of said deposition contains approximately 731 pages and 41 exhibits.

18. The deposition of William Ward was taken and the transcript of said deposition contains approximately 308 pages and 33 exhibits.

19. The deposition of Donald J. Harper was taken and the transcript of said deposition contains 188 pages and 8 exhibits.

20. The deposition of Russell A. Hatfield was taken and the transcript of said deposition contains 92 pages and one exhibit.

21. The deposition of Norman S. Santos was taken and the transcript of said deposition contains 51 pages.

22. The deposition of Thomas Q. Cruz was taken and the transcript of said deposition contains 35 pages.

23. The deposition of Debra B. Cruz was taken and the transcript of said deposition, received by my law office on or around July 30, 2007, contains 36 pages.

24. The deposition of John Cruikshank was taken and the transcript of said deposition has not yet been received by my office, as the court reporter informed my office today that it is still being processed.

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Declaration of Delia Lujan

Case 1:05-cv-00037　　Document 356　　Filed 07/31/2007　　Page 3 of 4

3

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct to the best of my knowledge and belief.
3  Executed this 31st day of July, 2007, in Hagåtña, Guam.

**LUJAN AGUIGUI & PEREZ LLP**

By: _____
**DELIA LUJAN**
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Declaration of Delia Lujan

Case 1:05-cv-00037    Document 356    Filed 07/31/2007    Page 4 of 4

4