LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br>-vs-<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>DECLARATION OF JOSEPH J. HERNANDEZ IN SUPPORT OF OPPOSITION TO DEFENDANT CALPAC'S MOTION FOR SUMMARY JUDGMENT |

**FILED**
DISTRICT COURT OF GUAM
AUG - 6 2007
JEANNE G. QUINATA
Clerk of Court

I, JOSEPH J. HERNANDEZ, hereby declare and state as follows:

1. I am a plaintiff in this matter.

2. I am Chamorro/Pacific Islander and I am from Guam.

3. I worked at Calpac from approximately February 2004 until late September 2004, when I was injured on the job. After that, I was on disability leave until several months ago when my benefits were terminated.

4. During the period I worked at Calpac, I worked on an MCI project where Dennis Clark ("Clark") acted as a supervisor, superior to myself.

5. Clark supervised the work of myself, my co-workers, my immediate supervisors, and even Don Harper, the Calpac superintendent.

6. While I worked on the MCI project, around July or August through September 2004, Clark on at least four occasions called me and/or some co-workers, who were also Chamorro/Pacific Islanders, "island monkeys" or "monkeys," which I found to be extremely offensive and uncalled for.

7. On at least one occasion, Clark called me and other Chamorro/Pacific Islander co-workers "island monkeys" or "monkeys" while we were laboring under harsh conditions, trenching under the hot sun.

8. On at least one other occasion, Clark called me and other Chamorro/Pacific Islander co-workers "island monkeys" or "monkeys" while screaming furiously about the work being performed on the project.

9. Each time after Clark called me and other co-workers "island monkeys" or "monkeys," I and my co-workers who were present were extremely upset, demoralized, and humiliated, especially to be insulted and degraded by a person who was considered by the workers to be the highest-ranked supervisor on the field. In fact, everyone, including myself, was so outraged by Clark that we were close to revolt.

10. My co-workers and I were so upset and disgusted that, soon after about two of the incidents I witnessed, we complained to Calpac supervisors about the maltreatment by Clark.

11. Besides being directly called an "island monkey" by Dennis Clark on about four separate occasions, I heard from other co-workers, who were Chamorro/Pacific

Islanders, while working on the MCI project, that they also were referred to as "island monkeys" or "monkeys" on other occasions.

12. Since being called an "island monkey" by one of my superiors on at least four separate occasions and hearing that other co-workers were also being referred to as "island monkeys" or "monkeys," it was very difficult for me to continue to go to work, especially since I would become very upset and disturbed whenever I would see Clark on the jobsite and it appeared that nothing was being done by my superiors to discipline Clark or otherwise remedy and prevent the discrimination I suffered.

13. I have never witnessed or heard of Clark being scolded or disciplined in any way or thrown off a job site due to his "island monkey" or "monkey" comments.

14. Shortly after the "island monkey"/"monkey" incidents and my complaints, Calpac started working me and other co-workers harder. In fact, I believe that my injury was caused by Calpac working me harder as a result of the discrimination I suffered from Clark and my complaints regarding Clark, as I was forced to work a jackhammer in the rain even though I told my superior that I did not know how to use a jackhammer.

15. Besides Calpac working the employees harder, Calpac also shortened the time for employee breaks.

16. I do not recall Clark referring to non-Chamorros or non-Pacific Islanders as "monkeys" or "island monkeys."

17. As a result of Clark's comments and Calpac's failure to appropriately address the situation, my self-esteem dropped low and I felt that Calpac agreed with Clark's comments.

18. As a result of the discrimination I suffered, I filed charges with the Equal Employment Opportunity Commission against Calpac, Dynamic Technical Services, and MCI.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.
3  Executed this ___6___ day of August, 2007, in Hagåtña, Guam.

_Hernandez_
**JOSEPH J. HERNANDEZ**