ORIGINAL

1  **LUJAN AGUIGUI & PEREZ** LLP
   Attorneys at Law
2  Pacific News Building, Suite 300
   238 Archbishop Flores Street
3  Hagåtña, Guam 96910
   Telephone (671) 477-8064/5
4  Facsimile (671) 477-5297

5  *Attorneys for Plaintiffs*

**FILED**
DISTRICT COURT OF GUAM

AUG - 6 2007

**JEANNE G. QUINATA**
**Clerk of Court**

6      **IN THE UNITED STATES DISTRICT COURT OF GUAM**

7          **FOR THE TERRITORY OF GUAM**

8

9   HENRY G. VAN METER, JERRY
    APODACA, JR., JOSEPH J.
10  HERNANDEZ, JOSEPH T. MENDIOLA,
    LARRY L. CHARFAUROS, ANTHONY
11  C. ARRIOLA, ROBERT B. CRUZ,
    ROLAND F. MENDIOLA, JAMES S.
12  YEE, TEDDY B. CRUZ, JESSE B. CRUZ,
    JOHN L.G. NAUTA, and JOHN P.
13  BABAUTA,

14                    Plaintiffs,

           -vs-
15
    CALPAC, DYNAMIC TECHNICAL
16  SERVICES, MCI, JOHN HEALY,
    DENNIS CLARK, WILLIAM WARD, JAI
17  JAMES, and DOES 1 through 10,

18                    Defendants.

CIVIL CASE NO. 05-00037

**DECLARATION OF DELIA LUJAN IN
SUPPORT OF EACH OF PLAINTIFFS'
OPPOSITIONS TO DEFENDANT
CALPAC'S MOTION FOR SUMMARY
JUDGMENT**

19

20  I, DELIA LUJAN, hereby declare and state as follows:

21  1.  I am an attorney representing all the plaintiffs in this matter.

22  2.  This declaration is submitted in support of each of the plaintiffs' oppositions to

23  Defendant Calpac's motions for summary judgment, which are filed

24  contemporaneously herewith.

25  3.  Attached hereto as Exhibit 1 are true and correct copies of the cover page, various

26  excerpts, and the Reporter's Certificate of the deposition of Donald J. Harper taken on

27

28  February 16 and 20, 2007.

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Declaration of Delia Lujan

1

4. Attached hereto as Exhibit 2 are true and correct copies of the cover pages, various excerpts, and the Reporter's Certificate of the deposition of William Ward taken on May 16 and 23, 2007.

5. Attached hereto as Exhibit 3 are true and correct copies of the cover page, various excerpts, and the Reporter's Certificate of the deposition of John Douglas Cruikshank taken on May 21, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of August, 2007, in Hagåtña, Guam.

_____
**DELIA LUJAN**

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Declaration of Delia Lujan

Case 1:05-cv-00037     Document 380     Filed 08/06/2007     Page 2 of 58

2

# EXHIBIT 1

# IN THE DISTRICT COURT OF GUAM

HENRY G. VAN METER, JERRY APODACA) CIVIL CASE NO. CIV05-00037
JR., JOSEPH J. HERNANDEZ, JOSEPH )
T. MENDIOLA, LARRY L. CHARFAUROS,)
ANTHONY C. ARRIOLA, ROBERT B. )
CRUZ, ROLAND F. MENDIOLA, JAMES )
S. YEE, TEDDY B. CRUZ, JESSE B. )
CRUZ, JOHN L.G. NAUTA, and JOHN )
P. BABAUTA, )
                           )
             Plaintiffs, )
                           )
         vs. )
                           )
CALPAC, DYNAMIC TECHNICAL )
SERVICES, MCI, JOHN HEALY, DENNIS)
CLARK, WILLIAM WARD, JAI JAMES )
and DOES 1 through 10, )
                           )
           Defendants. )

COPY

## DEPOSITION OF DONALD J. HARPER

Taken on Behalf of California Pacific Technical Services

BE IT REMEMBERED That, pursuant to the Federal Rules of Civil Procedure, the deposition of **DONALD J. HARPER** was taken before Cecille A. Flores, a Certified Shorthand Reporter, on the 16th and 20th days of February 2007, in the offices of Blair Sterling Johnson Martinez & Leon Guerrero, Suite 1008, Pacific News Building, 238 Archbishop Flores Street, Hagatna, Guam.

Flores Court Reporting
Suite 2E, Jugo Building
618 Route 8
Barrigada, Guam 96913
Tel: (671) 734-1041 * Fax: (671) 734-1045

Case 1:05-cv-00037    Document 380    Filed 08/06/2007    Page 4 of 58

1    Q    Were your responsibilities limited to the MCI

2    contract?  Did you have other responsibilities as well?

3    A    I had a few other responsibilities at the time.

4    Q    What percentage of your time was devoted to the MCI

5    contract would you say?

6    A    95 percent.

7    Q    95 percent?

8    A    Guessing.

9    Q    Can you describe for us what the MCI contract was?

10   A    It was to install a fiber optic connection from the

11   MCI building in Agana to NCTAMS NASA complex.

12   Q    What was the route they took to get from MCI here in

13   Agana?

14   A    Up through Agana, through Tiyan, down the cliffline

15   through Harmon Industrial Park, back through the back road of

16   Fatima, come up Route 1, down Route 3, back through the

17   jungle into NCTAMS.

18   Q    Did the MCI project, was it divided into phases or

19   how did it go?

20   A    I believe it was -- I think there were three phases.

21   They called them three phases, yes.

22   Q    Do you remember what the three phases were?

23   A    Yeah, it wasn't really -- I don't know if there was

24   a contractual breakdown, but I know when it was broken down

25   into phases of making it through Agana.  It was kind of a

1      A      Just, I guess, for what an owner does.

2      Q      But he wasn't involved in the day-to-day operations

3  of the company?  That was you and Bob and Tim?

4      A      No, he was aware of the day-to-day.  There was daily

5  communication with him.  I mean, other than that, that's as

6  close as it got.

7      Q      Did he do the job interviews with the prospective

8  laborers?

9      A      No, I don't believe so.

10     Q      Who did that?

11     A      Either be me, Bob or Tim Camacho or Tim Camacho's

12  replacement and I can't remember his name.  After that.

13     Q      What was the role of Dennis Clark?

14     A      Dennis Clark was -- he was a representative of MCI.

15  He was basically quality control, I would guess.  For MCI.

16  He was there to make sure that the product was installed per

17  their specifications.

18     Q      You had MCI provide a set of specifications you were

19  supposed to follow?

20     A      Yes.

21     Q      Describe how those were presented to you.

22     A      Drawings with details.

23     Q      Do they also have a manual of specifications?

24     A      Not really.  Not that I know of.

25     Q      So you say he was the quality control.  Was he then

1  also the representative of MCI on the project as far as you

2  know?

3      A    He said he was, yes.

4      Q    Did anyone else tell you what his role was?

5      A    Yeah, John Healy and Bob Thompson told me he was the

6  representative of MCI.

7      Q    Now, as part of this hiring process, did you require

8  police clearances from the different prospective employees?

9      A    Not to my knowledge.  I don't know.

10     Q    Do you know if any of these people that you hired

11 had criminal records?

12     A    I think they did.

13     Q    You think you did but you don't know for sure?

14     A    Well, I can't speak for all of them.  I know that --

15 I know of one or two of them because I knew Henry Quintanilla

16 did some time but as far as all of them, I can't say.

17     Q    You didn't know?  Okay.  You say Healy was the

18 owner.  Was he working at a different place at the time when

19 you first started?

20     A    MCV.

21     Q    So that was his full-time job at Marianas Cable?

22     A    I think so.

23     Q    You say he started, you believe, sometime in early

24 2004?

