1   lazy?

2      A    I didn't say that.  Just during conversation -- when

3   we had conversation, his comment wasn't so much towards that,

4   it was towards the fact he didn't feel that Guam was ever

5   made to work or had to work because he felt Guam was always

6   given things.

7      Q    Now, you testified last week that you reported the

8   workers' complaints about Mr. Clark to Mr. Healy each time,

9   correct?

10     A    Yes.

11     Q    And what was Mr. Healy's reaction?

12     A    Basically, that he would talk to him.  I don't know

13  that there was a -- I don't know if there was a clarified

14  reaction one way or another but it was --

15     Q    Do you recall Mr. Healy saying that employees needed

16  to work and not complain?  Something to that effect?

17     A    I remember Mr. Clark saying that.  They need to

18  worry more about working than they do about complaining.  I

19  don't remember John so much but that was -- I believe a

20  Dennis Clark statement.

21     Q    When you would report to Mr. Healy the workers'

22  complaints, you would tell Mr. Healy what workers were making

23  the complaints, correct?

24     A    Yes.

25     Q    That was each time that you reported the complaints?

1    A    Yes, I believe so.

2    Q    You stated that you were never on the job site

3    during these alleged discriminatory incidents by Mr. Clark.

4    You testified earlier that you would be called on the radio

5    to go to the site, correct?

6    A    I don't think I said I wasn't on the site.  The site

7    was a big site.  I wasn't in hearing range or I wasn't in

8    visual site but I was on the project, just not that area.

9    Q    When you said last week that you could hear during

10   one of those incidents when you were radioed to go to the job

11   site, that you could hear over the radio or the phone Dennis

12   Clark talking to the workers.

13   A    Loudly, yes.

14   Q    What did you hear him saying?

15   A    I can't remember the exact words but it was all in

16   reference to a fiber pull that we had and I was requested --

17   I was at the other end of the fiber pull and I was requested

18   to come to that end.  I was wondering why the fiber pull

19   hadn't started and my guy told me I needed to get down there

20   to the other end.  I can't tell you exactly -- I just could

21   hear -- I could tell who it was talking.

22   Q    Who is Bill Russell?

23   A    Bill Russell is a gentleman that was brought in at

24   the end of my duration with CalPac.

25   Q    Is he also known as Russell Hatfield?

1    contractor if somebody damages the line, I think they'll pay

2    them to repair it, and they'll pay them to bushcut and keep

3    the, I guess, the pathway where their fibers cleared where it

4    goes through jungle or through the ditch.

5        Q    Did CalPac have a maintenance contract with MCI?

6        A    Not when I worked for them.

7        Q    While you were working for CalPac, was CalPac

8    interested in obtaining a maintenance contract with MCI?

9        A    I can't say I know that.  I'd guess.  I'd be

10   guessing.  Nobody ever said they were gonna go after a

11   maintenance contract.  I knew about it.

12       Q    How did you know about the maintenance contract with

13   MCI?

14       A    Just in -- the fact that -- I think talking about

15   the contract because it was my job to read all the specs and

16   everything else and talking in general with Bob and anybody

17   else that was ever involved that you wanna do a good job and

18   finish it because there'll always be a maintenance contract

19   on the fiber optic line.

20       Q    So you would hear it in discussions in the context

21   of, if you do a good job then we could get a maintenance

22   contract?

23       A    I don't know.  I think that isolates it or

24   oversimplifies it but yeah, I guess.

25       Q    To your knowledge, after you left their employ, did

1    CalPac receive a maintenance contract with MCI?

2        A    Yes.

3        Q    Do you recall when CalPac later obtained that

4    maintenance contract?

5        A    No, I don't recall exactly when.

6        Q    If you could estimate about how many months after

7    you left.

8        A    It may have been a year.  I'm not sure.

9        Q    So it could have been one year?

10       A    Yes.

11       Q    About a year after you left?

12       A    Yes.

13       Q    How long would the job be, the project be for this

14   maintenance contract?

15       A    I'm not sure.  I think it was a one or two year

16   contract.  I'm not sure.

17       Q    So the contract was potentially longer than the MCI

18   contract that CalPac was working on while you were employed

19   with CalPac?

