# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, JAMES S. YEE, TEDDY C. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA and JOHN P. BABAUTA, ) | ) CIVIL CASE NO. CIV05-00037 |

```
HENRY G. VAN METER, JERRY      ) CIVIL CASE NO. CIV05-00037
APODACA, JR., JOSEPH J.        )
HERNANDEZ, JOSEPH T. MENDIOLA, )
LARRY L. CHARFAUROS, ANTHONY   )
C. ARRIOLA, JAMES S. YEE, TEDDY)
C. CRUZ, JESSE B. CRUZ, JOHN   )
L.G. NAUTA and JOHN P. BABAUTA,)
                               )
          Plaintiffs,          )
                               )
     vs.                       )
                               )
CALPAC, DYNAMIC TECHNICAL      )
SERVICES, MCI, JOHN HEALY,     )
DENNIS CLARK, WILLIAM WARD,    )
JAI JAMES and DOES 1 through   )
10,                            )
          Defendants           )
```

DEPOSITION TRANSCRIPT

OF

# WILLIAM J. WARD

May 16, 2007

**COPY**

PREPARED BY:      GEORGE B. CASTRO
                  **DEPO RESOURCES**
                  #49 Anacoco Lane
                  Nimitz Hill Estates
                  Piti, Guam 96915
                  Tel:(671)688-DEPO * Fax:(671)472-3094

1    this with Healy?

2        A    Yes.

3        Q    Okay.    So,  tell   me    about   that

4    conversation with Healy.

5        A    I asked him why he paid it.

6        Q    Okay.  So, what did he say?

7        A    He said it was his decision.

8        Q    Were you aware it was a bonus?

9        A    No.

10       Q    You're seeing it now?

11       A    I see it now, yeah.

12       Q    Okay?

13       A    Yeah, I see it now, yeah.

14       Q    Now,  were  you  ever  promised  a   bonus

15   yourself?

16       A    No.  Not promised.

17       Q    Were you paid a bonus?

18       A    I  was  paid  a  bonus  --  I  was  paid  a

19   bonus, yes.

20       Q    Uh-huh.  For the MCI job?

21       A    Not necessarily, no.

22       Q    Okay.  And when were you paid a  bonus

23   by CalPac?

24       A    February.    At   February  or   March   of

25   2005.

1     Q   Okay. And what was the amount for?

2     A   Right around $5,000.00, I think.

3     Q   Okay. All right. So, approximately

4 when did you have the conversation with Don --

5 I'm sorry, with Healy, regarding this payment

6 to Harper?

7     A   Whenever it was I first realized that

8 he had paid it.

9     Q   Now, you are not a signatory to the

10 account; am I correct?

11     A   I was a signatory to the account. It

12 was in, you know, it was a -- what would you

13 call to it -- you know, either person.

14     Q   All right.

15     A   But it didn't require two signatures.

16 Either I could sign or John.

17     Q   But there were several people that

18 could -- well, at least two persons that could

19 sign for the company?

20     A   Right. Myself and John.

21     Q   And either signature, not dual

22 signature.

23     A   That's correct.

24     Q   Okay. Besides yourself and Don Harper,

25 who else received a bonus?

1          (Plaintiff's Exhibit 11 was marked for
2   identification)

3       A    You know I did.

4       Q    I'm sorry?

5       A    You know I did.  I wrote it.

6       Q    Well, I have to ask that question.

7       A    Okay.

8       Q    It's how we lay -- it's what is called

9   laying the foundation.  Okay.

10      A     Yes, I wrote it.

11      Q    All right.  Okay.  And, sir, what is

12  Exhibit 11?

13      A    It's notifying -- this particular one

14  is notifying Jerry Apodaca that he is being

15  laid off.

16      Q    Apodaca.

17      A    Apodaca, that he is being laid off.

18      Q    All right.  And the date there is

19  November 26, 2004.

20      A    That's correct.

21      Q    Okay.  And it's a layoff notice to

22  Jerry Apodaca as to a reduction in work force;

23  isn't that correct?

