**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

FILED
DISTRICT COURT OF GUAM
AUG - 7 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT OF GUAM
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br>-vs-<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>**MOTION FOR LEAVE TO FILE FACSIMILE SIGNATURE PAGE OF DECLARATION OF ROLAND F. MENDIOLA IN SUPPORT OF OPPOSITION TO DEFENDANT CALPAC'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to G.R. 5.1(a) of the Local Rules of Practice for the District Court of Guam, Plaintiff Roland F. Mendiola respectfully moves the Court for leave to file herein a facsimile copy of the signature page of the Declaration of Roland F. Mendiola in Support of Opposition to Defendant Calpac's Motion for Summary Judgment which was filed August 6, 2007, and which is attached hereto. The plaintiff presently resides in Texas and has executed the signature page in that state. The signed original is being sent to plaintiff's counsel via mail and will be filed with this Court immediately upon receipt.

| | |
|---|---|
| 1 | **RESPECTFULLY SUBMITTED** this 7th day of August, 2007. |
| 2 | LUJAN AGUIGUI & PEREZ LLP |

By: _____
DELIA LUJAN, ESQ.
*Attorneys for Plaintiffs*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5th day of August, 2007, in Hagåtña, Guam.

_____
ROLAND F. MENDIOLA