LUJAN AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

FILED
DISTRICT COURT OF GUAM

AUG - 7 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, JAMES S. YEE, TEDDY C. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> v. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br><br><br><br><br> **CERTIFICATE OF SERVICE** |

I, DELIA S. LUJAN, certify that I caused copies of the **Plaintiff Teddy B. Cruz's Opposition to Defendant CalPac's Motion for Summary Judgment, Plaintiff Larry L. Charfauros' Opposition to Defendant CalPac's Motion for Summary Judgment, Plaintiff Jerry Apodaca, Jr.'s Opposition to Defendant CalPac's Motion for Summary Judgment, Plaintiff Roland F. Mendiola's Opposition to Defendant CalPac's Motion for Summary Judgment, Plaintiff Anthony C. Arriola's Opposition to Defendant CalPac's Motion for Summary Judgment, Plaintiff Robert B. Cruz's Opposition to Defendant CalPac's Motion for Summary Judgment, Plaintiff Joseph T. Mendiola's Opposition to Defendant CalPac's Motion for Summary Judgment, Plaintiff Jesse B. Cruz's Opposition to Defendant CalPac's**

Motion for Summary Judgment, Plaintiff Joseph J. Hernandez's Opposition to Defendant CalPac's Motion for Summary Judgment, Plaintiff John L.G. Nauta's, John P. Babauta's and James S. Yee's Joinder in Co-Plaintiff's Opposition to Defendant CalPac's Motion for Summary Judgment, Plaintiff Henry Van Meter's Opposition to Defendant CalPac's Motion for Summary Judgment, Declaration of John P. Babauta in Support of Opposition to Defendant CalPac's Motion for Summary Judgment, Declaration of Joseph T. Mendiola in Support of Opposition to Defendant CalPac's Motion for Summary Judgment, Declaration of Joseph J. Hernandez in Support of Opposition to Defendant CalPac's Motion for Summary Judgment, Declaration of Roland F. Mendiola in Support of Opposition to Defendant CalPac's Motion for Summary Judgment, Declaration of Teddy B. Cruz in Support of Opposition to Defendant CalPac's Motion for Summary Judgment, Declaration of Anthony C. Arriola in Support of Opposition to Defendant CalPac's Motion for Summary Judgment, Declaration of James S. Yee in Support of Opposition to Defendant CalPac's Motion for Summary Judgment, Declaration of John L.G. Nauta in Support of Opposition to Defendant CalPac's Motion for Summary Judgment, Declaration of Jerry Apodaca, Jr. in Support of Opposition to Defendant CalPac's Motion for Summary Judgment, Declaration of Robert B. Cruz in Support of Opposition to Defendant CalPac's Motion for Summary Judgment and Declaration of Delia Lujan in Support of Each of Plaintiffs' Oppositions to Defendant CalPac's Motion for Summary Judgment to be served on August 6, 2007, via hand delivery, on the following: **Blair Sterling Johnson Moody Martinez & Leon Guerrero, P.C.**, Suite 1008, Pacific News Building, 238 Archbishop F.C. Flores Street, Hagåtña, Guam 96910. I certify that I caused copies of the foregoing documents to

---

Henry G. Van Meter, et al., vs. CALPAC, et al.
District Court Civil Case No. 05-00037

2

be served on August 7, 2007, via hand delivery, on the following: **Carlsmith Ball LLP,** Bank of Hawaii Building, Suite 401, 134 West Soledad Avenue, Hagåtña, Guam 96910.

Dated this 7th day of August, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
**DELIA S. LUJAN, ESQ.**
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., vs. CALPAC, et al.
District Court Civil Case No. 05-00037

3