LUJAN AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

**FILED**
DISTRICT COURT OF GUAM

AUG - 7 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, JAMES S. YEE, TEDDY C. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,

Plaintiffs,

v.

CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,

Defendants.

CIVIL CASE NO. 05-00037

**CERTIFICATE OF SERVICE**

I, DELIA S. LUJAN, certify that I caused copies of the **Declaration of Joseph B. Cruz in Support of Opposition to Defendant CalPac's Motion for Summary Judgment and Motion to Leave to File Facsimile Signature Page of Declaration of Roland F. Mendiola in Support of Opposition to Defendant CalPac's Motion for Summary Judgment** to be served on the following individuals or entities on August 7, 2007 via hand delivery at the following addresses:

**Blair Sterling Johnson Moody Martinez & Leon Guerrero, P.C.**
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

**Carlsmith Ball LLP**
Bank of Hawaii Building, Suite 401
134 West Soledad Avenue
Hagåtña, Guam 96910

Dated this 7th day of August, 2007.

                **LUJAN AGUIGUI & PEREZ** LLP

By: _____
      **DELIA S. LUJAN, ESQ.**
      *Attorneys for Plaintiffs*

Henry G. Van Meter, et al., vs. CALPAC, et al.
District Court Civil Case No. 05-00037

2