# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, et al., | CIVIL CASE NO. 05-00037 |
| Plaintiffs, | |
| vs. | **PARTIAL JUDGMENT** |
| CALPAC, et al., | |
| Defendants. | |

Partial Judgment is hereby entered in accordance with the Order re: Defendant Dynamic Technical Services' Motion for Summary Judgment filed on July 30, 2007.

Dated this 9th day of August, 2007.

JEANNE QUINATA
Clerk of Court

By: /s/ Rosita P. San Nicolas
    Chief Deputy Clerk