# DISTRICT COURT OF GUAM

4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

HENRY G. VAN METER, et al.,

    Plaintiffs,

vs.

CALPAC, et al.,

    Defendants.

Case No. 1:05-cv-00037

## NOTICE OF ENTRY OF PARTIAL JUDGMENT

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled cases the following:

Partial Judgment filed August 9, 2007
Date of Entry: August 9, 2007

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: www.gud.uscourts.gov

Dated: August 9, 2007

    Clerk of Court
    /s/ Jeanne Quinata