**LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for John L.G. Nauta*

|  |  |
|---|---|
| JOHN L.G. NAUTA, | EEOC Charge No. _____ |
| Claimant, | |
| vs. | **EEOC DECLARATION OF JOHN L.G. NAUTA** |
| MCI, | |
| Respondent. | |

I, JOHN L.G. NAUTA, hereby declare and state as follows:

1. My personal information is as follows:

    a. Address: 192 Chalan Apacha Sagan Linanyan, Dededo, GU 96929;

    b. Telephone #: (671) 637-3150 or 868-2879 (cell);

    c. Date of Birth: June 23, 1960;

    d. SS#: 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.

2. I am represented by the law firm of Lujan, Unpingco, Aguigui & Perez LLP, which includes Attorney Delia S. Lujan and which has the following contact information:

    a. Address: Pacific News Building, Suite 300, 238 Archbishop Flores Street, Hagåtña, Guam 96910;

    b. Telephone #: (671) 477-8064/5;

    c. Fax #: (671) 477-5297.

3. The Respondent is MCI, which has the following contact information:

a. Address: 2400 Glenville Dr., Richardson, TX 75082;

b. Telephone #: Unknown;

c. Fax #: Unknown.

4. The MCI contact person is Unknown.

5. The approximate number of employees working at MCI is Unknown.

6. The Earliest Date of Violation is December 2004.

7. The Latest Date of Violation is approximately May 2005.

8. The following is my statement:

Beginning some time after the filing of my EEOC charges of discrimination against CALPAC, MCI, and Dynamic Technical Services, I was forced to endure a hostile work environment and retaliated against for filing the charges. For example, before the filing of the charges, I got along well with CALPAC upper management and supervisors. However, after the charges were filed, when I would greet the upper management or supervisors, I was blatantly ignored. Also, upper management and supervisors would exclude me from conversations, while they talked to everyone else. Likewise, while working on the MCI project, Dennis Clark, from Dynamic Technical Services, would also blatantly ignore me and exclude me from conversations, while he talked with everyone else except those who filed the charges. Also, I and the other employees who filed charges were not given military IDs or other authorization to enter the base, but all the other CALPAC employees got such authorization.

Furthermore, some time after filing my charges of discrimination with the EEOC against CALPAC, MCI, and Dynamic Technical Services, CALPAC held a meeting with employees, including myself, where the employees were told not to communicate with former CALPAC employees who were picketing against CALPAC in protest of their termination of employment.

At the meeting, the employees were told that they would be terminated if they communicated with the protesters.

During the period from about April 11 to May 5, 2005, I was told by CALPAC operations manager Russell Hatfield to be calling the CALPAC office everyday after 4:00 P.M. to check if I am scheduled to report to work the next day.

On or around May 5, 2005, I was told by Mr. Hatfield to contact Mr. William Ward, the general manager of CALPAC. I contacted Mr. Ward and he told me to come into the CALPAC office and pick up my paycheck. When I came into the office I was handed my paycheck and a letter of termination from the company. Mr. Ward told me that I was no longer an employee of CALPAC. Before this time, I did not receive any notice or indication that I would be terminated. Also, CALPAC never explained to me the reason for my termination.

During the period of about 3 ½ weeks before my termination, my hours were greatly reduced as I worked only a total of about 14.5 hours. During this same time, other employees were working 40 hours a week. Also, I was a laborer and truck driver, but CALPAC was making heavy equipment mechanics do the duties of a laborer and truck driver, while I was not given work hours.

It is my opinion and belief that the reduction of my work hours, other adverse treatment I experienced, and my ultimate termination are a result of the charges of discrimination I previously filed with the EEOC against CALPAC, MCI, and Dynamic Technical Services.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_8/30/05_
Date

_John F.G. Nauta_
JOHN L.G. NAUTA

EOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 378-2005-00266 |
| | and EEOC |

_____ State or local Agency, if any _____

| | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Name (Indicate Mr., Ms., Mrs.) | (671) 637-3150 | 06-23-1980 |
| Mr. John Nauta | | |

Street Address                    City, State and ZIP Code

192 Chalan Apacha Sagan Linanyan Dededo, GU 96929

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| DYNAMIC TECHNICAL SERVICES | Unknown | (469) 635-1300 |

Street Address                    City, State and ZIP Code

1125 East Hwy 121, Lewisville, TX 75057

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address                    City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE ☒ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER (Specify below.)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 09-25-2004 | 12-20-2004 |
| ☒ CONTINUING ACTION | |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Cal Pac on February 4, 2004, to work on an installation project of underground cable in Guam for MCI.

On September 25, 2004, I was harassed by Dennis Clark, representative of MCI and employee of Dynamic Technical Services. Dennis Clark made racially derogatory comments to me and a group of fellow co-workers by referring to us as a "bunch of monkeys."

