LUJAN AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

FILED
DISTRICT COURT OF GUAM

AUG 10 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, JAMES S. YEE, TEDDY C. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>v.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, DELIA S. LUJAN, certify that I caused copies of the **SECOND DECLARATION OF DELIA LUJAN IN SUPPORT OF EACH OF PLAINTIFFS' OPPOSITION TO DEFENDANT CALPAC'S MOTION FOR SUMMARY JUDGMENT, PLAINTIFF LARRY L. CHARFAUROS' AMENDED OPPOSITION TO DEFENDANT CALPAC'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFFS JOHN L.G. NAUTA'S, JOHN P. BABAUTA'S AND JAMES S. YEE'S AMENDED JOINDER IN CO-PLAINTIFFS' OPPOSITION TO DEFENDANT CALPAC'S MOTION FOR SUMMARY JUDGMENT** to be served on the following individuals or entities on August 10, 2007 via hand delivery at the following addresses:

| | |
|---|---|
| 1 | **Blair Sterling Johnson Moody Martinez & Leon Guerrero, P.C.** |
| 2 | Suite 1008, Pacific News Building |
| | 238 Archbishop F.C. Flores Street |
| 3 | Hagåtña, Guam 96910 |
| 4 | **Carlsmith Ball LLP** |
| | Bank of Hawaii Building, Suite 401 |
| 5 | 134 West Soledad Avenue |
| | Hagåtña, Guam 96910 |

Dated this 10th day of August, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
DELIA S. LUJAN, ESQ.
*Attorneys for Plaintiffs*

---

Henry G. Van Meter, et al., vs. CALPAC, et al.
District Court Civil Case No. 05-00037