LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

**FILED**
DISTRICT COURT OF GUAM

AUG 1 3 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br>-vs-<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br><br>**DECLARATION OF DELIA LUJAN** |

I, DELIA LUJAN, hereby declare and state as follows:

1. I am an attorney representing all the plaintiffs in this matter.

2. I did not receive, and was unaware of, the Court's July 6, 2007, Order which set Defendant DTS' motion for summary judgment for hearing and set a deadline for filing oppositions until on or around August 9, 2007.

3. On July 9, 2007, I renewed a request for hearing date on DTS' summary judgment motions, as I remained unaware of the July 6 Order.

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Declaration of Delia Lujan

1

Case 1:05-cv-00037    Document 404    Filed 08/13/2007    Page 1 of 3

4. Had I known of the July 6, 2007, Order, I would have filed oppositions to the motion by noon, July 13, 2007, the deadline established by the Court.

5. I remained unaware of the July 6 Order even as I conferred with DTS' counsel regarding a hearing date on DTS' individual summary judgment motions.

6. DTS' counsel had asked me if I would be available for a hearing on the week of August 16, 2007. In response, I stated that it was my understanding from a previous conversation with Court personnel that that Court was not available for hearing until September 2007. I then stated that I would not be available for a hearing on the week of August 16, 2007, but instead agreed to a hearing date to be set sometime during the week of August 20, 2007.

7. On the morning of July 30, 2007, I spoke to Court personnel regarding whether the court had yet set a hearing date on DTS' individual summary judgment motions.

8. Attached as Exhibit 1 to Plaintiffs' motion to reconsider, filed herewith, is a true and correct copy of Defendant Dynamic Technical Services' Answers and Objections to Plaintiff Henry G. Van meter's First Set of Interrogatories, which I received in response to a first set of interrogatories.

9. Attached as Exhibits 2 and 3 to Plaintiffs' motion to reconsider, filed herewith, are true and correct copies of excerpts from discovery received by DTS as a first supplement to their response to Plaintiffs' first request for production.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Declaration of Delia Lujan

2

Case 1:05-cv-00037    Document 404    Filed 08/13/2007    Page 2 of 3

Executed this 13th day of August, 2007, in Hagåtña, Guam.

_____
DELIA LUJAN

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Declaration of Delia Lujan

Case 1:05-cv-00037   Document 404   Filed 08/13/2007   Page 3 of 3

3