LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

**FILED**
DISTRICT COURT OF GUAM

AUG 1 3 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT OF GUAM
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br>-vs-<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br><br>**DECLARATION OF DAPHNE SANTOS** |

I, DAPHNE SANTOS, hereby declare and state as follows:

1. I am an employee of the law firm of Lujan Aguigui & Perez LLP ("LAP").

2. Since 2006 to the present, I have served as the receptionist of LAP.

3. As receptionist, one of my duties is to keep a log of all documents that the firm receives or obtains.

4. On July 6, 2007, I was at work but did not receive on LAP's behalf the Court's July 6, 2007, Order which set Defendant Dynamic Technical Services' summary judgment motion for hearing and set the deadline for the plaintiffs to file oppositions.

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Declaration of Daphne Santos

1

5. LAP did not receive the July 6, 2007, Order until after the deadline established for filing oppositions had already passed.

6. In fact, LAP did not receive the July 6, 2007, Order until on or about August 9, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 13th day of August, 2007, in Hagåtña, Guam.

_____
DAPHNE SANTOS

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Declaration of Daphne Santos

2