LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

FILED
DISTRICT COURT OF GUAM

AUG 13 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br>-vs-<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br><br>DECLARATION OF CATHY CEPEDA |

I, CATHY CEPEDA, hereby declare and state as follows:

1. I am an employee of the law firm of Lujan Aguigui & Perez LLP ("LAP").

2. Since 2003 to the present, I have served as the office manager of LAP.

3. As office manager, I am familiar with the policies and practices of the firm.

4. One of the firm's policies and practices is that the office runner check the firm's box at the District Court of Guam at least twice each day the firm and the Court are open for business. This way, the firm can obtain any Orders issued by the Court.

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Declaration of Cathy Cepeda

1

5. As office manager, I, in addition to the receptionist, keep a log of all documents the firm receives.

6. On July 6, 2007, LAP did not receive the Court's July 6, 2007, Order which set Defendant Dynamic Technical Services' summary judgment motion for hearing and set the deadline for the plaintiffs to file oppositions.

7. LAP did not receive the July 6, 2007, Order until after the deadline established for filing oppositions had already passed.

8. In fact, LAP did not receive the July 6, 2007, Order until on or about August 9, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 13th day of August, 2007, in Hagåtña, Guam.

*Cathy Cepeda*
_____
**CATHY CEPEDA**

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Declaration of Cathy Cepeda

Case 1:05-cv-00037    Document 406    Filed 08/13/2007    Page 2 of 2

2