VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant California Pacific Technical Services LLC*



**FILED**
DISTRICT COURT OF GUAM
AUG 1 4 2007
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV05-00037<br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, **JOHN L. MANIBUSAN**, hereby certify that true and correct copies of the following documents:

1. REPLY TO ANTHONY C. ARRIOLA'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT;
2. REPLY TO JAMES S. YEE'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT;
3. REPLY TO JOSEPH J. HERNANDEZ'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT;
4. REPLY TO JOSEPH T. MENDIOLA'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT;
5. REPLY TO JOHN P. BABAUTA'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT;
6. REPLY TO TEDDY B. CRUZ' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT;
7. REPLY TO JESSE B. CRUZ' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT;
8. REPLY TO ROLAND F. MENDIOLA'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT;
9. REPLY TO JERRY APODACA'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT;
10. REPLY TO LARRY L. CHARFAUROS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT;
11. REPLY TO JOHN L.G. NAUTA'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT;

12. AMENDED REPLY TO HENRY VAN METER'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

filed herein on August 13, 2007, was served upon the following on August 13, 2007:

>   DELIA LUJAN, ESQ.
>   LUJAN AGUIGUI & PEREZ LLP
>   300 PACIFIC NEWS BUILDING
>   238 ARCHBISHOP FLORES STREET
>   HAGÅTÑA, GUAM 96910

DATE: AUGUST 14, 2007

_____
JOHN L. MANIBUSAN SP NO. 0038-00

V63\08130-03
G:\WORDDOC\PLD\VLG\210N-COS REPL TO OPPO TO MTN FOR SUMM JUDG RE VAN METER V CALPAC CIV05-037.DOC