VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857



FILED
DISTRICT COURT OF GUAM
AUG 1 4 2007
JEANNE G. QUINATA
Clerk of Court

*Attorneys for Defendant California Pacific Technical Services LLC*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. CIV05-00037 <br><br><br><br><br><br><br><br> **CERTIFICATE OF SERVICE** |

I, **VERNA M. SANTIAGO**, hereby certify that true and correct copies of the following documents:

1. REPLY TO ROBERT B. CRUZ'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT;
2. REPLY TO HENRY VAN METER'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

filed herein on August 10, 2007, was served upon the following on August 10, 2007:

//

//

ORIGINAL

```
                              DELIA LUJAN, ESQ.
                           LUJAN AGUIGUI & PEREZ LLP
                            300 PACIFIC NEWS BUILDING
                          238 ARCHBISHOP FLORES STREET
                              HAGÅTÑA, GUAM 96910
```

DATE: AUGUST 14, 2007              _____
                                   VERNA M. SANTIAGO

```
V63\08130-03
G:\WORDDOC\PLD\VLG\2100-COS REPL TO OPPO TO MTN FOR SUMM
JUDG (VAN METER & R. CRUZ) RE VAN METER V CALPAC CIV05-
037.DOC
```