LUJAN AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

**FILED**
DISTRICT COURT OF GUAM

AUG 15 2007

JEANNE G. QUINATA
Clerk of Court



# IN THE UNITED STATES DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, JAMES S. YEE, TEDDY C. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> v. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br><br> **CERTIFICATE OF SERVICE** |

I, DELIA S. LUJAN, certify that I caused copies of the **PLAINTIFFS' MOTION TO RECONSIDER THE COURT'S JULY 30, 2007, ORDER RE: DYNAMIC TECHNICAL SERVICES' MOTION FOR SUMMARY JUDGMENT AND AUGUST 9, 2007, PARTIAL JUDGMENT, DECLARATION OF DELIA LUJAN, DECLARATION OF CATHY CEPEDA AND DECLARATION OF DAPHNE SANTOS** to be served on the following individuals or entities on August 14, 2007 via hand delivery at the following addresses:

**Blair Sterling Johnson Moody Martinez & Leon Guerrero, P.C.**
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

ORIGINAL

**Carlsmith Ball LLP**
Bank of Hawaii Building, Suite 401
134 West Soledad Avenue
Hagåtña, Guam 96910

Dated this 15th day of August, 2007.

                            **LUJAN AGUIGUI & PEREZ LLP**

               By: _____
                         DELIA S. LUJAN, ESQ.
                         *Attorneys for Plaintiffs*

---

Henry G. Van Meter, et al., vs. CALPAC, et al.
District Court Civil Case No. 05-00037

2
Certificate of Service