LAW OFFICES
# BLAIR STERLING JOHNSON
## MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205

WILLIAM J. BLAIR
THOMAS C. STERLING
RICHARD L. JOHNSON
JEHAN'AD G. MARTINEZ
VINCENT E. LEON GUERRERO

JAMES F. BALDWIN
NICOLAS E. TOFT
ALISHA L. MOLYNEUX

OF COUNSEL
 J. BRADLEY KLEMM

TELEPHONE:
(671) 477-7857

FACSIMILE:
(671) 472-4290

WRITER'S E-MAIL:
vlg@kbsjlaw.com

August 28, 2007

**RECEIVED AUG 29 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**VIA HAND DELIVERY**

Ms. Jeanne G. Quinata
Clerk of Court
DISTRICT COURT OF GUAM
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

    **RE: *VAN METER, ET AL. V. CALPAC, ET AL.*, DISTRICT COURT OF GUAM CASE NO. CIV05-00037**

Dear Madam Clerk:

    This letter is to request that William J. Blair of our office be removed from the service list as the lead attorney of our firm handling this case and that I be put in his place and stead in the above-referenced case. Alisha L. Molyneux may also be removed from the service list in the above-referenced case.

    If you have any questions or concerns, please do not hesitate to contact me.

                      Very truly yours,

                      BLAIR STERLING JOHNSON
                        MARTINEZ & LEON GUERRERO
                      A Professional Corporation

                      VINCENT LEON GUERRERO

V49\08130-03
G:\WORDDOC\LTR\VLG\194-CLERK OF COURT-
DISTRICT COURT RE SERVICE LIST RE VAN
METER V CALPAC.DOC

VIA HAND DELIVERY

MS. JEANNE G. QUINATA
CLERK OF COURT
DISTRICT COURT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGATNA GUAM 96910

LAW OFFICES
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205