**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

**FILED**
**DISTRICT COURT OF GUAM**
SEP - 4 2007
**JEANNE G. QUINATA**
**Clerk of Court**

# IN THE UNITED STATES DISTRICT COURT OF GUAM
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br>-vs-<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>**DECLARATION OF JASON MARTIR** |

I, JASON MARTIR, hereby declare and state as follows:

1. I am an employee of the law firm of Lujan Aguigui & Perez LLP ("LAP").

2. I serve as the office runner of LAP and acted as such on July 6, 2007.

3. As office runner, I am familiar with the policies and practices of the firm regarding runs.

4. One of the firm's policies and practices regarding runs is that the office runner check the firm's box at the District Court of Guam at least twice each day the firm and the

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Declaration of Jason Martir

ORIGINAL

1

Case 1:05-cv-00037   Document 414   Filed 09/04/2007   Page 1 of 2

Court are open for business. This way, the firm can obtain any Orders issued by the Court.

5. Upon receiving documents from the firm's box at District Court and from other sources, I transport these documents back to the firm's office, where they are then logged in by the receptionist and the office manager.

6. On July 6, 2007, I checked the firm's box at the District Court but did not find any Order setting Defendant Dynamic Technical Services' summary judgment motion for hearing and setting the deadline for the plaintiffs to file oppositions.

7. I also checked the firm's box at District Court the following business day, but did not find any July 6, 2007, Order.

8. On August 13, 2007, I was off-island on vacation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4th day of September, 2007, in Hagåtña, Guam.

_____
JASON MARTIR

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Declaration of Jason Martir

Case 1:05-cv-00037   Document 414   Filed 09/04/2007   Page 2 of 2

2