LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Suite 300, Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone: (671) 477-8064/5
Facsimile: (671) 477-5297

*Attorneys for Plaintiffs Henry Van Meter, et al.*

FILED
DISTRICT COURT OF GUAM
SEP - 7 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, JAMES S. YEE, TEDDY C. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>v.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, DELIA S. LUJAN, certify that I caused copies of the **SECOND AMENDED COMPLAINT and DEMAND FOR JURY TRIAL** to be served on the following individuals or entities on September 7, 2007, via hand delivery at the following addresses:

**BLAIR STERLING JOHNSON MARTINEZ & LEON GUERRERO, P.C.**
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

**CARLSMITH BALL LLP**
Bank of Hawaii Building, Suite 401
134 West Soledad Avenue
Hagåtña, Guam 96910

**CIVILLE & TANG, PLLC**
Suite 200
330 Hernan Cortez Avenue
Hagåtña, Guam 96910

Dated this 7th day of September, 2007.

**LUJAN AGUIGUI & PEREZ LLP**

By: _____
**DELIA S. LUJAN, ESQ.**
*Attorneys for Plaintiffs Henry Van Meter, et al.*

Henry G. Van Meter, et al., vs. CALPAC, et al.
District Court Civil Case No. 05-00037