**LUJAN AGUIGUI & PEREZ** LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, | CIVIL CASE NO. 05-00037 |
| Plaintiffs, | **ORDER**<br>**Granting Motion for Leave to File Facsimile Signature Page of Declaration of Roland F. Mendiola in Support of Opposition to Defendant Calpac's Motion for Summary Judgment** |
| -vs- | |
| CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, | |
| Defendants. | |

After reviewing Plaintiff Roland F. Mendiola's Motion for Leave to File Facsimile Signature Page of Declaration of Roland F. Mendiola in Support of Opposition to Defendant Calpac's Motion for Summary Judgment and finding good cause for such relief, the Court grants the Plaintiff's motion. Plaintiff Roland F. Mendiola shall file with the Court the original signature page of his declaration immediately upon plaintiff's counsel's receipt.

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Sep 13, 2007**