VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendants California Pacific Technical Services LLC*



**FILED**
DISTRICT COURT OF GUAM

SEP 17 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV05-00037<br><br>**ANSWER OF DEFENDANT CALPAC TO SECOND AMENDED COMPLAINT** |

**COMES NOW** Defendant CALIFORNIA PACIFIC TECHNICAL SERVICES LLC ("CalPac"), ("Defendant") and in answer to the Second Amended Complaint ("Complaint") filed herein admits, denies and alleges as follows:

1. Defendant admits the allegations contained in paragraphs 1, 2, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 29, 102, and 158.

2. Defendant denies the allegations contained in paragraphs 4, 26, 27, 40, 42, 43, 44, 45, 46, 47, 48, 49, 50, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 95, 96, 97, 98, 99, 100, 101, 103, 104, 105, 106, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 134, 137, 138, 139, 140, 141, 142, 143, 144, 145, 146, 147, 148, 151, 152, 153, 154, 155, 156, 157, 159, 160, 161, 162, 165, 166, 167, 168, 169, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179, 180, 181, 182, 183, 184, 187, 188, 189, 190, 191, 192, 193, 194, 195, 196, 197, 198, 199, 200, 201, 202, 203, 204, 205, 206, 209, 210, 211, 213, 214, 215, 216, 217, 218, 219, 220, 221, 222, 223, 224, 225, 226, 227, 228, 229, 232, 233, 234, 235, 236, 237, 238, 239, 240, 241, 242, 243, 244, 245, 246, 247, 248, 249, 250, 251, 254, 255, 256, 257, 258, 259, 260, 261, 262, 263, 264, 265, 266, 267, 268, 269, 270, 271, and 272.

3. Defendant lacks sufficient information and belief to formulate a response to paragraphs 3, 19, 20, 21, 22, 23, 25, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, and 220 and, basing its denial thereon, denies generally and specifically each and every allegation contained therein.

4. With respect to the allegations contained in paragraph 24, Defendant admits only that Defendant John Healy is one of the owner-members of CalPac. The other owner-member is In Hui Yu-

- 2 -

Healy.

5. With respect to paragraph 41 of the Compliant, Defendant re-alleges and incorporates by this reference its responses to the allegations contained in paragraphs 1 through 40 of the Complaint, inclusive.

6. With respect to paragraph 52 of the Complaint, Defendant re-alleges and incorporates by this reference its responses to the allegations contained in paragraphs 1 through 51 of the Compliant, inclusive.

7. With respect to paragraph 66 of the Complaint, Defendant re-alleges and incorporates by this reference its responses to the allegations contained in paragraphs 1 through 65 of the Compliant, inclusive.

8. With respect to paragraph 80 of the Complaint, Defendant re-alleges and incorporates by this reference its responses to the allegations contained in paragraphs 1 through 79 of the Compliant, inclusive.

9. With respect to paragraph 94 of the Complaint, Defendant re-alleges and incorporates by this reference its responses to the allegations contained in paragraphs 1 through 93 of the Compliant, inclusive.

10. With respect to paragraph 108 of the Complaint, Defendant re-alleges and incorporates by this reference its responses to the allegations contained in paragraphs 1 through 107 of the Compliant, inclusive.

11. With respect to paragraph 122 of the Complaint, Defendant re-alleges and incorporates by this reference its responses to the allegations contained in paragraphs 1 through 121 of the Compliant, inclusive.

12. With respect to paragraph 136 of the Complaint, Defendant re-alleges and incorporates by this reference its responses to the allegations contained in paragraphs 1 through 135 of the Compliant, inclusive.

13. With respect to paragraph 150 of the Complaint, Defendant re-alleges and incorporates by this reference its responses to the allegations contained in paragraphs 1 through 149 of the Compliant, inclusive.

14. With respect to paragraph 164 of the Complaint, Defendant re-alleges and incorporates by this reference its responses to the allegations contained in paragraphs 1 through 163 of the Compliant, inclusive.

15. With respect to paragraph 186 of the Complaint, Defendant re-alleges and incorporates by this reference its responses to the allegations contained in paragraphs 1 through 185 of the Compliant, inclusive.

16. With respect to the allegations contained in paragraph 135, Defendant admits only that Plaintiff Yee filed a charge of discriminatory actions with the EEOC. Defendant denies that any discriminatory actions were taken against Plaintiff Yee.

17. With respect to paragraph 186 of the Complaint,

Defendant re-alleges and incorporates by this reference its responses to the allegations contained in paragraphs 1 through 185 of the Compliant, inclusive.

18. With respect to paragraph 208 of the Complaint, Defendant re-alleges and incorporates by this reference its responses to the allegations contained in paragraphs 1 through 207 of the Compliant, inclusive.

19. With respect to the allegations contained in paragraph 212, Defendant admits only that Plaintiff J. Cruz filed a charge of discriminatory actions with the EEOC. Defendant denies that any discriminatory actions were taken against Plaintiff J. Cruz.

20. With respect to paragraph 231 of the Complaint, Defendant re-alleges and incorporates by this reference its responses to the allegations contained in paragraphs 1 through 230 of the Compliant, inclusive.

21. With respect to paragraph 253 of the Complaint, Defendant re-alleges and incorporates by this reference its response to the allegations contained in paragraphs 1-252 of the Compliant, inclusive.

**AFFIRMATIVE DEFENSES**

1. The Second Amended Complaint fails to state a cause of action upon which relief may be granted.

//

//

//

WHEREFORE, Defendant **CALIFORNIA PACIFIC TECHNICAL SERVICES LLC**, prays for judgment as follows:

1. That Plaintiffs take nothing by their Complaint;

2. For cost of suit incurred herein; and

3. For such other and further relief as the Court may deem just and proper.

**DATED** this 17th day of September, 2007.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

BY: *[signature]*
**VINCENT LEON GUERRERO**
*Attorneys for Defendants California Pacific Technical Services LLC*

V63\08130-03
G:\WORDDOC\PLD\VLG\212-ANSWER TO 2ND AMND COMPL RE VAN METER V CALPAC CIV05-037.DOC