VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendants John Healy and William Ward*



FILED
DISTRICT COURT OF GUAM

SEP 1 7 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV05-00037<br><br>**MOTION TO DISMISS** |

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

**COME NOW**, Defendants **JOHN HEALY**, and **WILLIAM WARD** ("Defendants") and move pursuant to 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the Second Amended Complaint fails to state a claim upon which relief may be granted.

This motion is based on the pleadings and papers on file in this action, this motion, the accompanying memorandum of points and authorities and whatever evidence and argument is presented

ORIGINAL

in this motion.

**WHEREFORE, PREMISE CONSIDERED**, Defendants respectfully request this Court enter an order dismissing all of Plaintiffs claims against Defendants and for such other relief to which Defendants are justly entitled.

**RESPECTFULLY SUBMITTED** this 17th day of September, 2007.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION


BY: *(signature)*
VINCENT LEON GUERRERO
*Attorneys for Defendants John Healy and William Ward*

V63\08130-03
G:\WORDDOC\PLD\VLG\213-MTN TO DISMISS RE VAN METER V CALPAC.DOC