VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendants John Healy and William Ward*

FILED
DISTRICT COURT OF GUAM
SEP 17 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV05-00037<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS** |

**FACTS**

On February 24, 2006, plaintiffs filed their Second Amended Complaint naming John Healy and William Ward as defendants. On April 10, 2007, after briefing, this Court granted Mr. Healy and Mr. Ward's motion for summary judgment on the grounds that they could not be sued in their individual capacities.

Recently, the magistrate judge granted, in part, plaintiffs'

motion to amend the complaint thereby allowing plaintiffs to pursue their claims against Verizon Business Purchasing, LLC and Verizon Business Network Services, Inc. No new claims were allowed against Mr. Healy and Mr. Ward.

## LAW

Under the "law of the case" doctrine, a Court is generally precluded from re-examining an issue previously decided by the same Court, or by a higher Court. *Minidoka Irrigation District v. Department of Interior of U.S.* 406 F.3d 567, 573(9th Cir. 2005).

Plaintiffs' claims against Mr. Healy and Mr. Ward are identical to the claims dismissed through this Court's Order granting summary judgment on April 10, 2004. The dismissal of Mr. Healy and Mr. Ward is law of the case. As such, claims against them should be dismissed

**RESPECTFULLY SUBMITTED** this 17th day of September, 2007.

> **BLAIR STERLING JOHNSON**
> **MARTINEZ & LEON GUERRERO**
> A PROFESSIONAL CORPORATION
>
> BY: _____
> **VINCENT LEON GUERRERO**
> *Attorneys for Defendants John Healy and William Ward*

V63\08130-03
G:\WORDDOC\PLD\VLG\214-MEMO IN SUPPT OF MTN TO DISMISS RE VAN METER V CALPAC CIV05-037.DOC