VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant California Pacific Technical Services LLC*



**FILED**
DISTRICT COURT OF GUAM
SEP 17 2007
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV05-00037<br><br>**CERTIFICATE OF SERVICE** |

I, **ARIES J. MENDIOLA**, hereby certify that true and correct copies of the **ANSWER OF DEFENDANT CALPAC TO SECOND AMENDED COMPLAINT, MOTION TO DISMISS** and the **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**, filed herein on September 17, 2007, will be served via hand on September 17, 2007, or soon thereafter, upon the following:

DELIA LUJAN, ESQ.
LUJAN AGUIGUI & PEREZ LLP
SUITE 300 PACIFIC NEWS BUILDING
238 ARCHBISHOP F C FLORES ST
HAGÅTÑA, GUAM 96910

ORIGINAL

ELYZE J.T. MCDONALD, ESQ.
CARLSMITH BALL
BANK OF HAWAII BUILDING
SUITE 401
134 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

G. PATRICK CIVILLE, ESQ.
CIVILLE & TANG, PLLC
SUITE 200, 330 HERNAN CORTES AVENUE
HAGÅTÑA, GUAM 96910

DATE: SEPTEMBER 17, 2007

_____
ARIES J. MENDIOLA

```
V63\08130-03
G:\WORDDOC\PLD\VLG\215-COS ANSW-MTN TO DISMISS-MEMO RE VAN
METER V CALPAC CIV05-037.DOC
```