**LUJAN AGUIGUI & PEREZ** LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

FILED
DISTRICT COURT OF GUAM

OCT - 1 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>-vs-<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br>**PLAINTIFFS' NON-OPPOSITION TO DEFENDANTS JOHN HEALY'S AND WILLIAM WARD'S MOTION TO DISMISS; CERTIFICATE OF SERVICE** |

COME NOW Plaintiffs Henry G. Van Meter, Jerry Apodaca, Jr., Joseph J. Hernandez,

Joseph T. Mendiola, Larry L. Charfauros, Anthony C. Arriola, Robert B. Cruz, Roland F.

Mendiola, James S. Yee, Teddy B. Cruz, Jesse B. Cruz, John L.G. Nauta, and John P. Babauta

(collectively "Plaintiffs") and do not oppose Defendants John Healy's and William Ward's

Motion to Dismiss, filed herein September 17, 2007.

Henry G. Van Meter, et al., v. Calpac, et al.
Civil Case No. 05-00037
Non-Opp'n to Defs. Healy's & Ward's Mot. Dismiss

1

ORIGINAL

Case 1:05-cv-00037    Document 430    Filed 10/01/2007    Page 1 of 2

**RESPECTFULLY SUBMITTED** this 1st day of October, 2007.

**LUJAN AGUIGUI & PEREZ LLP**

By: _____
**DELIA LUJAN**
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, DELIA S. LUJAN, hereby certify under penalty of perjury of the laws of the United States that, on October 1, 2007, I will cause to be served, via hand delivery, a true and correct copy of **PLAINTIFFS' NON-OPPOSITION TO DEFENDANTS JOHN HEALY'S AND WILLIAM WARD'S MOTION TO DISMISS** upon the following:

**Blair Sterling Johnson Martinez & Leon Guerrero, P.C.**
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

**Carlsmith Ball LLP**
Bank of Hawaii Building, Suite 401
134 West Soledad Avenue
Hagåtña, Guam 96910

**Civille & Tang, PLLC.**
330 Hernan Cortez Ave., Ste. 200
Hagåtña, Guam 96910

Dated this 1st day of October, 2007.

**LUJAN AGUIGUI & PEREZ LLP**

By: _____
**DELIA LUJAN**
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. Calpac, et al.
Civil Case No. 05-00037
Non-Opp'n to Defs. Healy's & Ward's Mot. Dismiss

Case 1:05-cv-00037    Document 430    Filed 10/01/2007    Page 2 of 2

2