ELYZE J. MCDONALD, Guam Bar No. 01-004
CARLSMITH BALL LLP
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375

Arthur K. Smith, Texas Bar No. 18534100
LAW OFFICES OF ARTHUR K. SMITH
(Admitted *Pro Hac Vice*)
507 Prestige Circle
Allen, Texas 75002
Telephone: (469) 519-2500
Facsimile: (469) 519-2555
*Attorneys for Defendant Dynamic Technical Services*

FILED
DISTRICT COURT OF GUAM
OCT - 4 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br><br><br><br><br><br><br><br><br>**DEFENDANT DYNAMIC TECHNICAL SERVICES' STATUS REPORT; DECLARATION OF SERVICE** |

ORIGINAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW Defendant DYNAMIC TECHNICAL SERVICES ("DTS") and files this its Status Report in Response to the Court's Order of September 27, 2007:

DTS filed numerous motions for summary judgment against individual plaintiffs in this lawsuit in July 2007. On July 31, 2007, this Court granted DTS' Motion for Summary Judgment as against all Plaintiffs on all claims. The Clerk entered the judgment on August 9, 2007. As such, all other motions for summary judgment filed by DTS that were pending before the Court on July 31, 2007, became moot due to the relief granted in the Court's order of the same day. The only active documents DTS has before this Court are its Response and Sur-Reply to Plaintiffs' Motion to Reconsider.

DATED this 4th day of October, 2007.

CARLSMITH BALL LLP

_____
ELYZE J. MCDONALD

# DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on October 4, 2007, I will cause to be served, via hand delivery, a true and correct copy of DEFENDANT DYNAMIC TECHNICAL SERVICES' STATUS REPORT; DECLARATION OF SERVICE upon the following Counsels of record:

Delia Sablan Lujan, Esq.
**LUJAN, AGUIGUI & PEREZ, LLP**
Suite 300, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam USA 96910
Telephone: (671) 477-8064
Facsimile: (671) 477-5297
Attorneys for Plaintiffs Henry G. Van Meter, et al.

and

Vincent Leon Guerrero, Esq.
**BLAIR, STERLING, JOHNSON, MOODY,
MARTINEZ & LEON GUERRERO, P.C.**
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam USA 96910
Telephone: (671) 477-7857
Facsimile: (671) 472-4290
Attorneys for Defendant California Pacific Technical Services, LLC
John Healy, and William Ward

and

G. Patrick Civille, Esq.
**CIVILLE & TANG, PLLC**
330 Hernan Cortez Avenue, Suite 200
Hagatna, Guam 96910
Attorneys for Verizon Business Purchasing LLC and Verizon Business Network Services, Inc. (substituted for MCI)

Executed this 4th day of October, 2007 at Hagåtña, Guam.

_____
ELYZE J. McDONALD