ORIGINAL

1  **LUJAN AGUIGUI & PEREZ** LLP
   Attorneys at Law
2  Pacific News Building, Suite 300
   238 Archbishop Flores Street
3  Hagåtña, Guam 96910
   Telephone (671) 477-8064/5
4  Facsimile (671) 477-5297

5  *Attorneys for Plaintiffs*

6

**FILED**
DISTRICT COURT OF GUAM

OCT – 5 2007

**JEANNE G. QUINATA**
**Clerk of Court**

7        IN THE UNITED STATES DISTRICT COURT OF GUAM

8              FOR THE TERRITORY OF GUAM

9

10

11  HENRY G. VAN METER, JERRY
    APODACA, JR., JOSEPH J.
12  HERNANDEZ, JOSEPH T. MENDIOLA,
    LARRY L. CHARFAUROS, ANTHONY
13  C. ARRIOLA, ROBERT B. CRUZ,
    ROLAND F. MENDIOLA, JAMES S.
14  YEE, TEDDY B. CRUZ, JESSE B. CRUZ,
    JOHN L.G. NAUTA, and JOHN P.
15  BABAUTA,

16                    Plaintiffs,

17        -vs-

18  CALPAC, DYNAMIC TECHNICAL
    SERVICES, MCI, JOHN HEALY,
19  DENNIS CLARK, WILLIAM WARD, JAI
    JAMES, and DOES 1 through 10,
20
                      Defendants.
21

CIVIL CASE NO. 05-00037

**PLAINTIFFS' STATUS REPORT;**
**CERTIFICATE OF SERVICE**

22       Plaintiffs Henry G. Van Meter, Jerry Apodaca, Jr., Joseph J. Hernandez, Joseph T.
23
   Mendiola, Larry L. Charfauros, Anthony C. Arriola, Robert B. Cruz, Roland F. Mendiola, James
24
25 S. Yee, Teddy B. Cruz, Jesse B. Cruz, John L.G. Nauta, and John P. Babauta (collectively
26 "Plaintiffs") submit their Status Report as required by the Court's Order dated September 27,
27 2007.
28

Henry G. Van Meter, et al., v. Calpac, et al.
Civil Case No. 05-00037
Plaintiffs' Status Report

1

The following motions are pending with the Court:

(1) Calpac's Motion for Summary Judgment Against Plaintiff Anthony C. Arriola, filed July 23, 2007;

(2) Calpac's Motion for Summary Judgment Against Plaintiff Jerry Apodaca, Jr., filed July 23, 2007;

(3) Calpac's Motion for Summary Judgment Against Plaintiff Jesse B. Cruz, filed July 23, 2007;

(4) Calpac's Motion for Summary Judgment Against Plaintiff Robert B. Cruz, filed July 23, 2007;

(5) Calpac's Motion for Summary Judgment Against Plaintiff Teddy B. Cruz, filed July 23, 2007;

(6) Calpac's Motion for Summary Judgment Against Plaintiff Joseph J. Hernandez, filed July 23, 2007;

(7) Calpac's Motion for Summary Judgment Against Plaintiff John P. Babauta, filed July 23, 2007;

(8) Calpac's Motion for Summary Judgment Against Plaintiff Joseph T. Mendiola, filed July 23, 2007;

(9) Calpac's Motion for Summary Judgment Against Plaintiff John L.G. Nauta, filed July 23, 2007;

(10) Calpac's Motion for Summary Judgment Against Plaintiff James S. Yee, filed July 23, 2007;

(11) Calpac's Motion for Summary Judgment Against Plaintiff Larry L. Charfauros, filed July 23, 2007;

Henry G. Van Meter, et al., v. Calpac, et al.
Civil Case No. 05-00037
Plaintiffs' Status Report

2

Case 1:05-cv-00037    Document 432    Filed 10/05/2007    Page 2 of 4

(12) Calpac's Motion for Summary Judgment Against Plaintiff Roland F. Mendiola, filed July 23, 2007;

(13) Calpac's Motion for Summary Judgment Against Plaintiff Henry G. Van Meter, filed July 23, 2007;

(14) Plaintiffs' Motion for Extension of Time to File Oppositions, filed July 31, 2007;

(15) Plaintiffs' Motion to Reconsider the Court's July 30, 2007, Order Re: Dynamic Technical Services' Motion for Summary Judgment and August 9, 2007, Partial Judgment, filed August 13, 2007;

(16) Defendants John Healy's and William Ward's Motion to Dismiss, filed September 17, 2007.

Plaintiffs' position is that, as discovery has been reopened, the summary judgment motions filed by Defendant Calpac, and Plaintiffs' motion for enlargement of time, should be re-filed or held in abeyance until after the close of discovery. As for Plaintiffs' reconsideration motion, the filing of the amended complaint should not affect the status of the motion and thus need not be re-filed. The motion to dismiss filed by Defendants John Healy and William Ward was filed in response to the Second Amended Complaint and so is properly before the Court.

**RESPECTFULLY SUBMITTED** this 5th day of October, 2007.

**LUJAN AGUIGUI & PEREZ LLP**

By: _____
**DELIA LUJAN**
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. Calpac, et al.
Civil Case No. 05-00037
Plaintiffs' Status Report

Case 1:05-cv-00037    Document 432    Filed 10/05/2007    Page 3 of 4

3

# CERTIFICATE OF SERVICE

I, DELIA S. LUJAN, hereby certify under penalty of perjury of the laws of the United States that, on October 5, 2007, I will cause to be served, via hand delivery, a true and correct copy of **PLAINTIFFS' STATUS REPORT** upon the following:

**Blair Sterling Johnson Martinez & Leon Guerrero, P.C.**
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

**Carlsmith Ball LLP**
Bank of Hawaii Building, Suite 401
134 West Soledad Avenue
Hagåtña, Guam 96910

**Civille & Tang, PLLC.**
330 Hernan Cortez Ave., Ste. 200
Hagåtña, Guam 96910

Dated this 5th day of October, 2007.

**LUJAN AGUIGUI & PEREZ** LLP

By: _____
**DELIA LUJAN**
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. Calpac, et al.
Civil Case No. 05-00037
Plaintiffs' Status Report

Case 1:05-cv-00037     Document 432     Filed 10/05/2007     Page 4 of 4