NICOLAS E. TOFT
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendants California Pacific Technical Services LLC, John Healy and William Ward*

FILED
DISTRICT COURT OF GUAM
OCT - 5 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. CIV05-00037 <br><br><br><br> **STATUS REPORT OF DEFENDANT CALPAC** |

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

**COME NOW** Defendants California Pacific Technical Services LLC, John Healy and William Ward (collectively "CalPac") and hereby file their status report in Response to the Court's Order of September 27, 2007:

Plaintiffs have recently filed a Second Amended Complaint and Demand for Jury Trial on September 7, 2007, case document #415. Prior to the filing of the most recent amended complaint, Defendant CalPac filed a Motion for Summary Judgment against each plaintiff on July 24, 2007, case documents #312-#353. Plaintiffs filed their Oppositions to the motions on August 7, 2007, case documents #357-#383, #386-#387. Defendant CalPac filed its Replies to Oppositions on August 13-August 14, 2007, case documents #389-#402.

CalPac does not believe the amended complaint renders its motions moot, as none of the changes to the complaint pertained to the claims against CalPac. In Singer v. City of Fairborn, 598 N.E.2d 806 at 813 (Ohio App. 1991), the court stated that pending motions for summary judgment are not rendered void by the filing of an amended complaint. CalPac believes its motions are still viable, whether based on the allegations of the First or Second Amended Complaints. However, in the event that the Court wishes CalPac to renew or refile its motions, CalPac is willing to do so, but would request notice so that it may file in a timely fashion.

In addition, Defendants John Healy and William Ward filed a 12(b)(6) Motion to Dismiss on September 17, 2007, case document #423, which was unopposed by Plaintiffs on October 1, 2007, case

//

document #430. At this time, no order has been issued officially dismissing them from the case.

      **RESPECTFULLY SUBMITTED** this 5th day of October, 2007.

                                      **BLAIR STERLING JOHNSON**
                                      **MARTINEZ & LEON GUERRERO**
                                      A PROFESSIONAL CORPORATION

                                      BY: _____
                                      **NICOLAS E. TOFT**
                                      *Attorneys for Defendants California Pacific Technical*
                                      *Services LLC, John Healy and William Ward*

```
I68;63\08130-03
G:\WORDDOC\PLD\NET\022-STATUS REPORT OF CALPAC RE VAN METER V
CALPAC CIV05-037.DOC
```