```
1   NICOLAS E. TOFT
    BLAIR STERLING JOHNSON
2   MARTINEZ & LEON GUERRERO
    A PROFESSIONAL CORPORATION
    SUITE 1008 PACIFIC NEWS BUILDING
3   238 ARCHBISHOP F.C. FLORES STREET
    HAGÅTÑA, GUAM 96910-5205
    TELEPHONE: (671) 477-7857
```



**FILED**
DISTRICT COURT OF GUAM

OCT - 5 2007

**JEANNE G. QUINATA**
**Clerk of Court**

*Attorneys for Defendants California Pacific Technical Services LLC, John Healy and William Ward*

## IN THE DISTRICT COURT OF GUAM

HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,

   Plaintiffs,

vs.

CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,

   Defendants.

CIVIL CASE NO. CIV05-00037

**CERTIFICATE OF SERVICE**

  I, **JOHN L. MANIBUSAN**, hereby certify that true and correct copies of the **STATUS REPORT OF DEFENDANT CALPAC**, filed herein on October 5, 2007, will be served via hand delivery on October 5, 2007, or soon thereafter, upon the following:

**DELIA LUJAN, ESQ.**
**LUJAN AGUIGUI & PEREZ LLP**
**SUITE 300 PACIFIC NEWS BUILDING**
**238 ARCHBISHOP F C FLORES ST**
**HAGÅTÑA, GUAM 96910**

ELYZE J.T. MCDONALD, ESQ.
CARLSMITH BALL
BANK OF HAWAII BUILDING
SUITE 401
134 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910


G. PATRICK CIVILLE, ESQ.
CIVILLE & TANG, PLLC
SUITE 200, 330 HERNAN CORTES AVENUE
HAGÅTÑA, GUAM 96910

DATE: OCTOBER 5, 2007

_____
JOHN L. MANIBUSAN

168\08130-03
G:\WORDDOC\PLD\NET\022B-COS RE STATUS REPORT OF CALPAC RE
VAN METER V CALPAC CIV05-037.DOC