**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*



**FILED**
DISTRICT COURT OF GUAM

OCT - 5 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA PACIFIC TECHNICAL SERVICES LLC, a.k.a. CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br><br><br>**DECLARATION OF G. PATRICK CIVILLE IN SUPPORT OF THE VERIZON DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER** |
ORIGINAL
Case 1:05-cv-00037   Document 437   Filed 10/05/2007   Page 1 of 3

I, G. Patrick Civille, hereby declare and as follows:

1. I am a member of the bar of Guam and of the law firm of Civille & Tang, PLLC, local counsel for Verizon Business Purchasing LLC and Verizon Business Network Services, Inc. (collectively the "Verizon Defendants"). I submit this Declaration in support of the Verizon Defendants' Motion to Amend Scheduling Order.

2. The Verizon Defendants were dismissed from this lawsuit in January 2007. At that time formal discovery had not yet gotten underway in the case. After the Verizon Defendants were dismissed and no longer parties, discovery between Plaintiffs and the remaining defendants began in earnest. Following the dismissal of the Verizon Defendants, through the discovery cutoff date of May 24, 2007, the parties took over twenty depositions, including depositions of all of the plaintiffs, and conducted extensive written discovery.

3. During the period the Verizon Defendants were not parties, they did not participate in the depositions or written discovery, they did they take any action to prepare the case for trial and not participate in the motion practice taking place during that time.

4. I believe that it would have cost the Verizon Defendants in excess of Seventy Thousand Dollars ($70,000) to participate in discovery during the period the Verizon Defendants were not parties to the action.

5. I have contacted counsel for the other parties and believe that all counsel are agreeable in principle to an extension of the trial and control dates. Counsel for Plaintiffs indicated that the additional time is appropriate, especially in light of Plaintiffs' discovery needs regarding the Verizon Defendants. Counsel for Calpac indicated his intention to file a non-opposition to this motion. DTS has taken the position that it is no longer a party and therefore should not and will not sign any stipulations regarding the Scheduling Order. This

motion would have been submitted as a stipulation but Calpac's counsel believes that DTS is still a party and that any stipulation would have to be executed by all parties, including DTS.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 5, 2007, in Hagåtña, Guam.

**G. PATRICK CIVILLE**

-3-
Case 1:05-cv-00037 Document 437 Filed 10/05/2007 Page 3 of 3