CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

JONES DAY
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*



FILED
DISTRICT COURT OF GUAM
OCT - 5 2007
JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC.,<br><br>JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br><br><br><br><br><br>**DEFENDANT VERIZON'S**<br>**STATUS REPORT** |

Defendants Verizon Business Purchasing, LLC and Verizon Business Network Services, Inc. (collectively "Verizon") hereby respectfully provide their status report pursuant to the Court's Order Re: Verizon's Objections to the Order of the United States Magistrate Judge Granting Plaintiffs' Motion for Leave to Amend the First Amended Complaint entered on September 27, 2007 (the "Order").

## A. DEFENDANT VERIZON'S LIMITED JOINDER OF CALPAC'S MOTIONS FOR SUMMARY JUDGMENT AGAINST PLAINTIFFS.

Expressly retaining, and without waiving or conceding its position that Verizon was not in any relationship (employment or otherwise) with Plaintiffs, defendants other than Verizon, or the alleged individual wrongdoers that would subject Verizon to liability under Title VII of the Civil Rights Act, Verizon has provided notice of its limited joinder of Calpac's motions for summary judgment against the Plaintiffs, as set forth in Verizon's Notice of Joinder. The Court's granting of Calpac's motions for summary judgment against the Plaintiffs on the issues joined by Verizon would be dispositive of Plaintiffs' claims against Verizon as a matter of law. If, however, Calpac's motions for summary judgment against the Plaintiffs are denied, Verizon anticipates timely filing dispositive motions on issues that were not joined or were otherwise expressly reserved by Verizon after Verizon has the opportunity to conduct its own discovery and review the discovery that was conducted during the time Verizon was not a party to this action, a complete set of which counsel for Verizon is working with counsel for Plaintiffs to obtain pursuant to the Court's Order.

B.  **EFFECT OF SECOND AMENDED COMPLAINT ON VERIZON'S LIMITED JOINDER OF CALPAC'S MOTIONS FOR SUMMARGY JUDGMENT AGAINST PLAINTIFFS.**

In the event that Calpac re-files its motions for summary judgment against the Plaintiffs in light of the filing of Plaintiffs' Second Amended Complaint, Verizon will re-file its Notice of Joinder if necessary or if otherwise instructed to do so by the Court.

Respectfully submitted this 5th day of October, 2007.

                            **CIVILLE & TANG, PLLC**

                            **JONES DAY**

                            By: /s/ G. Patrick Civille
                                **G. PATRICK CIVILLE**

*Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*