CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*



**FILED**
DISTRICT COURT OF GUAM

OCT - 5 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>**DECLARATION OF BRIAN A. LAMBERT IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

I, Brian A. Lambert, hereby declare and state under penalty of perjury that the following is true and based upon my personal knowledge and belief and if called to testify, I could do so competently.

1. I submit this Declaration in Support of the Application for Admission *Pro Hac Vice* filed by Defendants Verizon Business Purchasing LLC and Verizon Business Network Services, Inc. ("Verizon").

2. I am an attorney in the law firm of Jones Day. My business address is 2727 North Harwood Street, Dallas, Texas 75201-1515.

3. I reside at 6933 Southridge Drive, Dallas, Texas 75214.

4. I have never been a resident of Guam and I am not regularly employed in Guam, nor am I engaged in substantial business, professional, or other activities in Guam.

5. I have been admitted to practice law in the District of Columbia since 2002 and the State of Texas since 2003 and am admitted to the following courts: the U.S. District Court for the Northern District of Texas, 2004; and the U.S. District Court for the Western District of Texas, 2006.

6. I am a member in good standing in these courts, I am not currently, nor have I ever been, suspended or disbarred by any court.

7. I have never petitioned the Court to appear in Guam as counsel *pro hac vice* in any case.

8. I hereby designate the following member of the Bar of this Court as local counsel under GR 17.1(d)(2)(E) and (e): G. Patrick Civille of Civille & Tang, PLLC, 330 Hernan Cortez Avenue, Suite 200, Hagåtña, Guam 96910, Telephone: (671) 472-8868/69; Facsimile: (671) 477-2511. Mr. Civille is an active member in good standing of the Bar of this Court.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 27 day of September, 2007.

_____
BRIAN A. LAMBERT

DLI-6138776v1