**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*

# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br> **ORDER** <br> **Granting Application for Admission** <br> ***Pro Hac Vice*** **(Brian Lambert)** |

UPON GOOD CAUSE SHOWN, and after review of the Application for Admission *Pro Hac Vice,* the Declaration of Brian Lambert in Support of the Application, the Consent of G. Patrick Civille to Designation of Local Counsel,

IT IS HEREBY ORDERED that Brian Lambert is admitted *pro hac vice* on behalf of Defendants Verizon Business Purchasing LLC and Verizon Business Network Services, Inc. for the pendency of the above-captioned action. G. Patrick Civille, of Civille & Tang, PLLC, is designated as local counsel for the lawyer admitted pursuant to this Order.



/s/ Joaquin V.E. Manibusan, Jr.
   U.S. Magistrate Judge
Dated: Oct 15, 2007