VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendants California Pacific Technical Services LLC, John Healy and William Ward*



FILED
DISTRICT COURT OF GUAM
OCT 1 8 2007
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV05-00037<br><br><br><br><br><br><br><br>**DEFENDANT CALIFORNIA PACIFIC TECHNICAL SERVICES LLC'S NON OPPOSITION TO MOTION TO AMEND SCHEDULING ORDER** |

Because there is a pending motion for reconsideration of the grant of Dynamic Technical Services' ("DTS") motion for summary judgment and because the complaint has been amended naming DTS as a defendant which was served on DTS, Defendant California Pacific Technical Services LLC ("CalPac") is unsure if DTS remains as a party to the instant action. Due to this uncertainty, CalPac declined to join a stipulation to the court since the stipulation

is required to be signed by all parties.

CalPac does not oppose to the Verizon Defendants' motion to amend the scheduling order.

**RESPECTFULLY SUBMITTED** this 18th day of October, 2007.

        **BLAIR STERLING JOHNSON**
          **MARTINEZ & LEON GUERRERO**
        A PROFESSIONAL CORPORATION

BY: /s/ Vincent Leon Guerrero
      **VINCENT LEON GUERRERO**
     *Attorneys for Defendants California Pacific Technical Services LLC, John Healy and William Ward*

V63\08130-03
G:\WORDDOC\PLD\VLG\219-CALPAC'S NON OPPO TO VERIXON'S MTN TO AMEND SCHED ORD. RE VAN METER ET AL V CALPAC ET AL.DOC