VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant California Pacific Technical Services LLC*

**FILED**
DISTRICT COURT OF GUAM

OCT 1 8 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. CIV05-00037 <br><br><br><br><br><br><br><br><br> **CERTIFICATE OF SERVICE** |

I, **ARIES J. MENDIOLA**, hereby certify that true and correct copies of **DEFENDANT CALIFORNIA PACIFIC TECHNICAL SERVICES LLC'S NON OPPOSITION TO MOTION TO AMEND SCHEDULING ORDER** filed herein on October 18, 2007, will be served via hand on October 18, 2007, or soon thereafter, upon the following:

**DELIA LUJAN, ESQ.**
**LUJAN AGUIGUI & PEREZ LLP**
**SUITE 300 PACIFIC NEWS BUILDING**
**238 ARCHBISHOP F C FLORES ST**
**HAGÅTÑA, GUAM 96910**

ORIGINAL

ELYZE J.T. MCDONALD, ESQ.
CARLSMITH BALL
BANK OF HAWAII BUILDING
SUITE 401
134 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910


G. PATRICK CIVILLE, ESQ.
CIVILLE & TANG, PLLC
SUITE 200, 330 HERNAN CORTES AVENUE
HAGÅTÑA, GUAM 96910

DATE: OCTOBER 18, 2007

_____
ARIES J. MENDIOLA

V63\08130-03
G:\WORDDOC\PLD\VLG\219A-COS CALPAC'S NON OPPO TO MTN TO
AMEND SCHED ORDER RE VAN METER ET AL V CALPAC ET AL.DOC

- 2 -