LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br>-vs-<br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>**PLAINTIFFS' NON-OPPOSITION TO THE VERIZON DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER; CERTIFICATE OF SERVICE** |

COME NOW Plaintiffs Henry G. Van Meter, Jerry Apodaca, Jr., Joseph J. Hernandez, Joseph T. Mendiola, Larry L. Charfauros, Anthony C. Arriola, Robert B. Cruz, Roland F. Mendiola, James S. Yee, Teddy B. Cruz, Jesse B. Cruz, John L.G. Nauta, and John P. Babauta (collectively "Plaintiffs") and do not oppose the Verizon Defendants' Motion to Amend Scheduling Order, filed herein October 5, 2007.

Henry G. Van Meter, et al., v. Calpac, et al.
Civil Case No. 05-00037
Non-Opp'n to Verizon Defs.' Mot. Amend Scheduling Order

1

RESPECTFULLY SUBMITTED this 22nd day of October, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
DELIA LUJAN
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, DELIA S. LUJAN, hereby certify under penalty of perjury of the laws of the United States that, on October 22, 2007, I will cause to be served, via hand delivery, a true and correct copy of **PLAINTIFFS' NON-OPPOSITION TO VERIZON DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER** upon the following:

**Blair Sterling Johnson Martinez & Leon Guerrero, P.C.**
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

**Carlsmith Ball LLP**
Bank of Hawaii Building, Suite 401
134 West Soledad Avenue
Hagåtña, Guam 96910

**Civille & Tang, PLLC.**
330 Hernan Cortez Ave., Ste. 200
Hagåtña, Guam 96910

Dated this 22nd day of October, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
DELIA LUJAN
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. Calpac, et al.
Civil Case No. 05-00037
Non-Opp'n to Verizon Defs.' Mot. Amend Scheduling Order

2

Case 1:05-cv-00037   Document 445   Filed 10/22/2007   Page 2 of 2