VINCENT LEON GUERRERO
  BLAIR STERLING JOHNSON
  MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
  Suite 1008 Pacific News Building
  238 Archbishop F.C. Flores Street
  HAGÅTÑA, GUAM 96910-5205
    TELEPHONE: (671) 477-7857

*Attorneys for Defendants California Pacific Technical*
 *Services LLC, John Healy and William Ward*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV05-00037<br><br><br>**ORDER RE MOTION TO DISMISS DEFENDANTS JOHN HEALY AND WILLIAM WARD** |

The Court, having considered Defendants **JOHN HEALY** and **WILLIAM WARD'S** Motion to Dismiss and noting no opposition or objection thereto by Plaintiffs, hereby grants the Motion to Dismiss on the grounds that the Second Amended Complaint fails to state a claim upon which relief may be granted.

**SO ORDERED**.

**/s/ Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: Oct 24, 2007**

V63\08130-03

C:\DOCUME~1\KIM\LOCALS~1\TEMP\NOTES1AE475\~2264894.DOC