made a part hereof.

39.3   Contractor understands that if Contractor has proposed to Company that it will use MWSDVHZBE's in the performance of this Agreement, such representation by Contractor is a material factor, among others, for its selection by Company for this Contract award. Therefore, for Company to determine Contractor's compliance with its representation regarding its MWSDVHZBE utilization under this Agreement, Contractor agrees to comply with all requirements requested by Company. With respect thereto, Contractor grants to Company, during Contractor's business hours and upon reasonable notice, a right to audit Contractor's records from time to time for compliance with Contractor's MWSDVHZBE Utilization Plan, if any, and further agrees to make all such records available for Contractor's inspection. Company's audit rights hereunder shall continue for a period of two (2) years from the expiration or termination of this agreement.

39.4   Company assumes no liability in connection with Contractor's selection and use of any Subcontractors to perform its obligations under this Agreement, and the relationship of Contractor and Company shall at all times remain that of independent contractors; however, Contractor agrees that Company shall have the right, reasonably exercised, to reject in connection with Contractor's undertakings under this Article, any Subcontractor deemed by Company to be unacceptable to satisfy Contractor's MWSDVHZBE utilization plan requirements.

39.5   Contractor agrees to submit MWSDVHZBE reports on a quarterly basis, or more frequently if requested to do so by Company. All such reports shall be made using the Supplier Diversity Subcontracting Report form contained in **Attachment "SD"** hereto, and must be submitted even if there have been no MWSDVHZBE dollars expended during the applicable reporting period. Contractor shall only report those MWSDVHZBE dollars spent on goods and services necessary for, and directly related to, the fulfillment of Contractor's obligations under this contract. All quarterly reports are due by the 10th business day following the end of the calendar quarter.

39.6   Notwithstanding the foregoing, Company and Contractor do not intend to create any interest in any third party by this Contract except to the extent as may be expressly provided herein.

Case 1:05-cv-00037     Document 449-4     Filed 11/07/2007     Page 1 of 27

## 40.0 NOTICES

40.1 Any notice provided for in this Agreement shall be given by registered U.S. Mail, return receipt requested or by overnight courier service:

(a) by Company to Contractor, addressed as follows:

California Pacific Technical Services LLC
PO Box 8960
Tamuning, Guam 96931

(b) by Contractor to Company, addressed as follows:

Director, Outside Plant Construction
MD-2-2-409
MCI WORLDCOM Network Services, Inc.
6929 North Lakewood Avenue
Tulsa, Oklahoma 74117

with a copy to:

Law and Public Policy, Legal Group 9850/107
MCI WORLDCOM Network Services, Inc.
c/o WorldCom, Inc.
2400 North Glenville Drive
Richardson, Texas 75082

(Signatures on Following Page)

01/24/01

# CONFIDENTIAL

IN WITNESS WHEREOF, the Parties hereto have executed this Agreement on the date hereinafter indicated opposite their signatures.

## CONTRACTOR

PO BOX 8950 TAMUHING, GU. 96931
**Address**

CALIFORNIA PACIFIC TECHNICAL SERVICES LLC
**Name**

671- 646 - 3646
**Telephone Number**

Date   2·13·04

By _____
   Name: ROBERT T. THOMPSON
   Title: GENERAL MANAGER

(If a partnership or otherwise required by law):

By _____
   Name:
   Title:

U.S. Fed ID #  66 - 058492

## COMPANY
WorldCom Purchasing, LLC

Date   2/13/04

By _____
   Name: J. Scott Stonehocker
   Title: Sr. Contract Analyst

d:\wpdocs\stconstagrfin                                                01/24/01

## SUPPLIER DIVERSITY DEFINITIONS

**_SMALL BUSINESS_** - A concern, including its affiliates, that is independently owned and operated, and qualifies as a small business as defined by the U.S. Small Business Administration by Standard Industrial Classification (SIC) Codes, Pursuant to the Federal Register, Part II, CFR Part 121, entitled "Small Business Size Standards, Final and Interim Final Rules" issued December 21, 1989, effective January 1, 1990.

**_WOMEN-OWNED BUSINESS_** - A business enterprise that is at least 51% owned by a woman or women; or, in the case of any publicly owned business, at least 51% of the stock of which is owned by one or more women, and whose management and daily business operations are controlled by one of more women.

**_MINORITY-OWNED BUSINESS_** - A business enterprise that is at least 51% owned by a minority individual or group; or, in the case of any publicly owned business, at least 51% of the stock of which is owned by one or more minority groups, and whose management and daily business operations are controlled by one or more of those individuals.  It is presumed that minority includes but is not limited to, African Americans, Hispanic Americans, Native Americans, Asian Americans, and other groups.

**_HUBZONE (HISTORICALLY UNDERUTILIZED BUSINESS ZONE) SMALL BUSINESS CONCERN_** - A small business concern that appears on the List of Qualified HUBZone Small Business Concerns maintained by the SBA.

