ELYZE J. MCDONALD, Guam Bar No. 01-004
CARLSMITH BALL LLP
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375

Arthur K. Smith, Texas Bar No. 18534100
LAW OFFICES OF ARTHUR K. SMITH
(Admitted *Pro Hac Vice*)
507 Prestige Circle
Allen, Texas 75002
Telephone: (469) 519-2500
Facsimile: (469) 519-2555

Attorneys for Defendant Dynamic Technical Services

**FILED**
DISTRICT COURT OF GUAM
NOV 13 2007
JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br>**DECLARATION OF ELYZE J. MCDONALD REGARDING RULE 29 STIPULATION** |

I, Elyze J. McDonald, declare under penalty of perjury that the following statements are true and correct:

1. I have personal knowledge of the facts stated in this declaration except as otherwise indicated.

2. I would testify competently as to these facts if called upon by the Court.

3. I am an attorney authorized to practice law in the territory of Guam and presently employed with the law firm of Carlsmith Ball LLP, attorneys for Defendant Dynamic Technical Services, Inc. ("DTS") in the above-captioned action.

4. This declaration is submitted to notify the Court of a Stipulation under Federal Rule of Civil Procedure 29.

5. DTS and Defendant Verizon Business Purchasing LLC and Verizon Business Network Services, Inc. ("Verizon") have entered into a stipulation to extend DTS' deadline to provide initial objections and responses to Verizon's subpoena served on October 16, 2007, for seven days until November 13, 2007. The parties further stipulated that should Verizon decide to file a motion to compel or other discovery motion relating to the aforementioned subpoena only, that DTS will not oppose the motion on the basis that the discovery deadline has passed. Moreover, the parties have stipulated that nothing in this agreement shall be construed as limiting DTS' rights to oppose any discovery motion filed by Verizon relating to the subpoena dated October 16, 2007, on any basis other than the passing of the discovery deadline.

6. Attached hereto as Exhibit A is DTS and Verizon's written Stipulation as noted above.

7. The attached Stipulation is being filed with the Court pursuant to Federal Rule of Civil Procedure 29.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate to the best of my knowledge, except as to those matters which are stated on information and belief and as to those matters, I believe them to be true.

EXECUTED this 13th day of November, 2007, Hagåtña, Guam.

CARLSMITH BALL LLP

*[signature]*
ELYZE J. MCDONALD
Attorneys for Defendant
Dynamic Technical Services

## DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on November 13, 2007, I will cause to be served, via hand delivery, a true and correct copy of DECLARATION OF ELYZE J. MCDONALD REGARDING RULE 29 STIPULATION; DECLARATION OF SERVICE upon the following Counsels of record:

>Delia Sablan Lujan, Esq.
>**LUJAN, AGUIGUI & PEREZ, LLP**
>Suite 300, Pacific News Building
>238 Archbishop F.C. Flores Street
>Hagåtña, Guam USA 96910
>Attorneys for Plaintiffs Henry G. Van Meter, et al.

and

>Vincent Leon Guerrero, Esq.
>**BLAIR, STERLING, JOHNSON, MOODY,**
>**MARTINEZ & LEON GUERRERO, P.C.**
>Suite 1008, Pacific News Building
>238 Archbishop F.C. Flores Street
>Hagåtña, Guam USA 96910
>Attorneys for Defendant California Pacific Technical Services, LLC
>John Healy, and William Ward

and

>G. Patrick Civille, Esq.
>**CIVILLE & TANG, PLLC**
>330 Hernan Cortez Avenue, Suite 200
>Hagåtña, Guam 96910
>Attorneys for Verizon Business Purchasing LLC and Verizon Business Network Services, Inc. substituted for MCI

Executed this 13th day of November, 2007 at Hagåtña, Guam.

_____
ELYZE J. McDONALD

LAW OFFICES OF

# ARTHUR K. SMITH
A PROFESSIONAL CORPORATION

507 PRESTIGE CIRCLE
ALLEN, TEXAS 75002-3438

TELEPHONE (469) 519-2500
FACSIMILE (469) 519-2555

ARTHUR K. SMITH
DIRECT (469) 519-2515
asmith@aksmithlaw.com

October 26, 2007

Brian Lambert  *Via Facsimile: (214) 969-5100*
Jones Day
2727 N. Harwood Street
Dallas, Texas 75201

Re: Civil Action No. 05-00037; In the United States District Court of Guam; *Henry G. Van Meter, et al. v. CALPAC, et al.*

Dear Brian:

I am writing to confirm your agreement to extend Dynamic Technical Services, L.P.'s ("DTS") deadline to provide initial objections and responses to Verizon Business Purchasing, LLC and Verizon Business Network Services, Inc.'s (hereinafter collectively referred to as "Verizon") subpoena served on October 16, 2007 seven days until November 13, 2007. DTS agrees, should Verizon decide to file a motion to compel or other discovery motion relating the aforementioned subpoena only, that DTS will not file any oppose the motion on the basis that the discovery deadline has passed. However, nothing in this agreement shall be construed as limiting DTS' rights to oppose any discovery motion filed by Verizon relating to the subpoena dated October 16, 2007 on any basis other than the passing of the discovery deadline.

If this letter accurately reflects the agreement reached between DTS and Verizon, please sign where indicated below, and return it to me, so that I may file this agreement with the Court pursuant to Rule 29 of the Federal Rules of Civil Procedure.

Best regards.

Very truly yours,

*Arthur K. Smith /jp*
Arthur K. Smith

AGREED:

*[signature]*
Brian Lambert
*Counsel for Defendant Verizon Business Purchasing, LLC and Verizon Business Network Services, Inc.*