LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

**FILED**
DISTRICT COURT OF GUAM
JAN 17 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br>-vs-<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>NON-AGREEMENT OF HEARING DATE; REQUEST FOR HEARING DATE; DECLARATION OF SERVICE |

I, Delia Lujan, under penalty of perjury, declare as follows:

1. I am an attorney representing all the plaintiffs in this matter.

2. The attorneys for the opposing parties are: Elyze McDonald and Arthur Smith for Defendant Dynamic Technical Services ("DTS"), Vincent Leon Guerrero for Defendant California Pacific Technical Services LLC ("Calpac"), and Patrick Civille for Defendants Verizon Business Purchasing LLC and Verizon Business Network Services, Inc. ("Verizon Defendants").

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037

Case 1:05-cv-00037    Document 487    Filed 01/17/2008    Page 1 of 3

1

3. On January 8, 2008, I contacted the attorneys for the opposing parties in this action, to agree upon a date for oral argument on Defendant Dynamic Technical Services' motions for summary judgment against each Plaintiff, filed from January 4 through 8, 2008.

4. On January 8, 2008, I proposed to counsel for all parties that a hearing date(s) for all of DTS' motions for summary judgment be held in early May 2008.

5. Counsel for DTS informed me that DTS did not agree to a May hearing date.

6. Counsel for DTS today informed me that DTS instead agrees to a hearing date sometime during the weeks of March 10-14 or 24-28, 2008.

7. Counsel for DTS and Verizon Defendants have not responded to me on whether or not they agree with a May 2008 hearing date and, if not, what dates they propose.

8. I have called the Clerk's Office at least three times, beginning in January 8, 2008, to inquire whether the Court is available for a hearing in May and, if not, when the Court would be available. However, I was informed yesterday that, at this time, the Court's availability remains unknown.

9. Therefore, I respectfully request that this Honorable Court set a hearing(s) on DTS' motions for summary judgment in May 2008, or at the Court's nearest availability thereto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 17th day of January, 2008.

**LUJAN AGUIGUI & PEREZ LLP**

By: _____
**DELIA LUJAN**
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-CV-00037

2

Case 1:05-cv-00037    Document 487    Filed 01/17/2008    Page 2 of 3

# DECLARATION OF SERVICE

I, Delia Lujan, hereby declare under penalty of perjury of the laws of the United States, that on January 17, 2008, I will cause to be served, via hand delivery, a true and correct copy of the Non-Agreement of Hearing Date; Request for Hearing Date; Declaration of Service upon the following:

**VINCENT LEON GUERRERO, ESQ.**
**BLAIR STERLING JOHNSON MARTINEZ & LEON GUERRERO, P.C.**
Suite 1008 DNA Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910-5205
Attorneys for Defendant California Pacific Technical Services LLC

**ELYZE J. MCDONALD, ESQ.**
**CARLSMITH BALL, LLP**
401 Bank of Hawaii Building
134 West Soledad Avenue
P.O. Box BF
Hagåtña, Guam 96932-5027
Attorneys for Defendant Dynamic Technical Services

**G. PATRICK CIVILLE, ESQ.**
**CIVILLE & TANG, PLLC**
330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910
Attorneys for Defendants Verizon Business Purchasing LLC &
Verizon Business Network Services, Inc.

Dated this 17nd day of January, 2008.

                                           **LUJAN AGUIGUI & PEREZ LLP**

By: _____
                **DELIA LUJAN**
                *Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037

3

Case 1:05-cv-00037　　Document 487　　Filed 01/17/2008　　Page 3 of 3