LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone: (671) 477-8064
Facsimile: (671) 477-5297

*Attorneys for Plaintiffs*

FILED
DISTRICT COURT OF GUAM
JAN 1 8 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CALPAC, et al., <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br> **CERTIFICATE OF SERVICE** |

I, DELIA S. LUJAN, hereby certify under penalty of perjury of the laws of the United States that, on January 18, 2008, I will cause to be served, via hand delivery, a true and correct copy of (1) Opposition to Defendant Dynamic Technical Services, Inc.'s Motion for Summary Judgment Against Plaintiff John P. Babauta, (2) Opposition to Defendant Dynamic Technical Services, Inc.'s Motion for Summary Judgment Against Plaintiff Joseph T. Mendiola, (3) Opposition to Defendant Dynamic Technical Services, Inc.'s Motion for Summary Judgment Against Plaintiff Jerry Apodaca, Jr., and (4) Declaration of Delia Lujan in Support of Each of Plaintiffs' Oppositions to Defendant Dynamic Technical Services' Motions for Summary Judgment, upon the following opposing counsel:

ORIGINAL

| | |
|---|---|
| 1 | **Blair Sterling Johnson Martinez & Leon Guerrero, P.C.** |
| 2 | Suite 1008, Pacific News Building |
| | 238 Archbishop F.C. Flores Street |
| 3 | Hagåtña, Guam 96910 |
| 4 | **Carlsmith Ball LLP** |
| | Bank of Hawaii Building, Suite 401 |
| 5 | 134 West Soledad Avenue |
| | Hagåtña, Guam 96910 |

**Blair Sterling Johnson Martinez & Leon Guerrero, P.C.**
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

**Carlsmith Ball LLP**
Bank of Hawaii Building, Suite 401
134 West Soledad Avenue
Hagåtña, Guam 96910

**Civille & Tang, PLLC**
330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910

Dated this 18th day of January, 2008.

**LUJAN AGUIGUI & PEREZ LLP**

By: _____
**DELIA LUJAN**
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., vs. CALPAC, et al.
District Court Civil Case No. 05-00037

2