ELYZE J. MCDONALD, Guam Bar No. 01-004
CARLSMITH BALL LLP
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375

Arthur K. Smith, Texas Bar No. 18534100
LAW OFFICES OF ARTHUR K. SMITH
(Admitted *Pro Hac Vice*)
507 Prestige Circle
Allen, Texas 75002
Telephone: (469) 519-2500
Facsimile: (469) 519-2555

*Attorneys for Defendant Dynamic Technical Services*

FILED
DISTRICT COURT OF GUAM
JAN 18 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br><br><br>DEFENDANT DYNAMIC TECHNICAL SERVICES' RESPONSE TO PLAINTIFFS' REQUEST FOR HEARING DATE ON DEFENDANT DYNAMIC TECHNICAL SERVICES MOTIONS FOR SUMMARY JUDGMENT; DECLARATION OF SERVICE |

ORIGINAL

# DEFENDANT DYNAMIC TECHNICAL SERVICES' RESPONSE TO PLAINTIFFS' REQUEST FOR HEARING DATE ON DEFENDANT DYNAMIC TECHNICAL SERVICES MOTIONS FOR SUMMARY JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Dynamic Technical Services, L.P. (hereinafter referred to as "DTS"), Defendant in the above entitled and numbered action and files this Response to Plaintiffs Request for Hearing Date on DTS' Motions for Summary Judgment and in support thereof respectfully would show unto the Court the following:

1. Between January 4 and January 8, 2007, DTS filed thirteen motions for summary judgment, one against each individual plaintiff pursuant to Federal Rule of Civil Procedure 56(b), on the grounds that: (1) DTS was not an employer of the plaintiffs; (2) there was no hostile work environment as a matter of law; and (3) DTS did not have any knowledge of any alleged discrimination. DTS did not request a hearing on any of its motions for summary judgment.

2. After the DTS filed its thirteen motions for summary judgment, counsel for the Plaintiffs informed all parties that she intended to seek a hearing date for the motions in May 2008. Counsel for DTS informed counsel for the Plaintiffs that DTS did not agree to a hearing date in May 2008 and suggested dates in March 2008.

3. Counsel for the Plaintiffs filed a request for a hearing date in May 2008 with this Court on January 17, 2008.

4. This case is set for trial on June 9, 2008 pursuant to the Third Amended Scheduling Order entered by this Court on November 15, 2007. Additionally, the scheduling order contains the following deadlines for May 2008:

    a. Pretrial Disclosures are due May 9, 2008;

    b. Preliminary Pretrial Conference is set for May 19, 2008; and

    c. Filing of Trial Documents is set for May 23, 2008.

5. This case has been pending since December 12, 2005. The issues in DTS' motions for summary judgment have been ripe for determination since July 2007. Plaintiffs' Opposition to DTS' Motions for Summary Judgment are due between January 18 and 22, 2008, and DTS' Reply Memorandums will be due before the end of the month. All of the briefing on the motions will be before the court before February. There is no reason to delay the hearing date on the motions for more than three months.

6. DTS will be prejudiced by a delay in consideration of its motions until May as DTS will have to continue to incur substantial expenses defending this case and having to prepare for trial leading up to the requested hearing date. Whereas, if the motions are set for hearing at an earlier date and Court grants the motions for summary judgment, DTS will not have to incur the substantial expense of preparing for trial.

7. For the foregoing reasons, Defendant DTS requests this Court deny Plaintiffs' Request for Hearing Date on DTS' Motions for Summary Judgment for May 2008. DTS would suggest a hearing date during the weeks of March 10-14 or 24-28, 2008.

WHEREFORE, PREMISES CONSIDERED, Defendant Dynamic Technical Services respectfully requests this court to deny Plaintiffs' Request for a May 2008 Hearing Date, and set DTS' Motions for Summary Judgment against each individual Plaintiff during the weeks of March 10-14 or 24-28, 2008, and for such further relief to which DTS shows itself justly entitled.

DATED this 18th day of January, 2008.

CARLSMITH BALL, LLP

_____
ELYZE J. MCDONALD

Attorneys for Defendant
Dynamic Technical Service. Inc

## DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on January 18, 2008, I will cause to be served, via hand delivery, a true and correct copy of DTS' RESPONSE TO PLAINTIFFS REQUEST FOR HEARING DATE ON DTS' MOTIONS FOR SUMMARY JUDGMENT; DECLARATION OF SERVICE upon the following Counsels of record:

>Delia Sablan Lujan, Esq.
>**LUJAN, AGUIGUI & PEREZ, LLP**
>Suite 300, Pacific News Building
>238 Archbishop F.C. Flores Street
>Hagåtña, Guam USA 96910
>Telephone: (671) 477-8064
>Facsimile: (671) 477-5297
>Attorneys for Plaintiffs Henry G. Van Meter, et al.

>Vincent Leon Guerrero, Esq.
>**BLAIR, STERLING, JOHNSON, MOODY,**
>**MARTINEZ & LEON GUERRERO, P.C.**
>Suite 1008, Pacific News Building
>238 Archbishop F.C. Flores Street
>Hagåtña, Guam USA 96910
>Telephone: (671) 477-7857
>Facsimile: (671) 472-4290
>Attorneys for Defendant California Pacific Technical Services, LLC

>G. Patrick Civille
>**CIVILLE & TANG, PLLC**
>330 Hernan Cortez Avenue, Suite 200
>Hagåtña, Guam USA 96910
>Telephone: (671) 472-8869
>Facsimile: (671) 477-2511
>Attorneys for Verizon Business Purchasing, LLC and Verizon Business Network Services, Inc.

Executed this 18th day of January 2008 at Hagåtña, Guam.

_____
ELYZE J. McDONALD