**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*

**FILED**
DISTRICT COURT OF GUAM

JAN 2 2 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALIFORNIA PACIFIC TECHNICAL SERVICES LLC, a.k.a. CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br><br><br> **NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION** <br><br><br><br><br><br><br><br> Henry G. Van Meter; 1/29/08; 1:30 p.m. |

ORIGINAL

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on January 29, 2008, at the hour of 1:30 p.m., at the law firm of Civille & Tang, PLLC, 330 Hernan Cortez Avenue, Suite 200, Hagåtña, Guam, Defendants Verizon Business Purchasing LLC and Verizon Business Network Services, Inc. will take the deposition upon oral examination of **HENRY G. VAN METER** pursuant to Rule 30 of the Federal Rules of Civil Procedure.

The deposition will take place before a notary public or other person authorized by law to administer oaths and will continue from day to day until completed, Sundays and holidays excluded. The deposition will be recorded by a stenographer and/or audio tape. You are invited to attend and cross-examine.

DATED at Hagåtña, Guam, on January 21, 2008.

**CIVILLE & TANG, PLLC**

**JONES DAY**

By: /s/ G. Patrick Civille
G. PATRICK CIVILLE

*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*

## CERTIFICATE OF SERVICE

I, G. PATRICK CIVILLE, hereby certify that on January 22, 2008, I will have caused a copy of the foregoing Notice of Taking Deposition Upon Oral Examination to be served via hand-delivery on the following:

**Lujan Aguigui & Perez LLP**
Suite 300, Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910

**Blair Sterling Johnson Martinez
& Leon Guerrero, P.C.**
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

**Carlsmith Ball LLP**
Bank of Hawaii Building, Suite 401
134 West Soledad Avenue
Hagåtña, Guam 96910

DATED at Hagåtña, Guam, on January 21, 2008.

**CIVILLE & TANG, PLLC**

**JONES DAY**

By: _____
G. PATRICK CIVILLE

*Attorneys for Defendants
Verizon Business Purchasing LLC and
Verizon Business Network Services, Inc.*