**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*



FILED
DISTRICT COURT OF GUAM
FEB 28 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA PACIFIC TECHNICAL SERVICES LLC, a.k.a. CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br><br><br>**EX PARTE APPLICATION TO SHORTEN TIME** |

Pursuant to L.R. 7.1(k), Verizon Business Purchasing LLC and Verizon Business Network Services, Inc. (collectively the "Verizon Defendants"), request an Order Shortening Time, permitting its Motion for Protective Order to be heard on or before February 29, 2008. The basis for shortening time is that Plaintiff Teddy B. Cruz issued deposition notices on February 25, 2008, noticing depositions of two Verizon employees residing and working near the Dallas, Texas area for February 29, 2008, and noticing the deposition of one Verizon employee residing and working in Tulsa, Oklahoma area, for March 3, 2008. In light of the impending depositions as noticed by Plaintiff, a shortened time for hearing on Verizon's Motion for Protective Order is necessary.

Counsel for Verizon Defendants has contacted counsel for the other parties. See, Certificate of Counsel filed herewith.

This Application to Shorten Time is supported by the Certificate of Counsel filed herewith and by the accompanying Motion for Protective Order and Memorandum of Points and Authorities.

Respectfully submitted this 28th day of February, 2008.

**CIVILLE & TANG, PLLC**

**JONES DAY**

By: _____
G. PATRICK CIVILLE
*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*