**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*




**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,

Plaintiffs,

vs.

CALIFORNIA PACIFIC TECHNICAL SERVICES LLC, a.k.a. CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,

Defendants.

CIVIL CASE NO. 05-00037

**DECLARATION OF G. PATRICK CIVILLE IN SUPPORT OF VERIZON DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION**

ORIGINAL

I, G. Patrick Civille, hereby declare as follows:

1. I am a member of the bar of Guam and of the law firm of Civille & Tang, PLLC, local counsel for Verizon Business Purchasing LLC and Verizon Business Network Services, Inc. (collectively "Verizon"). I submit this Declaration in support of Verizon Defendants' Motion for Protective Order. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

2. On Monday, February 25, 2008, Plaintiff Cruz served on Verizon a Notice of Deposition of Larry Sanders scheduled for 8:00 a.m. on Friday, February 29, 2008, at the offices of Plaintiff Cruz's counsel, located in Hagatña, Guam. A true and correct copy of the Notice of Deposition of Larry Sanders is attached hereto as **"Exhibit A."**

3. On Monday, February 25, 2008, Plaintiff Cruz served on Verizon a Notice of Deposition of Jeff Buehler scheduled for 1:00 p.m. on Friday, February 29, 2008, at the offices of Plaintiff Cruz's counsel, located in Hagatña, Guam. A true and correct copy of the Notice of Deposition of Jeff Buehler is attached hereto as **"Exhibit B."**

4. On Monday, February 25, 2008, Plaintiff Cruz served on Verizon a Notice of Deposition of Mary [Marty] Hersh scheduled for 9:00 a.m. on Monday, March 3, 2008, at the offices of Plaintiff Cruz's counsel, located in Hagatña, Guam. A true and correct copy of the Notice of Deposition of Marty [Marty] Hersh is attached hereto as **"Exhibit C."**

5. Larry Sanders, Jeff Buehler, and Marty Hersh are employees of Defendant Verizon, and are not Verizon officers, directors, or managing agents.

6. Jeff Buehler is a resident of Rowlett, Texas, and works in Richardson, Texas. Richardson borders Dallas, Texas, and Rowlett is located approximately 19 miles from Dallas.

7. Larry Sanders is a resident of Murphy, Texas, and works in Richardson, Texas. Murphy is located approximately 23 miles from Dallas.

8. Marty Hersh is a resident of Jenks, Oklahoma and works in Tulsa, Oklahoma.

9. Earlier this week, I contacted Plaintiff Cruz's counsel Ms. Delia Lujan several times and informed her that the three deponents are not residents of Guam, but are residents of either Texas or Oklahoma, and that they work in Texas or Oklahoma. I also informed her that they are employees of Verizon, and not Verizon officers, directors, or managing agents. I informed Ms. Lujan that Verizon is willing to abide by my earlier commitments to her to make the deponents available for depositions in Dallas, Texas at a mutually agreeable time.

10. I have had several discussions with Attorney Lujan regarding finding a mutually agreeable time take these depositions in Dallas, Texas, as well as the deposition of one plaintiff residing in the Dallas area. I informed Ms. Lujan that her deposition notices were procedurally defective because subpoenas were not issued compelling the attendance of Verizon's employees at the depositions as required under the rules of civil procedure. I also informed Ms. Lujan that despite the procedural deficiencies with respect to the deposition notices, Verizon will agree to produce the three witnesses to be deposed in Dallas if the parties can work out a schedule with regard to the depositions.

11. Plaintiff Cruz's counsel has refused to withdraw the deposition notices.

12. Plaintiff Cruz's counsel has stated that she would prefer to reschedule the depositions but feels compelled to move forward on them on February 29 and March 3 because of the March 3 discovery cutoff date. Ms. Lujan and I have generally agreed to seek an extension of the discovery cutoff deadline which, if granted, would ensure that the parties have sufficient time to depose the individuals off-island.

///

///

///

///

///

13. To date, despite Verizon's efforts, through counsel, Plaintiff Cruz has not withdrawn the deposition notices and has not definitively agreed to take the deposition of Verizon's employees in Dallas, Texas.

I declare under penalty of perjury under the laws of Guam (6 G.C.A. Section 4308) that the foregoing is true and correct.

