CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

JONES DAY
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants
Verizon Business Purchasing LLC and
Verizon Business Network Services, Inc.*



FEB 28 2008



JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>    Plaintiffs,<br><br>vs.<br><br>CALIFORNIA PACIFIC TECHNICAL SERVICES LLC, a.k.a. CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>    Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br><br><br>**CERTIFICATE OF COUNSEL IN SUPPORT OF EX PARTE APPLICATION TO SHORTEN TIME** |

I, G. Patrick Civille, hereby certify that:

1. I am a member of the bar of Guam and of the law firm of Civille & Tang, PLLC, local counsel for Verizon Business Purchasing LLC and Verizon Business Network Services, Inc. (collectively the "Verizon Defendants").

2. I contacted each of the other attorneys in this case, Delia Lujan for the plaintiffs, Vince Leon Guerrero for Calpac and Elyze McDonald for DTS earlier today, and informed them of the nature and purpose of the motion and that I would be proceeding with an ex parte application for an order shortening time. I further advised them that the Magistrate Judge would not be available until next week and the hearing would not take place until he returned.

3. Attorney Lujan indicated that she would oppose our motion and would be present at a hearing. Attorneys Leon Guerrero and McDonald indicated that they would have to consult with their clients before taking a position.

I hereby certify under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed on February 28, 2008.

CIVILLE & TANG, PLLC

JONES DAY

By: /s/ G. Patrick Civille
G. PATRICK CIVILLE
*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*