

1   **LUJAN AGUIGUI & PEREZ LLP**
    DNA Building, Suite 300
2   238 Archbishop Flores Street
    Hagåtña, Guam 96910
3   Telephone    (671) 477-8064
    Facsimile    (671) 477-5297
4

5   *Attorneys for Plaintiffs*

6

**FILED**
DISTRICT COURT OF GUAM

MAR 0 3 2008

**JEANNE G. QUINATA**
**Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

10  HENRY G. VAN METER, et al.,          CIVIL CASE NO. 05-00037

11
                        Plaintiffs,     **CERTIFICATE OF SERVICE**
12

13          v.

14  CALPAC, et al.,

15                      Defendants.

16

17      I, DELIA S. LUJAN, certify that I caused copies of the **Plaintiffs' Opposition to**

18  **Verizon Defendants' Motion for Protective Order and Declaration of Delia S. Lujan in**

19  **Support of Plaintiffs' Opposition to Verizon Defendants' Motion for Protective Order** to be

    served on the following individuals or entities on March 3, 2008 via hand delivery at the
20
    following addresses:
21
                        **CIVILLE & TANG, PLLC**
22                      330 Hernan Cortez Avenue, Suite 200
                        Hagåtña, Guam 96910
23

24                  **BLAIR STERLING JOHNSON MARTINEZ**
                        **& LEON GUERRERO, P.C.**
25                      Suite 1008, Pacific News Building
                        238 Archbishop F.C. Flores Street
26                      Hagåtña, Guam 96910

27

28

ORIGINAL

**CARLSMITH BALL LLP**
Bank of Hawaii Building, Suite 401
134 West Soledad Avenue
Hagåtña, Guam 96910

Dated this 3ʳᵈ day of March, 2008.

**LUJAN AGUIGUI & PEREZ LLP**

By: _____
**DELIA S. LUJAN, ESQ.**
*Attorneys for Plaintiffs*

*Henry G. Van Meter, et al., vs. CALPAC, et al.*
District Court Civil Case No. 05-00037

2