**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*

**FILED**
**DISTRICT COURT** OF GUAM

MAR 1 4 2008

**JEANNE G. QUINATA**
**Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALIFORNIA PACIFIC TECHNICAL SERVICES LLC, a.k.a. CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br><br> **DECLARATION OF G. PATRICK CIVILLE IN SUPPORT OF JOINT MOTION TO AMEND SCHEDULING ORDER** |

I, G. PATRICK CIVILLE, hereby declare under penalty of perjury as follows:

1.       I am a member of the bar of Guam and of the law firm of Civille & Tang, PLLC, local counsel for Defendants Verizon Business Purchasing LLC and Verizon Business Network Services, Inc. ("Verizon"). I submit this declaration in support of the Joint Motion to Amend Scheduling Order. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

2.       Attached as Exhibit A is the Proposed Fourth Amended Scheduling Order.

3.       The parties have already taken many depositions and have exchanged written discovery in this case. However, a limited amount of extra time is required to complete the pre-trial work necessary to properly prosecute this case.

4.       After making a good faith effort to complete discovery by the deadlines set in the Third Amended Scheduling Order, there still remains some discovery which has not been completed between plaintiffs and Verizon due to scheduling difficulties.

5.       Plaintiffs and Verizon are making arrangements to depose approximately five fact witnesses (including one plaintiff) who live on the U.S. mainland, and are trying to arrange a schedule so that all off-island depositions can be completed in one trip.

6.       Verizon anticipates that they will file motions for summary judgment as to each plaintiff.

7.       It is uncertain whether the 26 pending summary judgment motions and Verizon's anticipated summary judgment motions, together with other pre-trial motions, can be resolved by the time of the early June trial date.

I declare under penalty of perjury under the laws of Guam (6 G.C.A. Section 4308) that the foregoing is true and correct.

Executed at Hagåtña, Guam, on March 13, 2008.

G. PATRICK CIVILLE

**LUJAN AGUIGUI & PEREZ, LLP**
PACIFIC NEWS BUILDING, SUITE 300
238 ARCHBISHOP FLORES STREET
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-8064/5
FACSIMILE: (671) 477-5297

*Attorneys for Plaintiffs*

**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendants Verizon Business*
*Purchasing LLC and Verizon Business Network Services, Inc.*

**LAW OFFICES OF ARTHUR K. SMITH**
507 Prestige Circle
Allen, Texas 75002
TELEPHONE: (469) 519-2500
FACSIMILE: (469) 519-2555

*Attorneys for Defendant Dynamic Technical Services*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALIFORNIA PACIFIC TECHNICAL SERVICES LLC, a.k.a. CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br><br> **[PROPOSED]** <br><br> **FOURTH AMENDED SCHEDULING ORDER** |

This matter having come before the Court on the joint motion of the plaintiffs, the Verizon defendants, and Dynamic Technical Services, Inc., and it appearing to the Court that good cause exists to modify and extend the dates set forth in the Third Amended Scheduling Order, the motion is hereby granted. The following schedule shall govern the management of this case:

1.    **Motions to Add Parties or Claims:**  The deadline for adding parties and claims has passed and no further parties or claims shall be added.

2.    **Motions to Amend Pleadings:**  The deadline for amending pleadings has passed and no further amendment of pleadings shall be permitted.

3.    **Time for Disclosures.**  Initial disclosures have been exchanges amongst the parties. Each party has the right to object to the completeness of the disclosures of any other party.

4.    **Expert Designation and Reports.**  The deadline for the designation of experts, including rebuttal experts has passed. No expert reports have been produced and the parties do not anticipate taking expert depositions.

5.    **Interrogatories, Requests for Production and Requests for Admissions.** Written discovery has been completed, except for a dispute between the plaintiffs and Verizon relating to document production. The plaintiffs and Verizon have met and conferred but have not resolved their dispute. Verizon will file a discovery motion directed to these issues.

6.    **Fact Witnesses and Depositions.** Depositions of fact witnesses have been completed, except between the Verizon Defendants and the plaintiffs. There are two fact witnesses (Henry Quintanilla, Don Harper) on Guam, and one plaintiff in Texas (Roland Mendiola) remaining to be deposed by the Verizon Defendants. There are three fact

witnesses in the mainland United States (Larry Saunders, Jeff Buehler and Marty Hersh) remaining to be deposed by the plaintiffs. Plaintiffs reserve the right to file a motion to take additional depositions, which defendants reserve the right to oppose. All depositions shall be conducted prior to the expiration of the discovery cutoff date.

