**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*

**FILED**
DISTRICT COURT OF GUAM

MAR 19 2008 R.D.

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA PACIFIC TECHNICAL SERVICES LLC, a.k.a. CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br><br><br>**MOTION TO COMPEL PRODUCTION OF DOCUMENTS, INTERROGATORY ANSWERS, AND VERIFICATIONS** |

**ORIGINAL**

Defendants Verizon Business Purchasing LLC and Verizon Business Network Services, Inc. (collectively "Verizon") move the Court pursuant to Rules 33, 34, and 37(a) of the Federal Rules of Civil Procedure for an order compelling (1) all Plaintiffs to produce documents responsive to Request Nos. 28 through 32 in Verizon's Request for Production of Documents, which seek documents relating to Plaintiffs' claimed damages, (2) all Plaintiffs to answer fully Interrogatory No. 25 in Verizon's Interrogatories to each of Plaintiffs, which seeks information relating to Plaintiffs' alleged mental anguish and other injuries, and (3) Plaintiffs Mendiola and Charfarous to verify their answers to Verizon's Interrogatories, as more fully explained in Verizon's accompanying Memorandum of Points and Authorities in Support of this Motion.

This motion is based on the grounds that the requested verifications are required by the rules of civil procedure, and answers to the interrogatories and the requested documents are proper objects of discovery. Plaintiffs, although having been properly requested to do so, refuse to verify the answers, answer certain interrogatories, and refuse to permit the inspection and copying of certain requested documents. Verizon has in good faith attempted to confer with Plaintiffs, through their counsel, in an effort to secure the disclosures without court action, but such effort was unproductive, as is more fully shown by the attached affidavit of G. Patrick Civille.

This Motion is supported by a Memorandum of Points and Authorities, the Declaration of G. Patrick Civille, and all matters that may be adduced at a hearing thereon.

Dated, this 19th day of March, 2008.

_____
G. PATRICK CIVILLE