1  **CIVILLE & TANG, PLLC**
   330 HERNAN CORTEZ AVENUE, SUITE 200
2  HAGÅTÑA, GUAM 96910
   TELEPHONE: (671) 472-8869/69
3  FACSIMILE: (671) 477-2511

4  **JONES DAY**
   2727 NORTH HARWOOD STREET
5  DALLAS, TEXAS 75201-1515
   TELEPHONE: (214) 220-3939
6  FACSIMILE: (671) 969-5100

7  *Attorneys for Defendants*
   *Verizon Business Purchasing LLC and*
8  *Verizon Business Network Services, Inc.*

9

**FILED**
DISTRICT COURT OF GUAM

MAR 1 9 2008 R.D.

**JEANNE G. QUINATA**
**Clerk of Court**

10                    **IN THE UNITED STATES DISTRICT COURT**

11                        **FOR THE TERRITORY OF GUAM**

12

13  HENRY G. VAN METER, JERRY        )   CIVIL CASE NO. 05-00037
    APODACA, JR., JOSEPH J.          )
14  HERNANDEZ, JOSEPH T. MENDIOLA,   )
    LARRY L. CHARFAUROS, ANTHONY     )
15  C. ARRIOLA, ROBERT B. CRUZ,      )
    ROLAND F. MENDIOLA, JAMES S.     )
16  YEE, TEDDY B. CRUZ, JESSE B. CRUZ, )  **DECLARATION OF G. PATRICK**
    JOHN L.G. NAUTA, and JOHN P.     )   **CIVILLE IN SUPPORT OF**
17  BABAUTA,                         )   **VERIZON DEFENDANTS'**
                                     )   **MOTION TO COMPEL**
18              Plaintiffs,          )   **PRODUCTION OF DOCUMENTS,**
                                     )   **INTERROGATORY ANSWERS,**
19                                   )   **AND VERIFICATIONS**
            vs.                      )
20                                   )
    CALIFORNIA PACIFIC TECHNICAL     )
21  SERVICES LLC, a.k.a. CALPAC,     )
    DYNAMIC TECHNICAL SERVICES,      )
22  VERIZON BUSINESS PURCHASING,     )
    LLC, VERIZON BUSINESS NETWORK    )
23  SERVICES, INC., JOHN HEALY, DENNIS )
    CLARK, WILLIAM WARD, JAI JAMES,  )
24  and DOES 1 through 10,           )
                                     )
25              Defendants.          )
    _____)
26

27

28

ORIGINAL

I, **G. PATRICK CIVILLE**, hereby declare under penalty of perjury as follows:

1.     I am a member of the bar of Guam and of the law firm of Civille & Tang, PLLC, counsel for Defendants Verizon Business Purchasing LLC and Verizon Business Network Services, Inc. (collectively "Verizon"). I submit this declaration in support of Verizon Defendants' Motion to Compel Production of Documents, Interrogatory Answers, and Verifications. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

2.     On October 10, 2007, Verizon propounded on Plaintiffs Verizon's Requests for Production of Documents. On October 10, 2007, Verizon propounded on Plaintiffs Verizon's Interrogatories.

3.     On or about November 9, 2007, I received responses from Plaintiffs to Verizon's Requests for Production of Documents. Plaintiffs answered Verizon's Requests for Production Nos. 28 through 32 by way of objection. True and correct copies of Verizon's Requests for Production Nos. 28 through 32, and Plaintiffs' responses, are attached hereto as Exhibit A.

4.     Verizon's Request for Production Nos. 28 and 29 sought documents related to Plaintiffs' employment. Plaintiffs objected to Request No. 28 on the ground that the request is "overly broad in that it seeks information not relevant to Plaintiff's Title VII claims," and "[e]ven if the information is relevant, its relevancy is substantially outweighed by prejudice of production." Ex. A. Plaintiffs objected to Request No. 29 on the same grounds as Request No. 28, and on the additional ground that the request "seeks confidential financial and employment information which is privileged and protected from disclosure." Ex. A.

5.     Verizon's Request for Production No. 30 sought documents related to Plaintiffs' medical and/or mental health records. Plaintiffs objected to Request No. 30 on the ground that the request "seeks information which is protected by the physician-patient privilege." Ex. A.

6.     Verizon's Request for Production No. 31 sought documents related to Plaintiffs' tax records from 2004 forward, and Request No. 32 sought documents related to Plaintiffs' bankruptcy filings, if any. Plaintiffs objected to Request Nos. 31 and 32 on the ground that the requests seek "information which is irrelevant to Plaintiff's Title VII claims," and the "[e]ven if the information is relevant, production is not warranted since its relevancy is substantially outweighed by prejudice of production," and that the requests seek "information which constitutes confidential financial information of Plaintiff which is privileged and protected from disclosure." Ex. A. The Plaintiffs objected to Request No. 32 on the additional ground that the request is "overly broad in temporal and geographic scope." Ex. A.

