**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>              Plaintiffs,<br><br>    vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>              Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br><br><br><br><br>**DEFENDANT VERIZON'S REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF ROBERT B. CRUZ** |

ORIGINAL

DLI-6146148v1

1

1   **REQUEST NO. 28:** All documents that refer or relate to your efforts to secure employment,

2   including independent contracting and self-employment, since you ceased performing work on

3   the Guam International Ring Project, including, but not limited to:

4          (i)   All memoranda, notes, correspondence, resumes or applications (prepared

5                by you or on your behalf), or other documents mailed or otherwise

6                transmitted by you to potential employers, customers, or clients;

7          (ii)   All memoranda, notes, correspondence, or other documents received from

8                potential employers, customers, or clients;

9          (iii)   All documents relating to or identifying the persons who were involved in

10               or who have assisted you in your efforts to secure employment, including

11               independent contracting and self-employment; and

12          (iv)   All documents relating to any offers or negotiations regarding employment,

13               including independent contracting and self-employment.

14   **RESPONSE:**

15

16   **REQUEST NO. 29:** All documents that refer or relate to any employment, including

17   independent contracting and self-employment, you have had since you ceased performing work

18   on the Guam International Ring Project, including, but not limited to, documents relating to:

19          (i)   Your compensation;

20          (ii)   Hours worked per week;

21          (iii)   Your date of hire;

22          (iv)   The duration of employment, independent contracting, or self-employment;

23          (v)   The nature of your duties and responsibilities, including formal or informal

24               job descriptions;

25          (vi)   Any oral or written employment contract or agreement;

26          (vii)   Any offer letter(s);

27          (viii)   Any promises or representations made to you concerning your duties,

28               salary, benefits, length of service, or other aspects of your employment;

| 1 | | (ix) | Any bonus, incentive, or similar compensation plan; |
|---|---|---|---|

1          (ix)    Any bonus, incentive, or similar compensation plan;

2          (x)     Any fringe benefit programs in which you participated or which were

3                 available to you, including, but not limited to, health insurance, disability

4                 pay, life and accident insurance, pension, profit-sharing, savings, deferred

5                 compensation, stock options, or any other benefits;

6          (xi)     Any discipline, write-ups, or warnings received; and

7          (xii)    The termination of any such employment, independent contracting, or self-

8                 employment.

9   **RESPONSE:**

10

11   **REQUEST NO. 30:** All documents, including medical and/or mental health records, that

12   identify or otherwise refer or relate to the alleged injuries sustained as a result of the incidents

13   which you allege in Plaintiffs' Complaint. *[A medical records authorization and psychotherapy*

14   *notes authorization are being served simultaneously with these requests. Please make additional*

15   *copies of these forms as needed, complete one form for each medical provider seen for the*

16   *injuries associated with the allegations in this lawsuit, and return all forms with your responses*

17   *to these requests.]*

18   **RESPONSE:**

19

20   **REQUEST NO. 31:** Copies of your income tax returns, including all schedules and attachments

21   thereto, and all Internal Revenue Service W-2 and 1099 forms, from tax years 2004 forward.

22   **RESPONSE:**

23

24   **REQUEST NO. 32:** All documents relating to any bankruptcy filing that you have made or to

25   which you were a party.

26   **RESPONSE:**

27

28

DLI-6146148v1

DEFENDANT VERIZON'S REQUESTS FOR PRODUCTION OF DOCUMENTS
TO PLAINTIFF ROBERT B. CRUZ

1  **REQUEST NO. 33:** All non-privileged documents relating to any lawsuits (other than this one)
2  to which you are or were a party.
3  **RESPONSE:**
4
5  **REQUEST NO. 34:** All documents that refer or relate to your criminal convictions, if any.
6  **RESPONSE:**
7
8      DATED at Hagåtña, Guam, on October 10, 2007.
9
10                                         **CIVILLE & TANG, PLLC**
11                                         **JONES DAY**
12
13                                         By: _____
                                               **G. PATRICK CIVILLE**
14                                             *Attorneys for Defendants*
                                               *Verizon Business Purchasing, LLC and*
15                                             *Verizon Business Network Services, Inc.*
16
17
18
19
20
21
22
23
24
25
26
27
28

**DEFENDANT VERIZON'S REQUESTS FOR PRODUCTION OF DOCUMENTS**
**TO PLAINTIFF ROBERT B. CRUZ**

**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br><br><br><br><br> **DEFENDANT VERIZON'S REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF JOSEPH J. HERNANDEZ** |

# ORIGINAL

DLI-6146117v1

1

**REQUEST NO. 28:** All documents that refer or relate to your efforts to secure employment, including independent contracting and self-employment, since you ceased performing work on the Guam International Ring Project, including, but not limited to:

  (i)   All memoranda, notes, correspondence, resumes or applications (prepared by you or on your behalf), or other documents mailed or otherwise transmitted by you to potential employers, customers, or clients;

  (ii)  All memoranda, notes, correspondence, or other documents received from potential employers, customers, or clients;

  (iii) All documents relating to or identifying the persons who were involved in or who have assisted you in your efforts to secure employment, including independent contracting and self-employment; and

  (iv)  All documents relating to any offers or negotiations regarding employment, including independent contracting and self-employment.

