# EXHIBIT C

**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br><br><br><br><br> **DEFENDANT VERIZON'S INTERROGATORIES TO PLAINTIFF JOHN L.G. NAUTA** |

# ORIGINAL

DLI-6146219v1

1

**INTERROGATORY NO. 25:** Please identify each treating physician, psychiatrist, psychologist, or other mental health practitioner with whom you have consulted for treatment, counseling, or evaluation since 2000 for any of the following conditions, stating for each the full name, address, phone number, and title of the identified treating professional: (a) mental or emotional conditions or (b) stress, depression, anxiety, indigestion, mental anguish, humiliation, severe depression, degradation, and associated physical health problems such as headaches, shortness of breath, gastrointestinal complaints, sleeplessness, weight gain, weight loss, heart conditions, panic attacks, sexual dysfunction, alcohol or drug dependency, or high blood pressure.

**ANSWER:**



DATED at Hagåtña, Guam, on October 10, 2007.

**CIVILLE & TANG, PLLC**

**JONES DAY**

By: _____
**G. PATRICK CIVILLE**
*Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*

**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., <br><br> JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br><br><br><br><br> **DEFENDANT VERIZON'S INTERROGATORIES TO PLAINTIFF ROLAND F. MENDIOLA** |

# ORIGINAL

DLI-6146211v1

1

**INTERROGATORY NO. 25:** Please identify each treating physician, psychiatrist, psychologist, or other mental health practitioner with whom you have consulted for treatment, counseling, or evaluation since 2000 for any of the following conditions, stating for each the full name, address, phone number, and title of the identified treating professional: (a) mental or emotional conditions or (b) stress, depression, anxiety, indigestion, mental anguish, humiliation, severe depression, degradation, and associated physical health problems such as headaches, shortness of breath, gastrointestinal complaints, sleeplessness, weight gain, weight loss, heart conditions, panic attacks, sexual dysfunction, alcohol or drug dependency, or high blood pressure.

**ANSWER:**

DATED at Hagåtña, Guam, on October 10, 2007.

**CIVILLE & TANG, PLLC**

**JONES DAY**

By: _____
    **G. PATRICK CIVILLE**
    *Attorneys for Defendants*
    *Verizon Business Purchasing, LLC and*
    *Verizon Business Network Services, Inc.*

**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>              Plaintiffs,<br><br>     vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>              Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br><br><br>**DEFENDANT VERIZON'S INTERROGATORIES TO PLAINTIFF JOSEPH T. MENDIOLA** |

# ORIGINAL

DLI-6146186v1

1

1  **INTERROGATORY NO. 25:**  Please identify each treating physician, psychiatrist,

2  psychologist, or other mental health practitioner with whom you have consulted for treatment,

3  counseling, or evaluation since 2000 for any of the following conditions, stating for each the full

4  name, address, phone number, and title of the identified treating professional:  (a) mental or

5  emotional conditions or (b) stress, depression, anxiety, indigestion, mental anguish, humiliation,

6  severe depression, degradation, and associated physical health problems such as headaches,

7  shortness of breath, gastrointestinal complaints, sleeplessness, weight gain, weight loss, heart

8  conditions, panic attacks, sexual dysfunction, alcohol or drug dependency, or high blood pressure.

9  **ANSWER:**

10

11

12          DATED at Hagåtña, Guam, on October 10, 2007.

13

14                                          **CIVILLE & TANG, PLLC**

15                                          **JONES DAY**

16

17                                          By: _____
                                             **G. PATRICK CIVILLE**

18                                          *Attorneys for Defendants*
                                             *Verizon Business Purchasing, LLC and*
19                                          *Verizon Business Network Services, Inc.*

20

21

22

23

24

25

26

27

28
DLI-6146186v1                              11

**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>            Plaintiffs,<br><br>        vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>            Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br><br><br>**DEFENDANT VERIZON'S INTERROGATORIES TO PLAINTIFF JOSEPH J. HERNANDEZ** |

ORIGINAL

DLI-6146185v1

1

**INTERROGATORY NO. 25:** Please identify each treating physician, psychiatrist, psychologist, or other mental health practitioner with whom you have consulted for treatment, counseling, or evaluation since 2000 for any of the following conditions, stating for each the full name, address, phone number, and title of the identified treating professional: (a) mental or emotional conditions or (b) stress, depression, anxiety, indigestion, mental anguish, humiliation, severe depression, degradation, and associated physical health problems such as headaches, shortness of breath, gastrointestinal complaints, sleeplessness, weight gain, weight loss, heart conditions, panic attacks, sexual dysfunction, alcohol or drug dependency, or high blood pressure.

