**ᴊAN AGUIGUI & PEREZ** LLP
.ttorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagâtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*



NOV 0 9 2007

4: 20 pm

## IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, et al., | CIVIL CASE NO. 05-00037 |
| Plaintiffs, | |
| -vs- | **PLAINTIFF ANTHONY C. ARRIOLA'S RESPONSE TO DEFENDANT VERIZON'S INTERROGATORIES** |
| CALPAC, et al., | |
| Defendants. | |

**TO:** **Defendants Verizon Business Purchasing, LLC, and Verizon Business Network Services, Inc., by and through their Counsel of Record, Civille & Tang, PLLC**

Plaintiff ANTHONY C. ARRIOLA ("Plaintiff") hereby provides his response to Defendants Verizon Business Purchasing, LLC's and Verizon Business Network Services, Inc.'s (collectively "Verizon") Interrogatories. Plaintiff reserves the right to supplement or correct his response to any particular interrogatory at a later time.

### PRELIMINARY STATEMENT

These responses are made solely for the purpose of this action, without waiver of, and with preservation of:

1. The right to object to all questions as to competency, relevancy, materiality, confidentiality, privilege, and admissibility of the responses and the subject matter thereof as evidence for any purpose in any further proceeding in this action (including trial);

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Pl. Anthony C. Arriola's Response to Def. Verizon's Interrogatories

1

Case 1:05-cv-00037    Document 550-7    Filed 03/19/2008    Page 1 of 28

1   **INTERROGATORY NO. 25:** Please identify each treating physician, psychiatrist,

2   psychologist, or other mental health practitioner with whom you have consulted for treatment,

3   counseling, or evaluation since 2000 for any of the following conditions, stating for each the full

4   name, address, phone number, and title of the identified treating professional: (a) mental or

5   emotional conditions or (b) stress, depression, anxiety, indigestion, mental anguish, humiliation,

6   severe depression, degradation, and associated physical health problems such as headaches,

7

8   shortness of breath, gastrointestinal complaints, sleeplessness, weight gain, weight loss, heart

9   conditions, panic attacks, sexual dysfunction, alcohol or drug dependency, or high blood pressure.

10   **ANSWER:** OBJECTION. This interrogatory is overly broad as it seeks information not relevant

11   to Plaintiff's Title VII claims since it is not limited to the relevant time frame set forth in the

12   Second Amended Complaint and is not limited to injuries suffered as a result of the

13

14   discrimination, harassment, hostile work environment, retaliation, and other unlawful practices

15   suffered by Plaintiff. The information also is protected by the physician-patient privilege.

16

17   Dated this 6th day of November, 2007.

18                              **LUJAN AGUIGUI & PEREZ** LLP

19

20                   By:                                       
                                  **DELIA LUJAN**

21                                   *Attorneys for Plaintiffs*

22

23

24

25

26

27

28

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Pl. Anthony C. Arriola's Response to Def. Verizon's Interrogatories

**LUJAN AGUIGUI & PEREZ** LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

NOV 0 9 2007

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, et al., | CIVIL CASE NO. 05-00037 |
| Plaintiffs, | |
| -vs- | **PLAINTIFF JOHN P. BABAUTA'S RESPONSE TO DEFENDANT VERIZON'S INTERROGATORIES** |
| CALPAC, et al., | |
| Defendants. | |

**TO:** **Defendants Verizon Business Purchasing, LLC, and Verizon Business Network Services, Inc., by and through their Counsel of Record, Civille & Tang, PLLC**

Plaintiff JOHN P. BABAUTA ("Plaintiff") hereby provides his response to Defendants Verizon Business Purchasing, LLC's and Verizon Business Network Services, Inc.'s (collectively "Verizon") Interrogatories. Plaintiff reserves the right to supplement or correct his response to any particular interrogatory at a later time.

## PRELIMINARY STATEMENT

These responses are made solely for the purpose of this action, without waiver of, and with preservation of:

1.     The right to object to all questions as to competency, relevancy, materiality, confidentiality, privilege, and admissibility of the responses and the subject matter thereof as evidence for any purpose in any further proceeding in this action (including trial);

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Pl. John P. Babauta's Response to Def. Verizon's Interrogatories

1

**INTERROGATORY NO. 25:** Please identify each treating physician, psychiatrist, psychologist, or other mental health practitioner with whom you have consulted for treatment, counseling, or evaluation since 2000 for any of the following conditions, stating for each the full name, address, phone number, and title of the identified treating professional: (a) mental or emotional conditions or (b) stress, depression, anxiety, indigestion, mental anguish, humiliation, severe depression, degradation, and associated physical health problems such as headaches, shortness of breath, gastrointestinal complaints, sleeplessness, weight gain, weight loss, heart conditions, panic attacks, sexual dysfunction, alcohol or drug dependency, or high blood pressure.

