CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendants Verizon Business
Purchasing LLC and Verizon Business
Network Services, Inc.*



FILED
DISTRICT COURT OF GUAM

MAR 1 9 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING LLC, VERIZON MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>**MOTION FOR LEAVE TO FILE FACSIMILE AFFIDAVIT OF JEFFERY BUEHLER** |

Defendants Verizon Business Purchasing LLC and Verizon Business Network Services, Inc. ("Verizon"), respectfully move the Court, pursuant to GR 5.1(a) of the Local Rules of Practice for the District Court of Guam, for leave to file herewith facsimile copies of the Affidavit of Jeffery Buehler. The declarant is presently residing in Texas and has executed his affidavit in that state. The signed original of the affidavit has been sent to counsel for Verizon via courier, and will be filed with this Court immediately upon receipt.

ORIGINAL

Respectfully submitted this 19th day of March, 2008.

          **CIVILLE & TANG, PLLC**

          By: *[signature]*
          **G. PATRICK CIVILLE**
          *Attorneys for Defendants Verizon*
          *Business Purchasing LLC and Verizon*
          *Business Network Services, Inc.*

| | |
|---|---|
| 1 | **CIVILLE & TANG, PLLC**<br>330 HERNAN CORTEZ AVENUE, SUITE 200 |
| 2 | HAGÅTÑA, GUAM 96910<br>TELEPHONE: (671) 472-8869/69 |
| 3 | FACSIMILE: (671) 477-2511 |
| 4 | **JONES DAY**<br>2727 NORTH HARWOOD STREET |
| 5 | DALLAS, TEXAS 75201-1515<br>TELEPHONE: (214) 220-3939 |
| 6 | FACSIMILE: (671) 969-5100 |
| 7 | *Attorneys for Defendants*<br>*Verizon Business Purchasing LLC and* |
| 8 | *Verizon Business Network Services, Inc.,*<br>*Misnamed as MCI* |

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, | ) ) ) ) ) ) ) ) ) ) ) | CIVIL CASE NO. 05-00037<br><br>**AFFIDAVIT OF JEFFERY BUEHLER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CALIFORNIA PACIFIC TECHNICAL SERVICES LLC, a.k.a. CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

# AFFIDAVIT OF JEFFERY BUEHLER

BEFORE the undersigned Notary, on this day personally appeared JEFFERY BUEHLER, known to me to be the person whose name is subscribed hereto, and having been first duly sworn, did depose and state:

1. My name is Jeffery Buehler. I am over twenty-one years of age and am competent to make this Affidavit. This Affidavit is based upon my personal knowledge and belief and the facts stated herein are true and correct.

2. I am currently employed by Verizon Business. My title is Construction Manager for the Regional Engineering and Construction Department, Gulf States Region. I have been in this or a similar position since 1999. I have knowledge regarding California Pacific Technical Services LLC's ("Calpac") installation of underground cable in Guam pursuant to the contract between Calpac and WorldCom Purchasing, LLC, dated February 13, 2004 and Dynamic Technical Services' ("DTS") oversight of Calpac's installation pursuant to the contract between MCI WorldCom Network Services, Inc. and DTS, dated September 24, 2001 (the "Contracts"). I further have knowledge regarding the Contract documents and the documents and electronic information generated by Calpac's and DTS' work pursuant to the Contracts.

3. NASA entered into a contract with Verizon under which Verizon agreed to provide data services to NASA. Because NASA was not connected to the existing Verizon network, Verizon contracted with Calpac to install a new fiber ring on Guam for the purpose of providing data connectivity to NASA – the Guam International Ring Project. With the installation of a new fiber ring by Calpac, Verizon began, and continues, to provide data services to NASA. Documents generated by the work performed under the Contracts relate to the cable network and the data services provided to NASA on Guam. Included among such documents are
**AFFIDAVIT OF JEFFERY BUEHLER** -- Page 1

plans, maps, drawings, building diagrams, descriptions of work performed in the field, statements of work, daily production reports, and other documents relating to the installation and location of cable on behalf of NASA. Work performed under the Contracts also generated documents relating to the bidding process and costs of the Guam International Ring Project, including bid proposals, financial information, proposals for equipment and materials, agreements with contractors, and schedules of costs for services and equipment. Because of the scope of the Guam International Ring Project, the documents generated by the performance of work under the Contracts number in the thousands.

4. Documents relating to the location and installation of cable, including route maps, drawings, building diagrams, production reports, and other documents, can reveal the location of the cable network. In particular, such maps and drawings can reveal what could be considered as vulnerable points in the system. Vulnerable points include handholes and splice points in the route. These points are inherently more difficult to locate without the assistance of such documents.

5. Documents relating to the location of cable and the installation of the cable network generally are considered and treated as confidential and restricted, particularly with respect to cable servicing government clients. Disclosure of such documents in the case of NASA could compromise the security of NASA's data services.

6. In addition, documents that contain Verizon's confidential business information, such as documents relating to customer pricing, costs to install cable, prices paid for management services, and business strategies and methods, could provide competitors, such as AT&T, a competitive advantage when bidding for projects. Documents that reveal the bidding process and confidential bids from contractors and suppliers may provide comparative pricing

information to contractors, which could place Verizon at a competitive disadvantage with contractors.

7.  FURTHER AFFIANT SAITH NOT.

_____
JEFFERY BUEHLER

SUBSCRIBED AND SWORN TO BEFORE ME this 13th day of March 2008.

_____
Notary Public in and for the
State of Texas

My Commission Expires:

CELIA H. POOLE
MY COMMISSION EXPIRES
April 13, 2008

**AFFIDAVIT OF JEFFERY BUEHLER** – Page 3