VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

Attorneys for Defendant California Pacific Technical Services LLC,

FILED
DISTRICT COURT OF GUAM
MAR 28 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV05-00037<br><br>**DEFENDANT CALIFORNIA PACIFIC TECHNICAL SERVICES LLC'S POSITION RE JOINT MOTION TO AMEND SCHEDULING ORDER** |

Due to the latest inclusion of the Verizon Defendants, the plaintiffs were re-deposed. California Pacific Technical Services LLC ("CalPac") has been required to send a legal representative to the additional depositions and incur additional costs associated with the discovery. If granted, it would be the "fourth" amended scheduling order and would once again require participation in additional discovery. As such, CalPac opposes

the re-re-opening of discovery.

CalPac has been informed that the Court's schedule may not accommodate the current trial date and has no objection to the continuance of the trial date to October as outlined in the joint motion along with the continuance of the pretrial conferences pretrial disclosures, and the filing of the trial documents and pretrial order.

**RESPECTFULLY SUBMITTED** this 28th day of March, 2008.

**BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO**
A PROFESSIONAL CORPORATION

BY: *Vincent Leon Guerrero*
**VINCENT LEON GUERRERO**
*Attorneys for Defendant California Pacific Technical Services LLC*

```
V63\08130-03
G:\WORDDOC\PLD\VLG\255-CALPAC'S POSITION RE JOINT MTN TO
AMEND SCHED ORD. RE VAN METER ET AL V CALPAC ET AL.DOC
```