VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant California Pacific Technical Services LLC*

**FILED**
**DISTRICT COURT OF GUAM**

MAR 2 8 2008

**JEANNE G. QUINATA**
**Clerk of Court**

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. CIV05-00037 <br><br><br> **CERTIFICATE OF SERVICE** |

I, **ARIES J. MENDIOLA**, hereby certify that a true and correct copy of **DEFENDANT CALIFORNIA PACIFIC TECHNICAL SERVICES LLC'S POSITION RE JOINT MOTION TO AMEND SCHEDULING ORDER** filed herein on March 28, 2008, will be served via hand delivery on March 28, 2008, or soon thereafter, upon the following:

**DELIA LUJAN, ESQ.**
**LUJAN AGUIGUI & PEREZ LLP**
**SUITE 300 PACIFIC NEWS BUILDING**
**238 ARCHBISHOP F C FLORES ST**
**HAGÅTÑA, GUAM 96910**

ELYZE J.T. MCDONALD, ESQ.
CARLSMITH BALL
BANK OF HAWAII BUILDING
SUITE 401
134 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM  96910


G. PATRICK CIVILLE, ESQ.
CIVILLE & TANG, PLLC
SUITE 200, 330 HERNAN CORTES AVENUE
HAGÅTÑA, GUAM  96910

DATE:  MARCH 28, 2008

_____
ARIES J. MENDIOLA

V63\08130-03
G:\WORDDOC\PLD\VLG\255A-COS CALPAC'S POSITION RE JOINT MTN
TO AMEND SCHED ORDER RE VAN METER ET AL V CALPAC ET AL.DOC