**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*

**FILED**
DISTRICT COURT OF GUAM

APR 09 2008

**JEANNE G. QUINATA**
**Clerk of Court**

# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALIFORNIA PACIFIC TECHNICAL SERVICES LLC, a.k.a. CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br> **DECLARATION OF G. PATRICK CIVILLE IN SUPPORT OF VERIZON DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO VERIZON'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS, INTERROGATORY ANSWERS, AND VERIFICATIONS** |

ORIGINAL

1    I, **G. PATRICK CIVILLE**, hereby declare under penalty of perjury as follows:

2    1.    I am a member of the bar of Guam and of the law firm of Civille & Tang, PLLC,

3    counsel for Defendants Verizon Business Purchasing LLC and Verizon Business Network

4    Services, Inc. (collectively "Verizon"). I submit this declaration in support of Verizon

5    Defendants' Reply to Plaintiffs' Opposition to Verizon's Motion to Compel Production of

6    Documents, Interrogatory Answers, and Verifications. I have personal knowledge of the facts

7    stated herein and, if called as a witness, could and would testify competently thereto.

8    2.    Attached hereto as **Exhibit A** are true and correct copies of excerpts of the January

9    25, 2008 Deposition Transcript of Teddy B. Cruz.

10    3.    Attached hereto as **Exhibit B** are true and correct copies of excerpts of the January

11    30, 2008 Deposition Transcript of Jerry Apodaca.

12    4.    Attached hereto as **Exhibit C** are true and correct copies of excerpts of the

13    February 6, 2008 Deposition Transcript of John Babauta.

14    5.    Attached hereto as **Exhibit D** are true and correct copies of excerpts of the January

15    25, 2008 Deposition Transcript of Larry Charfauros.

16    6.    Attached hereto as **Exhibit E** is the Disclosure of Plaintiffs' Experts dated October

17    3, 2006.

18    7.    On or about November 9, 2007, Plaintiffs served on Verizon's counsel their

19    Responses to Verizon's Interrogatories. Attached hereto as **Exhibit F** are copies of Plaintiffs'

20    responses to Verizon's Interrogatory No. 24.

21    I declare under penalty of perjury under the laws of Guam (6 G.C.A. Section 4308) that

22    the foregoing is true and correct.

23    Executed at Hagåtña, Guam, on April 9, 2008.

24

25

26    **G. PATRICK CIVILLE**

27

28

- 2 -

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

HENRY G. VAN METER, JERRY     ) CIVIL CASE NO. CIV05-00037
APODACA, JR., JOSEPH J.       )
HERNANDEZ, JOSEPH T. MENDIOLA, )
LARRY L. CHARFAUROS, ANTHONY   )
C. ARRIOLA, ROBERT B. CRUZ,    )
ROLAND F. MENDIOLA, JAMES S.   )
YEE, TEDDY B. CRUZ, JESSE B.   )
CRUZ, JOHN L.G. NAUTA and JOHN )
P. BABAUTA,                       )
                             )
          Plaintiffs,   )
                             )
         vs.                )
                             )
CALIFORNIA PACIFIC TECHNICAL   )
SERVICES LLC, a.k.a. CALPAC,   )
DYNAMIC TECHNICAL SERVICES,    )
VERIZON BUSINESS PURCHASING    )
LLC, VERIZON BUSINESS NETWORK  )
SERVICES, INC., JOHN HEALY,    )
DENNIS CLARK, WILLIAM WARD,    )
JAI JAMES and DOES 1 through   )
10,                           )
         Defendants.   )
                             )

DEPOSITION TRANSCRIPT

OF

**TEDDY B. CRUZ**
January 25, 2008



PREPARED BY:   GEORGE B. CASTRO
                 **DEPO RESOURCES**
                 #49 Anacoco Lane
                 Nimitz Hill Estates
                 Piti, Guam 96915
                 Tel:(671)688-**DEPO** • Fax:(671)472-3094

1    Q    Okay.   And what was your job at Cable

2  Service Group?

3    A    Laborer.

4    Q    What was your pay?

5    A    I can't remember.

6    Q    Okay.   Do you know if you made more or

7  less than you were making at CalPac?

8    A    Less.

9    Q    Do you know how much less?

10   A    A couple of dollars less.

11   Q    Okay.   So maybe you started at Cable

12 Service Group at about 10 bucks?

13   A    No.   Less than 10 bucks.

14   Q    So, 9 bucks?

15   A    About 8.

16   Q    So, it was $4.00 less.   At Cable

17 Service Group, did you get any benefits like

18 health insurance?

