VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant California Pacific Technical Services LLC*



FILED
DISTRICT COURT OF GUAM

APR 1 1 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. CIV05-00037<br><br><br><br><br><br>**INCORPORATION BY REFERENCE OF CALPAC'S MOTIONS FOR SUMMARY JUDGMENT** |

**PROCEDURAL BACKGROUND**

On July 23, 2007 California Pacific Technical Services LLC ("CalPac") filed its motions for summary judgment against Plaintiffs Anthony C. Arriola, Jerry Apodaca, Jesse Cruz, Joseph Hernandez, Henry Van Meter, Robert B. Cruz, James S. Yee, John Babauta, Joseph T. Mendiola, Teddy B. Cruz, John L.G. Nauta, Larry Charfauros, and Roland Mendiola. Plaintiffs filed their

ORIGINAL

Case 1:05-cv-00037  Document 559  Filed 04/11/2008  Page 1 of 2

Oppositions around August 6, 2007. CalPac filed its Reply around August 10 through 13, 2007.

Subsequent to the filings mentioned above, the Court granted Plaintiffs' motion to amend their complaint. This second Amended Complaint raised new issues concerning the Verizon Defendants and not CalPac.

On October 5, 2007, CalPac submitted its Status Report in response to this Court's order. The Status Report indicated that the motions for summary judgment were still valid and pending before the Court since the issues pertaining to CalPac and the Plaintiffs remained the same.

As of this date, there has been no decision by this Court whether CalPac's position is correct. As such, <u>in an exercise of caution</u>, CalPac renews its motion for summary judgment by incorporating by reference its previous filings (rather than re-filing its thirteen motions and support documents). By filing the instant document, CalPac does not concede its prior motions were rendered moot by the last amended pleadings.

**RESPECTFULLY SUBMITTED** this 11th day of April, 2008.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

BY: *(signature)*
VINCENT LEON GUERRERO
*Attorneys for Defendant California Pacific Technical Services LLC*

V56\08130-03
G:\WORDDOC\PLD\VLG\260-INCORP BY REF OF CALPAC'S MTNS FOR
SUMM JUDG RE VAN METER ET AL V CALPAC ET AL.DOC