VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant California Pacific Technical Services LLC*



**FILED**
DISTRICT COURT OF GUAM

APR 1 1 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br>Plaintiffs, <br><br>vs. <br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br>Defendants. | CIVIL CASE NO. CIV05-00037 <br><br><br><br>**CERTIFICATE OF SERVICE** |

I, **ARIES J. MENDIOLA**, hereby certify that I served true and correct copies of the following:

(1) **INCORPORATION BY REFERENCE OF CALPAC'S MOTIONS FOR SUMMARY JUDGMENT**; and

(2) **CERTIFICATE OF SERVICE**

//

1 filed herein on April 11, 2008, will be served via hand
2 delivery on April 11, 2008, or soon thereafter, upon the
3 following:

                DELIA LUJAN, ESQ.
            LUJAN AGUIGUI & PEREZ LLP
             SUITE 300 DNA BUILDING
         238 ARCHBISHOP F C FLORES ST
              HAGÅTÑA, GUAM 96910

           ELYZE J.T. MCDONALD, ESQ.
                CARLSMITH BALL
           BANK OF HAWAII BUILDING
                   SUITE 401
          134 WEST SOLEDAD AVENUE
              HAGÅTÑA, GUAM 96910

          G. PATRICK CIVILLE, ESQ.
             CIVILLE & TANG, PLLC
    SUITE 200, 330 HERNAN CORTES AVENUE
             HAGÅTÑA, GUAM 96910

DATE: APRIL 11th, 2008.

                                      ARIES J. MENDIOLA

V56\08130-03
G:\WORDDOC\PLD\VLG\260-COS RE INCORP REF OF CALPAC'S MTNS
FOR SUMM JUDG RE VAN METER ET AL V CALPAC ET AL.DOC