**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

**JONES DAY**
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*

**FILED**
DISTRICT COURT OF GUAM
APR 11 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA PACIFIC TECHNICAL SERVICES LLC, a.k.a. CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>**VERIZON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO ALL CLAIMS ASSERTED BY PLAINTIFF LARRY L. CHARFAUROS** |

**ORIGINAL**

Defendants Verizon Business Purchasing, LLC and Verizon Business Network Services, Inc. (collectively "Verizon") move for summary judgment with respect to all claims asserted by Plaintiff Larry L. Charfauros against Verizon as set forth in the Second Amended Complaint ("SAC"). This motion is made under Federal Rule of Civil Procedure 56(b) and is supported by the accompanying Memorandum of Points and Authorities, the record in this case, including the exhibits filed herewith, the Declarations of Jeffery Buehler, Marty Hersh, Larry Saunders, and G. Patrick Civille, and all matters that may be adduced at a hearing thereon.

DATED at Hagåtña, Guam, on April 11, 2008.

**CIVILLE & TANG, PLLC**

**JONES DAY**

By: *[signature]*
G. PATRICK CIVILLE
*Defendants Verizon Business Purchasing LLC and Verizon Business Network Services, Inc.*