CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

JONES DAY
2727 NORTH HARWOOD STREET
DALLAS, TEXAS 75201-1515
TELEPHONE: (214) 220-3939
FACSIMILE: (671) 969-5100

*Attorneys for Defendants*
*Verizon Business Purchasing LLC and*
*Verizon Business Network Services, Inc.*

**FILED**
DISTRICT COURT OF GUAM

APR 1 1 2008 

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA PACIFIC TECHNICAL SERVICES LLC, a.k.a. CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING, LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>**AGREEMENT RE: HEARING DATE ON VERIZON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AGAINST EACH OF THE PLAINTIFFS** |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, G. Patrick Civille, am one of the attorneys for Defendants Verizon Business Purchasing LLC and Verizon Business Network Services, Inc. (collectively "Verizon") in the above-captioned matter.

2. Either I, or one of the other attorneys for Verizon, have contacted counsel for each of the parties and advised them of Verizon's request for oral argument on the motions for summary judgment being filed by Verizon herewith. We also advised the other counsel that, due to the large number of other motions pending, the date of argument should be left to the convenience of the Court.

3. I have also contacted one of the law Clerks for the Court and confirmed that it would be acceptable to submit this Agreement Re Hearing Date asking that the Court select a date it deems appropriate.

4. All counsel stated that they wanted to attend oral argument and agreed that the hearing be set at a time convenient to the Court. Mainland counsel for DTS indicated that he might wish to attend the hearing telephonically.

DATED this 11th day of April, 2008.

CIVILLE & TANG, PLLC

JONES DAY

By /s/ G. Patrick Civille
G. PATRICK CIVILLE
*Attorneys for Defendants Verizon Business Purchasing LLC and Verizon Business Network Services, Inc.*