# EXHIBIT D

## CONSTRUCTION AGREEMENT

CONTRACT NO. _4754_

THIS CONSTRUCTION AGREEMENT ("Agreement") is made this 13th day of _February_ , 20_01_, by and between WorldCom Purchasing, LLC, a Delaware limited liability company ("Company"), with a place of business in Tulsa, Oklahoma, and _California Pacific Technical Services LLC_, a _limited liability company_ ("Contractor"), with its principal place of business in _Harmon, Territory of Guam_. Company and Contractor shall be referred to in this Agreement individually as "Party" and collectively as "Parties".

## PREAMBLE

WHEREAS, Company desires to contract with Contractor for the construction and installation of outside plant facilities located in _Dededo_, _Guam_; and

WHEREAS, Contractor hereby agrees to perform all the Work described in this Agreement.

NOW, THEREFORE, for and in consideration of the mutual covenants and agreements herein contained and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereby agree as follows:

## 1.0 CONTRACT PRICE

1.1 The Work to be performed by Contractor shall be done on a per unit basis, as further described and defined in the Statement of Work, attached hereto as Exhibit A and specifically incorporated into this Agreement. Company will pay Contractor on a unit price basis for the actual units installed; provided, however, that the total contract price shall not exceed $ _464,193.20_ .

## 2.0 DEFINITIONS

2.1 "Affiliate" means an entity that directly or indirectly owns or controls, is owned or controlled by, or is under common ownership or control with, Company. For the purposes of this Agreement, "own" or "control" means to own an equity interest (or equivalent) of at least ten percent (10%), or the right to control the business decisions, management and policy of another entity performing any of the obligations set forth in this Agreement.

d:\wpdocs\stconstagrfin

2.2     The "Agreement" means and shall include this Agreement, and all other documents, exhibits and attachments attached hereto and incorporated by reference herein, said accumulation of documents constituting the entire agreement between the Parties with respect to the subject matter hereof.

2.3     "Company" means MCI WORLDCOM Network Services, Inc., or other applicable Affiliate.

2.4     "Company Representative" means Company's Regional Manager of Outside Plant Construction, or his representative, as designated in writing to Contractor.

2.5     "Contractor" means the Party contracting with Company pursuant to this Agreement, acting directly or through its agents, Subcontractors, or employees.

2.6     "Performance and Payment Bond" means a surety bond that guarantees that Contractor will fully perform this Agreement and guarantees against breach of this Agreement. Proceeds of such bond will be used to complete this Agreement or to compensate Company for its loss in the event of Contractor's nonperformance.

2.7     "Statement of Work" means the document attached as Exhibit A and any attachments thereto, which describe all services to be performed or things to be furnished by Contractor, or both services and things, as the context reasonably requires, including all supervision, labor, taxes, materials, supplies, tools, equipment, light, water, fuel, power, heat, transportation, or other facilities necessary for the discharge of all of Contractor's obligations under this Agreement.  A description of the specific work to be performed pursuant to this Agreement is set forth in the attached Statement of Work.

2.8     "Subcontractor" means the person or entity that assumes responsibility for completing a portion of this Agreement from Contractor or another Subcontractor. Contractor shall be responsible for all Subcontractor acts and omissions relating to this Agreement.

2.9     "WCOM Outside Plant Handbook" means the WorldCom Outside plant Handbook, WCOM 0463023802, Issue No. 4, November 2000, as the same may be amended from time to time, or the most current version thereof, which has been or will be provided to Contractor prior to commencement of the Work and which is specifically incorporated into this Agreement as Exhibit B.

2.10    "Work" means all services to be performed and things to be furnished by Contractor, including all supervision, labor, taxes, materials, supplies, tools, equipment, light, water, fuel, power, heat, transportation, or other facilities necessary for the discharge of all of Contractor's obligations under this Agreement.

## 3.0 THE WORK

3.1 Contractor shall complete all of the Work specified in the Statement of Work and in accordance with the specifications and drawings attached to the Statement of Work and the WCOM Outside Plant Handbook.

3.2 Contractor shall perform the Work with competent personnel experienced in all tasks to which they are assigned. The Work shall be completed in a good and workmanlike manner, with promptness and diligence in accordance with Company's construction schedule set forth in the Statement of Work. The results of the Work shall be to the complete satisfaction of the Company Representative and shall be in compliance with all applicable drawings and specifications.

3.3 All Work shall be done according to the terms and conditions of this Agreement.

3.4 Time is of the essence in Contractor's performance of its obligations and responsibilities under this Agreement.

## 4.0 LABOR, MATERIALS AND SUPPLIES

4.1 Company will furnish the materials listed in the Statement of Work.

4.2 Contractor will provide all materials and supplies except those that are specifically listed in the Statement of Work as being furnished by Company. Company shall approve all Contractor furnished materials prior to installation. Contractor shall furnish samples of materials to be used for the Work as reasonably required. Any materials not meeting Company's approval shall be replaced by Contractor at Contractor's sole expense.

## 5.0 EASEMENTS AND PERMITS

5.1 Except as otherwise provided for in Section 5.5 below, Company shall obtain permits from all local, state and federal government agencies or other organizations, including building locations, which provide for the placement of facilities within public or private rights-of-way, and within private building properties. Company shall provide a copy of all permits to Contractor. Contractor shall not commence the Work without a copy of all necessary permits; provided, however, that Contractor acknowledges and agrees that the list of permits and easements obtained or to be obtained by Company is not represented by Company to be a complete list of permits and easements required for the Work.

5.2   Contractor shall ensure adherence to all traffic control procedures applicable to the Work.   Coordination with the appropriate local, state and federal government or private organizations and the Company Representative shall be Contractor's responsibility

5.3   Company has or will obtain permanent and/or temporary easement rights for the construction of the Work.   Where required, Contractor shall obtain additional rights-of-way and/or permission for ingress/egress, equipment movement across or onto privately owned property, and/or temporary storage of equipment and materials.

5.4   Upon completion of the Work, Contractor shall restore each public or private right-of-way to its pre-work condition or, if the right-of-way was in disrepair prior to the Work, Contractor shall repair the right-of-way to its original condition.   Contractor shall be responsible for all repairs to and restoration of private and/or public property damage caused during construction in accordance with the terms and conditions of this Agreement.

5.5   All permits and easements not specifically listed in the Statement of Work to be obtained by Company shall be obtained by Contractor in Contractor's name.

## 6.0   CONTRACTOR OBLIGATIONS

6.1   All Work is to be done wholly at Contractor's risk.   Contractor shall take all precautions to prevent damage to the Work and to private and public property, including, but not limited to, public utility company property and properties owned by municipalities.

6.2   Contractor is responsible for the details of the Work and shall have the sole responsibility for the nature and location of all places where the Work will be performed and for the general and local conditions including, but not limited to, availability and quality of labor; availability of power; climate conditions and seasons; physical conditions, topography, and ground surface conditions; the nature of surface conditions to be encountered; equipment required for the Work; local laws, regulations, and customs; and all other matters which can in any way affect performance of the Work or the costs associated with such performance.

6.3   Contractor shall comply with all applicable safety laws and regulations including, but not limited to, Occupational Safety and Health Administration ("OSHA") standards, railroad company standards, and state or local standards.   Contractor shall be responsible for any violation by it or its employees, agents, or Subcontractors of such safety standards and shall immediately correct any condition which created such violation.   Contractor shall further take all safety and other precautions necessary to protect persons and property from damage or injury arising out of the Work.   In an emergency affecting the safety of persons or property, Contractor shall take all necessary and appropriate actions to prevent damage, injury, and loss.   Contractor shall defend, indemnify, and hold Company harmless from any liability, damage, cost, or expense,

including attorneys' fees and court costs, arising out of noncompliance with this provision in accordance with the provisions of Section 22, Liability and Indemnification, of this Agreement.

