# EXHIBIT O

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, JAMES S. YEE, TEDDY C. CRUZ, JESSE B. CRUZ, TEDDY L.G. NAUTA, and JOHN B. BABAUTA, | ) CIVIL CASE NO. CIV05-00037<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| CALIFORNIA PACIFIC TECHNICAL SERVICES LLC, a.k.a. CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

DEPOSITION TRANSCRIPT

OF

# HENRY G. VAN METER

January 29, 2008

ORIGINAL

PREPARED BY:  GEORGE B. CASTRO
**DEPO RESOURCES**
#49 Anacoco Lane
Nimitz Hill Estates
Piti, Guam 96915
Tel:(671)688-**DEPO** • Fax:(671)472-3094

1    A    Yes, yes, I always have to let them

2 know, yes.

3    Q    When you went to CalPac, I think you

4 testified at your first deposition that you

5 were interviewed by Don Harper?

6    A    Yes.

7    Q    And Don Harper made the decision to

8 hire you?

9    A    Yes.

10    Q    Did he pretty much make that decision

11 on the spot?

12    A    Yes.

13    Q    Okay.  Now, when you applied at CalPac,

14 it was your understanding you were applying to

15 work at CalPac and only at CalPac; is that

16 right?

17    A    At CalPac, yes.

18    Q    Okay.  And it was your understanding

19 that Don Harper worked for CalPac and only for

20 CalPac when he interviewed you?

21    A    Yes.

22    Q    After you were hired, you were given a

23 paycheck during the time you worked at CalPac?

24    A    Yes.

25    Q    Okay.  And that paycheck was on a

1 CalPac bank account?

2     A   CalPac, yes.

3     Q   Okay.   Are you aware of any facts that

4 would suggest that you worked for anybody

5 besides CalPac during that time you were with

6 CalPac?

7     A   During the time I was hired?

8     Q   Yeah, and worked from February to

9 December 2004.

10     A   CalPac.

11     Q   Yeah.  And as far as you know, the only

12 company you worked for was CalPac?

13     A   And MCI.  Well, we were doing contracts

14 for MCI too.

15     Q   Okay.  But you didn't work for MCI, did

16 you?

17     A   I worked for CalPac.

18     Q   And MCI was a customer of CalPac?

19     A   Yes.

20     Q   Okay.  But MCI didn't hire you, did it?

21     A   CalPac.

22     Q   Okay.  I just want to be clear about

23 this, you're not aware of any facts that would

24 suggest that MCI had anything to do with the

25 decision to hire you?

1     A     (pauses)

2     Q     I mean, Don, as far as you know, Don

3     Harper --

4     A     Don Harper, yes.

5     Q     Don Harper didn't call MCI, and say, "I

6     want to hire Henry Van Meter," did he?

7     A     No.  CalPac.  Don Harper.

8     Q     Don Harper, yeah.  Okay.  And then you

9     knew that CalPac had other customers besides

10    MCI?  They had TyCom; is that right?

11    A     TyCom, MCV.

12    Q     MCV, AT&T, is that right?

13    A     Yes.

14    Q     Okay.  I'm sorry, you're going to need

15    to speak a little louder because we got to make

16    sure we catch it all on tape.  MCV, TyCom, AT&T

17    were also customers of CalPac?

18    A     Yes.

19    Q     All right.  And did you also work on --

20    and you worked on an MCI project while you were

21    at CalPac?

22    A     Yes.

23    Q     Did you also work on the AT&T project

24    sometimes?

25    A     Sometimes.

1    Q    And did you work on the TyCom project
2  sometimes?
3    A    Yes.
4    Q    And did you work on the MCV project
5  sometimes?
6    A    Yes.  Because I was a foreman.
7    Q    Okay.    And  the  decision  of  which
8  project you would work on, that was made by
9  CalPac?
10   A    Don Harper.
11   Q    Okay.    And Don Harper would -- you'd
12  come in and Don Harper would say, Henry, today
13  or this week, I want you to work on such and
14  such project, whether it was MCI or TyCom or
15  MCV; is that right?
16   A    It will be Henry Quintanilla who would
17  be telling me that.
18   Q    Okay.
19   A    So, it'd Don Harper, Henry, then Henry
20  would tell us.
21   Q    Okay.    And  as  far  as  you  know  the
22  decision  of  where  to  assign  workers,  which
23  project to assign workers to, that was made
24  strictly by CalPac?
25   A    Yes.

1   to do that, Don Harper decided that, and who to
2   assign to the crew, Don Harper decided; is that
3   right?

4       A    Yes, yes.

5       Q    Okay.  You're hired on.  You're hired
6   on as a laborer.  And then eventually you got a
7   promotion.

8       A    Yes.

9       Q    When did you get the promotion?

10      A    Oh, man.  I don't remember.

11      Q    Okay.

12      A    I know I worked hard out there in that
13  sun.

14      Q    Okay.  Well, had you been working --
15  I'll keep my back to you.  Had you been working
16  there a long time before you got the promotion?

17      A    (pauses)

18      Q    It couldn't have been that long you
19  worked there.  You were there less than a year
20  but --

21      A    Maybe about four months.  I really, I
22  don't exactly know.

23      Q    Okay.  Who promoted you?

24      A    Don Harper.

25      Q    Okay.  Do you know of any facts that

1   would suggest that MCI had anything to do with

2   the decision to promote you?

3      A   It was Don Harper.

4      Q   Okay. You don't know of any reason to

5   think that MCI had any part of that decision,

6   do you?

7      A   No.

8      Q   Okay. When you got a promotion, did

9   your pay go up?

10     A   Yes.

11     Q   What was the jump?

12     A   I believe I went from $8 to $10.00, and

13   then from $10.00 to $12.00.

14     Q   Okay. When you were promoted, did --

15   who talked to you? Did Don Harper talk to you

16   directly?

17     A   Yes. And he gave me a piece of paper

18   saying that I was promoted and I got a raise.

19     Q   Okay. Did he have you into the office

20   and talked to you for a few minutes when he did

21   that?

22     A   Uh-huh.

23     Q   What did you talk about? Do you

24   recall?

25     A   He just, if I recall, he just said I

1     Q   Okay.   But did you ever talk to him

2 one-on-one?

3     A   Just to say, "Hi.  How are you?  How

4 are you doing?"  That's about it.

5     Q   Okay.   Never talked to him one-on-one

6 about any significant issues?

7     A   No.

8     Q   Okay.   When you're at the job site,

9 various job sites, if you needed equipment or

10 if you needed more men, who would you talk to?

11     A   Henry.

12     Q   Henry Quintanilla?

13     A   Yes.

14     Q   Okay.  And Henry would make a decision,

15 or would he sometimes have to go talk to

16 somebody?

