# EXHIBIT R

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA and JOHN P. BABAUTA, | ) CIVIL CASE NO. CIV05-00037 ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| CALIFORNIA PACIFIC TECHNICAL SERVICES LLC, a.k.a. CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES and DOES 1 through 10, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

DEPOSITION TRANSCRIPT

OF

# JOSEPH J. HERNANDEZ

January 25, 2008

PREPARED BY:     GEORGE B. CASTRO
                 **DEPO RESOURCES**
                 #49 Anacoco Lane
                 Nimitz Hill Estates
                 Piti, Guam 96915
                 Tel:(671)688-**DEPO** • Fax:(671)472-3094
IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

1    A    Yeah,    I    don't    really    know    him
2  personally.

3    Q    All right.

4    A    But they just happened to be there, and
5  showed me the ropes of how to pull fiber optic.
6  So I figured, since he was there, and he'd be
7  there for my son too.

8    Q    No, no, I'm sorry.    I'm not being
9  clear.    That's all after you started working.

10    A    Yes.

11    Q    I'm just curious, how did it happen
12  that you applied at CalPac?    Was it just, did
13  you see an ad in the paper or what?

14    A    No, he told me.    He told me at one bar,
15  Time In, when I walked in the bar, "Still need
16  a job Che'lu?", I said yes.

17    Q    And that was Henry Van Meter?

18    A    Yes.

19    Q    Okay.

20    A    It's not far from CalPac, that bar.

21    Q    Okay.

22    A    As I recall.

23    Q    All right.    So you went down to CalPac
24  and you applied?

25    A    Yes.

1    Q   All right.  You went to their office?

2    A   Yes.

3    Q   Okay.  Who did you talk to when you

4 went to the CalPac office, do you recall?

5    A   Henry.  Henry was there.

6    Q   Did you have to fill out an

7 application?

8    A   Yes.

9    Q   Did you talk to anyone else?

10    A   Norman.

11    Q   Anyone else?

12    A   Quintanilla, Henry.

13    Q   Now, this is when you were first

14 applying for the job?

15    A   Yes.

16    Q   So you talked to Henry Van Meter,

17 Norman, and Henry Quintanilla?

18    A   Yes.

19    Q   Anyone else?

20    A   Don Harper.

21    Q   All right.  And I'm sorry, you said you

22 did fill out an application?

23    A   Yes.

24    Q   All right.  And you believed you were,

25 as far as you knew you were applying for a job

1   at CalPac?

2      A    Yes.

3      Q    Were you interviewed?

4      A    (pauses)

5      Q    I mean, did they talk to you and say,

6   "Joseph, here's what we do," or --

7      A    No. Until I --

8      Q    -- you know, what are your skills?

9      A    -- I was at the job.

10     Q    Pardon me?

11     A    Until I was at the job, until I went to

12  the job. They said, "Can you start tomorrow?"

13     Q    That's -- okay. That's all they asked?

14     A    Yeah.

15     Q    "Can you start tomorrow?"

16     A    Yes. And I --

17     Q    Okay.

18     A    -- I walked in the next day, and they

19  handed me a shovel.

20     Q    So when you first went in there, did

21  they talk to you about what kind of work you

22  would be doing?

23     A    Only when I started. They didn't tell

24  me what they were doing until they -- first,

25  they hand you a shovel if your first time, and

1  you work on that shovel for two months, a month

2  and a half, and then they put you to another

3  location.

4      Q   Okay.   And so that went on for two

5  months -- I mean, you're just digging trenches?

6      A   Digging trenches.

7      Q   Okay.   And during this two-month

8  period, you believed that you were working for

9  CalPac?

10     A   Yes.

11     Q   You were paid by CalPac?

12     A   Yes.

13     Q   Okay.   You reported in the morning to

14 CalPac's office?

15     A   Yes.

16     Q   Okay.   Were you aware that CalPac had

17 customers?

18     A   Yes.

19     Q   Okay.   Who were some of the customers?

20     A   Dennis Clark.

21     Q   Dennis was a customer?

22     A   One of the guys that was giving orders

23 in the field.

24     Q   But you're saying he was a CalPac

25 customer?

1    Q    Yeah.

2    A    Yeah.

3    Q    Any other customers, you know, you said

4    you worked on projects that CalPac had with

5    MCI, a project they had with AT&T, do you

6    remember any other customer names?

7    A    No, sir.

8    Q    Okay.  Do you have any reason to think

9    that Verizon or MCI had anything to do with the

10   decision to hire you?

11   A    To hire me?

12   Q    Yeah.  I mean, when Don Harper -- was

13   it Don Harper who made the decision to hire

14   you?  Or one of the Henrys?

15   A    Don Harper.

16   Q    Okay.  He works for CalPac?

17   A    Yes.

18   Q    Okay.  He didn't have to call up, as

19   far as you know, he didn't have to call up MCI

20   or Verizon, and say, "Hey, I've got Joseph

21   Hernandez here"?

22   A    At the time I didn't know about MCI or

23   any of them people.

24   Q    Yeah.

25   A    I didn't know at the time.

1    Q    When you were hired on?

2    A    When I was hired on.

3    Q    As far as you knew, everything that was

4    told to you, you were being hired by CalPac?

5    A    Yes.

6    Q    And only by CalPac?

7    A    Yes.

8    Q    Okay.  And as far as you could observe,

9    as could see, old Don Harper made the decision

10   without any, he didn't have to consult with any

11   customer, MCI, Verizon, anybody?  He made the

12   decision on the spot to hire you?

13   A    Yes.

14   Q    You were assigned to the underground

15   department when you started?

16   A    Yes.  Yes, I pulled with them before I

17   worked with them, underground department.

18   Q    And this was your first time -- this

19   job at CalPac, was the first time you'd gotten

20   any experience in this line of work?

21   A    Yes.

22   Q    Okay.  How many people were in the

23   underground department?

24   A    Eight.

25   Q    Eight?

1   the conduits in.

2        Q    And that was a very important part of

3   the -- I mean, they were very particular that

4   the cable would be buried to a certain depth?

5        A    That was what Dennis Clark's mentioning

6   every time he's there.

7        Q    Okay.  And he was telling this to your

8   foreman, Henry Quintanilla, and to everybody

9   who heard him.

10       A    Yes.

11       Q    Is that what you're saying?

12       A    Yes.

13       Q    Okay.    Did you ever talk to Dennis

14  Clark?

15       A    Yes.

16       Q    When did you talk to Dennis Clark?

17       A    When I was working for CalPac.

18       Q    How often did you talk to him?

19       A    I don't remember, sir, but yes, we had

20  it, we talked, I talked to him.

21       Q    Directly?

22       A    He talked to me directly.

23       Q    Okay.    When?    Do you recall any

24  instance when you talked to Dennis Clark?

25       A    It   was   there   where   the   reflector

1    building.

2        Q    Okay.

3        A    Where he told me to go down and, "Tell

4    them monkeys to stop pulling my fiber."

5        Q    So he talked to you, you didn't talk to

6    him?

7        A    No, he says, "Joe, go down there now

8    and tell the monkeys to stop pulling my fiber."

9    Or slow down the way they pull the fiber.

10       Q    Okay.

11       A    Because it's supposed to be a slow

12   pull.

13       Q    Okay.  And he was pretty upset?

14       A    Yes.  He was upset.

15       Q    And how did you respond?

16       A    I had to do it.  I had to do what --

17   yeah.

18       Q    Did you say anything to him?

19       A    No, sir.

20       Q    Okay.  When he said monkeys, what do

21   you think he was talking about?

22       A    To --

23       Q    The guys on the other end?

24       A    The guys on the other bridge.

25       Q    Okay.  Did you think that was a racial

1   racist remarks, man.

