# EXHIBIT T

HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, JAMES S. YEE, TEDDY C. CRUZ, JESSE B. CRUZ, TEDDY L.G. NAUTA, and JOHN B. BABAUTA,

              Plaintiffs,

      vs.

CALIFORNIA PACIFIC TECHNICAL SERVICES LLC, a.k.a. CALPAC, DYNAMIC TECHNICAL SERVICES, VERIZON BUSINESS PURCHASING LLC, VERIZON BUSINESS NETWORK SERVICES, INC., JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,

              Defendants.

) CIVIL CASE NO. CIV05-00037

---

DEPOSITION TRANSCRIPT

OF

## LARRY L. CHARFAUROS

January 28, 2008

**ORIGINAL**

PREPARED BY:   GEORGE B. CASTRO
               **DEPO RESOURCES**
               #49 Anacoco Lane
               Nimitz Hill Estates
               Piti, Guam 96915
               Tel:(671)688-**DEPO** ▪ Fax:(671)472-3094

1  Q Yeah.

2  A I don't recall who I was with.

3  Q So, it may have been Julie or it may

4 have been someone else?

5  A I believe so.

6  Q I'm sorry, you believe it was someone

7 else?

8  A I don't remember if I was with Julie at

9 that time or not. That's what I'm trying to

10 say.

11  Q When you were hired on with CalPac in

12 2004, do you recall who your girlfriend was at

13 that time?

14  A When I was hired at CalPac?

15  Q Yeah.

16  A I believe it was Julie.

17  Q Okay. Now, tying that in, thinking

18 about being with Julie when you're hired on

19 with CalPac, was that a new relationship at the

20 time or had you guys been together for a while?

21  A I don't recall.

22  Q Okay. Then you worked for CalPac from,

23 I think June 2004 until, was it October 2004?

24 Is that right?

25  A I believe so, probably.

Q    Okay.    Or,    I'm    sorry,    November;
November 2004?  Does that sound right?

A    Yes.

Q    Okay.    After    you    left    CalPac    in
November 2004, where was your next job?

A    I believe in the CSG.

Q    Okay.  And between the time that you
left CalPac, did you go straight over, I mean
walk out of CalPac's door and go straight over
to CSG, or was there a period of time when you
were not working?

A    When I walked out of CalPac?

Q    Yeah.

A    I wasn't, I didn't walk out of CalPac,
I was terminated at CalPac.

Q    Okay.  Well, actually CalPac has you
listed as being laid off.  But, when you were
laid off from CalPac that day, did you
immediately the next day start at CSG or was
there --

A    I don't recall.

Q    Okay.  You don't recall being off work
at all?

A    Being off work, yes.  I remember being
off work for about, I don't recall how long.

1    Q   Okay. Was it more than a day?

2    A   I don't recall.

3    Q   Okay. Was it more than a week?

4    A   I don't recall.

5    Q   Okay. When you left CalPac, how much

6  were you earning?

7    A   When I got laid off at CalPac, I don't

8  recall how much I was making.

9    Q   Okay. And when you started at CSG,

10  what were you earning?

11    A   I don't remember that either.

12    Q   Do you have any documents that would

13  show that? Do you have any pay stubs, for

14  example?

15    A   No.

16    Q   Okay. You didn't even keep any pay

17  stubs from CSG?

18    A   No, I don't.

19    Q   No?

20    A   No.

21    Q   Okay. How long did you work at CSG?

22    A   I don't recall how long I worked there.

23    Q   A day, two days?

24    A   I don't remember.

25    Q   You can't -- you have no recollection

1      Q    Do you remember applying for a job at

2  CalPac?

3      A    I believe so.    How else can I get

4  hired?

5      Q    Okay.   When you went to apply for, you

6  actually applied for a job at CalPac though,

7  right, you remember that?

8      A    I think you have to apply for a job

9  before you get hired, right?

10     Q    Well.    Is that the only way you

11 remember it, or do you actually have a memory?

12     A    I don't remember who interviewed me or

13 who took my application.   I just remember that

14 I was working at CalPac.

15     Q    Okay.   All right.  And you remember --

16     A    Don't you have the application with you

17 here?

18     Q    Well, we're trying to find out what you

19 remember.

20     A    Well, I don't remember who interviewed

21 me.

22     Q    Okay. Okay.    And when you went to

23 apply for a job at CalPac, you went to their

24 office?

25     A    I don't remember.    I believe so,

1    probably, because that's where I got hired.

2        Q    Okay.  And as far as you know, you were

3    hired by CalPac and only CalPac; correct?

4        A    Yeah.    I believed the application was

5    CalPac, yes.

6        Q    Okay.

7        A    I'm not too sure.

8        Q    And   whoever   interviewed   you,   you

9    believed that person worked for CalPac and only

10   CalPac?

11       A    Well, when we're operating out there on

12   the job site, who was running the operations

13   down there for inspection and all that was MCI.

14       Q    Well, we're going to get to --

15       A    (unintelligible; overspeaking) MCI.

16       Q    We're going to get to that in a minute.

17   When you were hired though, as far as you know,

18   you were hired only by CalPac?

19       A    I believe so, I'm not too sure.

20       Q    Do you have any facts to suggest that

21   you were hired by anyone other than CalPac?

22       A    I  don't  have  facts,  but  I  don't

23   remember who actually it was.

24       Q    Do you remember getting a paycheck that

25   was on a CalPac check?

1    A    I don't remember the check if it was

2  CalPac.

3    Q    Okay.  Do you have any facts to suggest

4  that you were paid by anybody other than

5  CalPac?

6    A    I don't recall who was paying me.

7    Q    Okay.  Then your days would start, you

8  would report to the CalPac office, is that

9  right?    Is that how your shift normally

10  started?

11    A    We report to CalPac office, yes.

12    Q    Okay.  And who would you speak to when

13  you got to the CalPac office?

14    A    It would be either Don Harper or Henry

15  Quintanilla.

16    Q    Okay.  As far as you know, Don Harper

17  and Henry Quintanilla worked for CalPac?

18    A    I believe so.

19    Q    Okay.  Do you have any facts to suggest

20  that, know of any facts that would suggest they

21  worked for anybody other than CalPac?

22    A    I don't remember.  I don't know.

23    Q    Okay.  And in the morning when you

24  reported to Don Harper or Henry Quintanilla,

25  they would give you a work assignment?

1    A    Yes.

2    Q    And you were in the underground crew,
3    is that right?

4    A    Yes.

5    Q    How many people, when you started, how
6    many people were there in the underground crew?

7    A    I don't remember.

8    Q    More than a hundred?

9    A    I don't remember.

10    Q    You can't even guess?  Can you make an
11    approximation?

12    A    Probably about 20.  I'm not too sure if
13    that's an inaccurate count.

14    Q    Okay.  About 20, plus or minus.  And,
15    I'm sorry, when you went there in the morning
16    and Don Harper and Henry Q, Henry Quintanilla
17    would, they would assign you to a work crew?

18    A    Yes.

19    Q    And did each work crew have its own
20    foreman?

21    A    Yes.

22    Q    Okay.  Who were the foremen that you
23    recall?

24    A    Henry Quintanilla is our foreman, and I
25    believe JT's his name, I don't know what's his

1  communication with Dennis Clark?

2      A    Yes.

3      Q    You did?

4      A    Yes.

5      Q    He would come up and talk to you and

6  say --

7      A    He'd come up to us and tell us what's

8  the depth of the trenching.

9      Q    Okay.   So, that wasn't just you he

10  talked to, he would say that to the whole crew?

11     A    Yes.

12     Q    Okay.   What else would he say?   Depth

13  of trenching?

14     A    Depth of trenching, and he would call

15  us island monkeys.

