| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | LUJAN AGUIGUI & PEREZ LLP<br>Attorneys at Law<br>Pacific News Building, Suite 300<br>238 Archbishop Flores Street<br>Hagåtña, Guam 96910<br>Telephone (671) 477-8064/5<br>Facsimile (671) 477-5297<br><br>*Attorneys for Plaintiffs* |

**FILED**
DISTRICT COURT OF GUAM
APR 25 2008
JEANNE G. QUINATA
Clerk of Court 

# IN THE UNITED STATES DISTRICT COURT OF GUAM
## FOR THE TERRITORY OF GUAM

HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,

    Plaintiffs,

-vs-

CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,

    Defendants.

CIVIL CASE NO. 05-00037

**PLAINTIFFS' RENEWED OPPOSITIONS TO DEFENDANT CALPAC'S MOTIONS FOR SUMMARY JUDGMENT**

    COME NOW all Plaintiffs and hereby renew their Oppositions to Defendant Calpac's renewed motions for summary judgment against each of Plaintiffs. Plaintiffs further rely on all their oppositions to Defendants' motions for summary judgment, and related documents in support of opposition.

Henry G. Van Meter, et al., v. Calpac, et al.
Civil Case No. 05-00037      1

Case 1:05-cv-00037    Document 619    Filed 04/25/2008    Page 1 of 2

**RESPECTFULLY SUBMITTED** this 25th day of April, 2008, in Hagåtña, Guam.

LUJAN AGUIGUI & PEREZ LLP

By: _____
DELIA LUJAN
*Attorneys for Plaintiffs*

Henry G. Van Meter, et al., v. Calpac, et al.
Civil Case No. 05-00037

Case 1:05-cv-00037   Document 619   Filed 04/25/2008   Page 2 of 2

2