LUJAN AGUIGUI & PEREZ LLP
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone   (671) 477-8064
Facsimile   (671) 477-5297

*Attorneys for Plaintiffs*

FILED
DISTRICT COURT OF GUAM
APR 28 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. BABAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>v.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>CERTIFICATE OF SERVICE |

I, DELIA S. LUJAN, certify:

That on April 25, 2008 I served to **CIVILLE & TANG, PLLC** at 330 Hernan Cortez Avenue, Suite 200, Hagåtña, Guam 96910 the following via hand delivery at its address:

1. **Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff John L.G. Nauta;**
2. **Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff John P. Babauta;**
3. **Opposition to Verizon Defendants' Motion for Summary Judgment with**

Respect to All Claims Asserted by Plaintiff Jesse B. Cruz;

4. Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Teddy B. Cruz;

5. Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff James S. Yee;

6. Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Roland F. Mendiola;

7. Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Robert B. Cruz;

8. Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Larry L. Charfauros;

9. Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Joseph T. Mendiola;

10. Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Joseph J. Hernandez;

11. Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Henry G. Van Meter;

12. Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Anthony C. Arriola;

13. Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Jerry Apodaca, Jr.;

14. Declaration of John L.G. Nauta in Support of Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff John L.G. Nauta;

15. Declaration of John P. Babauta in Support of Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff John P. Babauta;

16. Declaration of Jesse B. Cruz in Support of Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Jesse B. Cruz;

17. Declaration of Teddy B. Cruz in Support of Opposition to Verizon

*Henry G. Van Meter, et al., vs. CALPAC, et al.*
District Court Civil Case No. 05-00037

2

Certificate of Service
Case 1:05-cv-00037    Document 620    Filed 04/28/2008    Page 2 of 4

Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Teddy B. Cruz,

18. Declaration of James S. Yee in Support of Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff James S. Yee;

19. Declaration of Roland F. Mendiola in Support of Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Roland F. Mendiola;

20. Declaration of Robert B. Cruz in Support of Opposition to Defendant CalPac's Motion for Summary Judgment;

21. Declaration of Larry L. Charfauros in Support of Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Larry L. Charfauros;

22. Declaration of Joseph T. Mendiola in Support of Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Joseph T. Mendiola;

23. Declaration of Joseph J. Hernandez in Support of Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Joseph J. Hernandez;

24. Declaration of Henry G. Van Meter in Support of Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Henry G. Van Meter;

25. Declaration of Anthony C. Arriola in Support of Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Anthony C. Arriola;

26. Declaration of Jerry Apodaca, Jr. in Support of Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Jerry Apodaca, Jr.; and,

27. Declaration of Delia Lujan in Support of Each of Plaintiffs' Oppositions to Verizon Defendants' Motions for Summary Judgment; and,

---

*Henry G. Van Meter, et al., vs. CALPAC, et al.*
District Court Civil Case No. 05-00037

3

That on April 25, 2008, I served to **BLAIR STERLING JOHNSON MARTINEZ & LEON GUERRERO** at Suite 1008, DNA Building, 238 Archbishop Flores Street, Hagåtña, Guam 96910 the following via hand delivery at its address:

1. **Plaintiffs' Renewed Oppositions to Defendant CalPac's Motions for Summary Judgment**

Dated this 28th day of April, 2008.

LUJAN AGUIGUI & PEREZ LLP

By: _____
DELIA S. LUJAN, ESQ.
*Attorneys for Plaintiffs*

*Henry G. Van Meter, et al., vs. CALPAC, et al.*
District Court Civil Case No. 05-00037

4