LUJAN AGUIGUI & PEREZ LLP
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone   (671) 477-8064
Facsimile   (671) 477-5297

*Attorneys for Plaintiffs*

FILED
DISTRICT COURT OF GUAM

APR 28 2008 P.D.

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. BABAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>v.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br>**CERTIFICATE OF SERVICE** |

I, DELIA S. LUJAN, certify that on April 28, 2008 I caused filed copies of the following:

1. **Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff John L.G. Nauta;**

2. **Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff John P. Babauta;**

3. **Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Jesse B. Cruz;**

4. Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Teddy B. Cruz;

5. Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff James S. Yee;

6. Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Roland F. Mendiola;

7. Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Robert B. Cruz;

8. Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Larry L. Charfauros;

9. Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Joseph T. Mendiola;

10. Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Joseph J. Hernandez;

11. Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Henry G. Van Meter;

12. Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Anthony C. Arriola;

13. Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Jerry Apodaca, Jr.;

14. Declaration of John L.G. Nauta in Support of Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff John L.G. Nauta;

15. Declaration of John P. Babauta in Support of Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff John P. Babauta;

16. Declaration of Jesse B. Cruz in Support of Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Jesse B. Cruz;

17. Declaration of Teddy B. Cruz in Support of Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims

*Henry G. Van Meter, et al., vs. CALPAC, et al.*
District Court Civil Case No. 05-00037

2

Certificate of Service
Case 1:05-cv-00037   Document 621   Filed 04/28/2008   Page 2 of 4

Asserted by Plaintiff Teddy B. Cruz,

18. Declaration of James S. Yee in Support of Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff James S. Yee;

19. Declaration of Roland F. Mendiola in Support of Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Roland F. Mendiola;

20. Declaration of Robert B. Cruz in Support of Opposition to Defendant CalPac's Motion for Summary Judgment;

21. Declaration of Larry L. Charfauros in Support of Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Larry L. Charfauros;

22. Declaration of Joseph T. Mendiola in Support of Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Joseph T. Mendiola;

23. Declaration of Joseph J. Hernandez in Support of Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Joseph J. Hernandez;

24. Declaration of Henry G. Van Meter in Support of Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Henry G. Van Meter;

25. Declaration of Anthony C. Arriola in Support of Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Anthony C. Arriola;

26. Declaration of Jerry Apodaca, Jr. in Support of Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Jerry Apodaca, Jr.; and,

27. Declaration of Delia Lujan in Support of Each of Plaintiffs' Oppositions to Verizon Defendants' Motions for Summary Judgment; and,

28. Motion for Leave to File Facsimile Signature Page of Declaration of Roland F. Mendiola in Support of Opposition to Verizon Defendants' Motion for

*Henry G. Van Meter, et al., vs. CALPAC, et al.*
District Court Civil Case No. 05-00037

3

Certificate of Service

Case 1:05-cv-00037   Document 621   Filed 04/28/2008   Page 3 of 4

Summary Judgment with Respect to All Claims Asserted by Plaintiff Roland F. Mendiola,

29. Errata Re: Exhibit 2 to Declaration of Delia Lujan in Support of Each of Plaintiffs' Oppositions to Motions for Summary Judgment; and,

30. Order Granting Motion for Leave to File Facsimile Signature Page of Declaration of Roland F. Mendiola in Support of Opposition to Verizon Defendants' Motion for Summary Judgment with Respect to All Claims Asserted by Plaintiff Roland F. Mendiola.

to be served on the following individuals or entities on April 28, 2008 via hand delivery at the following addresses:

CIVILLE & TANG, PLLC
330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910

BLAIR STERLING JOHNSON MARTINEZ
& LEON GUERRERO, P.C.
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

CARLSMITH BALL LLP
Bank of Hawaii Building, Suite 401
134 West Soledad Avenue
Hagåtña, Guam 96910

Dated this 28th day of April, 2008.

LUJAN AGUIGUI & PEREZ LLP

By: _____
DELIA S. LUJAN, ESQ.
*Attorneys for Plaintiffs*

---

*Henry G. Van Meter, et al., vs. CALPAC, et al.*
District Court Civil Case No. 05-00037

4

Certificate of Service