1
2
3
4
5
6
7
8

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

9
10  HENRY G. VAN METER, *et al.*,            CIVIL CASE No. 05-00037
11              Plaintiffs,
12          vs.
                                           **FOURTH AMENDED SCHEDULING ORDER**
13  CALIFORNIA PACIFIC TECHNICAL            **AND DISCOVERY PLAN**
    SERVICES LLC, a.k.a. CALPAC, *et al.*,
14              Defendants.
15
16
17          On March 14, 2008, the Plaintiffs and defendants Verizon Business Purchasing LLC
18  and Verizon Business Network Services, Inc. (collectively referred to as "Verizon
19  Defendants") filed a joint motion requesting amendment to the Third Amended Scheduling
20  Order and Discovery Plan.  See Docket No. 544.  The movants stated that although they
21  have diligently been conducting discovery in this case, a brief extension was needed for
22  completion of some remaining discovery and motion practice.  Id.
23          On March 28, 2008, defendant California Pacific Technical Services LLC
24  ("CALPAC") filed an opposition to the request seeking amendment to the current pretrial
25  scheduling order.  See Docket No. 552.  Specifically, CALPAC opposed the "re-re-opening"
26  of discovery.  Id.
27          After reading the parties' pleadings concerning this matter, the court hereby finds
28  because the movants have been diligent in prosecuting this case, good cause to exists to

1  warrant an amendment to the current scheduling order. Although CALPAC has concerns

2  that such an amendment would once again require its participation in additional discovery,

3  the court recognizes that discovery has been completed between all parties except between

4  the Plaintiffs and the Verizon Defendants. Thus, the discovery schedule set forth below only

5  applies as to discovery between the Plaintiffs and the Verizon Defendants.

6       Accordingly, the court hereby amends the Third Amended Scheduling Order and

7  Discovery Plan (Docket No. 452) and sets forth the following schedule to govern the

8  management of this case:

9       1. **Motions to Add Parties or Claims**: The deadline for adding parties and claims

10  has passed and no further parties or claims shall be added.

11       2. **Motion to Amend Pleadings**: The deadline for amending pleadings has passed

12  and no further amendment of pleadings shall be permitted.

13       3. **Time for Disclosures**: Initial disclosures have been exchanged amongst the

14  parties. Each party has the right to object to the completeness of the disclosures of any other

15  party.

16       4. **Expert Designation and Reports**: The deadline for the designation of experts,

17  including rebuttal experts has passed. No expert reports have been produced, and expert

18  depositions are not anticipated.

19       5. **Interrogatories, Requests for Production and Requests for Admissions**:

20  Written discovery has been completed, except for a dispute between the Plaintiffs and the

21  Verizon Defendants relating to document production. The Plaintiffs and the Verizon

22  Defendants have met and conferred but have not resolved their dispute. The Verizon

23  Defendants will file a discovery motion directed to these issues.

24       6. **Fact Witnesses and Depositions**: Depositions of fact witnesses have been

25  completed, except between the Plaintiffs and the Verizon Defendants. There are two fact

26  witnesses (Henry Quintanilla and don Harper) on Guam, and one plaintiff (Roland

27  Mendiola) in Texas remaining to be deposed by the Verizon Defendants. There are three

28  fact witnesses in the mainland United States (Larry Saunders, Jeff Buehler, and Marty

- 2 -

1 Hersh) remaining to be deposed by the Plaintiffs.  While the Plaintiffs reserve the right to

2 file a motion to take additional depositions, the Verizon Defendants reserve the right to

3 oppose such a motion.  All depositions shall be conducted prior to the expiration of the

4 discovery cutoff date.

5       7.  **Supplemental Disclosures and Responses**: The parties shall be under a

6 continuing duty to supplement their disclosures and their responses to discovery as required

7 under rule 26(e)(1) of the Federal Rules of Civil Procedure.

8       8.  **Discovery Cutoff Date**: the discovery cutoff date (the last day to serve responses

9 to discovery) is **June 20, 2008**.

10       9.  **Discovery Motions**: All discovery motions shall be filed by **June 30, 2008**, and

11 noticed for hearing if necessary in accordance with the Local Rules.

12       10.  **Dispositive Motions**: All dispositive motions shall be filed on or before **July 31,**

13 **2008**,  and noticed for hearing if necessary in accordance with the Local Rules.

14       11.  **Pretrial Disclosures**: Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)

15 and (C), the pretrial disclosures shall be made by **September 19, 2008.**

16       12.  **Preliminary Pretrial Conference**: The Preliminary Pretrial Conference shall be

17 held on **September 30, 2008, at 10:00 a.m.**  Counsel wishing to participate telephonically at

18 this conference shall file written notification of said telephonic participation no later than

19 September 25, 2008.

20       13.  **Trial Documents and Pretrial Order**: Te parties' pretrial materials, discovery

21 materials, final witness lists, designations, final exhibit lists, and proposed Pretrial Order

22 shall be filed on or before **October 7, 2008, at 3:00 p.m.**

23       14.  **Final Pretrial Conference**: The Final Pretrial Conference shall be held on

24 **October 14, 2008, at 10:00 a.m.**

25       15.  **Trial**: the trial shall be held on **October 21, 2008, at 9:00 a.m.**  The Plaintiffs

26 have demanded a trial by jury.  The parties estimate the trial length to be three (3) to four(4)

27 weeks long.

28       16.  **Suggestions for Shortening Trial**: the parties may present written or

- 3 -

1  videotaped depositions of witnesses in lieu of live testimony, subject to the applicable rules

2  of civil procedure and further court Orders.

3      17. **Matters that May Affect Case Status or Management**: The disposition of the

4  pending motions for summary judgment may have a significant impact on trial management

5  issues.

6      IT IS SO ORDERED.

7

8   /s/ **Joaquin V.E. Manibusan, Jr.**

9                    **U.S. Magistrate Judge**
                  **Dated: May 08, 2008**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -