| | |
|---|---|
| LUJAN AGUIGUI & PEREZ LLP<br>DNA Building, Suite 300<br>238 Archbishop Flores Street<br>Hagåtña, Guam 96910<br>Telephone   (671) 477-8064<br>Facsimile   (671) 477-5297<br><br>*Attorneys for Plaintiffs* | **FILED**<br>DISTRICT COURT OF GUAM<br><br>JUN 30 2008<br><br>**JEANNE G. QUINATA**<br>**Clerk of Court** |

### IN THE UNITED STATES DISTRICT COURT OF GUAM
### TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J. HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. BABAUTA, and JOHN P. BABAUTA,<br><br>          Plaintiffs,<br><br>v.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>          Defendants. | CIVIL CASE NO. 05-00037<br><br>**CERTIFICATE OF SERVICE** |

I, DELIA S. LUJAN, certify that on June 30, 2008 I served to **CIVILLE & TANG, PLLC** at 330 Hernan Cortez Avenue, Suite 200, Hagåtña, Guam 96910 and on the 28th of April, 2008 I served to **BLAIR STERLING JOHNSON MARTINEZ & LEON GUERRERO** at Suite 1008, DNA Building, 238 Archbishop Flores Street, Hagåtña, Guam 96910 and **CARLSMITH BALL** at Bank of Hawaii, Suite 401, 134 West Soledad Avenue, Hagåtña, Guam 96910 the following via hand delivery at their addresses:

    1.    Plaintiff's Motion to Compel Production of Interrogatory Answers.

2. Declaration of Delia Lujan in Support of Plaintiffs' Motion to Compel Productions of Interrogatory Answers

I, DELIA S. LUJAN, certify that I caused copies of the following:

1. Plaintiff's Motion to Compel Production of Interrogatory Answers;
2. Declaration of Delia Lujan in Support of Plaintiffs' Motion to Compel Productions of Interrogatory Answers

to be served on the following individuals or entities on June 30, 2008 via hand delivery at the following addresses:

**CIVILLE & TANG, PLLC**
330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910

**BLAIR STERLING JOHNSON MARTINEZ
& LEON GUERRERO, P.C.**
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

**CARLSMITH BALL LLP**
Bank of Hawaii Building, Suite 401
134 West Soledad Avenue
Hagåtña, Guam 96910

Dated this 30th day of June, 2008.

LUJAN AGUIGUI & PEREZ LLP

By: _____
DELIA S. LUJAN, ESQ.
*Attorneys for Plaintiffs*

*Henry G. Van Meter, et al., vs. CALPAC, et al.*
District Court Civil Case No. 05-00037

**Certificate of Service**