ELYZE J. MCDONALD, Guam Bar No. 01-004
emcdonald@carlsmith.com
CARLSMITH BALL, LLP
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375

Arthur K. Smith, Texas Bar No. 18534100
asmith@aksmithlaw.com
LAW OFFICES OF ARTHUR K. SMITH
(Admitted *Pro Hac Vice*)
507 Prestige Circle
Allen, Texas 75002
Telephone: (469) 519-2500
Facsimile: (469) 519-2555
*Attorneys for Defendant Dynamic Technical Services*



**FILED**
DISTRICT COURT OF GUAM
JUL 1 4 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT OF GUAM

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 05-00037<br><br><br><br><br><br><br><br>**DEFENDANT DYNAMIC TECHNICAL SERVICES' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF INTERROGATORY ANSWERS** |

DTS' Unopposed Motion to Extend Time to Respond to Plaintiff's Motion
to Compel Production of Interrogatory Answers                           Page 1 of 4
4835-2446-0802.1.059759-00001

ORIGINAL

Case 1:05-cv-00037   Document 639   Filed 07/14/2008   Page 1 of 4

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW DYNAMIC TECHNICAL SERVICES ("DTS"), and moves the Court to extend the due date of Defendant's Response to Plaintiffs' Motion to Compel Production of Interrogatory Answers until July 24, 2008, and in support thereof would respectfully show unto the Court the following:

I.

On June 30, 2008, Plaintiffs' filed their Motion to Compel Production of Interrogatory Answers. Pursuant to the Local Rules of Practice for the District Court of Guam, DTS' Response to Plaintiffs' Motion to Compel Production of Interrogatory Answers is due on July 14, 2008.

II.

After counsel for DTS was served with Plaintiffs' Motion to Compel Production of Interrogatory Answers, he contacted counsel for Plaintiffs' to request an extension to file DTS' Response to Plaintiffs' Motion to Compel Production of Interrogatory Answers. Counsel for Plaintiffs agreed to grant DTS an enlargement of time and agreed that the new deadline for DTS to file its Response to Plaintiffs' Motion to Compel Production of Interrogatory Answers would be July 24, 2008. Therefore, pursuant to FED. R. CIV. P. 6(b)(2), DTS requests this Court grant DTS an extension to file its Response to Plaintiffs' Motion to Compel Production of Interrogatory Answers to July 24, 2008.

WHEREFORE, PREMISES CONSIDERED, Defendant Dynamic Technical Services respectfully requests that this Court grant its Unopposed Motion to Extend Time to Respond to Plaintiffs' Motion to Compel Production of Interrogatory Answers until July 24, 2008.

DTS' Unopposed Motion to Extend Time to Respond to Plaintiff's Motion
to Compel Production of Interrogatory Answers  Page 2 of 4
4835-2446-0802.1.059759-00001

Case 1:05-cv-00037   Document 639   Filed 07/14/2008   Page 2 of 4

DATED this 14th day of July, 2008.

*Elyze J McDonald* (signature)

ELYZE J. MCDONALD, Guam Bar No. 01-004
CARLSMITH BALL, LLP
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375

and

Arthur K. Smith, Texas Bar No. 18534100
LAW OFFICES OF ARTHUR K. SMITH
507 Prestige Circle
Allen, Texas 75002
Telephone: (469) 519-2500
Facsimile: (469) 519-2555

*Attorneys for Defendant Dynamic Technical Services*

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on the 10th day of July, 2008, I conferred with Delia S. Lujan, counsel for Plaintiffs, regarding the foregoing motion and she stated that she did not oppose the motion and agreed to the requested extension.

*Elyze J McDonald* (signature)
for Arthur K. Smith

DTS' Unopposed Motion to Extend Time to Respond to Plaintiff's Motion
to Compel Production of Interrogatory Answers                          Page 3 of 4
4835-2446-0802.1.059759-00001

Case 1:05-cv-00037   Document 639   Filed 07/14/2008   Page 3 of 4

# DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on July 14, 2008, I will cause to be served, via facsimile and/or hand delivery, a true and correct copy of DTS' UNNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL PRODCUTION OF INTERROGATORY ANSWERS upon the following Counsels of record:

>Delia Sablan Lujan, Esq.
>**LUJAN, AGUIGUI & PEREZ, LLP**
>Suite 300, Pacific News Building
>238 Archbishop F.C. Flores Street
>Hagåtña, Guam USA 96910
>Telephone: (671) 477-8064
>Facsimile: (671) 477-5297
>Attorneys for Plaintiffs Henry G. Van Meter, et al.

>Vincent Leon Guerrero, Esq.
>**BLAIR, STERLING, JOHNSON, MOODY,**
>**MARTINEZ & LEON GUERRERO, P.C.**
>Suite 1008, Pacific News Building
>238 Archbishop F.C. Flores Street
>Hagåtña, Guam USA 96910
>Telephone: (671) 477-7857
>Facsimile: (671) 472-4290
>Attorneys for Defendant California Pacific Technical Services, LLC

>G. Patrick Civille
>**CIVILLE & TANG, PLLC**
>330 Hernan Cortez Avenue, Suite 200
>Hagåtña, Guam USA 96910
>Telephone: (671) 472-8869
>Facsimile: (671) 477-2511
>Attorneys for Verizon Business Purchasing, LLC and Verizon Business Network Services, Inc.

Executed this 14th day of July 2008 at Hagåtña, Guam.

*/s/ Elyze J. McDonald*
ELYZE J. McDONALD

363.07024/Motion to Extend

DTS' Unopposed Motion to Extend Time to Respond to Plaintiff's Motion
to Compel Production of Interrogatory Answers                                 Page 4 of 4
4835-2446-0802.1.059759-00001

Case 1:05-cv-00037   Document 639   Filed 07/14/2008   Page 4 of 4