ELYZE J. MCDONALD, Guam Bar No. 01-004
*emcdonald@carlsmith.com*
CARLSMITH BALL, LLP
Bank of Hawaii Building
134 West Soledad Avenue, Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone (671) 472-6813
Facsimile (671) 477-4375


Arthur K. Smith, Texas Bar No. 18534100
*asmith@aksmithlaw.com*
LAW OFFICES OF ARTHUR K. SMITH
507 Prestige Circle
Allen, Texas 75002
Telephone: (469) 519-2500
Facsimile: (469) 519-2555
*Attorneys for Defendant Dynamic Technical Services*

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, JERRY APODACA, JR., JOSEPH J HERNANDEZ, JOSEPH T. MENDIOLA, LARRY L. CHARFAUROS, ANTHONY C. ARRIOLA, ROBERT B. CRUZ, ROLAND F. MENDIOLA, JAMES S. YEE, TEDDY B. CRUZ, JESSE B. CRUZ, JOHN L.G. NAUTA, and JOHN P. BABAUTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CALPAC, DYNAMIC TECHNICAL SERVICES, MCI, JOHN HEALY, DENNIS CLARK, WILLIAM WARD, JAI JAMES, and DOES 1 through 10, <br><br> Defendants. | CIVIL CASE NO. 05-00037 <br><br><br> **ORDER GRANTING DEFENDANT DYNAMIC TECHNICAL SERVICES' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF ANSWERS TO INTERROGATORIES** |

On this day came on to be heard Dynamic Technical Services' Unopposed Motion to Extend Time to Respond to Plaintiffs' Motion to Compel Production of Answers to Interrogatories, and the Court having considered the Motion, is of the opinion that the deadline for Defendant DTS to respond to Plaintiffs' Motion to Compel Production of Answers to Interrogatories should be granted as agreed by the parties.

It is therefore, ORDERED, ADJUDGED, and DECREED that the deadline for Defendant Dynamic Technical Services to file a Response to Plaintiffs' Motion to Compel Production of Answers to Interrogatories is the 24th day of July, 2008.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Jul 16, 2008**