# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| HENRY G. VAN METER, *et al.*, | Civil Case No. 05-00037 |
| Plaintiffs, | |
| vs. | **ORDER** |
| CALPAC, *et al.,* | |
| Defendants. | |

A hearing on the pending Motions for Summary Judgment in the above-captioned case is hereby scheduled for October 14, 2008 at 9:30 a.m. Accordingly, the Preliminary Pretrial Conference scheduled for September 30, 2008, the Final Pretrial Conference scheduled for October 14, 2008 and the Jury Trial scheduled for October 21, 2008, are hereby **VACATED.**

**SO ORDERED.**

/s/ **Frances M. Tydingco-Gatewood**
       **Chief Judge**
**Dated: Sep 05, 2008**