25     A    I'm not sure but that sounds about right.

1      A    Yeah, I think -- I think it was his replacement.  He

2    moved into his office.  His name was Bill but I cannot

3    remember his last name.

4      Q    Does Bill Ward sound familiar?

5      A    Yes, Bill Ward.

6      Q    Do you remember when that was?

7      A    No, I don't remember the exact date.

8      Q    In your prior construction experience, did you work

9    with any telecommunications installations, fiber optics,

10   communication lines?

11     A    Yes.

12     Q    What was that experience?

13     A    About the same.  Basically, the installation of the

14   trunk line, the conduit, replacement of the fiber.

15     Q    Where was that?

16     A    In California, Kansas a little bit, Alaska.

17     Q    What was your relationship with Dennis Clark?

18     A    Working relationship, basically.  Basically,

19   day-to-day conversations about the project.

20     Q    Were you in the field 100 percent of the time?

21     A    100 percent?  No.

22     Q    How much of your time do you think you spent in the

23   field with your crew?

24     A    90 percent.

25     Q    How much time did Dennis Clark spend with the crew?

1       A    I don't know how much Dennis Clark worked, but he

2   was there on site, I would say, 85 to 90 percent of the time.

3       Q    85 to 90 percent of the time?

4       A    Yeah.

5       Q    So certain hours a day or six or seven hours a day

6   he was right there with the crew?

7       A    Yeah, pretty much.  I mean, except for long lunches

8   and stuff, he was -- he was there.

9       Q    Did your relationship with Dennis Clark deteriorate

10  at any point in time?

11      A    My working relationship?

12      Q    Yes.

13      A    Yes.

14      Q    When was that, do you recall?

15      A    Probably the last six weeks of my employment with

16  CalPac.

17      Q    What was the cause of that?

18      A    It was his comments and things that he would make

19  and the working relationship that was between him and the

20  employees.

21      Q    Did you ever have disagreements about the quality of

22  the work that your crew was performing?

23      A    Yes.

24      Q    What were some of those disagreements?  Describe

25  them.

1     A    I believe he did, yes.

2     Q    Had you ever worked on any other project with MCI

3  and worked with their specifications before?

4     A    No.

5     Q    So did you ever have any altercations with him on

6  the job site?

7     A    Arguments?

8     Q    Yes.

9     A    Yes.

10    Q    How many arguments did you have with him?

11    A    Three or four.

12    Q    Would you remember when was the first one?  This one

13  in Agana?

14    A    Yeah, first one was in Agana.

15    Q    What's a next one that you can remember?

16    A    And I clarify argument, it was just a disagreement.

17    Q    Okay, fair enough.

18    A    Okay.  I don't know, I think it was in Tiyan.

19    Q    Tiyan?

20    A    Tiyan.

21    Q    What was the disagreement about?

22    A    I got a phone call from one of my guys that one of

23  my foreman's on the job said that he was caught referencing

24  the employees as monkeys and they were upset and wanted me on

25  site.

1    Q    Why aren't you on the site that day?

2    A    I was in the office doing some report for John

3 Healy.

4    Q    Do you remember when or about that was time wise?

5    A    No, I don't.  I mean, it's no --

6    Q    Was it still in Phase 1 or one of the later phases?

7    A    I think that's kind of the Phase 2.  I'm -- I can't

8 really remember but --

9    Q    So you don't recall the date?

10    A    No.

11    Q    Who was the employee that called you?

12    A    Henry Quintanilla.

13    Q    What did Henry Quintanilla tell you to the best as

14 you can recall?

15    A    When I arrived on site, I guess there was a deep

16 excavation area that Dennis wanted things to move faster,

17 didn't like the way they was doin' it and referred to them as

18 monkeys at this time, I believe.  It was just a phrase

19 "monkeys" and they didn't like it so I had conversation with

20 Dennis.

21    Q    Was it a heated conversation?

22    A    Yeah, it kind of got heated because he took it -- I

23 tried to keep it on a professional -- look, just don't treat

24 them this way, don't talk to people this way and -- yeah,

25 there was a lot of arrogance.

1    Q    When was the next incident that you can recall that

2    you had a disagreement with Mr. Clark?

3    A    I believe -- I'm not sure but I believe it was -- we

4    were on the back part of NCTAMS coming through the jungle

5    because there was an area that conduit was installed and they

6    called me, the same thing, and we were pulling fiber.

7    Q    You weren't there that day either?

8    A    I was en route.  We were setting up for a fiber pull

9    and nobody had started yet.

10    Q    Who called you that time or told you about it?

11    A    I think it was Van Meter at this time.        HVM

12    Q    Who is Van Meter?

13    A    Henry Van Meter.

14    Q    Who was Henry Van Meter?

15    A    Henry Van Meter was another one that was not a

16    foreman but he was kind of like a lead man.  If the crew

17    broke away, they were working a different area, he had the

18    responsibility of leadership of certain guys.

19    Q    Henry, his title wasn't foreman?

20    A    I don't believe so but I'm not sure.

21    Q    Did you hire Henry Van Meter also?

22    A    You know, I didn't directly hire anybody.  I didn't

23    have the authority to, in my opinion, but I was part of the

24    interview of Henry Van Meter.

25    Q    Who else interviewed?

1      A     I believe Bob Thompson, and he might have come in

2   when Tim was there.  I'm not sure.

3      Q     Was he hired originally as a lead man or was he just

4   a laborer at first?

5      A     I don't think -- I think the person who hired in as

6   a lead man was Henry.

7      Q     So that means Henry Van Meter would have been

8   promoted sometime during the project?

9      A     Henry Van Meter?

10     Q     Right.

11     A     Henry Quintanilla was the only one hired in as a

12  lead man is what I meant to say.  The others would have been

13  promoted as they showed themselves.

14     Q     So we described this incident in Agana and the

15  incident in Tiyan and incident up near NCS in the jungle.

16  Can you recall any other incidents?

17     A     The last time we had an incident was back in Tiyan

18  again.  I believe I got another call and it had become worse

19  and --

20     Q     Again, you weren't on the job site that day either?

21     A     No, I'm not on the job site.  It's a long job site.

22  This job site was 11 miles long.

23     Q     But I thought you moved one crew --

24     A     No, we do separate out.  And part of my job as a

25  superintendent is to make sure where they moved from the day

1  before was left in the right condition, and part of my job is

2  to explore the job ahead in advance to make sure that when

3  they leave that job site that day, of course they're

4  advancing forward and the reason for my performance was to be

5  on site so I covered kind of a wide area.

6    Q    How many lead men or foremen did you have?

7    A    Henry Quintanilla, Henry Van Meter, and basically as

8  guys that were left with any responsibility, I think they

9  were the only two.

10    Q    Was there a very high turnover of workers?

11    A    No.

12    Q    Did CalPac have to hire additional workers to do the

13  MCI project?

14    A    Yes.

15    Q    How many do you recall they had to hire?

16    A    I don't know.

17    Q    15, 20?  25?

18    A    I'd be guessing.  I'd just be guessing.

19    Q    When you interviewed these people, did you tell them

20  they were being hired for that specific job or just hired

21  generally?

22    A    I don't know that the name of the job was ever

23  mentioned to them, but their job role of what they would be

24  doing was explained.

25    Q    What was supposed to happen to them once the project

Van Meter, et al vs. CalPac, et al: CIV05-00037

26

1    was completed if there was no other work?

2    A    I don't know.

3    Q    You started to describe this fourth incident.  You

4    went back to Tiyan and there was another incident you said

5    that was a more worse one or a worse one.  Can you describe

6    your recollection of that one?