20       A    I'm not sure if I understand.  Is it longer than how

21   long I worked at CalPac?

22       Q    I guess my question is, at the time that you worked

23   with CalPac, CalPac had a contract with MCI to install the

24   fiber optic cables.

25       A    Right.

1    Q    Was this maintenance contract with MCI a longer

2  duration project?

3    A    I'm not sure exactly when they finished the

4  contract.  I worked on it -- it wasn't finished when I left,

5  but the maintenance contract was for that contract.  It

6  didn't exist before that fiber was installed so it -- this

7  job didn't improve on any maintenance thing.  I don't think

8  there was a maintenance contract before that.

9    Q    So the maintenance contract, just to clarify again,

10  you would estimate that to be about a one to two year long

11  project?

12    A    No, no, it's not a project.  My understanding what

13  the maintenance contract is is to maintain a fiber optic line

14  that's already installed.  Meaning, if somebody damaged this

15  existing line, part of your contract would be to repair it or

16  be on-call to repair it or you maintain the markers that are

17  put in to mark the hand holes or you keep the line bushcut if

18  there's an accident or if somebody is doing some work and

19  they call for locate, you go locate it for them.

20    Q    But you understand that with every contract there's

21  a contract term so what was the contract term for the

22  maintenance contract?

23    A    I don't -- I never got involved in the maintenance

24  contract.  I'm just guessing.

25    Q    But you're guessing about one to two years contract?

1       A    Yeah, we talked about it. I mean, it was part of a

2   vague conversation but it was further down the line so it

3   didn't -- I wasn't sure of any details or requirements.

4       Q    Who did you have this conversation with regarding

5   the maintenance contract?

6       A    I think Bob Thompson and possibly Tim and maybe John

7   Healy even talked about it later on. But again, it wasn't a

8   conversation where we sit down and had a meeting to talk

9   about the maintenance contract. It was just something that

10  came up. I might even have talked about it with Dennis. I'm

11  not sure.

12      Q    Do you know how profitable the maintenance contract

13  would have been for CalPac?

14      A    No.

15      Q    What was Dennis Clark's relation to the maintenance

16  contract, if you know?

17      A    I don't know. None that I know of. I don't know.

18      Q    How often did Dennis Clark report to MCI on the

19  progress of the Guam project, the installation of the fiber

20  optic cables?

21      A    I -- if I remember correctly, it was almost daily.

22      Q    What was MCI's response when they learned of the

23  CalPac employees' allegations of discrimination by Dennis

24  Clark?

25      A    I don't know. I never heard a response from

1    A    It helped to be in shape.

2    Q    But not all employees were in shape, correct?

3    A    No.

4    Q    What is the Tycom project? Is it Tycom or Tyco?

5    A    I think it's Tyco now. It used to be Tycom.

6    Q    At the time you were working for CalPac, what was

7    the project called? Tyco or Tycom?

8    A    Tycom.

9    Q    At the time that you were still employed by CalPac,

10   was CalPac working on the Tycom project?

11   A    Yes. While I was employed, yes.

12   Q    At the time that you quit, who was in charge of the

13   Tycom project?

14   A    I guess technically I was because I was assigned to

15   it.

16   Q    And how long were you assigned to the Tycom project

17   prior to your resignation?

18   A    Two days.

19   Q    How many workers were working on the Tycom project

20   during those two days that you can recall?

21   A    There wasn't really anybody working on it. It was

22   basically the coordination of getting it set up.

23   Q    So basically, it was still in the beginning stages

24   and no one was physically working on the Tycom project at the

25   time that you resigned?

1    A    I wasn't work on it. I think his fiber crew might

2  have been pulling some fiber or doing some work on it but

3  nothing that involved me.

4    Q    Whose fiber crews were doing work on the Tycom

5  project?

6    A    CalPac. I think they had pulled some fiber. Part

7  of the job was to pull innerduct and part of it was to pull

8  some fiber and I'm not sure if the fiber part was done or

9  whether it was in the process, but that wouldn't have

10  involved me.

11    Q    But as you said earlier, no one was working on the

12  Tycom project during those two days because you were planning

13  the Tycom project, correct?