24      A    That's correct.

25      Q    And it states, "As you are aware,

1  CalPac increased the number of its employees
2  significantly over the past few months.  This
3  build up was primarily for work to complete the
4  MCI International Ring Project.  The majority
5  of the project is now complete and we have
6  evaluated the personnel requirements needed to
7  get us to the end of the project."

8      A    Right.

9      Q    "Everyone who was contributed to this
10 project should be proud of their effort.
11 Regretfully, I must inform you that you are
12 being laid-off effective close of business on
13 November 27, 2004.  Thank you and if our
14 business requires additional labor in the
15 future, you will be considered for re-
16 employment.  Best regards, William Ward,
17 General Manager."

18         Now, sir, isn't it true, that the
19 CalPac -- the MCI project was far from being
20 completed as of November 22nd, 2004?

21     A    I wouldn't say far.

22     Q    Well, sir.

23     A    It could be anticipated when the
24 project would be coming to a close and what the
25 income would be.

1    Q    Now, sir, isn't it true that, I've
2    shown you already that we've determined that
3    the original completion date was December 31st,
4    2004?

5    A    That's right.

6    Q    And isn't it true that the completion
7    of this project didn't occur until April or May
8    of 2005?

9    A    In 2005, yes.

10    Q    Yeah.  April or May.

11    A    Okay.

12    Q    Mr. Healy has testified to that.

13    A    I don't remember exactly when.

14    Q    So, it was about four months or five
15    months delayed; isn't that correct?

16    A    Right.

17    Q    Okay.  And so, it's not true then that
18    on November 26, 2004 that the project was --
19    that the majority of the project is not
20    complete; isn't that correct?

21    A    It was true.

22    Q    It is true?

23    A    Yes, it is true.

24    Q    Okay.  For a project that was delayed
25    five months?

1     A   Well, still the -- it was the amount of

2    work that you could do concurrently on the

3    project. They were down to the last phase of

4    the project. And only so many employees were

5    needed to do that work.

6     Q   Okay. Now, did CalPac hire any

7    additional employees after laying off Jerry

8    Apodaca?

9     A   I believe so. Yes.

10     Q   Okay. Let me show you what we'll mark

11    as the next one, would be -- (pauses). Just a

12    second, sir.

13         COURT REPORTER: Exhibit 12?

14         MR. LUJAN: (pauses; peruses documents)

15    Exhibit, I guess, 12, will be the next one?

16         COURT REPORTER: Yes.

17         (Plaintiff's Exhibit 12 was marked for

18    identification)

19     Q   And Exhibit 12 is the -- it's the same

20    letter form, Reduction in Work Force. This

21    time it's dated December 7, 2004 to Joseph P.

22    Mendiola; isn't that correct?

23     A   That's right.

24     Q   Then the -- we'll mark as Exhibit 13,

25    next one we'll mark as Exhibit 13, another

# REPORTER'S CERTIFICATE

I, **George B. Castro**, Court Reporter, do hereby certify the foregoing 118 pages to be a true and correct transcript of the audio recording made by me in the within-entitled and numbered case at the time and place as set forth herein.

I do hereby certify that prior to examination the deponent was duly sworn upon oath; that thereafter the transcript was prepared by me or under my supervision.

I further certify that I am not a direct relative, employee, attorney or counsel of any of the parties, nor a direct relative or employee of such attorney or counsel, and that I am not directly or indirectly interested in the matters in controversy.

In testimony whereof, I have hereunto set my hand and seal of Court this 10th day of July, 2007.

**COPY**

_____

George B. Castro

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-**DEPO** * Fax(671)472-3094

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

HENRY G. VAN METER, JERRY ) CIVIL CASE NO. CIV05-00037
APODACA, JR., JOSEPH J. )
HERNANDEZ, JOSEPH T. MENDIOLA, )
LARRY L. CHARFAUROS, ANTHONY )
C. ARRIOLA, JAMES S. YEE, TEDDY)
C. CRUZ, JESSE B. CRUZ, JOHN )
L.G. NAUTA and JOHN P. BABAUTA,)
                               )
          Plaintiffs,          )
                               )
     vs.                       )
                               )
CALPAC, DYNAMIC TECHNICAL      )
SERVICES, MCI, JOHN HEALY,     )
DENNIS CLARK, WILLIAM WARD,     )
JAI JAMES and DOES 1 through   )
10,                            )
          Defendants           )
                               )