On December 20, 2004, John Healy, Owner of Cal Pac, held a meeting in which he announced that workers would be immediately fired for notifying any authorities or agencies concerning their complaints of discrimination.

I believe that I have been discriminated against due to my racial background, Pacific Islander, and national origin, Chamorro. I further believe that non-Caucasian employees as a class have been subjected to discrimination and retaliation.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 2/7/05 _signature_ Date Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

**LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for John L.G. Nauta*

| | |
|---|---|
| JOHN L.G. NAUTA, | EEOC Charge No. _____ |
| Claimant, | |
| vs. | **EEOC DECLARATION OF JOHN L.G. NAUTA** |
| DYNAMIC TECHNICAL SERVICES, | |
| Respondent. | |

I, JOHN L.G. NAUTA, hereby declare and state as follows:

1. My personal information is as follows:

    a. Address: 192 Chalan Apacha Sagan Linanyan, Dededo, GU 96929;

    b. Telephone #: (671) 637-3150 or 868-2879 (cell);

    c. Date of Birth: June 23, 1960;

    d. SS#: 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.

2. I am represented by the law firm of Lujan, Unpingco, Aguigui & Perez LLP, which includes Attorney Delia S. Lujan and which has the following contact information:

    a. Address: Pacific News Building, Suite 300, 238 Archbishop Flores Street, Hagåtña, Guam 96910;

    b. Telephone #: (671) 477-8064/5;

    c. Fax #: (671) 477-5297.

3. The Respondent is Dynamic Technical Services, which has the following contact information:

a. Address: 1125 East Hwy. 121, Lewisville, TX 75057;

b. Telephone #: (469) 635-1300;

c. Fax #: Unknown.

4. The Dynamic Technical Services contact person is Unknown.

5. The approximate number of employees working at Dynamic Technical Services is Unknown.

6. The Earliest Date of Violation is December 2004.

7. The Latest Date of Violation is approximately May 2005.

8. The following is my statement:

Beginning some time after the filing of my EEOC charges of discrimination against CALPAC, MCI, and Dynamic Technical Services, I was forced to endure a hostile work environment and retaliated against for filing the charges. For example, before the filing of the charges, I got along well with CALPAC upper management and supervisors. However, after the charges were filed, when I would greet the upper management or supervisors, I was blatantly ignored. Also, upper management and supervisors would exclude me from conversations, while they talked to everyone else. Likewise, while working on the MCI project, Dennis Clark, from Dynamic Technical Services, would also blatantly ignore me and exclude me from conversations, while he talked with everyone else except those who filed the charges. Also, I and the other employees who filed charges were not given military IDs or other authorization to enter the base, but all the other CALPAC employees got such authorization.

Furthermore, some time after filing my charges of discrimination with the EEOC against CALPAC, MCI, and Dynamic Technical Services, CALPAC held a meeting with employees, including myself, where the employees were told not to communicate with former CALPAC employees who were picketing against CALPAC in protest of their termination of employment.

At the meeting, the employees were told that they would be terminated if they communicated with the protesters.

During the period from about April 11 to May 5, 2005, I was told by CALPAC operations manager Russell Hatfield to be calling the CALPAC office everyday after 4:00 P.M. to check if I am scheduled to report to work the next day.

On or around May 5, 2005, I was told by Mr. Hatfield to contact Mr. William Ward, the general manager of CALPAC. I contacted Mr. Ward and he told me to come into the CALPAC office and pick up my paycheck. When I came into the office I was handed my paycheck and a letter of termination from the company. Mr. Ward told me that I was no longer an employee of CALPAC. Before this time, I did not receive any notice or indication that I would be terminated. Also, CALPAC never explained to me the reason for my termination.

During the period of about 3 ½ weeks before my termination, my hours were greatly reduced as I worked only a total of about 14.5 hours. During this same time, other employees were working 40 hours a week. Also, I was a laborer and truck driver, but CALPAC was making heavy equipment mechanics do the duties of a laborer and truck driver, while I was not given work hours.

It is my opinion and belief that the reduction of my work hours, other adverse treatment I experienced, and my ultimate termination are a result of the charges of discrimination I previously filed with the EEOC against CALPAC, MCI, and Dynamic Technical Services.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

8/30/05
Date

_John L.G. Nauta_
JOHN L.G. NAUTA

# EXHIBIT 2

EEOC Form 5 (6/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 378-2005-00240 |
| | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone No. (incl Area Code) | Date of Birth |
|---|---|---|
| **Mr. John P. Babauta** | **(671) 565-2749** | **10-02-1971** |

| Street Address | City, State and ZIP Code |
|---|---|
| **124 San Antonio Street Santa Rita, GU 96915** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **CAL PAC** | **15 - 100** | **(671) 646-3646** |

| Street Address | City, State and ZIP Code |
|---|---|
| **P.O. Box 8950, Tamuning, GU 96931** | |

| Name | No Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN

☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| **10-25-2004** | **12-20-2004** |

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)).