**HUBZONE** - A HUBZone is an area that is located in one or more of the following: a qualified census tract (as defined in section 42(d)(5)(C)(i)(I) of the Internal Revenue Code of 1986); A qualified "non-metropolitan county" (as defined in section 143(k)(2)(B) of the Internal Revenue Code of 1986) with a median household income of less than 80 percent of the State median household income or with an unemployment rate of not less than 140 percent of the statewide average, based on U.S. Department of Labor recent data; or lands within the boundaries of federally recognized Indian reservations.

**SERVICE-DISABLED VETERAN –** A veteran with a disability that is service- connected (as defined in section 101(16) of title 38, United States Code). Small business concern owned and controlled by service-disabled veterans.  The term "small business concern owned and controlled by service-disabled veterans" means a small business concern– not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans.

**_SUBCONTRACT_** means any agreement or arrangement between a contractor and any party or person in which the parties do not have an employer/employee relationship. The purpose of the this subcontract is for the furnishing of supplies or services for the

Case 1:05-cv-00037    Document 449-4    Filed 11/07/2007    Page 4 of 27

use of real or personal property, including lease arrangements, which, in whole or in part, is necessary to the performance of any one or more contracts; or under which any portion of the contractor's obligation under any one or more contracts is performed, undertaken or assumed.

**_JOINT VENTURE_** is a form of temporary partnership organized to carry out a single or isolated business enterprise for profit, and usually, although not necessarily, of short duration. It is an association of persons who combine their property, money, efforts, skill and knowledge for the purpose of carrying out a single business operation for profit. All or both parties retain total liability.

**_TEAMING_** is when two or more parties team to respond to a request for proposal. Generally, each party brings to the arrangement expertise in a discreet element of the work. In this arrangement, normally, the parties are responsible for and are liable for only their independent efforts. When the contract is awarded, one of the parties becomes the prime, while the others become Subcontractors.

**_PARTNERSHIP_** is a relationship or association of persons, which has the quality of oneness but legally is regarded not as an entity but as an aggregation of individuals. Unlike a corporation, a partnership is not an artificial person having a distinct legal existence separate from its members.

As a result of the legal characterization of a partnership as an association of individuals, it necessarily follows that, in the absence a permissive statute, a partnership can neither sue nor be sued in the firm name. Since a partnership is not a legal entity, the debts of the partnership is not a legal entity, the debts of the partnership are the debts of the individual partners, and any one partner may be held liable for the partnership's entire indebtedness.

ATTACHMENT "SD"
WORLDCOM SUPPLIER DIVERSITY SUBCONTRACTING REPORT

Primary Contractor _____

WORLDCOM Contract No. _____

Reporting Period: _____

Actual Dollars Received From WorldCom: _____

| Subcontractor Name | Contractor Name | Firm Code | CPUC Certified | Service/Products | 1st Quarter Payments | 2nd Quarter Payments | 3rd Quarter Payments | 4th Quarter Payments | Total Calendar Year Payments |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

<u>Contractor shall submit reports on a quarterly basis, or more frequently if requested to do so by WorldCom.</u>  The quarter reporting is defined as the Calendar year basis. When the contract award is made during the calendar quarter, the first report is due on the 10th day after the end of that calendar quarter.

TYPE-OF-FIRM CODES:
AA - Small Business
AC - Women-Owned - A small business that is at least 51% owned by a woman or woman who are U.S. Citizens and control and operate it.
DA - Male Asian-Pacific American - Persons whose origins are from Japan, China, Korea, Vietnam, Laos, Cambodia, Philippines, Samoa, Guam, Taiwan, Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Republic of the Marshal Island or the Federated State of Micronesia and the U.S. Trust Territories of the pacific Northern Marianas.
DB - Male African American - Persons having origins in any Black groups of Africa.
DH - Male Hispanic American - Persons ancestry and culture are rooted in South America, Central America, Dominican Republic, Puerto Rico, or the Iberian Peninsula (Portugal or Spain).
DN - Male Native American - A person who is an American Indian, Eskimo, Aleut, or Native Hawaiian.
DV - Disabled Veteran
FA - Female Asian-Pacific American
FB - Female African American
FH - Female Hispanic American
FN - Female Native American
HB - HUBZone Participants

NOTE:   Report must be submitted at least quarterly to your WORLDCOM Contract Administrator with a copy to the WORLDCOM Supplier Diversity Office, 701 South 12th Street, Arlington, VA 22202.

Signature: _____
Title: _____

Typed Name: _____

d:\wpdocs\stconstagr.frn

12/23/2000

# EXHIBIT A

# TO CONSTRUCTION AGREEMENT (CONTRACT NO. _4754_ )

## STATEMENT OF WORK
## FOR
## OUTSIDE PLANT CONSTRUCTION SERVICES

### PROJECT/AFE NO.: 041988

### PROJECT NAME:  GUAM INTERNATIONAL RING
### Phase 1

# STATEMENT OF WORK

## 1. SCOPE OF WORK

1.1   In general, Contractor shall furnish all labor, supervision, equipment, materials, except as provided by Company in accordance with the terms and conditions of the Agreement and the provisions of this Statement of Work, material handling, transportation, security, safety procedures and any other items and processes required to satisfactorily complete the Work as described and defined below.