Executed this 28th day of February, 2008.

G. PATRICK CIVILLE

**LUJAN AGUIGUI & PEREZ LLP**
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297




*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

HENRY G. VAN METER, et al,

Plaintiffs,

vs.

CALPAC, et al.,

Defendants.

CIVIL CASE NO.CIV05-00037

**NOTICE OF DEPOSITION**

**TO: PARTIES HEREIN AND TO COUNSEL FOR VERIZON BUSINESS PURCHASING, LLC AND VERIZON BUSINESS NETWORKING SERVICES, INC.:**

**PLEASE TAKE NOTICE** that Plaintiff TEDDY B. CRUZ will take the deposition upon oral examination of **LARRY SAUNDERS** pursuant to Rule 30 of the Federal Rules of Civil Procedure, on **Friday, February 29, 2008 at the hour of 8:00 a.m.**, at the offices of **LUJAN AGUIGUI & PEREZ LLP**, 238 Archbishop F.C. Flores Street, Suite 300, Hagåtña, Guam 96910.

Said deposition will take place before a notary public or other officer authorized to administer oaths and will continue from day to day, Sundays and holidays excluded, until completed.

Dated this 25th day of February, 2008.

**LUJAN AGUIGUI & PEREZ LLP**

By: ______________________
**DELIA S. LUJAN, ESQ.**
*Attorneys for Plaintiffs*



**Exhibit A**

**LUJAN AGUIGUI & PEREZ LLP**
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*




**IN THE UNITED STATES DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

HENRY G. VAN METER, et al.,

Plaintiffs,

v.

CALPAC, et al,

Defendants.

CIVIL CASE NO.CIV05-00037

**NOTICE OF DEPOSITION**

**TO: PARTIES HEREIN AND TO COUNSEL FOR VERIZON BUSINESS PURCHASING, LLC AND VERIZON BUSINESS NETWORKING SERVICES, INC.:**

**PLEASE TAKE NOTICE** that Plaintiff TEDDY B. CRUZ will take the deposition upon oral examination of **JEFF BUEHLER** pursuant to Rule 30 of the Federal Rules of Civil Procedure, on **Friday, February 29, 2008 at the hour of 1:00 p.m.**, at the offices of **LUJAN AGUIGUI & PEREZ LLP**, 238 Archbishop F.C. Flores Street, Suite 300, Hagåtña, Guam 96910.

Said deposition will take place before a notary public or other officer authorized to administer oaths and will continue from day to day, Sundays and holidays excluded, until completed.

Dated this 25th day of February, 2008.

**LUJAN AGUIGUI & PEREZ LLP**

By: ______________________________
**DELIA S. LUJAN, ESQ.**
*Attorneys for Plaintiffs*

**Exhibit B**

**LUJAN AGUIGUI & PEREZ LLP**
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*




**IN THE UNITED STATES DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

| | |
|---|---|
| HENRY G. VAN METER, et al.,<br>Plaintiffs,<br>v.<br>CALPAC, et al.,<br>Defendants. | CIVIL CASE NO.CIV05-00037<br><br>**NOTICE OF DEPOSITION** |

**TO: PARTIES HEREIN AND TO COUNSEL FOR VERIZON BUSINESS PURCHASING, LLC AND VERIZON BUSINESS NETWORKING SERVICES, INC.:**

**PLEASE TAKE NOTICE** that Plaintiff TEDDY C. CRUZ will take the deposition upon oral examination of **MARY HERSH** pursuant to Rule 30 of the Federal Rules of Civil Procedure, on **Monday, March 3, 2008 at the hour of 9:00 a.m.**, at the offices of **LUJAN AGUIGUI & PEREZ LLP**, 238 Archbishop F.C. Flores Street, Suite 300, Hagåtña, Guam 96910.

Said deposition will take place before a notary public or other officer authorized to administer oaths and will continue from day to day, Sundays and holidays excluded, until completed.

Dated this 25th day of February, 2008.

**LUJAN AGUIGUI & PEREZ LLP**

By: ______________________
**DELIA S. LUJAN, ESQ.**
*Attorneys for Plaintiffs*

**Exhibit C**