7.    **Supplemental of Disclosures and Responses.**  The parties shall be under a continuing duty to supplement their disclosures and their responses to discovery as required under Rule 26(e)(1) of the Federal Rules of Civil Procedure.

8.    **Discovery Cut-Off Date:**  The discovery cut-off date (defined as the last day to serve responses to discovery) is **June 20, 2008.**

9.    Discovery has been completed between all parties except the plaintiffs and the Verizon Defendants.    There is a discovery dispute between the plaintiffs and the Verizon Defendants.    The parties have met and conferred but have not resolved their differences. Verizon is preparing a discovery motion directed to the areas in dispute. Each party reserves the right to bring discovery motions if a discovery dispute cannot be resolved without involving the Court.  All **Discovery Motions** shall be filed by **June 30, 2008** and noticed for hearing in accordance with the Local Rules of Court.

10.    The anticipated dispositive motions are as follows:  CalPac and DTS have each filed motions for summary judgment against each plaintiff.  Verizon intends to file motions for summary judgment as to each plaintiff.  All **Dispositive Motions** shall be filed on or before **July 31, 2008** and noticed for hearing in accordance with the Local Rules of Court.

11.    **Settlement Prospects:**  The prospects for settlement are unknown at this time.

12.    **Pretrial Disclosures:**    The pretrial disclosures described in Federal Rule of Civil Procedure 26(a)(3)(A), (B) and (C) shall be made at least thirty days before the trial date or by **September 5, 2008.**

13. **Preliminary Pretrial Conference:** The Preliminary Pretrial Conference shall be held on **September 23, 2008 at 10:00 a.m.,** which is a date not less than twenty-one days before the trial date.

14. **Filing of Trial Documents:** The parties' pretrial materials, discovery materials, final witness lists, designations, and final exhibit lists shall be filed on or before **September 30, 2008,** which is a date not less than fourteen days before the trial date.

15. **Pretrial Order:** The proposed Pretrial Order shall be filed on or before **September 30, 2008,** which is a date not less than fourteen days before the trial date.

16. **Final Pretrial Conference:** The Final Pretrial Conference shall be held on **October 7, 2008 at 10:00 a.m.,** which is seven days before the trial date.

17. **Trial Date:** The trial shall be held on **October 14, 2008 at 9:00 a.m.**

18. **Jury:** Plaintiffs have demanded trial by jury.

19. **Length of Trial:** It is presently anticipated that the trial will take three (3) to four (4) weeks.

20. The names of counsel are as follows:

For Plaintiffs:     **David J. Lujan, Esq.
                     Delia S. Lujan, Esq.
                     Lujan Aguigui & Perez LLP**
                     300 Pacific News Building
                     238 Archbishop Flores Street
                     Hagåtña, Guam 96910

For Defendants:     **Vincent Leon Guerrero, Esq.
                     Blair Sterling Johnson Martinez
                       & Leon Guerrero, P.C.**
                     1008 Pacific News Building
                     238 Archbishop Flores Street
                     Hagåtña, Guam 96910
                     *Attorneys for California Pacific Technical Services LLC, John Healy and William Ward*

**Elyze J. McDonald, Esq.**
**Carlsmith Ball, LLP**
401 Bank of Hawaii Building
134 West Soledad Avenue
Hagåtña, Guam 96910
and
**Arthur K. Smith, Esq.**
**Law Offices of Arthur K. Smith**
507 Prestige Circle
Allen, Texas 75002
*Attorneys for Dynamic Technical Services*

**G. Patrick Civille, Esq.**
**Civille & Tang, PLLC**
330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910
and
**Katie J. Colopy, Esq.**
**Michelle A. Morgan, Esq.**
Jones Day
2727 North Harwood Street
Dallas, Texas 75201-1515
*Attorneys for Verizon Business Purchasing LLC and
Verizon Business Network Services, Inc.*

21. The parties wish to submit this case to a settlement conference.

22. The parties present the following suggestions for shortening trial: The parties may present written or videotaped depositions of witnesses in lieu of live testimony, subject to the applicable rules of civil procedure and further Court orders.

23. The following issues will affect the status or management of the case: The disposition of the motions for summary judgment may have a significant impact on trial management issues.

DATE:_____.


_____

**HONORABLE FRANCES TYDINGCO-GATEWOOD**
**Chief Judge**