7.     On or about November 9, 2007, I received responses from Plaintiffs to Verizon's Interrogatories. The answers submitted by two Plaintiffs, Roland Mendiola and Larry Charfaurous, were not verified as required under FRCP 33(b)(3). True and correct copies of the answers to Verizon's Interrogatories submitted by Roland Mendiola and Larry Charfaurous are attached hereto as Exhibit B.

8.     Additionally, Plaintiffs answered Verizon's Interrogatory No. 25 by way of objection. True and correct copies of Verizon's Interrogatory No. 25, and Plaintiffs' answers, are attached hereto as Exhibit C. Verizon's Interrogatory No. 25 sought information related to Plaintiffs' medical and/or mental health treatment. Plaintiffs objected to Interrogatory No. 25 on the grounds that the interrogatory "is overly broad as it seeks information not relevant to Plaintiff's Title VII claims since it is not limited to the relevant time frame set forth in the Second Amended Complaint and is not limited to injuries suffered as a result of the discrimination, harassment, hostile work environment, retaliation, and other unlawful practices suffered by Plaintiff," and that the "information also is protected by the physician-patient privilege." Ex. C.

9. In their Disclosure of Plaintiffs Experts, the Plaintiffs designated Dr. Claire Ashe as an expert in the area of the area of mental and emotional health injury.

10. On December 10, 2007, Verizon's mainland counsel Attorney Brian Lambert, of the law firm Jones Day, wrote to Plaintiffs' counsel in order to attempt to receive verifications of the answers to Verizon's Interrogatories by Plaintiffs Roland Mendiola and Larry Charfarous, further responses to Verizon's Request for Production Nos. 28 through 32, and answers to Verzon's Interrogatory No. 25. In the letter, Attorney Lambert requested that Plaintiffs identify the "privilege" relied upon in their objections to Request Nos. 29, 31 and 32. Also, in an effort to facilitate discovery of the documents covered under Request No. 32 which Plaintiffs claimed was overly broad in temporal and geographic scope, Attorney Lambert, in his letter, informed Plaintiffs, through their counsel, of Verizon's willingness to limit the request to bankruptcy filings since 2004.

11. Plaintiffs' counsel did not respond to Attorney Lambert's letter.

12. I made several follow-up phone calls to Plaintiffs' counsel Delia Lujan requesting the documents and the answers to Verizon's interrogatories on the grounds stated in Verizon's December 10, 2007 letter. I spoke with Attorney Lujan multiple times over the last few months, but she maintained that the discovery requested was privileged and in some cases irrelevant.

13. To date, despite Verizon's efforts, through counsel, Plaintiffs Roland Mendiola and Larry Charfarous have failed to verify their answers to Verizon's Interrogatories, all Plaintiffs have failed to produce the employment, medical documents, financial and bankruptcy document requested in Verizon's Request Nos. 28 through 32 that are vital to Verizon's preparation of its defense of this case, and all Plaintiffs have failed to answer Interrogatory No. 25 regarding Plaintiffs' medical and/or mental health treatment which is vital to Verizon's preparation of its

defense of this case. To date, Plaintiffs have not identified any privilege which would protect against the disclosure of the requested financial and employment information.

14.     I have transmitted a proposed Protective Order to Plaintiffs' counsel, which would protect the confidentiality of sensitive documents produced in this case, including documents containing the Plaintiffs' sensitive information. To date, Plaintiffs have refused to execute a Protective Order or suggest changes to the Protective Order proposed by Verizon.

I declare under penalty of perjury under the laws of Guam (6 G.C.A. Section 4308) that the foregoing is true and correct.

Dated, this _9_ day of March, 2008.


G. PATRICK CIVILLE

# EXHIBIT A

1 **CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
2 HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
3 FACSIMILE: (671) 477-2511

4 **JONES DAY**
2727 NORTH HARWOOD STREET
5 DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
6 FACSIMILE: (671) 969-5100

7 *Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
8 *Verizon Business Network Services, Inc.*