**RESPONSE:**


**REQUEST NO. 29:** All documents that refer or relate to any employment, including independent contracting and self-employment, you have had since you ceased performing work on the Guam International Ring Project, including, but not limited to, documents relating to:

  (i)    Your compensation;

  (ii)   Hours worked per week;

  (iii)  Your date of hire;

  (iv)   The duration of employment, independent contracting, or self-employment;

  (v)    The nature of your duties and responsibilities, including formal or informal job descriptions;

  (vi)   Any oral or written employment contract or agreement;

  (vii)  Any offer letter(s);

  (viii) Any promises or representations made to you concerning your duties, salary, benefits, length of service, or other aspects of your employment;

DLI-6146117v1

11

| | (ix) | Any bonus, incentive, or similar compensation plan; |
| | (x) | Any fringe benefit programs in which you participated or which were available to you, including, but not limited to, health insurance, disability pay, life and accident insurance, pension, profit-sharing, savings, deferred compensation, stock options, or any other benefits; |
| | (xi) | Any discipline, write-ups, or warnings received; and |
| | (xii) | The termination of any such employment, independent contracting, or self-employment. |

**RESPONSE:**

**REQUEST NO. 30:** All documents, including medical and/or mental health records, that identify or otherwise refer or relate to the alleged injuries sustained as a result of the incidents which you allege in Plaintiffs' Complaint. *[A medical records authorization and psychotherapy notes authorization are being served simultaneously with these requests. Please make additional copies of these forms as needed, complete one form for each medical provider seen for the injuries associated with the allegations in this lawsuit, and return all forms with your responses to these requests.]*

**RESPONSE:**

**REQUEST NO. 31:** Copies of your income tax returns, including all schedules and attachments thereto, and all Internal Revenue Service W-2 and 1099 forms, from tax years 2004 forward.

**RESPONSE:**

**REQUEST NO. 32:** All documents relating to any bankruptcy filing that you have made or to which you were a party.

**RESPONSE:**

DLI-614611 7v1

12

DEFENDANT VERIZON'S REQUESTS FOR PRODUCTION OF DOCUMENTS
TO PLAINTIFF JOSEPH J. HERNANDEZ
Case 1:05-cv-00037    Document 550-2    Filed 03/19/2008    Page 7 of 34

1  **REQUEST NO. 33:**  All non-privileged documents relating to any lawsuits (other than this one)

2  to which you are or were a party.

3  **RESPONSE:**

4

5  **REQUEST NO. 34:**  All documents that refer or relate to your criminal convictions, if any.

6  **RESPONSE:**

7

8

9      DATED at Hagåtña, Guam, on October 10, 2007.

10

11                                      **CIVILLE & TANG, PLLC**

12                                      **JONES DAY**

13

14      By: _G. Patrick Civille_
                                        **G. PATRICK CIVILLE**
15                                      *Attorneys for Defendants*
                                        *Verizon Business Purchasing, LLC and*
16                                      *Verizon Business Network Services, Inc.*

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT VERIZON'S REQUESTS FOR PRODUCTION OF DOCUMENTS**
**TO PLAINTIFF JOSEPH J. HERNANDEZ**

**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*

IN THE UNITED STATES DISTRICT COURT OF GUAM

HENRY G. VAN METER, JERRY
APODACA, JR., JOSEPH J.
HERNANDEZ, JOSEPH T. MENDIOLA,
LARRY L. CHARFAUROS, ANTHONY
C. ARRIOLA, ROBERT B. CRUZ,
ROLAND F. MENDIOLA, JAMES S.
YEE, TEDDY B. CRUZ, JESSE B. CRUZ,
JOHN L.G. NAUTA, and JOHN P.
BABAUTA,

              Plaintiffs,

         vs.

CALPAC, DYNAMIC TECHNICAL
SERVICES, VERIZON BUSINESS
PURCHASING, LLC, VERIZON
BUSINESS NETWORK SERVICES, INC.,
JOHN HEALY, DENNIS CLARK,
WILLIAM WARD, JAI JAMES, and
DOES 1 through 10,

              Defendants.

) CIVIL CASE NO. 05-00037
)
)
)
)
)
)
)
)
)
)
) **DEFENDANT VERIZON'S REQUESTS**
) **FOR PRODUCTION OF DOCUMENTS**
) **TO PLAINTIFF JOSEPH T. MENDIOLA**
)
)
)
)
)
)
)
)
)
)
)
)
)

# ORIGINAL

DLI-6146122v1

1

DEFENDANT VERIZON'S REQUESTS FOR PRODUCTION OF DOCUMENTS
TO PLAINTIFF JOSEPH T. MENDIOLA
Case 1:05-cv-00037   Document 550-2   Filed 03/19/2008   Page 9 of 34

**REQUEST NO. 28:** All documents that refer or relate to your efforts to secure employment, including independent contracting and self-employment, since you ceased performing work on the Guam International Ring Project, including, but not limited to:

        (i)    All memoranda, notes, correspondence, resumes or applications (prepared by you or on your behalf), or other documents mailed or otherwise transmitted by you to potential employers, customers, or clients;

        (ii)   All memoranda, notes, correspondence, or other documents received from potential employers, customers, or clients;

        (iii)  All documents relating to or identifying the persons who were involved in or who have assisted you in your efforts to secure employment, including independent contracting and self-employment; and

        (iv)  All documents relating to any offers or negotiations regarding employment, including independent contracting and self-employment.