**ANSWER:**

DATED at Hagåtña, Guam, on October 10, 2007.

**CIVILLE & TANG, PLLC**

**JONES DAY**

By: _____
**G. PATRICK CIVILLE**
*Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*

**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br><br><br><br><br> **DEFENDANT VERIZON'S INTERROGATORIES TO PLAINTIFF TEDDY B. CRUZ** |

# ORIGINAL

DLI-6146214v1

1

1    **INTERROGATORY NO. 25:** Please identify each treating physician, psychiatrist,

2    psychologist, or other mental health practitioner with whom you have consulted for treatment,

3    counseling, or evaluation since 2000 for any of the following conditions, stating for each the full

4    name, address, phone number, and title of the identified treating professional: (a) mental or

5    emotional conditions or (b) stress, depression, anxiety, indigestion, mental anguish, humiliation,

6    severe depression, degradation, and associated physical health problems such as headaches,

7    shortness of breath, gastrointestinal complaints, sleeplessness, weight gain, weight loss, heart

8    conditions, panic attacks, sexual dysfunction, alcohol or drug dependency, or high blood pressure.

9    **ANSWER:**

10

11

12         DATED at Hagåtña, Guam, on October 10, 2007.

13

14                 **CIVILLE & TANG, PLLC**

                   **JONES DAY**

15

16

17                  By: _____

                   **G. PATRICK CIVILLE**

18                    *Attorneys for Defendants*

                   *Verizon Business Purchasing, LLC and*

19                    *Verizon Business Network Services, Inc.*

20

21

22

23

24

25

26

27

28

**DEFENDANT VERIZON'S INTERROGATORIES**
**TO PLAINTIFF TEDDY B. CRUZ**

**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC.,JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br><br><br><br><br><br> **DEFENDANT VERIZON'S INTERROGATORIES TO PLAINTIFF ROBERT B. CRUZ** |

# ORIGINAL

DLI-6146208v1                    1

DEFENDANT VERIZON'S INTERROGATORIES
TO PLAINTIFF ROBERT B. CRUZ
Case 1:05-cv-00037    Document 550-6    Filed 03/19/2008    Page 12 of 29

1    **INTERROGATORY NO. 25:** Please identify each treating physician, psychiatrist,

2    psychologist, or other mental health practitioner with whom you have consulted for treatment,

3    counseling, or evaluation since 2000 for any of the following conditions, stating for each the full

4    name, address, phone number, and title of the identified treating professional: (a) mental or

5    emotional conditions or (b) stress, depression, anxiety, indigestion, mental anguish, humiliation,

6    severe depression, degradation, and associated physical health problems such as headaches,

7    shortness of breath, gastrointestinal complaints, sleeplessness, weight gain, weight loss, heart

8    conditions, panic attacks, sexual dysfunction, alcohol or drug dependency, or high blood pressure.

9    **ANSWER:**

12        DATED at Hagåtña, Guam, on October 10, 2007.

**CIVILLE & TANG, PLLC**

**JONES DAY**

By: _____
    **G. PATRICK CIVILLE**
    *Attorneys for Defendants*
    *Verizon Business Purchasing, LLC and*
    *Verizon Business Network Services, Inc.*

DLI-6146208v1                           11

**DEFENDANT VERIZON'S INTERROGATORIES
TO PLAINTIFF ROBERT B. CRUZ**
Case 1:05-cv-00037    Document 550-6    Filed 03/19/2008    Page 13 of 29

**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*

IN THE UNITED STATES DISTRICT COURT OF GUAM

|  |  |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, | ) CIVIL CASE NO. 05-00037 ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) **DEFENDANT VERIZON'S** ) **INTERROGATORIES TO PLAINTIFF** ) **JESSE B. CRUZ** |
| vs. | ) ) |
| CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

# ORIGINAL

DLI-6146217v1                    1

DEFENDANT VERIZON'S INTERROGATORIES
TO PLAINTIFF JESSE B. CRUZ
Case 1:05-cv-00037    Document 550-6    Filed 03/19/2008    Page 14 of 29

**INTERROGATORY NO. 25:** Please identify each treating physician, psychiatrist, psychologist, or other mental health practitioner with whom you have consulted for treatment, counseling, or evaluation since 2000 for any of the following conditions, stating for each the full name, address, phone number, and title of the identified treating professional: (a) mental or emotional conditions or (b) stress, depression, anxiety, indigestion, mental anguish, humiliation, severe depression, degradation, and associated physical health problems such as headaches, shortness of breath, gastrointestinal complaints, sleeplessness, weight gain, weight loss, heart conditions, panic attacks, sexual dysfunction, alcohol or drug dependency, or high blood pressure.