**ANSWER:** OBJECTION. This interrogatory is overly broad as it seeks information not relevant to Plaintiff's Title VII claims since it is not limited to the relevant time frame set forth in the Second Amended Complaint and is not limited to injuries suffered as a result of the discrimination, harassment, hostile work environment, retaliation, and other unlawful practices suffered by Plaintiff. The information also is protected by the physician-patient privilege.

Dated this 6th day of November, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
DELIA LUJAN
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Pl. John P. Babauta's Response to Def. Verizon's Interrogatories

14



1 **LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
2 Pacific News Building, Suite 300
238 Archbishop Flores Street
3 Hagåtña, Guam 96910
Telephone (671) 477-8064/5
4 Facsimile (671) 477-5297

5 *Attorneys for Plaintiffs*

6 **IN THE UNITED STATES DISTRICT COURT OF GUAM**

7 **FOR THE TERRITORY OF GUAM**

8

9 | HENRY G. VAN METER, et al., | CIVIL CASE NO. 05-00037 |

10 | Plaintiffs, |

11 | -vs- | **PLAINTIFF LARRY L. CHARFAUROS' RESPONSE TO DEFENDANT VERIZON'S INTERROGATORIES** |

12 | CALPAC, et al., |

13 | Defendants. |

14 **TO:  Defendants Verizon Business Purchasing, LLC, and Verizon Business Network Services, Inc., by and through their Counsel of Record, Civille & Tang, PLLC**

15

16     Plaintiff LARRY L. CHARFAUROS ("Plaintiff") hereby provides his response to

17 Defendants Verizon Business Purchasing, LLC's and Verizon Business Network Services, Inc.'s

18 (collectively "Verizon") Interrogatories. Plaintiff reserves the right to supplement or correct his

19 response to any particular interrogatory at a later time.

20

21 **PRELIMINARY STATEMENT**

22     These responses are made solely for the purpose of this action, without waiver of, and

23 with preservation of:

24     1.     The right to object to all questions as to competency, relevancy, materiality,

25 confidentiality, privilege, and admissibility of the responses and the subject matter thereof as

26 evidence for any purpose in any further proceeding in this action (including trial);

27

28

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Pl. Larry L. Charfauros' Response to Def. Verizon's Interrogatories

1

Case 1:05-cv-00037     Document 550-7     Filed 03/19/2008     Page 5 of 28

International Ring Project with any person or entity, including, but not limited to: the identity of every employer or potential employer you have contacted, the identity of any job placement or referral agencies or headhunters you have contacted, full-time or part-time job assignments or positions you applied for or held, and job offers extended, even if declined.

**ANSWER:** I worked at Cable Services Group.

**INTERROGATORY NO. 23:** Please identify all employment you have had since the date you ceased performing work on the Guam International Ring Project (including independent contracting jobs and assignments).

**ANSWER:** See Answer to Interrogatory No. 22.

**INTERROGATORY NO. 24:** Please describe any and all categories of damages claimed by you for discrimination, harassment and retaliation claims against Verizon, including, without limitation, the nature of each item of damage, the amount of each item of damage sought, the date each item of damage occurred, and the method for calculating such damage.

**ANSWER:** Plaintiffs seek damages including but not limited to damages for lost wages and benefits, bonuses, promotions, and interest, etc., backpay, front pay, as well as compensatory damages in the amount of at least $1,000,000 to each Plaintiff from each Defendant for mental anguish, personal suffering, public humiliation, and professional embarrassment. Plaintiffs also seek punitive damages and their attorney fees (hours multiplied by hourly rates) and costs.

**INTERROGATORY NO. 25:** Please identify each treating physician, psychiatrist, psychologist, or other mental health practitioner with whom you have consulted for treatment, counseling, or evaluation since 2000 for any of the following conditions, stating for each the full

Henry G. Van Meter, et al., v. CAL PAC, et al.                                    13
Civil Case No. 05-00037
Pl. Larry L. Charfauros' Response to Def. Verizon's Interrogatories

Case 1:05-cv-00037    Document 550-7    Filed 03/19/2008    Page 6 of 28

name, address, phone number, and title of the identified treating professional: (a) mental or emotional conditions or (b) stress, depression, anxiety, indigestion, mental anguish, humiliation, severe depression, degradation, and associated physical health problems such as headaches, shortness of breath, gastrointestinal complaints, sleeplessness, weight gain, weight loss, heart conditions, panic attacks, sexual dysfunction, alcohol or drug dependency, or high blood pressure.

**ANSWER:** OBJECTION. This interrogatory is overly broad as it seeks information not relevant to Plaintiff's Title VII claims since it is not limited to the relevant time frame set forth in the Second Amended Complaint and is not limited to injuries suffered as a result of the discrimination, harassment, hostile work environment, retaliation, and other unlawful practices suffered by Plaintiff. The information also is protected by the physician-patient privilege.