19   A    No.

20   Q    How about at CalPac, did you have

21 health insurance or any other benefits?

22   A    Health insurance.

23   Q    Who was that through?

24   A    Staywell.

25   Q    Okay.   Was Staywell, was health

REPORTER'S CERTIFICATE

I, **Melinda D. Castro**, Court Reporter, do hereby certify the foregoing 109 pages to be a true and correct transcript of the audio recording made by a Notary Public Officer of Depo Resources in the within-entitled and numbered case at the time and place as set forth herein.

I do hereby certify that prior to examination the deponent was duly sworn upon oath and that a request for review was made; and that thereafter the transcript was prepared by me or under my supervision.

I am not a direct relative, employee, attorney or counsel of any of the parties, nor a direct relative or employee of such attorney or counsel, and that I am not directly or indirectly interested in the matters in controversy.

In testimony whereof, I have hereunto set my hand and seal of Court this 25th day of January, 2008.

_____
Melinda D. Castro

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-DEPO * Fax(671)472-3094

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
### FOR THE TERRITORY OF GUAM

HENRY G. VAN METER, JERRY    ) CIVIL CASE NO. CIV05-00037
APODACA, JR., JOSEPH J.       )
HERNANDEZ, JOSEPH T. MENDIOLA, )
LARRY L. CHARFAUROS, ANTHONY   )
C. ARRIOLA, JAMES S. YEE,      )
TEDDY C. CRUZ, JESSE B. CRUZ,  )
TEDDY L.G. NAUTA, and JOHN B.  )
BABAUTA,                           )
                               )
             Plaintiffs,    )
                               )
       vs.                  )
                               )
CALIFORNIA PACIFIC TECHNICAL   )
SERVICES LLC, a.k.a. CALPAC,   )
DYNAMIC TECHNICAL SERVICES,    )
VERIZON BUSINESS PURCHASING    )
LLC, VERIZON BUSINESS NETWORK  )
SERVICES, INC., JOHN HEALY,    )
DENNIS CLARK, WILLIAM WARD, JAI)
JAMES, and DOES 1 through 10,  )
                               )
            Defendants.    )
_____)

DEPOSITION TRANSCRIPT

OF

# JERRY APODACA, JR.

January 30, 2008



PREPARED BY:    GEORGE B. CASTRO
                 **DEPO RESOURCES**
                 #49 Anacoco Lane
                 Nimitz Hill Estates
                 Piti, Guam 96915
                 Tel:(671)688-**DEPO** ▪ Fax:(671)472-3094

1    A   Yes.

2    Q   Were there benefits at CSG?

3    A   I don't recall.

4    Q   Okay.   Then you had a problem with Mr.

5 Charfauros --

6    A   Yes.

7    Q   -- one of the other fellows who's a

8 plaintiff in this case.

9    A   Yeah.

10    Q   And you had some kind of dispute

11 outside of the job and he brought it to the

12 work place and so you resigned?

13    A   Uh-huh.

14    Q   Is that correct?

15    A   Yes.

16    Q   Okay.   What was that dispute about?

17    A   Miscommunication.

18    Q   About what?

19    A   With what I did at -- when he dropped

20 me home or when -- because I was riding with

21 him, and the wife thought that I did something

22 wrong, and I didn't, and I tried to explain to

23 him.

24    Q   Okay.   So, if you had not had that

25 fight with Mr. Charfauros, that argument,

# REPORTER'S CERTIFICATE

I, **George B. Castro**, Court Reporter, do hereby certify the foregoing 102 pages to be a true and correct transcript of the audio recording made by a Notary Public officer of Depo Resources in the within-entitled and numbered case at the time and place as set forth herein.

I do hereby certify that prior to examination the deponent was duly sworn upon oath and that a request for review was made; and that thereafter the transcript was prepared by me or under my supervision.

I am not a direct relative, employee, attorney or counsel of any of the parties, nor a direct relative or employee of such attorney or counsel, and that I am not directly or indirectly interested in the matters in controversy.

In testimony whereof, I have hereunto set my hand and seal of Court this 13th day of March, 2008.