6.4    Contractor shall make available medical services and/or first aid to Company personnel while present at the location where the Work is being performed. These services will be those provided by Contractor for its own personnel. The medical services and first aid referred to are those required by the United States Department of Labor, Safety and Health Regulations for Construction, Sub-part D, Paragraph 1926.50, and OSHA, Sub-part K, Paragraph 1910.151, as the same may be amended from time-to-time.

6.5    Contractor shall provide, install, maintain, and remove any barricades, flares, flashers, or fences necessary to protect the public. The minimum temporary fencing erected around Contractor's excavations shall consist of a orange safety fence enclosure with metal posts every ten (10) feet or such safety requirements as may be promulgated by any applicable governmental authority, whichever is the more stringent.

6.6    Contractor shall be responsible for locating and protecting any and all underground and above-ground lines of third parties that cross or are in proximity to Company lines. Any list of third party line crossings provided by Company will be considered to be incomplete, and failure of a crossing to be included will not relieve Contractor of its responsibility. Contractor shall be responsible for hand digging any crossings of pipelines, cables, or any other buried facilities. Contractor shall be responsible for notifying appropriate One-Call or Call-Before-You-Dig agencies before working in the vicinity of underground utilities.

6.7    Contractor shall be responsible for the proper care of all Company-furnished materials while such materials are in Contractor's custody. Contractor shall issue written receipts for all such property and account to Company for all such property and for any damage to or loss of such property while in Contractor's custody and control.

6.8    The Company Representative shall have the right to settle all claims, including damages which could result in a claim, up to, but not to exceed, the amount of Five Hundred Dollars ($500.00), to any one claimant. The Company Representative shall have the right to settle all such claims of more than Five Hundred Dollars ($500.00), provided Contractor fails to appoint a representative to accompany the Company Representative to make settlement, or such representative fails to settle such claims within ten (10) days after written notice to do so is afforded by Company. The costs for any such claims settled by Company shall be charged to Contractor. When Company has settled any such claims, Company shall furnish Contractor with a written report describing the claim and its resolution. The report shall state the location, type, nature and extent of the claim, and the amount charged to Contractor. If Contractor has any objections, the Company Representative, at his discretion, may adjust the charges. If Contractor does not make such objection within ten (10) days from receipt of said report,

Case 1:05-cv-00037      Document 588-2      Filed 04/11/2008      Page 6 of 32

the amount charged to Contractor's account shall be final.

6.9    Contractor agrees to pay promptly all bills for the Work and all obligations incurred in the performance of the Work and shall be liable for all taxes, duties, port dues, withholding taxes, charges, or other taxes, dues, or assessments of whatever nature related to the Work.

## 7.0    INSPECTION

7.1    To ensure that the results of the Work meet with Company's approval, Contractor hereby agrees to thorough inspections, at any time and from time to time, by the Company Representative of all the Work performed and materials furnished by Contractor under this Agreement as the Work progresses.

7.2    At all times, Contractor shall furnish to the Company Representative access and acceptable accommodation to the Work wherever it is in progress.  If at any time before completion of the Work, Contractor's progress is inadequate to meet the requirements of this Agreement, Company may so notify Contractor who shall thereupon take such measures as may be necessary to improve its progress. If Contractor does not improve performance to meet the requirements of this Agreement, Company may request an increase in Contractor's labor force, the number of shifts, and/or overtime operations, all without any additional payment by Company to Contractor, and Contractor shall promptly comply with such requests.  Neither such notice by Company nor Company's failure to issue such notice shall relieve Contractor of its obligations to achieve the quality of work and rate of progress required by this Agreement.

7.3    The Company Representative shall not have the power to waive any of the provisions or requirements of this Agreement or any of the obligations of Contractor including the furnishing by Contractor of good and suitable material and the performance of Contractor in accordance with the terms of this Agreement.

7.4    A copy of this Agreement and all Exhibits hereto shall be in the possession of Contractor's superintendents and foreman at all times while on the job.

7.5    Failure on the part of the Company Representative or other authorized agents of Company, to discover defective work or materials furnished by Contractor and not in accordance with this Agreement shall not be construed to imply acceptance of such Work or materials.  In addition, no payment for, nor partial or entire use or operation of the Work by Company, shall be construed to be acceptance of any of the Work or material that is not performed or provided strictly in accordance with this Agreement.

## 8.0 PROTECTION AND USE OF WORK AND PROPERTY

8.1    Contractor shall ensure that the operation of its equipment, the storage of materials, and the operation of its work force are within the restrictions imposed by law or permits.

8.2    Contractor shall at all times keep the work site premises in a safe condition and free from accumulations of rubbish caused by its employees or the Work.  Upon completion of the Work, Contractor shall remove all rubbish from and about the work site and all its equipment, tools, and surplus materials, and shall leave the work site in a satisfactory condition.

8.3    Contractor shall enforce the Company Representative's instructions regarding signs and advertisements.

8.4    Contractor shall comply with and shall cause all of its employees to comply with Company's rules and regulations on fire prevention and safety at the work site premises.

8.5    In an emergency arising out of, occurring in, or in connection with, the Work, which affects the safety of the works fabricated or constructed by Contractor or of life or of adjoining property, Contractor shall act to prevent such threatened loss or injury.

## 9.0 CONTRACTOR PROVIDED FACILITIES

9.1    Contractor shall provide adequate facilities for storage and protection of material and equipment, which shall be available to Company personnel at all times.

9.2    Contractor shall provide temporary services for power, light, water, and heating for performing the Work.  Such services shall be available to Company personnel at all times.

## 10.0 PROVIDING SHELTER

10.1    Contractor shall be responsible for providing shelter, food, water, medical attention, sanitation facilities, and transportation for employees of Contractor and any Subcontractors.  Such services and facilities shall be available to Company personnel and any third parties as directed by the Company Representative at all times.

Case 1:05-cv-00037    Document 588-2    Filed 04/11/2008    Page 8 of 32

## 11.0 SUPERINTENDENCE AND SUPERVISION OF EMPLOYEES

11.1 Contractor shall keep a competent superintendent and any necessary assistants assigned to the Work during its progress. If the Company Representative does not consider the superintendent or necessary assistants to be satisfactory, Company may object to the use of that person or persons, and Contractor shall address and resolve Company's objections. The superintendent shall be the fully authorized agent of Contractor for the performance of the Work.

11.2 Contractor shall at all times enforce strict discipline and good order among its employees. Contractor shall employ on the Work only persons who are skilled in the work assigned to them and whose conduct does not endanger goodwill toward Company of property owners and residents of communities near the Work. Contractor shall remove or have removed from the work site any employee, agent, servant, or Subcontractor who, in Contractor's opinion, does not satisfy the provisions of this Section. In addition, Contractor shall remove or have removed from the work site any employee, agent, servant, or Subcontractor which, in the Company Representative's opinion, does not satisfy the provisions of this Section.

## 12.0 GOODWILL OF RESIDENTS IN AREA

12.1 Contractor shall use its best efforts to create goodwill among the landowners, tenants, lessees, and other inhabitants in the community(ies) surrounding the area of the Work. To the extent that landowners, tenants, lessees, or other inhabitants of the surrounding community(ies) have complained in writing or orally about Contractor's conduct, Contractor shall take steps, at its own cost, to address such complaints and restore goodwill. Contractor shall consult with the Company Representative and follow the Company Representative's recommendation for restoring goodwill. Contractor shall not allow any of its employees to carry firearms on the job.

## 13.0 ADDITIONS AND CHANGES IN THE WORK

13.1 Company reserves the right to unilaterally add units to the Work based on the unit prices set forth in the Statement of Work provided that the total cost of the Work with the additional units does not exceed the total contract price set forth in Section 1.1 above. If the total contract price is exceeded as a result of the addition of units, then the addition of units must be approved in writing by Company prior to the commencement of the Work involved in the added units.