17     A   He'll make a decision.

18     Q   All right.  As far as you know, Henry

19 made this decision on his own on behalf of

20 CalPac?

21     A   Uh-huh.

22     Q   Okay.  Do you know of any facts that

23 MCI Verizon controlled Henry's decision when

24 you went up and asked him?

25     A   No.

1    Q   Okay.  He never said, "Wait a minute, I
2  have to go ask MCI"?

3    A   No.

4    Q   Okay.  Each of the people in the chain
5  of command -- and I will just make it very
6  clear.  Henry Quintanilla, as far as you know,
7  he worked only for CalPac?  He only worked for
8  CalPac.  Right?

9    A   He only worked for CalPac.

10   Q   Okay.  And that's my question so, is
11 that a yes?

12   A   Yes, CalPac.

13   Q   All right.  And, Don Harper, he only
14 worked for CalPac?

15   A   CalPac, yes.

16   Q   Okay.  And John Healy, as far as you
17 know, he only worked for CalPac?

18   A   He's the owner.

19   Q   In fact, he's the owner of CalPac?

20   A   Yes.

21   Q   Yeah.  All right.  But none of those
22 three men worked, as far as you know, worked
23 for MCI?

24   A   Yeah.

25   Q   You don't have any facts that would

1    suggest they worked for MCI?

2          A    I don't know.    I don't -- we we're

3    doing the MCI contract.

4          Q    Sure.  Okay.

5          A    Yeah.

6          Q    But you didn't work for any -- and you

7    only thought MCI was a customer of CalPac, just

8    like TyCom or MCV?

9          A    Contract, yes.

10         Q    Okay.    A fair amount of your work was

11   on the TyCom project also; is that right?

12         A    Yes, I do TyCom too.  Yes.

13         Q    You were a foreman on that project?

14         A    Yes.

15         Q    Did you have more responsibilities on

16   the TyCom project than you did on some of the

17   other projects?

18         A    It was just whenever they need me down

19   there, you know, but I did finish one of their

20   contracts for TyCom, for CalPac.

21         Q    Okay.  One of the TyCom projects --

22         A    Yeah.

23         Q    -- for CalPac?

24         A    Yeah.

25         Q    Okay.    When you were a laborer, you

1  would go in to CalPac's office in the morning,
2  and you would be assigned to work for a
3  foreman?
4      A    Yes.
5      Q    And Henry Quintanilla usually made that
6  assignment, or Don Harper?
7      A    Henry.
8      Q    Henry, okay.  And then after you became
9  a foreman, then Henry would assign people to
10  work on your crew?
11      A    Yes.  Or I'll pick who I want --
12      Q    Okay.
13      A    -- to be.
14      Q    And MCI never interfered in that
15  discussion, did they?
16      A    I don't know.
17      Q    I mean, when you were picking crew, MCI
18  never interfered, did they?
19      A    No.
20      Q    Okay.  As far as you know, MCI never
21  told Henry who to pick for crew?
22      A    I don't know.
23      Q    Okay.  Do you know of any facts that
24  would suggest MCI told Henry what to do, or who
25  to assign?

```
 1      A    I don't know.
 2      Q    Okay.  When you were a laborer, did you
 3  have a set lunch hour?
 4      A    (pauses)
 5      Q    Did you guys usually go to lunch at
 6  noon?
 7      A    Yes.
 8      Q    Okay.  And who would tell you when to
 9  break, or would people just look at their clock
10  and stop working?
11      A    No, Henry will say break time.
12      Q    Henry Q?
13      A    Yeah.
14      Q    And when you became a foreman, did you
15  sometimes make the decision about the lunch
16  hour or did --
17      A    Yes, because, you know, where they put
18  my crew and I, and I'm the boss, you know,
19  that's my crew, and sometimes they'll send us
20  somewhere else, and then I'll make the decision
21  about the lunch time.
22      Q    Okay.  And you didn't have to ask
23  anybody's permission --
24      A    No.
25      Q    -- for that?
```

1    A    No.

2    Q    That was your decision?  Okay.  When

3  you were working on these projects, who

4  provided the tools that you and your crew

5  needed?

6    A    Well, before I go out, I usually

7  provide the crew because I'll know what I need

8  for the job site.  If they tell me to go do

9  something, I have to know what I need for the

10  job site, so I tell my crew, go get this, go

11  get shovels, go get the, you know, the blower

12  or whatever.

13    Q    Okay.

14    A    Whatever it takes to get the job done.

15    Q    And were all of the tools that you've

16  just described that you used on these job

17  sites, these were CalPac tools?

18    A    Yes.

19    Q    Okay.  Do you know of any tools that

20  were supplied by any customers?

21    A    I don't know.

22    Q    Okay.  In your complaint, you state

23  that CalPac paid your wages, but they did that

24  with money they received from MCI.  Did you

25  ever work in the accounting department at

1  CalPac?

2      A    No.

3      Q    Okay.    Do   you   know   what   funds   CalPac

4  used to pay your wages?

5      A    No.

6      Q    Do you personally know that?

7      A    No.

8      Q    Okay.  So, would it be fair to say that

9  you don't know whether CalPac used money from

10  MCI or money from --

11     A    That's not my depart- --

12     Q    -- all of its costumers?

13     A    I don't know nothing about that.

14     Q    All right.   While you were at CalPac,

15  did they have a policy regarding sick days or

16  vacation days that you could take?

17     A    I don't remember.  Well, I never missed

18  a day so I don't --

19     Q    Okay.  All right.

20     A    I really don't know.

21     Q    Okay.    Other   than   Don   Harper,   did

22  anybody   else   ever   give   you   a   performance

23  evaluation?

24     A    No.

25     Q    Okay.  Let's talk about Dennis Clark a

1    A   He taught me a lot.  And sometimes the
2  only way to learn is to hear his comments too,
3  you know, right and wrong.  He's a good boss.

4    Q   Okay.  But he never cracked a smile,
5  huh?

6    A   I never see -- maybe, I don't know.  I
7  don't remember.  I don't.  But I'm always
8  serious on my work too, you know.

9    Q   Never joked at all?  Never smiled with
10  the guys?

11    A   Yes.   I  mean,  you  know,  but  I'm
12  serious.  I want to get my job done.

13    Q   Okay.

14    A   The faster we get it done, the sooner
15  we get out of here.

16    Q   Okay.  But even though you're serious
17  on the job, that doesn't mean every single
18  thing you say is serious, does it?  You never
19  joke with the boys?

20    A   Yes.  We joke.

21    Q   You joke, yeah.  Okay.  All right.
22  Let's talk about you, in your first deposition,
23  you said there were two instances when Dennis
24  Clark made this monkey comment.  And you just
25  started to tell us about one, I think.

1    A   One.

2    Q   And that was at Tiyan?

3    A   Yes.

4    Q   All right.  Do you remember what time

5 of day that was?