2       Q   Did you tell him about Dennis not
3   liking the way the cable was being pulled?

4       A   I just told him that he told you guys,
5   you know, to slow your roll, you know.  Be easy
6   with the fiber.

7       Q   You told Henry that?

8       A   Yes.

9       Q   Okay.  What else?

10      A   I told Henry that, "He is calling you
11  guys a monkey, man, a fucking monkey to slow
12  down pulling the fiber."  I don't appreciate
13  that guy.

14      Q   Okay.

15      A   Because that's where your -- he's
16  paying us, so we have to do what he have to do.
17  Let it in one ear, let it out the other ear.
18  So I went back to work.

19      Q   And do you know what Henry did after
20  you talked to him?

21      A   I don't know because I went back to
22  work.

23      Q   Okay.  And you said there was, I think
24  you've said earlier, there was another
25  incident?

1    A   There were a few incidents with Dennis

2  Clark.

3    Q  Was this one that we just talked about

4  at -- I'm sorry. That was at NCS, you said?

5    A  I don't remember, sir.

6    Q  Okay. Do you remember which project

7  you were working on then?

8    A  I know I did a few projects, and Dennis

9  Clark was really --

10    Q  At this incident you just talked about,

11  do you recall who was around?

12    A  I don't remember, sir.

13    Q  Was anybody else there besides you and

14  Dennis, at the end that you were at?

15    A  I don't remember, sir.

16    Q  Nobody else that you recall, ever said

17  they heard him make this comment that you just

18  described?

19    A  I don't remember, sir.

20    Q  Okay. Do you remember the date of that

21  comment?

22    A  No, sir.

23    Q  Was that the first time you had heard

24  Dennis use the word monkey?

25    A  No, he said that, like, he said that

1   monkey word when he's around us a lot.

2      Q   Okay. What other time do you recall?

3      A   The AT&E (sic) building.

4      Q   The AT&T building?

5      A   Yes.

6      Q   And what do you recall about that

7   incident?

8      A   When I was coming out of the building,

9   I was getting a ladder, and he just said the

10   monkeys in the jungle are slowing our process.

11   I looked at him, and I didn't -- so I just got

12   the ladder and went back in.

13      Q   Was anybody else around when he said

14   this?

15      A   No, sir.

16      Q   Just the two of you?

17      A   Yes.

18      Q   Who was he talking to?

19      A   The workers in the jungle.

20      Q   Yeah, but you heard him say this, but

21   was he talking to --

22      A   No, he --

23      Q   -- who was he talking to?

24      A   -- he said it directly to me.

25      Q   Okay. And what did you say?

1    A    I didn't say nothing.    He's a rude

2 person, you know.

3    Q    Okay.    And did you report that to

4 anyone?

5    A    I told the foremens about it.

6    Q    Which foreman?

7    A    I don't remember which foreman, but I

8 told the foreman.

9    Q    And you -- well, if you don't remember

10 which foreman, then I'm guessing you don't

11 remember what the foreman said?

12    A    I'm guessing what the foreman said?

13    Q    No.    I'm guessing -- if you don't

14 remember who you told, then you don't remember

15 what they said.    Is that right?

16    A    I don't remember, sir.

17    Q    This time was the AT&T building.    Where

18 was that in the number of times you say you've

19 heard Dennis Clark use the term monkey?

20    A    At NCS and Tiyan.

21    Q    What was the first time?

22    A    The first time was when we're pulling,

23 it's not far, but it's just across the street,

24 we're pulling the fiber, and he's telling us on

25 this side to fucking slow down you fucking

1   monkeys with the fiber --

2       Q   Is that the one we just talked about?

3       A   Yes.

4       Q   A few moments ago?

5       A   At NCS. Where --

6       Q   Where he told --

7       A   No, that's at the reflector.

8       Q   Okay. Where is this first time? Where

9   is that?

10       A   It's at NCS.

11       Q   NCS. Okay

12   .   A   Right there when you come in NCS,

13   there's like a short pull right across the

14   street, and he was hollering at us, "Fucking

15   slow down the way you pull the fucking fiber,

16   you monkeys."

17       Q   Yeah.

18       A   I looked and I told Don or whoever was

19   there. "I'm tired of this guy, man. Calling

20   me that or telling us that."

21       Q   Well, you're saying this is the first

22   time you recall.

23       A   As I recall, yes.

24       Q   Okay. So this is the first time you

25   heard him use that term?

1    A    All he was doing was throwing remarks
2  like he was pissed off.
3    Q    Okay.   Did you talk to anybody about
4  that remark?
5    A    I don't remember, sir.
6    Q    Did you report it to anyone?
7    A    Yes, I report it.
8    Q    Who did you report it to?
9    A    I don't remember, sir, who I reported
10  it to.
11    Q    Okay.
12    A    But I did report it.   And then that's
13  when they told me you just let it in to one ear
14  and let it out the other ear.
15    Q    Well, you said that was when Henry
16  Quintanilla told you over in a different
17  incident, that he told you let it in one ear
18  and out the other.
19    A    Yes, sir.
20    Q    Okay.   So, I'm talking about now.   Just
21  about the NCS incident, you don't recall who
22  you reported it to?
23    A    I know I report it, it's just I don't
24  remember who I told it to, sir.
25    Q    Okay.   You didn't tell John Healy, did

1   you?

2      A    John Healy wasn't there, sir.

3      Q   And you didn't tell him, you did not

4   report to him personally?

5      A   I don't remember, sir. But he wasn't

6   there when he was having a fit.

7      Q   You think that you reported it to a

8   supervisor, or just told one of the other

9   workers?

10     A   Sir, there's so many of us there that

11   he was really the loudest one in that, you

12   know. I really, I did report it, let my fellow

13   workers know that it's not right. He can't be

14   doing that, you know. I did tell whoever was

15   there, it's not right.

16     Q   Okay.

17     A   What he's doing is not right. And then

18   one of the guys said, "Just don't listen to

19   him, that's where the money is coming. He's

20   the one that's paying us." So I just -- like

21   everywhere I went --

22     Q   And was that a supervisor or was that a

23   fellow worker, who said just let it go?

24     A   A fellow worker.

25     Q   Okay. And so you just kept working?

1    A    Yes.

2    Q    Okay.    And  you  don't  recall  reporting

3  it to anybody else?

4    A    I don't remember, sir.

5    Q    And you never spoke to Dennis Clark?

6    A    I did report it.

7    Q    You  don't  have  --  you  didn't  speak  to

8  Dennis Clark about it?

9    A    No,  sir,  because  he  was  on  the  other

10  side of the road.

11    Q    Okay.    Do  you  know  of  any  facts  that

12  would  show  that  this  comment  was  ever  reported

13  to  anybody  at  the  top  of  CalPac,  any  of  the

14  owners of CalPac?

15    A    I don't remember, sir.

16    Q    Okay.    Do  you  know  of  any  facts  that

17  would  show  that  Dennis  Clark's  comment  was  ever

18  communicated in any way to MCI?

19    A    I don't know.

20    MS.  LUJAN:    You're  referring  to  the  NCS

21  incident?

22    MR.  CIVILLE:    Yeah,  we're  just  talking

23  about the NCS incident now.

24  BY MR. CIVILLE:

25    Q    You're  saying  that  was  the  first  time,

so, do you have any reason, do you know of any facts that would show that at that time, that MCI or Verizon knew about these comments?

A    I don't recall, sir.

Q    Okay.    What was the second incident where you say you heard Dennis Clark call somebody a monkey?

A    At Tiyan.    No, he uses that term, you know, when you're around this guy he uses, he says it out loud.

Q    Okay.    Well, I'm asking you to go through and tell me what incidents --

A    At Tiyan.