16     Q    Okay.   We're going to get to this

17  monkey stuff pretty soon, but, okay.  So, depth

18  of trenching.    Other than the depth of

19  trenching, did you have any direct -- and the

20  monkey conversation we're going to get to here,

21  did you have any direct conversation with

22  Dennis Clark?

23     A    Explain your ways, you said direct

24  conversation?

25     Q    Well, first, did you ever have any one-

1 on-one discussion with him? Just you and

2 Dennis?

3     A    No.

4     Q    Okay.    Did you ever say hello to him,

5 he said hello to you?

6     A    No.

7     Q    Okay.    And other than telling people

8 the depth of the trenching, when you wanted

9 instructions for work or when you needed a tool

10 or when you wanted something at work, you

11 talked to your foreman; is that right?

12     A    Yes.

13     Q    Okay.    That foreman would be Henry Van

14 Meter or JT or Henry Q?

15     A    Yes.

16     Q    Okay.    As far as you know, all your

17 foremen, Henry Q, JT, and Henry Van Meter were

18 all employed by CalPac?

19     A    Yes.

20     Q    Okay.    And Dennis Clark, you said that

21 besides telling you how deep the trenches were,

22 did he give you any other, and you, I guess,

23 did you hear him give any other instructions

24 other than how deep the trenches are supposed

25 to be?

1   told you guys when to take lunch or did you

2   just know that at 12 o'clock --

3       A    It all depends.    It depends on who's

4   the foreman at that time on the job site, he'd

5   be the one to tell us.

6       Q    So, it'd be Henry Q or JT or Henry Van

7   Meter?

8       A    Yes.

9       Q    Okay.    One of those three guys would

10  tell you when to take lunch?

11      A    Yes.

12      Q    Are you aware of any evidence or any

13  facts, any facts, that would suggest that MCI

14  or Verizon told CalPac to hire you?

15      A    I believe not.

16      Q    Believe not, I'm sorry, did you say?

17      A    I don't believe, I don't know who told

18  who what but -- (pauses).    Say that question

19  again.

20      Q    Yeah.    You know, you said you're hired

21  by -- you don't recall who hired you at CalPac

22  or who interviewed you, but you thought it was

23  somebody from CalPac, right?

24      A    Probably.

25      Q    Okay.    Do you know of any facts to

1 suggest that MCI, Verizon told CalPac whether
2 to hire you or not?

3    A    I don't know.

4    Q    Okay.    Do you know of any facts that
5 would suggest that MCI or Verizon told CalPac
6 how much to pay you?

7    A    I don't know.

8    Q    Okay.    Other than you said that Dennis
9 Clark came out and told you guys, you know,
10 watch your trenching depth, don't kink the
11 cable, pull slow, other than that, do you have
12 any facts to suggest that MCI or Verizon
13 controlled your working conditions?

14    A    The project we're doing was for MCI.

15    Q    Okay.    So, MCI was a customer of
16 CalPac; is that what you understood?

17    A    All I know was that MCI was the project
18 we're doing, and the instruction of the project
19 was coming from MCI, or Dennis Clark was the
20 one instructing it.

21    Q    Okay.    But my question was, was it your
22 understanding that MCI was one of CalPac's
23 customers?

24    A    Contract.    All I know is that we're on
25 contract under MCI for the project.

1    Q    Okay.  And MCI -- or, I'm sorry, CalPac

2  had some other customers, didn't it?

3    A    Most of our projects were coming from

4  MCI.

5    Q    Okay.    So, MCI was CalPac's biggest

6  customer?

7    A    I believe so.

8    Q    Okay.  Now, you've claimed or you've

9  complained that Dennis Clark made some improper

10  comments when you were working for CalPac.  And

11  the comment basically was referring, you heard

12  him use the word, monkeys?

13    A    Island monkeys.

14    Q    Island monkeys; okay.  And how many

15  times you claim that he did this?

16    A    Whenever he's on the field with us.

17    Q    You mean everyday?

18    A    Whenever he's out on the field with us,

19  yes.

20    Q    Well, I'm asking you, is that every --

21  you're saying he did say this everyday?

22    A    When he's out on the field, yes.

23    Q    Well, was he out the field everyday?

24    A    Or, probably --

25    Q    Two or three times a week?

1    A    Probably during the week, he's there
2    like three, four times, yes.

3    Q    Okay.    And you're saying that every
4    time he was there, those three or four times a
5    week, that he used the word, monkeys?

6    A    Yes.

7    Q    Okay.

8    A    Island monkey.

9    Q    Island monkey.    And how would this
10   happen?    I mean, he'd just come out and start
11   saying, just out of nowhere start saying island
12   monkeys?

13   A    Yes.    He just started calling us, we
14   look like a bunch of island monkeys down in the
15   trench hole.

16   Q    Okay.    So, how many times are you
17   saying that he said, island monkeys?    I mean,
18   if you were to add up all these times, how many
19   times are you saying he said it?

20   A    Whenever he's out on the field with us.

21   Q    Was that like a hundred times?    90
22   times?  50 times?

23   A    I don't recall how many times, but it's
24   pretty much that he's been saying it to us.

25   Q    Okay.    Now, at some point, you decided

1     A    Don Harper?

2     Q    I'm sorry, Dennis Clark.

3     A    Yes.

4     Q    Okay. Now, if he had called you an

5 island monkey on every day that he was out

6 there, are you saying he was only out there

7 those three days?

8     A    Like I said, I don't remember exactly

9 how many times he was out there, but the dates

10 here, I believe, is the time he was calling us

11 island monkeys.

12     Q    Okay. So, my question is, are those

13 the only three days he was there?

14     A    I don't remember.

15     Q    Or the only three days that you said he

16 called you an island monkey?

17     A    I don't remember. But I know --

18     Q    Well, you certainly, your memory was

19 much fresher when you filled this out; wasn't

20 it?

21     A    Yeah, because this was right, you know,

22 after the incident. It's how many years ago?

23     Q    Yes.

24     A    Right.

25     Q    But when you filled this out, it was

1     Q   Okay.  So, could it be he was only out
2  there those three days?

3     A   I don't recall.

4     Q   Now, on this, so you go to Page 9 on
5  the next -- Paragraph 9 on the next page.  It
6  said you said you complained to Don Harper each
7  of those three days that you claimed at least,
8  you complained to the EEOC about Dennis Clark;
9  is that right?

10     A   Complained, yes, to Don Harper.

11     Q   Okay.  So let's talk about that first
12  date, September 21st 2004, where did that
13  happen?

14     A   I believe this was out there, Tiyan
15  area.

16     Q   Okay.  Where in Tiyan?

17     A   I think the beginning of Tiyan, we
18  started trench, going in.

19     Q   Okay.  Now, when you say beginning, I
20  mean, where's the beginning from your point of
21  view?

22     A   Coming up from Maite going in the
23  entrance of Tiyan.

24     Q   So, right down by Route 8 there?

25     A   Yeah, I believe so.

1  5 feet away. Was anybody closer to him than
2  you were?

3      A   Yes, probably.

4      Q   Who?

5      A   I don't remember who. There's usually
6  with us in the trench, about more than five
7  people in the trench.

8      Q   Okay. And after you heard this
9  comment, you looked around and then you saw
10 Dennis Clark, what did you do?

11     A   Nothing.

12     Q   Okay. Did you say anything to him?

13     A   No.

14     Q   Did you say anything to the other guys?

15     A   No.

16     Q   You didn't say, "Hey, he said that
17 again"?

18     A   No.

19     Q   Okay. Did you complain to anybody
20 later on?

21     A   I did complain to John Healy too.

22     Q   When?

23     A   After -- I don't remember when, but I
24 did go up to John Healy after I went to Don
25 Harper.

1    Q    Well, let's talk about the September
2  25th incident that you described to EEOC.   Did
3  you complain to anyone about that particular
4  incident?