7    A    I pulled up to the site to see Dennis Clark yelling

8    and screaming at the guys on site.  It was -- I don't think

9    Henry Quintanilla was there.  I think it was Henry Van Meter

10   and a few other guys.  There was probably five or six men on

11   site at the time and it became heated about the same

12   comments.  He felt they were covering up conduits without

13   putting the dry mix concrete on the conduits in this area.

14   And basically, when I got there, it got heated between him

15   and I, and he got in his vehicle and left.

16   Q    What did you do?

17   A    I didn't do anything.  I went to the guys and asked

18   them, did you bury any conduit without putting in the dry mix

19   concrete?  And they said yes, they did, so I made them dig it

20   up and fix it.

21   Q    So Mr. Clark's complaint about the quality of the

22   work was valid at that time?

23   A    Well, yeah, except it was his way of handling the

24   complaint was wrong.

25   Q    Okay.  Did you report these complaints or these

1    incidents to anyone?

2        A    Yes.

3        Q    To whom?

4        A    John Healy.

5        Q    When did you do that?

6        A    Uh --

7        Q    Each time, each incident?

8        A    We talked about each incident and the last one, it

9    was a pretty good conversation.

10       Q    When was that, do you recall?

11       A    I don't recall the exact date.  We were fairly close

12   to the Tiyan area.

13       Q    That was what, Phase 2?

14       A    What I remember to be Phase 2.  It's been a while.

15       Q    So where did that conversation take place?

16       A    In the office.

17       Q    Did you report it to anyone else at CalPac?

18       A    There was nobody else there at the time.

19       Q    Did you report any other incidents to anyone else at

20   CalPac?

21       A    No.

22       Q    So the only person you told about these incidents

23   was John Healy?

24       A    John Healy was my only direct contact when these

25   things happened.

1  Marianas Trench and telling Mr. Richard Wyatt that you

2  slashed his tires?

3       A     Absolutely not.

4       Q     Did you ever threaten Mr. Clark?

5       A     No.

6       Q     Did you ever tell him an incident about people

7  getting their knees broken if they crossed you?

8       A     Absolutely not.

9       Q     After this last Tiyan incident, what happened after

10 you had your conversation with John Healy, this longer

11 conversation you say?

12      A     The next day he said he'd rather not be on the MCI

13 project anymore because the working relationship between

14 Dennis and I just wasn't there and he asked me to take over

15 the Tyco project.

16      Q     What was your reaction to that?

17      A     I resigned.

18      Q     Do you know if Mr. Clark had anything to do with

19 Mr. Healy's decision to remove you?

20      A     No, I don't.

21      Q     Do you remember when you resigned?

22      A     Not the exact date, no.

23      Q     Does October 26, 2004 sound about right?

24      A     I don't know.  It could have been.  After that --

25 not 2006.

1　I would just state that objection for the record.

2　　　　　MR. BLAIR:　Objection is noted.

3　BY MR. BLAIR: (Continuing)

4　　Q　　Did Mr. Healy pay you the balance of the 25,000

5　you're demanding?

6　　A　　No.

7　　Q　　So did you consult a lawyer then at that time what

8　your legal remedies might be?

9　　A　　No.

10　　Q　　What did you do?

11　　A　　Nothing.

12　　　　　　　　　　(Exhibit C marked: E-mails.)

13　　Q　　I'm showing you what has been marked as Exhibit C

14　which is a string of e-mails starting with one from Jeff

15　Buehler to dharper210@hotmail.com dated November 25, 2004,

16　subject Dennis Clark.　Are you dharper210@hotmail.com?

17　　A　　Uh-huh.

18　　Q　　It's a message from someone named Jeff Buehler.　Who

19　is Jeff Buehler, do you recall?

20　　A　　I believe he works for MCI, if I recall correctly.

21　　Q　　I'll read the message to you.　Do you remember

22　receiving this message?

23　　A　　Receiving it?

24　　Q　　Yes.

25　　A　　I'm not sure what you're looking at.

1    Q    This e-mail message from Jeff Buehler dated November

2   25, 2004.

3    A    I don't have it.

4    Q    It's on Page 2.

5    A    Mine's blank.

6                        (Off the record at 3:53 p.m.)

7                        (Back on the record at 3:56 p.m.)

8   BY MR. BLAIR: (Continuing)

9    Q    Referring then to Page 2, you see the message I'm

10  talking about?

11   A    Yes.

12   Q    It says "I will be out of the office on vacation

13  from 11/20 to 11/28. In my absence, if you have any project

14  related issues that require immediate attention, please

15  contact my manager." Did you call Mr. Buehler or did you

16  e-mail him or what? Do you recall?

17   A    I have called and I have e-mailed Mr. Buehler. I've

18  spoken to him.

19   Q    Do you recall calling him on or about November 25,

20  2004?

21   A    No.

22   Q    Let's go to the next message. It's from Don Harper

23  with a "cc" to Dennis Clark dated November 25, 2004. Can you

24  read that, please?

25   A    Yes. "In previous e-mails, I explained" --

1    Q    No, no, I'm talking about the one below that.  The

2  one from you.

3    A    "Mr. Buehler, first let me say I'm no longer

4  employed by CalPac.  And the information I feel compelled to

5  make you aware of is solely of my own choice.  My reasons for

6  leaving CalPac were directly due to what can only be

7  described as corrupt and possibly illegal activities by

8  Dennis Clark.  I have an extensive amount of documentation

9  and records to support my allegations.  Of which I will be

10  forwarding to your office via overnight mail shortly.  Along

11  with other company's impacted.  If you would like to discuss

12  the information I have prior to it arriving, feel free to

13  call me."

14    Q    This was the day after you sent the e-mail or the

15  fax to John Healy saying you were going to take every action

16  you could and so you called or you sent this e-mail to

17  Mr. Buehler claiming that you had information supporting your

18  allegations of corrupt activities, illegal activities by

19  Dennis Clark.  What were those corrupt, possibly illegal

20  activities you are referring to?

21    A    I don't recall at this time.

22    Q    You don't recall?

23    A    No.

24    Q    What was the documentation and records that you were

25  referring to?

1    A    I don't know.  I think an IBM now.

2    Q    What did you have at the time?

3    A    I don't know.

4    Q    So you can't explain how it is that you were in on

5    this message that wasn't sent to you?

6    A    No.

7    Q    Did you provide these e-mails to the EEOC?

8    A    I don't recall doing that.

9    Q    You don't recall that either, okay.  Do you know who

10   James Yao is?

11   A    I think James Yao is with the EEOC.

12   Q    If you look at the top it says, from Don Harper to

13   James Yao.

14   A    I see it.

15   Q    Did you send him these e-mails?

16   A    I don't recall.

17   Q    Does this refresh your recollection?

18   A    Not really.  But, I mean, I sent James Yao documents

19   that he requested so --

20   Q    Okay.  But you don't recall what the corrupt

21   activities are which you accused Mr. Clark of?

22   A    Not at this time, no, I don't.  It's been a long

23   time.

24   Q    So do you have any of these records or documentation

25   still that you refer to?

1     A     To my knowledge, I don't have anything.

2     Q     So you can't remember what they were and you have

3   nothing to back up whatever they were so does that mean you

4   were not aware of any corrupt activity on his part?

5     A     I'm not making a statement either way.  I'm just

6   telling you that at this time I don't recall.

7     Q     Okay.  Is there anything you can think of that might

8   refresh your recollection?  Do you have other e-mails or

9   names or records that --

10    A     No.

11    Q     -- you might have in your possession?

12    A     Not that I know of.

13    Q     Okay.  The last message was on November 26, 2004.

14  What's the next thing you did in connection with your dispute

15  with CalPac?