14    A    Yeah, John and I were still talking about it.

15    Q    This is right before you quit, correct?

16    A    Yes.

17    Q    To your knowledge, who took over supervising or

18  managing the Tycom project at CalPac?

19    A    I'm not sure, but I think it was a combination of

20  Max and Bill but I'm not sure.

21    Q    By Bill, do you mean who you know to be Bill

22  Russell?

23    A    Yes.

24    Q    Do you recall when CalPac started actually working

25  on the Tycom project? In other words, having employees out

1      Q    That would have been around the time after you had

2    left the company?

3      A    No, not all of them.

4      Q    Describe any earlier ones then because we have the

5    ones in Agana, we have the ones after you had already left

6    CalPac.

7      A    There was communication between Jeff and I or

8    attempted communication between Jeff and I before I left

9    CalPac briefly about some of the -- I wanted to talk about

10   some of the frustrations just didn't go anywhere.

11     Q    Did you ever actually speak with him?

12     A    Yeah, I spoke to Jeff on the phone a couple times.

13     Q    That would be before you left?

14     A    Yes.

15     Q    And you called him or he called you?

16     A    I believe I called Jeff.

17     Q    From where did you call him?

18     A    I may have called him from CalPac office or from my

19   phone -- my cell phone.  I'm not sure.

20     Q    Your cell phone?  You don't recall which one?

21     A    I'm not sure.

22     Q    When you said your concerns, what exactly to the

23   best of your recollection did you tell him?

24     A    I just -- I told him the same complaints I was

25   hearing.  You know, that it was frustrating and -- basically,

1   the same expressions I had expressed to John. From what I

2   was hearing from the guys that it wasn't a good working

3   condition.

4         Q    So you told Mr. Buehler the specific derogatory

5   terms that were deemed derogatory that was allegedly spoken?

6         A    I don't remember if I did or not.

7         Q    So you don't recall if you actually told him what he

8   said other than he was having a problem with your workers?

9         A    Right. I'm not sure if I told him.

10        Q    Just so I understand your testimony also, you were

11  saying that you never yourself personally ever heard Dennis

12  Clark refer to or call any of the CalPac employees monkey or

13  island monkey yourself?

14        A    No.

15        Q    The employee told you that he had said this, is that

16  correct?

17        A    Correct.

18        Q    In fact, I believe you said the worst thing you ever

19  heard him refer to them was "those people." Was that what

20  you said?

21        A    As a derogatory, yeah.

22        Q    You considered that derogatory, that he referred to

23  them as "those people"?

24        A    Yeah, because of the conversation that I felt it was

25  in, yeah. That was the memory I'm set with, yes.

1    Q    Where was that conversation at, do you recall?

2    A    I think it was in the field. I think it was in the

3    field after being called about the situation, trying to talk

4    to him about the situation, trying to put the fire out on the

5    situation and --

6    Q    So would this have been the last Tiyan incident?

7    A    Again, I'm not sure which incident it was. It just

8    would have been during these conversations.

9    Q    In any of these conversations with Dennis Clark, did

10   you tell him what the employees said that he had said?

11   A    Yes.

12   Q    Did he deny that he said it or did he admit it?

13   A    No.

14   Q    He didn't deny it?

15   A    No, he never.

16   Q    Did he admit it?

17   A    No, but he's never denied it.

18   Q    To you?

19   A    To me. That's correct.

20   Q    Now, we talked a couple times about your quitting

21   CalPac. Had you ever threatened to quit CalPac prior to the

22   time after John Healy relieved you of the MCI project?