DEPOSITION TRANSCRIPT

OF

# WILLIAM J. WARD

May 23, 2007

**COPY**

PREPARED BY:      GEORGE B. CASTRO
                  **DEPO RESOURCES**
                  #49 Anacoco Lane
                  Nimitz Hill Estates
                  Piti, Guam 96915
                  Tel:(671)688-**DEPO** * Fax:(671)472-3094

1     Q   18.  Okay.  Now, what I'd like you to

2 do, sir, is go pass 18 to the next page.  And

3 what we'll do is -- let's mark that as Exhibit

4 Number 19.  And Exhibit Number 19, sir, is a

5 January 14, 2005 letter from Mr. Blair to a

6 Timothy Riera of the EEOC, Honolulu office.

7 Okay?

8     (Plaintiff's Exhibit 19 was marked for

9 identification)

10     A   Okay.

11     Q   And, first of all, have you seen a copy

12 of this before, sir?

13     A   Yes.

14     Q   Apparently you were copied.

15     A   Yes, I was.

16     Q   All right.  And so in this letter Mr.

17 Blair was attaching CalPac's position statement

18 which is found on the second page here; isn't

19 that correct?

20     A   Yes.

21     Q   And what was your understanding, sir,

22 as to the completion date for the MCI contract?

23     A   (pauses)

24     Q   What was your understanding as to the

25 completion date for the MCI contract?

1   2005 was way off the mark?  Since --

2       A    I   don't   remember   exactly   when   it

3   finished.

4       Q    Well, would --

5       A    So, I don't know if that was off the

6   mark of not.

7       Q    Okay.   If I were to tell you that Mr.

8   Healy testified that it was completed the end

9   of April or early May, would you have any

10  reason  to  --  let's  say  disagree  with  that

11  statement?

12      A    Not to disagree with it, no.

13      Q    Okay.  Well, does that sound fair from

14  -- you were there until December 2005?

15      A    Right.    I'm saying I don't remember

16  whether it was mid-February, the end of April

17  or -- I don't remember.

18      Q    Okay.   So, if it was not completed

19  until end of April, early May, then it would

20  have meant that by the time the layoffs began

21  in November  --  latter November 2004, CalPac

22  knew that there was still another five to six

23  months of work that remained to be done before

24  the project would be completed; isn't that a

25  fair statement?

1    A    Yes.

2    Q    Okay.    So, in essence really -- in

3    essence the -- laying the people off in late

4    November was not due to -- that the project was

5    just about to the finished, because it was not

6    just about to be finished; isn't that correct,

7    sir?

8    A    Not in November, no.

9    Q    Yeah.    Okay.    Now look at -- turn to

10   page 2 of the Respondent's Position paper.    And

11   the first paragraph of page 2 talks about that,

12   "On December 20, 2004, that a group of persons,

13   including some of the laid off CalPac workers,

14   showed up outside the offices of MCI in

15   Hagatna, Guam, to protest alleged actions of

16   employees of MCI and CalPac and to urge a

17   boycott of MCI and CalPac.    Television and

18   print media were present.    The protestors later

19   moved to a location near the CalPac offices.

20   The protestors have since demonstrated outside

21   the offices of TeleGuam Holdings, which

22   recently purchased the assets of the Guam

23   Telephone Authority.    TeleGuam is a potential

24   customer of CalPac."

25              Now, sir, did you see the boycotts

1  (sic) that occurred on December 20, 2004?  Did

2  you witness that?

3      A    The ones outside of CalPac.

4      Q    Okay.  There were two -- (pauses).  I

5  just got corrected by -- protest not boycott.

6  I stand -- thank you.  You're right, you know

7  (laughs).  Okay.  The protest, okay.  So, but

8  there were two protests that day; am I correct?