In October 2004, I was hired by CalPac to work on an installation project of underground cable in Guam for MCI.

On or about October 25, 2004, I was harassed by Dennis Clark, a representative of MCI and employee of Dynamic Technical Services. Dennis Clark made a racially derogatory remark to me and other coworkers by calling us "island monkeys."

On or about December 20, 2004, John Healy, a CalPac owner, announced in a meeting that workers would be immediately fired for notifying any authorities or agencies concerning their complaints of discrimination.

I believe I have been discriminated and retaliated against due to my racial background, Pacific Islander, and my national origin, Chamorro. I further believe that non-Caucasian employees as a class have been subjected to discrimination and retaliation.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 04/06/05 — Date  [signature] Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

RECEIVED
APR 0 5 2005
EEOC HLO

**LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

Attorneys for John P. Babauta

| | |
|---|---|
| JOHN P. BABAUTA, | EEOC Charge No. _____ |
| Claimant, | |
| vs. | **EEOC DECLARATION OF JOHN P. BABAUTA** |
| CALPAC, | |
| Respondent. | |

I, JOHN PETER BABAUTA, hereby declare and state as follows:

1. My personal information is as follows:

   a.  Address:  P.O. Box 8393, Agat, GU 96928;

   b.  Telephone #:  (671) 878-0870;

   c.  Date of Birth:  October 2, 1971;

   d.  SS#:  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.

2. I am represented by the law firm of Lujan, Unpingco, Aguigui & Perez LLP, which includes Attorney Delia S. Lujan and which has the following contact information:

   a.  Address:  Pacific News Building, Suite 300, 238 Archbishop Flores Street, Hagåtña, Guam 96910;

   b.  Telephone #:  (671) 477-8064/5;

   c.  Fax #:  (671) 477-5297.

3. The Respondent is CALPAC, which has the following contact information:

   a.  Address:  P.O. Box 8950, Tamuning, GU 96931;

b.  Telephone #:  (671) 646-3645/6;

c.  Fax #:  (671) 646-3643.

4.  The CALPAC contact person is owner John Healy, who may be contacted at:

a.  Address:  P.O. Box 8950, Tamuning, GU 96931;

b.  Telephone #:  (671) 646-3645/6.

5.  The approximate number of employees working at CALPAC ranges from 15 to 100.

6.  The Earliest Date of Violation is December 2004.

7.  The Latest Date of Violation is May 2005.

8.  The following is my statement:

Some time after filing my charges of discrimination with the EEOC against CALPAC, MCI, and Dynamic Technical Services, CALPAC held a meeting with employees, including myself, where the employees were told not to communicate with former CALPAC employees who were picketing against CALPAC in protest of their termination of employment. At the meeting, the employees were told that they would be terminated if they communicated with the protesters.

Additionally, since filing the charges, I mostly received undesirable assignments. Also, a foreman at CALPAC said to the group of employees who filed the EEOC charges, including myself, that they should be careful about what they sign regarding the charge against CALPAC and that if they dropped the charge against CALPAC then good things might come their way.

From approximately March to May, my status at CALPAC was on leave for surgery. Around May, I tried to return to work, but when I would call CALPAC I was given the runaround from Mr. Bill Ward and Mr. Russell Hatfield regarding when I can return to work. Eventually, my employment was terminated without reason, justification, or prior notice.

While I was given no work, other employees were working 40 hours a week. Also, I was a laborer, but CALPAC was making heavy equipment mechanics do the duties of a laborer, while I was not given work hours.

I believe that the fact that I was no work hours after my leave, other adverse treatment I experienced, and the termination of my employment were retaliation against my filing with the EEOC discrimination charges against CALPAC, MCI, and Dynamic Technical Services.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_OCT 31, 2005_
Date

JOHN P. BABAUTA

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 378-2005-00277 |
| | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone No. (incl Area Code) | Date of Birth |
|---|---|---|
| Mr. John P. Babauta | (671) 565-2749 | 10-02-1971 |

Street Address — City, State and ZIP Code

124 San Antonio Street Santa Rita, GU 96915

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| DYNAMIC TECHNICAL SERVICES | Unknown | (469) 635-1300 |

Street Address — City, State and ZIP Code

1125 East Hwy 121, Lewisville, TX 75057

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address — City, State and ZIP Code

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

| | | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|---|
| | | Earliest | Latest |

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN

☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

Earliest: **10-25-2004**   Latest: **12-20-2004**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

In October 2004, I was hired by CalPac to work on an installation project of underground cable in Guam for MCI.

On or about October 25, 2004, I was harassed by Dennis Clark, a representative of MCI and employee of Dynamic Technical Services. Dennis Clark made a racially derogatory remark to me and other coworkers by calling us "island monkeys."