1.2   The Work shall consist of the following:

### Route Development and Permitting

This contract shall require the contractor to develop the appropriate routing for phases 1 through 3 using new construction and Marianas Cable Vision (MCV) conduit where applicable and as defined in the MCI / MCV IRU agreement. This item shall include all of the necessary manpower, equipment, materials and management to define Rights of Way, acquire easements, complete the design documents, submit / acquire permits. This contract also includes all functions necessary to track and acquire the proper information necessary to complete As-built documentation at the conclusion of construction for all phases. Approximate length of new construction as-builts: is 86,364'. Approximate length of Joint trench as-built: 20,200'

**Segment 1** – AT&T Tumon Bay to NCTAMS: Approximate length of new underground design: 26,767 feet.

**Segment 2** - MCI Hatgana to AT&T Tumon Bay : Approximate length of new underground design: 8,075 feet.

**Segment 3** - MCI Hatgana to NCTAMS: Approximate length of new underground design: 51,522 feet.

### Cable Construction

This contract includes the construction of Phase 1 and is approximately 6.2 miles in length and will be designed as a 24 fiber optic underground conduit system comprised of new conduit construction and leased fibers. Phase 1 of this system will go from the AT&T Tumon Bay Cable Station continuing to the NASA site at Building 150 and then through Navy conduit to the NCTS site at the NCTAMS Navy facility. The contract will include all the work necessary to design, develop the route, permit, construct and document the described segment.

**Segment 1** – AT&T Tumon Bay to NCTAMS: Approximate length of new underground construction: 26,767 feet.

The entire Phase 1 segment requires the contractor to construct approximately 26,767 feet of new 2" schedule 40 PVC conduit, install sixteen (16) handholes, pull 40,165 feet of 24 fiber cable, construct the building entrances, and splice and test the fibers.

MCI reserves the right to make modifications to the design to accommodate the installation of an additional 2" duct as required for the Navy in areas yet to be determined.

The new route must maintain a 50 ft. separation from existing MCV & GTA fiber routes where MCI currently leases fibers to maintain diversity. If it becomes necessary to cross the existing MCI lease with the new construction, the crossing must be hardened with a 12" concrete cap.

The typical trench depth for this project will be 36" when in soil and 24" when in rock. A 6" concrete cap will be required in areas where the top of conduit is less than 22" from grade and less than 8" into rock.

**Documentation**

The Work will require Contractor to provide Company with as-built record information pertaining to conduit and underground cable placement, manhole/handhole and innerduct assignment records, as well as splicing and fiber assignment records.

**Note**

All documentation shall be completed and delivered to the Company Representative within one (1) week after the Work is completed.

1.3     Construction Schedule Segment 1:

Excluding any unforeseen permit or right-of-way acquisition delays, the Work shall be commenced on or before February 16, 2004. Contractor shall start work within five (5) days' notice from Company and the Work shall be completed within 55 working days. Working days will be charged at the discretion of the Company Representative and can be altered based on the final approved route design.

2.    **DRAWINGS**

2.1    Upon completion of the work, Contractor shall furnish all documentation, including manuals, drawings and guarantees pertaining to Contractor's furnished materials.

2.2    Contractor shall, at all times, keep one (1) copy of all plans, specifications and drawings in good order and readily available to the Company Representative. Authorized changes shall be noted promptly on this copy. Contractor shall also

keep one (1) copy of the Agreement and the MCI Outside Plant Handbook, as defined in the Agreement. The complete set of construction drawings with all changes and deviations and the MCI Outside Plant Handbook shall be returned to Company on completion of the Work.

## 3. SPECIFICATIONS

3.1 The Work shall be performed in strict compliance with existing practices and specifications, local, state and federal laws, regulations and requirements that relate to the Work, as further described in and required in accordance with the terms and conditions of the Agreement.

3.2 The Work shall be performed in compliance with the MCI Outside Plant Handbook and the Agreement.

## 4. MATERIALS

4.1 Contractor shall furnish and place all materials required for the complete performance of the Work except for materials provided by Company.

4.2 Company-furnished materials are listed below:
4.3

- Handholes equipped with Act Units
- Cable Warning Markers
- Buried Marker Tape
- Fiber Optic Cable

4.3 Materials Ship to Address:

Name: Calpac
Address: 380E. Harmon Industrial Park Rd.
City, State Zip: Harmon, Guam 96931
Attn: Tim Camacho (671) 646-3646

4.4 The receipt of materials shall be construed as conclusive evidence that Contractor has made all necessary examinations and inspections, and is satisfied as to the quality and quantity of materials received in accordance with Section 4.2 of this Statement of Work. All materials provided by Contractor shall be new and of the quality specified in the MCI Outside Plant Handbook. Any and all materials which may become lost, stolen or damaged shall be replaced by Contractor at its sole expense and time.