9

10                    IN THE UNITED STATES DISTRICT COURT OF GUAM

11

12 HENRY G. VAN METER, JERRY          ) CIVIL CASE NO. 05-00037
    APODACA, JR., JOSEPH J.           )
13 HERNANDEZ, JOSEPH T. MENDIOLA,     )
    LARRY L. CHARFAUROS, ANTHONY      )
14 C. ARRIOLA, ROBERT B. CRUZ,        )
    ROLAND F. MENDIOLA, JAMES S.      )
15 YEE, TEDDY B. CRUZ, JESSE B. CRUZ, )
    JOHN L.G. NAUTA, and JOHN P.      )
16 BABAUTA,                           ) **DEFENDANT VERIZON'S REQUESTS**
                                       ) **FOR PRODUCTION OF DOCUMENTS**
17              Plaintiffs,            ) **TO PLAINTIFF JERRY T. APODACA,**
                                       ) **JR.**
18      vs.                            )
                                       )
19 CALPAC, DYNAMIC TECHNICAL          )
    SERVICES, VERIZON BUSINESS        )
20 PURCHASING, LLC, VERIZON           )
    BUSINESS NETWORK SERVICES, INC.,  )
21 JOHN HEALY, DENNIS CLARK,          )
    WILLIAM WARD, JAI JAMES, and      )
22                                     )
    DOES 1 through 10,                )
23                                     )
              Defendants.             )
24 ─────────────────────────────────── )

25

26

27                              ORIGINAL

28

DLI-6146115v1                            1

1   **REQUEST NO. 28:** All documents that refer or relate to your efforts to secure employment,

2   including independent contracting and self-employment, since you ceased performing work on

3   the Guam International Ring Project, including, but not limited to:

4            (i)     All memoranda, notes, correspondence, resumes or applications (prepared

5                    by you or on your behalf), or other documents mailed or otherwise

6                    transmitted by you to potential employers, customers, or clients;

7            (ii)    All memoranda, notes, correspondence, or other documents received from

8                    potential employers, customers, or clients;

9            (iii)   All documents relating to or identifying the persons who were involved in

10                   or who have assisted you in your efforts to secure employment, including

11                   independent contracting and self-employment; and

12            (iv)   All documents relating to any offers or negotiations regarding employment,

13                   including independent contracting and self-employment.

14   **RESPONSE:**

15

16   **REQUEST NO. 29:** All documents that refer or relate to any employment, including

17   independent contracting and self-employment, you have had since you ceased performing work

18   on the Guam International Ring Project, including, but not limited to, documents relating to:

19            (i)     Your compensation;

20            (ii)    Hours worked per week;

21            (iii)   Your date of hire;

22            (iv)   The duration of employment, independent contracting, or self-employment;

23            (v)    The nature of your duties and responsibilities, including formal or informal

24                   job descriptions;

25            (vi)   Any oral or written employment contract or agreement;

26            (vii)  Any offer letter(s);

27            (viii) Any promises or representations made to you concerning your duties,

28                   salary, benefits, length of service, or other aspects of your employment;

DLI-6146115v1

11

| | | |
|---|---|---|
| 1 | (ix) | Any bonus, incentive, or similar compensation plan; |
| 2 | (x) | Any fringe benefit programs in which you participated or which were |
| 3 | | available to you, including, but not limited to, health insurance, disability |
| 4 | | pay, life and accident insurance, pension, profit-sharing, savings, deferred |
| 5 | | compensation, stock options, or any other benefits; |
| 6 | (xi) | Any discipline, write-ups, or warnings received; and |
| 7 | (xii) | The termination of any such employment, independent contracting, or self- |
| 8 | | employment. |

9    **RESPONSE:**

10

11    **REQUEST NO. 30:** All documents, including medical and/or mental health records, that

12 identify or otherwise refer or relate to the alleged injuries sustained as a result of the incidents

13 which you allege in Plaintiffs' Complaint. *[A medical records authorization and psychotherapy*

14 *notes authorization are being served simultaneously with these requests. Please make additional*

15 *copies of these forms as needed, complete one form for each medical provider seen for the*

16 *injuries associated with the allegations in this lawsuit, and return all forms with your responses*

17 *to these requests.]*

18    **RESPONSE:**

19

20    **REQUEST NO. 31:** Copies of your income tax returns, including all schedules and attachments

21 thereto, and all Internal Revenue Service W-2 and 1099 forms, from tax years 2004 forward.

22    **RESPONSE:**

23

24    **REQUEST NO. 32:** All documents relating to any bankruptcy filing that you have made or to

25 which you were a party.

26    **RESPONSE:**

27

28

DLI-6146115v1

12

1    **REQUEST NO. 33:**  All non-privileged documents relating to any lawsuits (other than this one)

2    to which you are or were a party.

3    **RESPONSE:**

4

5    **REQUEST NO. 34:**  All documents that refer or relate to your criminal convictions, if any.