**RESPONSE:**

**REQUEST NO. 29:** All documents that refer or relate to any employment, including independent contracting and self-employment, you have had since you ceased performing work on the Guam International Ring Project, including, but not limited to, documents relating to:

        (i)    Your compensation;

        (ii)   Hours worked per week;

        (iii)  Your date of hire;

        (iv)  The duration of employment, independent contracting, or self-employment;

        (v)   The nature of your duties and responsibilities, including formal or informal job descriptions;

        (vi)  Any oral or written employment contract or agreement;

        (vii)  Any offer letter(s);

        (viii) Any promises or representations made to you concerning your duties, salary, benefits, length of service, or other aspects of your employment;

DLI-6146122v1

11

| | | |
|---|---|---|
| 1 | (ix) | Any bonus, incentive, or similar compensation plan; |
| 2 | (x) | Any fringe benefit programs in which you participated or which were |
| 3 | | available to you, including, but not limited to, health insurance, disability |
| 4 | | pay, life and accident insurance, pension, profit-sharing, savings, deferred |
| 5 | | compensation, stock options, or any other benefits; |
| 6 | (xi) | Any discipline, write-ups, or warnings received; and |
| 7 | (xii) | The termination of any such employment, independent contracting, or self- |
| 8 | | employment. |

9    **RESPONSE:**

10

11    **REQUEST NO. 30:** All documents, including medical and/or mental health records, that

12    identify or otherwise refer or relate to the alleged injuries sustained as a result of the incidents

13    which you allege in Plaintiffs' Complaint. *[A medical records authorization and psychotherapy*

14    *notes authorization are being served simultaneously with these requests. Please make additional*

15    *copies of these forms as needed, complete one form for each medical provider seen for the*

16    *injuries associated with the allegations in this lawsuit, and return all forms with your responses*

17    *to these requests.]*

18    **RESPONSE:**

19

20    **REQUEST NO. 31:** Copies of your income tax returns, including all schedules and attachments

21    thereto, and all Internal Revenue Service W-2 and 1099 forms, from tax years 2004 forward.

22    **RESPONSE:**

23

24    **REQUEST NO. 32:** All documents relating to any bankruptcy filing that you have made or to

25    which you were a party.

26    **RESPONSE:**

27

28

DLI-6146122v1

12

1   **REQUEST NO. 33:**  All non-privileged documents relating to any lawsuits (other than this one)

2   to which you are or were a party.

3   **RESPONSE:**

4

5   **REQUEST NO. 34:**  All documents that refer or relate to your criminal convictions, if any.

6   **RESPONSE:**

7

8

9          DATED at Hagåtña, Guam, on October 10, 2007.

10

11                                           **CIVILLE & TANG, PLLC**

12                                           **JONES DAY**

13

14                                           By: _____
                                                 **G. PATRICK CIVILLE**
15                                               *Attorneys for Defendants*
                                                 *Verizon Business Purchasing, LLC and*
16                                               *Verizon Business Network Services, Inc.*

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT VERIZON'S REQUESTS FOR PRODUCTION OF DOCUMENTS
TO PLAINTIFF JOSEPH T. MENDIOLA**

| | |
|---|---|
| 1 | **CIVILLE & TANG, PLLC**<br>330 HERNAN CORTEZ AVENUE, SUITE 200 |
| 2 | HAGÅTÑA, GUAM 96910<br>TELEPHONE: (671) 472-8869/69 |
| 3 | FACSIMILE: (671) 477-2511 |
| 4 | **JONES DAY**<br>2727 NORTH HARWOOD STREET |
| 5 | DALLAS, TEXAS 75201-1515<br>TELEPHONE: (214) 220-3939 |
| 6 | FACSIMILE: (671) 969-5100 |
| 7 | *Attorneys for Defendants*<br>*Verizon Business Purchasing, LLC and* |
| 8 | *Verizon Business Network Services, Inc.* |

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br><br><br>**DEFENDANT VERIZON'S REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF ROLAND F. MENDIOLA** |

# ORIGINAL

DLI-6146151v1                                1

**REQUEST NO. 28:** All documents that refer or relate to your efforts to secure employment, including independent contracting and self-employment, since you ceased performing work on the Guam International Ring Project, including, but not limited to:

        (i)     All memoranda, notes, correspondence, resumes or applications (prepared by you or on your behalf), or other documents mailed or otherwise transmitted by you to potential employers, customers, or clients;

        (ii)    All memoranda, notes, correspondence, or other documents received from potential employers, customers, or clients;

        (iii)   All documents relating to or identifying the persons who were involved in or who have assisted you in your efforts to secure employment, including independent contracting and self-employment; and

        (iv)   All documents relating to any offers or negotiations regarding employment, including independent contracting and self-employment.