**ANSWER:**

DATED at Hagåtña, Guam, on October 10, 2007.

**CIVILLE & TANG, PLLC**

**JONES DAY**

By: _____
**G. PATRICK CIVILLE**
*Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*

DLI-6146217v1

11

**DEFENDANT VERIZON'S INTERROGATORIES**
**TO PLAINTIFF JESSE B. CRUZ**
Case 1:05-cv-00037    Document 550-6    Filed 03/19/2008    Page 15 of 29

**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br>       Plaintiffs, <br><br>vs. <br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br>       Defendants. | CIVIL CASE NO. 05-00037 <br><br><br><br><br><br><br>**DEFENDANT VERIZON'S INTERROGATORIES TO PLAINTIFF LARRY L. CHARFAUROS** |

# ORIGINAL

DLI-6146203v1

1

**INTERROGATORY NO. 25:** Please identify each treating physician, psychiatrist, psychologist, or other mental health practitioner with whom you have consulted for treatment, counseling, or evaluation since 2000 for any of the following conditions, stating for each the full name, address, phone number, and title of the identified treating professional: (a) mental or emotional conditions or (b) stress, depression, anxiety, indigestion, mental anguish, humiliation, severe depression, degradation, and associated physical health problems such as headaches, shortness of breath, gastrointestinal complaints, sleeplessness, weight gain, weight loss, heart conditions, panic attacks, sexual dysfunction, alcohol or drug dependency, or high blood pressure.

**ANSWER:**

DATED at Hagåtña, Guam, on October 10, 2007.

**CIVILLE & TANG, PLLC**

**JONES DAY**

By: _____
**G. PATRICK CIVILLE**
*Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*

DLI-6146203v1                                                11

**DEFENDANT VERIZON'S INTERROGATORIES**
**TO PLAINTIFF LARRY L. CHARFAUROS**
Case 1:05-cv-00037    Document 550-6    Filed 03/19/2008    Page 17 of 29

**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÁTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br><br><br><br><br><br><br> **DEFENDANT VERIZON'S INTERROGATORIES TO PLAINTIFF JOHN P. BABAUTA** |

# ORIGINAL

DLI-6146222v1

1

1 **INTERROGATORY NO. 25:** Please identify each treating physician, psychiatrist,

2 psychologist, or other mental health practitioner with whom you have consulted for treatment,

3 counseling, or evaluation since 2000 for any of the following conditions, stating for each the full

4 name, address, phone number, and title of the identified treating professional: (a) mental or

5 emotional conditions or (b) stress, depression, anxiety, indigestion, mental anguish, humiliation,

6 severe depression, degradation, and associated physical health problems such as headaches,

7 shortness of breath, gastrointestinal complaints, sleeplessness, weight gain, weight loss, heart

8 conditions, panic attacks, sexual dysfunction, alcohol or drug dependency, or high blood pressure.

9 **ANSWER:**

10

11

12    DATED at Hagåtña, Guam, on October 10, 2007.

13

14    **CIVILLE & TANG, PLLC**

15    **JONES DAY**

16

17    By: _____
      **G. PATRICK CIVILLE**

18    *Attorneys for Defendants*
      *Verizon Business Purchasing, LLC and*

19    *Verizon Business Network Services, Inc.*

20

21

22

23

24

25

26

27

28

**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÁTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br><br><br><br> **DEFENDANT VERIZON'S INTERROGATORIES TO PLAINTIFF ANTHONY C. ARRIOLA** |

## ORIGINAL

DLI-6146205v1

1

1   **INTERROGATORY NO. 25:** Please identify each treating physician, psychiatrist,

2   psychologist, or other mental health practitioner with whom you have consulted for treatment,

3   counseling, or evaluation since 2000 for any of the following conditions, stating for each the full

4   name, address, phone number, and title of the identified treating professional: (a) mental or

5   emotional conditions or (b) stress, depression, anxiety, indigestion, mental anguish, humiliation,

6   severe depression, degradation, and associated physical health problems such as headaches,

7   shortness of breath, gastrointestinal complaints, sleeplessness, weight gain, weight loss, heart

8   conditions, panic attacks, sexual dysfunction, alcohol or drug dependency, or high blood pressure.