Dated this 6th day of November, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
DELIA LUJAN
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Pl. Larry L. Charfauros' Response to Def. Verizon's Interrogatories

14

Case 1:05-cv-00037    Document 550-7    Filed 03/19/2008    Page 7 of 28

**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297



*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, et al., | CIVIL CASE NO. 05-00037 |
| Plaintiffs, | |
| -vs- | **PLAINTIFF JESSE B. CRUZ'S RESPONSE TO DEFENDANT VERIZON'S INTERROGATORIES** |
| CALPAC, et al., | |
| Defendants. | |

**TO:** **Defendants Verizon Business Purchasing, LLC, and Verizon Business Network Services, Inc., by and through their Counsel of Record, Civille & Tang, PLLC**

Plaintiff JESSE B. CRUZ ("Plaintiff") hereby provides his response to Defendants Verizon Business Purchasing, LLC's and Verizon Business Network Services, Inc.'s (collectively "Verizon") Interrogatories. Plaintiff reserves the right to supplement or correct his response to any particular interrogatory at a later time.

### PRELIMINARY STATEMENT

These responses are made solely for the purpose of this action, without waiver of, and with preservation of:

1. The right to object to all questions as to competency, relevancy, materiality, confidentiality, privilege, and admissibility of the responses and the subject matter thereof as evidence for any purpose in any further proceeding in this action (including trial);

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Pl. Jesse B. Cruz's Response to Def. Verizon's Interrogatories

1

**INTERROGATORY NO. 25:** Please identify each treating physician, psychiatrist, psychologist, or other mental health practitioner with whom you have consulted for treatment, counseling, or evaluation since 2000 for any of the following conditions, stating for each the full name, address, phone number, and title of the identified treating professional: (a) mental or emotional conditions or (b) stress, depression, anxiety, indigestion, mental anguish, humiliation, severe depression, degradation, and associated physical health problems such as headaches, shortness of breath, gastrointestinal complaints, sleeplessness, weight gain, weight loss, heart conditions, panic attacks, sexual dysfunction, alcohol or drug dependency, or high blood pressure.

**ANSWER:** OBJECTION. This interrogatory is overly broad as it seeks information not relevant to Plaintiff's Title VII claims since it is not limited to the relevant time frame set forth in the Second Amended Complaint and is not limited to injuries suffered as a result of the discrimination, harassment, hostile work environment, retaliation, and other unlawful practices suffered by Plaintiff. The information also is protected by the physician-patient privilege.

Dated this 6th day of November, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____

**DELIA LUJAN**
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Pl. Jesse B. Cruz's Response to Def. Verizon's Interrogatories

14

Case 1:05-cv-00037    Document 550-7    Filed 03/19/2008    Page 9 of 28



1  **LUJAN AGUIGUI & PEREZ LLP**
   Attorneys at Law
2  Pacific News Building, Suite 300
   238 Archbishop Flores Street
3  Hagåtña, Guam 96910
   Telephone (671) 477-8064/5
4  Facsimile (671) 477-5297



NOV 0 9 2007

5  *Attorneys for Plaintiffs*

6  ### IN THE UNITED STATES DISTRICT COURT OF GUAM

7  ### FOR THE TERRITORY OF GUAM

8

9  HENRY G. VAN METER, et al.,        | CIVIL CASE NO. 05-00037

10                     Plaintiffs,

       -vs-                          **PLAINTIFF ROBERT B. CRUZ'S RESPONSE**
11                                    **TO DEFENDANT VERIZON'S**
    CALPAC, et al.,                   **INTERROGATORIES**
12
                       Defendants.
13

14  **TO:    Defendants Verizon Business Purchasing, LLC, and Verizon Business Network**
           **Services, Inc., by and through their Counsel of Record, Civille & Tang, PLLC**
15

16         Plaintiff ROBERT B. CRUZ ("Plaintiff") hereby provides his response to Defendants

17  Verizon Business Purchasing, LLC's and Verizon Business Network Services, Inc.'s (collectively

18  "Verizon") Interrogatories.  Plaintiff reserves the right to supplement or correct his response to

19  any particular interrogatory at a later time.

20

21                          **PRELIMINARY STATEMENT**

22         These responses are made solely for the purpose of this action, without waiver of, and

23  with preservation of:

24         1.     The right to object to all questions as to competency, relevancy, materiality,

25  confidentiality, privilege, and admissibility of the responses and the subject matter thereof as

26  evidence for any purpose in any further proceeding in this action (including trial);

27

28

Henry G. Van Meter, et al., v. CAL PAC, et al.                                    1
Civil Case No. 05-00037
Pl. Robert B. Cruz's Response to Def. Verizon's Interrogatories

Case 1:05-cv-00037    Document 550-7    Filed 03/19/2008    Page 10 of 28

**INTERROGATORY NO. 24:** Please describe any and all categories of damages claimed by you for discrimination, harassment and retaliation claims against Verizon, including, without limitation, the nature of each item of damage, the amount of each item of damage sought, the date each item of damage occurred, and the method for calculating such damage.