COPY

_____

George B. Castro

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-DEPO * Fax(671)472-3094

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, JAMES S. YEE, TEDDY C. CRUZ, JESSE B. CRUZ, TEDDY L.G. NAUTA, and JOHN B. BABAUTA,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>CALIFORNIA PACIFIC TECHNICAL SERVICES LLC, a.k.a. CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>                    Defendants.<br>_____ | ) CIVIL CASE NO. CIV05-00037<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DEPOSITION TRANSCRIPT

OF

**JOHN PETER BABAUTA**

February 6, 2008

**COPY**

PREPARED BY:    GEORGE B. CASTRO
**DEPO RESOURCES**
#49 Anacoco Lane
Nimitz Hill Estates
Piti, Guam 96915
Tel:(671)688-**DEPO** • Fax:(671)472-3094

```
 1      A    No.

 2      Q    No, you're not?

 3      A    No, I'm not.

 4      Q    Okay.    Have   you   had   some   part-time

 5   employment or side jobs?

 6      A    Yes.

 7      Q    And this is since leaving CalPac?

 8      A    About last year.   JT Angoco.

 9      Q    All  right.   And those were like short-

10   term jobs, a couple of weeks or something?

11      A    Yeah, it was like a four or 5-day job.

12      Q    Okay.   And were you just paid cash for

13   those jobs, or did you get a paycheck?

14      A    It was cash.

15      Q    And how much were you paid?

16      A    Like, $500.

17      Q    So, is that a $100.00 a day or --

18      A    No.   They were going by the hours.

19      Q    Okay.    How   much   an   hour   were   you

20   getting?

21      A    I'm not sure.   Sometimes, it can be --

22   sometimes you'll be $9, sometimes you'll be $8,

23   something, sometimes it's $10.

24      Q    And how many times have you done this

25   with JT Angoco?
```

REPORTER'S CERTIFICATE

I, **Melinda D. Castro**, Court Reporter, do hereby certify the foregoing 86 pages to be a true and correct transcript of the audio recording made by a Notary Public Officer of Depo Resources in the within-entitled and numbered case at the time and place as set forth herein.

I do hereby certify that prior to examination the deponent was duly sworn upon oath and that a request for review was made; and that thereafter the transcript was prepared by me or under my supervision.

I am not a direct relative, employee, attorney or counsel of any of the parties, nor a direct relative or employee of such attorney or counsel, and that I am not directly or indirectly interested in the matters in controversy.

In testimony whereof, I have hereunto set my hand and seal of Court this 14th day of March, 2008.

**COPY**

_____

Melinda D. Castro

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-**DEPO** * Fax(671)472-3094

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

HENRY G. VAN METER, JERRY ) CIVIL CASE NO. CIV05-00037
APODACA, JR., JOSEPH J. )
HERNANDEZ, JOSEPH T. MENDIOLA, )
LARRY L. CHARFAUROS, ANTHONY )
C. ARRIOLA, JAMES S. YEE, )
TEDDY C. CRUZ, JESSE B. CRUZ, )
TEDDY L.G. NAUTA, and JOHN B. )
BABAUTA, )
)
              Plaintiffs, )
)
       vs. )
)
CALIFORNIA PACIFIC TECHNICAL )
SERVICES LLC, a.k.a. CALPAC, )
DYNAMIC TECHNICAL SERVICES, )
VERIZON BUSINESS PURCHASING )
LLC, VERIZON BUSINESS NETWORK )
SERVICES, INC., JOHN HEALY, )
DENNIS CLARK, WILLIAM WARD, JAI )
JAMES, and DOES 1 through 10, )
)
            Defendants. )
_____)

DEPOSITION TRANSCRIPT

OF

# LARRY L. CHARFAUROS

January 28, 2008

COPY

PREPARED BY:    GEORGE B. CASTRO
                   **DEPO RESOURCES**
                   #49 Anacoco Lane
                   Nimitz Hill Estates
                   Piti, Guam 96915
                   Tel:(671)688-**DEPO** ▪ Fax:(671)472-3094

1     Q  Okay.  Or, I'm sorry, November;

2  November 2004?  Does that sound right?

3     A  Yes.

4     Q  Okay.  After you left CalPac in

5  November 2004, where was your next job?

6     A  I believe in the CSG.

7     Q  Okay.  And between the time that you

8  left CalPac, did you go straight over, I mean

9  walk out of CalPac's door and go straight over

10  to CSG, or was there a period of time when you

11  were not working?

12     A  When I walked out of CalPac?

13     Q  Yeah.

14     A  I wasn't, I didn't walk out of CalPac,

15  I was terminated at CalPac.

16     Q  Okay.  Well, actually CalPac has you

17  listed as being laid off.  But, when you were

18  laid off from CalPac that day, did you

19  immediately the next day start at CSG or was

20  there --

21     A  I don't recall.

22     Q  Okay.  You don't recall being off work

23  at all?

24     A  Being off work, yes.  I remember being

25  off work for about, I don't recall how long.