13.2 Company reserves the right to make minor changes or modifications in the Work, at no additional cost to Company, which do not materially affect the Work.

13.3 Company may request Contractor to make material changes to the Work pursuant to written Change Orders executed by the Company Representative. Payment for such authorized Change Orders shall be determined by one of the following three (3)

provisions:

(a)    The adjustment for the change to the Work shall be a lump sum price which shall be agreed upon in writing by Contractor and Company prior to the commencement of the Work described in the Change Order; or

(b)    The adjustment for the change to the Work shall be an adjusted unit price or a new unit price, either or both of which shall be agreed upon in writing by Contractor and Company prior to the commencement of the Work described in the Change Order; or

(c)    The adjustment for the change in the Work shall be determined by the sum of the following three items, which shall be agreed upon in writing by Contractor and Company prior to the commencement of the Work described in the Change Order:

(i)    Charges for actual direct labor hours worked, based on prices set forth in the Labor Rate Schedule in the Statement of Work. Such charges shall be deemed to include any profit to Contractor, applicable insurance, taxes, overhead, and supervision;

(ii)    Actual net cost for materials furnished by Contractor evidenced by proper, verifiable invoices showing all deductions, rebates, returns, and/or discounts, plus ten percent (10%) thereof to cover Contractor's handling and transportation costs, but exclusive of costs for materials, supplies, or parts used in connection with equipment furnished or used by Contractor; and

(iii)    Charges for actual hours of use of equipment furnished by Contractor based on prices set forth in the Equipment Rate Schedule in the Statement of Work, which shall be on a fully maintained basis including all costs incidental to the use and maintenance of such equipment applicable to the extra work involved, exclusive only of actual operation labor, which is otherwise provided for in Section 13.3(c)(i) above.

## 14.0   WORK SITE CHANGES

14.1    Notwithstanding any provision contained in this Agreement to the contrary, if Contractor is forced to cease all or a portion of its operations due to Company's lack of right-of-way or refusal or delay by any governmental agency to issue appropriate permits, by reason of injunction against Company or other legal obstacles, or delay in Company-furnished material deliveries, Company may from time-to-time require Contractor to effect a change in the location of the work site. At Company's request, Contractor shall move from the portion of the system upon which it was previously engaged to another point in the system covered by this Agreement and designated by Company. Contractor shall at

a later date complete any Work discontinued pursuant to this Section, when requested to do so by Company, and such Work shall be done at Contractor's expense.

## 15.0   USE OF WORK

15.1   Company reserves the right to take possession of, or use any completed or partially completed portion of the Work, notwithstanding the fact that the time for completing such portion may not have expired. Company's exercise of this right shall not affect Contractor's obligations under Section 21, Warranty, of this Agreement.

15.2   If Company's exercise of its rights under Section 15.1 above increases the cost of the Work or delays its completion, Contractor shall be entitled, to the extent thereof, to extra compensation or an extension of time or both. Contractor's claim for such extra compensation shall be substantiated with supporting data satisfactory to the Company Representative.

15.3   If the Work occurs at locations where Company is now occupying all or a part of the premises, Company may continue to occupy the premises during the progress and execution of the Work.

## 16.0   PAYMENTS TO CONTRACTOR

16.1   Prior to commencement of the Work hereunder, Contractor shall obtain from Company information concerning the method to be used in classifying all costs incurred by Contractor in performing this Agreement. Contractor shall, during the entire construction period, keep an accurate record of costs in accordance with such classification and method.

16.2   Following the commencement of the Work hereunder, Contractor shall invoice Company for the Work performed on a semi-monthly basis, ending on the 15th and the last day of the month, such semi-monthly period being known as the "Pay Period," in accordance with the invoicing instructions set forth in the Statement of Work. Upon approval by Company of Contractor's invoices for the Work performed, after any correction and approval by the Company Representative, Company shall pay Contractor ninety percent (90%) of the amount shown on each invoice.

16.3   Subject to the provisions Section 16.2 above, all amounts payable by Company to Contractor for the Work shall be in compliance with Company's accounts and shall be paid within thirty (30) days after receipt by Company of an approved invoice.

16.4   Upon completion of final acceptance of the Work completed by Contractor and after: (a) delivery to Company of a notarized affidavit executed by Contractor stating, at a minimum, that payment has been made of all claims and bills for labor, materials, equipment, services, and supplies incurred on or as a consequence of the Work performed under this Agreement, and (b) payment has been made by Contractor of all

claims for damages for which Contractor is responsible arising out of its performance of the Work hereunder which shall include, but not be limited to, all right-of-way damages for which Contractor is responsible, Contractor shall invoice Company for retainage, and all remaining sums due Contractor shall be paid by Company.

16.5   The sums to be paid pursuant to this Section 16 represent the entire consideration that Contractor shall receive from Company for the Work performed. These sums include all overhead, union fees, social security, old age pension, unemployment compensation, taxes, overtime, insurance, profit, allowances for downtime due to equipment failure or bad weather conditions, and all other costs and expenses incurred by Contractor in the performance of the Work.

16.6   Notwithstanding the provisions of Section 16.2 above or any other provision of this Agreement to the contrary, Company may withhold, in the Company Representative's sole discretion, the following amounts:

(a)   All amounts Contractor is obligated to pay under, or as a result of, its obligations under this Agreement, whether payable to Company or third parties, when the obligation has arisen or when, in Company's opinion, there is evidence to indicate that such obligation will arise.

(b)   An amount necessary to protect Company from loss when, in the Company Representative's sole discretion, there is evidence to indicate that the Work cannot be completed for the balance then unpaid.

16.7   When, and to the extent, the conditions in this Section are removed to the satisfaction of the Company Representative, payment shall be made for the amounts withheld, subject to the provisions of Section 16.2 above.

## 17.0   AUDIT RIGHTS

17.1   Company reserves the right, and Contractor shall allow Company, to audit any and all records related to all aspects of this Agreement to assure Contractor's compliance therewith, including all costs incurred by Contractor in the performance of the Work. Company may audit, or cause to have audited, all Contractor's property, books, and records that directly or indirectly relate to Contractor's performance under this Agreement. Contractor shall retain all pertinent records for a period of three (3) years after receipt by Contractor of final payment under this Agreement. When requested by Company, Contractor shall provide Company with access to personnel, property, and records necessary to effectuate Company's audit or audits hereunder. In addition to other provisions of this Agreement that may provide for Contractor to furnish supporting documentation to Company, "access" pursuant to this Section 17 contemplates audits on Contractor's premises during normal business hours.

Case 1:05-cv-00037     Document 588-2     Filed 04/11/2008     Page 12 of 32

17.2  Company's auditors may copy any documents that may be properly audited hereunder, and Company agrees that any such copies will be used only for Company's purpose hereunder and will not be disclosed to unrelated parties.  Contractor agrees that Company shall be permitted identical audit rights in any subcontract made by Contractor for the Work to be performed under this Agreement and shall cause the inclusion of this Section 17 in all such subcontracts after modification to reflect Company's identification. Contractor shall notify Company of potential Subcontractors so that Company may, if it deems it desirable, contact any such Subcontractors for a pre-contract visit to discuss record keeping procedures and audit measures.

## 18.0  SHUTDOWN DUE TO STRIKE OR LABOR DISPUTE

18.1  Company shall not be liable to Contractor for any expenses or charges which Contractor might sustain or become liable for on account of the Work being suspended because of a strike, boycott, picketing, or labor dispute whether involving Company or a third party.  Any such work suspension shall not excuse a delay in Contractor's performance of the Work.

## 19.0  COMPANY'S RIGHT TO SUSPEND OR TERMINATE CONTRACT

19.1  Company reserves the right at any time to suspend the Work for any length of time or to omit units of the Work or to terminate any part or all of the Work, for any reason.