6    A   I don't remember.

7    Q   Do you remember the date?  What month?

8    A   I don't know if October or --

9 September, October.  I don't --

10    Q   Okay.

11    A   I need to refresh my memory.

12    Q   Okay.

13    MR. EWERT:  Patrick, can we take 10

14 minutes when you get a chance?

15    MR. CIVILLE:  Let's take it right now.

16 Okay?  We're going to take a 10-minute break.

17    (Off the record from 2:47 p.m. to 3:02

18 p.m.)

19 BY MR. CIVILLE:

20    Q   Mr. Van Meter, when we left off, we

21 were talking about -- what were we talking

22 about?

23    A   Dennis Clark.

24    Q   Dennis Clark, there we are.  We were

25 talking about Dennis Clark.  And, I have a

1     A   He didn't just say it to me.  He said
2  it to the rest of the crew.

3     Q   Okay.  Yeah.

4     A   Yes.

5     Q   Do you have any reason to think he
6  wouldn't have said it if you were white?

7     A   I don't know.

8     Q   Have you ever been called a monkey
9  before?

10     A   No.

11     Q   Okay.  And then Dennis Clark stayed at
12  the spot for a little bit, and then he
13  eventually left?

14     A   He left.

15     Q   Okay.  And you went over and told Henry
16  Quintanilla?

17     A   Yes.

18     Q   What did Henry say?

19     A   He said, "I'll take care of it."

20     Q   And what did that -- did you say, "What
21  does that mean, Henry?"

22     A   No.  I know Henry.  He'll take care of
23  it.

24     Q   Okay.

25     A   Okay.

```
1     A    No.

2     Q    Did he say anything to you?

3     A    No.

4     Q    Okay.  Did he treat you professionally?

5     A    I don't remember.  I don't remember,

6  because I'm -- like I say, I'm too busy.  He

7  probably was there with Don Harper or --

8     Q    Okay.

9     A    -- with HQ.  I just stayed away.

10    Q    Okay.  Do you know of any facts to

11 suggest that MCI or Verizon knew about this

12 comment by Dennis Clark?

13    A    I don't know.

14    Q    Okay.  You don't know of any facts that

15 would indicate that MCI did know about it?

16    A    I don't know.

17    Q    Okay.  All right, then life goes on, on

18 the job site.  Then you said that there was a

19 second incident up at Two Lovers Point.  And

20 when was that incident?

21    A    Maybe around October -- October,

22 November.  I'm not too sure exactly what day.

23    Q    So, would that be more than a month

24 after the first incident?

25    A    Probably after, yes.
```

1   Q   Okay.  And what did you say to Dennis?

2   A   I didn't say nothing.  I just walked

3   away.

4   Q   Did anybody say anything to Dennis when

5   he said that?

6   A   I don't know.  I don't know who said

7   something.  Maybe Don said something to him, I

8   don't know.

9   Q   Yeah.

10  A   I don't know, I just -- you know, just

11  walked away again.  Here we go again.  You

12  know, after that, later on, the guys, we all

13  get together again.  We we'll say, "What is

14  this?"  You know, somebody would come up, I

15  think it was Tony Arriola, and he goes, "What's

16  up with this monkey business, bro?"  You know.

17  "What's with all this monkey?"  You know.  So,

18  I say, "What'd you mean?"  He goes, "I just,

19  this is like the fourth, fifth time I heard

20  this guy say that word, monkey."

21  Q   It's only the second time you had heard

22  it?

23  A   Yeah.  And I go, "Are you for real?"

24  He goes, "Yeah."  I said damn.

25  Q   Who else complained, besides Tony

1 you what makes it racial as opposed to

2 insulting? What is it that he --

3     A    Because Dennis Clark's supposed to be a

4 professional person.

5     Q    Okay.

6     A    He's not supposed to come up to me and

7 tell me I'm a monkey.

8     Q    He shouldn't come up and call you an

9 asshole, should he?

10     A    We're talking monkey, we're not talking

11 of asshole.

12     Q    Well --

13     A    Okay?

14     Q    Okay.

15     A    He's calling me a monkey. That's the

16 whole thing. Not just me, but the rest of the

17 crew. Not just once. Not just twice. Quite a

18 few times.

19     Q    Well, as far as you know it was only

20 twice.

21     A    Well, for me, but what I heard. Come

22 on.

23     Q    Well, you heard. Okay.

24     A    Tell me once, but don't tell me twice.

25     Q    So, if he just called you once, it

1      Q    But after the first incident, the guys
2  didn't say he had said it many times?
3      A    Well, because maybe -- maybe they're,
4  you know, they didn't hear it, or I mean, they
5  didn't mention it or what, to me, but --
6      Q    But all the time after the first
7  incident, nobody ever told you he had said it
8  more than once until after the second attempt?
9      A    After the second incident.
10     Q    And then they come up and say, oh, he
11 said it more?
12     A    Yeah.
13     Q    Okay; okay.  All right.  So, after that
14 second incident, did you make a complaint to
15 anybody?
16     A    No.
17     Q    You didn't go up to Henry Quintanilla?
18     A    No.  They were all there.  They heard.
19 I didn't make the complaint.
20     Q    The question, did you --
21     A    No, I didn't make the complaint.
22     Q    Okay.  Did you go to Don Harper?
23     A    No.
24     Q    Did you talk to John Healy?
25     A    No.

1   that weren't laid off, still continuing the MCI

2   project.

3      Q   Okay.   Were  you  ever  involved  in

4   determining  the  staffing  levels  for  the

5   project?

6      A   No.

7      Q   Okay.

8      A   I don't know.

9      Q   All right.  And you don't know from the

10  contract documents how much work was actually

11  left on the project?

12     A   No.

13     Q   Okay.

14     A   But --

15     Q   You  never  got  involved  in  making  a

16  business  decision  about  how  many  --  we've  got

17  this  much  work  left,  how  many  workers  do  we

18  need to do this profitably?

19     A   No.

20     Q   Okay.   What  facts  do  you  rely  on  to

21  support  your  claim  that  you  were  laid  off

22  because you had complained about Dennis Clark?

23     A   What was that again?

24     Q   Are  you  claiming  that  you  were  laid  off

25  because you complained about Dennis Clark?

1     A    Yes.

2     Q    What facts do you base that on?

3     A    Because we made a complaint that --

4     Q    Okay.

5     A    And --

6     Q    And how do you make the connection

7 between making a complaint and getting laid

8 off?

9     A    Well, we all got together and people

10 that got laid off, said, "Why us?" I mean, I

11 haven't missed one day, just working for

12 CalPac.

13     Q    Okay. Who all got together?

14     A    Well, we got together as a group.

15     Q    This is the meetings at Don Harper's

16 house?

17     A    Yes.

18     Q    Was that after you were laid off?

19     A    After I was laid off.

20     Q    Okay. So, you got together and each of

21 you said, "Why me?" It should have been

22 somebody else?