Q    Tiyan.    Have we talked about Tiyan yet? Is that the one where there was the -- he told you to go tell the guys to pull slower?

A    When we were putting cement, because we're supposed to put cement, and then added sand, and then the tape, and he got mad about not putting cement on some of the trenches.

Q    He, being Dennis Clark?

A    Yes.

Q    Okay.    And how big was the work crew you were on that day?

A    It's a dozen.

```
 1      Q    Okay.  Who was your supervisor?

 2      A    Dennis Clark.

 3      Q    Is he the only supervisor?

 4      A    A foreman too was there.

 5      Q    And who was the foreman?

 6      A    John.

 7      Q    John  of  one  whose  name  you  can't

 8 remember, last name?

 9      A    Yeah.

10      Q    Okay.

11      A    Henry was there.

12      Q    Which Henry?

13      A    The  both  Henrys,  and  Don  Harper  was

14 there too.

15      Q    All  right.   And  I'm  sorry,  where  was

16 this?  You  were  saying  pouring  cement,  where

17 was the location?

18      A    In Tiyan.

19      Q    Where about in Tiyan?

20      A    What was that?

21      Q    Where, where in Tiyan was it?

22      A    Just coming in Tiyan.

23      Q    Okay.  And you were, I'm sorry, pouring

24 cement or loading bags of cement?

25      A    Mixing the cement, pouring it into the,
```

1  you know, then the truck will come and pour the

2  cement in, and we'll be mixing it up. Some

3  spots there we didn't put cement, and he got

4  mad about it.

5      Q   And was Dennis Clark, when he got mad,

6  was he talking to your foreman?

7      A   He was talking to a bunch of us.

8      Q   Okay. Was he standing -- how far away

9  from you was he?

10     A   He wasn't, he wasn't far away. He was

11 close by, he was yelling at us for not putting

12 cement in the trench.

13     Q   And what is it you claim he said on

14 that occasion?

15     A   I don't remember, sir.

16     Q   You just recall him yelling?

17     A   Making remarks.

18     Q   What remarks?

19     A   "Island monkeys, I told you guys to

20 fill up the trench, you monkeys", like that.

21     Q   Do you remember exactly what he said?

22     A   I don't recall, sir. It's been a long

23 time.

24     Q   Okay. And what did you do after -- and

25 you're saying this was the second time you

1  heard him use that term, what did you do?   Did
2  you keep working?

3      A   Yes.

4      Q   Okay.  Did you say anything to anyone?

5      A   I don't remember sir.

6      Q   Okay.  Did you report it to anyone?

7      A   I don't remember.

8      Q   Okay.  You don't know of any facts to
9  suggest that John Healy knew about this?

10     A   I don't remember, sir.

11     Q   Okay.  You don't know of any facts to
12 suggest that MCI or Verizon knew about this?

13     A   I don't remember, sir.

14     Q   Okay.  All right, what was the third
15 time?

16     A   (pauses)

17     Q   You said the first time he used the
18 word, you heard him use the word monkey was on
19 the NCS short pull, the second time was pouring
20 cement at Tiyan.

21     A   And then the reflector, and then with
22 the ladder.

23     Q   Okay.  And the reflector, that's where
24 he told you to go down and tell the guys to
25 pull slower?

1  received?

2      A   No, sir.

3      Q   Okay.   Were you there long enough to

4  get a performance review?   Did anybody ever

5  bring you into the office and sit you down, and

6  saying, "Joseph, here's how we've been watching

7  you, here's how we think you're doing"?

8      A   Yes.

9      Q   Who gave you a performance review?

10     A   John Healy.

11     Q   When did he do that?

12     A   I don't remember, sir.

13     Q   Before you got hurt?

14     A   Yes, sir.

15     Q   Okay.   What did John Healy tell you?

16     A   You do a good job.

17     Q   Okay.   Where was that?   Was that in

18  CalPac's offices?

19     A   Yes, sir.

20     Q   Did John just come up to you one

21  morning before shift, or did he actually bring

22  you into his office?

23     A   I don't remember, sir.   But I remember

24  he's rewarding me about my, you know, coming

25  into work everyday, seven days a week, telling

1    me a good job, you'd be getting a raise, but I
2    never saw my raise.
3        Q    Okay.  How long before you got hurt was
4    this meeting with John Healy?
5        A    I don't remember, sir.
6        Q    Okay.  Was anyone else present?
7        A    I don't remember, sir.
8        Q    Okay.  No one else ever gave you a
9    performance review other than John Healy?
10       A    Don Harper.
11       Q    When did Don Harper give you a
12   performance review?
13       A    I don't remember when he gave it to me,
14   but he told me my performance is good.
15       Q    Okay.  Was it sometime around the same
16   time Healy spoke to you?
17       A    No, it was earlier than that.
18       Q    Okay.  Did anybody else ever give you a
19   job performance?
20       A    Even the foremens too.
21       Q    Okay.  Henry Quintanilla?
22       A    Yeah.
23       Q    Henry Van Meter?
24       A    Yes.
25       Q    What kind of job performance did they

1   give you?

2       A    "Good job done.  You'll be getting a

3   raise pretty soon."  Like that.

4       Q    Anybody else?

5       A    No, sir.

6       Q    In your earlier deposition, you said

7   that you thought the company was making you

8   work harder before you got injured.

9       A    Yes, sir.

10      Q    Okay.  And it wasn't clear to me what

11  you meant by harder.  Did they make you do any

12  jobs --

13      A    We didn't have a --

14      Q    Wait, wait, hang on.  Did they make you

15  do any jobs that you hadn't been doing before?

16      A    Yes.

17      Q    What jobs were those?

18      A    Bush cutting.

19      Q    Okay.

20      A    I had to cut two miles with my bush

21  cutter, my whip, my gas.

22      Q    Who told you to do that?

23      A    John Healy.

24      Q    John Healy personally told you to do

25  that?

1  questioning that he had to -- nobody is
2  questioning that this path had to be cleared.
3  I accept that. That's fine. My question is,
4  John Healy asked you to do it; as far as you
5  know, that was John Healy's decision and only
6  John Healy's decision to ask you, as opposed to
7  somebody else?
8      MS. LUJAN: That's a question?
9      MR. CIVILLE: Yeah.
10     MS. LUJAN: Because I believe earlier
11 he already testified that Dennis Clark had some
12 involvement.
13     MR. CIVILLE: Well, I don't think so.
14 I'll ask it.
15 BY MR. CIVILLE:
16     Q  John Healy asked you to cut the bushes,
17 do the bush cutting?
18     A  Yes.
19     Q  Okay. As far as you know, when John
20 Healy asked you that, that was a decision that
21 John Healy made when he selected you, as
22 opposed to somebody else; that was just John
23 Healy's decision, right?
24     A  Yes.
25     Q  You don't have any facts to show that

1    A    I don't remember, sir.  I did it, after

2   I did it, then two months later then I got

3   hurt, or when I did it a month and a half later

4   I got hurt.

5        Q    Okay.  All right.  And when John Healy

6   asked you to do the bush cutting, did it seem

7   to you that he asked you because he knew you

8   were a bush cutter and had a bush cutter?

9        A    I can't --

10       Q    I mean you cut his yard, right?

11       A    Yes.

12       Q    So he knew you were capable of this

13  kind of work?

14       A    Yes.

15       Q    Okay.

16       A    I have the tools, that's why he asked.

17       Q    Okay.  So he wasn't picking on you, was

18  he?

19       A    The job has to be done.

20       Q    Okay.  And did it seem to you that John

21  Healy picked you because he thought you were

22  the best guy for the job?

23       A    I don't know if I was the best guy for

24  the job, he knew I will get it done.