5    A    I remember complaining to Don Harper,
6  but I don't remember that day, that incident,
7  who I complained to.   I don't remember if I
8  ever went up to Don again about it.

9    Q    Okay.   So, if you don't know if you
10 went up to Don Harper that day, I guess you
11 don't know if, you don't remember what Don
12 Harper might have said if you talked to him?

13   A    No.

14   Q    Did you talk to your foreman?

15   A    No.

16   Q    Okay.   Is there a reason you didn't
17 talk to your foreman about your complaint?

18   A    Then I went instead to Don Harper, to
19 my superintendent.

20   Q    Okay.   All right.   And then you just,
21 you went back to work then?

22   A    When I made a complaint is when we're
23 back from, back to the shop.

24   Q    Okay.

25   A    We had no time to take a minute break

1    heard the word, the words --

2        A    You    look    like    a    bunch    of    island

3    monkeys.

4        Q    Pardon me?

5        A    You    look    like    a    bunch    of    island

6    monkeys.

7        Q    Okay.    And    this    is    the    third    time

8    you've heard him say this?

9        A    Yes.    Whenever    he's    out    there    in    the

10   field with us.

11       Q    And    did    you    turn    around    and    look    at

12   him?

13       A    Yes.

14       Q    And    did    you    make    eye    contact    with    him?

15       A    I    don't    remember    if    he    had    eye    contact

16   with me, but I looked at him.

17       Q    Okay.    Did    you    say    anything    to    him?

18       A    No.

19       Q    Okay.    Did    you    say    anything    to    the    guys

20   you were working with?

21       A    No.

22       Q    Did    you    complain    to    anyone    at    CalPac?

23       A    I    remember    complaining    to    Don    and    John

24   Healy.

25       Q    Is    this    the    first    time    you    complained    -

1  Healy.

2      Q   Okay.  What did John Healy say?

3      A   He'll look into it.

4      Q   Okay.  Do you know of any facts that

5  would suggest that MCI or Verizon knew what

6  Dennis Clark was saying to you?

7      A   No.

8      Q   Okay.  Do you know of any facts to

9  suggest that MCI or Dennis Clark had ever

10  received a report from Don Harper or John

11  Healy?

12      A   I don't know.

13      Q   Okay.  You don't know of anything?

14      A   No.

15      Q   Do you know of any facts that would

16  suggest that MCI or Verizon wanted or approved

17  of anybody working on any of its projects to

18  use this kind of language?

19      A   No, I don't know.

20      Q   In your complaint to the EEOC, you said

21  you also complained to Bill Ward.  Who's Bill

22  Ward?

23      A   He's our general manager.

24      Q   When did you complain to him?

25      A   I don't remember.

1    Q    Now, look at number 8 on Page 3 of your
2  Complaint, does that refresh your memory at
3  all?  This is what you wrote to the EEOC.
4    A    (pauses; peruses document)  I don't
5  remember what day or when did I complain to
6  him, but I remember going up to the chain of
7  commands.  I probably went up to Bill before I
8  went up to John.
9    Q    Okay.  You know, your foreman at the
10  work site, did they treat you with what you
11  thought was proper respect?
12    A    Yes.
13    Q    Okay.  How about Don Harper?  He's
14  treating --
15    A    He was strict on us, but he didn't call
16  us any remarks like that.
17    Q    How about Bill Ward, he treated you
18  with proper respect?
19    A    Yes.
20    Q    How about John Healy?
21    A    Actually, not because -- (pauses).
22    Q    Because what?
23    A    He was the one that laid us off.
24  That's why we complained.
25    Q    Okay.  How about John Healy?

1    A   He's part of the layoff crew.

2    Q   Okay.

3    A   He's the one, part that laid us off.

4    Q   Okay.  So, you made these complaints, it appears in, twice in September and once in late October; is that right?

7    A   Yes.

8    Q   And then you're complaining that you were laid off on November 27?

10    A   Yes, the action was taking care of -- taken.  After that was -- we got laid off after the complaint.

13    Q   Well, up until November 27th, you were working; right?

15    A   Was that the day I got terminated?

16    Q   Well, I'll show you Exhibit E from your first deposition.  Is that the letter --

18    A   This is the same day we got laid off, the date of that.

20    Q   Well, the letter stated November 26, then it says the layoff is effective the end of business on November 27th, 2004?

23    A   Well, actually, we got laid off on that morning we came in to work.

25    Q   Okay.  So, you actually got laid off on

1   correct?

2       A    That's what they said, yes.

3       Q    Okay.    In   fact,   they   termed   it   a

4   layoff.   "Regretfully,  I  must  inform  you,  you

5   are  being  laid  off  effective  to  close  the

6   business on November 27, 2004."

7       A    That's what they said.

8       Q    Okay.  And they told you that if their

9   business  required  additional  labor,  you  would

10  be considered for reemployment; correct?

11      A    Yes.   That's what they said.

12      Q    Okay.   First  off,  do  you  have  any,  do

13  you  know  of  any  facts  to  suggest  that  MCI  or

14  Verizon  was  aware  of  CalPac's  decision  to  lay

15  you off?

16      A    I wouldn't know.

17      Q    Okay.   Other  than  the  fact  you  said

18  that  you  had  --  on  November  26,  2004,  you  had

19  not  yet  made  your  complaint  to  EEOC;  is  that

20  correct?

21      A    Yes.

22      Q    That is correct?

23      A    I'm  not  too  sure.   Or,  say  again  the

24  dates?

25      Q    November 26, 2004.

REPORTER'S CERTIFICATE

I, **Melinda D. Castro**, Court Reporter, do hereby certify the foregoing 109 pages to be a true and correct transcript of the audio recording made by a Notary Public Officer of Depo Resources in the within-entitled and numbered case at the time and place as set forth herein.

I do hereby certify that prior to examination the deponent was duly sworn upon oath; that thereafter the transcript was prepared by me or under my supervision.

I further certify that I am not a direct relative, employee, attorney or counsel of any of the parties, nor a direct relative or employee of such attorney or counsel, and that I am not directly or indirectly interested in the matters in controversy.

In testimony whereof, I have hereunto set my hand and seal of Court this 13th day of March, 2008.

Melinda D. Castro

# EXHIBIT U

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

HENRY G. VAN METER, JERRY ) CIVIL CASE NO. CIV05-00037
APODACA, JR., JOSEPH J. )
HERNANDEZ, JOSEPH T. MENDIOLA, )
LARRY L. CHARFAUROS, ANTHONY )
C. ARRIOLA, JAMES S. YEE, )
TEDDY C. CRUZ, JESSE B. CRUZ, )
TEDDY L.G. NAUTA, and JOHN B. )
BABAUTA, )
)
             Plaintiffs, )
)
        vs. )
)
CALIFORNIA PACIFIC TECHNICAL )
SERVICES LLC, a.k.a. CALPAC, )
DYNAMIC TECHNICAL SERVICES, )
VERIZON BUSINESS PURCHASING )
LLC, VERIZON BUSINESS NETWORK )
SERVICES, INC., JOHN HEALY, )
DENNIS CLARK, WILLIAM WARD, JAI)
JAMES, and DOES 1 through 10, )
)
             Defendants. )
_____)


DEPOSITION TRANSCRIPT

OF

**ANTHONY C. ARRIOLA**

February 5, 2008


**ORIGINAL**

PREPARED BY:    GEORGE B. CASTRO
                **DEPO RESOURCES**
                #49 Anacoco Lane
                Nimitz Hill Estates
                Piti, Guam 96915
                Tel:(671)688-**DEPO** ▪ Fax:(671)472-3094

1    Q    Okay.   But   he's   together   with   your
2 sister?

3    A    Yes.

4    Q    Did   you   have   any   other   relatives
5 working at CalPac?

6    A    Teddy Cruz.

7    Q    Is he also a cousin?

8    A    Yes.

9    Q    Anyone else?  Any other relatives?

10    A    His brother-in-law, John Nauta.

11    Q    And John Nauta, is he with one of your
12 sisters or are you with one of his sisters?

13    A    No, it's from Robert's sister.

14    Q    Okay.  Did you have any other relatives
15 working at CalPac?

16    A    None.

17    Q    How   about   Henry   Van   Meter,   was   he
18 related to you?

19    A    No.

20    Q    Henry Quintanilla?

21    A    No.

22    Q    When   you   applied   at   CalPac,   do   you
23 remember somebody interviewing you for the job?

24    A    John Harper.

25    Q    Were   you   alone   with   Mr.   Harper   when   he

1  interviewed you or was somebody else there?