16    A     I don't recall.

17    Q     Do you recall setting up a meeting with CalPac

18  employees at the Marianas Trench?

19    A     No.

20    Q     You didn't call a meeting?

21    A     I don't recall calling any meetings with any

22  employees.

23    Q     Do you recall attending a meeting?

24    A     I recall having several meetings with CalPac

25  employees, but I -- attending them, yes.

1   Q    After you were no longer an employee with CalPac?

2   A    Yes.

3   Q    And these were former CalPac employees or current

4   CalPac employees or a mixture of both or what?

5   A    I think it was a combination of both.

6   Q    Where was the first of these meetings?

7   A    I don't recall where the first meeting was.

8   Q    Do you recall the meeting at Marianas Trench?

9   A    I may have met with them at Marianas Trench.  I

10  don't remember.

11  Q    You don't recall who set up that meeting?

12  A    No.

13  Q    It wasn't you?

14  A    I said I don't recall.

15  Q    You don't recall if it was you or not?

16  A    I don't even recall a meeting at Marianas Trench.

17  Q    When was the next meeting you had with them?

18  A    Again --

19  Q    Was the Marianas Trench meeting the first meeting?

20  A    I don't recall the meeting at Marianas Trench.

21  Q    Do you recall any other meetings?

22  A    I recall having meetings at my house.

23  Q    When were those?

24  A    I don't remember the dates, I just recall having

25  meetings there.

1    Q    Were they in November 2004?

2    A    It's possible they were in 2004.

3    Q    Did you call those meetings?

4    A    No, I didn't call any meetings.

5    Q    Well, who set up the meeting at your house?

6    A    I received calls from several of them knowing if

7    they can meet.

8    Q    Who called you?

9    A    I'm not sure.  I think Joe Mendiola and Henry Van

10   Meter.

11   Q    What did they say?

12   A    They wanted to come over and talk to me and --

13   Q    About what?

14   A    About the racial comments that were being made by

15   Dennis Clark.

16   Q    This was in November?

17   A    I'm not sure.

18   Q    This was after you had no longer worked at --

19   A    Oh, yeah, it was after I didn't work for CalPac.

20   Q    Who was all at these meetings at your house?  How

21   many meetings did they have?

22   A    I think they came over -- I'm guessing two or three

23   times and they were with their wives and children and it --

24   it was a mixture.

25   Q    What was the discussions?

1      A      About the racial comments made by Dennis Clark.

2      Q      Did you encourage them to file EEOC complaints?

3      A      No.

4      Q      You didn't encourage them to file EEOC complaints?

5  Did you contact the EEOC on their behalf?

6      A      I let them use my phone because most of them didn't

7  have telephones -- at my house so I helped them to make

8  contact.

9      Q      You didn't speak to James Yao yourself personally?

10      A      No, they asked me to make calls, if they could use

11  my phone because most of them didn't have home phones.

12      Q      Did you call James Yao?

13      A      I believe I might have contacted James Yao's office

14  for them and then handed them the phone.

15      Q      Did you do anything else with regard to EEOC

16  complaints?

17      A      In reference to -- I had several conversations with

18  Mr. Yao or maybe a lady in his office in respect to it.  I

19  know there were a couple times that they called back and

20  wanted to do telephone interviews with them at my house and

21  those did happen.  I think they even used my home fax to fax

22  papers back and forth.  There were several things along that

23  line.

24      Q      Did you prepare the EEOC complaints for them?

25      A      No.

1    Q    You didn't?

2    A    No, to my knowledge.

3    Q    Who did?

4    A    I don't recall who did.

5    Q    They weren't prepared by you?

6    A    I don't recall preparing anything for them.

7    Q    Did you allow them to use your fax to send the EEOC

8    complaints?

9    A    Sure.

10    Q    So they were sent from your house?

11    A    Yes.

12    Q    They weren't prepared on your computer?

13    A    I didn't know they were prepared on a computer.

14    Q    Well, they weren't prepared on your computer you're

15    saying?

16    A    I don't believe they were.  I thought they were all

17    handwritten.  I'm not sure.

18    Q    Did you have any other meetings?

19    A    At my house?

20    Q    After the EEOC complaints were filed.

21    A    We could have.  I mean --

22    Q    But you don't recall?

23    A    No.

24    Q    Do you recall having a meeting to plan a protest

25    against CalPac?

1      A      I recall them having a meeting to have a protest.

2      Q      Where was that meeting?

3      A      I think one of them might have been at my house

4  because the wives and everyone came over and did their signs

5  and stuff at my house.

6      Q      Who provided the materials for the signs?

7      A      That I don't know.

8      Q      It wasn't you?

9      A      No, it was not me.

10     Q      Did you give them suggestions as to what to put on

11 the signs?

12     A      No.

13                          (Exhibit E marked: Photo of

14                               protest.)

15     Q      I'm showing you Exhibit E, a photograph.  Do you

16 recall seeing this photograph?

17     A      Yes.

18     Q      Are these the signs they made at your house?

19     A      They could be some of the signs.  I don't know which

20 all ones they made at my house to be honest with you.

21     Q      Who wrote the signs?

22     A      I don't know who wrote the signs.

23     Q      Who is the person on the top left that has the sign

24 that says "discrimination is against the law"?  Do you know?

25 Can you recognize that person?

1    A    I think it's Robert Cruz but I'm not sure.

2    Q    The one right in front of it says "support boycott

3  of MCI and CalPac."  Do you know who that is?

4    A    No.

5    Q    Again, you didn't suggest what any of these signs

6  should say?

7    A    No.

8    Q    You didn't write any signs yourself?

9    A    No.

10    Q    You didn't provide any of the materials?

11    A    No, not to my knowledge.

12    Q    Not to your knowledge.  Does that mean you just

13  don't recall whether you did or not?

14    A    I'm saying that I -- for the most part that I

15  remember they brought all their own materials.

16    Q    Were you with them at that protest?

17    A    I went to the protest.  I wasn't with them at the

18  protest.

19    Q    You were at the protest.  Where was this picture

20  taken, do you recall?

21    A    I wasn't here at this protest, no, but I know where

22  this was taken.  I think it was taken at the entrance to

23  Harmon Industrial Park.

24    Q    At the GTA office?

25    A    Yeah, but I was not there.

1  conversations.

2      Q      I'm talking about an interview on the phone.

3      A      I understand.  I never had the feeling that I was

4  doing an interview on the phone with Mr. Yao.

5      Q      You never had a question and answer session?

6      A      No.  It was mainly conversations.

7      Q      Do you recall telling Mr. Yao that CalPac had paid

8  for a vacation to Palau for Dennis Clark and his wife?

9      A      No, I don't recall telling him that.

10     Q      Do you have any reason to believe CalPac paid for

11  vacation for Dennis Clark and his wife to Palau?

12     A      Other than Mr. Healy told me he paid for a vacation

13  for Mr. Clark and his wife.

14     Q      He told you he paid for it?

15     A      Yes.

16     Q      Okay.  But you didn't report that to Mr. Yao?

17     A      I don't recall.

18     Q      Now, I want to go back to how the job worked.  You

19  were the Field Superintendent?

20     A      (Witness nodded head.)

21     Q      And you were on the job, you said 80, 90 percent of

22  the time in the field, correct?

23     A      That's right.

24     Q      And most of the time you were in a concentrated

25  group as the project moved along, although you'd be scouting

Van Meter, et al vs. CalPac, et al: CIV05-00037

59

1   missions from time to time, is that fair to say?

2       A    Yes.

3       Q    And you say that Mr. Clark was there 60 to 70

4   percent of the time?

5       A    No, I thought I said 80 to 90 but --

6       Q    I probably stand corrected.  80 to 90 percent of the

7   time?