23   A    After that?

24   Q    Before.

25   A    Yeah, I think I was pretty frustrated with it

| | | |
|---|---|---|
| 1 | A | No, I did not. |
| 2 | Q | Did you provide them any material at all? |
| 3 | A | No, I did not. |
| 4 | Q | What about flyers?  Flyers that were put on cars? |
| 5 | A | No, I didn't provide any flyers. |
| 6 | Q | How about your wife? |
| 7 | A | I'm not married. |
| 8 | Q | Do you have a girlfriend? |
| 9 | A | Yes, I do. |
| 10 | Q | Does she live with you? |
| 11 | A | Yes, she does. |
| 12 | Q | Do you know if she provided any materials or flyers |
| 13 | | to them? |
| 14 | A | No, I do not. |
| 15 | Q | Did you attend any of these protest demonstrations? |
| 16 | A | Yes. |
| 17 | Q | How many of them did you attend? |
| 18 | A | I think two. |
| 19 | Q | Which ones were those? |
| 20 | A | One at MCI and one at CalPac across the street. |
| 21 | Q | The MCI one, was that the first one?  That was at |
| 22 | | MCI on December 20? |
| 23 | A | I think so.  I think so. |
| 24 | Q | You attended the second one at CalPac you say? |
| 25 | A | I'm not sure which one it was, but I did attend one |

1  the exception of the over excavating and things along that

2  line.  The racial thing was towards the end.

3      Q    So up till after Mr. Camacho left and started his

4  own company, there hadn't been any of these incidents?

5      A    Racial stuff?

6      Q    Yes.

7      A    No, not that I recall.

8      Q    Okay.  I just want to reconfirm what you said last

9  week too.  In each of the incidents you described where

10  Mr. Clark allegedly got angry and started making these racial

11  comments or what was perceived by the workers as racial

12  comments, in each of these incidents they had screwed up, is

13  that correct?

14      A    No.

15      Q    Well, the cable pull you talked about where they

16  didn't have a part, they were wrong there you said, right?

17      A    Correct.

18      Q    The time where they didn't put the concrete over the

19  cover, they were wrong there.

20      A    Correct.

21      Q    What about the other incidents?

22      A    The first incident, I think he just thought they

23  were working too slow and -- the last incident was just -- I

24  think it was just a compounded frustration of everybody still

25  remembering what was being said on the job and -- but no, I

1  division.  There was somebody else he pointed to that Dennis

2  was supposed to answer to.

3      Q    Okay.  You mentioned a conversation which Dennis

4  Clark said that Guam didn't have to work because it was

5  always given things.  Do you recall when that conversation

6  occurred?

7      A    I don't know that I said it was like that.

8      Q    Okay.  Do you want to repeat what you said earlier?

9      A    It was kind of like Dennis -- when he'd make a

10 statement it was like, people from Guam didn't really have to

11 work for what they had.

12     Q    For what they had?

13     A    So they don't work very hard.

14     Q    Do you know what that conversation was about?

15     A    No, it was just more of an in general conversation

16 earring Dennis Clark's opinion on life sometimes.

17     Q    Was anybody else involved in that conversation?

18     A    Yeah, I think -- I don't know.  I don't know.  I

19 just can't remember the exact time that conversation -- there

20 were many a times it was spoke about.

21     Q    Do you know what he was referring to?

22     A    Not in particular.  I would assume that -- I'd be

23 guessing.  I don't want to assume.

24     Q    What was your reaction?

25     A    Just more -- kind of like -- I mean, I heard him

1    Q    Okay.  Did Dennis Clark ever complain to you about

2  any CalPac employees?

3    A    On occasion, yes.

4    Q    Do you recall what he said?

5    A    He felt -- yeah, he'd complain about the way they

6  were handling fiber or they weren't getting enough coverage

7  on his conduit or putting his tape -- his MCI marking tape at

8  the right level.  There were times he thought the guys could

9  just work faster.

10    Q    Did he mention anybody in particular?

11    A    When he was making the complaint, usually he did,

12  yes, but I don't remember specifics that -- at the moment,

13  but yeah, he'd tell you then on the spot.

14    Q    He would name a specific person?

15    A    Yeah.

16    Q    Do you recall today any of those specific employees?

17    A    No, I can just recall -- we'd be on the site --

18  because he knew all the guys by name and so and so isn't

19  putting near enough backfill on the conduit or so and so is

20  not separating the rocks on the backfill or they're not

21  handling the fiber correctly.

22    Q    What did you do with what Mr. Clark said?

23    A    I'd take care of the situation.  I'd go talk to

24  them.

25    Q    Did you agree with what Mr. Clark was saying?

1    Q    Which working relationship?

2    A    Mine with Dennis Clark, for the most part.

3    Q    When you left CalPac, were you being transferred

4  over to the Tycom project?