9      A    Yes.

10      Q    The first protest was in front of the

11  MCI Office in Agana; right?

12      A    That's what I was told.

13      Q    And CalPac's office was the -- the

14  second protest occurred much later on in the

15  day.

16      A    That's correct.

17      Q    And it was by the CalPac office up in

18  Tiyan; isn't that correct?

19      A    In Harmon.

20      Q    Oh, I'm sorry, Harmon.  You're right.

21  So, let me ask you this.  When did you first

22  become aware, if you did become aware, on

23  December 20, that there was a protest occurring

24  outside of the MCI Office?

25      A    I said the last time you ask me that

1  question --

2      Q    Uh-huh.  Okay.

3      A    -- I told you it was when we received

4  the call from the -- I believe it may have been

5  the administrative assistant at the MCI

6  offices.

7      Q    Okay.  And the call was simply that

8  there's a protest going on?

9      A    Yeah, I believe so.  I believe that --

10  actually I believe, in fact, I know the call

11  was myself and directly to Mr. Healy.

12      Q    Okay.

13      A    They didn't call the office.

14      Q    Now, what other information did you

15  receive regarding this protest from this person

16  from MCI?

17      A    I believe they actually e-mailed us

18  some pictures.

19      Q    Okay.  Of the protestors?

20      A    Yes.

21      Q    And the signs that were being held?

22      A    Well, as I recall from the shot of the

23  pictures, someone went out onto the balcony of

24  the MCI offices and just took some pictures.

25      Q    Okay.  And do you recall what some of

1  those signs stated?

2      A    No.

3      Q    Okay.    Did    it    say    "MCI    supports

4  racism?"

5      A    It may have.  I don't recall.

6      Q    Okay.  Did they accuse Dennis Clark of

7  being a racist?

8      A    That one I think it did say.

9      Q    Okay.  Now, let me ask you this, sir,

10 when you first, I mean -- you saw this by way

11 of e-mail, right?

12     A    Yes.

13     Q    When you saw that, what was your

14 thought?

15     A    Confusion.

16     Q    Okay.  In what way?

17     A    I didn't understand what it was about.

18 In other words, nothing that would've led me to

19 believe that there was any incidents that

20 would've led up to something like that.

21     Q    Okay.  Now, were you aware who the

22 protestors were that morning?

23     A    No.

24     Q    Did you have any information from

25 anyone as to the identity of any of the

1  protestors later?

2     A    Later, some of the -- they were able to

3  -- they're identified through the pictures.

4     Q    Okay.  And this is the one that was e-

5  mailed?

6     A    Yeah.  Because I think some of them

7  were like wives and girlfriends even.

8     Q    Okay.

9     A    They weren't all -- so, I didn't know

10  most of the people in the pictures.

11     Q    You didn't know most of them?  But did

12  you know any of them?

13     A    I probably recognized a couple of them,

14  yeah, once I've seen the picture of them, yeah.

15     Q    Did you have any discussion with John

16  Healy as to -- about this racist allegation?

17     A    Of course we discussed it.  I'm sure we

18  did.

19     Q    Okay.  So, what was your discussion?

20     A    I don't remember exactly.  We tried to

21  figure out what it was all about.  What

22  could've generated it?

23     Q    Okay.  So, you know, you're having this

24  discussion.  Did you discuss about how you

25  could get down to the bottom of this, if there

1    was any truth to it?

2        A    We didn't understand what -- we just

3    seen a bunch -- there's people out there with

4    posters.

5        Q    Sure.

6        A    So, we had no idea what you would even

7    investigate, what you would even check into.

8        Q    So, in other words, am I correct in

9    understanding that, at that point after

10   discussing with Mr. Healy was that you didn't

11   know how go about investigating if there was

12   any truth to this allegation?

13       A    Not that, we were just -- we were

14   blindsided by it.

15       Q    Okay.  So, were you curious enough to

16   ask some of these former employees "what the

17   hell do you mean by racist?"

18       A    Ask who?

19       Q    Some of those employees that were

20   protesting.

21       A    The ones that were across the street or

22   downtown?