On or about December 20, 2004, John Healy, a CalPac owner, announced in a meeting that workers would be immediately fired for notifying any authorities or agencies concerning their complaints of discrimination.

I believe I have been discriminated and retaliated against due to my racial background, Pacific Islander, and my national origin, Chamorro. I further believe that non-Caucasian employees as a class have been subjected to discrimination and retaliation.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 040605 _____ Date | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| _____ Charging Party Signature | **RECEIVED** **APR 0 5 2005** **EEOC HLO** |

1 | **LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP**
Attorneys at Law
2 | Pacific News Building, Suite 300
238 Archbishop Flores Street
3 | Hagåtña, Guam 96910
Telephone (671) 477-8064/5
4 | Facsimile (671) 477-5297

5 | Attorneys for John P. Babauta

6 |

7 |

8 | JOHN P. BABAUTA,

                Claimant,

9 |                 vs.

10 |

11 | Dynamic Technical Services,

                Respondent.

EEOC Charge No. _378-2006-00038_

**EEOC DECLARATION OF
JOHN P. BABAUTA**

12 |

13 |     I, JOHN PETER BABAUTA, hereby declare and state as follows:

14 | 1. My personal information is as follows:

15 |     a. Address: P.O. Box 8393, Agat, GU 96928;

16 |     b. Telephone #: (671) 878-0870;

17 |

18 |     c. Date of Birth: October 2, 1971;

19 |     d. SS#: 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.

20 | 2. I am represented by the law firm of Lujan, Unpingco, Aguigui & Perez LLP, which

21 | includes Attorney Delia S. Lujan and which has the following contact information:

22 |     a. Address: Pacific News Building, Suite 300, 238 Archbishop Flores Street,

23 |     Hagåtña, Guam 96910;

24 |

25 |     b. Telephone #: (671) 477-8064/5;

26 |     c. Fax #: (671) 477-5297.

27 |

28 |

RECEIVED

OCT 2 0 2005

EEOC HLO

3. The Respondent is Dynamic Technical Services, which has the following contact information:

   a. Address: 1125 East Hwy. 121, Lewisville, TX 75057;

   b. Telephone #: (469) 635-1300;

   c. Fax #: Unknown.

4. The Dynamic Technical Services contact person is Unknown.

5. The approximate number of employees working at Dynamic Technical Services is Unknown.

6. The Earliest Date of Violation is December 2004.

7. The Latest Date of Violation is May 2005.

8. The following is my statement:

   Some time after filing my charges of discrimination with the EEOC against CALPAC, MCI, and Dynamic Technical Services, CALPAC held a meeting with employees, including myself, where the employees were told not to communicate with former CALPAC employees who were picketing against CALPAC in protest of their termination of employment. At the meeting, the employees were told that they would be terminated if they communicated with the protesters.

   Additionally, since filing the charges, I mostly received undesirable assignments. Also, a foreman at CALPAC said to the group of employees who filed the EEOC charges, including myself, that they should be careful about what they sign regarding the charge against CALPAC and that if they dropped the charge against CALPAC then good things might come their way.

   From approximately March to May, my status at CALPAC was on leave for surgery. Around May, I tried to return to work, but when I would call or visit CALPAC I was given the

1  runaround from Mr. Bill Ward and Mr. Russell Hatfield regarding when I can return to work. I

2  Eventually, my employment was terminated without reason, justification, or prior notice.

3  While I was given no work, other employees were working 40 hours a week. Also, I was

4  a laborer, but CALPAC was making heavy equipment mechanics do the duties of a laborer, while

5

6  I was not given work hours.

7  I believe that the fact that I was no work hours after my leave, other adverse treatment I

8  experienced, and the termination of my employment were retaliation against my filing with the

9  EEOC discrimination charges against CALPAC, MCI, and Dynamic Technical Services.

10  I declare under penalty of perjury that the foregoing is true and correct to the best of my

11  knowledge and belief.

12

13  OCT 21, 2005

14  Date                                      JOHN P. BABAUTA

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 378-2005-00241 |
| | and EEOC |

_____State or local Agency, if any_____

| Name (indicate Mr., Ms., Mrs.) | Home Phone No. (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. John P. Babauta | (671) 565-2749 | 10-02-1971 |

| Street Address | City, State and ZIP Code |
|---|---|
| 124 San Antonio Street Santa Rita, GU 96915 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (include Area Code) |
|---|---|---|
| MCI | 500 or More | |

| Street Address | City, State and ZIP Code |
|---|---|
| 2400 Glenville Dr., Richardson, TX 75082 | |

| Name | No. Employees, Members | Phone No. (include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **10-25-2004**  Latest **12-20-2004**
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

In October 2004, I was hired by CalPac to work on an installation project of underground cable in Guam for MCI.