4.5 Company will not store furnished materials for the duration of the Work. Contractor shall make arrangements to locate all Company provided materials at Contractor's lay-down area/warehouse as soon as possible, but in no event later than thirty (30) calendar days after contract award or receipt of materials. Contractor shall be responsible for loading/unloading, inventorying, documenting, storage, protection and transportation of the materials to the construction site.

4.6     All materials supplied by Company, but not used in the completion of the Work, shall be returned to Company within fourteen (14) days after completion of the Work. Contractor will arrange for the transportation of the unused materials from the construction site to a location to be specified by the Company Representative.   Contractor shall keep an up-to-date record of all full and partial reels of cable in its inventory related to the Work.  All partial reels shall be returned and stored at Contractor's lay-down area/warehouse. Contractor shall provide the total number of full and partial reels under its control, along with the footage and identification number of each reel.

4.7     Protection of all cable installed and/or spliced is the sole responsibility of Contractor from the time of receipt of the cable until completion of the Work.  Contractor has the option to perform OTDR Tests upon delivery and after installation.  The test results will be provided to the Company Representative for comparison to the manufacturer's specifications and test results.  If Contractor chooses not to test the cable, the final OTDR test will be done by Company during splicing.

## 5.     PERMITS AND EASEMENTS

(List of Permits and Easements to be obtained by Company and/or Contractor)
Government of Guam
Federal Permits:
U. S. Navy NCTAMS
_____
_____
_____

## 6.     CHANGES

6.1     All changes in the Work shall be undertaken in compliance with Section 13, Additions and Changes in the Work, of the Agreement.

## 7.     CLEAN-UP

7.1     Contractor shall cleanup at the work site on a daily basis.   The Company Representative will have the authority to grant exceptions if cleanup operations cannot realistically be completed within seventy-two (72) hours following completion of the work operation.  The Company Representative will have the authority to withhold signature approval of the Weekly Production Summary for failure to comply with the cleanup procedures.

7.2     At all times when the Work or a portion thereof is performed in or around a private or public facility, Contractor shall ensure that its operations do not unreasonably impede access or movement into or around the facility.  The Company Representative and Contractor shall coordinate work operations to suit the building management's access and movement requirements.

## 8.     SAFETY

Case 1:05-cv-00037      Document 449-4      Filed 11/07/2007      Page 11 of 27

8.1    During all phases of construction, Contractor shall maintain the work site in a neat and orderly manner.  All construction equipment, materials and supplies that are stored on the right-of-way or on public or private property shall not restrict access to said right-of-way.

8.2    The Company Representative may stop work at any time he determines the public is placed in danger due to the manner in which Contractor is performing the Work.  Downtime experienced from work stoppage at the Company Representative's direction will be the sole responsibility of Contractor, and unit prices will not be adjusted to reflect such downtime.  Work will resume only when the Company Representative is satisfied that proper safety procedures are in place.

## 9.    SECURITY

9.1    Pursuant to Section 8, Protection and Use of Work and Property, of the Agreement, Contractor shall be solely responsible for all security at the lay-down area/warehouse and the work site.

9.2    Security shall include traffic control where required, which may include the use of off-duty police officers.  Contractor shall adhere to all municipal traffic control requirements.

## 10.   RECORDS

10.1   Upon completion of the Work, Contractor shall furnish all documentation, including manuals, drawings and guarantees pertaining to Contractor's furnished materials.

10.2   Contractor shall maintain a daily log that describes all Work activities performed. Contractor shall provide a written weekly report that calculates the actual man-hours expended versus planned, and scheduled progress versus actual progress, providing details of Work completed in relation to the approved schedule.   Proper back-up documentation such as timesheets, labor reports, progress reports, etc., shall be made available to Company upon request.

## 11.   WORK OPERATIONS

11.1   At no time during performance of the Work will Contractor cut any existing cable. This requirement is NOT FLEXIBLE.   The Company Representative is the only person authorized to order the cutting of any existing cable and such authorization must be in writing. Prior to performing a ny o f the Work n ear a n e xisting c able, C ontractor w ill c onsult w ith t he Company R epresentative t o e nsure that t he Work i s u ndertaken i n s uch a manner that t he existing cable is properly protected.  Contractor is solely responsible for damages resulting in loss of services due to disconnection or cutting of live cable by Contractor or its Subcontractor or representatives as further provided for in the Agreement.

11.2   Contractor shall exercise extreme care to avoid hitting or causing damage to any existing underground and above-ground facilities or structures whether owned by Company or by others.  Contractor is solely responsible for notifying the owners of subsurface plant forty-eight (48) hours in advance of any excavation, boring or placement work as required by local "one-call" requirements and any other applicable local and state laws and regulations.  The

d:\wpdocs\stofwk.fin                                                                                              6
11/12/2000
Case 1:05-cv-00037     Document 449-4     Filed 11/07/2007     Page 12 of 27

contractor must locate and identify all existing Navy and GTA fiber cables routes and maintain a 50 foot separation for diversity from existing MCI leased fibers.