6    **RESPONSE:**

7

8

9             DATED at Hagåtña, Guam, on October 10, 2007.

10

11                                         **CIVILLE & TANG, PLLC**

                                           **JONES DAY**

12

13

                                    By: _____

14                                         **G. PATRICK CIVILLE**

15                                         *Attorneys for Defendants*
                                           *Verizon Business Purchasing, LLC and*
16                                         *Verizon Business Network Services, Inc.*

17

18

19

20

21

22

23

24

25

26

27

28

**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>　　　　　Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br>**DEFENDANT VERIZON'S REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF ANTHONY C. ARRIOLA** |

# ORIGINAL

DLI-6146137v1

1

**REQUEST NO. 28:** All documents that refer or relate to your efforts to secure employment, including independent contracting and self-employment, since you ceased performing work on the Guam International Ring Project, including, but not limited to:

      (i)    All memoranda, notes, correspondence, resumes or applications (prepared by you or on your behalf), or other documents mailed or otherwise transmitted by you to potential employers, customers, or clients;

      (ii)   All memoranda, notes, correspondence, or other documents received from potential employers, customers, or clients;

      (iii)  All documents relating to or identifying the persons who were involved in or who have assisted you in your efforts to secure employment, including independent contracting and self-employment; and

      (iv)  All documents relating to any offers or negotiations regarding employment, including independent contracting and self-employment.

**RESPONSE:**

**REQUEST NO. 29:** All documents that refer or relate to any employment, including independent contracting and self-employment, you have had since you ceased performing work on the Guam International Ring Project, including, but not limited to, documents relating to:

      (i)    Your compensation;

      (ii)   Hours worked per week;

      (iii)  Your date of hire;

      (iv)  The duration of employment, independent contracting, or self-employment;

      (v)   The nature of your duties and responsibilities, including formal or informal job descriptions;

      (vi)  Any oral or written employment contract or agreement;

      (vii)  Any offer letter(s);

      (viii) Any promises or representations made to you concerning your duties, salary, benefits, length of service, or other aspects of your employment;

DLI-6146137v1

11

| | | |
|---|---|---|
| 1 | (ix) | Any bonus, incentive, or similar compensation plan; |
| 2 | (x) | Any fringe benefit programs in which you participated or which were |
| 3 | | available to you, including, but not limited to, health insurance, disability |
| 4 | | pay, life and accident insurance, pension, profit-sharing, savings, deferred |
| 5 | | compensation, stock options, or any other benefits; |
| 6 | (xi) | Any discipline, write-ups, or warnings received; and |
| 7 | (xii) | The termination of any such employment, independent contracting, or self- |
| 8 | | employment. |

9  **RESPONSE:**

10

11  **REQUEST NO. 30:** All documents, including medical and/or mental health records, that

12  identify or otherwise refer or relate to the alleged injuries sustained as a result of the incidents

13  which you allege in Plaintiffs' Complaint. *[A medical records authorization and psychotherapy*

14  *notes authorization are being served simultaneously with these requests. Please make additional*

15  *copies of these forms as needed, complete one form for each medical provider seen for the*

16  *injuries associated with the allegations in this lawsuit, and return all forms with your responses*

17  *to these requests.]*

18  **RESPONSE:**

19

20  **REQUEST NO. 31:** Copies of your income tax returns, including all schedules and attachments

21  thereto, and all Internal Revenue Service W-2 and 1099 forms, from tax years 2004 forward.

22  **RESPONSE:**

23

24  **REQUEST NO. 32:** All documents relating to any bankruptcy filing that you have made or to

25  which you were a party.

26  **RESPONSE:**

27

28

DLI-6146137v1

12

DEFENDANT VERIZON'S REQUESTS FOR PRODUCTION OF DOCUMENTS
TO PLAINTIFF ANTHONY C. ARRIOLA
Case 1:05-cv-00037    Document 550    Filed 03/19/2008    Page 13 of 30

1   **REQUEST NO. 33:** All non-privileged documents relating to any lawsuits (other than this one)

2   to which you are or were a party.

3   **RESPONSE:**

4

5   **REQUEST NO. 34:** All documents that refer or relate to your criminal convictions, if any.

6   **RESPONSE:**

7

8

9           DATED at Hagåtña, Guam, on October 10, 2007.

10

11                             **CIVILLE & TANG, PLLC**

                            **JONES DAY**

12

13

                           By: _____

14                               **G. PATRICK CIVILLE**

15                               *Attorneys for Defendants*

                              *Verizon Business Purchasing, LLC and*

16                               *Verizon Business Network Services, Inc.*

17

18

19

20

21

22

23

24

25

26

27

28

DLI-6146137v1

**DEFENDANT VERIZON'S REQUESTS FOR PRODUCTION OF DOCUMENTS**
**TO PLAINTIFF ANTHONY C. ARRIOLA**

**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>**DEFENDANT VERIZON'S REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF JOHN P. BABAUTA** |