**RESPONSE:**

**REQUEST NO. 29:** All documents that refer or relate to any employment, including independent contracting and self-employment, you have had since you ceased performing work on the Guam International Ring Project, including, but not limited to, documents relating to:

        (i)     Your compensation;

        (ii)    Hours worked per week;

        (iii)   Your date of hire;

        (iv)   The duration of employment, independent contracting, or self-employment;

        (v)    The nature of your duties and responsibilities, including formal or informal job descriptions;

        (vi)   Any oral or written employment contract or agreement;

        (vii)   Any offer letter(s);

        (viii)  Any promises or representations made to you concerning your duties, salary, benefits, length of service, or other aspects of your employment;

DLI-6146151v1

11

| | |
|---|---|
| 1 | (ix) Any bonus, incentive, or similar compensation plan; |
| 2 | (x) Any fringe benefit programs in which you participated or which were |
| 3 | available to you, including, but not limited to, health insurance, disability |
| 4 | pay, life and accident insurance, pension, profit-sharing, savings, deferred |
| 5 | compensation, stock options, or any other benefits; |
| 6 | (xi) Any discipline, write-ups, or warnings received; and |
| 7 | (xii) The termination of any such employment, independent contracting, or self- |
| 8 | employment. |

**RESPONSE:**

**REQUEST NO. 30:** All documents, including medical and/or mental health records, that identify or otherwise refer or relate to the alleged injuries sustained as a result of the incidents which you allege in Plaintiffs' Complaint. *[A medical records authorization and psychotherapy notes authorization are being served simultaneously with these requests. Please make additional copies of these forms as needed, complete one form for each medical provider seen for the injuries associated with the allegations in this lawsuit, and return all forms with your responses to these requests.]*

**RESPONSE:**

**REQUEST NO. 31:** Copies of your income tax returns, including all schedules and attachments thereto, and all Internal Revenue Service W-2 and 1099 forms, from tax years 2004 forward.

**RESPONSE:**

**REQUEST NO. 32:** All documents relating to any bankruptcy filing that you have made or to which you were a party.

**RESPONSE:**

DLI-6146151v1

12

1   **REQUEST NO. 33:** All non-privileged documents relating to any lawsuits (other than this one)

2   to which you are or were a party.

3   **RESPONSE:**

4

5   **REQUEST NO. 34:** All documents that refer or relate to your criminal convictions, if any.

6   **RESPONSE:**

7

8       DATED at Hagåtña, Guam, on October 10, 2007.

9

10                          **CIVILLE & TANG, PLLC**

11                          **JONES DAY**

12

13                          By: _____

                             **G. PATRICK CIVILLE**

14                            *Attorneys for Defendants*

                           *Verizon Business Purchasing, LLC and*

15                            *Verizon Business Network Services, Inc.*

16

17

18

19

20

21

22

23

24

25

26

27

28

DLI-6146151v1

13

**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br><br><br><br><br> **DEFENDANT VERIZON'S REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF JOHN L.G. NAUTA** |

# ORIGINAL

DLI-6146164v1

1

**REQUEST NO. 28:** All documents that refer or relate to your efforts to secure employment, including independent contracting and self-employment, since you ceased performing work on the Guam International Ring Project, including, but not limited to:

      (i)     All memoranda, notes, correspondence, resumes or applications (prepared by you or on your behalf), or other documents mailed or otherwise transmitted by you to potential employers, customers, or clients;

      (ii)    All memoranda, notes, correspondence, or other documents received from potential employers, customers, or clients;

      (iii)   All documents relating to or identifying the persons who were involved in or who have assisted you in your efforts to secure employment, including independent contracting and self-employment; and

      (iv)   All documents relating to any offers or negotiations regarding employment, including independent contracting and self-employment.

**RESPONSE:**

**REQUEST NO. 29:** All documents that refer or relate to any employment, including independent contracting and self-employment, you have had since you ceased performing work on the Guam International Ring Project, including, but not limited to, documents relating to:

      (i)     Your compensation;

      (ii)    Hours worked per week;

      (iii)   Your date of hire;

      (iv)   The duration of employment, independent contracting, or self-employment;

      (v)    The nature of your duties and responsibilities, including formal or informal job descriptions;

      (vi)   Any oral or written employment contract or agreement;

      (vii)  Any offer letter(s);

      (viii) Any promises or representations made to you concerning your duties, salary, benefits, length of service, or other aspects of your employment;

| 1 | | (ix) | Any bonus, incentive, or similar compensation plan; |

| 2 | | (x) | Any fringe benefit programs in which you participated or which were |
| 3 | | | available to you, including, but not limited to, health insurance, disability |
| 4 | | | pay, life and accident insurance, pension, profit-sharing, savings, deferred |
| 5 | | | compensation, stock options, or any other benefits; |
| 6 | | (xi) | Any discipline, write-ups, or warnings received; and |
| 7 | | (xii) | The termination of any such employment, independent contracting, or self- |
| 8 | | | employment. |