9   **ANSWER:**

10

11

12         DATED at Hagåtña, Guam, on October 10, 2007.

13

                          **CIVILLE & TANG, PLLC**

14

                          **JONES DAY**

15

16

                          By: _____

17

                          **G. PATRICK CIVILLE**

18

                          *Attorneys for Defendants*
                          *Verizon Business Purchasing, LLC and*

19

                          *Verizon Business Network Services, Inc.*

20

21

22

23

24

25

26

27

28

DLI-6146205v1                     11

1  **CIVILLE & TANG, PLLC**
   330 HERNAN CORTEZ AVENUE, SUITE 200
2  HAGÅTÑA, GUAM 96910
   TELEPHONE: (671) 472-8869/69
3  FACSIMILE: (671) 477-2511

4  **JONES DAY**
   2727 NORTH HARWOOD STREET
5  DALLAS, TEXAS 75201-1515
   TELEPHONE: (214) 220-3939
6  FACSIMILE: (671) 969-5100

7  *Attorneys for Defendants*
   *Verizon Business Purchasing, LLC and*
8  *Verizon Business Network Services, Inc.*

9

10                IN THE UNITED STATES DISTRICT COURT OF GUAM

11

12 HENRY G. VAN METER, JERRY          ) CIVIL CASE NO. 05-00037
   APODACA, JR., JOSEPH J.            )
13 HERNANDEZ, JOSEPH T. MENDIOLA,     )
   LARRY L. CHARFAUROS, ANTHONY       )
14 C. ARRIOLA, ROBERT B. CRUZ,        )
   ROLAND F. MENDIOLA, JAMES S.       )
15 YEE, TEDDY B. CRUZ, JESSE B. CRUZ, )
   JOHN L.G. NAUTA, and JOHN P.       )
16 BABAUTA,                           ) **DEFENDANT VERIZON'S**
                                       ) **INTERROGATORIES TO PLAINTIFF**
17              Plaintiffs,            ) **JERRY T. APODACA, JR.**
                                       )
18       vs.                          )
                                       )
19 CALPAC, DYNAMIC TECHNICAL          )
   SERVICES, VERIZON BUSINESS         )
20 PURCHASING, LLC, VERIZON           )
   BUSINESS NETWORK SERVICES, INC.,   )
21 JOHN HEALY, DENNIS CLARK,          )
   WILLIAM WARD, JAI JAMES, and       )
22 DOES 1 through 10,                 )
                                       )
23              Defendants.           )
   _____   )

24

25

26
                        ORIGINAL
27

28
   DLI-6146184v1                      1

1  **INTERROGATORY NO. 25:**  Please identify each treating physician, psychiatrist,

2  psychologist, or other mental health practitioner with whom you have consulted for treatment,

3  counseling, or evaluation since 2000 for any of the following conditions, stating for each the full

4  name, address, phone number, and title of the identified treating professional:  (a) mental or

5  emotional conditions or (b) stress, depression, anxiety, indigestion, mental anguish, humiliation,

6  severe depression, degradation, and associated physical health problems such as headaches,

7  shortness of breath, gastrointestinal complaints, sleeplessness, weight gain, weight loss, heart

8  conditions, panic attacks, sexual dysfunction, alcohol or drug dependency, or high blood pressure.

9  **ANSWER:**

12          DATED at Hagåtña, Guam, on October 10, 2007.

CIVILLE & TANG, PLLC

JONES DAY

By: _____
     **G. PATRICK CIVILLE**
     *Attorneys for Defendants*
     *Verizon Business Purchasing, LLC and*
     *Verizon Business Network Services, Inc.*

DLI-6146184v1                                    11

DEFENDANT VERIZON'S INTERROGATORIES
TO PLAINTIFF JERRY T. APODACA, JR.
Case 1:05-cv-00037    Document 550-6    Filed 03/19/2008    Page 23 of 29

**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br><br><br><br> **DEFENDANT VERIZON'S INTERROGATORIES TO PLAINTIFF JAMES S. YEE** |

# ORIGINAL

DLI-6146212v1

1

**INTERROGATORY NO. 25:** Please identify each treating physician, psychiatrist, psychologist, or other mental health practitioner with whom you have consulted for treatment, counseling, or evaluation since 2000 for any of the following conditions, stating for each the full name, address, phone number, and title of the identified treating professional: (a) mental or emotional conditions or (b) stress, depression, anxiety, indigestion, mental anguish, humiliation, severe depression, degradation, and associated physical health problems such as headaches, shortness of breath, gastrointestinal complaints, sleeplessness, weight gain, weight loss, heart conditions, panic attacks, sexual dysfunction, alcohol or drug dependency, or high blood pressure.