**ANSWER:** Plaintiffs seek damages including but not limited to damages for lost wages and benefits, bonuses, promotions, and interest, etc., backpay, front pay, as well as compensatory damages in the amount of at least $1,000,000 to each Plaintiff from each Defendant for mental anguish, personal suffering, public humiliation, and professional embarrassment. Plaintiffs also seek punitive damages and their attorney fees (hours multiplied by hourly rates) and costs.

**INTERROGATORY NO. 25:** Please identify each treating physician, psychiatrist, psychologist, or other mental health practitioner with whom you have consulted for treatment, counseling, or evaluation since 2000 for any of the following conditions, stating for each the full name, address, phone number, and title of the identified treating professional: (a) mental or emotional conditions or (b) stress, depression, anxiety, indigestion, mental anguish, humiliation, severe depression, degradation, and associated physical health problems such as headaches, shortness of breath, gastrointestinal complaints, sleeplessness, weight gain, weight loss, heart conditions, panic attacks, sexual dysfunction, alcohol or drug dependency, or high blood pressure.

**ANSWER:** OBJECTION. This interrogatory is overly broad as it seeks information not relevant to Plaintiff's Title VII claims since it is not limited to the relevant time frame set forth in the Second Amended Complaint and is not limited to injuries suffered as a result of the discrimination, harassment, hostile work environment, retaliation, and other unlawful practices suffered by Plaintiff. The information also is protected by the physician-patient privilege.

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Pl. Robert B. Cruz's Response to Def. Verizon's Interrogatories

14

Dated this 6th day of November, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
DELIA LUJAN
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Pl. Robert B. Cruz's Response to Def. Verizon's Interrogatories

15

Case 1:05-cv-00037     Document 550-7     Filed 03/19/2008     Page 12 of 28

**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297



*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, et al., | CIVIL CASE NO. 05-00037 |
| Plaintiffs, | |
| -vs- | **PLAINTIFF TEDDY B. CRUZ'S RESPONSE TO DEFENDANT VERIZON'S INTERROGATORIES** |
| CALPAC, et al., | |
| Defendants. | |

**TO:    Defendants Verizon Business Purchasing, LLC, and Verizon Business Network Services, Inc., by and through their Counsel of Record, Civille & Tang, PLLC**

Plaintiff TEDDY B. CRUZ ("Plaintiff") hereby provides his response to Defendants Verizon Business Purchasing, LLC's and Verizon Business Network Services, Inc.'s (collectively "Verizon") Interrogatories. Plaintiff reserves the right to supplement or correct his response to any particular interrogatory at a later time.

### PRELIMINARY STATEMENT

These responses are made solely for the purpose of this action, without waiver of, and with preservation of:

1.    The right to object to all questions as to competency, relevancy, materiality, confidentiality, privilege, and admissibility of the responses and the subject matter thereof as evidence for any purpose in any further proceeding in this action (including trial);

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Pl. Teddy B. Cruz's Response to Def. Verizon's Interrogatories

1

Case 1:05-cv-00037    Document 550-7    Filed 03/19/2008    Page 13 of 28

1  **INTERROGATORY NO. 25:**    Please identify each treating physician, psychiatrist,

2  psychologist, or other mental health practitioner with whom you have consulted for treatment,

3  counseling, or evaluation since 2000 for any of the following conditions, stating for each the full

4  name, address, phone number, and title of the identified treating professional:  (a) mental or

5  emotional conditions or (b) stress, depression, anxiety, indigestion, mental anguish, humiliation,

6  severe depression, degradation, and associated physical health problems such as headaches,

7  shortness of breath, gastrointestinal complaints, sleeplessness, weight gain, weight loss, heart

8

9  conditions, panic attacks, sexual dysfunction, alcohol or drug dependency, or high blood pressure.

10  **ANSWER:** OBJECTION.  This interrogatory is overly broad as it seeks information not relevant

11  to Plaintiff's Title VII claims since it is not limited to the relevant time frame set forth in the

12  Second Amended Complaint and is not limited to injuries suffered as a result of the

13  discrimination, harassment, hostile work environment, retaliation, and other unlawful practices

14

15  suffered by Plaintiff.  The information also is protected by the physician-patient privilege.