1     Q   Okay.  Was it more than a day?

2     A   I don't recall.

3     Q   Okay.  Was it more than a week?

4     A   I don't recall.

5     Q   Okay.  When you left CalPac, how much

6 were you earning?

7     A   When I got laid off at CalPac, I don't

8 recall how much I was making.

9     Q   Okay.  And when you started at CSG,

10 what were you earning?

11     A   I don't remember that either.

12     Q   Do you have any documents that would

13 show that?  Do you have any pay stubs, for

14 example?

15     A   No.

16     Q   Okay.  You didn't even keep any pay

17 stubs from CSG?

18     A   No, I don't.

19     Q   No?

20     A   No.

21     Q   Okay.  How long did you work at CSG?

22     A   I don't recall how long I worked there.

23     Q   A day, two days?

24     A   I don't remember.

25     Q   You can't -- you have no recollection

REPORTER'S CERTIFICATE

I, **Melinda D. Castro**, Court Reporter, do hereby certify the foregoing 109 pages to be a true and correct transcript of the audio recording made by a Notary Public Officer of Depo Resources in the within-entitled and numbered case at the time and place as set forth herein.

I do hereby certify that prior to examination the deponent was duly sworn upon oath; that thereafter the transcript was prepared by me or under my supervision.

I further certify that I am not a direct relative, employee, attorney or counsel of any of the parties, nor a direct relative or employee of such attorney or counsel, and that I am not directly or indirectly interested in the matters in controversy.

In testimony whereof, I have hereunto set my hand and seal of Court this 13th day of March, 2008.



Melinda D. Castro

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-**DEPO** * Fax(671)472-3094

# EXHIBIT E

**LUJAN AGUIGUI & PEREZ** LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

RECEIVED
4:24pm *L.*

OCT 03 2006

CIVILLE & TANG

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

|  |  |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, | CIVIL CASE NO. 05-00037 |
| Plaintiffs, | |
| -vs- | **DISCLOSURE OF PLAINTIFFS' EXPERTS** |
| CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, | |
| Defendants. | |

Plaintiffs Henry G. Van Meter, Jerry T. Apodaca, Jr., Joseph J. Hernandez, Joseph T. Mendiola, Larry L. Charfauros, Anthony C. Arriola, Robert B. Cruz, Roland F. Mendiola, James S. Yee, Teddy B. Cruz, Jesse B. Cruz, John L.G. Nauta, and John P. Babauta (collectively "Plaintiffs") hereby disclose their experts, as required by Federal Rule of Civil Procedure 26(a)(2).

The identity of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence:

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Disclosure of Plaintiffs' Experts

1

1
Roger Slater
Grant Thornton, LLP
2
Dhonson Plaza, Suite B
790 South Marine Corps Drive
3
Tamuning, Guam 96913
(671) 649-3807
4
Subject matter: Damages, Compensation, Valuation, Accounting
5
Written Report and Compensation pending

6
In the event Mr. Slater is or becomes unavailable, Plaintiffs reserve the right to designate an

7
alternative expert in the areas of damages, compensation, valuation, and accounting.

8
Plaintiffs also intend to seek the expert testimony of the following individuals:
9
Dr. Claire Ashe
10
Marianas Clinic
199 Chalan San Antonio
11
Tamuning, Guam 96913
12
(671) 646-7972
Subject matter: Mental and emotional health/injury
13

14
In the event Dr. Ashe is or becomes unavailable, Plaintiffs reserve the right to designate an

15
alternative expert in the area of mental and emotional health/injury.

16
Dr. Richard Colfax
University of Guam
17
UOG Station
Mangilao, Guam 96923
18
(671) 735-2534
19
Subject matter: Human resources, Employment, Employer-employee relations,
Employee terminations
20

21
In the event Dr. Colfax is or becomes unavailable, Plaintiffs reserve the right to designate an

22
alternative expert in the areas of human resources, employment, employer-employee relations,

23
and employee terminations.

24
Plaintiffs are in the process of designating experts in the areas of civil rights law and Title

25
VII actions.

26
Plaintiffs reserve the right to supplement or correct this disclosure at a later time.

27

28

Henry G. Van Meter, et al., v. CAL PAC, et al.                                          2
Civil Case No. 05-00037
Disclosure of Plaintiffs' Experts

Dated this 3rd day of October, 2006.

LUJAN AGUIGUI & PEREZ LLP

By: _____
DELIA LUJAN
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. CAL PAC, et al.
Civil Case No. 05-00037
Disclosure of Plaintiffs' Experts

3

Case 1:05-cv-00037     Document 558     Filed 04/09/2008     Page 23 of 23