19.2  During the period of any suspension of the Work, Company shall at its option: (a) require Contractor to standby and shall pay Contractor's standby costs as set forth in the Statement of Work, or (b) decline to pay Contractor's standby costs and pay Contractor's mobilization and demobilization costs as set forth in the Statement of Work when the Work resumes.  If Company exercises the option to pay Contractor's standby costs, Contractor shall remain at a location designated by the Company Representative and shall be available to resume the Work immediately upon notice from the Company Representative.  If Company exercises its option to allow Contractor to leave the work site and to pay Contractor additional mobilization and demobilization costs, Contractor shall be available to resume the Work within ten (10) days' written notice from the Company Representative that the suspension has ended and the Work will resume.

19.3  If any of the Work is terminated by Company or omitted by Company, Company shall pay Contractor the unit price for the Work completed according to the terms of this Agreement.  Such payment shall represent full and final payment for the Work completed, and there shall be no other payment for the partial or total cancellation of this Agreement.  Company shall withhold from such payment any and all amounts owed Company by Contractor, all in accordance with the provisions of Section 16, Payments to Contractor, of this Agreement.

## 20.0 COMPANY'S RIGHTS IN EVENT OF CONTRACTOR'S NONPERFORMANCE OR BREACH

20.1   If Contractor fails to perform the Work to Company's satisfaction by the completion date specified in the Statement of Work, or fails to perform the Work in conformity with this Agreement, or otherwise breaches any provision of this Agreement, Company may, in addition to other legal rights or remedies available to it, exercise one or more of the following rights or remedies:

(a)   As necessary to meet the completion date, require Contractor to take measures to accelerate the Work, either during or in addition to the regular hours of work, all with no additional compensation.

(b)   Correct the deficiencies, if after giving Contractor seven (7) days' written notice, the deficiencies complained of are not corrected to the satisfaction of the Company Representative. The costs of such correction, including additional managerial and administrative expenses incurred by Company, shall be payable by Contractor.

(c)   Make an equitable deduction, to be determined by the Company Representative, from the contract price if, after giving Contractor seven (7) days' written notice, the deficiencies complained of are not corrected to the satisfaction of the Company Representative and the Company Representative decides not to have Company correct the deficiencies pursuant to Section 20.1(b) above.

(d)   Terminate the Work if, after giving Contractor seven (7) days' written notice, the deficiencies complained of are not corrected to the satisfaction of the Company Representative. In such case, Contractor shall not be entitled to any further payment until the deficiencies are corrected. The costs thereof, including additional managerial and administrative expenses incurred by Company, shall be payable by Contractor.

20.2   Contractor shall be liable for all claims of damage by Company or any third-party arising out of or relating to Contractor's alleged nonperformance or breach of this Agreement.

20.3   Contractor, if so directed by the Company Representative, shall segregate and promptly remove from the work site and vicinity of the work site any Work failing to conform to the terms and conditions of this Agreement. If Contractor does not remove such Work within a reasonable time fixed by written notice from Company, Company may remove such Work. If Contractor does not pay the expenses of removal within ten (10) days' after such removal, Company may, upon ten (10) days' written notice, sell such Work at auction or at private sale and shall account for the net proceeds thereof, after deducting all expenses of removal and sale.

## 21.0 WARRANTY

21.1 Contractor warrants to Company that the Work shall be free from all defects until the earlier of: (a) the first day after the expiration of one (1) year following the commencement of the operation of the communications system constructed hereunder, or (b) the first day after the expiration of eighteen (18) months after Company's final acceptance of said communications system. Company shall, within said warranty period, notify Contractor in writing of any defects in the workmanship and material supplied by Contractor under this Agreement. Provided proper notice is received as required herein, Contractor, at its sole cost and expense, shall promptly correct the defect or cause the same to be corrected.

## 22.0 LIABILITY AND INDEMNIFICATION

22.1 Contractor agrees to assume, protect, defend, indemnify, and hold Company harmless from and against any and all claims or suits of any kind whatsoever, and any and all attendant expenses, including outside and in-house attorneys' fees and court costs, arising out of, occurring in or in connection with, Contractor's performance of the Work. To the extent Company elects to retain its own counsel to defend any claim against it relating to or arising out of Contractor's actions, Contractor shall pay all such attorneys' fees and expenses, including outside and in-house attorneys' fees and expenses Contractor's insurer refuses to pay.

22.2 Contractor hereby releases and agrees to indemnify, defend, protect and hold harmless Company, its employees, officers, directors, agents, members, shareholders and affiliates, from and against, and assumes liability for any telecommunications network facilities damage or cut, including, but not limited to, damage or cutting of fiber optic cables, injury, death, loss or damage to any person, tangible property or facilities of any person or entity, including those of Company and any customers or Company, including outside and in-house attorneys' fees and court costs, arising out of or resulting from the acts or omissions, negligent or otherwise, of Contractor, its officers, employees, servants, affiliates, agents or Subcontractors in connection with Contractor's performance under this Agreement. Losses or damages may include, but are not limited to, special, incidental, indirect, punitive, reliance or consequential damages, whether foreseeable or not, arising out of, or in connection with, transmission interruptions or problems, including, but not limited to, damage or loss of property or equipment, loss of profits or revenue, cost of capital, cost of replacement services, or claims of customers.

22.2 Contractor shall release, protect, defend, indemnify, and hold Company harmless from and against any and all claims arising from or relating to any loss or damage to property of any kind owned or leased by Contractor or its employees, servants, agents, and Subcontractors.

22.3 All obligations to assume, protect, defend, indemnify, and hold Company

harmless shall extend to Company's officers, directors, employees, agents, shareholders, and to companies and other legal entities that control, are controlled by, are under common control with, are subsidiaries of, or are affiliated with Company and the respective officers, directors, agents and employees of such companies or entities and shall continue for so long as any of the named indemnitees may be subjected to claims or suits calling for such obligations, notwithstanding the completion, acceptance, or payment for the Work.

22.4 Contractor shall be liable for all claims for damages resulting from Contractor's acts or omissions in performing the Work. Contractor shall be responsible for any such claims for damages to all real and personal property, including reimbursement to property owners for all damages to their property(ies), and for all damages for injuries to persons or livestock resulting from Contractor's performance of the Work. Contractor shall defend, indemnify, and hold Company harmless from any liability, damage, cost, or expense, including attorneys' fees and court costs, resulting from, or arising in connection with Contractor's performance of the Work.

## 23.0 PATENT INFRINGEMENT

23.1 In performing the Work, Contractor shall take no actions to infringe or violate the right of any person under any patent, trademark, or copyright.

23.2 Contractor shall release, indemnify, and hold Company harmless from any claims or suits by third parties based on the infringement or violation of the right of any person under any patent, trademark, or copyright arising out of or in connection with Contractor's performance of the Work.

## 24.0 PERFORMANCE AND PAYMENT BOND

24.1 Company may, at its option, require Contractor to obtain and to provide to Company a Performance and Payment Bond in a form acceptable to Company covering the obligations of Contractor under this Agreement in the full amount of the estimated contract price. The Cost of the Performance and Payment Bond shall be set forth as an optional unit price in the Statement of Work. Company may, at its election, terminate this Agreement if the requested bond is not obtained within such time as Company deems reasonable. If this Agreement shall be terminated by Company under the provisions of this Section, then neither Party shall be liable to the other for any sum or for any amount by reason of such termination.

Case 1:05-cv-00037    Document 588-2    Filed 04/11/2008    Page 16 of 32

## 25.0  ASSIGNABILITY

25.1   Neither this Agreement, nor any obligation arising hereunder, nor any claim for payment of sums due or to become due hereunder or any claim for damage or penalty by reason of a breach or an alleged breach of this Agreement or any provision hereof, shall be assignable in whole or in part by Contractor or by operation of law, without the prior written consent of Company.  Any such purported assignment without such consent shall be void.