23     A    No -- well, no. I'm the one who said

24 why me, you know.

25     Q    Okay. So, you got the --

1    A    Yeah.

2    Q    Okay.   And, once again, you don't have

3  any facts to suggest that MCI, Verizon had any

4  part in the decision to lay you off?

5    A    I don't know.

6    Q    John Healy never said, "Geez, Henry --

7  "

8    A    I don't know.

9    Q    " -- my hands are tied"?   He never said

10  that to you?   "I want to keep you, but MCI is

11  making me lay you off"?

12    A    I don't know.

13    Q    Well, you never --

14    A    I don't know who made the decision.

15    Q    But John Healy never said that to you,

16  did he?

17    A    No, he didn't.

18    Q    Okay.   Do you know of any facts that

19  MCI or Verizon approved of your layoff?

20    A    No.

21    Q    Okay.   Have you ever gone back and

22  applied at CalPac, reapplied there?

23    A    No.

24    Q    Okay.   Then after -- sometime after

25  you're laid off, you were laid off, you went to

# REPORTER'S CERTIFICATE

I, **Melinda D. Castro**, Court Reporter, do hereby certify the foregoing 139 pages to be a true and correct transcript of the audio recording made by a Notary Public Officer of Depo Resources in the within-entitled and numbered case at the time and place as set forth herein.

I do hereby certify that prior to examination the deponent was duly sworn upon oath and that a request for review was made; and that thereafter the transcript was prepared by me or under my supervision.

I further certify that I am not a direct relative, employee, attorney or counsel of any of the parties, nor a direct relative or employee of such attorney or counsel, and that I am not directly or indirectly interested in the matters in controversy.

In testimony whereof, I have hereunto set my hand and seal of Court this 24th day of March, 2008.

Melinda D. Castro

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-**DEPO** * Fax(671)472-3094

# EXHIBIT P

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

HENRY G. VAN METER, JERRY ) CIVIL CASE NO. CIV05-00037
APODACA, JR., JOSEPH J. )
HERNANDEZ, JOSEPH T. MENDIOLA, )
LARRY L. CHARFAUROS, ANTHONY )
C. ARRIOLA, JAMES S. YEE, )
TEDDY C. CRUZ, JESSE B. CRUZ, )
TEDDY L.G. NAUTA, and JOHN B. )
BABAUTA, )
)
Plaintiffs, )
)
vs. )
)
CALIFORNIA PACIFIC TECHNICAL )
SERVICES LLC, a.k.a. CALPAC, )
DYNAMIC TECHNICAL SERVICES, )
VERIZON BUSINESS PURCHASING )
LLC, VERIZON BUSINESS NETWORK )
SERVICES, INC., JOHN HEALY, )
DENNIS CLARK, WILLIAM WARD, JAI)
JAMES, and DOES 1 through 10, )
)
Defendants. )
_____)

DEPOSITION TRANSCRIPT

OF

**JERRY APODACA, JR.**

January 30, 2008

PREPARED BY:   GEORGE B. CASTRO
               **DEPO RESOURCES**
               #49 Anacoco Lane
               Nimitz Hill Estates
               Piti, Guam 96915
               Tel:(671)688-**DEPO** ▪ Fax:(671)472-3094

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

1  know what you're supposed to be getting?

2      A   No,   I'm   not   notified.   I   wasn't

3  notified in what we'll be getting.

4      Q   Okay.  And, I'm sorry, you've mentioned

5  this  at  your  first  deposition,  I  forget  the

6  answer.  At Watt's, do you recall what you were

7  earning?

8      A   $8.

9      Q   Okay.  And was that with benefits or no

10 benefits?  They offer you health care?

11     A   I don't recall any of it.

12     Q   Okay.  When your daughter was ill, did

13 you have health insurance for her?

14     A   Medicaid.

15     Q   Just Medicaid?

16     A   Yeah.

17     Q   So, you didn't have healthcare through

18 your work?

19     A   No.

20     Q   Are there any jobs that you've had that

21 we haven't talked about?

22     A   No.

23     Q   Let's go back and focus now on your job

24 at CalPac.  You  were  hired  by  --  you  were

25 interviewed and hired by Don Harper; is that

1  right?

2     A    Yes.

3     Q    Okay.   How   was   it   that   you   decided   to

4  apply at CalPac?   How did you pick that company

5  to make an application?

6     A    I was notified by Henry Van Meter.

7     Q    And Henry is related to you somehow?

8     A    Yes.

9     Q    I'm  sorry,  you  --  I  forget  again.   How

10  is he related?

11     A    He is my uncle.

12     Q    Like a blood uncle, like your --

13     A    Yeah.

14     Q    --    mother's    brother    or    father's

15  brother?

16     A    Mother's brother.

17     Q    Okay.   So,   he  called  you  and  simply

18  said,  "Hey,  Jerry,  they're  hiring  down  here.

19  Why don't you put in an application?"

20     A    Just  if  I  wanted  to  work,  just   --

21  (pauses).

22     Q    Okay.   And  when  you  went  to  apply  for

23  work,  you  thought  you  were  --  as  far  as  you

24  knew,  you  were  applying  to  work  at  CalPac;

25  correct?

1    A    Yes.

2    Q    Okay.    And only at CalPac?

3    A    Yeah.

4    Q    Is that right?

5    A    (no audible response)

6    Q    Yeah, I'm sorry.    You have to answer

7    out loud.

8    A    Yes.    That's as far as I know.

9    Q    Okay.    And when Don Harper interviewed

10   you and talked to you, you believe that Don

11   Harper worked for CalPac?

12   A    Yes.

13   Q    And only for CalPac, is that right?

14   A    Yes.

15   Q    All right.    Do you remember your

16   interview with Don Harper?    Did he talk to you

17   very long?

18   A    No.

19   Q    Okay.    Did he talk to you at all?

20   A    Yeah, he talked to me, but I don't

21   recall what was being said at that time.

22   Q    Okay.    Do you remember talking to your

23   Uncle Henry before you're hired on?

24   A    Yeah.

25   Q    Okay.

         MR. CIVILLE:   Yeah.   Yeah, during the
interview.

     A     Pretty much.  Yes.
BY MR. CIVILLE:
     Q     Okay.   He told you you'd laborer and
you'd be digging -- that the business was
laying cable, digging trenches?

     A     Just digging.

     Q     To just digging?

     A     Yeah.

     Q     Okay.

     A     And cutting.  If we needed it, to cut
the road.

     Q     All right.   Was there bush cutting
involved also, that you recall?

     A     No.

     Q     You don't recall?

     A     I don't recall.

     Q     Okay.   When you spoke to Don Harper,
did he make the decision to hire you right
there on the spot as you were talking to him?
Or, did he say call me back, I'll let you know?

     A     He did hire me right there.