25       Q    Okay.  In your first deposition, you

1   said that you thought they made you work harder
2   because of this, you had complained about these
3   comments by Dennis Clark.
4       A   Yes.
5       Q   How did they make you work harder?
6       A   We didn't have a full-hour lunch break.
7       Q   And that was everybody?
8       A   Practically, sir.  Yes.
9       Q   Okay.  How long did that go on?  When
10  did it start?
11      A   It started when I started seeing Dennis
12  Clark on the job site.
13      Q   When was that?
14      A   I don't recall what date or when.  But
15  every time when we see this guy we're always
16  working.  When we see him we have to be
17  working.
18      Q   Well, okay.  What's wrong with that?
19  You have to be working.  You're on the clock,
20  aren't you?
21      A   Not on our lunch break.
22      Q   Okay.  Who told you when to take lunch
23  breaks?
24      A   Dennis Clark, the foremen.
25      Q   Who?  Which foreman?

1    A    All the foremens (sic).

2    Q    Okay.

3    A    From  Don  Harper  to  the  two  Henrys,

4  Dennis Clark.

5    Q    So  you're  saying  that  Dennis  Clark

6  actually said, "Okay guys, take a lunch break"?

7    A    Yes.

8    Q    He said it to you?

9    A    He said it to a lot of us.

10    Q    When did that happen?

11    A    I don't remember when, sir.

12    Q    Okay.  You  said  you  got  less  at  some

13  point, you said you got less than an hour lunch

14  break.  How long did you get?

15    A    15 minutes, 20 minutes.

16    Q    Did you ever complain about that?

17    A    Yes.

18    Q    To whom?

19    A    To the foremens.

20    Q    Which foreman?

21    A    I don't think I remember which foreman.

22    Q    What did the foreman say?

23    A    We  have  to  finish  the  job.   It's  the

24  only way we get our raises.

25    Q    How  often  did  this  happen,  that  you

1   lunch?

2      A   I'm pretty sure, sir, because he's

3   there at the job site.

4      Q   Okay.  And that's the only reason you

5   think he knew, is because you said he was at

6   the job site?

7      A   And then majority of the time we're

8   working when he's there.

9      Q   Okay.  Do you have any facts suggesting

10   that MCI or Verizon knew that you were getting

11   15 or 20 minutes for lunch break?

12      A   No, sir.

13      Q   Okay.  Do you have any evidence

14   supporting that MCI or Verizon told CalPac,

15   "Only give those guys 15 or 20 minutes for

16   lunch"?

17      A   No, sir.

18      Q   Okay.  As far as you know, it was

19   CalPac who set your lunch schedule?

20      A   Dennis Clark set the lunch schedule.

21      Q   Dennis Clark.  Okay.  And what facts do

22   you base that on?

23      A   Because he's always at the job site.

24      Q   Okay.  Henry Quintanilla was always at

25   the job site, wasn't he?

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-**DEPO** * Fax(671)472-3094

```
 1      A    Yes.

 2      Q    Henry  Van  Meter  was  always  at  the  job

 3    site?

 4      A    Yes.

 5      Q    Don Harper was always at the job site?

 6      A    Yes.

 7      Q    You  don't  think  Don  Harper  set  the

 8    lunch schedule?

 9      A    When I was working for Don Harper, sir,

10    we had our full lunch break.

11      Q    Okay.

12      A    When   Dennis   Clark   stepped   in   the

13    picture,  sir,  the  job  has  to  be  done.   We  have

14    to  finish  the  job.   That's  all  I  been  hearing,

15    is we have to finish the job, job must be done.

16      Q    Okay.

17      A    That's  why  we  took  short  lunch  breaks.

18    We  didn't  even  have  a  potty  out  there  to  use

19    the bathroom or anything.

20      Q    Did  you  ever  complain  about  that?

21      A    Yes, sir.

22      Q    Who  did  you  complain  to?

23      A    I  complained  to  everybody  out  there  in

24    the  field.    Where  are  we  going  to  use  the

25    bathroom?
```

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-DEPO * Fax(671)472-3094

Q   Okay.   You   complained   to   fellow workers?

A   Fellow workers, foremens.

Q   What foreman did you complain to?

A   I don't remember which foreman, sir, but I did --

Q   What did the foreman tell you?

A   -- I did tell them that we need a potty out here, you know.

Q   Okay.   And what did the foreman tell you?

A   He told me nothing.

Q   Didn't respond at all, blew you off?

A   "Hold it, dude, let's finish and get out of here and go back to the shop."

Q   Okay.   Didn't complain to Dennis Clark, did you?

A   I don't remember, sir.

Q   Okay.   And how long did that go on, that there were no toilets at the job site?

A   11 miles of pulling fiber optic, sir.

Q   No, how long did it go on that there were no toilets at the job site?

A   That's how long.   It's -- for that 11 miles of pulling.

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-DEPO * Fax(671)472-3094

```
 1      Q    How long did that take?

 2      A    Three months.

 3      Q    Okay.    Do  you  remember  which  three

 4   months that was?

 5      A    Pulling over at NCS?

 6      Q    So this is a three-month pull at NCS?

 7      A    Just about, sir.

 8      Q    And what months was that?

 9      A    I  don't  remember  which  month  it  was

10   when  I  was  at  NCS,  but  they  didn't  have  no

11   potty  in  NCS.    It's  nothing  but  jungle  over

12   there, sir.

13      Q    Is  there  any  other  way  that  you  claim

14   that CalPac made you work harder?

15      A    Like  I  said,  after  I  start  talking

16   about  Dennis  Clark  calling  us  racial  stuff,

17   then they start working me harder.

18      Q    Well,  how?    How  did  they  work  you

19   harder?

20      A    When I tell them that I can not shovel

21   no  more,  they  make  me  shovel,  continue

22   shoveling, it has to finish.

23      Q    Okay.

24      A    When  I  tell  them  I  cannot  pick  up  the

25   bags  anymore,  they  tell  me  we  have  to  finish
```

1  the job.

2      Q    Okay.

3      A    We have to finish the job.

4      Q    Okay.

5      A    When I tell them I couldn't offload the

6  machine, off the truck, they tell me we have to

7  finish the job, we have to finish the job.

8      Q    Okay.  Anything else?

9      A    That's practically it, sir.

10     Q    All right.  On the toilets, do you have

11 any, know of any facts that MCI or Verizon was

12 aware that there were no toilets at the job

13 site?

14     A    Dennis Clark knew that there were no

15 toilets at the job site.

16     Q    Okay.  And that's the only basis that

17 you would have for saying that MCI or Verizon

18 knew about it --

19     A    Yes, sir.

20     Q    -- is because Dennis Clark was at the

21 job site?

22     A    Yes, sir.

23     Q    Okay.  And there were no toilets there

24 for any of the workers?

25     A    From that --

1    Q   And you think some of those workers had
2  made complaints and some of those workers
3  hadn't made complaints?
4    A   Yes.
5        MR. CIVILLE:  What time do you have?
6        COURT REPORTER:  11:55.
7        MR. CIVILLE:  Okay.  You know, Robert,
8  let's take a five-minute break.  I think I'm
9  about finished.  Let me review my notes, and
10 then I'll see if these folks want to just
11 finish up before lunch.  I don't know if
12 anybody has lengthy questions or not.
13       MR. EWERT:  All right, I'll call back
14 in five.
15       MR. CIVILLE:  Thank you.
16       (Off the record from 11:55 a.m. to
17 12:01 p.m.)
18 BY MR. CIVILLE:
19    Q   Mr. Hernandez, in September then, while
20 you were still employed at CalPac, you became
21 injured on the job?
22    A   Yes, sir.
23    Q   And you filed a worker compensation
24 claim?
25    A   Yes, sir.

1   Q    And that claim was paid?

2   A    Yes.

3   Q    In fact you took in an $8000.00 lump

4   sum payment?