2      A    Just him.

3      Q    Okay.

4      A    Just those two.

5      Q    Don Harper is a white man?

6      A    Yes.

7      Q    Okay.  Does he speak Chamorro?

8      A    No.

9      Q    Okay.  How did you communicate with

10  him?

11      A    Don just came in when the paperwork is

12  done.

13      Q    Did you have any discussion with Don

14  Harper about what the job would be?

15      A    Cable lines.  Ground cable lines.

16      Q    When you talked to Don Harper, when he

17  interviewed you, did he hire you -- make the

18  decision to hire you right during the

19  interview?

20      A    Yes.

21      Q    To the best of your knowledge, Don

22  Harper was employed by CalPac?

23      A    Supervisor.

24      Q    Okay.  But he worked, as far as you

25  know he worked for CalPac, correct?

1      A    Yes.

2      Q    And when you were hired, you were hired

3  to work for CalPac?

4      A    Yes.

5      Q    And you only worked for CalPac, you

6  weren't hired to work for companies other than

7  CalPac at that time?

8      A    No.

9      Q    Once you started working and you

10  received a paycheck, your paycheck was on a

11  CalPac check?

12      A    Yes.

13      Q    Okay. Do you know of any facts, any

14  reason to think that MCI had any part to play

15  in the decision to hire you?

16      A    Yes.

17      Q    What facts do you point to on that,

18  that made you think they had a decision in your

19  hiring?

20      A    Okay. To dig underground lines all the

21  way to Naval Station.

22      Q    You're talking about the MCI project?

23      A    Yes.

24      Q    Okay. And was it your understanding

25  that MCI was a customer of CalPac's?

1    A    Because they're together.

2    Q    How do you mean they're together?

3    A    Because that's where he was getting the

4 pipes and the cables.

5    Q    What do you mean? Who was getting the

6 pipes and cables?

7    A    CalPac.

8    Q    That CalPac was getting pipes and

9 cables from, from where?

10   A    Over at those buildings.

11   Q    What buildings?

12   A    Storage.

13   Q    Okay. What storage building? Do you

14 mean at CalPac's offices?

15   A    No, somewhere outside.

16   Q    Somewhere outside?

17   A    Yes.

18   Q    Okay.

19   A    Right behind PayLess in Dededo.

20   Q    Let me go back to an earlier question

21 though. And we're going to talk about your

22 work on the projects in a minute. But, I want

23 to focus just on the moment when you were

24 hired. As far as you know, the decision to

25 hire you was made by Mr. Harper?

1    A    Yes.

2    Q    And Mr. Harper made that decision right

3   there during your interview?

4    A    Yes.

5    Q    As far as you know Mr. Harper did not

6   have to ask permission from anybody else before

7   he made the decision to hire you?

8    A    Yes, just him.

9    Q    Okay.  And you don't know of any facts

10  that would suggest that MCI knew anything about

11  his decision to hire you?

12   A    No.

13   Q    After you were hired, you would go to

14  work every morning and report to the CalPac

15  office?

16   A    Yes.

17   Q    Who would you report to?

18   A    He just goes -- every time he goes in,

19  he just signs in.

20   Q    And did you have to report to one of

21  the supervisors?

22   A    Henry.

23   Q    Which Henry?  There were two Henrys,

24  right?  Which one?

25   A    Henry Quintanilla.

Q   Okay.   And would Henry tell you what your job would be for that day or would he tell you to report to another foreman?   How did that work?

A   He just orders him to do the sidewalks.

Q   Everyday?

A   Yes.

Q   Were you assigned to a work crew?

A   (Responds in the English language) Yeah, only two of us.   Yeah, just two guys, is Jesse, helper.

Q   Okay.   Do you remember what date you were hired by CalPac?

A   No.

Q   Okay.   Do remember what date you were laid off of CalPac?

A   No, he doesn't remember.

Q   Do you remember how many months you worked at CalPac?

A   The year 2000, they let them go.

Q   The year 2000?

A   2004.

Q   Okay.   But my question is, how many months do you remember working at CalPac?

A   He doesn't know.

1    feet or so?

2        A    The big ones.

3        Q    But they stick up 3 or 4 feet or out of

4    the ground?

5        A    Yes.

6        Q    Did you have any other jobs at CalPac?

7        A    Nothing, just that.

8        Q    Okay.  In the morning, you reported to

9    Henry Quintanilla.  And then you would go to a

10   job site?

11       A    Yes.    Sometimes   he   also   goes   with

12   Henry.

13       Q    And on days when you went with Henry,

14   was Henry your foreman?

15       A    Yes, he was the foreman.

16       Q    Days when you did not go with Henry,

17   did you have a different foreman?

18       A    Yeah, just Henry -- his only foreman.

19       Q    Henry    Quintanilla    was    your    only

20   foreman?

21       A    Yes.

22       Q    You never worked on Henry Van Meter's

23   crew?

24       A    (Responds in the English language) That

25   was separate.

Q    Okay.   Were you part of the underground crew or were you with a different department?

A    (Responds in the English language) No, we dig it them -- the underground.

Q    Okay.   I'm sorry.   You know, Mr. Arriola, if you do understand me and answer in English, you just need to speak a little louder, okay?   Because this is all being tape recorded.   So, I'm sorry, just to repeat your answer, I think you said you were part of the underground crew?

A    (Responds in the English language) Yes, sir.

Q    Okay.   If you had a question at the job site and you needed instructions, you needed somebody to give you some direction, who would you ask?   Would it be Henry Quintanilla?

A    Yes, and the group.

Q    When you say "the group", you mean the other CalPac workers?

A    Yes.

Q    Do you know who Henry Quintanilla's boss was?

A    Just John Harper    --    Don    Harper, whatever.   Don Harper; Don.

1    Q   All right.  Now, the first time, you

2  don't remember the exact date, am I right?

3    A   When he said it?

4    Q   The first time that you claim Dennis

5  Clark said something about monkeys, do you

6  recall the date?

7    A   The first time he said it was at Tiyan.

8    Q   Do you recall the date?

9    A   He doesn't know.

10    Q   Was it in the morning or afternoon?

11    A   After lunch.

12    MR. CIVILLE:   Robert, are you still

13  with us?

14    MR. EWERT:  I am.

15    MR. CIVILLE:  Okay.  I'm sorry, I just,

16  there was some --

17    MR. EWERT:   Yeah, I think the

18  connection's kind of bad.  I might need to try

19  to call back in or something to see if I can

20  get a better, clearer line.

21    MR. CIVILLE:  How long have we been

22  going?

23    COURT REPORTER:  We've been going for

24  46 minutes.

25    MR. CIVILLE:  Okay.  Why don't we take

1    I mean, you are the voice --

2          INTERPRETER:   Okay.  I.

3          MR.CIVILLE: -- of the witness.  Yeah.

4    Okay.  All right.  So, let me ask that again.

5          INTERPRETER:  I understand.

6    BY MR CIVILLE:

7      Q   So, it was just you and Jesse who were

8    present when Dennis Clark made this monkey

9    comment?