8       A    Yeah.

9       Q    Do you recall telling Mr. Yao that he was there

10  maybe one hour a day?

11      A    No.

12      Q    You didn't tell them that?  You don't recall that?

13      A    I don't recall that.

14      Q    Now, who was the person responsible for supervising

15  the work of the employees?

16      A    The quality of the work was basically driven by

17  Mr. Clark.

18      Q    The quality, yeah.  I mean, he would look at the

19  quality and if he didn't like it, he'd say do it over again,

20  is that fair to say?

21      A    That's fair to say.

22      Q    But he wasn't standing there looking over your

23  shoulder at every moment.  Who was he telling what to do and

24  how to do it?

25      A    Henry Van Meter and Henry Quintanilla.

1    Q    And you would be supervising?

2    A    If I had things -- any concerns or anything, I would

3    usually go to Henry, either Henrys, and they relate it to

4    their crews.

5    Q    Are you aware of any occasions when Mr. Clark

6    directly gave instructions to the employees?

7    A    Yeah, a lot.

8    Q    What would be the nature of those instructions?

9    A    He would want fiber handled differently and if

10   somebody was doing it the way he didn't like, he would stop

11   them and tell them to do it like this or if he wanted more

12   coverage over his conduit, he would tell someone to shovel

13   some more right here and walk them along, tell them to shovel

14   some more over there.  If he didn't like the way the traffic

15   control was set up or something like that, he would say

16   something.

17   Q    But that would be part of his job as a quality

18   control person?

19   A    Yeah.  Yeah.

20   Q    Could Mr. Clark fire anybody at CalPac?

21   A    I don't know.

22   Q    Did you ever consult with him with regard to hiring

23   people for CalPac when you were interviewing and hiring

24   people?

25   A    No.

1    Q    Did he ever suggest to you that any particular
2  members of the crew should be removed or fired?
3    A    Yeah, he complained about people but --
4    Q    He complained about them.  Did he ever --
5    A    No.
6    Q    -- suggest they be fired?
7    A    Not to my knowledge.
8    Q    Not to you?
9    A    No.
10   Q    Do you need a break?
11   A    No, I burped.  Sorry.
12   Q    Do you know who took your place after you left as
13 the project superintendent of the --
14   A    No.
15   Q    -- MCI project?
16   A    No.
17   Q    Do you know a man named Russell Hatfield?
18   A    Yes.
19   Q    How do you know Russell Hatfield?
20   A    Met him a few times through the industry.  He owns
21 -- part owner of a bar.  Can't remember the name of it.
22   Q    Back on that one message from you to John Healy
23 where you said, "tell Gloria to bring me the check," who was
24 Gloria?
25   A    She was kind of a head accountant office person.

1    Q    Jesse Cruz.

2    A    I think Jesse was a good worker.  He wasn't there

3  very long, though.

4    Q    Was he a laborer or what?

5    A    He was a laborer.

6    Q    What about Teddy Cruz?

7    A    Fair.

8    Q    What was his job?

9    A    Laborer.

10    Q    Was he a fair worker?

11    A    Yes.

12    Q    John Nauta?

13    A    Hard worker.

14    Q    What was he?

15    A    Fill-in operator.  He was a driver.  I think he had

16  the classification to drive the heavier trucks.

17    Q    Norman Santos.

18    A    Very hard worker.

19    Q    Laborer, what?

20    A    Yes.

21    Q    Joseph Hernandez?

22    A    I don't think I know him.

23    Q    Do you recall a guy got hurt on the job?  Joseph

24  Hernandez got hurt on the job, went on worker's comp?  Does

25  that ring a bell?

1      Q      20 percent?  Okay.

2      A      He spent a lot of his time in his car with maps and

3   his notes and aircon.

4      Q      Whenever a CalPac employee would complain to you

5   about statements that Dennis Clark made, what did you

6   perceive your role to be in receiving that complaint?

7      A      I was their supervisor.  I felt it was the right

8   chain of command.

9      Q      Then what would you do with the complaint?

10     A      I would go to John Healy.

11     Q      What would you tell him?

12     A      I would tell him what was being said in the field.

13     Q      What did you expect John Healy to do?

14     A      I don't know that I had any expectation.  I just

15   reported it.

16     Q      Did you ever follow up with John Healy?

17     A      I guess I just -- no.  I just assumed it wasn't

18   gonna happen again.  He talked to him or something.

19     Q      Did you ever ask Dennis Clark if John Healy ever

20   talked to him about it?  About any statements?

21     A      No.

22     Q      Did any of the employees that complained to you ever

23   ask you what happened with their complaints?

24     A      Yes.

25     Q      Who are those people?

1     A    I think Joe Mendiola, Henry Quintanilla, Henry Van

2  Meter, and -- a lot -- a few of them didn't talk very much.

3  They weren't very vocal.  The more vocal of them.  I can't

4  remember everybody.

5     Q    What would you say to them?

6     A    I'd just tell them I took it to management.

7     Q    While working on the project, did you have a

8  personal relationship with Henry Van Meter?

9     A    Personal relationship?

10    Q    Did you ever hang out with him after work?

11    A    I guess -- I don't know if I'd call it hanging out,

12 but I would say that I've probably had a beer with every

13 employee after work at one time or another.

14    Q    How often would that occur?

15    A    I don't know.  I'd be guessing.  I'd really be

16 guessing.

17    Q    More than once?

18    A    You mean in knowing them?

19    Q    I'm sorry?

20    A    More than once since I've known them?

21    Q    Well, during the project.  I'm trying to find out if

22 it was a weekly thing or less frequent than that?

23    A    No, it was basically the typical construction

24 company.  They would be getting off work and getting together

25 and they're hot and they'd be asking me to stop by and have a

1     Q    At these meetings held at your house, who was

2 present?

3     A    Pretty much everybody that you've got listed on that

4 complaint that you gave me and their wives and children.

5     Q    Who called those meetings?

6     A    It wasn't meetings.  They asked if they could do it

7 at my house because half of them lived up north and half of

8 them lived in Agat and they would come to my house.  And half

9 of them didn't have telephones and they'd just come down to

10 talk.

11    Q    Where is your house?

12    A    I live in Piti by Fish Eye.

13    Q    How did you know they were all coming over?

14    A    They asked me if they could come over.

15    Q    Who is "they"?

16    A    Joe and -- I'm not sure the other ones that called

17 me.  It might have been Henry.  I had more conversations on

18 the phone with Joe Mendiola and Henry and I think Robert

19 Cruz's wife.

20    Q    Henry Van Meter or Henry Quintanilla?

21    A    Henry Van Meter.

22    Q    Could you take us through some of that conversation?

23 Because they're all coming to your house so what exactly did

24 they ask you or tell you?

25    A    Well, they involved me because they had come to me

1   about the complaint about Dennis and they had involved me in

2   it and they wanted to complain about it and it was just,

3   basically, they were sitting around just discussing and

4   brainstorming. That was it.

5      Q    What was your role during the meeting?

6      A    Moral support.

7      Q    What does that mean?

8      A    Moral support. I guess to me it means that if they

9   felt they were honestly discriminated against that they had

10   the right to file a complaint.

11      Q    But it was more than moral support, right, because

12   they used your phone and your fax so --

13      A    It was support, yeah. I mean, I let people use my

14   phone and my fax for a lot of things but yeah, I offered to

15   let them use it when they asked.

16      Q    Did you ever discuss with Dennis Clark any of the

17   complaints CalPac employees had with him?

18      A    Yes.

19      Q    How many times?

20      A    Every time.

21      Q    How many times would that be?

22      A    Three or four. I don't know.

23      Q    Three or four times? Okay. Do you recall the first

24   time you had a conversation with him?