5    A    When -- yeah, sort of.  John Healy came to me and

6  said he was gonna have me take over and do the Tycom.

7    Q    Was Dennis Clark involved in the Tycom project?

8    A    No.

9    Q    So why didn't you take him up on the offer to go

10  work somewhere where Dennis Clark was not?

11    A    I just wasn't happy with the way it came about.  The

12  lack of support.  I just didn't feel that -- if I didn't get

13  support at that time, I would never get it so it was better

14  just to move on.

15    Q    What do you mean by the lack of support?

16    A    I didn't feel John Healy was supportive to me in the

17  situation and I just felt it was better to move on.

18    Q    How did you feel that John Healy was unsupportive?

19    A    I didn't feel that -- I didn't personally feel there

20  was any steps being taken to correct or improve the working

21  conditions with Dennis Clark.

22              MS. McDONALD:  I have nothing further.

23                        (Recess taken at 4:02 p.m.)

24                        (Back on the record at 4:09 p.m.)

25                  RE-CROSS EXAMINATION

1   didn't feel that any steps were being taken to improve the

2   working conditions with Dennis Clark, correct?

3       A    I don't know if I said there weren't any.  What I

4   think I said was I didn't feel he was making any changes that

5   I thought was going to be productive.

6       Q    And by "he," you're referring to John Healy?

7       A    Yes.

8       Q    What kind of changes did you feel he should make

9   that would be productive?

10      A    I know I just assumed that when I reported to John

11  that he'd have a private talk with Dennis about it and I

12  would have thought that the conversation could have gone to

13  the point where Dennis would have stopped.

14      Q    When you say stopped, you're referring to stopped

15  making derogatory comments to the CalPac employees, correct?

16      A    Yeah.  And everything got harder after that.  It was

17  just -- the working relationship in general got harder.

18      Q    Everything got harder after what?

19      A    After the first complaint.

20      Q    After the first complaint that you made to John

21  Healy regarding the derogatory comments?

22      A    After the first complaint was made to me.

23  Everything got harder with Dennis.

24      Q    So you're saying everything got harder with Dennis

25  after employees made the first complaint to you regarding the

1   derogatory comments?

2        A    Yeah -- yes.

3        Q    Where was the MCI office in Guam at the time that

4   you were working at CalPac?

5        A    Agana.

6        Q    How often would CalPac employees be at the MCI

7   office?

8        A    Once we trenched out the area and pulled in the

9   fiber, they were finished in the area.  When we were

10  trenching there and pulling fiber, we were there, of course.

11       Q    So you're saying that part of the MCI project was

12  conducted at the MCI office -- pulling and trenching fibers

13  at the MCI office, correct?

14       A    Yes, the project was to tie the MCI office in Agana

15  to NASA NCTAMS.

16       Q    So the projected started off at the MCI office in

17  Agana?

18       A    Yes, yes.

19       Q    Who from the MCI office in Agana was overseeing the

20  project while the trenching and the pulling was being done at

21  that office?

22       A    Dennis Clark.

23       Q    So Dennis Clark was the only MCI representative

24  during the whole project, that you're aware of, who was on

25  site?

1    A    It wasn't a process.  When John came in, it was

2    gonna be kind of full time and he just asked my opinion.

3    There wasn't -- it wasn't a big company so it wasn't like you

4    had a yearly or six month evaluation where you'd sit down and

5    have a meeting or anything.  It just happened.  It was

6    just...what's your opinion?

7    Q    So there was no formal evaluation process?

8    A    No, no.

9    Q    Didn't rank them or have a score card?

10   A    No, no.

11   Q    So basically, it was just maybe you and John at that

12   time just talked about employees?

13   A    Yeah, he just -- yeah, basically.  It's pretty

14   simple.

15   Q    Did that seem a reasonable way for the company to

16   operate, in your opinion, given the size of the company?

17   A    Yes.

18   Q    You mentioned that Dennis Clark knew each of the

19   employees by name.  How did he come to know their names?

20   A    He was there every day with them.

21   Q    Did they have name tags?

22   A    Yeah, their names were on their -- usually on their

23   hard hats.