23       Q    Yes, sir.

24       A    I never spoke to any of them.

25       Q    Okay.  So, you weren't curious enough

1  to want to speak to them?

2      A    I  was  probably  curious  enough  but  I

3  knew  better  than  to  go  speak  to  them.    I  wasn't

4  going  to  --

5      Q    Okay.

6      A    --  approach  anything,  anybody.

7      Q    All  right.    Did  you  ask  any  of  the  guys

8  that  were  working  for  CalPac  to,  you  know,  "can

9  you  go  and  talk  to  those  guys  and  find  out  what

10  the  hell?"

11      A    Oh,  heavens,  no.    We  don't  just  --  no,

12  no.

13      Q    Why  not?

14      A    Because  we  didn't  want  to  cause  any

15  problems.    Because,  you  know  --

16      Q    What  about  Dennis  Clark?    Did  you  ask

17  Dennis  Clark,  "Dennis,  why  you've  been  accused

18  of  being  a  racist?"

19      A    No,  I  didn't  ask  Dennis  Clark  that.

20      Q    So,  it  was  just  a  momentary  --

21      A    It  was  just  there.

22      Q    --  concern,  yup,  and  so  --

23      A    It  was  just  out  of  the  blue.    Somebody

24  standing  outside  your  office  with  a  sign

25  calling  somebody  a  racist  or,  you  know,  telling

1  somebody to boycott your company. It's like --

2  you know, "Uh, what is this all about?"

3    Q  Now, so, when was the first contact you

4  had with Dennis Clark that day, sir? December

5  20?

6    A  I believe it would've been towards the

7  end of the day when he had called and said that

8  he wanted to come up and, you know, address the

9  guy at the warehouse.

10    Q  Okay. So, did he speak to you or Mr.

11  Healy?

12    A  I don't recall.

13    Q  Okay. And what time did he come to

14  CalPac's Offices, to address the guys.

15    A  I believe it probably would have been

16  towards the close of the day. So, I would have

17  to guess between 3 and 3:30.

18    Q  Okay. Was that normally the time that

19  the guys -- that work ends for CalPac?

20    A  Normally they ended anywhere between 3

21  and 4, yes. Depending on what work was going

22  on.

23    Q  Okay. And then they would all come

24  back to the office?

25    A  That's correct.

1     Q    Uh-huh.

2     A    But that was -- that was it.

3     Q    Okay.  So, who -- well, Buehler is MCI;

4  isn't that correct?

5     A    As far as I know, yes.

6     Q    Okay.  Did you raise -- did you think

7  it would have been important for CalPac to talk

8  to   someone   from   DTS   besides   Dennis   Clark

9  regarding   the   allegations   of   racism   being

10 levied against Mr. Clark?

11    A    I'm sure they knew about it.

12    Q    Well, I'm asking you, did you think it

13 was important?

14    A    Of   course   it   would   be   important   that

15 they would know about it.

16    Q    Well,   did   you   personally   take   any

17 steps?

18    A    No.  To notify MCI?

19    Q    Yes, sir.

20    A    No, I did not take personally take any

21 steps.

22    Q    Okay.  All right.  I think I was asking

23 about DTS.  Did you personally take any steps

24 to   inform   someone   at   DTS   other   than   Dennis

25 Clark   about   the   allegations   being   raised

1  against Mr. Clark?

2      A    I   knew   nothing   of   DTS   except   that

3  Dennis  Clark  worked  for  them.   I  never  had  any

4  correspondence with DTS.

5      Q    Uh-huh.

6      A    At   that   time,   I'd   never   spoken   to

7  anyone from DTS, at that time.

8      Q    All right.   And you didn't feel it was

9  important to find out who --

10     A    I didn't even know who DTS was.

11     Q    Well, you --

12     A    I just knew Dennis worked for them.

13     Q    Yeah.   You knew he worked for them.

14     A    That's it.

15     Q    Okay.

16     A    I didn't need to know.

17     Q    You didn't need to know.

18     A    No, I didn't need to know.

19     Q    You didn't care to know?

20     A    I didn't care to know.

21     Q    Okay.   You said DTS, you're sure DTS

22  knew about it.   Right?