On or about October 25, 2004, I was harassed by Dennis Clark, a representative of MCI and employee of Dynamic Technical Services. Dennis Clark made a racially derogatory remark to me and other coworkers by calling us "island monkeys."

On or about December 20, 2004, John Healy, a CalPac owner, announced in a meeting that workers would be immediately fired for notifying any authorities or agencies concerning their complaints of discrimination.

I believe I have been discriminated and retaliated against due to my racial background, Pacific Islander, and my national origin, Chamorro. I further believe that non-Caucasian employees as a class have been subjected to discrimination and retaliation.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| _040605_  Date  _Charging Party Signature_ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

RECEIVED
APR 0 5 2005
EEOC HLO

1 | LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
2 | Pacific News Building, Suite 300
238 Archbishop Flores Street
3 | Hagåtña, Guam 96910
Telephone (671) 477-8064/5
4 | Facsimile (671) 477-5297

5 | Attorneys for John P. Babauta

U.S. Equal Employment Opportunity Commission

| JOHN P. BABAUTA, | EEOC Charge No. 378-2006-00039 |
| Claimant, | |
| vs. | **EEOC DECLARATION OF** |
| MCI, | **JOHN P. BABAUTA** |
| Respondent. | |

I, JOHN PETER BABAUTA, hereby declare and state as follows:

1. My personal information is as follows:

   a. Address: P.O. Box 8393, Agat, GU 96928;

   b. Telephone #: (671) 878-0870;

   c. Date of Birth: October 2, 1971;

   d. SS#: 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.

> RECEIVED
> OCT 2 0 2005
> EEOC HLO

2. I am represented by the law firm of Lujan, Unpingco, Aguigui & Perez LLP, which includes Attorney Delia S. Lujan and which has the following contact information:

   a. Address: Pacific News Building, Suite 300, 238 Archbishop Flores Street, Hagåtña, Guam 96910;

   b. Telephone #: (671) 477-8064/5;

   c. Fax #: (671) 477-5297.

3. The Respondent is MCI, which has the following contact information:

   a. Address: 2400 Glenville Dr., Richardson, TX 75082;

b. Telephone #: Unknown;

c. Fax #: Unknown.

4. The MCI contact person is Unknown.

5. The approximate number of employees working at MCI is Unknown.

6. The Earliest Date of Violation is December 2004.

7. The Latest Date of Violation is May 2005.

8. The following is my statement:

Some time after filing my charges of discrimination with the EEOC against CALPAC, MCI, and Dynamic Technical Services, CALPAC held a meeting with employees, including myself, where the employees were told not to communicate with former CALPAC employees who were picketing against CALPAC in protest of their termination of employment. At the meeting, the employees were told that they would be terminated if they communicated with the protesters.

Additionally, since filing the charges, I mostly received undesirable assignments. Also, a foreman at CALPAC said to the group of employees who filed the EEOC charges, including myself, that they should be careful about what they sign regarding the charge against CALPAC and that if they dropped the charge against CALPAC then good things might come their way.

From approximately March to May, my status at CALPAC was on leave for surgery. Around May, I tried to return to work, but when I would call CALPAC I was given the runaround from Mr. Bill Ward and Mr. Russell Hatfield regarding when I can return to work. Eventually, my employment was terminated without reason, justification, or prior notice.

While I was given no work, other employees were working 40 hours a week. Also, I was a laborer, but CALPAC was making heavy equipment mechanics do the duties of a laborer, while I was not given work hours.

1  I believe that the fact that I was no work hours after my leave, other adverse treatment I

2  experienced, and the termination of my employment were retaliation against my filing with the

3  EEOC discrimination charges against CALPAC, MCI, and Dynamic Technical Services.

4      I declare under penalty of perjury that the foregoing is true and correct to the best of my

5  knowledge and belief.

6

7  _OCT 21, 2005_

8  Date                       **JOHN P. BABAUTA**

# EXHIBIT 3

EEOC Form 5 (3/01)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 378-2005-00197 |
| | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone No. (incl Area Code) | Date of Birth |
|---|---|---|
| Mr. James S. Yee | (671) 888-1304 | 10-10-1971 |

| Street Address | City, State and ZIP Code |
|---|---|
| #946 Harmon Villa Dededo, GU 96929 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CAL PAC | 15 - 100 | (671) 646-3646 |

| Street Address | City, State and ZIP Code |
|---|---|
| P.O. Box 8950, Tamuning, GU 96931 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-31-2004  Latest: 12-20-2004

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on August 15, 2004, to work on an installation project of underground cable in Guam for MCL.

Beginning on September 21, 2004, and continuing until October 23, 2004, I have complained to the management about verbal harassment by Deanie Clark, Superintendent of MCL. He has made racially derogatory comments to me and fellow co-workers by referring to us as "Monkeys" and "Island Monkeys."