11.3   Contractor shall be solely responsible for the protection of all existing public and private structures and properties affected by the Work.   Contractor shall protect, brace, support, and maintain underground pipes, conduits, drains, culverts and other subsurface structures uncovered or otherwise affected by the Work.

## 12.   SPECIAL CONSIDERATIONS

12.1   Contractor shall submit a detailed operating schedule prior to commencement of the Work.  Once the Work has begun, Contractor will be required each Monday by 9:00 a.m. to update its schedule and tender a summary schedule for the coming week which will be done by phone, by contacting:  The MCI Project Coordinator.

12.2   Contractor will equip conduits/innerducts with pull ropes. Contractor will seal conduits immediately after installation. Contractor will seal innerducts with duct plugs and will seal with approved materials as outlined in Section 16 of the MCI Outside Plant Handbook.

12.3   Contractor will place provided identification tags on all of the installed innerducts in each conduit section.   The innerduct to be tagged will be determined by the on-site Company Representative.

## 13.   PROJECT MANAGEMENT

13.1   ( _Dynamic Technical Services_ ) will function as Project Manager and provide all construction management services:

| | |
|---|---|
| Project Manager: | Dennis P. Clark |
| Telephone: | (671) 475-3702 |
| Mobile Telephone: | (671) 456-8606 |
| E-Mail: | dpclark@ite.net |

## 14.   INVOICING INSTRUCTIONS

14.1   Contractor shall prepare two (2) original identical invoices.  The invoices and associated backup shall be sent as follows:

**Original #1** invoice to:

**MCI Network Services, Inc.**
Attn:  Nancy Thompson
2400 North Glenville
Richardson, TX  75082

**Original #2** invoice to:

**MCI Network Services, Inc.**
Attn: Jeff Buehler(Construction Manager)
2400 North Glenville
Richardson, TX  75082

14.2  In order for Company to properly process and pay Contractor's invoice, the following information is **required** on each invoice:

**Company's Construction Manager's Name**
**Invoice Number**
**Invoice Date**
**AFE Number**
**Invoice Amount**
**Purchase Order Number**
**Remaining Purchase Order Amount**
**Contract Number**
**Project Name**

14.3  Attachment 4 to this Exhibit A describes Company's required invoice format. An Excel spreadsheet with Company's required invoice format is available upon request.

14.4  Company issues a purchase order for every contract. A purchase order will be issued and sent to Contractor within three (3) weeks after the Agreement and/or work order has been fully executed by the Parties.

## 15   AMENDMENT TO THE "A" CONTRACT

15.1  Section 1.0 "Contract Price" - This contract will be solely based on Unit Rates.

15.2  Section 5.1 "Easements & Permits" – MCI will obtain Federal permits with the assistance from the contractor.

15.3  Section 14.1 "Work Site Changes" – This section refers to mobilization costs to be covered by the contractor if the crews are required to move from one location to another to keep production moving.

# UNIT PRICE SCHEDULE
## OUTSIDE PLANT CONSTRUCTION SERVICES
### (Conduit Construction)
PROJECT/AFE NO. : 041998
PROJECT NAME: GUAM INTERNATIONAL RING
Phase 1
Date: 2/05/04

| BID UNIT NO. | WORK UNIT DESCRIPTION | UNIT | EST. QTY. | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 210 | Provide & Place Conduit (soil) - PL 1-2" conduit including all restoration | Ft | 27,000 | $9.50 | $256,500.00 |
| 210A | Hand Excavation Adder | Ft | 100 | $24.63 | $2,463.00 |
| 210B | Place additional 2" conduit in trench Adder | Ft | 27,000 | $.87 | $23,490.00 |
| 210C | Proof existing conduit | Ft | 0 | $4.00 | 0 |
| 213 | Rock Adder (24" deep only) | Ft | 6,000 | $6.50 | $39,000.00 |
| 214 | Slurry Backfill Adder | Ft | 120 | $16.50 | $1,980.00 |
| 214A | Import and place select backfill material | Ft | 0 | $.29 | 0 |
| 214B | Import and place sand backfill material | Ft | 0 | $.31 | 0 |
| 220 | Concrete Encasement of Pipe | Ft | 0 | $22.00 | 0 |
| 222A | Place 6" Concrete Cap (shallow conduit) | Ft | 6,000 | $.50 | $3,000.00 |
| 240 | Place 2.5'x5'x2.5' Handhole including all restoration | Ea | 16 | $350 | $5,600.00 |
| 250 | Provide & Place 4'x4'x4' Manhole | Ea | 2 | $8,110. | $16,220.00 |
| 270 | Remove & Restore Asphalt | S Ft | 360 | $16.12 | $5,803.20 |
| 270A | Place Anti skid Asphalt ( includes removal of cold patch) | S Ft | 0 | $15.36 | 0 |
| 280 | Remove & Restore Concrete | S Ft | 100 | $14.00 | $1,400.00 |
| 310 | Bridge Attachment | Ea | 0 | 2,700 | 0 |
| 320 | Core and sleve Building Entry (clean and paint as required) | Ea | 3 | $1,800. | $5,400.00 |
| 410 | Pull cable - 24 Armored FOC | Ft | 32,000 | $.75 | $24,000.00 |
| 521A | Clearing | Ft | 12,000 | $.73 | $8,760.00 |
| 710 | Place Buried Cable Markers | Ea | 54 | $63.00 | $3,402.00 |
| 711 | Place Isolator/ Protector System | Ea | 16 | $48.00 | $768.00 |
| 810 | Fiber Splicing | Ea | 72 | $40 | $1,920.00 |