# ORIGINAL

DLI-6146167v1

1

1   **REQUEST NO. 28:** All documents that refer or relate to your efforts to secure employment,

2   including independent contracting and self-employment, since you ceased performing work on

3   the Guam International Ring Project, including, but not limited to:

4                 (i)     All memoranda, notes, correspondence, resumes or applications (prepared

5                           by you or on your behalf), or other documents mailed or otherwise

6                           transmitted by you to potential employers, customers, or clients;

7                 (ii)    All memoranda, notes, correspondence, or other documents received from

8                           potential employers, customers, or clients;

9                 (iii)   All documents relating to or identifying the persons who were involved in

10                           or who have assisted you in your efforts to secure employment, including

11                           independent contracting and self-employment; and

12                 (iv)   All documents relating to any offers or negotiations regarding employment,

13                           including independent contracting and self-employment.

14   **RESPONSE:**

15

16   **REQUEST NO. 29:** All documents that refer or relate to any employment, including

17   independent contracting and self-employment, you have had since you ceased performing work

18   on the Guam International Ring Project, including, but not limited to, documents relating to:

19                 (i)     Your compensation;

20                 (ii)    Hours worked per week;

21                 (iii)   Your date of hire;

22                 (iv)   The duration of employment, independent contracting, or self-employment;

23                 (v)    The nature of your duties and responsibilities, including formal or informal

24                           job descriptions;

25                 (vi)   Any oral or written employment contract or agreement;

26                 (vii)  Any offer letter(s);

27                 (viii) Any promises or representations made to you concerning your duties,

28                           salary, benefits, length of service, or other aspects of your employment;

DLI-6146167v1

11

| | | | |
|---|---|---|---|
| 1 | | (ix) | Any bonus, incentive, or similar compensation plan; |
| 2 | | (x) | Any fringe benefit programs in which you participated or which were |
| 3 | | | available to you, including, but not limited to, health insurance, disability |
| 4 | | | pay, life and accident insurance, pension, profit-sharing, savings, deferred |
| 5 | | | compensation, stock options, or any other benefits; |
| 6 | | (xi) | Any discipline, write-ups, or warnings received; and |
| 7 | | (xii) | The termination of any such employment, independent contracting, or self- |
| 8 | | | employment. |

9    **RESPONSE:**

10

11    **REQUEST NO. 30:** All documents, including medical and/or mental health records, that

12    identify or otherwise refer or relate to the alleged injuries sustained as a result of the incidents

13    which you allege in Plaintiffs' Complaint. *[A medical records authorization and psychotherapy*

14    *notes authorization are being served simultaneously with these requests. Please make additional*

15    *copies of these forms as needed, complete one form for each medical provider seen for the*

16    *injuries associated with the allegations in this lawsuit, and return all forms with your responses*

17    *to these requests.]*

18    **RESPONSE:**

19

20    **REQUEST NO. 31:** Copies of your income tax returns, including all schedules and attachments

21    thereto, and all Internal Revenue Service W-2 and 1099 forms, from tax years 2004 forward.

22    **RESPONSE:**

23

24    **REQUEST NO. 32:** All documents relating to any bankruptcy filing that you have made or to

25    which you were a party.

26    **RESPONSE:**

27

28

DLI-6146167v1             12

1    **REQUEST NO. 33:** All non-privileged documents relating to any lawsuits (other than this one)

2    to which you are or were a party.

3    **RESPONSE:**

4

5    **REQUEST NO. 34:** All documents that refer or relate to your criminal convictions, if any.

6    **RESPONSE:**

7

8

9            DATED at Hagåtña, Guam, on October 10, 2007.

10

11                                            **CIVILLE & TANG, PLLC**

                                             **JONES DAY**

12

13                                    By: _____

14                                         **G. PATRICK CIVILLE**
                                           *Attorneys for Defendants*
15                                         *Verizon Business Purchasing, LLC and*
                                           *Verizon Business Network Services, Inc.*
16

17

18

19

20

21

22

23

24

25

26

27

28

**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*

IN THE UNITED STATES DISTRICT COURT OF GUAM

HENRY G. VAN METER, JERRY
APODACA, JR., JOSEPH J.
HERNANDEZ, JOSEPH T. MENDIOLA,
LARRY L. CHARFAUROS, ANTHONY
C. ARRIOLA, ROBERT B. CRUZ,
ROLAND F. MENDIOLA, JAMES S.
YEE, TEDDY B. CRUZ, JESSE B. CRUZ,
JOHN L.G. NAUTA, and JOHN P.
BABAUTA,

        Plaintiffs,

        vs.