9 **RESPONSE:**

10

11 **REQUEST NO. 30:** All documents, including medical and/or mental health records, that

12 identify or otherwise refer or relate to the alleged injuries sustained as a result of the incidents

13 which you allege in Plaintiffs' Complaint. *[A medical records authorization and psychotherapy*

14 *notes authorization are being served simultaneously with these requests. Please make additional*

15 *copies of these forms as needed, complete one form for each medical provider seen for the*

16 *injuries associated with the allegations in this lawsuit, and return all forms with your responses*

17 *to these requests.]*

18 **RESPONSE:**

19

20 **REQUEST NO. 31:** Copies of your income tax returns, including all schedules and attachments

21 thereto, and all Internal Revenue Service W-2 and 1099 forms, from tax years 2004 forward.

22 **RESPONSE:**

23

24 **REQUEST NO. 32:** All documents relating to any bankruptcy filing that you have made or to

25 which you were a party.

26 **RESPONSE:**

27

28

DLI-6146164v1                                    12

1  **REQUEST NO. 33:**  All non-privileged documents relating to any lawsuits (other than this one)

2  to which you are or were a party.

3  **RESPONSE:**

4

5  **REQUEST NO. 34:**  All documents that refer or relate to your criminal convictions, if any.

6  **RESPONSE:**

7

8         DATED at Hagåtña, Guam, on October 10, 2007.

9

10                                      **CIVILLE & TANG, PLLC**

11                                      **JONES DAY**

12

13                              By: _____

14                                      **G. PATRICK CIVILLE**
                                        *Attorneys for Defendants*
15                                      *Verizon Business Purchasing, LLC and*
                                        *Verizon Business Network Services, Inc.*

16

17

18

19

20

21

22

23

24

25

26

27

28

DLI-6146164v1                                13

**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br><br><br><br><br> **DEFENDANT VERIZON'S REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF HENRY G. VAN METER** |

ORIGINAL

DLI-6146112v1

1

**REQUEST NO. 28:** All documents that refer or relate to your efforts to secure employment, including independent contracting and self-employment, since you ceased performing work on the Guam International Ring Project, including, but not limited to:

      (i)    All memoranda, notes, correspondence, resumes or applications (prepared by you or on your behalf), or other documents mailed or otherwise transmitted by you to potential employers, customers, or clients;

      (ii)   All memoranda, notes, correspondence, or other documents received from potential employers, customers, or clients;

      (iii)  All documents relating to or identifying the persons who were involved in or who have assisted you in your efforts to secure employment, including independent contracting and self-employment; and

      (iv)  All documents relating to any offers or negotiations regarding employment, including independent contracting and self-employment.

**RESPONSE:**

**REQUEST NO. 29:** All documents that refer or relate to any employment, including independent contracting and self-employment, you have had since you ceased performing work on the Guam International Ring Project, including, but not limited to, documents relating to:

      (i)    Your compensation;

      (ii)   Hours worked per week;

      (iii)  Your date of hire;

      (iv)  The duration of employment, independent contracting, or self-employment;

      (v)   The nature of your duties and responsibilities, including formal or informal job descriptions;

      (vi)  Any oral or written employment contract or agreement;

      (vii)  Any offer letter(s);

      (viii) Any promises or representations made to you concerning your duties, salary, benefits, length of service, or other aspects of your employment;

DLI-6146112v1

11

| 1 | (ix) | Any bonus, incentive, or similar compensation plan; |
| 2 | (x) | Any fringe benefit programs in which you participated or which were |
| 3 | | available to you, including, but not limited to, health insurance, disability |
| 4 | | pay, life and accident insurance, pension, profit-sharing, savings, deferred |
| 5 | | compensation, stock options, or any other benefits; |
| 6 | (xi) | Any discipline, write-ups, or warnings received; and |
| 7 | (xii) | The termination of any such employment, independent contracting, or self- |
| 8 | | employment. |

9   **RESPONSE:**

10

11   **REQUEST NO. 30:** All documents, including medical and/or mental health records, that

12   identify or otherwise refer or relate to the alleged injuries sustained as a result of the incidents

13   which you allege in Plaintiffs' Complaint. *[A medical records authorization and psychotherapy*

14   *notes authorization are being served simultaneously with these requests. Please make additional*

15   *copies of these forms as needed, complete one form for each medical provider seen for the*

16   *injuries associated with the allegations in this lawsuit, and return all forms with your responses*

17   *to these requests.]*

18   **RESPONSE:**

19

20   **REQUEST NO. 31:** Copies of your income tax returns, including all schedules and attachments

21   thereto, and all Internal Revenue Service W-2 and 1099 forms, from tax years 2004 forward.