**ANSWER:**

DATED at Hagåtña, Guam, on October 10, 2007.

**CIVILLE & TANG, PLLC**

**JONES DAY**

By: _____

**G. PATRICK CIVILLE**
*Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*

DLI-6146212v1

11

DEFENDANT VERIZON'S INTERROGATORIES
TO PLAINTIFF JAMES S. YEE
Case 1:05-cv-00037    Document 550-6    Filed 03/19/2008    Page 25 of 29

**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÁTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing, LLC and*
*Verizon Business Network Services, Inc.*

# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>       Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>       Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br><br>**DEFENDANT VERIZON'S INTERROGATORIES TO PLAINTIFF HENRY G. VAN METER** |

# ORIGINAL

DLI-6146171v1

1

1    **INTERROGATORY NO. 25:** Please identify each treating physician, psychiatrist,

2    psychologist, or other mental health practitioner with whom you have consulted for treatment,

3    counseling, or evaluation since 2000 for any of the following conditions, stating for each the full

4    name, address, phone number, and title of the identified treating professional: (a) mental or

5    emotional conditions or (b) stress, depression, anxiety, indigestion, mental anguish, humiliation,

6    severe depression, degradation, and associated physical health problems such as headaches,

7    shortness of breath, gastrointestinal complaints, sleeplessness, weight gain, weight loss, heart

8    conditions, panic attacks, sexual dysfunction, alcohol or drug dependency, or high blood pressure.

9    **ANSWER:**

10

11

12        DATED at Hagåtña, Guam, on October 10, 2007.

13

14                    **CIVILLE & TANG, PLLC**

15                    **JONES DAY**

16

17                    By:_____

                      **G. PATRICK CIVILLE**

18                       *Attorneys for Defendants*

                      *Verizon Business Purchasing, LLC and*

19                       *Verizon Business Network Services, Inc.*

20

21

22

23

24

25

26

27

28

DLI-6146171v1

11

**LUJAN AGUIGUI & PEREZ** LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

NOV 0 9 2007

4:20 pm

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, et al., <br><br> Plaintiffs, <br><br> -vs- <br><br> CALPAC, et al., <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br> **PLAINTIFF JERRY APODACA, JR.'S RESPONSE TO DEFENDANT VERIZON'S INTERROGATORIES** |

TO: **Defendants Verizon Business Purchasing, LLC, and Verizon Business Network Services, Inc., by and through their Counsel of Record, Civille & Tang, PLLC**

Plaintiff JERRY APODACA, JR. ("Plaintiff") hereby provides his response to Defendants Verizon Business Purchasing, LLC's and Verizon Business Network Services, Inc.'s (collectively "Verizon") Interrogatories. Plaintiff reserves the right to supplement or correct his response to any particular interrogatory at a later time.

### PRELIMINARY STATEMENT

These responses are made solely for the purpose of this action, without waiver of, and with preservation of:

1. The right to object to all questions as to competency, relevancy, materiality, confidentiality, privilege, and admissibility of the responses and the subject matter thereof as evidence for any purpose in any further proceeding in this action (including trial);

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Pl. Jerry Apodaca, Jr.'s Response to Def. Verizon's Interrogatories

1

**INTERROGATORY NO. 25:** Please identify each treating physician, psychiatrist, psychologist, or other mental health practitioner with whom you have consulted for treatment, counseling, or evaluation since 2000 for any of the following conditions, stating for each the full name, address, phone number, and title of the identified treating professional: (a) mental or emotional conditions or (b) stress, depression, anxiety, indigestion, mental anguish, humiliation, severe depression, degradation, and associated physical health problems such as headaches, shortness of breath, gastrointestinal complaints, sleeplessness, weight gain, weight loss, heart conditions, panic attacks, sexual dysfunction, alcohol or drug dependency, or high blood pressure.

**ANSWER:** OBJECTION. This interrogatory is overly broad as it seeks information not relevant to Plaintiff's Title VII claims since it is not limited to the relevant time frame set forth in the Second Amended Complaint and is not limited to injuries suffered as a result of the discrimination, harassment, hostile work environment, retaliation, and other unlawful practices suffered by Plaintiff. The information also is protected by the physician-patient privilege.

Dated this 6th day of November, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
DELIA LUJAN
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Pl. Jerry Apodaca, Jr.'s Response to Def. Verizon's Interrogatories

14

Case 1:05-cv-00037    Document 550-6    Filed 03/19/2008    Page 29 of 29