16

17       Dated this 6th day of November, 2007.

18                                          **LUJAN AGUIGUI & PEREZ** LLP

19                              By:  _____

20                                          **DELIA LUJAN**
                                             *Attorneys for Plaintiffs*

21

22

23

24

25

26

27

28

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Pl. Teddy B. Cruz's Response to Def. Verizon's Interrogatories

14

**LUJAN AGUIGUI & PEREZ** LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

NOV 0 9 2007

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, et al., <br><br> Plaintiffs, <br><br> -vs- <br><br> CALPAC, et al., <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br> **PLAINTIFF JOSEPH J. HERNANDEZ'S RESPONSE TO DEFENDANT VERIZON'S INTERROGATORIES** |

**TO:** **Defendants Verizon Business Purchasing, LLC, and Verizon Business Network Services, Inc., by and through their Counsel of Record, Civille & Tang, PLLC**

Plaintiff JOSEPH J. HERNANDEZ ("Plaintiff") hereby provides his response to Defendants Verizon Business Purchasing, LLC's and Verizon Business Network Services, Inc.'s (collectively "Verizon") Interrogatories. Plaintiff reserves the right to supplement or correct his response to any particular interrogatory at a later time.

### PRELIMINARY STATEMENT

These responses are made solely for the purpose of this action, without waiver of, and with preservation of:

1.     The right to object to all questions as to competency, relevancy, materiality, confidentiality, privilege, and admissibility of the responses and the subject matter thereof as evidence for any purpose in any further proceeding in this action (including trial);

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Pl. Joseph J. Hernandez's Response to Def. Verizon's Interrogatories

1

**INTERROGATORY NO. 25:** Please identify each treating physician, psychiatrist, psychologist, or other mental health practitioner with whom you have consulted for treatment, counseling, or evaluation since 2000 for any of the following conditions, stating for each the full name, address, phone number, and title of the identified treating professional: (a) mental or emotional conditions or (b) stress, depression, anxiety, indigestion, mental anguish, humiliation, severe depression, degradation, and associated physical health problems such as headaches, shortness of breath, gastrointestinal complaints, sleeplessness, weight gain, weight loss, heart conditions, panic attacks, sexual dysfunction, alcohol or drug dependency, or high blood pressure.

**ANSWER:** OBJECTION. This interrogatory is overly broad as it seeks information not relevant to Plaintiff's Title VII claims since it is not limited to the relevant time frame set forth in the Second Amended Complaint and is not limited to injuries suffered as a result of the discrimination, harassment, hostile work environment, retaliation, and other unlawful practices suffered by Plaintiff. The information also is protected by the physician-patient privilege.

Dated this 6th day of November, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
**DELIA LUJAN**
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Pl. Joseph J. Hernandez's Response to Def. Verizon's Interrogatories

14

Case 1:05-cv-00037   Document 550-7   Filed 03/19/2008   Page 16 of 28

**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*



NOV 0 9 2007

CIVILE & TANG

4:20pm

## IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, et al., | CIVIL CASE NO. 05-00037 |
| Plaintiffs, | |
| -vs- | **PLAINTIFF JOSEPH T. MENDIOLA'S RESPONSE TO DEFENDANT VERIZON'S INTERROGATORIES** |
| CALPAC, et al., | |
| Defendants. | |

**TO:** **Defendants Verizon Business Purchasing, LLC, and Verizon Business Network Services, Inc., by and through their Counsel of Record, Civille & Tang, PLLC**

Plaintiff JOSEPH T. MENDIOLA ("Plaintiff") hereby provides his response to Defendants Verizon Business Purchasing, LLC's and Verizon Business Network Services, Inc.'s (collectively "Verizon") Interrogatories. Plaintiff reserves the right to supplement or correct his response to any particular interrogatory at a later time.

### PRELIMINARY STATEMENT

These responses are made solely for the purpose of this action, without waiver of, and with preservation of:

1. The right to object to all questions as to competency, relevancy, materiality, confidentiality, privilege, and admissibility of the responses and the subject matter thereof as evidence for any purpose in any further proceeding in this action (including trial);

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Pl. Joseph T. Mendiola's Response to Def. Verizon's Interrogatories

1

Case 1:05-cv-00037    Document 550-7    Filed 03/19/2008    Page 17 of 28

Then, I applied at Marianas CableVision and was hired. Then, I applied at Island Apparel and was hired.

**INTERROGATORY NO. 23:** Please identify all employment you have had since the date you ceased performing work on the Guam International Ring Project (including independent contracting jobs and assignments).

**ANSWER:** I have worked at Cable Services Group, MCV, and Island Apparel.

**INTERROGATORY NO. 24:** Please describe any and all categories of damages claimed by you for discrimination, harassment and retaliation claims against Verizon, including, without limitation, the nature of each item of damage, the amount of each item of damage sought, the date each item of damage occurred, and the method for calculating such damage.