25.2   Notwithstanding any provision contained in this Agreement to the contrary, Company shall have the right, without Contractor's consent, to assign or otherwise transfer this Agreement, in whole or in part, to any parent, subsidiary or affiliate of Company or to any person, firm or corporation which shall control, be under the control of or be under common control with Company, or to any entity into which Company may be merged or consolidated or which purchases all or substantially all of the assets of Company.

## 26.0  SUBCONTRACTORS

26.1   Contractor shall, as soon as practicable after executing this Agreement, notify the Company Representative of the identities of the Subcontractors it intends to use to perform parts of the Work.  If the Company Representative does not consider any Subcontractor to be satisfactory, Company may object to the use of that Subcontractor, and Contractor and Company shall address and resolve Company's objections.

26.2   Contractor agrees to bind every Subcontractor to the provisions of this Agreement insofar as the same shall be applicable to the Subcontractor's work.  Failure to do so shall constitute a breach of this Agreement by Contractor.

26.3   Nothing contained in this Agreement, nor any approval of Subcontractors or subcontracts, shall create any contractual liability or responsibility on the part of Company to any Subcontractor.

26.4   Contractor agrees that it is as fully responsible to Company for the acts or omissions its Subcontractors, and of persons either directly or indirectly employed by them, as it is for the acts or omissions of persons directly employed by Contractor.

26.5   Contractor shall require all of its Subcontractors to maintain the minimum insurance coverages required by Section 34, Insurance, of this Agreement, as well as any other coverages Contractor considers necessary, and shall require all Subcontractors to waive their respective rights and their respective underwriter's rights of subrogation against Company as required of Contractor in Section 34.   Any deficiency in coverages, policy limits, additional insured status or endorsements of any Subcontractor shall be the sole responsibility of Contractor.

## 27.0  OTHER CONTRACTS

27.1  Company reserves the right to enter into contracts with others for any and all extra work in connection with the Work to be performed under this Agreement or for other work, whether related or not related to the Work to be performed by Contractor under this Agreement.

27.2  If any part of the Work depends for proper execution or results upon the performance of any other party, Contractor shall inspect and promptly report in writing to the Company Representative any defect in such performance that renders it unsuitable for proper execution of the Work.  Contractor's failure to do so notify Company shall constitute Contractor's acceptance of the other party's performance.

27.3  Wherever work being done by any other party is contiguous to the Work being performed under this Agreement, the respective rights of the various interests involved shall be established by the Company Representative.

## 28.0  COMPLIANCE WITH LAWS

28.1  Contractor shall comply with all applicable laws, regulations, ordinances, permits, and rules of the federal and state governments of the United States of America, and political subdivisions thereof; and any other duly constituted public authority wherein the Work is performed, and further agrees to indemnify and hold Company harmless from any liability, penalty, damage, cost, expense, attorneys' fees or court costs sought, imposed or incurred due to Contractor's failure or alleged failure to so comply with the provisions of this Section 28.

## 29.0  TAXES

29.1  To the extent permitted by applicable law, Contractor shall pay or otherwise discharge, to the satisfaction of Company, all taxes of every kind and nature, including, but not limited to, any taxes imposed by a governmental entity based on the contract price, assessed against Contractor or Company arising out of, occurring in or in connection with, services performed or things furnished by Contractor.

## 30.0  LIENS

30.1  Contractor agrees to pay promptly all bills, claims, or invoices for labor, materials, equipment, services, and supplies incurred in the performance of the Work.

30.2  Contractor waives any and all rights to assert a claim or a lien of any kind against Company's property or the property where the Work, or any portion thereof, is located. Contractor shall not, by its acts or omissions, cause or allow a lien of any kind to be filed or asserted against Company's property or the property where the Work, or any

portion thereof, is located. To the extent permitted by applicable law, Contractor shall obtain an appropriately executed waiver from each Subcontractor stipulating that the Subcontractor waives any and all rights to assert a claim or lien of any kind against Company's property or the property where the Work, or any portion thereof, is located.

30.3 Contractor shall protect, indemnify, release, defend, and hold Company harmless from and against any and all liability, damage, cost, expense, attorneys' fees, and court costs for the payment of the amount of any lien claimed against Company's property or the property where the Work, or any portion thereof, is located.

## 31.0 TITLE

31.1 Company shall retain title to all Work completed, all Work performed in the course of construction, and all material furnished by Company or by Contractor, irrespective of the location, but the ownership thereof shall not absolve Contractor from liability for loss or damage to same, nor from any other duty or responsibility for same as provided for in this Agreement.

## 32.0 WAIVER

32.1 No term or provision of this Agreement shall be waived by Company and no breach by Contractor excused, unless such waiver or consent shall be in writing and signed by a duly authorized officer of Company, Company employee who executes this Agreement or that person's written designee. Any consent by Company to, or waiver of, a breach by Contractor shall not constitute a waiver or consent to any subsequent or different breach. If Company fails to enforce a breach of this Agreement by Contractor, such failure to enforce shall not be considered a consent to or a waiver of said breach or any subsequent breach for any purpose whatsoever. Company's right to require strict performance of Contractor's obligations under this Agreement shall not be affected in any way by any previous waiver, forbearance, or course of dealing.

## 33.0 FORCE MAJEURE

33.1 The term "Force Majeure Event" as employed herein shall mean acts of terrorism, wars, blockades, acts of God, insurrections, riots, civil disturbances, or any other cause not within the control of the Party affected thereby and which that Party is unable to overcome in the exercise of reasonable diligence. "Force Majeure Event" shall not include financial distress or strikes or labor disputes of Contractor's personnel or Subcontractors.

33.2 If either Company or Contractor is rendered unable by a Force Majeure Event to comply with its obligations under this Agreement, such Party shall give notice to the other of such Force Majeure Event in writing within five (5) days after becoming aware of the occurrence of the Force Majeure Event. Upon giving such notice, the obligations of the affected Party shall be suspended as long as the Force Majeure Event shall prevent it

from performing its obligations. The affected Party shall give notice to the other Party of the end of the Force Majeure Event within five (5) days after becoming aware of such end.

33.3   Provided notice is given as described above, neither Party shall be liable for delays caused by a Force Majeure Event nor for expenses or costs associated with the Force Majeure Event, including, but not limited to, standby costs and mobilization and demobilization costs.

33.4   In the event Contractor provides notice that it cannot perform the Work due to a Force Majeure Event, Company retains the right to terminate all or part of the Work to be performed by Contractor under this Agreement.

## 34.0   INSURANCE

34.1   At all times during the term of this Agreement and the performance of Work hereunder, Contractor shall obtain, pay for, maintain, and require its Subcontractors (if any) to maintain insurance for the coverage and amounts of coverage not less than those set forth below. Before commencing the Work, Contractor shall provide to Company an original certificate(s) of insurance issued by insurance companies satisfactory to Company which evidences such coverage.  Contractor's insurance provider(s) must be licensed to do business in the State(s) where the work is being performed, and must have either: an A.M. Best's rating of A-VIII or better; a Standard and Poor's ("S&P") rating of AA or better; or a Moody's rating of Aa2 or better. Such certificates must provide that there shall be no termination, non-renewal, or modification of such coverage without at least thirty (30) days' prior written notice to Company.  Obtaining and maintaining the insurance required hereunder is a material term of this Agreement.  Accordingly, in the event of any failure by Contractor to comply with the provisions of this Section 34, Company may, at its option, on notice to Contractor, suspend this Agreement until Contractor is in full compliance with this Section 34, or terminate this Agreement.  In the event Contractor fails to obtain and/or maintain any of the coverages required by this Section 34, Company may, but shall not be obligated to, obtain or maintain any such insurance on behalf of Contractor and set off the costs thereof against any sums owed to Contractor or otherwise be reimbursed for such costs by Contractor.