     Q     Right there and then?

     A     Yeah.

1     Q    During the interview?

2     A    Yeah.  I came early that morning.

3     Q    Okay.  And he said, "You're hired."

4     A    Yeah.

5     Q    Okay.  Do you know of any reason or any

6 facts that would suggest that MCI or Verizon

7 had anything to do with the decision to hire

8 you?

9     A    Can you repeat?

10    Q    Yeah.  Do you know of any facts, do you

11 have any reason to believe that MCI, somebody

12 from MCI, had anything to do with the decision

13 to hire you?  You said, you applied to CalPac,

14 Don Harper --

15    A    Yeah.

16    Q    -- as far as you know work for CalPac.

17    A    Yeah.

18    Q    As far as you know, was the decision to

19 hire you made by CalPac?

20    A    Yes.

21    Q    Okay.  You don't have any reason to

22 think that MCI or some other company was

23 involved in that decision, do you?

24    A    I don't think so.

25    Q    Yeah,  Don  Harper  when  he  was

1  interviewing you, he didn't say, "Hey, I got to
2  call MCI or somebody else to see if I can hire
3  you." He made the decision right on the spot,
4  right?

5  A   Yeah.  And we -- he said our project is
6  for MCI.

7  Q   Okay.

8  A   That's all he said.

9  Q   Okay.  And as time went along, did you
10 come to understand that MCI was a costumer of
11 CalPac's, that CalPac was doing work for MCI?

12 A   As far as I know, is what we use was --
13 where we do projects, that's our project.

14 Q   Okay.  And there were other projects.
15 There was a TyCom project?

16 A   Yeah.  There was TyCom.

17 Q   There was an AT&T project?

18 A   I wasn't aware of AT&T.

19 Q   How about were you aware of an MCV
20 project?

21 A   Yes.

22 Q   Okay.  And those are all projects that
23 CalPac was working on?

24 A   Yes.

25 Q   Okay.  And I don't know if you even

1  thought about it, if you did think about it or
2  somebody told you, was it your understanding
3  that TyCom and MCV and MCI were customers of
4  CalPac's?

5      A    No.  They just said project.

6      Q    Just project?

7      A    This is our project.  Yeah.  This is
8  the project we have to do.

9      Q    Okay.

10     A    That's about it.

11     Q    You don't know what the relationship
12 between CalPac and MCV was, do you?

13     A    No.

14     Q    The relationship between CalPac and
15 TyCom, you don't know what that was?

16     A    No.

17     Q    You don't know what the relationship
18 between CalPac and MCI was; is that correct?

19     A    Correct.

20     Q    Okay.  In your first deposition, you
21 talked about how you would go to work in the
22 morning and you'd report in and, I think you
23 said you normally talk to Don Harper or Henry
24 Quintanilla?

25     A    Yeah.

1     Q    Is that right?

2     A    Uh-huh.

3     Q    And they would tell you what foreman to

4 report to?

5     A    Yeah.

6     Q    Okay.   And then the foreman would tell

7 you what your job assignment was for the day?

8     A    Yeah.

9     Q    You would, you and your work crew, for

10 that foreman, would go get in the CalPac truck

11 and ride out to the job site?

12    A    Yeah.

13    Q    Okay.   To the best of your knowledge,

14 the decision about which work crew you were

15 assigned   to   was   made   either   by   Henry

16 Quintanilla or Don Harper?

17    A    Yes.

18    Q    And those were CalPac workers, right?

19    A    Yes.

20    Q    Okay.   To the best of your knowledge,

21 MCI did not have anything to -- didn't have any

22 part on the decision of which work crew you

23 were assigned to?

24    A    No.

25    Q    They did not?

1    A   No.

2    Q   Is that right?

3    A   I didn't know what was really going on.

4 It's just --

5    Q   Okay.

6    A   -- I'm there to work.

7    Q   Sure.  And as far as you know, all of

8 the decisions about your work were made by

9 CalPac?

10    A   Don Harper, yes.

11    Q   Okay.  And all I'm trying to make sure

12 I'm clear on here is that, you don't know of

13 any facts that would suggest that MCI made

14 decisions about what work crew you were going

15 to be on?

16    A   Yeah.

17    Q   Okay.  You're not aware of Don Harper

18 ever having to ask MCI's permission or

19 instructions about what work crew to put you

20 on?

21    A   No.

22    Q   Okay.  Same with Henry Quintanilla?

23    A   Yeah.

24    Q   Okay.  You've mentioned before that you

25 were paid by CalPac.  When you got your

1    paycheck, it was on a CalPac bank account?

2      A   Yes.

3      Q   To the best of your knowledge, CalPac

4    controlled, they made up -- they prepared the

5    paycheck and they were the ones who issued the

6    paycheck?

7      A   Yes.

8      Q   Okay. You're not aware of any facts

9    that would suggest that MCI had anything to do

10    with issuing your paycheck, are you?

11      A   I can't say, because I don't really

12    know how the paycheck is --

13      Q   Okay.

14      A   -- really.

15      Q   Okay. And you don't know what bank

16    account -- you know, the money that was in the

17    bank account to pay you, when you cashed your

18    CalPac paycheck --

19      A   Yes.

20      Q   -- if the check didn't bounce, that

21    meant there was money in that account, right?

22      A   Yes.

23      Q   You don't know what sources --

24      A   Right.

25      Q   -- wait, wait. You don't know what

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-**DEPO** * Fax(671)472-3094

1  paycheck?

2      A    No.

3      Q    You don't know who paid him?

4      A    No.

5      Q    You don't know who Dennis Clark, who

6  his boss was?

7      A    Not for a while.

8      Q    Okay.

9      A    After we got laid off from CalPac, then

10  I -- all of us knew where his paycheck was

11  coming from and how he was getting paid.

12      Q    And how is that?

13      A    From EEOC.

14      Q    Oh, okay.  Yeah.

15      A    Through EEOC, we found out.

16      Q    What did EEOC tell you?

17      A    That he was employed from Diamond (sic)

18  Technical Services or --

19      Q    Dynamic Technical Services?

20      A    Yes.

21      Q    DTS?

22      A    Yes.

23      Q    Okay.    When    Dennis    Clark    --    you

24  complained that there was an incident on

25  September 21st, 2004 when Dennis Clark made an

1 inappropriate, what you thought was an
2 inappropriate comment?

3     A   Yes.

4     Q   Okay. Up until that time, see this is
5 in September and you had started in May, how
6 often had you seen Dennis Clark before that
7 time in September? Several times a week you
8 said?

9     A   Yeah. Like three times a week.

10     Q   Three times a week for how many weeks
11 or how many months?

12     A   I don't recall.

13     Q   Okay. But you've seen him quite a few
14 times?

15     A   Yeah, I've seen him.

16     Q   Okay. And in all that time you had
17 never had any conversation other than to say
18 hello.

19     A   Yeah.

20     Q   And up until September 21st, Dennis
21 Clark had never said anything to you that you
22 thought was inappropriate? Or, you hadn't
23 heard him say anything inappropriate?