5   A    Yes.

6   Q    And then for another, what, two years,

7   you continued to receive medical payments?

8   A    No, no.  No, sir.

9   Q    I think you said until, what, October

10  2006?

11  A    After that $8000, that was it.  She

12  said, "That's all we have to offer, and there's

13  no other way we can fix your back."  That lady

14  was talking to me, was explaining to me that

15  they were running out of money, and they

16  didn't, you know, "It can't be fixed, your

17  back, it's just been overworked."  So --

18  Q    This is the insurance person?

19  A    Yes.

20  Q    Okay.  And I'm sorry, what was her

21  name?

22  A    I don't recall.

23  Q    Okay.  And you continued off and on

24  seeing a doctor for your back after you were

25  discharged?

1     Q   Okay.  And that's because of your back

2  injury?

3     A   Yes.  My back still hurts at this time.

4     Q   Okay.  Other than your back injury,

5  have you been affected in any other way?  We've

6  talked about your back.  Any other way?

7     MS. LUJAN:  Affected by what?

8     MR. CIVILLE:  We've talked about his

9  back condition.  I mean, he's described his

10  back injury and his worker compensation

11  settlement.

12  BY MR. CIVILLE:

13     Q   Your back injury happened when you fell

14  in the trench?

15     A   From working hard, man.

16     Q   Okay.  But the immediate cause was

17  falling in the trench, that's when you heard a

18  snap, right?

19     A   Yes.  Because they even make us work on

20  the rain too, man.

21     Q   Okay.  Now, with respect to Dennis

22  Clark, you've complained that Dennis Clark made

23  these comments, you know, the being monkey

24  comments that you felt were racial comments.

25  That's what you're complaining about in this

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-**DEPO** * Fax(671)472-3094

# REPORTER'S CERTIFICATE

I, **Melinda D. Castro**, Court Reporter, do hereby certify the foregoing 140 pages to be a true and correct transcript of the audio recording made by me in the within-entitled and numbered case at the time and place as set forth herein.

I do hereby certify that prior to examination the deponent was duly sworn upon oath and a request for review was made; and that thereafter the transcript was prepared by me or under my supervision.

I further certify that I am not a direct relative, employee, attorney or counsel of any of the parties, nor a direct relative or employee of such attorney or counsel, and that I am not directly or indirectly interested in the matters in controversy.

In testimony whereof, I have hereunto set my hand and seal of Court this 25th day of January, 2008.

_____

Melinda D. Castro

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-DEPO * Fax(671)472-3094

# EXHIBIT S

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

HENRY G. VAN METER, JERRY ) CIVIL CASE NO. CIV05-00037
APODACA, JR., JOSEPH J. )
HERNANDEZ, JOSEPH T. MENDIOLA, )
LARRY L. CHARFAUROS, ANTHONY )
C. ARRIOLA, JAMES S. YEE, )
TEDDY C. CRUZ, JESSE B. CRUZ, )
TEDDY L.G. NAUTA, and JOHN B. )
BABAUTA, )
)
                Plaintiffs, )
)
          vs. )
)
CALIFORNIA PACIFIC TECHNICAL )
SERVICES LLC, a.k.a. CALPAC, )
DYNAMIC TECHNICAL SERVICES, )
VERIZON BUSINESS PURCHASING )
LLC, VERIZON BUSINESS NETWORK )
SERVICES, INC., JOHN HEALY, )
DENNIS CLARK, WILLIAM WARD, JAI)
JAMES, and DOES 1 through 10, )
)
                Defendants. )
_____)

DEPOSITION TRANSCRIPT

OF

**JOSEPH T. MENDIOLA**

January 9, 2008

# ORIGINAL

PREPARED BY:    GEORGE B. CASTRO
                **DEPO RESOURCES**
                #49 Anacoco Lane
                Nimitz Hill Estates
                Piti, Guam 96915
                Tel:(671)688-**DEPO** • Fax:(671)472-3094

1    Q    All right.  So you went back and you
2  had the completed application, once again you
3  went back to the CalPac office?

4    A    Yes.

5    Q    Okay.  Who did you speak to when you
6  went in the second time?

7    A    Don Harper.

8    Q    Had you met Don Harper before?

9    A    No.

10   Q    Did he have an office in CalPac's
11  office or how did that --

12   A    I believe he had an office upstairs,
13  yes.

14   Q    Okay.  And did he interview you the day
15  that you brought the application back or did he
16  setup an interview for you?

17   A    The day I brought the application back,
18  that's when he interviewed me.

19   Q    Was anybody with Don Harper when he
20  interviewed you?

21   A    Not that I recall.

22   Q    Okay.  During the interview, do you
23  recall him introducing you to anyone?

24   A    No, not that I recall of.

25   Q    Okay.  And at that time it was your

1  conduits and installation of cable and fiber

2  optics.

3      Q    Did he describe to you what customers

4  CalPac had?

5      A    No.

6      Q    Okay.  Now, you worked on a project

7  where CalPac's customer was MCI.  Is that your

8  understanding?

9      A    Yes.

10     Q    Okay.  Is it also your understanding

11 that CalPac had other customers besides MCI?

12     A    Yes.

13     Q    All right.  Did Don Harper tell you

14 that you were being hired only to work for a

15 single customer's project?

16     A    No.

17     Q    So you thought you would be working for

18 CalPac on whatever projects they might have?

19     A    Correct.

20     Q    Did Don Harper hire you on the spot?

21     A    Yes.

22     Q    Okay.  How much did he offer you?

23     A    $6.50.

24     Q    Was there any negotiation on that or?

25     A    Yes, it was open for nego- -- at that

1  time, no.

2     Q   Okay.  So the starting salary was, your

3  starting wage was $6.50?

4     A   It was for me.

5     Q   Okay.  Do  you  have  any  reason  to

6  believe  CalPac  paid  other  laborers,  with  no

7  experience, a different starting salary?

8     A   Not that I know of.

9     Q   Okay.  And we'll get into this a little

10  later on, but you got a pay raise at some point

11  over the next several months?

12     A   Yes.

13     Q   All right.  Am I correct that you did

14  not, the job, you got the $6.50 an hour but

15  there was no medical or retirement benefits?

16     A   None.

17     Q   If we stopped at that point, right at

18  the point where you've been hired.  Would it be

19  fair to say that as far as you knew the only

20  company  that  had  any  decision  and  made  any

21  decision about whether to hire you, was CalPac?

22     A   Yes.

23     Q   Okay.  You don't have any reason to

24  believe that DTS or MCI had any part in the

25  decision to hire you?

1      A    None.

2      Q    Okay.    When    you    hired    on,    you    were

3  still    on    supervised    release    for    your    Federal

4  case?

5      A    Yes.

6          MS.    LUJAN:    Just    to    clarify,    that

7  question    for    --    you're    speaking,    you're    only

8  looking    to    his    understanding    at    the    time    that

9  he    was    interviewed    with    Don    Harper,    correct?

10  His    understanding    on    who    had    the    power    to    hire

11  or    fire,    are    you    limiting    it    to    that    period,

12  just    the    interview    stage?

13          MR.    CIVILLE:    No.    At    that    point.    Let

14  me    --

15  BY MR. CIVILLE:

16      Q    Are    there    any    facts    that    I'm

17  overlooking    that    you're    aware    of    --    let    me

18  rephrase    that.    Are    you    aware    of    any    facts    that

19  any    other    company,    CalPac    --    I'm    sorry,    DTS,

20  MCI,    Verizon    played    any    part    in    the    decision    to

21  hire    you?