10     A   We were the only ones there when he

11   said monkey.

12     Q   Okay.  And how did this happen?  Did

13   Dennis Clark walk up to the job site or did he

14   drive up?

15     A   He drove up with his van, and then he

16   got down.

17     Q   And was he alone?

18     A   Yes, he was by himself.

19     Q   All right.  Did he walk over to where

20   you were?

21     A   Yes.

22     Q   How close did he come to you?

23     A   He was really close where we were

24   pouring the cement.

25     Q   Okay.  And what exactly did he say to

1    you?

2      A    Chamorro monkeys.    We don't have the

3    same skin color than his.

4      Q    He said, Chamorro monkeys --

5           INTERPRETER:  You don't --

6      Q    -- you don't have the same skin color -

7    -

8           INTERPRETER:  Right.

9      Q    -- I do?

10          INTERPRETER:    As I do.

11     Q    That's what he said?

12     A    (pauses)

13     Q    I need an answer on that.  Is that what

14   he said?

15     A    Yes.

16     Q    And that was the only thing that he

17   said to you?

18     A    No, he said it four times.

19     Q    At that moment he just --

20     A    He said it again.   It was another

21   occasion up at Two Lovers Point.

22     Q    Well, we'll get to Two Lovers Point.

23   Let's talk about Tiyan.

24     A    At Tiyan.

25     Q    That's the only thing that he said to

1    Q    Okay.  But why did you complain to him?

2  Wasn't he there at the second incident?

3    A    Yes.  I told him, I don't like to hear

4  those -- those type of words.

5    Q    Okay.  Now, regarding what Dennis Clark

6  said at the second time, once again, you don't

7  think anybody at CalPac, any of the bosses at

8  CalPac, approved of what he said, do you?

9    A    No.

10    Q    Okay.  You don't think anybody at Cal-

11  -- any of the bosses at CalPac even knew about

12  what he said, do you?

13    A    Yes.

14    Q    They did?  When?  At that time?

15    A    No, they didn't tell CalPac.

16    Q    Okay.  So, the bosses at CalPac didn't

17  even know about this at that time?  About

18  Dennis Clark's comment at that time?

19    A    No.

20    Q    Okay.  And, in the same way, you don't

21  think MCI didn't know about this.  You don't

22  think MCI knew that Dennis Clark had made these

23  comments, do you?

24    A    No.

25    Q    And you don't think MCI would have

1  approved of him making those kind of comments,

2  do you?

3     A   Yes.

4     Q   Yes, you think MCI would have approved,

5  or no you don't?

6        INTERPRETER:   No, no.   Yes, meaning,

7  no.

8        MR. CIVILLE:   Okay.   Let me ask that

9  more clearly.

10       INTERPRETER:   Okay.

11 BY MR. CIVILLE:

12    Q   Do you think MCI would have approved of

13 Dennis Clark making those comments?   If they

14 had known about it.

15    A   No.

16    Q   Okay.   Those two comments that you've

17 talked about, the first time and the second

18 time, those are the only two times that you

19 heard Dennis Clark use the word monkey?

20    A   No.   Not only that.   Not only then.

21    Q   Okay.   Are you claiming that you heard

22 him use the term monkey on another occasion?

23    A   Yes.

24    Q   Okay.   When was that?

25    A   When I was up at NCS or Two Lovers

1    Point.

2        Q    Is that one place?    Are you talking

3    about NCS or Two Lovers Point?

4        A    Two Lovers Point.

5        Q    Okay.    And the time at Two Lovers

6    Point, was that the only other time, that you

7    say -- other than these first two we've talked

8    about, and then Two Lovers Point, are those the

9    only times you've heard Dennis Clark use the

10   word monkey?

11       A    When I was down at the hole again at

12   Two Lovers Point, when I was jackhammering in

13   the hole.  In the hole.

14       Q    Okay.  At Two Lovers Point?

15       A    Yes.

16       Q    So, those three times?    Any other

17   times?

18       A    Yes.  Over again at NCS Beach.

19       Q    Okay.  Any other times?

20       A    Then over at the NCS Housing.

21       Q    Any other times?

22       A    Just the four.

23       Q    Well, we're up to five now.  You have

24   two incidents, two times over here that we've

25   talked about over at the airport.  Right?  You

1   said Two Lovers Point, NCS Beach, and NCS

2   Housing. That's five times. Is that what

3   you're saying?

4      A   Yes.

5      Q   Okay. After the time we've just talked

6   about at the airport, those two incidents at

7   the airport, when was the next time that Dennis

8   Clark said something to you using the word?

9      A   Over at Two Lovers Point and over at

10   NCS Beach.

11      Q   Were those on the same day or different

12   days?

13      A   Different days.

14      Q   Which one was first?

15      A   The first was when I was with Jesse.

16      Q   Where?

17      A   At Tiyan.

18      Q   Now, we've talked about Tiyan. We're

19   done with Tiyan. Now, which came next? Two

20   Lovers Point, NCS Beach or NCS Housing?

21      A   At Two Lovers Point.

22      Q   Okay. When did that happen? What

23   date?

24      A   He doesn't know the date. I don't know

25   the date.

1    A    The afternoon.

2    Q    And    was    Dennis    Clark    there    all
3  afternoon or did he drive up at some point?

4    A    He just came in.

5    Q    Okay.  By car or truck?

6    A    His van.

7    Q    And when he arrived, what did he do?

8    A    Nothing.  He just left.

9    Q    He did not say anything, he just left?

10    A    Nothing.

11    Q    Did anything else happen at Two Lovers
12  Point that day?

13    A    Nothing.

14    Q    Okay.  What happened at NCS Beach?

15    A    (pauses)

16    Q    Was that the next in time?  I mean, we
17  went Tiyan, Two Lovers Point, what was next in
18  time?  NCS Beach or NCS housing?

19    A    NCS Beach.

20    Q    Okay.  And how long after Two Lovers
21  Point was NCS Beach?  Days?  Weeks?  Months?

22    A    About a month.

23    Q    So, what month was this?  Do you
24  remember?

25    A    I don't remember.

1    MR. CIVILLE:  Yeah, yeah.  That's cool.

2  Okay.

3  BY MR. CIVILLE:

4    Q   The only time that you complained to

5  one of your bosses about Dennis Clark was after

6  the Tiyan incident when you told Henry Van

7  Meter?

8    A   Yes.

9    Q   Okay.  And you don't know whether Henry

10  Van Meter ever told anyone else?

11    A   No.

12    Q   Okay.  You were fired from CalPac the

13  day after Thanksgiving in 2004, or a couple of

14  days after Thanksgiving?

15    A   Yes.

16    Q   And that was because CalPac said you

17  didn't call them when your father got sick and

18  you missed work?

19    A   (Responds in the English language)  No,

20  sir --

21    Q   Wait, wait.  Let him translate and then

22  --

23    INTERPRETER:  (begins interpretation)

24    A   Yes, I did call over.  I did call over.

25    Q   Okay.  Let me back up.  Your father was

1          MR. EWERT:  All right.

2     BY MR. CIVILLE:

3          Q    Mr. Arriola, after you were fired from

4     CalPac -- first, you don't think that MCI knew

5     about your being fired from CalPac, do you?  I

6     mean, that was something between you and

7     CalPac?

8          A    No.

9          Q    Okay.  After you left CalPac, after you

10    were fired from CalPac, did you ever apply for

11    any other job after that?  Until today?

12         A    No.

13         Q    Okay.  Are you working today?

14         A    No.

15         Q    When is the last time that you had a

16    job for pay?