25      A    Yes.

1    Q    Was anybody else there during the conversations?

2    A    His wife.

3    Q    What did you say?

4    A    I -- the first time I was pretty shocked and if I

5 remember correctly I said, Dennis, this is not something you

6 wanna be doing in Guam. I know you must have meant this as a

7 joke, but you need to stop and just let this go.

8    Q    What was his response?

9    A    Maybe you oughta try to get them to work more than

10 complain. I forget what it was but he got pretty upset at

11 me.

12    Q    Do you recall anything else said?

13    A    No, he left.

14    Q    He left?

15    A    Yes.

16    Q    Do you recall where this conversation occurred?

17    A    It was very close to the -- the ID at Tiyan.

18    Q    What's the ID?

19    A    The police ID.

20    Q    The police?

21    A    Guam ID.

22    Q    How long did that conversation last?

23    A    Ten seconds.

24    Q    And the second time?

25    A    (No response.)

1    Q   Was anybody else present?

2    A   When I had the conversation? No, we were probably

3 30 feet from the workers. We had stepped to the side.

4    Q   Stepped inside where?

5    A   His wife was sitting in his van and he was kind of

6 standing next to the door and I pulled up in the parking lot

7 and parked next to him and walked over and talked to Henry

8 Quintanilla and a couple of the other guys and then I walked

9 back over to his van so they were separated by the grass

10 area.

11    Q   Okay. So could anybody hear your conversation?

12    A   No, I didn't want to embarrass him or make him more

13 angry.

14    Q   What did you tell him?

15    A   I just told you what I told him. I told him, I

16 don't think you really want to be doing this. I know it had

17 to have been a joke, but it was a bad joke and you don't want

18 to be doing this on Guam.

19    Q   What was his response?

20    A   Wasn't much of a verbal response at all. It was

21 more of a look of -- I know I took it as mind your own

22 business but he left. You know, I should worry about them

23 working more than I should complaining.

24    Q   Where was the second one?

25    A   That was the first time. I thought we was repeating

1  it.

2      Q    Oh, no.  That was the first time?

3      A    Yes.  Sorry, I thought you were started -- going

4  back over again.

5      Q    No.  Why don't we go to the second one.  I'm sorry,

6  let me back up because you said he had no verbal response

7  just a look.  And then earlier you had said he did say

8  something so --

9      A    No, I said -- I added to that and I said, the only

10  response he made was a very short, brief thing that I should

11  worry about them working instead of complaining.

12      Q    So this occurred at Tiyan, is that correct?

13      A    Yes.

14      Q    Does that mean that that would have occurred during

15  the Phase 2?

16      A    Yeah, I'm not -- I can't really remember when they

17  classified the breaks in the phases.  It was in Tiyan.  I

18  don't recall the breakdowns of the contract right now.

19      Q    Okay.  What about the second conversation?

20      A    The second conversation was an area, I believe,

21  behind NCTAMS.  If I'm not mistaken, the area going through

22  the jungle part.

23      Q    Was anybody else present during that conversation?

24      A    A lot of the men, yes.

25      Q    Do you recall specifically who?

1     A     I remember Henry Van Meter was there, I believe. I

2  know Henry -- I think Henry Quintanilla was there, Jerry

3  Apodaca, Joe Mendiola, I believe. It was a pretty full crew

4  in the area and everybody was on standby.

5     Q     Do you know why?

6     A     Do I know why? Because we weren't allowed to start

7  unless Dennis Clark was on the site.

8     Q     What did the workers tell you?

9     A     That he was yelling at them and referring to them as

10  monkeys and -- the same thing.

11     Q     Do you know what he was yelling at them about?

12     A     Yeah, they had hooked up the fiber without a

13  breakaway and he was upset about it.

14     Q     What impact does that have, hooking up the fiber

15  without a breakaway?

16     A     I don't know that it would have had an impact but

17  it's an MCI requirement to have a breakaway on it so it's

18  their requirement. It's part of the contract.

19     Q     Okay. So were you present when he was yelling at

20  the workers?

21     A     I was present -- I pulled up and I could see he was

22  still having words at the workers when I was getting out, but

23  he had stopped before I got to them. I could see there was

24  conversation going on.

25     Q     So what happened? You got out of your car?

1    A    I asked him to leave the project.

2    Q    You asked Dennis Clark to leave the project?

3    A    Yes.

4    Q    You did that in front of the workers?

5    A    Yes.

6    Q    Was Dennis Clark present when the workers were

7    complaining to you?

8    A    The complaint was called to me over the I-Connect.

9    The radio.

10    Q    Oh, okay. Who called you?

11    A    I can't remember which one of the workers, but I

12    could hear Dennis in the background. I was at the other end

13    of the fiber pull. The fiber pull was -- there was about

14    2,000 feet between hand holes. I was at the exit pit, what's

15    called the exit pit, setting up the guys, working with them.

16    He was at the other end. He happened to leave my end and go

17    to the other end where they were supposed to feed the fiber

18    in.

19    Q    Okay. How far apart was that?

20    A    About 2,000 feet. It's not a visual. It's not --

21    it's kind a back road that went into the back at NCTAMS.

22    Q    I'm sorry, do you recall who called you?

23    A    I don't remember if it was Henry Van Meter or who --

24    no, I don't.

25    Q    What did they say?

1    A    That he was down there yelling at the guys making

2    the same remarks.

3    Q    Did you go over there because of the call?

4    A    Because we were a long ways in the middle of no

5    where, I -- yeah, I was very worried about the situation.

6    Q    So when you got there, who talked to you first?

7    A    I believe Henry Van Meter and I just asked him to

8    just wait. I talked to him later because I wanted to cool

9    the situation down.

10   Q    I'm sorry, but did you talk to Dennis Clark in front

11   of people?

12   A    I asked Dennis to leave. I wanted to talk to Dennis

13   away from everybody. Everybody was very upset and I just

14   wanted to leave the site and talk away from them.

15   Q    So what happened from that point?

16   A    He left. We talked about it and he got angry, he

17   left and I guess he went back and talked to either John Healy

18   or Bill or whoever was at the office. I'm not sure.

19   Q    Do you recall what he said?

20   A    To me?

21   Q    Yes.

22   A    Yeah, he was angry.

23   Q    But do you recall what his words were?

24   A    He was just -- no, he was just angry at the

25   situation. He was just upset and angry. He was using some

1   foul language.  He took it personally.  He felt like someone

2   was doing something to -- I don't know.  Behind his back or

3   something.  I'm not sure.  But he took it really personal.

4       Q      What was he upset about?

5       A      Pulling fiber -- they were supposed to install a

6   breakaway prior to pulling the fiber.  Obviously, the crew on

7   that end had forgot to put the breakaway in the truck.  As

8   opposed to taking the time and admitting they forgot it in

9   the warehouse, they tied the fiber onto the rope and was

10  gonna go ahead and feed it without the breakaway and he

11  caught them.  He was at my end of the job site and he went

12  down to that end and he caught them.  They messed up.

13      Q      So what happened with that conversation?

14      A      I wasn't there.

15      Q      No.  I mean, the conversation between you and him.

16      A      I told him I thought he handled it very

17  unprofessionally and I told him he was right to stop them but

18  the avenue that he took was wrong.

19      Q      What was his response?

20      A      He got angry and left.

21      Q      What did you do?

22      A      I went back to the warehouse and got a breakaway and

23  called the office.  I believe I talked to John Healy and told

24  him I was putting a breakaway on, asked could we pull the

25  fiber.

1    Q    When did you report that incident to CalPac

2   management?