24   Q    Did he call them by their first names or last names

25   or what?  Do you recall?

1    Q    Well, you described yourself as a hard ass so you

2  tell me what you meant by that.

3    A    I expect a guy that gets paid for eight hours to

4  work eight hours.

5    Q    Would you consider Dennis Clark to be a hard ass

6  also?

7    A    No.

8    Q    What style would you say he was?

9    A    He was arrogant.

10   Q    Arrogant.

11   A    There's a difference between asking an honest day's

12 work out of a man and the way he would come after people.

13   Q    So you really did not like Dennis Clark, is that

14 fair to say?

15   A    At the end, I had no respect for Dennis and I

16 couldn't like him.

17   Q    When you say the working conditions, were you

18 describing the working conditions between you and Dennis that

19 John couldn't fix?  That doesn't sound like a situation that

20 could be fixed.  Do you think there was any way that a good

21 working relationship could be restored between you and Dennis

22 Clark at the end?

23   A    Well, Dennis Clark and I didn't have to -- it wasn't

24 anything that had to be fixed.  It was a working relationship

25 with the crew that was producing that had to be fixed I felt.

*Van Meter, et al vs. CalPac, et al: CIV05-00037*

183

1   It was the only issue I really had.

2       Q    But Dennis Clark was the customer, right?

3       A    That's right.

4       Q    And he's the person that had to be pleased?

5       A    That's right.

6       Q    And satisfied?

7       A    That's why -- that's what he said.

8       Q    You mentioned that he would go along with his

9   measuring tape and he went to the state where you actually

10  put paint on a shovel so they could measure it.  He was just

11  really enforcing the specifications, isn't that what he was

12  doing?

13      A    No, I painted the shovels.

14      Q    But you did that to help them comply with the

15  specification that Dennis Clark insisted be followed, is that

16  right?

17      A    Yes.

18      Q    Do you know whether the conditions improved after

19  you left or not?

20      A    No, I don't.

21      Q    You have no idea whether after you left things got

22  better or not?

23      A    I don't know.

24      Q    You don't know?

25      A    I don't know.

1   anything that made it seem that way?

2       A    He just -- he just thought -- everything changed.

3   When Dennis first came, he wore long pants, safety shoes,

4   hard hat, safety vest on the job, respected his own rules.

5   After that, it was tennis shoes, shorts, you know, no safety

6   vest if I don't want it.  I don't know.  Just -- you know,

7   like I'm Dennis Clark.

8       Q    He acted as though he didn't need safety apparel?

9       A    He didn't wear it.

10      Q    Did he ever tell you anything to express that he

11  thought people were out to get him as you said?

12      A    No.

13      Q    He didn't say anything to you about that?

14      A    No.

15      Q    Did anybody else comment to you about his change in

16  behavior?

17      A    Yes.  Most of the guys in the beginning liked

18  Dennis.

19      Q    And then what would they say after the first

20  complaint was made?

21      A    Well, I wouldn't say it was right after the first

22  complaint but I mean, it just got worse as -- just the

23  working relationship was gone.  It's hard enough for the guys

24  to be in the sun eight, ten hours a day with a pick and

25  shovel and try and smile and keep each other happy and be

1    under circumstances where you're not happy.  I'm sure it was

2    harder on them.

3        Q    Did you ever feel that your relationship with the

4    employees deteriorated at any point?

5        A    Yeah, I think towards the end the employees thought

6    that I let them down and I think I felt like I did.

7                 MS. McDONALD:  Nothing further.

8

9                    RE-CROSS EXAMINATION

10   BY MS. LUJAN:

11       Q    You just stated that you think that towards the end

12   the employees thought that you let them down.  First of all,

13   when you say towards the end, you're talking about towards

14   the time that you resigned from CalPac, correct?

15       A    Yes.

16       Q    Right before you resigned from CalPac, you think the

17   employees thought you let them down.  Why do you think the

18   employees thought that?

19       A    The employees looked up to me to do something about

20   the situation or to resolve it.  A lot of them wanted to walk

21   away and do things and I kept telling them, just keep going,

22   it'll be fine, I'll take care of it.  And it got no where.