23     A    I'm sure Dennis called them or e-mailed

24  them, perhaps.

25     Q    Well,  my  question  is  how  do  you  know

1    that says when.

2        Q    No.    My --

3        A    I don't remember.    It was after all

4    this.

5        Q    Was it after the completion of the

6    contract?

7        A    Oh, I don't remember.    I really don't

8    remember exactly when.

9        Q    Okay.    Now, to your knowledge, or

10   recollection rather, when did Dennis Clark

11   leave Guam?

12       A    Right at the completion of the project.

13   If you say it was April, then it was probably

14   sometime at the end of the April.

15       Q    Okay.    Why did you talk to Morales?

16       A    Why?

17       Q    Yes.

18       A    Because we hired a -- CalPac had hired

19   a private investigator.

20       Q    That would be Mr. Greg Hall?

21       A    That's correct.

22       Q    Okay.    That was in September of 2005?

23       A    It could have been.

24       Q    Oh, July probably 2005?

25       A    I don't remember.    That's why I say, I

1  talking to Morales?

2  A  Repeat that once more.

3  Q  Yes.  Did  you  have  any  follow-up

4  conversation with anyone at DTS besides Morales

5  --

6  A  No.

7  Q  -- after the initial conversation?

8  A  Never.  I said before, the only person

9  I ever spoke to at DTS was Morales.

10  Q  Okay.  To  your  knowledge,  besides

11  yourself, did anyone speak to Morales on behalf

12  of CalPac?

13  A  I do not know.

14  Q  Do you know if John Healy ever spoke to

15  Morales?

16  A  I do not know.

17  Q  Do  you  know  if  Greg  Hall  spoke  to

18  Morales?

19  A  No, I do not know.

20  Q  The  next  sentence  on  page  2  states,

21  "CalPac  believes  the  protestors  have  been

22  organized  by  Don  Harper,  a  former  CalPac

23  supervisory employee who quit CalPac on October

24  26,  2004,  after  he  was  removed  from  the  MCI

25  project by John Healy.  Mr. Harper was removed

1  from the MCI project at the request of Dennis

2  Clark due to confrontations that had occurred

3  between Mr. Harper and Mr. Clark on the

4  worksites of the MCI project. After he was

5  taken off the MCI project, Mr. Harper demanded

6  to be paid $25,000 by CalPac. He vowed to make

7  trouble for CalPac if it did not accede to his

8  extortionate demand. Mr. Harper is also known

9  to have made threats to cause trouble for

10 Dennis Clark. Mr. Harper reportedly solicited

11 at least one current employee of CalPac to join

12 the protestors during the weekend of December

13 25-26, 2004 (Henry Quintanilla)."

14         Now, sir, what information do you have

15 that the protestors or the protest was

16 organized by Don Harper?

17     A    Factual?

18     Q    Yes, sir.

19     A    None.

20     Q    None? So, in other words, if there's a

21 belief, it's simply based on speculation; isn't

22 that correct?

23     A    The knowledge that I had.

24     Q    Okay. Well, I'm asking you what's your

25 knowledge.

1 period --

2     Q    Two week period --

3     A    -- no, it wouldn't have delayed it at

4 all.

5     Q    Okay.    Did   CalPac   ever   asked   Dennis

6 Clark  to  stop  going  to  the  worksite  after  the

7 protest?

8     A    Repeat your question.

9     Q    Yes.   Did  CalPac,  or  anyone  on  behalf

10 of  CalPac,  ever  asked  Dennis  Clark  not  to  go  to

11 the  worksite  after  the  protest?   Let's  say  --

12     A    The  answer  to  that  is,  I  don't  know.

13     Q    So,  you  never  did  ask?

14     A    No,  I  never  asked  Dennis  Clark  not  to

15 go  to  the  jobsite.

16     Q    Did   anyone   on   behalf   of   CalPac   ask

17 Dennis  Clark  to  limit  or  decrease  his  visits  to

18 the  jobsite?