On December 20, 2004, John Healy, Owner of Cal Pac, held a meeting in which he announced that workers would be immediately fired for notifying any authorities or agencies concerning their complaints of discrimination. Not present

I believe that I have been discriminated against due to my racial background and national origin. I further believe that Non-Caucasian employees as a class have been subjected to discrimination and retaliation.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 12/23/04  Date    James Yee  Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

RECEIVED
DEC 2 2 2004
EEOC HLO

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | **AMENDED**<br>375-2005-00197 |

and EEOC

_____ State or local Agency, if any _____

| Name (indicate Mr., Ms., Mrs.) | Home Phone No. (incl Area Code) | Date of Birth |
|---|---|---|
| **Mr. James S. Yee** | **(671) 888-1304** | **10-10-1971** |

| Street Address | City, State and ZIP Code |
|---|---|
| **#94e Harmon Villa Dededo, GU 96929** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **CAL PAC** | **15 - 100** | **(671) 646-3646** |

| Street Address | City, State and ZIP Code |
|---|---|
| **P.O. Box 8950, Tamuning, GU 96931** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **09-21-2004**  Latest: **12-20-2004**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on August 15, 2004, to work on an installation project of underground cable in Guam for MCL

Beginning on September 21, 2004, and continuing until October 23, 2004, I have complained to the management about verbal harassment by Dennis Clark, Superintendent of MCL. He has made racially derogatory comments to me and fellow co-workers by referring to us as "Monkeys" and "Island Monkeys."

On December 20, 2004, John Healy, Owner of Cal Pac, held a meeting in which he announced that workers would be immediately fired for notifying any authorities or agencies concerning their complaints of discrimination. Not present

I believe that I have been discriminated against due to my racial background and national origin. I further believe that Non-Caucasian employees as a class have been subjected to discrimination and retaliation.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| _12/23/04_  _James Yee_<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

RECEIVED
FEB 2 3 2005
EEOC HLO

1  **LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP**
   Attorneys at Law
2  Pacific News Building, Suite 300
   238 Archbishop Flores Street
3  Hagåtña, Guam 96910
   Telephone (671) 477-8064/5
4  Facsimile (671) 477-5297

5  *Attorneys for James S. Yee*

6

7

8  JAMES S. YEE,                     EEOC Charge No. 378–2005–00740

9                 Claimant,

10  vs.                              **EEOC DECLARATION OF**
                                    **JAMES S. YEE**
11  CALPAC,

12                 Respondent.

13

14        I, JAMES S. YEE, hereby declare and state as follows:

15  1.  My personal information is as follows:

16        a.  Address: Hemlani's Harmon Apts., Apt. #312, 158-D Taitano Road, Harmon, GU

17            96913;

18        b.  Telephone #:  (671) 637-4065 (work);

19

20        c.  Date of Birth:  October 10, 1971;

21        d.  SS#:  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.

22  2.  I am represented by the law firm of Lujan, Unpingco, Aguigui & Perez LLP, which

23      includes Attorney Delia S. Lujan and which has the following contact information:

24        a.  Address: Pacific News Building, Suite 300, 238 Archbishop Flores Street,

25            Hagåtña, Guam 96910;

26        b.  Telephone #:  (671) 477-8064/5;

27        c.  Fax #:  (671) 477-5297.

RECEIVED
AUG 0 3 2005
EEOC HLO

Page 1 of 1

3. The Respondent is CALPAC, which has the following contact information:

    a.  Address: P.O. Box 8950, Tamuning, GU 96931;

    b.  Telephone #: (671) 646-3645/6;

    c.  Fax #: (671) 646-3643.

4. The CALPAC contact person is owner John Healy, who may be contacted at:

    a.  Address: P.O. Box 8950, Tamuning, GU 96931;

    b.  Telephone #: (671) 646-3645/6.

5. The approximate number of employees working at CALPAC ranges from 15 to 100.

6. The Earliest Date of Violation is December 2004.

7. The Latest Date of Violation is March 29, 2005.

8. The following is my statement:

    Beginning some time after the filing of my EEOC charges of discrimination against CALPAC, MCI, and Dynamic Technical Services, I was forced to endure a hostile work environment and retaliated against for filing the charges. For example, before the filing of the charges, Bill Ward, the general manager of CALPAC, and I got along well. However, after the charges were filed, when I would greet Bill Ward, the general manager of CALPAC, he frequently ignored me and refused to acknowledge me. When I would say "Good morning, sir," he would keep walking by or turn away from me. Likewise, while working on the MCI project, Dennis Clark, from Dynamic Technical Services, would blatantly exclude me from discussions, even though I was the operator and Dennis usually talked to the operator. Furthermore, Jai James, a CALPAC employee who was the project supervisor for the project I was then working on, ordered me to force the machine I was operating. I refused because forcing the machine might break it and, if the machine broke, I would be disciplined. Jai then told

me to "shut up and listen to me or you'll never work for CALPAC again." So, I forced the machine as Jai ordered me to do. After I forced the machine, I told Jai that I would never force the machine again. Jai replied "You don't want to do this, James. I'm an 8th degree black belt. I'll jump right on top of that machine and kick your ass right off." Additionally, my work hours were reduced. Before the charges were filed, I was working about 45-48 hours a week. However, some time after the charges were filed, I was only working about 35-38 hours or less a week.