d:\wpdocs\stofwk.fin

11/12/2000

Case 1:05-cv-00037   Document 449-4   Filed 11/07/2007   Page 15 of 27

| 810A | Fiber Testing | Ea | 72 | $20 | $960.00 |
|---|---|---|---|---|---|
| 810B | Pre-acceptance fiber test | Ea | 1 | $1,500 | $1,500.00 |
| 910 | Phase 1 Route Development | Ea | 1 | $8,180 | $8,180.00 |
| 910A | Phase 1 Permitting | Ea | 1 | $6,135 | $6,135.00 |
| 910B | Phase 1 As-Builts | Ea | 1 | $3,030 | $3,030.00 |
| 910C | CATEX and Survey Work (actual cost) | Ea | 1 | $10,000 | $10,000.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total: | $429,511.20 |

**Contractor:** _RT_     **Date:** 2·10·04

UNIT PRICE SCHEDULE
OUTSIDE PLANT CONSTRUCTION SERVICES
(Conduit Construction)
PROJECT/AFE NO. : 041998
PROJECT NAME: GUAM INTERNATIONAL RING
Phase 2
Date: 2/05/04

| BID UNIT NO. | WORK UNIT DESCRIPTION | UNIT | EST. QTY. | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 910 | Phase 2 Route Development | Ea | 1 | $8,180 | $2,727.00 |
| 910A | Phase 2 Permitting | Ea | 1 | $6,135 | $2,045.00 |
| 910B | Phase 2 As-Builts | Ea | 1 | $3,030 | $1,010.00 |
| | | | | Total: | $5,782.00 |

**Contractor:** _RT_     **Date:** 2·10·04

11/12/2000

**CONFIDENTIAL**

UNIT PRICE SCHEDULE
OUTSIDE PLANT CONSTRUCTION SERVICES
(Conduit Construction)
PROJECT/AFE NO. : 041998
PROJECT NAME: GUAM INTERNATIONAL RING
Phase 3
Date: 2/05/04

| BID UNIT NO. | WORK UNIT DESCRIPTION | UNIT | EST. QTY. | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 910 | Phase 3 Route Development | Ea | 1 | $8,180 | $13,630.00 |
| 910A | Phase 3 Permitting | Ea | 1 | $6,135 | $10,220.00 |
| 910B | Phase 3 As-Builts | Ea | 1 | $3,030 | $5,050.00 |
| | | | | | |
| | | | | Total: | $28,900.00 |

**Contractor:** RT     **Date:** 2.10.04

Case 1:05-cv-00037     Document 449-4     Filed 11/07/2007     Page 17 of 27

ATTACHMENT 2

## BID SCHEDULE
## LABOR RATE SCHEDULE

The bidder shall list individual classifications and current rates for which Company will be charged in accordance with Section 13 of the Agreement. Labor billings for Time worked shall be limited to the classifications and rates listed on this schedule.

| | HOURLY RATE | |
| --- | --- | --- |
| **Classification** | **Standard** | **Overtime** |
| | | |

Notes: 1. The rates listed above shall be charged for labor costs and shall include applicable insurance, union dues, taxes and benefits, and provide for overtime, overhead including allowances for holidays, sick leave and bad weather conditions, profit and supervision.

2. Material shall be invoiced at actual cost incurred.

3. Personnel shall be paid for actual on-site work time.

4. Attach extra sheets as necessary.

Date:_____     By:_____

Title: _____

# BID SCHEDULE
## EQUIPMENT RATE SCHEDULE

The bidder shall list individual classifications and current rates for which Company will be charged in accordance with Section 13 of the Agreement. Labor billings for Time worked shall be limited to the classifications and rates listed on this schedule.

| | RATES | | |
|---|---|---|---|
| **Classification** | **Hourly** | **Daily** | **Standby** |

Notes:

1. The rates listed above shall be charged for labor costs and shall include applicable insurance, union dues, taxes and benefits, and provide for overtime, overhead including allowances for holidays, sick leave and bad weather conditions, profit and supervision.