CALPAC, DYNAMIC TECHNICAL
SERVICES, VERIZON BUSINESS
PURCHASING, LLC, VERIZON
BUSINESS NETWORK SERVICES, INC.,
JOHN HEALY, DENNIS CLARK,
WILLIAM WARD, JAI JAMES, and
DOES 1 through 10,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL CASE NO. 05-00037

**DEFENDANT VERIZON'S REQUESTS FOR
PRODUCTION OF DOCUMENTS TO
PLAINTIFF LARRY L. CHARFAUROS**

# ORIGINAL

DLI-6146124v1

1

**REQUEST NO. 28:** All documents that refer or relate to your efforts to secure employment, including independent contracting and self-employment, since you ceased performing work on the Guam International Ring Project, including, but not limited to:

        (i)    All memoranda, notes, correspondence, resumes or applications (prepared by you or on your behalf), or other documents mailed or otherwise transmitted by you to potential employers, customers, or clients;

        (ii)   All memoranda, notes, correspondence, or other documents received from potential employers, customers, or clients;

        (iii)  All documents relating to or identifying the persons who were involved in or who have assisted you in your efforts to secure employment, including independent contracting and self-employment; and

        (iv)  All documents relating to any offers or negotiations regarding employment, including independent contracting and self-employment.

**RESPONSE:**

**REQUEST NO. 29:** All documents that refer or relate to any employment, including independent contracting and self-employment, you have had since you ceased performing work on the Guam International Ring Project, including, but not limited to, documents relating to:

        (i)    Your compensation;

        (ii)   Hours worked per week;

        (iii)  Your date of hire;

        (iv)  The duration of employment, independent contracting, or self-employment;

        (v)   The nature of your duties and responsibilities, including formal or informal job descriptions;

        (vi)  Any oral or written employment contract or agreement;

        (vii)  Any offer letter(s);

        (viii) Any promises or representations made to you concerning your duties, salary, benefits, length of service, or other aspects of your employment;

DLI-6146124v1

11

| | | |
|---|---|---|
| 1 | (ix) | Any bonus, incentive, or similar compensation plan; |
| 2 | (x) | Any fringe benefit programs in which you participated or which were |
| 3 | | available to you, including, but not limited to, health insurance, disability |
| 4 | | pay, life and accident insurance, pension, profit-sharing, savings, deferred |
| 5 | | compensation, stock options, or any other benefits; |
| 6 | (xi) | Any discipline, write-ups, or warnings received; and |
| 7 | (xii) | The termination of any such employment, independent contracting, or self- |
| 8 | | employment. |

9 **RESPONSE:**

10

11 **REQUEST NO. 30:** All documents, including medical and/or mental health records, that

12 identify or otherwise refer or relate to the alleged injuries sustained as a result of the incidents

13 which you allege in Plaintiffs' Complaint. *[A medical records authorization and psychotherapy*

14 *notes authorization are being served simultaneously with these requests. Please make additional*

15 *copies of these forms as needed, complete one form for each medical provider seen for the*

16 *injuries associated with the allegations in this lawsuit, and return all forms with your responses*

17 *to these requests.]*

18 **RESPONSE:**

19

20 **REQUEST NO. 31:** Copies of your income tax returns, including all schedules and attachments

21 thereto, and all Internal Revenue Service W-2 and 1099 forms, from tax years 2004 forward.

22 **RESPONSE:**

23

24 **REQUEST NO. 32:** All documents relating to any bankruptcy filing that you have made or to

25 which you were a party.

26 **RESPONSE:**

27

28

DLI-6146124v1

12

1   **REQUEST NO. 33:** All non-privileged documents relating to any lawsuits (other than this one)

2   to which you are or were a party.

3   **RESPONSE:**

4

5   **REQUEST NO. 34:** All documents that refer or relate to your criminal convictions, if any.

6   **RESPONSE:**

7

8

9          DATED at Hagåtña, Guam, on October 10, 2007.

10

11                                             **CIVILLE & TANG, PLLC**

12                                             **JONES DAY**

13                                      By: _____

14                                             **G. PATRICK CIVILLE**
                                               *Attorneys for Defendants*
15                                             *Verizon Business Purchasing, LLC and*
                                               *Verizon Business Network Services, Inc.*
16

17

18

19

20

21

22

23

24

25

26

27

28

---

DLI-6146124v1                          13

1  **CIVILLE & TANG, PLLC**
   330 HERNAN CORTEZ AVENUE, SUITE 200
2  HAGÅTÑA, GUAM 96910
   TELEPHONE: (671) 472-8869/69
3  FACSIMILE: (671) 477-2511

4  **JONES DAY**
   2727 NORTH HARWOOD STREET
5  DALLAS, TEXAS 75201-1515
   TELEPHONE: (214) 220-3939
6  FACSIMILE: (671) 969-5100