22   **RESPONSE:**

23

24   **REQUEST NO. 32:** All documents relating to any bankruptcy filing that you have made or to

25   which you were a party.

26   **RESPONSE:**

27

28

DLI-6146112v1

12

1    **REQUEST NO. 33:**  All non-privileged documents relating to any lawsuits (other than this one)

2    to which you are or were a party.

3    **RESPONSE:**

4

5    **REQUEST NO. 34:**  All documents that refer or relate to your criminal convictions, if any.

6    **RESPONSE:**

7

8

9            DATED at Hagåtña, Guam, on October 10, 2007.

10

11                                          **CIVILLE & TANG, PLLC**

11                                          **JONES DAY**

12

13                                          By: _____

14                                              **G. PATRICK CIVILLE**
                                                *Attorneys for Defendants*
15                                              *Verizon Business Purchasing, LLC and*
                                                *Verizon Business Network Services, Inc.*
16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT VERIZON'S REQUESTS FOR PRODUCTION OF DOCUMENTS
TO PLAINTIFF HENRY G. VAN METER**

1    **CIVILLE & TANG, PLLC**
     330 HERNAN CORTEZ AVENUE, SUITE 200
2    HAGÅTÑA, GUAM 96910
     TELEPHONE: (671) 472-8869/69
3    FACSIMILE: (671) 477-2511

4    **JONES DAY**
     2727 NORTH HARWOOD STREET
5    DALLAS, TEXAS 75201-1515
     TELEPHONE: (214) 220-3939
6    FACSIMILE: (671) 969-5100

7    *Attorneys for Defendants*
     *Verizon Business Purchasing, LLC and*
8    *Verizon Business Network Services, Inc.*

9

10              IN THE UNITED STATES DISTRICT COURT OF GUAM

11

12   HENRY G. VAN METER, JERRY          ) CIVIL CASE NO. 05-00037
     APODACA, JR., JOSEPH J.            )
13   HERNANDEZ, JOSEPH T. MENDIOLA,     )
     LARRY L. CHARFAUROS, ANTHONY       )
14   C. ARRIOLA, ROBERT B. CRUZ,        )
     ROLAND F. MENDIOLA, JAMES S.       )
15   YEE, TEDDY B. CRUZ, JESSE B. CRUZ, )
     JOHN L.G. NAUTA, and JOHN P.       )
16   BABAUTA,                           ) **DEFENDANT VERIZON'S REQUESTS**
                                        ) **FOR PRODUCTION OF DOCUMENTS**
17                  Plaintiffs,         ) **TO PLAINTIFF JAMES S. YEE**
                                        )
18        vs.                           )
                                        )
19   CALPAC, DYNAMIC TECHNICAL          )
     SERVICES, VERIZON BUSINESS         )
20   PURCHASING, LLC, VERIZON           )
     BUSINESS NETWORK SERVICES, INC.,   )
21   JOHN HEALY, DENNIS CLARK,          )
     WILLIAM WARD, JAI JAMES, and       )
22   DOES 1 through 10,                 )
                                        )
23                  Defendants.         )
     _____)

24

25

26                         ORIGINAL

27

28
     DLI-6146156v1                        1
     **DEFENDANT VERIZON'S REQUESTS FOR PRODUCTION OF DOCUMENTS**
                         **TO PLAINTIFF JAMES S. YEE**
     Case 1:05-cv-00037    Document 550-2    Filed 03/19/2008    Page 25 of 34

1    **REQUEST NO. 28:** All documents that refer or relate to your efforts to secure employment,

2    including independent contracting and self-employment, since you ceased performing work on

3    the Guam International Ring Project, including, but not limited to:

4            (i)    All memoranda, notes, correspondence, resumes or applications (prepared

5                      by you or on your behalf), or other documents mailed or otherwise

6                      transmitted by you to potential employers, customers, or clients;

7           (ii)    All memoranda, notes, correspondence, or other documents received from

8                      potential employers, customers, or clients;

9          (iii)    All documents relating to or identifying the persons who were involved in

10                    or who have assisted you in your efforts to secure employment, including

11                    independent contracting and self-employment; and

12          (iv)    All documents relating to any offers or negotiations regarding employment,

13                    including independent contracting and self-employment.

14    **RESPONSE:**

15

16    **REQUEST NO. 29:** All documents that refer or relate to any employment, including

17    independent contracting and self-employment, you have had since you ceased performing work

18    on the Guam International Ring Project, including, but not limited to, documents relating to:

19            (i)    Your compensation;

20           (ii)    Hours worked per week;

21          (iii)    Your date of hire;

22          (iv)    The duration of employment, independent contracting, or self-employment;

23          (v)    The nature of your duties and responsibilities, including formal or informal

24                    job descriptions;

25          (vi)    Any oral or written employment contract or agreement;

26          (vii)    Any offer letter(s);

27         (viii)    Any promises or representations made to you concerning your duties,

28                    salary, benefits, length of service, or other aspects of your employment;