**ANSWER:** Plaintiffs seek damages including but not limited to damages for lost wages and benefits, bonuses, promotions, and interest, etc., backpay, front pay, as well as compensatory damages in the amount of at least $1,000,000 to each Plaintiff from each Defendant for mental anguish, personal suffering, public humiliation, and professional embarrassment. Plaintiffs also seek punitive damages and their attorney fees (hours multiplied by hourly rates) and costs.

**INTERROGATORY NO. 25:** Please identify each treating physician, psychiatrist, psychologist, or other mental health practitioner with whom you have consulted for treatment, counseling, or evaluation since 2000 for any of the following conditions, stating for each the full name, address, phone number, and title of the identified treating professional: (a) mental or emotional conditions or (b) stress, depression, anxiety, indigestion, mental anguish, humiliation, severe depression, degradation, and associated physical health problems such as headaches,

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Pl. Joseph T. Mendiola's Response to Def. Verizon's Interrogatories

14

shortness of breath, gastrointestinal complaints, sleeplessness, weight gain, weight loss, heart conditions, panic attacks, sexual dysfunction, alcohol or drug dependency, or high blood pressure.

**ANSWER:** OBJECTION. This interrogatory is overly broad as it seeks information not relevant to Plaintiff's Title VII claims since it is not limited to the relevant time frame set forth in the Second Amended Complaint and is not limited to injuries suffered as a result of the discrimination, harassment, hostile work environment, retaliation, and other unlawful practices suffered by Plaintiff. The information also is protected by the physician-patient privilege.

Dated this 6th day of November, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____

**DELIA LUJAN**
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Pl. Joseph T. Mendiola's Response to Def. Verizon's Interrogatories

15

Case 1:05-cv-00037   Document 550-7   Filed 03/19/2008   Page 19 of 28



**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, et al., | CIVIL CASE NO. 05-00037 |
| Plaintiffs, | |
| -vs- | **PLAINTIFF ROLAND F. MENDIOLA'S RESPONSE TO DEFENDANT VERIZON'S INTERROGATORIES** |
| CALPAC, et al., | |
| Defendants. | |

**TO:    Defendants Verizon Business Purchasing, LLC, and Verizon Business Network Services, Inc., by and through their Counsel of Record, Civille & Tang, PLLC**

Plaintiff ROLAND F. MENDIOLA ("Plaintiff") hereby provides his response to Defendants Verizon Business Purchasing, LLC's and Verizon Business Network Services, Inc.'s (collectively "Verizon") Interrogatories. Plaintiff reserves the right to supplement or correct his response to any particular interrogatory at a later time.

## PRELIMINARY STATEMENT

These responses are made solely for the purpose of this action, without waiver of, and with preservation of:

1.    The right to object to all questions as to competency, relevancy, materiality, confidentiality, privilege, and admissibility of the responses and the subject matter thereof as evidence for any purpose in any further proceeding in this action (including trial);

Henry G. Van Meter, et al., v. CAL PAC, et al.    1
Civil Case No. 05-00037
Pl. Roland F. Mendiola's Response to Def. Verizon's Interrogatories

International Ring Project with any person or entity, including, but not limited to: the identity of every employer or potential employer you have contacted, the identity of any job placement or referral agencies or headhunters you have contacted, full-time or part-time job assignments or positions you applied for or held, and job offers extended, even if declined.

**ANSWER:** worked at: 1) Cable Services Group; 2) Advance Management, in Harmon Industrial Park; 3) JJ International Services. I now work in retail in Texas.

**INTERROGATORY NO. 23:** Please identify all employment you have had since the date you ceased performing work on the Guam International Ring Project (including independent contracting jobs and assignments).

**ANSWER:** See Answer to Interrogatory No. 22 above.

**INTERROGATORY NO. 24:** Please describe any and all categories of damages claimed by you for discrimination, harassment and retaliation claims against Verizon, including, without limitation, the nature of each item of damage, the amount of each item of damage sought, the date each item of damage occurred, and the method for calculating such damage.

**ANSWER:** Plaintiffs seek damages including but not limited to damages for lost wages and benefits, bonuses, promotions, and interest, etc., backpay, front pay, as well as compensatory damages in the amount of at least $1,000,000 to each Plaintiff from each Defendant for mental anguish, personal suffering, public humiliation, and professional embarrassment. Plaintiffs also seek punitive damages and their attorney fees (hours multiplied by hourly rates) and costs.

**INTERROGATORY NO. 25:** Please identify each treating physician, psychiatrist, psychologist, or other mental health practitioner with whom you have consulted for treatment,

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Pl. Roland F. Mendiola's Response to Def. Verizon's Interrogatories

13

Case 1:05-cv-00037    Document 550-7    Filed 03/19/2008    Page 21 of 28

counseling, or evaluation since 2000 for any of the following conditions, stating for each the full name, address, phone number, and title of the identified treating professional: (a) mental or emotional conditions or (b) stress, depression, anxiety, indigestion, mental anguish, humiliation, severe depression, degradation, and associated physical health problems such as headaches, shortness of breath, gastrointestinal complaints, sleeplessness, weight gain, weight loss, heart conditions, panic attacks, sexual dysfunction, alcohol or drug dependency, or high blood pressure.