(a)   Workers Compensation insurance complying with the law of the State or States of operation, whether or not such coverage is required by law, and Employer's Liability insurance with a limit of not less than $1,000,000 each accident, including occupational disease coverage with a limit of not less than $1,000,000 each employee and a disease policy limit of not less than $1,000,000. Such Employer's Liability policy shall be written on an occurrence form.  A claims-made policy will not be accepted by Company. If work is to be performed in North Dakota, Ohio, Puerto Rico, Washington, West Virginia, or Wyoming, Contractor will purchase Workers' Compensation in the State Fund established in the

**CONFIDENTIAL**

respective states. Stop Gap coverage shall be purchased.

If operations hereunder include water operations, the U.S. Longshoremen and Harbor Workers Compensation Act and Maritime endorsements must be purchased and attached to the policies required above, respectively, providing for transportation, wages, maintenance and cure with limits of $500,000 per employee. Further, an endorsement shall be attached evidencing that a claim "In Rem" shall be treated as a claim against the employer.

(b)     Commercial General Liability ("CGL") insurance  providing coverage for bodily injury and property damage of not less than $1,000,000 per occurrence and $2,000,000 aggregate covering Contractor's insurable obligations, operations, premises, independent contractors, products-completed operations, personal injury and advertising injury. At Company's sole option, Contractor shall, upon request, provide the above-required CGL aggregate on a per-project basis. Additionally, the CGL policy must: (i) be endorsed to eliminate any exclusion concerning injury or damage resulting from work, construction or demolition within fifty (50) feet of railroad trackage; (ii)  provide coverage at least equivalent to that provided under the I.S.O. CGL  standard policy form; (iii) be endorsed to eliminate any exclusion concerning explosion liability or damage to underground utilities or damages caused by collapse; and (iv) and include contractual liability coverage to include coverage for the indemnity obligations assumed by Contractor under this Agreement. Such policies shall be written on an occurrence form.  Claims-made policies will not be accepted by Company.

(c)     Business Automobile Liability insurance with a combined single limit for bodily injury and property damage of not less than $1,000,000 each occurrence to include coverage for all owned, non-owned, and hired vehicles. Such policy shall be written on an occurrence form.  A claims-made policy will not be accepted by Company.

(d)     If Engineering, Architectural or other Professional services (designing and/or consulting) are provided under or pursuant to this Agreement, then Contractor shall also obtain applicable Professional Liability Insurance covering the effects of errors and omissions in the performance of professional duties with limits of not less than $5,000,000 per occurrence.

(e)     If any services provided under or pursuant to this Agreement involve Contractor doing work on any railroad right-of-way, Contractor shall  provide Railroad Protective Liability insurance which shall name the applicable railroad(s) as named insured and Company as additional insured with limits of not less than $2,000,000 per occurrence, $6,000,000 aggregate or such other limits as may be required by the railroad(s), whichever are higher, on combined bodily injury and property damage basis, including  coverage for physical damage to the railroad's property.

(f)     When vessel(s) or barge(s) are used by Contractor for the performance of the Work, protection and indemnity, collision and towers liability insurance, if applicable, on such vessel(s) or barge(s) both owned and non-owned, in a single limit of not less than $5,000,000 or the value of the vessel(s) or barge(s), whichever is greater, shall be provided. When vessels or barges are used, Contractor shall provide hull insurance in amounts to the full value of the vessel(s) or barge(s) owned and/or operated by or for Contractor.

(g)     Excess or Umbrella Liability coverage with a combined single limit for bodily injury and property damage of not less than $5,000,000 per occurrence with an annual aggregate of not less than $5,000,000 shall be obtained and shall apply in excess of all insurance coverages stipulated above.

(h)     In the event Contractor conducts diving operations, with divers who are employees, agents, independent contractors or servants of Contractor, from Company's vessels, Contractor's vessels or any other marine equipment, such diving operations shall be undertaken only at the express written request of the Company Representative. Contractor agrees to indemnify and save Company harmless from any liability, loss, cost or damage, including cost of defense, arising from or connected with such diving operations.

Seaworthiness of Company's vessel(s) used herein for such diving operations is acknowledged and agreed to by Contractor, and neither Contractor nor its insurance carrier shall contest this assertion.

(i)     When aircraft is used by Contractor for performance of the Work, Contractor shall provide Aircraft Liability insurance on both owned and non-owned aircraft, including helicopters, with a combined single limit of not less than $50,000,000 bodily injury and property damage, including passenger legal liability.

When any aircraft is used by Contractor for the performance of the Work, Aircraft Hull insurance in amounts to the full value of each aircraft shall be maintained by Contractor on such aircraft owned and/or operated by or for Contractor.

34.2     A combination of primary and excess/umbrella liability policies will be acceptable as a means to meet the minimum limits specifically required by items 34.1(a) (Employer's Liability only), 34.1(b) & 34.1(c) above. Contractor agrees to name Company as an additional insured as indicated below on all insurance policies required herein, excluding Workers Compensation and Professional Liability. All policies shall provide that the insurance coverage provided thereunder will be primary and noncontributory with any other applicable insurance. None of the insurance policies obtained to satisfy the requirements of this provision shall include a deductible in excess of $50,000.00. All policies must cover all operations of Contractor, and all

**CONFIDENTIAL**

certificates must contain the following declaration: "All of the above-described policies cover all operations of the named insured on behalf of the certificate holder."

34.3   Contractor shall require all of its Subcontractors (if any) to purchase and maintain the foregoing coverages, including specified policy limits and endorsements, to name Company as an additional insured, and to provide written evidence of such coverage to Contractor, as well as any other coverages that Contractor considers necessary.  Further, Contractor shall require all Subcontractors to waive their right of subrogation against Company and shall require all Subcontractor's policies to contain a waiver of subrogation endorsement for all claims against Company as required of Contractor below.  Any deficiency in coverages, policy limits or endorsements of said Subcontractor(s) shall be the sole responsibility of Contractor.   Contractor shall keep all Subcontractor Certificates for a period of two (2) years after all services have been completed under this Agreement.  Upon request of Company, Contractor shall furnish copies of any Subcontractor Certificate(s) within ten (10) days of Company's request therefore.

34.4   **Certificate Holder and Additional Insured must be shown as, and an original Certificate of Insurance sent to, "WorldCom, Inc. and its Affiliates & Subsidiaries", c/o WorldCom Purchasing, LLC, P.O. Box 21348, Tulsa OK 74121-1348.**  Contractor shall, upon written request, provide Company with a certified copy of the involved insurance policy or policies within ten (10) business days of receipt of such request.

34.5   Contractor waives all of its express and/or implied right(s) of subrogation against Company, its officers, directors, agents, and employees thereof and Contractor's policies shall contain a waiver of subrogation endorsement for all claims against Company, its officers, directors, agents, and employees thereof.   The above-required waivers shall also extend to companies and other legal entities that control, are controlled by, are subsidiaries of, or are affiliated with Company, and the respective officers, directors, agents, employees and shareholders of such companies or entities.

34.6   Neither the insurance required herein or the amount and type of insurance maintained by Contractor shall limit or affect the extent of Contractor's liability hereunder for injury, death, loss or damage.  Company, and its Affiliates, shall not insure nor be responsible for any loss or damage to property of any kind owned or leased by Contractor or its employees, servants and agents.  Any policy of insurance covering property owned or leased by Contractor against loss by physical damage shall provide that the underwriters have given their permission to waive their rights of subrogation against Company, its Affiliates and subsidiaries and their respective directors, officers, and employees.

Case 1:05-cv-00037    Document 588-2    Filed 04/11/2008    Page 23 of 32

## 35.0 CONFIDENTIALITY

35.1 Contractor agrees that it shall not, without the prior written consent of Company, disclose or make available to any person, other than Company, or use, directly or indirectly, except in performance of the Work, any information acquired from Company or its subsidiaries, affiliates, or representatives or otherwise obtained by Contractor in connection with the performance of the Work.

35.2 Contractor shall take all steps which may be necessary or appropriate to ensure that its employees, agents, Subcontractors, and representatives adhere to the provisions of this Section 35.