24     A   Besides saying, we're a bunch of island
25 monkeys?

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-**DEPO** * Fax(671)472-3094

1    Q    Just    on    September    20-    --    up    before

2    that,    you    know.    All    the    times    you'd    seen    him

3    before    that,    he    had    not    said    anything    that    you

4    thought    was    offensive;    is    that    right?

5    A    (pauses;    no    audible    response)

6    Q    We're    going    to    talk    about,    you've    said

7    on    September    21st,    when    you    he    called    you    an

8    island    monkey.    We're    going    to    talk    about    that

9    in    a    minute.    But    before    that,    he    had    never

10    said    anything    you    found    offensive;    correct?

11    A    I    don't    recall.

12    Q    Okay.    You    think    you'd    remember    if    he

13    had    said    something    offensive    before    that?

14    A    No.

15    Q    You    don't    think    you'd    remember?

16    A    No.

17    Q    You    would    have    forgotten    that?

18    MS.    LUJAN:    Asked    and    answered.

19    A    No,    he    --    I    haven't    heard    him    say

20    anything    to    me.

21    BY    MR.    CIVILLE:

22    Q    Okay.    That's    all    I'm    asking.    Okay.

23    So,    before    September    21st,    you    had    not    heard    him

24    say    anything    offensive?

25    MS.    LUJAN:    Asked    and    answered.

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-**DEPO** * Fax(671)472-3094

1  and you just don't recall?

2      A    Yeah, yeah.

3      Q    So, now you kind of set the stage.

4  We're at Tiyan by the Pass and ID Building, got

5  all these folks there and Dennis Clark is there

6  talking to Don Harper, right?

7      A    Uh-huh.

8      Q    And is that the time when you heard,

9  when you're saying that Dennis Clark said

10 something about monkeys or island monkeys?

11     A    Yeah.

12     Q    Okay.  What was going on?  Were you

13 watching Harper and Clark talk?

14     A    No.  We were just working.

15     Q    Yeah, do you know what --

16     A    We were --

17     Q    Go ahead.

18     A    We were taking out the dirt and then he

19 just -- I just heard something like monkeys.

20     Q    Okay.  So, the first thing you heard

21 was something monkeys.

22     A    Yeah.

23     Q    But you don't know what that was about?

24     A    Yeah, and I got up and I looked.  I

25 looked around and there was Don and Dennis

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-**DEPO** * Fax(671)472-3094

```
 1  talking in the side and then they were walking
 2  towards those guys.
 3      Q    Which guys?
 4      A    Henry and they were walking down --
 5      Q    You mean the guys that are 10 yards
 6  away?
 7      A    Yeah, yeah.
 8      Q    All right.  So, you just heard the word
 9  monkeys and that made you look up?
10      A    Yeah.
11      Q    And you think it was Dennis Clark who
12  said that?
13      A    Yeah, because I know Don's voice
14  already.
15      Q    Okay.  And it looked like Dennis said
16  that to Don?  He was talking to Don, and when
17  you looked up he was still talking to him?
18      A    Yeah.
19      Q    All right.
20      A    And when I --
21      Q    And you know --
22      A    -- when I got up --
23      Q    Hang on.  You don't know what they were
24  talking about though?
25      A    He was just saying, "Look at those
```

1    monkeys standing."

2        Q    Well, a moment ago you said you heard

3    something -- monkeys.

4        A    Yeah.

5        Q    Okay.    So, the only word you can

6    remember is monkeys?

7        A    Yes.

8        Q    You don't know exactly what Dennis

9    Clark said to Don Harper; is that right?

10        A    Yeah.

11        Q    Okay.  You don't if know Don and Dennis

12    were having an angry conversation or joking

13    around, or you know, were they talking about

14    something that was funny to them?  You couldn't

15    tell that?

16        A    No, I couldn't tell.

17        Q    Okay.  You don't know what kind of mood

18    they were in with each other?

19        A    No.

20        Q    Correct?

21        A    It was just where Don would look down

22    and he'll keep saying, you know, loud and then

23    they'll come back and just talk where we can't,

24    I cannot,

25        Q    Couldn't hear?

1      A    We couldn't hear.

2      Q    All right.

3      A    And then they'll just speak up where --

4 they want us to hear.

5      Q    Okay.  Now, so you heard, you knew they

6 were talking and you don't know what about,

7 right?

8      A    Uh-huh.

9      Q    And then you heard the word, monkeys.

10     A    Yes.

11     Q    There something, something, and then

12 yada-yada monkeys, right?

13     A    Yeah.

14     Q    And you looked up and Don Clark and

15 Dennis -- Don Harper and Dennis Clark are

16 walking away from you toward the fellows who

17 were 10 yards --

18     A    Yeah.

19     Q    -- down the line.

20     A    Yeah.

21     Q    Is that right?

22     A    Ten yards and five yards.

23     Q    Okay.  At that point, did you say

24 anything to anybody?

25     A    To Tony Arriola.

1    Q    Okay.  And what did you say to Tony?

2    A    I said, "Did you hear that?"  And then

3 he goes, "What?"

4    Q    So, he didn't hear it?

5    A    No, he didn't hear it.  And then I told

6 him to take out the earplugs because he's not

7 working with any heavy machine.

8    Q    Okay.  Is it earplugs or an iPod?

9    A    Earplugs.

10    Q    Okay.  It was 2004, I don't if there

11 were iPods.  Okay.

12    A    And he goes, "What was that?"  And I

13 said, "You didn't hear what was said?"  He

14 goes, "No, what is?"  I go, "I don't know, I

15 just heard monkey, the word monkey."  And he

16 got up and he was looking around.  So, we just

17 took a break.

18    Q    Okay.  Well, let's operate on the

19 assumption that that you did hear the word

20 monkey.  You don't know what context it was

21 being used in?

22    A    No.

23    Q    You don't know what Dennis Clark was

24 talking about?

25    A    No, I don't.

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-**DEPO** * Fax(671)472-3094

1       Q   Okay.  And in that point, did you have

2  any reason to think he was talking about you?

3       A   I don't think so.  I hope not.

4       Q   Okay.  All right.

5       MR. EWERT:  Can we take a 10-minute

6  when we get a chance to that?

7       MR. CIVILLE:  Sure.  In just a couple

8  of minutes we will.  Is that okay?

9       MR. EWERT:  Yeah.

10      MR. CIVILLE:  Okay.

11  BY MR. CIVILLE:

12      Q   And then you -- okay.  But you took a

13  break, you and Jerry --

14      A   Tony.

15      Q   -- Tony took a break?

16      A   Yeah.

17      Q   All right.  Why did you take a break at

18  that point?