22      A    None.

23      Q    At    the    time    you    hired    on,    did    you    tell

24  Don    Harper    that    you    were    on    supervised    release?

25      A    Yes.

1    Q   Okay.   So those were two sections
2 within the underground unit?

3    A   Yes.

4    Q   All right.  You mentioned that when you
5 first started with the underground unit, you
6 would do the trenching and laying conduit for
7 whatever the project was, did you work -- do
8 you remember how many different projects you
9 worked on?

10   A   Yeah, I believe there were two of them.

11   Q   Okay.  What were they?

12   A   One was for MCI, and the other one was
13 for AT&T.

14   Q   Okay.   Were these projects going on
15 simultaneously, meaning at the same time?

16   A   I don't really recall if it was
17 simultaneously.

18   Q   Okay.  Do you recall whether you first
19 worked on one project, finished that and then
20 went to work on another project or was it a
21 matter that one day you come in and work AT&T
22 and another day you'd come in and work MCI?

23   A   I would believe that I was doing the
24 AT&T Project, until we completed it and then
25 was transferred over towards the MCI Project.

1    Q    The part of the Trenching Unit you
2 worked in, you reported to Henry Quintanilla?
3    A    Yes.
4    Q    Okay.  Did you ever work on a crew that
5 reported to Ted Cruz or Ray Mendiola or Dan
6 Anderson?
7    A    Yes.
8    Q    And how would you know who to report
9 to?
10    A    Well, basically when I first come into
11 work and all that, I will meet up with Henry
12 Quintanilla because he is the head foreman, and
13 then he would assign the jobs out.  So if he
14 assigns me to one of the other foremans then
15 that's where I'll be working for that day.
16    Q    All right.  So there'd be a work crew,
17 different work crews and each work crew would
18 have a foreman?
19    A    Yes.
20    Q    All right.  Did the work crews have any
21 particular names?
22    A    None.
23    Q    Okay.
24    A    That I recall.
25    Q    All right.  And the work crews did

1  just walking up to Henry and asking where our

2  assignments are at.

3        Q    Okay.

4        A    So just it'd be -- it won't be like a

5  group meeting.  It would be like more of like

6  an individual basis.

7        Q    And would this be at the CalPac office

8  --

9        A    Yes.

10       Q    -- or did you go the job site directly?

11       A    No, it would be at the CalPac office.

12       Q    All right.  So you'd say, "Hi boss" or

13  "Henry," whatever you'd call him?

14       A    Uh-huh.

15       Q    "Where do you want me to work today?"

16       A    Correct.

17       Q    Okay.  Was there any discussion at that

18  point when you got to Henry about the duties of

19  the day or would he just tell you, go work on

20  Ted's crew, he'll tell you what to do?

21       A    Exactly.

22       Q    All right.  Are you aware of any facts

23  that would suggest that DTS or MCI was trying

24  to tell Henry where to assign you on a daily

25  basis?

```
1    A   No, I'm not aware of any fact.

2    Q   As far as you know, that was purely a
3 CalPac decision; how to put the crews together?

4    A   I believe so, yes.

5    Q   Okay.  I mean, CalPac had a job to do
6 or multiple, they have different projects;
7 correct?

8    A   Correct.

9    Q   And it was CalPac through Don Harper or
10 through Henry Quintanilla that would make the
11 decision how to staff the different work crews
12 in the Underground Unit?  That's what you
13 observed?

14   A   Yes.

15   Q   Okay.  When you first hired on at
16 CalPac, I don't know if you even gave it any
17 thought, you realized that CalPac was a
18 corporation?  Or you assumed it was a
19 corporation?

20   A   No, I didn't give it a thought at all.

21   Q   Okay.

22   A   If it was a corporation.

23   Q   When did you first learn that John
24 Healy was an owner of CalPac?

25   A   I first learned that John Healy was an
```

1 employees?

2     A    Yes.

3     Q    Okay.    Henry Quintanilla was a CalPac
4 employee?

5     A    Yes.

6     Q    Okay.    Don Harper was a CalPac
7 employee?

8     A    Yes.

9     Q    And John Healy was the owner of CalPac?

10     A    Yes.

11     Q    Okay.    And if anybody asked you at
12 anytime during your employment at CalPac, if
13 they said, "Who'd you work for?" you would have
14 said, "I work for CalPac"?

15     A    Yes.

16     Q    Okay.    Now, in your discovery responses
17 and in your complaint, you've also raised the
18 argument that you worked for, that you were a
19 joint employment, that you had joint employers.
20 And what I'm curious about, what I want to ask
21 you some questions about is whether -- it's one
22 thing, it may simply be that's a legal
23 conclusion your lawyer has drawn, okay?    But I
24 want to ask you whether there are any facts
25 that you're aware of that support that theory,

1    A    Yes.

2    Q    All right.  I mean, they knew what work

3  had to be done and how the contracts they had

4  to be working on, but they made the decision

5  where to send you?

6    A    Yes.

7    Q    All right.  As far as you know, nobody

8  else made that decision?

9    A    As far as I know, nobody else.

10    Q    All right.  When you got out to the job

11  site, would the work crews, let's see, there

12  were, what?    Three work crews in the

13  underground trenching unit?

14    A    I believe so, yes.

15    Q    Ted Cruz, Ray Mendiola, and Dan

16  Anderson?

17    A    Yeah -- sometimes, there'd be four.

18  But most of the time, it'd be three.

19    Q    Okay.  And were those three crews tend

20  to work in the same area or would they be

21  broken into different areas?

22    A    They'll be broken into different areas,

23  but within the -- how would you say, the same

24  project.

25    Q    Okay.

1    Q    How many times did you get a raise?

2    A    Once.

3    Q    And you went from $6.50 to?

4    A    $9.00.

5    Q    Okay.  That's a pretty big jump.

6    A    Yes.

7    Q    Were you told when you hired on that

8 that would be the amount of the raise or were

9 you surprised by that?

10   A    No, I was surprised by it.

11   Q    And who gave you the raise?  Who told

12 you about the raise?

13   A    Henry Quintanilla.

14   Q    Okay.  Do you recall why -- did you

15 say, "Gosh.  Boss, that's a big raise.  Thank

16 you."

17   A    No, I didn't question it.  I just

18 believe we deserved it.

19   Q    Okay.  Did Henry say anything about why

20 it was such a large raise?

21   A    No.

22   Q    Okay.  Do you recall when you got the

23 raise?

24   A    No.

25   Q    In terms of the length of time before

1  you were laid off, how long had you had the

2  raise? Weeks, months?

3     A  It'll be months.

4     Q  Okay. And were you paid once a week or

5  every two weeks?

6     A  No. It was twice a month.

7     Q  Did you have to go to CalPac's office

8  to pick up your check?

9     A  Sometimes. Other times, it'll just be

10  delivered to us out in the field.

11     Q  If it was delivered in the field, who

12  delivered it?

13     A  It'll be the supervisor.

14     Q  Your foreman?

15     A  Yes.

16     Q  Okay. Dennis Clark never delivered the

17  checks?

18     A  I don't know.

19     Q  You never saw him deliver the checks?

20     A  No.

21     Q  It's your belief that -- or as far as

22  you know, your wages were paid by CalPac?

23     A  Yes.

24     Q  Okay. And you don't have any personal

25  knowledge of where CalPac got the money to pay

1  you your wages?

2     A    No.

3     Q    When you got the raise, did they throw

4  in any benefits at that time?  Were you offered

5  healthcare?

6     A    No.

7     Q    No retirement plan?

8     A    None.

9     Q    Okay.    Were deductions, I suppose like

10  any employee,  standard deductions were taken

11  from your paycheck?

12     A    Yes.

13     Q    Okay.    Social Security and FICA?

14     A    Yes.

15     Q    As far as you know, those deductions

16  were made by CalPac?