17         A    Nothing.

18         Q    Nothing since CalPac?

19         A    No.

20         Q    How do you support yourself?

21         A    (Responds in the English language) I go

22    diving.

23         Q    Okay.  For what?

24         A    (Responds in the English language) We

25    catch fish.

1    Q    So, you went to CalPac's office the day
2  after, the next day, after your father was sick
3  and you called them?

4    A    Yes.

5    MS. LUJAN:    Okay.    I have no other
6  questions.    Thank you.

7

8              **RE-DIRECT EXAMINATION**

9  BY MR. CIVILLE:

10   Q    Mr. Arriola, in fact, you were fired
11  from CalPac because you didn't call in two
12  days, two work days in a row, isn't that right?
13  That's what CalPac said?

14   A    I called them when my father was sick.

15   Q    Okay.    But, you know, CalPac -- I
16  understand that's what you're saying.    But
17  CalPac told you that you had not called in two
18  days in a row and that was why you were fired?

19   A    My dad was in the hospital.

20   Q    Okay.    I'm not doubting that.    All I'm
21  saying is CalPac -- what CalPac told you is
22  that, when you didn't call -- they said, on
23  their records, you had not called in two days
24  in a row and that's why you were fired?

25   A    Yes.

REPORTER'S CERTIFICATE

I, **Melinda D. Castro**, Court Reporter, do hereby certify the foregoing 107 pages to be a true and correct transcript of the audio recording made by a Notary Public Officer of Depo Resources in the within-entitled and numbered case at the time and place as set forth herein.

I do hereby certify that prior to examination the deponent was duly sworn upon oath and that a request for review was made; and that thereafter the transcript was prepared by me or under my supervision.

I further certify that I am not a direct relative, employee, attorney or counsel of any of the parties, nor a direct relative or employee of such attorney or counsel, and that I am not directly or indirectly interested in the matters in controversy.

In testimony whereof, I have hereunto set my hand and seal of Court this 24th day of March, 2008.

_Melinda M. Castro_

Melinda D. Castro

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-**DEPO** * Fax(671)472-3094

# EXHIBIT V

# IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

HENRY G. VAN METER, JERRY APODACA) CIVIL CASE NO. CIV05-00037
JR., JOSEPH J. HERNANDEZ, JOSEPH )
T. MENDIOLA, LARRY L. CHARFAUROS,)
ANTHONY C. ARRIOLA, ROBERT B.    )
CRUZ, ROLAND F. MENDIOLA, JAMES  )
S. YEE, TEDDY B. CRUZ, JESSE B.  )
CRUZ, JOHN L.G. NAUTA, and JOHN  )
P. BABAUTA,                      )
                                 )
            Plaintiffs,          )
                                 )
      vs.                        )
                                 )
CALIFORNIA PACIFIC TECHNICAL     )
SERVICES, LLC, a.k.a CALPAC,     )
DYNAMIC TECHNICAL SERVICES,      )
VERIZON BUSINESS PURCHASING, LLC,)
VERIZON BUSINESS NETWORK         )
SERVICES, INC., JOHN HEALY,      )
DENNIS CLARK, WILLIAM WARD, JAI  )
JAMES, and Does 1 through 10,    )
                                 )
            Defendants.          )



## DEPOSITION OF ROBERT B. CRUZ

Taken on Behalf of Defendant Verizon

BE IT REMEMBERED That, pursuant to the Federal

Rules of Civil Procedure, the deposition of **ROBERT B. CRUZ**

was taken before Cecille A. Flores, a Certified Shorthand

Reporter, on Wednesday, the 20th day of February 2008, at

9:00 p.m. in the offices of Civille & Tang, 330 Hernan Cortez

Avenue, Hagatna, Guam.

Flores Court Reporting
Suite 2E, Jugo Building
618 Route 8
Barrigada, Guam 96913
Tel: (671) 734-1041 • Fax: (671) 734-1045

Case 1:05-cv-00037    Document 368-7    Filed 04/11/2008    Page 49 of 68

1     Q     You wanted a less demanding, less physically

2     difficult job?

3     A     Yes.

4     Q     After Coke, how long were you off after you worked

5     for Coke when you resigned?  Were you off work for a while?

6     A     For a few months and then I went into Trans Export.

7     Q     Was that a trucking company?

8     A     Exporting lumber materials.

9     Q     Are they out of business?

10    A     No, they're not.  They're still in business.

11    Q     What did you do for them?

12    A     I was a forklift operator for the warehouse.

13    Q     How long did you work there?

14    A     For two years again.

15    Q     What were you paid?

16    A     They paid us still 8-some.

17    Q     Any benefits?

18    A     No benefits.

19    Q     Why did you leave that position?

20    A     I left that position because I got hired for United

21    States Department of Agriculture, Wildlife Service.

22    Q     Did you go directly into the Wildlife Service then?

23    A     Yes, I did, sir.

24    Q     What did you do for them?

25    A     I'm a K-9 inspector for brown tree snakes.

1    Q    With the new raises, I guess that's more true than

2    ever, huh?

3    A    Yes.

4    Q    Okay.  Let's talk about CalPac.  How did you find

5    out about the job at CalPac?

6    A    My friend.

7    Q    Who is your friend?

8    A    Huh?

9    Q    Who is that?

10   A    Vince Atoigue.  He was working for CalPac.

11   Q    He just told you you oughta give it a shot?

12   A    Yeah, just go in and apply.

13   Q    When you went in and applied, you filled out an

14   application, is that right?

15   A    Yes, sir.

16   Q    Were you interviewed?

17   A    Yes, sir.

18   Q    Do you remember who interviewed you?

19   A    It was J.T.

20   Q    Is that John Taitano?

21   A    Yeah, John Taitano or John Thomas Taitano.

22   Q    Was it a lengthy interview?

23   A    Pardon me?

24   Q    Did it take very long or pretty quick interview?

25   A    It was a quick one.

*Van Meter, et al vs. CalPac, et al: 05-00037*

20

1    Q    Did he hire you on the spot?

2    A    On the spot. He hired me on the spot.

3    Q    You first worked in the Aerial Department?

4    A    Yes, sir.

5    Q    J.T. was your Supervisor?

6    A    Yeah.

7    Q    Then you were transferred to Underground?

8    A    Yes, sir.

9    Q    As far as you know, the decision to hire you was

10 made by J.T.?

11    A    Yes, sir.

12    Q    He worked for CalPac, is that right?

13    A    Yes, sir.

14    Q    Did he tell you anything about CalPac's business?

15    A    No. Just basically cable dealing with MCV.

16    Q    With MCV? Was that the project you were first

17 working on?

18    A    Yeah, I was working for CalPac. That was the

19 project that MCV hired CalPac to do.

20    Q    Okay. Let me make sure I'm understanding you

21 correctly. You understood that at some point along the line,

22 you understood that CalPac had customers? I mean, people

23 hired CalPac to lay cable for it?

24    A    I pretty much think so; yes, sir.

25    Q    Do you remember who some of CalPac's customers were?

*Robert B. Cruz: February 20, 2008*

1    A    Not really.

2    Q    Do you remember any of the project names?

3    A    At that time when I got hired there I was doing the

4 -- for MCV the drop lines for the houses, for the apartments.

5    Q    Did you work on any other projects besides MCV?

6 That's Marianas Cable Vision?

7    A    Yes, sir.

8    Q    Do you recall working on any other projects?

9    A    Just only on those.

10    Q    Just MCV?

11    A    Yes, MCV.  I was only Aerial.

12    Q    When you transferred to Underground, did you work on

13 any other projects?

14    A    When I transferred -- when I already transferred to

15 Underground, they were already working on that NASA project.

16    Q    Who was the customer for that, do you know?

17    A    MCV -- no, MCI.

18    Q    Did you work on any other projects besides --

19    A    No, just that.

20    Q    You weren't hired to work on just one project, were

21 you?  Would it be fair to say you were hired to work on

22 anything that CalPac had?  Any projects that CalPac had?