3    A    I believe that would have happened via phone to John

4   Healy because when I went back and got the breakaway, there

5   was nobody there and I just grabbed it out of the warehouse,

6   I brought it back to the site.  It's a lot of money standing

7   around not doing anything that should be pulling fiber and I

8   think en route of going back to the field I made the call to

9   John to either resolve the issue with Dennis or tell me to

10  demobilize the job.

11   Q    Okay.  Do you recall roughly when this occurred?

12   A    No.  I know that we did daily reports on everything.

13   Q    Do you recall roughly when the first conversation

14  occurred?

15   A    I'm better at telling you where they occurred and

16  what stage I was in the job than remembering dates, to be

17  honest with you.

18   Q    What stage was the second conversation?

19   A    We were on the back section coming through the

20  jungle area.  There's a cut off before you go down to

21  Tanguisson.  There a road that cuts off and goes behind the

22  sewer plant.  It goes right straight in the back jungle.  We

23  had carved a road through about a three mile stretch for this

24  fiber.

25   Q    Was that late in the project?

1    A    It was late in the project for my employment.

2    Q    Who were the types of workers that would be doing

3    hooking up fiber without the breakaway?

4    A    I don't think I understand that question.

5    Q    Who were the types of workers that would be tasked

6    to do that project?

7    A    (No response.)

8    Q    Labors?

9    A    You mean what would their title be?

10    Q    Yes, exactly.

11    A    No, they'd be -- one with more experience.  The lead

12    people, people with experience in handling the fiber.  A good

13    laborer could hook fiber up properly but I -- it's not

14    something they would be tasked to do.  That would have

15    probably been the responsibility, if I remember correctly,

16    that was Henry Van Meter and that would have -- if that was

17    his job at that end, then it was his job to make sure that

18    breakaway was on site.

19    Q    Do you recall talking to Henry Van Meter about that?

20    A    Oh, yes.  I was very upset.  I mean, it's part of

21    the spec.  It's something we do for all customers, not just

22    MCI.

23    Q    Moving on to the third time that you had a

24    discussion with Dennis Clark, do you recall where that

25    occurred?

1      A    It was -- I believe it was back up in Tiyan.

2      Q    Do you recall when that might have occurred?

3      A    I don't recall the date.  It's probably -- maybe

4    couple hundred feet south where that new DHL building went

5    in.

6      Q    Do you recall who else might have been present?

7      A    Not everybody, no.  I think Henry Van Meter was

8    there.  I believe Henry Quintanilla was there.  I know there

9    was a lot of laborers around.

10      Q    Okay.  So can you tell me a little bit about this

11    third incident?  How did you become aware of any statements?

12      A    I was called on the radio again.

13      Q    Where were you?

14      A    I was down by the pass and -- the ID area.  The

15    police ID doing a walk-through on the restoration of that

16    area that had been completed, I believe.

17      Q    Who called you?

18      A    I can't remember which one it was who called me on

19    that one.

20      Q    Do you recall what they said?

21      A    Yeah.  There was a big fight going on.  I think it

22    might have been one of the labors who called me because the

23    argument was happening between the foremen and Dennis so I'm

24    not sure which one called me.  There was a section going

25    through the airport that was considered airport property and

1   areas that were considered DPW right of way, public property.

2   The airport property sections which were very vague were on

3   the maps we actually had to mark on the road.  They insisted

4   they be concrete encased with what they call a concrete sand

5   mix -- something dry mix.  So it was very -- it wasn't a

6   common practice that it went in the trench line, but if you

7   happened to be in that area where it happened to be airport

8   property, you had to put it in.

9          And I had marked in advance -- I would mark on the

10  roadway with marking paint that from this point up airport

11  property or DPW.  If it was DPW, it was just dirt backfill.

12  If it was airport between these two areas, you had to do the

13  cement sand mix.  One of the guys parked a truck on my paint

14  mark where the dirt backfill was supposed to end and the

15  cement sand mix was supposed to begin.  The crew had parked

16  the truck on it so they went about 50 feet into this airport

17  property just backfilling with dirt and Dennis came and

18  thought somebody was cheating him and it was basically just

19  that somebody had painted over -- I mean, parked over the

20  paint mark.  It was an oversight.

21     Q     So when the laborer or person called you, what did

22  they say?

23     A     That Dennis was making his remarks but he was

24  cussing and screaming at the guys.  It was mostly calling me

25  telling me he was yelling and screaming at the guys telling

1    them they were ripping him off. It was almost like it was

2    his project. He referred to it as ripping "me" off.

3        Q    What did you do?

4        A    I was pretty upset. I mean, this was the third time

5    into it and when I pulled up I could see him. He was in

6    their face and he was really yelling and screaming at them

7    and I went full pace. You know, to have -- have my words

8    with him. And he spun and went and jumped in his vehicle and

9    left the job site. Never really had anything that I could

10   talk -- he went right straight to the office.

11       Q    So you didn't have a conversation?

12       A    No.

13       Q    When you were there, was he still cussing and

14   screaming?

15       A    He was screaming. I couldn't personally hear the

16   words. When I was getting out, I could still hear him

17   yelling and there was obviously being words said between them

18   because he stopped -- he was heading towards his van and he

19   stopped and turned. I could still tell he was giving remarks

20   back towards the guys he was arguing with. You know, the

21   conversation obviously hadn't finished for him but he left.

22       Q    Did you ever talk to him after he left about what

23   happened?

24       A    It kind of ended there. The conversations didn't

25   get into any more about what happened. It was just between

1    him and I -- the professional respect was gone and it got

2    into the fact that -- you know, your attitude is wrong.  You

3    treat people wrong.  It was my opinion.

4        Q    Did you report this incident to CalPac management?

5        A    I reported it to them because I was called in within

6    about 20 minutes of the incident.

7        Q    Okay.  Who did you talk to?

8        A    I talked to John Healy and -- I didn't talk to him.

9    Bill Ward might have been there.

10       Q    Who were the supervisors at that project during this

11   portion that day?

12       A    The foremen?

13       Q    Yes.

14       A    I think it was Van Meter and Quintanilla but I'm not

15   sure.

16       Q    Are there any other incidents you recall?

17       A    We had a -- the last and fourth one was down towards

18   the ramp.  It was probably my last day on the site.  It

19   wasn't much.  It was more just continued frustration.  Maybe

20   on my part also.  I was frustrated with the situation.  It

21   was just -- it made things hard to work.

22       Q    What occurred on this final incident?

23       A    Again, I don't know if I can remember anything

24   particular happening.  I'm just saying it was so close to the

25   one that just had happened within a few days.  It was -- I

1  think it was just more of the continuation of hard feelings.

2      Q      I'm sorry, did it happen the day after the previous

3  one?

4      A      To the best I remember, it was within a few days.

5      Q      Within a few days?

6      A      As best I remember.

7      Q      What happened?  I'm still not sure if I understand.

8      A      Nothing really happened.  It was just -- still,

9  there was just the short words in passing on the job and --

10     Q      What were those words?

11     A      I don't know.  I can't even remember.  I just know

12 there was no -- there was just no love lost with anybody.

13 Everybody was still frustrated over it.

14     Q      Was anybody else present?

15     A      (No response.)

16     Q      Was anybody else present?

17     A      No.  And again, we didn't -- it didn't last.  I

18 mean, it was just like a three second passing.  It wasn't

19 something -- it was just -- it wasn't a huge conflict or

20 anything.  We had reached a point we weren't talking.

21     Q      Did you ever observe Dennis Clark giving direct

22 instructions to any CalPac workers?

23     A      Yes.

24     Q      Did that happen frequently?

25     A      When he felt it needed to happen.  Yeah.

1    Q    Would it happen on a daily basis?

2    A    No.

3    Q    No?  Could you give me some examples of the direct

4    instructions he would give?