23   I'd talk to the office and --

24       Q    So the employees thought that their complaints to

25   you would help the situation, correct, with Dennis Clark?

1     A     I told them it would.

2     Q     And you feel that you let them down?

3     A     Yeah, I -- it's part of my job to resolve issues on

4  projects.  Yeah, I kind of feel at the end I guess I didn't

5  do it right.

6     Q     How often did you reassure the employees that things

7  would get better with Dennis Clark?

8     A     I don't know.  I'd be guessing.

9     Q     So just to be clear, it's your opinion that the

10  CalPac employees thought you let them down in not resolving

11  the complaints regarding Dennis Clark's derogatory

12  statements, correct?

13     A     I don't know how they felt.  I feel like I let them

14  down.  That was my statement.

15     Q     Can you just explain that a little bit?

16     A     Well, because a lot of them looked up to me because

17  I was the boss.  It was my job to communicate things and when

18  the heated moment came, I went out to calm both parties down

19  and told them, look, I'll talk to them, I'll fix it, don't

20  worry about it, go back to work.

21     Q     How did you try to fix it with Dennis Clark?

22     A     I tried to -- the first initial time I think I just

23  tried to talk to Dennis.  I thought maybe it was just a slip

24  of the tongue and -- that's not what had happened or

25  whatever.

1     Q    How else did you try to resolve the situation?

2     A    Other than talk to Dennis or John, I didn't really

3  know what else to do except tell the guys not to make him

4  angry.

5     Q    You said that most of the guys in the beginning

6  liked Dennis Clark but that later there wasn't a work

7  relationship.  What do you mean when you say that later there

8  wasn't a work relationship with Dennis Clark?

9     A    I don't know if I said work relationship.  I'd have

10  to say camaraderie.  You know, when you take a break, you all

11  stand around and take a break or eat lunch together or

12  something.

13     Q    So you're saying that the working environment just

14  kind of deteriorated after the first complaints?

15     A    The working environment between the individuals,

16  yes.

17     Q    You're talking about the CalPac employees and Dennis

18  Clark, correct?

19     A    Yeah, I think all of us in general.

20          MS. LUJAN:  I don't have any further questions.

21  Thank you very much.

22          MR. BLAIR:  Thank you very much, Mr. Harper.

23  Appreciate your patience with us.

24                          ooOoo

25          [DEPOSITION CONCLUDED AT 4:38 P.M.]

# REPORTER'S CERTIFICATE

I, Cecille A. Flores, a Certified Shorthand Reporter, hereby certify that **DONALD J. HARPER** personally appeared before me at the time and place set forth in the caption hereof; that at said time and place I reported in stenotypy all testimony adduced and other oral proceedings had in the foregoing matter; that thereafter my notes were reduced to typewriting under my direction; and the foregoing transcript, pages 1 to 188, both inclusive, constitutes a full, true, and correct record of such testimony adduced and oral proceedings had and of the whole thereof.

Witness my hand at Barrigada, Guam this 2nd day of March 2007.

Cecille A. Flores
Certified Shorthand Reporter
CSR No. FL-OR-EC-A197NA

## NOTARY PUBLIC'S CERTIFICATE

BARRIGADA ) ss

I, Cecille A. Flores, Notary Public in and for Guam, do hereby certify that on the 16th & 20th day of February, 2007 at the hours of 3:00 and 2:00 p.m. there appeared before me **DONALD J. HARPER** at the law offices of Blair Sterling Johnson Martinez & Leon Guerrero, Suite 1008, Pacific News Building, 238 Archbishop Flores Street, Hagatna, Guam. The witness herein, produced to give her deposition in the within-numbered Civil Case No. CIV05-00037; that prior to examination the witness was by me duly sworn upon his oath; that thereafter the transcript was prepared by me or under my supervision, and the original deposition transcript was presented to Mr. Blair's office for the deponent's review, corrections, if any, and execution.

I further certify that I am not a relative, employee, attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, and that I am not directly or indirectly interested in the matters in controversy.

In testimony whereof, I have hereunto set my hand this 2nd day of March, 2007.

_____
Cecille A. Flores