19     A    I  do  not  know.

20     Q    Okay.   Why  don't  we  take  a  break  now?

21          (Off  the  record  from  3:45  p.m.  to  4:01

22 p.m.)

23          MR.   LUJAN:   We're  back  on  the  record,

24 Robert.

25          MR.  EWERT:  Okay.

1   being raised against Mr. Clark?

2       A   I do not know.

3       Q   What about, did any -- to your

4   knowledge, did any of the lawyers representing

5   CalPac discuss with anyone on behalf of DTS,

6   regarding the allegations against Dennis Clark?

7       A   I do not know.

8       Q   To your knowledge, did MCI, or anyone

9   on behalf of MCI, ask Dennis Clark to stop

10  going to the worksite after December 20?

11      A   Not that I am aware of, no.

12      Q   What about if I ask the same question,

13  but instead of stop, but to decrease his visits

14  to the worksite?

15      A   Not that I am aware of.

16      Q   Did anyone ask Mr. Clark to limit his

17  interactions with the workers, CalPac workers?

18      A   I never did.

19      Q   To your knowledge, did anyone on behalf

20  of CalPac do that?

21      A   I do not know.

22      Q   Are you aware of anyone, regardless of

23  what company, instructing or informing Dennis

24  Clark to limit his interaction with CalPac

25  workers?

1    A    I'm not aware of anybody, no.

2    Q    Okay.   Were  you  ever  present  at  any

3  meeting  with  your  lawyers  in  which  Mr.  Clark

4  was  present?

5    A    No.

6    Q    In  all  the  meetings  --  well,  did  you

7  have meetings with Mr. Blair?

8    A    Yes.

9    Q    How  many  meetings  do  you  think  you  had

10  regarding this issue?

11    A    With  me  personally,  maybe  two,  three  at

12  the very, very most.

13    Q    Okay.   Besides  yourself  and  Mr.  Blair,

14  who else was present?

15    A    It  would  have  been  John.

16    Q    Okay.  Anyone else?

17    A    No.   Wait,  wait,  yes,  there  was  one

18  meeting.   There was one meeting, yes.

19    Q    Okay, who?

20    A    There  was  a  meeting  that  was  held  with

21  Mr.  Blair  and  myself,  Russell  Hatfield,  Max

22  Long,  and  Bruce  Williams.   John  Healy  was  not

23  present at that meeting.

24    Q    Okay.   Were  you  ever  present  when

25  Captain Paul Suba was present --

1    A    Exhibit 23 now.  Okay.

2    Q    Yeah, paragraph 5.

3    A    Okay.

4    Q    Removal of Don Harper.

5    A    Okay.

6    Q    Okay?  And it talks about the removal

7  and it says, (a), talking about who made the

8  decision.

9    A    Right.

10    Q    Then (b) talks about Clark.  Right?

11    A    Right.

12    Q    And then it talks about the attack --

13  let's say Harper -- look at the last sentence

14  of paragraph 5 there.  "The next time Harper

15  verbally attacked Clark, Clark told John Healy,

16  CalPac's Operating Manager, that Harper must be

17  removed from the MCI project."  Right?

18    A    That's what it says.

19    Q    Yeah.  And then on Paragraph 5(b), it

20  talks about certain threats that Harper

21  supposedly made to Clark; right?

22    A    That's right.

23    Q    Now on Paragraph (sic( 21, Item 5, "We

24  need John to write down all that he remembers -

25  -

# REPORTER'S CERTIFICATE

I, **George B. Castro**, Court Reporter, do hereby certify the foregoing 147 pages to be a true and correct transcript of the audio recording made by me in the within-entitled and numbered case at the time and place as set forth herein.

I do hereby certify that prior to examination the deponent was duly sworn upon oath; that thereafter the transcript was prepared by me or under my supervision.

I further certify that I am not a direct relative, employee, attorney or counsel of any of the parties, nor a direct relative or employee of such attorney or counsel, and that I am not directly or indirectly interested in the matters in controversy.

In testimony whereof, I have hereunto set my hand and seal of Court this 10th day of July, 2007.

**COPY**

_____

George B. Castro

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-**DEPO** * Fax(671)472-3094