Eventually, my employment was terminated.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

8/1/05

_____
Date

_____
JAMES S. YEE

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 378-2005-00267 |
| | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone No. (incl Area Code) | Date of Birth |
|---|---|---|
| Mr. James S. Yee | (671) 888-1304 | 10-10-1971 |

Street Address                        City, State and ZIP Code
#94 E Harmon Villa Dededo, GU 96929

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| DYNAMIC TECHNICAL SERVICES | Unknown | (469) 635-1300 |

Street Address                        City, State and ZIP Code
1125 East Hwy 121, Lewisville, TX 75057

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address                        City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☒ COLOR   ☐ SEX   ☐ RELIGION   ☒ NATIONAL ORIGIN

☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (Specify below.)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 09-21-2004 | 12-20-2004 |
| ☒ CONTINUING ACTION | |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Cal Pac on August 15, 2004, to work on an installation project of underground cable in Guam for MCI.

Beginning on or about September 21, 2004, and continuing until around October 23, 2004, I have been harassed by Dennis Clark, representative of MCI and employee of Dynamic Technical Services. Dennis Clark has made racially derogatory comments to me and fellow co-workers by referring to us as "Monkeys" and "Island Monkeys," and I have complained to my supervisors about the harassment.

I was informed that John Healy, a Cal Pac owner, held a meeting in which he said that workers would be fired for complaining to authorities or agencies regarding the racial harassment.

I believe that I have been discriminated against due to my racial background, Pacific Islander, and national origin, Chamorro. I further believe that non-Caucasian employees as a class have been subjected to discrimination and retaliation.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 3/2/05     [signature] Date     Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

RECEIVED
APR 05 2005
EEOC HLQ

**LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for James S. Yee*

| | |
|---|---|
| JAMES S. YEE, | EEOC Charge No. 378–2005–00742 |
| Claimant, | |
| vs. | **EEOC DECLARATION OF** |
| DYNAMIC TECHNICAL SERVICES, | **JAMES S. YEE** |
| Respondent. | |

I, JAMES S. YEE, hereby declare and state as follows:

1. My personal information is as follows:

    a. Address: Hemlani's Harmon Apts., Apt. #312, 158-D Taitano Road, Harmon, GU 96913;

    b. Telephone #: (671) 637-4065 (work);

    c. Date of Birth: October 10, 1971;

    d. SS#: 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.

2. I am represented by the law firm of Lujan, Unpingco, Aguigui & Perez LLP, which includes Attorney Delia S. Lujan and which has the following contact information:

    a. Address: Pacific News Building, Suite 300, 238 Archbishop Flores Street, Hagåtña, Guam 96910;

    b. Telephone #: (671) 477-8064/5;

    c. Fax #: (671) 477-5297.

RECEIVED
AUG 0 3 2005
EEOC HLO

3. The Respondent is Dynamic Technical Services, which has the following contact information:

    a. Address: 1125 East Hwy. 121, Lewisville, TX 75057;

    b. Telephone #: (469) 635-1300;

    c. Fax #: Unknown.

4. The Dynamic Technical Services contact person is Unknown.

5. The approximate number of employees working at Dynamic Technical Services is Unknown.

6. The Earliest Date of Violation is December 2004.

7. The Latest Date of Violation is March 29, 2005.

8. The following is my statement:

Beginning some time after the filing of my EEOC charges of discrimination against CALPAC, MCI, and Dynamic Technical Services, I was forced to endure a hostile work environment and retaliated against for filing the charges. For example, before the filing of the charges, Bill Ward, the general manager of CALPAC, and I got along well. However, after the charges were filed, when I would greet Bill Ward, the general manager of CALPAC, he frequently ignored me and refused to acknowledge me. When I would say "Good morning, sir," he would keep walking by or turn away from me. Likewise, while working on the MCI project, Dennis Clark, from Dynamic Technical Services, would blatantly exclude me from discussions, even though I was the operator and Dennis usually talked to the operator. Furthermore, Jai James, a CALPAC employee who was the project supervisor for the project I was then working on, ordered me to force the machine I was operating. I refused because forcing the machine might break it and, if the machine broke, I would be disciplined. Jai then told

me to "shut up and listen to me or you'll never work for CALPAC again." So, I forced the machine as Jai ordered me to do. After I forced the machine, I told Jai that I would never force the machine again. Jai replied "You don't want to do this, James. I'm an 8th degree black belt. I'll jump right on top of that machine and kick your ass right off." Additionally, my work hours were reduced. Before the charges were filed, I was working about 45-48 hours a week. However, some time after the charges were filed, I was only working about 35-38 hours or less a week.