2. Material shall be invoiced at actual cost incurred.

3. Personnel shall be paid for actual on-site work time.

4. Attach extra sheets as necessary.

Date:_____     By:_____

Title: _____

CONSTRUCTION DRAWINGS

(THIS PAGE LEFT BLANK INTENTIONALLY)

*ATTACHMENT 4*

SAMPLE INVOICE

(SEE ATTACHED)

SAMPLE CHANGE ORDER


(SEE ATTACHED)

16

## CONTRACT CHANGE ORDER

Change Order Number _____

Date: _____

Location :_____

Project Description: _____

AFE Number: _____  Contract No.: _____  P/O # _____

Contractor is hereby authorized to perform the change(s)* in work described below (refer to and attach any drawings or specifications; attach additional sheets if necessary):

_____
_____
_____
_____
_____

*Indicate whether each change constitutes an ADDITION or a DELETION from the original Scope of Work.

The changes herein authorized shall constitute additional, deleted, or changed Work as indicated and shall result in the following adjustment in the total contract price set forth in the Agreement and such is subject to other specifications and requirements of the Contract.

This work adjustment is done on a lump sum _____, unit price _____ or T&M _____ basis.

The lump sum, unit prices, or T&M rates agreed to are as follows:

_____
_____
_____

The Contractor agrees that the total amount to be paid by/to the Company for the above described change in the contract work shall not exceed _____ [deletions/reductions should be denoted by parentheses ($xxx )].

**AGREED**

Signed _____
        For Contractor

Signed _____
        Company Representative

**Original Contract Price**          $_____
**Total Previous Change Orders**     $_____
**Amount of this Change Order**      $_____
**New Total Contract Price**         $_____

17

# EXHIBIT "7"

WorldCom Purchasing, LLC
Work Order - Change Order #1

All services and materials supplied under this Work Order are for the use and benefit of
_X_ WorldCom Purchasing, LLC ___ Metropolitan Fiber Systems of _____, Inc., ___ Brooks Fiber Communications of
_____, Inc., or ___ MCI MetroAccess Transmission Services, LLC (check the appropriate box) (hereinafter referred to as
"Company").

Type of Work (check one):         ☐ Long Haul          ☐ Local

Contractor Name: **Dynamic Technical Service, LP**

| | |
|---|---|
| Work Order Number: **2821-201** | Date: **6/10/04** |
| Project Name: **Guam Fiber Ring** | Project Number: **41995** |
| Project Location: **Island of Guam** | AFE Number: **41996** |

*Authorization is continued for contractor to perform the following services*

This change order to PO 7100025400 is required to support the change in the construction schedule which has moved the completion
out to 12/31. Contractor shall continue to supply one engineer to perform engineering, project management, and inspection/locating
activities with respect to the construction of a new 24 fiber international ring in Guam. The Project Manager shall be tasked with
coordinating the activities of Company's construction contractor within an assigned geographic area. The PM shall research, evaluate
and recommend routes; provide engineering services; support, coordinate and assure the quality of product produced by the
construction contractor. He shall coordinate the efforts of Company's and the construction contractor's forces in assisting to acquire
permits, both public and environmental; review and approve for submission information to be used in ordering materials and preparing
construction and splicing contracts. He shall coordinate pre-bid job showings and pre-construction meetings; monitor and evaluate
construction activities, including presenting required design changes to Company for approval, review and approve for submission to
Company contractor quantities provided to Company for preparation of progress payment statements. Supervise all phases of
Company supplied material acceptance, storage and distribution, including preparing reports of material deficiencies and surpluses;
monitor and approve for submittal to Company final audit of splicing and construction contracts. He shall prepare, supervise, and
approve for submittal to Company all engineering and as-built documentation perform other duties as assigned by Company to include
meeting of deadlines and maintaining effective cost controls. It is his further duty to ensure effective coordination with Company's
departments and personnel actively working on the project. Contractor shall be entitled to charge Company at the rate of $580 per day
for the engineer. This day rate shall include meals, lodging, and all other expenses, except for airfare, which may be billed to Company
at a rate pre-approved by Company's Project Manager. This Work Order shall govern all services performed under Company's PO No.
7100025400, regardless of whether services were performed prior to the date of this Work Order.

*The terms and conditions of that certain Outside Plant Engineering & Project Management Agreement (Contract #2821) between Company and
Contractor dated 8/24/01 ("Agreement") shall control by reference and incorporation the services to be provided under this Work Order.*

|  |  |  |
|---|---|---|
| Date services to begin: **Immediately** | Services projected to be completed no later than the following date: | |
| | Maximum Compensation | $ 193,320 |

Authorized Representative: _____ Date of Request: **6/11/04** Date Signed: **6/11/04**

Company Authorization by: _____ Date Signed: **6/10/04**

Contractor Authorization by: _____

Company hereby notifies Contractor in writing of Company controlling the following rights as designated by selecting the appropriate "Require" box corresponding
as each desired term. By selecting a "Defer" box, Company does not waive its rights to exercise that right at a later time of Company's choosing. Company
reserves the right to change or amend its elections concerning the below designation control rights at any time and for any reason by notifying Contractor of said
changes in writing.