7  *Attorneys for Defendants*
   *Verizon Business Purchasing, LLC and*
8  *Verizon Business Network Services, Inc.*

9

10                IN THE UNITED STATES DISTRICT COURT OF GUAM

11

12 HENRY G. VAN METER, JERRY        ) CIVIL CASE NO. 05-00037
   APODACA, JR., JOSEPH J.          )
13 HERNANDEZ, JOSEPH T. MENDIOLA,   )
   LARRY L. CHARFAUROS, ANTHONY     )
14 C. ARRIOLA, ROBERT B. CRUZ,      )
   ROLAND F. MENDIOLA, JAMES S.     )
15 YEE, TEDDY B. CRUZ, JESSE B. CRUZ,)
   JOHN L.G. NAUTA, and JOHN P.     )
16 BABAUTA,                         ) **DEFENDANT VERIZON'S REQUESTS**
                                    ) **FOR PRODUCTION OF DOCUMENTS**
17            Plaintiffs,           ) **TO PLAINTIFF TEDDY B. CRUZ**
                                    )
18     vs.                          )
                                    )
19 CALPAC, DYNAMIC TECHNICAL        )
   SERVICES, VERIZON BUSINESS       )
20 PURCHASING, LLC, VERIZON         )
   BUSINESS NETWORK SERVICES, INC., )
21 JOHN HEALY, DENNIS CLARK,        )
   WILLIAM WARD, JAI JAMES, and     )
22 DOES 1 through 10,               )
                                    )
23            Defendants.           )
   _____ )

24

25

26                      ORIGINAL

27

28
   DLI-6146157v1                         1
   _____
   **DEFENDANT VERIZON'S REQUESTS FOR PRODUCTION OF DOCUMENTS**
   **TO PLAINTIFF TEDDY B. CRUZ**

1    **REQUEST NO. 28:** All documents that refer or relate to your efforts to secure employment,

2 including independent contracting and self-employment, since you ceased performing work on

3 the Guam International Ring Project, including, but not limited to:

4           (i)     All memoranda, notes, correspondence, resumes or applications (prepared

5                by you or on your behalf), or other documents mailed or otherwise

6                transmitted by you to potential employers, customers, or clients;

7           (ii)    All memoranda, notes, correspondence, or other documents received from

8                potential employers, customers, or clients;

9           (iii)   All documents relating to or identifying the persons who were involved in

10               or who have assisted you in your efforts to secure employment, including

11               independent contracting and self-employment; and

12           (iv)   All documents relating to any offers or negotiations regarding employment,

13               including independent contracting and self-employment.

14    **RESPONSE:**

15

16    **REQUEST NO. 29:** All documents that refer or relate to any employment, including

17 independent contracting and self-employment, you have had since you ceased performing work

18 on the Guam International Ring Project, including, but not limited to, documents relating to:

19           (i)     Your compensation;

20           (ii)    Hours worked per week;

21           (iii)   Your date of hire;

22           (iv)   The duration of employment, independent contracting, or self-employment;

23           (v)    The nature of your duties and responsibilities, including formal or informal

24               job descriptions;

25           (vi)   Any oral or written employment contract or agreement;

26           (vii)   Any offer letter(s);

27           (viii)  Any promises or representations made to you concerning your duties,

28               salary, benefits, length of service, or other aspects of your employment;

DLI-6146157v1

11

| 1 | | (ix) | Any bonus, incentive, or similar compensation plan; |
| 2 | | (x) | Any fringe benefit programs in which you participated or which were |

1           (ix)    Any bonus, incentive, or similar compensation plan;

2           (x)      Any fringe benefit programs in which you participated or which were

3                    available to you, including, but not limited to, health insurance, disability

4                    pay, life and accident insurance, pension, profit-sharing, savings, deferred

5                    compensation, stock options, or any other benefits;

6           (xi)    Any discipline, write-ups, or warnings received; and

7           (xii)   The termination of any such employment, independent contracting, or self-

8                    employment.

9 **RESPONSE:**

10

11 **REQUEST NO. 30:** All documents, including medical and/or mental health records, that

12 identify or otherwise refer or relate to the alleged injuries sustained as a result of the incidents

13 which you allege in Plaintiffs' Complaint. *[A medical records authorization and psychotherapy*

14 *notes authorization are being served simultaneously with these requests. Please make additional*

15 *copies of these forms as needed, complete one form for each medical provider seen for the*

16 *injuries associated with the allegations in this lawsuit, and return all forms with your responses*

17 *to these requests.]*

18 **RESPONSE:**

19

20 **REQUEST NO. 31:** Copies of your income tax returns, including all schedules and attachments

21 thereto, and all Internal Revenue Service W-2 and 1099 forms, from tax years 2004 forward.