DLI-6146156v1

11

| 1 | (ix) | Any bonus, incentive, or similar compensation plan; |
| 2 | (x) | Any fringe benefit programs in which you participated or which were |
| 3 | | available to you, including, but not limited to, health insurance, disability |
| 4 | | pay, life and accident insurance, pension, profit-sharing, savings, deferred |
| 5 | | compensation, stock options, or any other benefits; |
| 6 | (xi) | Any discipline, write-ups, or warnings received; and |
| 7 | (xii) | The termination of any such employment, independent contracting, or self- |
| 8 | | employment. |

9 **RESPONSE:**

10

11 **REQUEST NO. 30:** All documents, including medical and/or mental health records, that

12 identify or otherwise refer or relate to the alleged injuries sustained as a result of the incidents

13 which you allege in Plaintiffs' Complaint. *[A medical records authorization and psychotherapy*

14 *notes authorization are being served simultaneously with these requests. Please make additional*

15 *copies of these forms as needed, complete one form for each medical provider seen for the*

16 *injuries associated with the allegations in this lawsuit, and return all forms with your responses*

17 *to these requests.]*

18 **RESPONSE:**

19

20 **REQUEST NO. 31:** Copies of your income tax returns, including all schedules and attachments

21 thereto, and all Internal Revenue Service W-2 and 1099 forms, from tax years 2004 forward.

22 **RESPONSE:**

23

24 **REQUEST NO. 32:** All documents relating to any bankruptcy filing that you have made or to

25 which you were a party.

26 **RESPONSE:**

27

28

DLI-6146156v1

12

**DEFENDANT VERIZON'S REQUESTS FOR PRODUCTION OF DOCUMENTS**
**TO PLAINTIFF JAMES S. YEE**
Case 1:05-cv-00037    Document 550-2    Filed 03/19/2008    Page 27 of 34

1  **REQUEST NO. 33:**  All non-privileged documents relating to any lawsuits (other than this one)

2  to which you are or were a party.

3  **RESPONSE:**

4

5  **REQUEST NO. 34:**  All documents that refer or relate to your criminal convictions, if any.

6  **RESPONSE:**

7

8

9        DATED at Hagåtña, Guam, on October 10, 2007.

10

11                                          **CIVILLE & TANG, PLLC**

12                                          **JONES DAY**

13                                          By: _____

14                                              G. PATRICK CIVILLE
                                                *Attorneys for Defendants*
15                                              *Verizon Business Purchasing, LLC and*
                                                *Verizon Business Network Services, Inc.*
16

17

18

19

20

21

22

23

24

25

26

27

28

DLI-6146156v1                              13

**DEFENDANT VERIZON'S REQUESTS FOR PRODUCTION OF DOCUMENTS
TO PLAINTIFF JAMES S. YEE**
Case 1:05-cv-00037    Document 550-2    Filed 03/19/2008    Page 28 of 34

**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, et al., | CIVIL CASE NO. 05-00037 |
| Plaintiffs, | |
| -vs- | **PLAINTIFF JERRY APODACA, JR.'S RESPONSE TO DEFENDANT VERIZON'S REQUEST FOR PRODUCTION OF DOCUMENTS** |
| CALPAC, et al., | |
| Defendants. | |

**TO:** **Defendants Verizon Business Purchasing, LLC, and Verizon Business Network Services, Inc., by and through their Counsel of Record, Civille & Tang, PLLC**

Plaintiff JERRY APODACA, JR. ("Plaintiff") hereby provides his response to Defendants Verizon Business Purchasing, LLC's and Verizon Business Network Services, Inc.'s (collectively "Verizon") Request for Production of Documents. Plaintiff reserves the right to supplement or correct his response to any particular request at a later time.

### PRELIMINARY STATEMENT

These responses are made solely for the purpose of this action, without waiver of, and with preservation of:

1.     The right to object to all questions as to competency, relevancy, materiality, confidentiality, privilege, and admissibility of the responses and the subject matter thereof as evidence for any purpose in any further proceeding in this action (including trial);

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037

1

1    **REQUEST NO. 26:** All documents that refer or relate to the termination of your work on the

2    Guam International Ring Project.

3    **RESPONSE:** Such documents, if any were in Plaintiff's possession, have previously been

4    provided to Verizon.

5

6

7    **REQUEST NO. 27:** All notes, scheduling or appointment books, diaries, journals, calendars,

8    daytimers, time records, or chronologies maintained by you during the Guam International Ring

9    Project or thereafter that relate to your work on the Project or any of the allegations contained in

10    Plaintiffs' Complaint.

11    **RESPONSE:** Such documents, if any were in Plaintiff's possession, have previously been

12    provided to Verizon.

13

14

15    **REQUEST NO. 28:** All documents that refer or relate to your efforts to secure employment,

16    including independent contracting and self-employment, since you ceased performing work on

17    the Guam International Ring Project, including, but not limited to:

18          (i)     All memoranda, notes, correspondence, resumes or applications (prepared by you

19                 or on your behalf), or other documents mailed or otherwise transmitted by you to

20                 potential employers, customers, or clients;

21

22          (ii)     All memoranda, notes, correspondence, or other documents received from

23                 potential employers, customers, or clients;

24          (iii)    All documents relating to or identifying the persons who were involved in or who

25                 have assisted you in your efforts to secure employment, including independent

26                 contracting and self-employment; and

27

28

(iv) All documents relating to any offers or negotiations regarding employment, including independent contracting and self-employment.