**ANSWER:** OBJECTION. This interrogatory is overly broad as it seeks information not relevant to Plaintiff's Title VII claims since it is not limited to the relevant time frame set forth in the Second Amended Complaint and is not limited to injuries suffered as a result of the discrimination, harassment, hostile work environment, retaliation, and other unlawful practices suffered by Plaintiff. The information also is protected by the physician-patient privilege.


Dated this 6th day of November, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____

**DELIA LUJAN**
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Pl. Roland F. Mendiola's Response to Def. Verizon's Interrogatories

14

Case 1:05-cv-00037    Document 550-7    Filed 03/19/2008    Page 22 of 28

**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, et al., | CIVIL CASE NO. 05-00037 |
| Plaintiffs, | |
| -vs- | **PLAINTIFF JOHN L.G. NAUTA'S RESPONSE TO DEFENDANT VERIZON'S INTERROGATORIES** |
| CALPAC, et al., | |
| Defendants. | |

**TO:    Defendants Verizon Business Purchasing, LLC, and Verizon Business Network Services, Inc., by and through their Counsel of Record, Civille & Tang, PLLC**

Plaintiff JOHN L.G. NAUTA ("Plaintiff") hereby provides his response to Defendants Verizon Business Purchasing, LLC's and Verizon Business Network Services, Inc.'s (collectively "Verizon") Interrogatories. Plaintiff reserves the right to supplement or correct his response to any particular interrogatory at a later time.

## PRELIMINARY STATEMENT

These responses are made solely for the purpose of this action, without waiver of, and with preservation of:

1.      The right to object to all questions as to competency, relevancy, materiality, confidentiality, privilege, and admissibility of the responses and the subject matter thereof as evidence for any purpose in any further proceeding in this action (including trial);

Henry G. Van Meter, et al., v. CAL PAC, et al.                                                    1
Civil Case No. 05-00037
Pl. John L.G. Nauta's Response to Def. Verizon's Interrogatories

**INTERROGATORY NO. 25:** Please identify each treating physician, psychiatrist, psychologist, or other mental health practitioner with whom you have consulted for treatment, counseling, or evaluation since 2000 for any of the following conditions, stating for each the full name, address, phone number, and title of the identified treating professional: (a) mental or emotional conditions or (b) stress, depression, anxiety, indigestion, mental anguish, humiliation, severe depression, degradation, and associated physical health problems such as headaches, shortness of breath, gastrointestinal complaints, sleeplessness, weight gain, weight loss, heart conditions, panic attacks, sexual dysfunction, alcohol or drug dependency, or high blood pressure.

**ANSWER:** OBJECTION. This interrogatory is overly broad as it seeks information not relevant to Plaintiff's Title VII claims since it is not limited to the relevant time frame set forth in the Second Amended Complaint and is not limited to injuries suffered as a result of the discrimination, harassment, hostile work environment, retaliation, and other unlawful practices suffered by Plaintiff. The information also is protected by the physician-patient privilege.

Dated this 6th day of November, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
DELIA LUJAN
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Pl. John L.G. Nauta's Response to Def. Verizon's Interrogatories

14

Case 1:05-cv-00037    Document 550-7    Filed 03/19/2008    Page 24 of 28

**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

NOV 0 9 2007

## IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, et al., | CIVIL CASE NO. 05-00037 |
| Plaintiffs, | |
| -vs- | **PLAINTIFF HENRY G. VAN METER'S RESPONSE TO DEFENDANT VERIZON'S INTERROGATORIES** |
| CALPAC, et al., | |
| Defendants. | |

**TO:** **Defendants Verizon Business Purchasing, LLC, and Verizon Business Network Services, Inc., by and through their Counsel of Record, Civille & Tang, PLLC**

Plaintiff HENRY G. VAN METER ("Plaintiff") hereby provides his response to Defendants Verizon Business Purchasing, LLC's and Verizon Business Network Services, Inc.'s (collectively "Verizon") Interrogatories. Plaintiff reserves the right to supplement or correct his response to any particular interrogatory at a later time.