35.3 The provisions of this Section 35 shall continue in full force and effect for a period of five (5) years following final payment by Company to Contractor of all amounts due under this Agreement.

## 36.0 RELATION OF PARTIES

36.1 Nothing in this Agreement shall be deemed to make Contractor, nor any of Contractor's Subcontractors, nor the employees, representatives, or agents of either, the agent, representative, or employee of Company or the owners of any right-of-way or property upon which the Work or any portion thereof is performed. Contractor shall at all times be an independent contractor and shall have sole responsibility for and control over the details and means for performing the Work, provided that Contractor is in compliance with the terms of this Agreement. Anything in this Agreement that may appear to give Company the right to direct Contractor as to the details of the performance of the Work, or to exercise a measure of control over Contractor, shall mean that Contractor shall follow the desires of Company only in the results of the Work.

## 37.0 CONFLICT OF INTEREST

37.1 Contractor shall not use any funds received under this Agreement for illegal or otherwise improper purposes related in any way to this Agreement. Contractor shall not pay nor offer to pay any funds received under this Agreement to any government official or official of a political party or any intermediary of such official. Contractor shall not pay any commissions, fees, or rebates to any employee of Company, nor favor any employee of Company with gifts or entertainment of significant cost or value. If Company has reasonable cause to believe that one of the above provisions has been violated, Company, or its representative, may audit the records of Contractor, for the sole purpose of establishing compliance with such provisions.

## 38.0 ADDITIONAL TERMS AND CONDITIONS

38.1 This Agreement and any Exhibits and Attachments hereto sets forth and constitutes the entire agreement between the Parties with respect to its subject matter and supersedes any and all prior agreements, understandings, promises, warranties

d:\wpdocs\stconstagrfin                              23                                01/24/01

and representations, whether written or oral, made by each Party to the other concerning its subject matter. This Agreement may be modified only in accordance with Section 38.2 of this Agreement. No waiver of this Agreement or of any of its promises, obligations, terms, or conditions shall be valid unless it is written and signed by the Party against whom the waiver is to be enforced.

38.2 Any amendment to this Agreement shall be valid only if made in writing and executed by Company's duly authorized officer or employee who executes this Agreement or that person's written designee.

38.3 This Agreement may be executed in any number of counterparts, and each such counterpart when so executed shall be an original. Such counterparts shall together, as well as separately, constitute one and the same instrument. The counterpart of this Agreement held by Company shall be deemed to be the original and conclusive in the case of variance between it and any other signed copy.

38.4 This Agreement shall not be binding upon Company until executed on its behalf by its duly authorized officer or the Company Representative. Preparation for or commencement of the Work shall not be construed as a waiver of this requirement.

38.5 If any part of any provision of this Agreement is finally determined to be invalid or unenforceable under applicable law by a court of competent jurisdiction, that part shall be ineffective to the extent of such invalidity or unenforceability only, without in any way affecting the remaining parts or provisions of this Agreement.

38.6 If Contractor breaches any term of this Agreement and Company is required to employ counsel or institute legal proceedings to enforce its rights, Company shall recover its counsel fees and costs incurred.

38.7 The Parties acknowledge that they have had ample opportunity to consult with legal counsel of their choosing before entering into this Agreement, have read this Agreement completely and thoroughly, know and understand its contents, have full knowledge of all relevant facts and circumstances, and execute this Agreement freely and voluntarily. Each Party acknowledges that, in executing and giving this Agreement, no other Party has made to it any promise or representation that is not contained in this Agreement and it has not relied on any promise or representation by another Party or anyone purporting to act on its behalf that is not contained in this Agreement.

38.8 The Parties cooperated in the drafting of this Agreement. In the construction of this Agreement, its provisions shall not be construed against either Party.

38.9 Contractor agrees that any right, cause of action or remedy arising out of the warranties or any other undertakings assumed by or imposed upon Contractor under this Agreement shall extend to any company affiliated with Company. For

purposes of this Section, companies affiliated with Company shall include, but not be limited to, WorldCom, Inc., and all of its subsidiaries and affiliates of any tier.

38.10 This Agreement shall be governed, in all respects, under the laws of the State of New York irrespective of its choice of law rules.

38.11 In the event of a conflict between the provisions of this Agreement and any Exhibits or Attachments hereto, the provisions of this Agreement shall be controlling. In the event of a conflict between the provisions of the Exhibits A and B, the provisions of Exhibit A shall be controlling.

38.11 Contractor acknowledges and agrees that Company purchases under this Agreement may be made by or on behalf of any Company affiliate, and that Company may purchase as principal for resale to its affiliates or as agent on behalf of its affiliates. Furthermore, Contractor agrees that all rights and benefits granted hereunder to Company may be exercised and enjoyed by Company and any subsidiary of Company whether owned directly or indirectly, or any subsidiary of any such subsidiary ("Affiliates"). Further, for purposes of calculating discounts (if any) based on volume or quantity, the total volume of all Affiliate entities shall be counted to apply against the applicable volume or quantity benchmark.

38.12 No news releases, public announcements or advertising materials, or confirmation of same, concerning any part of this Agreement or the performance of Work hereunder, or use of Company's name, logo or service trademarks in advertising or sales materials shall be made without the prior written approval of Company. Such requests shall be in writing and addressed to Company's Director of Public Relations, 1801 Pennsylvania Ave. NW, Washington, DC 20006 or submitted via E-mail to **news-mclwcom@wcom.com**, within a reasonable advance time prior to the requested release date to permit review by Company.

## 39.0 SUPPLIER DIVERSITY UTILIZATION

39.1 Contractor agrees, to the fullest extent consistent with efficient contract performance, to increase business awarded to qualified businesses owned and controlled by socially and economically disadvantaged individuals (hereinafter referred to as "Minority-owned" businesses), businesses owned and controlled by Women ("Women-owned"), businesses owned and controlled by Service Disabled Veterans ("Service Disabled Veteran-owned"), and certified HUBZone businesses, (all collectively referred to hereinafter as "MWSDVHZBE" or "MWSDVHZBE's"), in the performance of its obligations under this contract.

39.2 Contractor's MWSDVHZBE utilization under this contract may be satisfied through any one of the following associations with MWSDVHZBE's: teaming, partnerships, joint ventures, subcontracts, purchase orders and/or other contractual arrangements, as such associations are defined in Attachment "SD", attached hereto and

made a part hereof.

     39.3   Contractor understands that if Contractor has proposed to Company that it will use MWSDVHZBE's in the performance of this Agreement, such representation by Contractor is a material factor, among others, for its selection by Company for this Contract award.  Therefore, for Company to determine Contractor's compliance with its representation regarding its MWSDVHZBE utilization under this Agreement, Contractor agrees to comply with all requirements requested by Company.  With respect thereto, Contractor grants to Company, during Contractor's business hours and upon reasonable notice, a right to audit Contractor's records from time to time for compliance with Contractor's MWSDVHZBE Utilization Plan, if any, and further agrees to make all such records available for Contractor's inspection.  Company's audit rights hereunder shall continue for a period of two (2) years from the expiration or termination of this agreement.

     39.4   Company assumes no liability in connection with Contractor's selection and use of any Subcontractors to perform its obligations under this Agreement, and the relationship of Contractor and Company shall at all times remain that of independent contractors; however, Contractor agrees that Company shall have the right, reasonably exercised, to reject in connection with Contractor's undertakings under this Article, any Subcontractor deemed by Company to be unacceptable to satisfy Contractor's MWSDVHZBE utilization plan requirements.

     39.5   Contractor agrees to submit MWSDVHZBE reports on a quarterly basis, or more frequently if requested to do so by Company.  All such reports shall be made using the Supplier Diversity Subcontracting Report form contained in **Attachment "SD"** hereto, and must be submitted even if there have been no MWSDVHZBE dollars expended during the applicable reporting period.  Contractor shall only report those MWSDVHZBE dollars spent on goods and services necessary for, and directly related to, the fulfillment of Contractor's obligations under this contract. All quarterly reports are due by the 10th business day following the end of the calendar quarter.