19      A   It was --

20      Q   Were you just tired?

21      A   It was hot.

22      Q   Hot?  Okay.

23      A   And we went and drink water.  And then

24  right when the foreman saw us --

25      Q   Which foreman?

    1    A    That compressor type?

    2    Q    Uh-huh.

    3    A    Yeah.  It takes --

    4    Q    Are they hard to control?

    5    A    Yeah.  And it's pretty heavy if you're
    6   going to just, get it in an angle.

    7    Q    Uh-huh.  Okay.

    8    A    To get a big chunk, it's pretty heavy.

    9    Q    So, you go to work on the jackhammer.
   10   And, did you have -- was anything else, was
   11   there anything else going on with Dennis Clark
   12   that day?

   13    A    He just shouted out, "Look at those
   14   bunch of island monkeys!"

   15    Q    Okay.  So, over there on the --
   16   (pauses).  Well, this just sounds so -- so odd,
   17   what you're saying.

   18    A    Yeah.

   19    Q    But let's find out what's going on
   20   here.  So, Dennis Clark, you go back to work,
   21   this is all in the same day.  Right?

   22    A    Yeah.

   23    Q    You're on the jackhammer.  Are you on
   24   the same spot of the trench or are you now on a
   25   different spot?

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-**DEPO** * Fax(671)472-3094

```
1    Q    Okay.

2    A    And I didn't --

3    Q    Did you see him say anything?

4    A    They all just turned and looked.

5    Q    But nobody said anything?

6    A    No.

7    Q    And that first incident where you heard

8  the word monkey, and this second time where you

9  said "Look at those -- ", you're saying, Clark

10 said "Look at those bunch of island monkeys

11 just standing there."  Those were the only two

12 times that you ever heard Dennis Clark use the

13 word monkey?

14   A    And Two Lovers Point.

15   Q    But you weren't there at Two Lovers

16 Point, right?

17   A    Yes, I was.  We were pulling.

18   Q    Are you sure about that?  Are you sure

19 you weren't off that day?

20   A    We were pulling --

21   Q    Okay.

22   A    -- and the rope snapped.

23   Q    Okay.  So, you said you were at the Two

24 Lovers point the day that the rope snapped?

25   A    Yeah.
```

Case 1:05-cv-00037    Document 588-5    Filed 04/11/2008    Page 49 of 61

1     Q  How long after this first, September

2  21st, how long after that was this incident at

3  Two Lovers Point?

4     A  It was a while.  I think -- a month or

5  two.

6     Q  And whose crew were you working on that

7  day?

8     A  All of us were in -- we were pulling.

9  I was with Don and Henry, and I think,

10  Quintanilla.

11     Q  Uh-huh.

12     A  Or Henry Van Meter.

13     Q  And what was your job that day?  I'm

14  sorry, first, who was your foreman that day?

15     A  Don.  Don was there.

16     Q  But who was your direct foreman?  What

17  work crew were you on?  Don Harper's or --

18     A  Don.

19     Q  And who else was there?

20     A  Henry Quintanilla and Joe Mendiola,

21  Roland --

22     Q  Actually, was the entire underground

23  crew down there that day?

24     A  Yeah.

25     Q  This was a big pull, wasn't it?

Case 1:05-cv-00037    Document 588-5    Filed 04/11/2008    Page 50 of 61

1  from the conduit because you were going to make

2  the figure eight with the cable?

3      A   Yeah.  Yes.

4      Q   Dennis Clark, your recollection is that

5  Dennis Clark and Don Harper were standing,

6  talking to each other, closer to where the

7  other workers were?

8      A   Yes.

9      Q   Okay.  And you couldn't hear generally

10  what they were talking about?

11      A   No.

12      Q   And you thought you were, what?  About

13  10 feet away from them?

14      A   Yeah.

15      Q   Okay.  You said from here to the

16  bookshelves in our office, about that distance?

17      A   Yeah.

18      Q   So, 10 to 12 feet; is that about right?

19      A   Yes.

20      Q   All right.  And then it was your

21  testimony that Dennis Clark said, "What are you

22  bunch of monkeys just standing around for?

23  Just get pulling"?

24      A   Yeah.

25      Q   Okay.  And at that point, Don Harper

1  reacted and told Dennis Clark to leave the job

2  site; is that right?

3      A    Yeah, yes.

4      Q    Okay.  Do you remember exactly what Don

5  Harper said?

6      A    He just told him to get off the job

7  site.

8      Q    Okay.  That's all he said, just get off

9  the job site?

10     A    Yes.

11     Q    You don't remember anything else?

12     A    No.

13     Q    And Dennis Clark left?

14     A    Yeah.

15     Q    And that was the only, that was the

16 last time you heard Dennis Clark use the word

17 monkey?

18     A    Yes.

19     Q    Okay.  Now, let's go back to the first

20 -- I think that covers the testimony that was

21 deleted from -- inadvertently, did not get

22 copied or transcribed here -- I'm sorry, did

23 not get recorded before the break.  Let's go on

24 from there.

25          I want to go back to the first incident

```
 1        Q    You mean at Two Lovers Point?

 2        A    Yeah.

 3        Q    So, that was several weeks or a month

 4   later?

 5        A    Yeah.

 6        Q    Okay.  Up until Two Lovers Point, you

 7   had never followed up with Don Harper --

 8        A    No.

 9        Q    -- about the first incident; is that

10   right?

11        A    Yeah.

12        Q    Okay.  You need to speak up.  And, is

13   that right?

14        A    Yes, that's right.

15        Q    And you don't know what Don Harper did

16   or didn't do after you told him about the first

17   incident?

18        A    No.

19        Q    You don't know.

20        A    No, I don't.

21        Q    Okay.  So, you personally don't know

22   whether he spoke to John Healy or not?

23        A    No.

24        Q    Okay.  You don't know if he notified

25   MCI?
```

1  A No, I don't.

2  Q Okay. Do you know of any facts that
3 would suggest that MCI knew what Dennis Clark
4 said in that first incident in September?

5  A No, they weren't notified about it.

6  Q They weren't notified?

7  A No.

8  Q Okay. Do you have any reason to
9 believe that MCI would have approved of what
10 Dennis Clark said?

11  A Can you repeat?

12  Q Yeah, do you know of any facts that
13 would suggest MCI approved of what Dennis Clark
14 said; if it had known? If MCI had known, do
15 you have any reason to think they would have
16 approved of it?

17  A I don't know.

18  Q Okay.

19  A I wouldn't know.

20  Q Okay. And after the second incident,
21 you said that at Two Lovers Point, of course,
22 you're saying, if I understood you correctly,
23 Don Harper kicked Dennis Clark off the job
24 site; right?