17     A    Yes.

18     Q    Okay.    Are you aware of any facts that

19  MCI had anything to do with deductions that

20  were taken from your paycheck?

21     A    No.

22     Q    When you hired on, in your earlier

23  deposition you mentioned that one of the

24  reasons you were disappointed about being laid

25  off is that you were looking forward to a long-

1  A Yes.

2  Q -- to Henry Quintanilla or one of the

3 foremen?

4  A Yes.

5  Q Okay. When was that?

6  A When he was upset at us, because there

7 was a certain part of the trench that was not

8 cemented.

9  Q Uh-huh.

10  A And that's when he started, you know,

11 using, calling us monkeys, and all that. We

12 look like a bunch of --

13  Q Okay. Was that the first or second or

14 third incident?

15  A I believe that was the second incident.

16  Q Okay. All right.

17  A I believe that was the second incident.

18  Q And Dennis was upset, Dennis Clark was

19 upset, the work wasn't being done properly.

20 Correct?

21  A Correct.

22  Q Okay. And in fact, it's true, it

23 wasn't being done properly. Am I right?

24  A I don't think there was anything wrong

25 with the job.

1    Q   Okay. Were changes made after he got

2 upset?

3    A   Of course.

4    Q   Okay. And so, he got upset and he went

5 to a supervisor, Henry Quintanilla?

6    A   No, actually it was just an outburst.

7 So he was just --

8    Q   Okay.

9    A   -- talking out loudly to the people

10 that were there.

11    Q   Okay. And how many people were there?

12    A   I don't recall.

13    Q   But there was a work crew?

14    A   Yes.

15    Q   So maybe five or ten people?

16    A   Yes.

17    Q   All right. And he just, and what did

18 he say?

19    A   If I recall correctly, he just said

20 that we look like a bunch of monkeys in the

21 trench, and that, you know, we weren't doing

22 the job correctly.

23    Q   And do you know if he ever then went on

24 and complain to Henry Quintanilla or Don Harper

25 or to your foreman?

1  know, as you -- I think at your last deposition

2  you did not recall the dates. Have you

3  reviewed anything that has helped you recall

4  the dates?

5  A   Yes.

6  Q   Okay. What have you reviewed?

7  A   I reviewed my transcripts.

8  Q   Okay. Well, but in your transcripts I

9  don't think you, I believe you said you didn't

10  remember the exact date. The first incident.

11  A   Right.

12  Q   As we're sitting here today, do you

13  have any clear memory of the exact date?

14  A   No.

15  Q   Okay. And on the first incident, do

16  you recall which work crew you were assigned

17  to?

18  A   We were all there. The entire work

19  unit was there.

20  Q   But who were you assigned to that day?

21  A   Nobody was assigned to anything, we all

22  met at the area because we're going to pull the

23  fiber in.

24  Q   Okay. So all 30 or 35 of the

25  underground unit were present?

1  page and then on the Page 89. A question was
2  asked of you;
3        "And on this third occasion when it
4  happened, that would have been the third and
5  final time when you heard the term used,
6  right?"
7        "Yes."
8        "And on that occasion, do you
9  specifically recall what Mr. Clark said?"
10 Answer.
11       "Well, I can paraphrase what he was
12 saying,"
13       And you go on to give a lengthy answer
14 that said,
15       "He had called Don Harper on his cell
16 phone and made the remark as of the monkeys are
17 just standing around with their hands up their
18 asses, and that was it."
19       And my question is, is that the
20 incident you were just describing?
21    A   Yes.
22    Q   Okay.   Now, when you were first
23 deposed, you said that was the third incident?
24    A   Exactly.
25    Q   Okay.   So now, was that the third

1  Don Harper?

2     A    No.

3     Q    You don't know if he talked to Jim

4  Healy?

5     A    John Healy?  No.

6     Q    John Healy.  I'm sorry.

7     A    I don't know.

8     Q    When was the next time you saw Dennis

9  Clark, next day?

10    A    I don't remember if it is the next day.

11 It probably is.

12    Q    Okay.  Or within a couple of days after

13 that?

14    A    Yes.

15    Q    Okay.  Did you ever say anything to

16 him?

17    A    No.

18    Q    You didn't go up and say, "Mr. Clark, I

19 didn't appreciate that comment"?

20    A    No.

21    Q    Do you have any reason to believe that,

22 he, at that point, he was aware of your

23 complaint?

24    A    Not that I know of.

25    Q    Okay.  Do you have any facts to suggest

1   that MCI was aware of your complaint?

2      A   Not that I know of.

3      Q   Okay.

4      MS. LUJAN:   Your question as to his

5   awareness was -- are you talking about right

6   now or at the time after that incident?   What

7   period are you referring to?

8   BY MR. CIVILLE:

9      Q   Well, at any -- now, I mean, do you

10  have any -- are you aware --

11     A   Now?

12     Q   Now.

13     A   Yes.

14     Q   Okay.   What's your awareness now?   What

15  facts are you aware of that when Dennis Clark,

16  the next time you saw Dennis Clark he was aware

17  of your complaint?

18     A   That the next -- no.   That the next

19  time I -- no.     See, you're twisting the

20  questions around, because you're saying about

21  MCI at one point, then now you're talking about

22  the next time I see Dennis Clark.

23     Q   No, no, the --

24     A   So, okay --

25     Q   -- the question was, when you saw

1 you aware of any facts, as you're sitting here
2 today, okay? Are you aware of any facts
3 suggesting that two days after he saw it --
4 after this first incident you just described,
5 that Dennis Clark knew about your complaint?
6     A   No.
7     Q   Okay. Or did MCI know about your
8 complaint?
9     A   No.
10     Q   Okay. Are you aware of any facts, I
11 mean, if I understood your earlier answer, are
12 you aware of any facts that Dennis Clark knew
13 about your complaint before he went to the
14 EEOC?
15     A   Yes.
16     Q   Okay. What facts, what is that?
17     A   I believe because I got laid off before
18 I went to the EEOC.
19     Q   Uh-huh.
20     A   And the reasons being to why I got laid
21 off was because I constantly complained in
22 three different occasions of that -- the
23 remarks Dennis Clark was making towards me.
24 And I believe that's the reason why I got laid
25 off.

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-DEPO * Fax(671)472-3094

1    Q    Okay.   I'm going to come back and
2 address that, but -- but I don't want to forget
3 to come back to that either, because the
4 question is, after each one of these incidents,
5 these three incidents, you complained to Henry
6 Quintanilla?

7    A    Henry Van Meter and Don Harper.

8    Q    Okay.   And you do not have any personal
9 knowledge of whether any of those three
10 gentlemen ever conveyed your complaints to
11 Dennis Clark?

12    A    At that time, no.

13    Q    Okay.   But --

14    A    Not at all.   I don't know.

15    Q    At all?   Even today, you don't know if
16 they did or not?

17    A    True.

18    Q    Okay.   So the question is -- all right.
19 So we'll get back, we'll get to the, your
20 layoff in a little bit here.   Let's go to the
21 second incident.   Well -- wait a minute --
22 finish up on the first one.

23        So after the first instance that you
24 complained to Henry Quintanilla, the work's
25 called off for the day because you don't have

1    few of us.

2       Q    And once again this was not, you didn't

3    think Dennis Clark was talking about you

4    personally, but he was talking about the group

5    of workers?

6       A    He was talking -- yes, about the group

7    of workers, so it would have been me personally

8    also.

9       Q    Okay.   And when you broke for lunch,

10   did you talk to some of the fellow workers

11   about the comment?

12      A    Yes.

13      Q    Who did you talk to?

14      A    Henry Van Meter and Henry Quintanilla,

15   because they were the supervisors there.

16      Q    Okay.

17      A    Everyone --

18      Q    Henry Van Meter was the one who the

19   comment was actually made to, correct?