23    A    I'm pretty sure, yes.

24    Q    Do you have any reason to think that MCI had

25 anything to do with the decision to hire you?

1    A    No, 'cause I was hired by CalPac.

2    Q    When you were transferred to the Underground

3    division and reported to the job in the morning, you would be

4    given a work assignment?

5    A    Yes, sir.  We'll all meet in the shop and then you

6    go with this guy, you go with this guy.

7    Q    Would it be Henry Quintanilla who would --

8    A    Yes, sir.

9    Q    Hang on.  Let me finish my question.  Would it be

10   Henry Quintanilla who told you which Foreman to go with?

11   A    Yes, sir.

12   Q    Then you'd go report to that Foreman?

13   A    Yes, sir.

14   Q    Who were the possible Foremen?  There was Henry Van

15   Meter?

16   A    Van Meter, there was Teddy Cruz, there was H.Q. too.

17   Q    Henry Quintanilla?

18   A    (Witness nodded head.)

19   Q    Can you think of any other Foreman while you were

20   there?

21   A    There was one but he got terminated.  I don't know

22   if he just left the job.

23   Q    What was his name?

24   A    I forgot his name.  He was a new guy.

25   Q    So H.Q. would tell you which Foreman you were going

1    to work for that day, which work crew, is that right?

2        A    Yes, sir.  Yes.

3        Q    You'd go see that Foreman?

4        A    Right.

5        Q    And he'd say, here's the game plan for the day?

6        A    Yes, sir.

7        Q    As far as you know, MCI did not have anything to do

8    with the decision of what work crew you were going to be

9    working on?  They weren't telling Henry Quintanilla where to

10   assign you, were they?

11       A    I'm not too sure.

12       Q    Do you have any reason to think MCI was involved in

13   that process?

14       A    I'm not too sure.

15       Q    When you got to the job sites, you would take your

16   instructions from your Foreman?

17       A    Yes, sir.

18       Q    And if you had questions about what you were doing

19   or if you needed a tool or you had any other sorts of

20   questions, you would go directly to your Foreman?

21       A    Go directly to our Foreman and we'll tell him what

22   we need or what has happened or what's been done.

23       Q    And the Foreman would respond to your questions and

24   needs directly?

25       A    If he can't answer it or he can't get it, he'll call

1   H.Q.

2       Q     Henry Quintanilla, as far as you knew, only worked

3   for CalPac?

4       A     Yes, sir.

5       Q     In other words, he was not an MCI employee?

6       A     I'm not too sure.

7       Q     You don't have any reason to think he worked for

8   MCI, do you?

9       A     I'm not too sure.

10      Q     How many people worked on the Underground crew when

11  you started?

12      A     You know, sir, I'm not -- I'm assuming maybe like 25

13  or less than 25.  I'm not too sure the exact count.

14      Q     Each work crew would be roughly how many people?

15      A     It's just depending on what they're gonna do.

16      Q     What was your job?  What were your duties generally?

17      A     Clearing out the trench, laying PVC pipe down,

18  measuring the depth of the pipe for the gravel, mixing

19  concrete.

20      Q     The trenches were generally supposed to be 24 inches

21  deep?

22      A     Yes, sir.

23      Q     There were a couple of spots where you'd have -- I

24  don't know if they have connection points where there would

25  be a concrete box built and those would be a little deeper?

1       Q     And in your time there, you never reported directly
2    to Don Harper, you would always go through your Foreman or
3    through H.Q.?
4       A     Yes, sir.
5       Q     H.Q. apparently was like the senior Foreman?
6       A     Yes, sir.
7       Q     Do you recall if you had like a morning break and an
8    afternoon break?
9       A     Yes, we do have breaks.
10      Q     And was there a set time for those or would your
11   Foreman tell you what time to take the breaks?
12      A     Most likely it's between lunch and in between
13   quitting time.
14      Q     I know, but how would you know when to take a break?
15      A     Oh, there's times where he'll -- he just -- there's
16   times he'll just come up and say let's take break, we'll just
17   take break.  Take that ten minute break and --
18      Q     And that would be your Foreman who told you that?
19      A     Right.
20      Q     You had a set one hour lunch period?
21      A     Yes, sir.
22      Q     Was that from noon to one or did that vary?
23      A     From noon to one.
24      Q     Did you always get the one hour lunch period?
25      A     Yes, we do.

1    Q    Since it was noon to one, at noon would you just

2 stop working or would the Foreman come around and tell you to

3 stop?

4    A    No, once it's 12:00, we'll stop working and we'll go

5 take our break and once it's 1:00 we'll go back.

6    Q    Okay.  Do you have any reason to think that MCI had

7 any control over your break periods or your lunch period?

8    A    I don't know.

9    Q    As far as you know, the decision of when to give you

10 breaks and when to take lunch, those were made by your CalPac

11 Foreman?

12    A    Yes, sir.

13    Q    As far as you know, were all of your tools supplied

14 by CalPac?

15    A    Yes, sir.

16    Q    Did CalPac have an established sick leave policy or

17 vacation policy?

18    A    Not that I know of.

19    Q    Did you ever take sick days?

20    A    No.  Well, if I did take sick leave, I usually just

21 call up J.T., my Supervisor Aerial, I just call him up and

22 tell him, you know, I'm sick.

23    Q    As far as you know, that decision about how to

24 handle sick days, that was strictly a CalPac decision?

25    A    Right.

Case 1:05-cv-00037    Document 588-7    Filed 04/11/2008    Page 58 of 68

1     Q     Do you remember what you went up to?

2     A     I'm really not too sure.

3     Q     When you transferred to Underground, did you stay at

4  the same wage?

5     A     Yes, sir.

6     Q     No more raises?

7     A     From there, yes.

8     Q     You mentioned in your first deposition that you were

9  paid by CalPac.

10    A     Yes.

11    Q     I assume when you got your paycheck it was a

12  CalPac --

13    A     Yes, it is a CalPac paycheck.

14    Q     You don't have any reason to believe that your wages

15  were paid by MCI, do you?

16    A     Not that I recall.

17    Q     Did you ever receive any bonuses?

18    A     No.

19    Q     Did you get any type of compensation from CalPac

20  other than your hourly wage?

21    A     No.

22    Q     When you received your paycheck from CalPac, you

23  would have deductions on it for things like FICA and Social

24  Security?

25    A     Yes, sir.

*Van Meter, et al vs. CalPac, et al: 05-00037*

30

1     Q    As far as you know, those deductions were made

2  solely by CalPac?

3     A    Pardon me?

4     Q    Those deductions were made by CalPac?

5     A    Yes, sir.

6     Q    From people in CalPac's Accounting office?

7     A    Yes, sir.

8     Q    You don't have any reason to think that MCI had any

9  control over --

10    A    Not that I know of.

11    Q    Okay.  At the end of the year when you received your

12  W-2, it showed CalPac was your employer?

13    A    Yes, sir.

14    Q    Would it be fair to say that the entire time you

15  worked at CalPac, you thought of yourself as only a CalPac

16  worker?  You didn't think of yourself as an MCV or MCI or

17  Tycom worker?

18    A    Umm...no.  Pretty much, I think they all fall in

19  all.

20    Q    I'm sorry?

21    A    I was not only working for CalPac, I was working for

22  all of them.

23    Q    I guess what I'm really asking is who your employer

24  was.

25    A    CalPac.

1      Q    CalPac was your only employer is what I'm asking.
2    Is that correct?

3      A    Yes, sir.

4      Q    I realize you worked on projects for these other
5    companies that hired CalPac to lay the form, but those other
6    companies were not your employers, were they?