5    A    Yeah.  Again, basically, he would want a certain way

6    of stacking fiber, bend radiuses, placement of conduits, the

7    amount of backfill to be placed, the amount of compaction,

8    separation of rock from soil.  You know, if he thought a guy

9    was shoveling too many rocks in the trench, he would stop him

10   and tell him not to put anything in the trench.  I think it

11   was over an inch and a half.

12   Q    Did Clark ever complain about specific employees to

13   you?

14   A    He -- yeah, he complained about specific employees

15   when they were doing specifically he didn't like, if that

16   makes any sense.  That's the best I can answer that.

17   Q    Do you recall any specific time that he spoke about

18   somebody?

19   A    I can't recall specific details, but I can remember

20   if he thought a guy was handling the fiber too rough or

21   something, he would say something or -- again, if he thought

22   the placement of things weren't what he wanted or what was

23   called for.

24   Q    What was Clark's demeanor on the job site?

25   A    Arrogant.

1    Q    Why do you say that?

2    A    Because he was.  It was my opinion.  I just feel he

3    was arrogant.

4    Q    Did he ever say anything that made you think he was

5    arrogant?

6    A    It was just arrogance.  Yeah, I guess he said a lot

7    of things, obviously, that made me feel that way but I can't

8    pinpoint one isolated situation.  It was just being around

9    somebody for long enough in a working condition that you feel

10   that attitude superiority and he felt like he was working in

11   a third world all the time.

12   Q    Did he ever say anything like that?

13   A    Yes.

14   Q    What did he say?

15   A    He just referred to Guam as being very backwards and

16   he would make comments about another job he did somewhere

17   else.  I may be wrong about South America and he would

18   compare it to that.

19   Q    Have you ever made any verbal threats to Dennis

20   Clark?

21   A    Yes.

22   Q    Could you tell us about the first time you made a

23   verbal threat to him?

24   A    I think I told him that one time I -- I forget what

25   I said.  Get off my job or I'll whoop your ass or something.

1     Q    Why did you tell him that?

2     A    Because he was yelling and screaming and I thought

3  he was going -- he had enough anger going in the crew in the

4  middle of no where.  I thought that that would make him wanna

5  leave because I was afraid if he stayed that somebody was

6  gonna hurt him.  I was really fearful for the situation.  It

7  was that bad and that was the day the -- on the fiber

8  pulling.

9     Q    Did you ever follow through on that threat?

10    A    Absolutely not.  It was just -- I used words in

11 hopes that Dennis would leave and not stay and argue thinking

12 that they would stand there and take it.  I was afraid they

13 was gonna get physical.  I was worried for him.

14    Q    When was the second time?

15    A    I never said there was a second time.

16    Q    I asked you if you made threats to Dennis Clark, you

17 said yes.

18    A    I said one time.

19    Q    Was it one time?  Have you ever committed assault on

20 anybody?

21    A    No.

22    Q    Do you have any information as to threats that were

23 made to Dennis Clark?

24    A    No.

25    Q    How was the work atmosphere during the project?

1          CONTINUED DEPOSITION OF DONALD J. HARPER

2            TUESDAY, FEBRUARY 20, 2007, 2:00 P.M.

3

4          MR. BLAIR:  Back on the record.  We're resuming

5   the continued deposition of Mr. Don Harper.  When we left off

6   last Friday, I think we were starting with cross examination

7   by Ms. Lujan.

8          MS. LUJAN:  Yes, that's correct.

9

10                    CROSS EXAMINATION

11  BY MS. LUJAN:

12     Q    Yes, that's correct.  Good afternoon, Mr. Harper.

13     A    Good afternoon.

14     Q    I just have a few questions.  Just to clarify,

15  Mr. Harper, do you recall to the best of your recollection

16  when you quit your employment at CalPac?

17     A    I know it was October or November, I think.

18     Q    Did you quit before or after Mr. Clark went on a

19  vacation to Palau?

20     A    I quit after a vacation that I know of to Palau.

21     Q    Do you recall if there was an instance, an alleged

22  instance of Mr. Dennis Clark calling the CalPac employees

23  monkeys or island monkeys shortly before he left for Palau?

24     A    I don't know if I can put that time line together.

25     Q    Do you recall having conversations with Mr. Clark,

1   just the two of you?

2       A    Yes.

3       Q    When Mr. Clark would have those conversations with

4   you, those personal conversations, did he ever refer to

5   anyone as a monkey or island monkey?

6       A    Most of our conversations weren't personal, they

7   were professional. They weren't on a personal nature. They

8   were more business oriented.

9       Q    When Mr. Clark would have those conversations with

10  you, whether it be for personal or business related matters,

11  did Mr. Clark use the term monkey or island monkey?

12      A    I heard him use the term. I never heard him refer

13  to it. It was when I was confronting him about the

14  situation, but to say he didn't say the phrase is one thing

15  but I can't claim that I heard him reference the phrase

16  personally, if that makes any sense.

17      Q    But you recall that he did speak the word monkey?

18      A    Yes.

19      Q    In what context did Mr. Clark use the term monkey?

20      A    It was due to the phone calls that -- or radio calls

21  I guess I should say, I-Connect calls that I would receive

22  during this period. I'm not sure it was put into a context.

23  It was about the discussion -- that me being upset, it's

24  gotta stop. I'd quote the phrase, this is what's being said,

25  you're saying this and -- I don't know exactly how to explain

1    that.

2        Q    You remember Dennis Clark telling you or while he

3    was having a conversation with you referring to locals as

4    "those people," correct?

5        A    Correct.

6        Q    How else did Mr. Clark refer to locals in your

7    conversations?

8        A    Umm -- I mean, there was a lot of ways -- not all of

9    them were derogatory.  I'm not sure where you're going with

10   the question.  By name, by --

11       Q    How about the derogatory?

12       A    I guess the -- I mean, "those people," or whatever.

13   I guess that would be the worst, but I'm just saying that I

14   never at work personally heard him directly say the words.  I

15   know that I was called on the site, I would confront him, the

16   words would come up, but it wasn't like I was on site when it

17   happened.  I never claimed to be at the site when these

18   things was happening.  I came to stop it.

19       Q    Now, you testified, maybe it was last week, the

20   first day of your deposition, that Mr. Clark stated that Guam

21   was like a third world country, correct?

22       A    Yes.

23       Q    How did Mr. Clark express his opinion that Guam was

24   like a third world country?  What did he say to express that

25   opinion?

1    A    I'm not sure where his job was, but he compared it

2    to -- I may be wrong, but I thought he had a job in South

3    America or somewhere to that line and he referred to it as

4    backwards, not having the education and the skill sets and

5    the drive that the stateside people would have.

6    Q    So he was saying that locals in Guam did not have

7    the education or drive that statesiders had, to the best of

8    your knowledge or recollection?

9    A    To the best -- yes, and I don't -- he didn't specify

10   a culture, he just specified the population in Guam as a

11   whole.

12   Q    How else did he say that statesiders were better

13   than people in Guam?

14            MR. BLAIR:  Objection.  I don't think that's

15   what he said.  The word "better" wasn't what he said.

16            MS. LUJAN:  Okay, let me just rephrase it.

17   BY MS. LUJAN: (Continuing)

18   Q    How else did he differentiate statesiders from the

19   people of Guam?

20   A    I think that basically covered it.  He just didn't

21   -- he didn't think that people here -- anybody that lived in

22   Guam really wanted to work as hard as anybody else and -- I

23   mean, those were the things he said.  I can't really tell you

24   what he felt other than what he said.

25   Q    So basically, he was saying that people on Guam were