Eventually, my employment was terminated.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date  8/21/05

JAMES S. YEE

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | **AMENDED** |
| ☒ EEOC | 378-2005-00215 |
| | and EEOC |

_____ State or local Agency, if any _____

| Name (indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| **Mr. James S. Yee** | (671) 868-1304 | 10-10-1971 |

| Street Address | City, State and ZIP Code |
|---|---|
| #94e Harmon Villa Dodedo, GU 06334 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| MCI | 500 or More | |

| Street Address | City, State and ZIP Code |
|---|---|
| 2400 Glenville Dr., Richardson, TX 75082 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-21-2004  Latest: 12-20-2004

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Cal Pac on August 15, 2004, to work on an installation project of underground cable in Guam for Respondent, MCI.

Beginning on September 21, 2004, and continuing until October 23, 2004, I have complained to the management about verbal harassment by Dennis Clark, Superintendent of MCI. He has made racially derogatory comments to me and fellow co-workers by referring to us as "Monkeys" and "Island Monkeys."

On December 20, 2004, John Healy, Owner of Cal Pac, held a meeting in which he announced that workers would be immediately fired for notifying any authorities or agencies concerning their complaints of discrimination. *NOT PRESENT*

I believe that I have been discriminated against due to my racial background and national origin. I further believe that Non-Caucasian employees as a class have been subjected to discrimination and retaliation.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. **SIGNATURE OF COMPLAINANT** |
| 1/23/0P   _Date_     _Jerry Se_  Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

**RECEIVED**
FEB 2 3 2005
EEOC HLO

**LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for James S. Yee*

JAMES S. YEE,

           Claimant,

           vs.

MCI,

           Respondent.

EEOC Charge No. _378-2005-00743_

**EEOC DECLARATION OF
JAMES S. YEE**

I, JAMES S. YEE, hereby declare and state as follows:

1. My personal information is as follows:

    a. Address: Hemlani's Harmon Apts., Apt. #312, 158-D Taitano Road, Harmon, GU 96913;

    b. Telephone #: (671) 637-4065 (work);

    c. Date of Birth: October 10, 1971;

    d. SS#: 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.

2. I am represented by the law firm of Lujan, Unpingco, Aguigui & Perez LLP, which includes Attorney Delia S. Lujan and which has the following contact information:

    a. Address: Pacific News Building, Suite 300, 238 Archbishop Flores Street, Hagåtña, Guam 96910;

    b. Telephone #: (671) 477-8064/5;

    c. Fax #: (671) 477-5297.

RECEIVED
AUG 0 3 2005
EEOC HLO

3. The Respondent is MCI, which has the following contact information:

    a. Address: 2400 Glenville Dr., Richardson, TX 75082;

    b. Telephone #: Unknown;

    c. Fax #: Unknown.

4. The MCI contact person is Unknown.

5. The approximate number of employees working at MCI is Unknown.

6. The Earliest Date of Violation is December 2004.

7. The Latest Date of Violation is March 29, 2005.

8. The following is my statement:

      Beginning some time after the filing of my EEOC charges of discrimination against CALPAC, MCI, and Dynamic Technical Services, I was forced to endure a hostile work environment and retaliated against for filing the charges. For example, before the filing of the charges, Bill Ward, the general manager of CALPAC, and I got along well. However, after the charges were filed, when I would greet Bill Ward, the general manager of CALPAC, he frequently ignored me and refused to acknowledge me. When I would say "Good morning, sir," he would keep walking by or turn away from me. Likewise, while working on the MCI project, Dennis Clark, from Dynamic Technical Services, would blatantly exclude me from discussions, even though I was the operator and Dennis usually talked to the operator. Furthermore, Jai James, a CALPAC employee who was the project supervisor for the project I was then working on, ordered me to force the machine I was operating. I refused because forcing the machine might break it and, if the machine broke, I would be disciplined. Jai then told me to "shut up and listen to me or you'll never work for CALPAC again." So, I forced the machine as Jai ordered me to do. After I forced the machine, I told Jai that

I would never force the machine again. Jai replied "You don't want to do this, James. I'm an 8th degree black belt. I'll jump right on top of that machine and kick your ass right off." Additionally, my work hours were reduced. Before the charges were filed, I was working about 45-48 hours a week. However, some time after the charges were filed, I was only working about 35-38 hours or less a week.

Eventually, my employment was terminated.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date  8/4/05

JAMES S. YEE