| Require | Defer | |
|---|---|---|
| ☐ | ☐ | Per Article 7, Company shall require ___ payment bond or ___ letter of credit from Contractor. |
| ☐ | ☐ | Per Article 7, Company shall require ___ payment bond or ___ letter of credit from Subcontractor. |
| | | If either or both are required, the total estimated cost of Bonds/Letters of Credit is _____ (included in "Maximum Compensation", above) |

Attachments:
☐ Description of Work
☐ List of Subcontracted Work
☐ Project Staffing Plan

☐ Project Budget (Project Financial Report PFR)
☐ Project Schedule
☐ Other _____

**Exhibit 2**

# EXHIBIT "8"

# GUAM FIBER RING

## WorldCom Purchasing, LLC
## Work Order

All services and materials supplied under this Work Order are for the use and benefit of:
_X_ WorldCom Purchasing, LLC ___ Metropolitan Fiber Systems of _____, Inc., ___ Brooks Fiber Communications of
_____, Inc., or ___ MCI MetroAccess Transmission Services, LLC (check the appropriate box) (hereinafter referred to as
"Company").

Type of Work (check one):　　　　□ Long Haul　　　　[ ] Local

| | | | |
|---|---|---|---|
| Contractor Name: | **Dynamic Technical Services, LP** | | |
| Work Order Number: | 2621-201 | Date: | 3/3/04 |
| Project Name: | Guam Fiber Ring | Project Number: | 41998 |
| Project Location: | Island of Guam | AFE Number: | 41998 |

*Authorization is confirmed for contractor to perform the following services:*

Contractor shall supply one engineer to perform engineering, project management, and inspection/locating activities with respect to the construction of a new 24 fiber international ring in Guam. The Project Manager shall be tasked with coordinating the activities of Company's construction contractor within an assigned geographic area. The PM shall research, evaluate and recommend routes; provide engineering services; support, coordinate and assure the quality of product produced by the construction contractor. He shall coordinate the efforts of Company's and the construction contractor's forces in assisting to acquire permits, both public and environmental; review and approve for submission information to be used in ordering materials and preparing construction and splicing contracts. He shall coordinate pre-bid job showings and pre-construction meetings; monitor and evaluate construction activities, including presenting required design changes to Company for approval, review and approve for submission to Company contractor quantities provided to Company for preparation of progress payment statements. Supervise all phases of Company supplied material acceptance, storage and distribution, including preparing reports of material deficiencies and surpluses; monitor and approve for submittal to Company final audit of splicing and construction contracts. He shall prepare, supervise, and approve for submittal to Company all engineering and as-built documentation; perform other duties as assigned by Company to include meeting of deadlines and maintaining effective cost controls. It is his further duty to ensure effective coordination with Company's departments and personnel actively working on the project. Contractor shall be entitled to charge Company at the rate of $580 per day for the engineer. This day rate shall include meals, lodging, and all other expenses, except for airfare, which may be billed to Company at a rate pre-approved by Company's Project Manager. This Work Order shall govern all services performed under Company's PO No. 7100025400, regardless of whether services were performed prior to the date of this Work Order.

*The terms and conditions of that certain Outside Plant Engineering & Project Management Agreement (Contract #2621) between Company and Contractor dated 9/24/01 ("Agreement") shall control by reference and incorporation the services to be provided under this Work Order.*

| | | |
|---|---|---|
| | | Services projected to be completed no later |
| Date services to begin: | **Immediately** | than the following date: _____ |
| | | Maximum Compensation $ 81,960 |

| | | |
|---|---|---|
| Authorized Representative: Jeff *Puehler* | Date of Request: | |
| Company Authorization by: *(signature)* | Date Signed: 3/4/04 | |
| Contractor Authorization by: *Binder Hayes* | Date Signed: 03/04/04 | |

Company hereby notifies Contractor in writing of Company exercising the following rights as designated by darkening the appropriate "Require" box corresponding to each contract term. By darkening a "Defer" box, Company does not waive its right to exercise that right at a later time of Company's choosing. Company reserves the right to change or amend its elections concerning the below designation contract rights at any time and for any reason by notifying Contractor of said changes in writing.

| Require | Defer | |
|---|---|---|
| ☐ | ☐ | Per Article 7, Company shall require ___ payment bond or ___ letter of credit from Contractor. |
| ☐ | ☐ | Per Article 7, Company shall require ___ payment bond or ___ letter of credit from Subcontractor. |

If either or both are required, the total estimated cost of Bonds/Letters of Credit is _____ (included in "Maximum Compensation", above)

**Attachments:**

☐ Description of work　　　　☐ Project Budget (Project Financial Report PFR)

☐ List of Subcontracted Work　　　　☐ Project Schedule

☐ Project Staffing Plan　　　　☐ Other _____

*Require Eto*
*Ins.*

Case 1:05-cv-00037　Document 449-4　Filed 11/07/2007　Page 27 of 27