22 **RESPONSE:**

23

24 **REQUEST NO. 32:** All documents relating to any bankruptcy filing that you have made or to

25 which you were a party.

26 **RESPONSE:**

27

28

DLI-6146157v1

12

1    **REQUEST NO. 33:** All non-privileged documents relating to any lawsuits (other than this one)

2    to which you are or were a party.

3    **RESPONSE:**

4

5    **REQUEST NO. 34:** All documents that refer or relate to your criminal convictions, if any.

6    **RESPONSE:**

7

8

9        DATED at Hagåtña, Guam, on October 10, 2007.

10

11                                            **CIVILLE & TANG, PLLC**

11                                            **JONES DAY**

12

13                                    By: _____

14                                            **G. PATRICK CIVILLE**
                                             *Attorneys for Defendants*
15                                           *Verizon Business Purchasing, LLC and*
                                             *Verizon Business Network Services, Inc.*
16

17

18

19

20

21

22

23

24

25

26

27

28

DLI-6146157v1                              13

**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br> **DEFENDANT VERIZON'S REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF JESSE B. CRUZ** |

ORIGINAL

DLI-6146163v1

1

1 **REQUEST NO. 28:** All documents that refer or relate to your efforts to secure employment,

2 including independent contracting and self-employment, since you ceased performing work on

3 the Guam International Ring Project, including, but not limited to:

4         (i)     All memoranda, notes, correspondence, resumes or applications (prepared

5              by you or on your behalf), or other documents mailed or otherwise

6              transmitted by you to potential employers, customers, or clients;

7         (ii)    All memoranda, notes, correspondence, or other documents received from

8              potential employers, customers, or clients;

9         (iii)   All documents relating to or identifying the persons who were involved in

10             or who have assisted you in your efforts to secure employment, including

11             independent contracting and self-employment; and

12         (iv)   All documents relating to any offers or negotiations regarding employment,

13             including independent contracting and self-employment.

14 **RESPONSE:**

15

16 **REQUEST NO. 29:** All documents that refer or relate to any employment, including

17 independent contracting and self-employment, you have had since you ceased performing work

18 on the Guam International Ring Project, including, but not limited to, documents relating to:

19         (i)     Your compensation;

20         (ii)    Hours worked per week;

21         (iii)   Your date of hire;

22         (iv)   The duration of employment, independent contracting, or self-employment;

23         (v)     The nature of your duties and responsibilities, including formal or informal

24             job descriptions;

25         (vi)   Any oral or written employment contract or agreement;

26         (vii)  Any offer letter(s);

27         (viii)  Any promises or representations made to you concerning your duties,

28             salary, benefits, length of service, or other aspects of your employment;

DLI-6146163v1

11

| | |
|---|---|
| 1 | (ix)  Any bonus, incentive, or similar compensation plan; |
| 2 | (x)  Any fringe benefit programs in which you participated or which were |
| 3 | available to you, including, but not limited to, health insurance, disability |
| 4 | pay, life and accident insurance, pension, profit-sharing, savings, deferred |
| 5 | compensation, stock options, or any other benefits; |
| 6 | (xi)  Any discipline, write-ups, or warnings received; and |
| 7 | (xii)  The termination of any such employment, independent contracting, or self- |
| 8 | employment. |

**RESPONSE:**

**REQUEST NO. 30:** All documents, including medical and/or mental health records, that identify or otherwise refer or relate to the alleged injuries sustained as a result of the incidents which you allege in Plaintiffs' Complaint. *[A medical records authorization and psychotherapy notes authorization are being served simultaneously with these requests. Please make additional copies of these forms as needed, complete one form for each medical provider seen for the injuries associated with the allegations in this lawsuit, and return all forms with your responses to these requests.]*

**RESPONSE:**

**REQUEST NO. 31:** Copies of your income tax returns, including all schedules and attachments thereto, and all Internal Revenue Service W-2 and 1099 forms, from tax years 2004 forward.

**RESPONSE:**

**REQUEST NO. 32:** All documents relating to any bankruptcy filing that you have made or to which you were a party.

**RESPONSE:**

DLI-6146163v1

12

1 | **REQUEST NO. 33:** All non-privileged documents relating to any lawsuits (other than this one)

2 | to which you are or were a party.

3 | **RESPONSE:**

4 |

5 | **REQUEST NO. 34:** All documents that refer or relate to your criminal convictions, if any.

6 | **RESPONSE:**

7 |

8 |

9 | DATED at Hagåtña, Guam, on October 10, 2007.

10 |

11 | CIVILLE & TANG, PLLC

12 | JONES DAY

13 |

14 | By: _____
G. PATRICK CIVILLE

15 | *Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*