**RESPONSE:** OBJECTION. This request is overly broad in that it seeks information not relevant to Plaintiff's Title VII claims. Even if the information is relevant, its relevancy is substantially outweighed by prejudice of production.

**REQUEST NO. 29:** All documents that refer or relate to any employment, including independent contracting and self-employment, you have had since you ceased performing work on the Guam International Ring Project, including, but not limited to, documents relating to:

(i) Your compensation;

(ii) Hours worked per week;

(iii) Your date of hire;

(iv) The duration of employment, independent contracting, or self-employment;

(v) The nature of your duties and responsibilities, including formal or informal job descriptions;

(vi) Any oral or written employment contract or agreement;

(vii) Any offer letter(s);

(viii) Any promises or representations made to you concerning your duties, salary, benefits, length of service, or other aspects of your employment;

(ix) Any bonus, incentive, or similar compensation plan;

(x) Any fringe benefit programs in which you participated or which were available to you, including, but not limited to, health insurance, disability pay, life and accident insurance, pension, profit-sharing, savings, deferred compensation, stock options, or any other benefits;

Henry G. Van Meter, et al., v. CAL PAC, et al.                                    12
Civil Case No. 05-00037

1        (xi)    Any discipline, write-ups, or warnings received; and

2        (xii)    The termination of any such employment, independent contracting, or self-
3                employment.

4
**RESPONSE:**   OBJECTION.   This request is overly broad in that it seeks information not
5
relevant to Plaintiff's Title VII claims.   Even if the information is relevant, production is not
6
7    warranted since its relevancy is substantially outweighed by prejudice of production.   The

8    request also seeks confidential financial and employment information which is privileged and

9    protected from disclosure.

10

11
**REQUEST NO. 30:**   All documents, including medical and/or mental health records, that
12
identify or otherwise refer or relate to the alleged injuries sustained as a result of the incidents
13
14   which you allege in Plaintiffs' Complaint. *[A medical records authorization and psychotherapy*

15   *notes authorization are being served simultaneously with these requests.  Please make additional*

16   *copies of these forms as needed, complete one form for each medical provider seen for the*

17   *injuries associated with the allegations in this lawsuit, and return all forms with your responses*

18   *to these requests.]*

19
**RESPONSE:**   OBJECTION.   This request seeks information which is protected by the
20
21   physician-patient privilege.

22

23   **REQUEST NO. 31:**   Copies of your income tax returns, including all schedules and attachments

24   thereto, and all Internal Revenue Service W-2 and 1099 forms, from tax years 2004 forward.

25   **RESPONSE:**   OBJECTION.   This request seeks information which is irrelevant to Plaintiff's

26   Title VII claims.   Even if the information is relevant, production is not warranted since its

27   relevancy is substantially outweighed by prejudice of production.   The request also seeks
28

1  information which constitutes confidential financial information of Plaintiff which is privileged

2  and protected from disclosure.

3

4  **REQUEST NO. 32:** All documents relating to any bankruptcy filing that you have made or to

5  which you were a party.

6

7  **RESPONSE:** OBJECTION. This request seeks information which is irrelevant to Plaintiff's

8  Title VII claims. Even if the information is relevant, production is not warranted since its

9  relevancy is substantially outweighed by prejudice of production. The request also seeks

10 information which constitutes confidential financial information of Plaintiff which is privileged

11 and protected from disclosure. The request is also overly broad in temporal and geographic

12 scope.

13

14

15 **REQUEST NO. 33:** All non-privileged documents relating to any lawsuits (other than this one)

16 to which you are or were a party.

17 **RESPONSE:** OBJECTION. This request seeks information which is irrelevant to Plaintiff's

18 Title VII claims. Even if the information is relevant, production is not warranted since its

19 relevancy is substantially outweighed by prejudice of production. The request is also overly

20 broad in temporal and geographic scope.

21

22

23 **REQUEST NO. 34:** All documents that refer or relate to your criminal convictions, if any.

24 **RESPONSE:** OBJECTION. This request seeks information which is irrelevant to Plaintiff's

25 claims of employment discrimination and the defendants' defenses and the probative value of any

26 such criminal convictions on the issue of credibility does not substantially outweigh the prejudice

27 to Plaintiff of production, if there is anything to produce. Additional objection is made on the

28

Henry G. Van Meter, et al., v. CAL PAC, et al.                                    14
Civil Case No. 05-00037

ground that mere misdemeanor convictions which do not involve dishonesty or false statement are inadmissible and not reasonably calculated to lead to admissible evidence, and thus this request is overly broad.

Dated this 8th day of November, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
DELIA LUJAN
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037

15

Case 1:05-cv-00037    Document 550-2    Filed 03/19/2008    Page 34 of 34