## PRELIMINARY STATEMENT

These responses are made solely for the purpose of this action, without waiver of, and with preservation of:

1.     The right to object to all questions as to competency, relevancy, materiality, confidentiality, privilege, and admissibility of the responses and the subject matter thereof as evidence for any purpose in any further proceeding in this action (including trial);

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Pl. Henry G. Van Meter's Response to Def. Verizon's Interrogatories

1

1    **INTERROGATORY NO. 25:**    Please identify each treating physician, psychiatrist,

2    psychologist, or other mental health practitioner with whom you have consulted for treatment,

3    counseling, or evaluation since 2000 for any of the following conditions, stating for each the full

4    name, address, phone number, and title of the identified treating professional:   (a) mental or

5    emotional conditions or (b) stress, depression, anxiety, indigestion, mental anguish, humiliation,

6    severe depression, degradation, and associated physical health problems such as headaches,

7    

8    shortness of breath, gastrointestinal complaints, sleeplessness, weight gain, weight loss, heart

9    conditions, panic attacks, sexual dysfunction, alcohol or drug dependency, or high blood pressure.

10   **ANSWER:** OBJECTION. This interrogatory is overly broad as it seeks information not relevant

11   to Plaintiff's Title VII claims since it is not limited to the relevant time frame set forth in the

12   Second Amended Complaint and is not limited to injuries suffered as a result of the

13   

14   discrimination, harassment, hostile work environment, retaliation, and other unlawful practices

15   suffered by Plaintiff. The information also is protected by the physician-patient privilege.

16   

17        Dated this 6th day of November, 2007.

18                                                      **LUJAN AGUIGUI & PEREZ** LLP

19                                              By:    _____

20                                                      **DELIA LUJAN**
                                                       *Attorneys for Plaintiffs*

21

22

23

24

25

26

27

28

Henry G. Van Meter, et al., v. CAL PAC, et al.                                                    14
Civil Case No. 05-00037
Pl. Henry G. Van Meter's Response to Def. Verizon's Interrogatories

**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT OF GUAM**

**FOR THE TERRITORY OF GUAM**

| | |
|---|---|
| HENRY G. VAN METER, et al., | CIVIL CASE NO. 05-00037 |
| Plaintiffs, | |
| -vs- | **PLAINTIFF JAMES S. YEE'S RESPONSE TO DEFENDANT VERIZON'S INTERROGATORIES** |
| CALPAC, et al., | |
| Defendants. | |

**TO:     Defendants Verizon Business Purchasing, LLC, and Verizon Business Network Services, Inc., by and through their Counsel of Record, Civille & Tang, PLLC**

Plaintiff JAMES S. YEE ("Plaintiff") hereby provides his response to Defendants Verizon Business Purchasing, LLC's and Verizon Business Network Services, Inc.'s (collectively "Verizon") Interrogatories. Plaintiff reserves the right to supplement or correct his response to any particular interrogatory at a later time.

**PRELIMINARY STATEMENT**

These responses are made solely for the purpose this action, without waiver of, and with preservation of:

1.      The right to object to all questions as to competency, relevancy, materiality, confidentiality, privilege, and admissibility of the responses and the subject matter thereof as evidence for any purpose in any further proceeding in this action (including trial);

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Pl. James S. Yee's Response to Def. Verizon's Interrogatories

1

1  **ANSWER:** Plaintiffs seek damages including but not limited to damages for lost wages and

2  benefits, bonuses, promotions, and interest, etc., backpay, front pay, as well as compensatory

3  damages in the amount of at least $1,000,000 to each Plaintiff from each Defendant for mental

4  anguish, personal suffering, public humiliation, and professional embarrassment. Plaintiffs also

5  seek punitive damages and their attorney fees (hours multiplied by hourly rates) and costs.

6

7

8  **INTERROGATORY NO. 25:**  Please identify each treating physician, psychiatrist,

9  psychologist, or other mental health practitioner with whom you have consulted for treatment,

10  counseling, or evaluation since 2000 for any of the following conditions, stating for each the full

11  name, address, phone number, and title of the identified treating professional:  (a) mental or

12  emotional conditions or (b) stress, depression, anxiety, indigestion, mental anguish, humiliation,

13  severe depression, degradation, and associated physical health problems such as headaches,

14  shortness of breath, gastrointestinal complaints, sleeplessness, weight gain, weight loss, heart

15  conditions, panic attacks, sexual dysfunction, alcohol or drug dependency, or high blood pressure.

16

17  **ANSWER:** OBJECTION. This interrogatory is overly broad as it seeks information not relevant

18  to Plaintiff's Title VII claims since it is not limited to the relevant time frame set forth in the

19  Second Amended Complaint and is not limited to injuries suffered as a result of the

20  discrimination, harassment, hostile work environment, retaliation, and other unlawful practices

21  suffered by Plaintiff. The information also is protected by the physician-patient privilege.

22

23

24  Dated this 6th day of November, 2007.

25  **LUJAN AGUIGUI & PEREZ LLP**

26  By:

27  **DELIA LUJAN**
   *Attorneys for Plaintiffs*

28

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Pl. James S. Yee's Response to Def. Verizon's Interrogatories

14

Case 1:05-cv-00037   Document 550-7   Filed 03/19/2008   Page 28 of 28