     39.6   Notwithstanding the foregoing, Company and Contractor do not intend to create any interest in any third party by this Contract except to the extent as may be expressly provided herein.

Case 1:05-cv-00037    Document 588-2    Filed 04/11/2008    Page 27 of 32

**40.0  NOTICES**

40.1  Any notice provided for in this Agreement shall be given by registered U.S. Mail, return receipt requested or by overnight courier service:

(a)  by Company to Contractor, addressed as follows:

CALIFORNIA PACIFIC TECHNICAL SERVICES LLC
PO BOX 8950
TAMUNING, GUAM  96931

(b)  by Contractor to Company, addressed as follows:

Director, Outside Plant Construction
MD-2-2-409
MCI WORLDCOM Network Services, Inc.
6929 North Lakewood Avenue
Tulsa, Oklahoma  74117

with a copy to:

Law and Public Policy, Legal Group 9850/107
MCI WORLDCOM Network Services, Inc.
c/o WorldCom, Inc.
2400 North Glenville Drive
Richardson, Texas  75082

(Signatures on Following Page)

IN WITNESS WHEREOF, the Parties hereto have executed this Agreement on the date hereinafter indicated opposite their signatures.

**CONTRACTOR**

_PO Box 8950 Tamuning, GU. 96931_
Address

_671 - 646 - 3646_
Telephone Number

Date___ _2·13·04_

_California Pacific Technical Services LLC_
Name

By_____
Name: ROBERT T. THOMPSON
Title: GENERAL MANAGER

(If a partnership or otherwise required by law):

By_____
Name:
Title:

U.S. Fed ID #__ _66 - 058492_

**COMPANY**
WorldCom Purchasing, LLC

Date___ _2/13/04_

By_____
Name: J. Scott Stonehocker
Title: Sr. Contract Analyst

**ATTACHMENT "SD"**

d:\wpdocs\stconstagrfin

28

01/24/01

## SUPPLIER DIVERSITY DEFINITIONS

***SMALL BUSINESS*** - A concern, including its affiliates, that is independently owned and operated, and qualifies as a small business as defined by the U.S. Small Business Administration by Standard Industrial Classification (SIC) Codes, Pursuant to the Federal Register, Part II, CFR Part 121, entitled "Small Business Size Standards, Final and Interim Final Rules" issued December 21, 1989, effective January 1, 1990.

***WOMEN-OWNED BUSINESS*** - A business enterprise that is at least 51% owned by a woman or women; or, in the case of any publicly owned business, at least 51% of the stock of which is owned by one or more women, and whose management and daily business operations are controlled by one of more women.

***MINORITY-OWNED BUSINESS*** - A business enterprise that is at least 51% owned by a minority individual or group; or, in the case of any publicly owned business, at least 51% of the stock of which is owned by one or more minority groups, and whose management and daily business operations are controlled by one or more of those individuals. It is presumed that minority includes but is not limited to, African Americans, Hispanic Americans, Native Americans, Asian Americans, and other groups.

***HUBZONE (HISTORICALLY UNDERUTILIZED BUSINESS ZONE) SMALL BUSINESS CONCERN*** - A small business concern that appears on the List of Qualified HUBZone Small Business Concerns maintained by the SBA.

***HUBZONE*** - A HUBZone is an area that is located in one or more of the following: a qualified census tract (as defined in section 42(d)(5)(C)(i)(I) of the Internal Revenue Code of 1986); A qualified "non-metropolitan county" (as defined in section 143(k)(2)(B) of the Internal Revenue Code of 1986) with a median household income of less than 80 percent of the State median household income or with an unemployment rate of not less than 140 percent of the statewide average, based on U.S. Department of Labor recent data; or lands within the boundaries of federally recognized Indian reservations.

***SERVICE-DISABLED VETERAN*** – A veteran with a disability that is service- connected (as defined in section 101(16) of title 38, United States Code). Small business concern owned and controlled by service-disabled veterans. The term "small business concern owned and controlled by service-disabled veterans" means a small business concern— not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans.

***SUBCONTRACT*** means any agreement or arrangement between a contractor and any party or person in which the parties do not have an employer/employee relationship. The purpose of the this subcontract is for the furnishing of supplies or services for the

Case 1:05-cv-00037     Document 588-2     Filed 04/11/2008     Page 30 of 32

use of real or personal property, including lease arrangements, which, in whole or in part, is necessary to the performance of any one or more contracts; or under which any portion of the contractor's obligation under any one or more contracts is performed, undertaken or assumed.

***JOINT VENTURE*** is a form of temporary partnership organized to carry out a single or isolated business enterprise for profit, and usually, although not necessarily, of short duration. It is an association of persons who combine their property, money, efforts, skill and knowledge for the purpose of carrying out a single business operation for profit. All or both parties retain total liability.

***TEAMING*** is when two or more parties team to respond to a request for proposal. Generally, each party brings to the arrangement expertise in a discreet element of the work. In this arrangement, normally, the parties are responsible for and are liable for only their independent efforts. When the contract is awarded, one of the parties becomes the prime, while the others become Subcontractors.

***PARTNERSHIP*** is a relationship or association of persons, which has the quality of oneness but legally is regarded not as an entity but as an aggregation of individuals. Unlike a corporation, a partnership is not an artificial person having a distinct legal existence separate from its members.

As a result of the legal characterization of a partnership as an association of individuals, it necessarily follows that, in the absence a permissive statute, a partnership can neither sue nor be sued in the firm name. Since a partnership is not a legal entity, the debts of the partnership is not a legal entity, the debts of the partnership are the debts of the individual partners, and any one partner may be held liable for the partnership's entire indebtedness.

ATTACHMENT "SD"
**WORLDCOM SUPPLIER DIVERSITY SUBCONTRACTING REPORT**

Primary Contractor _____

Reporting Period: _____

WORLDCOM Contract No. _____

Actual Dollars Received From WorldCom: _____

| Subcontractor Name | Contractor Name | Firm Code | CPUC Certified | Service/Products | 1st Quarter Payments | 2nd Quarter Payments | 3rd Quarter Payments | 4th Quarter Payments | Total Calendar Year Payments |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

Contractor shall submit reports on a quarterly basis, or more frequently if requested to do so by WorldCom. The quarter reporting is defined as the calendar year quarter. If the contract award is made during the calendar quarter, the first report is due on the 10th day after the end of that calendar quarter.

TYPE-OF-FIRM CODES:
AA - Small Business
AC - Women-Owned - A small business that is at least 51% owned by a woman or woman who are U.S. Citizens and control and operate it.
DA - Male Asian-Pacific American - Persons whose origins are from Japan, China, Korea, Vietnam, Laos, Cambodia, Philippines, Samoa, Guam, Taiwan, Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Republic of the Marshall Island or the Federated State of Micronesia and the U.S. Trust Territories of the pacific Northern Marianas.
DB - Male African American - Persons having origins in any Black groups of Africa
DH - Male Hispanic American - Persons ancestry and culture are rooted in South America, Central America, Dominican Republic, Puerto Rico, or the Iberian Peninsula (Portugal or Spain).
DN - Male Native American - A person who is an American Indian, Eskimo, Aleut, or Native Hawaiian.
DV - Disabled Veteran
FA - Female Asian-Pacific American
FB - Female African American
FH - Female Hispanic American
FN - Female Native American
HB - HUBZone Participants

NOTE:   Report must be submitted at least quarterly to your WORLDCOM Contract Administrator with a copy to the WORLDCOM Supplier Diversity Office,
         701 South 12th Street, Arlington, VA 22202.

Signature: _____          Typed Name: _____
Title: _____

d:\wpdocs\slconstagr.fin                                    12/23/2000