25  A Yeah.

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-DEPO * Fax(671)472-3094

1    Q    And  you  don't  know  what  Don  and  John
2  Healy  talked  about?

3    A    No.

4    Q    Okay.

5    A    No,  I  don't.

6    Q    Do  you  know  of  any  facts  that  would
7  indicate  that  MCI  or  Verizon  knew  about  Dennis
8  Clark's  comments  at  Two  Lovers  Point?

9    A    Can  you  repeat  it  again?

10   Q    Yeah.   Do  you  of  any  facts  --  you  told,
11  what,  Don  Harper  knew  about  it,  but  do  you  know
12  of  any  facts  that  would  show  that  or  indicate
13  that  MCI  knew  about  what  Dennis  Clark  had  said
14  at  Two  Lovers  Point?

15   A    No.

16   Q    Okay.   Do  you  know  of  any  facts  that
17  would  suggest  that  MCI  approved  of  what  Dennis
18  Clark  said,  if  they  did  know  about  it?

19   A    I  don't  think  they  would  if  they  knew
20  about  it,  you  know.

21   Q    Okay.   Okay.   Then  you  kept  working  for
22  about  another  month  and  a  half  after  that  Two
23  Lovers  incident;  is  that  right?

24   A    Yes.

25   Q    And    did    you    have    any    further

REPORTER'S CERTIFICATE

I, **George B. Castro,** Court Reporter, do hereby certify the foregoing 102 pages to be a true and correct transcript of the audio recording made by a Notary Public officer of Depo Resources in the within-entitled and numbered case at the time and place as set forth herein.

I do hereby certify that prior to examination the deponent was duly sworn upon oath and that a request for review was made; and that thereafter the transcript was prepared by me or under my supervision.

I am not a direct relative, employee, attorney or counsel of any of the parties, nor a direct relative or employee of such attorney or counsel, and that I am not directly or indirectly interested in the matters in controversy.

In testimony whereof, I have hereunto set my hand and seal of Court this 13th day of March, 2008.

_____

George B. Castro

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-**DEPO** * Fax(671)472-3094

# EXHIBIT Q

1

IN THE UNITED STATED DISTRICT COURT

FOR THE TERRITORY OF GUAM


HENRY G. VAN METER, JERRY      )  CIVIL CASE NO. 05-00037
APODACA, JR., JOSEPH J.        )
HERNANDEZ, JOSEPH T. MENDIOLA, )
LARRY L. CHARFAUROS, ANTHONY C.)
ARRIOLA, ROBERT B. CRUZ,       )
ROLAND F. MENDIOLA, JAMES S.   )
YEE, TEDDY B. CRUZ, JESSE B.   )
CRUZ, JOHN L.G. NAUTA, and JOHN)
P. BABAUTA,                    )
                               )
                 Plaintiffs,   )
                               )
       vs.                     )
                               )
CALIFORNIA PACIFIC TECHNICAL   )
SERVICES LLC, a.k.a CALPAC,    )
DYNAMIC TECHNICAL SERVICES,    )
VERIZON BUSINESS PURCHASING,   )
LLC, VERIZON BUSINESS NETWORK  )
SERVICES, INC., JOHN HEALY,    )
DENNIS CLARK, WILLIAM WARD,    )
JAI JAMES, and DOES 1 through  )
10,                            )
                               )
                 Defendants.   )


DEPOSITION OF JERRY APODACA
Taken on Behalf of the defendants


        BE IT REMEMBERED That, pursuant to the Federal

Rules of Civil Procedure, the deposition of JERRY APODACA was

taken before Veronica F. Reilly, Certified Shorthand Reporter,

on Thursday, the 21st day of February 2008, at 1:45 p.m. in

the Law Offices of Civille & Tang, 330 Hernan Cortez Avenue,

Suite 200, Hagatna, Guam.


                Veronica F. Reilly, CSR-RPR

                Certified Shorthand Reporter
                     671.734.1041 (t)
                www.florescourtreporting.com

1    you had that with him somewhere around the shop floor?

2         A.    Right there where we had the -- where they just put

3    on the time --

4         Q.    The time cards?

5         A.    -- yeah, the time cards.

6         Q.    And that conversation, the only two people present

7    were you and Don Harper?

8         A.    Yes.

9         Q.    And you made that complaint or you asked him what he

10   was going to do and you turned away for some reason; am I

11   right so far?

12        A.    Yeah, my ride was there already.

13        Q.    But then when you looked back, Don Harper was heading

14   upstairs?

15        A.    Upstairs.

16        Q.    So at least at that moment, it did not appear to you

17   that he was talking to John Healy?

18        A.    No.

19        Q.    Now, those two incidents, the one at Tiyan and the

20   one at Two Lovers' Point, those are the only two times that

21   you ever personally heard Dennis Clark say anything that you

22   considered to be a racial comment?

23        A.    Yes.

24        Q.    You're going to need to speak a little louder, sir.

25   And other than reporting this to Henry Van Meter and then

Civil Case No. 05-00037

1   talking to Don Harper, you never made a complaint to anyone

2   else?

3       A.   No.

4       Q.   You never made a complaint directly to MCI?

5       A.   (No response.)

6            MS. LUJAN: This is while he was employed by

7   CalPac?

8       Q.   (By Mr. Civille)  While you were employed by CalPac?

9       A.   Only to Henry Van Meter and Don Harper.  That was it.

10      Q.   When you were terminated or laid off on March --

11  November 26, 2004.  Does that sound about right?

12      A.   I don't remember when I was terminated.

13      Q.   Do you recall it being roughly about November 2004?

14      A.   Roughly, yes.

15      Q.   Who gave you that message that you were being laid

16  off?  And you were told you were being laid off due to a

17  reduction in force; is that right?

18      A.   Yes.

19      Q.   Who told you that?

20      A.   I don't remember who it was.

21      Q.   Okay.  One of the bosses?

22      A.   Yeah, one of the bosses.

23      Q.   Okay.  How did that work?  You went into work one

24  morning and your time card wasn't there?

25      A.   Yeah.

Civil Case No. 05-00037

REPORTER'S CERTIFICATE

I, Veronica F. Reilly, Certified Shorthand Reporter, hereby certify that JERRY APODACA personally appeared before me at the time and place set forth in the caption hereof; that at said time and place I reported in stenotype all testimony adduced and other oral proceedings had in the foregoing matter; that thereafter my notes were reduced to typewriting under my direction; and the foregoing transcript, pages 1 to 41, both inclusive, constitutes a full, true, and correct record of such testimony adduced and oral proceedings had and of the whole thereof; that pursuant to Rule 30(e) of the Federal Rules of Civil Procedure, no request was made by the deponent or his counsel to review the original deposition transcript. Therefore, the original deposition transcript has been presented to Mr. Civille's office.

Witness my hand at Barrigada, Guam, this 3rd day of March 2008.

---

Veronica F. Reilly, CSR-RPR
Certified Shorthand Reporter