20      A    Yes.

21      Q    What did Henry say?

22      A    Well, I wouldn't know if it was, you

23   know, I mean, he was saying it out loud, you

24   know, so Henry Van Meter I believe was the

25   supervisor there.   During lunch, we all got

1  A  I don't recall, but I know that when he
2  made the remark again, I mentioned that to Don
3  Harper who was at the site.

4  Q  Okay.  All right.  And give me the
5  circumstances of this third incident.

6  A  Circumstances as?

7  Q  Yeah, I mean what happened?  So, you're
8  at the work, you're at the job site at Tiyan,
9  the conduit is -- you're laying conduit?

10  A  Yes.

11  Q  And covering the trench?

12  A  And the depth, I mean, I guess the
13  laying of the conduit wasn't what Dennis Clark
14  wanted it to be or how he wanted it to be.

15  Q  Okay.  And so, you weren't covering the
16  trench, you were still working in the trench?

17  A  We were doing both, covering and
18  working the trench.

19  Q  Okay.

20  A  As we go down the line.

21  Q  All right.  The depth that his --
22  Dennis Clark's complaint about the depth of the
23  trench, means you hadn't dug it deep enough?

24  A  Right.

25  Q  The crew had not dug it deep enough?

1    A    It was Don Harper.

2    Q    And do you remember anything he said

3  about that?

4    A    Just that the trench had to be dug up

5  again.  So we had to dig up the entire trench.

6    Q    Okay.  And when did you then go and

7  complain to Don Harper?

8    A    After Dennis Clark left.

9    Q    Okay.  How much longer?

10   A    Probably about, I would say maybe a

11  minute later.

12   Q    Were you alone when you went to

13  complain to Harper?

14   A    Yes.

15   Q    None of the other workers joined you?

16   A    No.  Not that I know of, really.

17   Q    Did you guys walk off to a private

18  spot, or where did you complain to him?

19   A    Right there in the area, I just walked

20  up to Don and all that.  I don't know if the

21  other guys were behind me or if they were near

22  us, but I just told Don what I've heard.

23   Q    Were the other guys still in the

24  trench?

25   A    Yeah, because we had to clear out the

1   the names specifically of the fellow workers

2   that you would have made your complaint to?

3       A   No.

4       Q   Okay.  You were given notice of -- that

5   you were being laid off from CalPac by a

6   letter.  Right?

7       A   Yes.

8       Q   Okay.  And at the time you were laid

9   off, how many -- on the day you were laid off,

10  were any other workers laid off on that day?

11      A   Yes.

12      Q   How many other workers?

13      A   I remember my brother was laid off that

14  day too.

15      Q   Okay.  And he was hired about the same

16  time as you were?

17      A   Yes.

18      Q   All right.  Any other workers laid off

19  that day?

20      A   I don't remember.

21      Q   Okay.  How about in the days, in the

22  week before you were laid off, had workers been

23  laid off in that period?

24      A   Yes.

25      Q   And how many?

1    Q    All right.    Was anybody else present
2 during this conversation?
3    A    No.    Just John Healy and myself.
4    Q    Okay.    Did this take place in his
5 office?
6    A    Yes.
7    Q    All right.    Your brother didn't go in
8 with you?
9    A    No.
10    Q    Okay.    Other than what you've told us
11 about John saying he had sleepless nights and
12 you pointing out to him that he had said there
13 was three years of work to do at some time
14 before that, do you recall anything about that
15 interview with John Healy that was said?
16    A    No.
17    Q    Okay.    Did John Healy, did he tell you
18 that he was being forced to lay you off by MCI?
19    A    No, I don't remember if he mentioned
20 anything like that.
21    Q    Was he being forced to lay you off by
22 Dennis Clark?
23    A    I believe so, only because -- well, MCI
24 and Dennis Clark because of the letter that I
25 received.

1    Q    All right.    Was anybody else present
2 during this conversation?
3    A    No.    Just John Healy and myself.
4    Q    Okay.    Did this take place in his
5 office?
6    A    Yes.
7    Q    All right.    Your brother didn't go in
8 with you?
9    A    No.
10    Q    Okay.    Other than what you've told us
11 about John saying he had sleepless nights and
12 you pointing out to him that he had said there
13 was three years of work to do at some time
14 before that, do you recall anything about that
15 interview with John Healy that was said?
16    A    No.
17    Q    Okay.    Did John Healy, did he tell you
18 that he was being forced to lay you off by MCI?
19    A    No, I don't remember if he mentioned
20 anything like that.
21    Q    Was he being forced to lay you off by
22 Dennis Clark?
23    A    I believe so, only because -- well, MCI
24 and Dennis Clark because of the letter that I
25 received.

Q    The one from Bill Ward, the termination letter?

A    Yeah, the layoff letter.

Q    Yeah.

A    Right.    Because I believe the MCI rating or whatever it is, the project at that time is slowing down, you know, that's what I believed.    So, I believe, yes, MCI, and Dennis Clark had something to do with it.

Q    Okay.    That's -- once again, that's an assumption you're drawing from the letter, but that wasn't anything that John Healy said to you?

A    Not that I remember.

Q    Okay.    You think you'd remember John Healy said, "Hey I'd love to keep you but MCI said you have to go, or Dennis Clark has to go."    Don't you think you'd remember that?

A    I would remember if he had said something like that.    I think I would, but I don't remember if he did or not.    Remember, this is over three years ago.

Q    Okay.    No one from MCI ever talked to you about your termination.    Correct?

A    No.

Q   Okay.   Dennis Clark never said anything about your termination?

A   No.

Q   Do you have any facts now, not just your assumptions, but can you point to any facts that would indicate that anyone other than John Healy made the decision to terminate you, to lay you off?

A   The letter.

Q   Just -- Okay.   So the letter is the only other --

A   Facts.

Q   -- fact that you could point to?

A   Yes.

Q   Have you ever reapplied to CalPac?

A   No.

Q   Okay.   Now, I think you said you were -- what was your last date of work, do you recall?

A   I know it was in December.   The last day I believe it was the 12th.

Q   How about December 7th was the date in the letter, that refresh your memory?

A   Then December 7.

Q   Okay.

1    A    No.

2    Q    And was Don Harper, do you know, was he

3    one of the owners of Cable Services Group?

4    A    He was the superintendent.

5    Q    And did Don Harper join Cable Services

6    Group before you or after you?

7    A    Before me.

8    Q    And the other workers you mentioned

9    came in about the same time as you?

10    A    After me.

11    Q    After you?

12    A    With the exception of Henry Van Meter

13    and Larry Charfauros.

14    Q    Okay.  They came in before you to Cable

15    Services?

16    A    No.  They came in the same time I came.

17    Q    Okay.  Is there a reason that you

18    didn't talk with John Healy about your

19    complaints during your exit -- about Dennis

20    Clark during your exit interview?

21    A    No.  Because I was just trying to keep

22    my job.

23    Q    Okay.  But when he said, "Look, I'm

24    laying you off," you didn't raise your

25    complaints about Dennis Clark at that time?

# REPORTER'S CERTIFICATE

I, **George B. Castro**, Court Reporter, do hereby certify the foregoing 177 pages to be a true and correct transcript of the audio recording made by me in the within-entitled and numbered case at the time and place as set forth herein.

I do hereby certify that prior to examination the deponent was duly sworn upon oath; that thereafter the transcript was prepared by me or under my supervision.

I further certify that I am not a direct relative, employee, attorney or counsel of any of the parties, nor a direct relative or employee of such attorney or counsel, and that I am not directly or indirectly interested in the matters in controversy.

In testimony whereof, I have hereunto set my hand and seal of Court this 15th day of January, 2008.

George B. Castro