7      A    Not that I know of.

8      Q    Okay.  Let's talk about Dennis Clark.  I know that
9    you testified in your first deposition and in your Complaint
10   you made allegations that Dennis Clark said some
11   inappropriate things to you and to other workers.  Did you
12   ever personally meet Dennis Clark?

13     A    I have met him out on the trench area.  He comes out
14   and inspects what we're doing out there.

15     Q    When you say you met him, you'd say hi to him or --

16     A    No, he just comes up and just looks at your -- you
17   know, 'cause we're busy cleaning out the trench and doing --
18   and he just comes and looks and measures, then he goes.

19     Q    Were you ever introduced to him?

20     A    No, I was never introduced to him.

21     Q    You never shook hands with him or anything?

22     A    No.  Word of mouth, hey, that's Dennis Clark.

23     Q    Okay.  Did any of your Supervisors or your Foreman
24   ever say that's Dennis Clark, and describe to you who he was?

25     A    Yes.

*Van Meter, et al vs. CalPac, et al: 05-00037*

34

1   machine.

2       Q    Was there a problem if you went deeper than 24

3   inches?  Or did it have to be right about 24?

4       A    It just had to be right about 24, but if he goes a

5   little bit deeper, we fill it up so it'll be 24 exact.

6       Q    Okay.  Other than talking to your Foreman and

7   occasionally hearing him say the trench isn't deep enough,

8   did you ever hear Dennis Clark say anything else?  And we'll

9   get to the monkey comment in a minute but anything other than

10  the monkey comment?

11      A    No.

12      Q    And you never saw him try to discipline any CalPac

13  workers?

14      A    No.  Most of the time he's talking to like Henry Van

15  Meter or Mr. Harper.

16      Q    In your last deposition and your Complaint in Court

17  and Complaint to EEOC, you claim that Dennis Clark made an

18  inappropriate comment on September 25, 2004.  How is it that

19  you recall that particular date?

20      A    That's the day we were working in Tiyan on the

21  trench.

22      Q    Well, were you working at Tiyan a lot of different

23  days on trenches?

24      A    We're in that area and he just came out of no

25  where --

1    Q    All right.  Now, you worked for a company, CalPac,

2    that was practically all brown, right?

3    A    Yes, sir.

4    Q    Except John Healy is white?

5    A    Right.

6    Q    You don't have any reason to think that CalPac or

7    John Healy wanted to racially offend any of its workers, do

8    you?

9    A    Yes, I do think so.

10   Q    You think they wanted to?

11   A    Because when we made a complaint, they never did

12   anything about it.

13   Q    How do you know they didn't do anything about it?

14   A    Because I got fired.

15   Q    Okay.  Do you have any reason to think that MCI had

16   any knowledge that Dennis Clark made this comment?

17   A    Yes, because they were working for the -- they were

18   working for Dennis Clark and CalPac.

19   Q    Why do you think that just because somebody works

20   for somebody, if that's true, doesn't mean -- does GPA know

21   everything that you say?

22   A    I don't know.

23   Q    Of course not.

24   A    Of course not.

25   Q    No.  Do you have any reason to think that MCI knew

1    that Dennis Clark was going to make this comment about island

2    monkeys?

3        A     Not that I know.

4        Q     Do you have any reason to think that MCI approved of

5    anybody working on its job sites using racially offensive

6    language?

7        A     Not that I know of.

8        Q     You talked about CalPac.  You complained to Henry

9    Van Meter, right?

10       A     Yeah, and then we went up to H.Q.

11       Q     How about Don Harper?  Did you tell him at the job

12   site?

13       A     Yes, Don Harper.

14       Q     Okay.  You don't know what they told or didn't tell

15   John Healy personally?

16       A     I really don't know.

17       Q     So you don't know if --

18       A     I just went up the chain of command.

19       Q     I think you've testified John Healy always treated

20   you with respect --

21       A     Uhh --

22       Q     -- up until you got laid off?

23       A     Up until I got fired.

24       Q     You keep saying fired.  In fact, weren't you laid

25   off?

1      A      Fired, laid off, I'm not too --

2      Q      Well, when you were told that it was your last day,

3  you were told you were being laid off?

4      A      I was told this is your last day.

5      Q      That was a couple of months after this September

6  incident?

7      A      Yes, sir.

8      Q      After the September incident, did you have any

9  further contact with Dennis Clark?

10     A      No.

11     Q      He never said anything else to you?

12     A      No, he never said anything.

13     Q      He continued to come out to the job site?

14     A      Yes, he did.

15     Q      He did his -- whatever it was, his inspections with

16 the tape measure and what not?

17     A      Yes.

18     Q      All right.  So he treated you or he behaved just the

19 way he had done before he made that comment, right?

20     A      Right.

21     Q      Henry Van Meter never told you, Robert, you gotta

22 shut up about this?

23     A      No.

24     Q      Don Harper never told you to shut up?

25     A      No.

1    Q    John Healy never told you to shut up, right?

2    A    No.

3    Q    Okay.  And you never sent a complaint off to MCI,

4  right?

5    A    No.

6    Q    Is there anything you can point to -- I know you're

7  upset about getting laid off, but is there anything that you

8  can point to that draws a connection between what happened on

9  what you described as September 25th and the decision to lay

10 you off?

11   A    I don't recall.

12   Q    Who told you you were being laid off?

13   A    They called me in when I first came in --

14   Q    Who called you?

15   A    When I first came in, my time card wasn't in the

16 rack.

17   Q    Okay.  Did you know what that meant?

18   A    I've seen it been done.

19   Q    Somebody had been laid off before you?

20   A    Somebody had been --

21   Q    Is that a yes?

22   A    Yes, somebody been laid off before me.

23   Q    How many people were laid off before you, do you

24 know?

25   A    No, I can't recall.

*Van Meter, et al vs. CalPac, et al: 05-00037*

68

1    A    No, they didn't say anything.

2    Q    And he wasn't there, was he?

3    A    No, he wasn't there.

4    Q    Did they tell you who had made the decision to lay

5    you off?

6    A    No.  They just said today's -- John Healy said,

7    today's your last day so I just left.

8    Q    Are you aware of any facts that would suggest MCI

9    had anything to do with the decision to lay you off?

10   A    Not that I know.

11   Q    As far as you know, MCI didn't know who you were?

12   A    Yeah.

13   Q    Right?

14   A    Right.

15   Q    And as far as you know, MCI had nothing to do with

16   the decision to lay you off, is that right?

17   A    That I know of.

18   Q    Several of the ex-CalPac guys, I think, went to work

19   for Hyatt.  How did you end up at the Hyatt?  Who told you

20   about that job?

21   A    No, no, no, I got -- I was on a job search from the

22   court to look for a job.  I went out and went ahead and

23   looked for a job everywhere.

24   Q    Okay.  The court told you you had to look for a job?

25   A    Yes, sir.

## NOTARY PUBLIC'S CERTIFICATE

BARRIGADA ) ss

I, Cecille A. Flores, Notary Public in and for Guam, do hereby certify that on the 20th day of February, 2008 at the hour of 9:00 a.m. there appeared before me **ROBERT B. CRUZ** at the law offices of Civille & Tang, Suite 200, 330 Hernan Cortez Avenue, Hagatna, Guam. The witness herein, produced to give his deposition in the within-numbered Civil Case No. CIV05-00037; that prior to examination the witness was by me duly sworn upon his oath; that thereafter the transcript was prepared by me or under my supervision, and the original deposition transcript was presented to Mr. Civille's office.

I further certify that I am not a relative, employee, attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, and that I am not directly or indirectly interested in the matters in controversy.

In testimony whereof, I have hereunto set my hand this 3rd day of March, 2008.

Cecille A. Flores